# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 07, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 17-60088,  Consolidated with 21-60673
                       State of Texas v. EPA
                       Agency No. 81 Fed. Reg. 89,870
                       Agency No. 86 Fed. Reg. 34,141
                       Agency No. 86 Fed. Reg. 34,187


Enclosed is an order entered in this case.




                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689


Ms. Julia Blair Barber
Mr. Thomas Joseph Cmar
Mr. Philip Stephen Gidiere, III
Mr. John Richard Hulme
Mr. Daniel Jude Kelly
Mr. Carl Grady Moore, III
Ms. Stephanie Zapata Moore
Ms. Lisa Katherine Perfetto
Mr. Perry M. Rosen
Ms. Linda B. Secord
Mr. Joshua Smith


**P.S. to All Counsel:** In light of the attached order, briefing has been suspended in case 17-60088. A consolidated briefing notice will issue in these consolidated cases once the administrative record is filed in case 21-60673. The administrative record remains due to be filed in case 21-60673 by October 4, 2021.