# United States Court of Appeals for the Fifth Circuit

---

No. 17-60088

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Big Brown Power Company, L.L.C.; Sandow Power Company, L.L.C.; Luminant Mining Company, L.L.C.,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency,

*Respondents*.

---

Petition for Review of an Order of the
Environmental Protection Admin
Agency No. 81 Fed. Reg. 89,870

---

ORDER:

IT IS ORDERED that Petitioners' joint unopposed motion to consolidate cases 17-60088 and 21-60673 for briefing and oral argument purposes is GRANTED.

No. 17-60088

IT IS FURTHER ORDERED that Petitioners' joint unopposed motion to suspend briefing is GRANTED.

_____
GREGG COSTA
*United States Circuit Judge*