# United States Court of Appeals for the Fifth Circuit

———————

No. 17-60088

———————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; BIG BROWN POWER COMPANY, L.L.C.; SANDOW POWER COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*,

CONSOLIDATED WITH

———————

No. 21-60673

———————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*.

_____

Petitions for Review of an Order of the
Environmental Protection Admin
Agency No. 86 Fed. Reg. 34,141
Agency No. 86 Fed. Reg. 34,187

_____

ORDER:

IT IS ORDERED that the motion of Sierra Club for leave to intervene on behalf of respondents in case no. 21-60673 is GRANTED.

_____
GREGG COSTA
*United States Circuit Judge*