# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 28, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    Nos. 17-60088 cons. w/ 21-60673 State of Texas v. EPA
                   USDC No. 86 Fed. Reg. 34,141
                   USDC No. 86 Fed. Reg. 34,187
                   USDC No. 81 Fed. Reg. 89,870

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Allison G. Lopez, Deputy Clerk
                                504-310-7702

Ms. Julia Blair Barber
Mr. Thomas Joseph Cmar
Mr. Philip Stephen Gidiere III
Mr. John Richard Hulme
Mr. Daniel Jude Kelly
Mr. Matthew Z. Leopold
Mr. Carl Grady Moore III
Ms. Stephanie Zapata Moore
Ms. Lisa Katherine Perfetto
Mr. Perry M. Rosen
Ms. Linda B. Secord
Mr. Joshua Smith