# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 05, 2021

Mr. Perry M. Rosen
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

    No. 17-60088    State of Texas v. EPA
                           Agency No. 81 Fed. Reg. 89,870
                           Agency No. 86 Fed. Reg. 34,141
                           Agency No. 86 Fed. Reg. 34,187

Dear Mr. Rosen,

We received your certified list. The certified list was filed in the incorrect case and must be filed in **21-60673** only and not applied to the consolidated case. We are taking no action on the certified list.

                                    Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Majella A. Sutton, Deputy Clerk
                                     504-310-7680

cc:
    Ms. Julia Blair Barber
    Mr. Thomas Joseph Cmar
    Mr. Philip Stephen Gidiere III
    Mr. John Richard Hulme
    Mr. Daniel Jude Kelly
    Mr. Matthew Z. Leopold
    Mr. Carl Grady Moore III
    Ms. Stephanie Zapata Moore
    Ms. Lisa Katherine Perfetto
    Ms. Linda B. Secord
    Mr. Joshua Smith