# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 06, 2021

Ms. Julia Blair Barber
Mr. Philip Stephen Gidiere III
Mr. Carl Grady Moore III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Ste. 1500
Birmingham, AL 35203

Mr. John Richard Hulme
Office of the Attorney General
Environmental Protection & Administrative Law Division
P.O. Box 12548 (MC 066)
Austin, TX 78711-2548

Mr. Daniel Jude Kelly
Ms. Stephanie Zapata Moore
Vistra Energy Corporation
1601 Bryan Street
Energy Plaza
Dallas, TX 75201

Ms. Linda B. Secord
Office of the Attorney General
for the State of Texas
300 W. 15th Street
William P. Clements Building
10th Floor
Austin, TX 78701

        No. 17-60088    State of Texas v. EPA
                        Agency No. 81 Fed. Reg. 89,870

        No. 21-60673    State of Texas v. EPA
                        Agency No. 86 Fed. Reg. 34, 141
                        Agency No. 86 Fed. Reg. 34, 187

Dear Counsel,

We have filed the certified lists. PETITIONERS' BRIEFS AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See **Fed. R.**

App. P. and 5th Cir. R. 28, 30 and 31. Except in the most extraordinary circumstances, the maximum extension for filing briefs is 40 days in agency cases. See also 5th Cir. R. 30.1.2 and 5th Cir. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also 5th Cir. R. 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by 5th Cir. R. 31.2. 5th Cir. R. 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court. WHEN ELECTRONICALLY FILING BRIEFS, YOU MUST FILE UNDER THE LEAD CASE NUMBER (17-60088) AND APPLY THE FILING TO THE CONSOLIDATED CASE (21-60673).**

Because this case is proceeding on a certified list of documents instead of the record, see 5th Cir. R. 30.2. Petitioners must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them as an Appendix within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing is no longer necessary. An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Enclosure(s)

cc w/encl:
    Mr. Thomas Joseph Cmar
    Ms. Lisa Katherine Perfetto
    Mr. Perry M. Rosen
    Mr. Joshua Smith

Case No. 17-60088

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Big Brown Power Company, L.L.C.; Sandow Power Company, L.L.C.; Luminant Mining Company, L.L.C.,

        Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency,

        Respondents

consolidated with

---

No. 21-60673

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Luminant Mining Company, L.L.C.,

        Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,

        Respondents