# United States Court of Appeals for the Fifth Circuit

---

No. 17-60088

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Big Brown Power Company, L.L.C.; Sandow Power Company, L.L.C.; Luminant Mining Company, L.L.C.,

*Petitioners,*

versus

United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency,

*Respondents,*

consolidated with

---

No. 21-60673

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Luminant Mining Company, L.L.C.,

*Petitioners,*

versus

United States Environmental Protection Agency;
Michael S. Regan, Administrator, United States
Environmental Protection Agency,

*Respondents.*

_____

Petition for Review of an Order of the
Environmental Protection Admin
Agency No. 81 Fed. Reg. 89,870
Agency No. 86 Fed. Reg. 34,141
Agency No. 86 Fed. Reg. 34,187

_____

ORDER:

IT IS ORDERED that the joint motion to establish briefing schedule and format is GRANTED.

　S/Gregg Costa　
Gregg Costa
*United States Circuit Judge*