# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 07, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-60088   State of Texas v. EPA
                  Agency No. 81 Fed. Reg. 89,870
                  Agency No. 86 Fed. Reg. 34,141
                  Agency No. 86 Fed. Reg. 34,187

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Ms. Julia Blair Barber
Mr. Thomas Joseph Cmar
Mr. Philip Stephen Gidiere III
Mr. John Richard Hulme
Mr. Daniel Jude Kelly
Mr. Matthew Z. Leopold
Mr. Carl Grady Moore III
Ms. Stephanie Zapata Moore
Ms. Lisa Katherine Perfetto
Mr. Perry M. Rosen
Ms. Linda B. Secord
Mr. Joshua Smith