# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2021

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Ste. 1500
Birmingham, AL 35203

Ms. Linda B. Secord
Office of the Attorney General
for the State of Texas
300 W. 15th Street
William P. Clements Building
10th Floor
Austin, TX 78701

>     No. 17-60088    State of Texas v. EPA
>                     Agency No. 81 Fed. Reg. 89,870
>                     Agency No. 86 Fed. Reg. 34,141
>                     Agency No. 86 Fed. Reg. 34,187

Dear Mr. Gidiere, Ms. Secord,

The following pertains to your record excerpts electronically filed on December 15, 2021.

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

You must insert a page in between each document containing the tab number corresponding to the Table of Contents. See 5TH CIR. R. 30.1.7 (c).

Note: Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system. Please do not send paper copies of the record excerpts until requested to do so by the clerk's office. The record excerpts are not sufficient until final review by the clerk's office. If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity

advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made. Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Ms. Julia Blair Barber
    Mr. Thomas Joseph Cmar
    Mr. John Richard Hulme
    Mr. Daniel Jude Kelly
    Mr. Matthew Z. Leopold
    Mr. Carl Grady Moore III
    Ms. Stephanie Zapata Moore
    Ms. Lisa Katherine Perfetto
    Mr. Perry M. Rosen
    Mr. Joshua Smith