# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 17, 2022

Ms. Lisa Katherine Perfetto
Earthjustice
48 Wall Street
15th Floor
New York, NY 10005

    No. 17-60088    State of Texas v. EPA
                            Agency No. 81 Fed. Reg. 89,870
                            Agency No. 86 Fed. Reg. 34,141
                            Agency No. 86 Fed. Reg. 34,187

Dear Ms. Perfetto,

The following pertains to your brief electronically filed on March 16, 2022.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Please remove the addendum from the brief and file your addendum separately due to the size.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7793

cc:
    Ms. Julia Blair Barber
    Mr. Thomas Joseph Cmar
    Mr. Philip Stephen Gidiere III
    Mr. John Richard Hulme
    Mr. Daniel Jude Kelly
    Mr. Matthew Z. Leopold
    Mr. Carl Grady Moore III
    Ms. Stephanie Zapata Moore
    Mr. Perry M. Rosen
    Ms. Linda B. Secord
    Mr. Joshua Smith