No. 17-60088

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY L.L.C.; BIG BROWN POWER COMPANY L.L.C.; SANDOW POWER COMPANY L.L.C.; LUMINANT MINING COMPANY L.L.C.,**

**Petitioners**

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in His Official Capacity as Administrator of the United States Environmental Protection Agency,**

**Respondents**

Consolidated with

No. 21-60673

**STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,**

**Petitioners**

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,**

**Respondents**

**On Petition for Review of Final Agency Actions of the United States Environmental Protection Agency**

**Rule 30.2(a) Appendix – Volume Three of Eight (Tabs 203 - 328)**

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN COWLES
Deputy Attorney General for Civil Litigation
PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

**March 30, 2022**

LINDA B. SECORD
Assistant Attorney General
Linda.Secord@oag.texas.gov
JOHN R. HULME
Assistant Attorney General
John.Hulme@oag.texas.gov
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
512-463-2012 (phone)
*Counsel for the State of Texas and Texas Commission on Environmental Quality*

# TABLE OF CONTENTS
## Volume Three of Eight*

Tab

Draft SO$_2$ NAAQS Designations Modeling Technical Assistance Document
(Feb. 2016)............................................................................................... 203

Draft SO$_2$ NAAQS Designations Source-Oriented Monitoring Technical
Assistance Document (Feb. 2016)........................................................... 204

Comment Submitted by Richard A. Hyde, Executive Director, Texas
Commission on Environmental Quality (Mar. 31, 2016) ........................... 294

Comment Submitted by Kim Mireles, Luminant Generation Company LLC
(Mar. 31, 2016) (with Attachments) ....................................................... 328

*(See other volumes for additional appendix documents)*

---

\* Consistent with how the record material was cited in the briefs, appendix tab numbers correspond to the final four digits (minus leading zeros) of "Document ID" numbers on the certified index of record contents.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this appendix, which includes Volumes One through Eight, via the Court's CM/ECF system on this 30th day of March, 2022. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Trend Micro and is free of viruses.

s/ P. Stephen Gidiere III

*Counsel for Luminant Petitioners*

**Tab 203: Draft SO$_2$ NAAQS Designations Modeling Technical Assistance Document (Feb. 2016)**

# SO$_2$ NAAQS Designations Modeling Technical Assistance Document

U.S. EPA

Office of Air and Radiation

Office of Air Quality Planning and Standards

Air Quality Assessment Division

February 2016

DRAFT

# Executive Summary

This document is one of two technical assistance documents being provided by the EPA to assist state, local, and tribal air agencies in the characterization of ambient air quality in areas with significant sulfur dioxide ($SO_2$) emission sources either through ambient monitoring or dispersion modeling as outlined in the data requirements rule (79 FR 27446). The primary purpose of this $SO_2$ national ambient air quality standard (NAAQS) Designations Modeling Technical Assistance Document (TAD) is to provide recommendations on how an air agency might appropriately and sufficiently model ambient air in proximity to an $SO_2$ emission source to establish air quality data for comparison to the $SO_2$ NAAQS for the purposes of designations. This TAD provides recommendations on several aspects of dispersion modeling in this context including the use of temporally varying actual emissions, source characterization, meteorological data, model selection, and background concentrations. Recommendations discussed in this TAD supersede the guidance set forth in the March 24, 2011 memorandum, "Area Designations for the 2011 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards" (U.S. EPA, 2011a).

This TAD does not impose binding and enforceable requirements or obligations on any person, and is not final agency action. It is intended to provide recommendations for others to consider as they develop information to be used in future separate final actions, such as area designations and other NAAQS implementation actions. The TAD is subject to change and does not represent the culmination of any agency proceeding or a final interpretation by the EPA of any pre-existing statutory or regulatory requirements.

# **Table of Contents**        **Page**

| | | |
|---|---|---|
| 1. Introduction | | 1 |
| | 1.1 | Background | 1 |
| | 1.2 | Purpose | 1 |
| 2. Guidance on Air Quality Models | | 3 |
| 3. Model Selection | | 5 |
| 4. Modeling Domain | | 6 |
| | 4.1 | Determining Sources to Model | 7 |
| | 4.2 | Receptor Grid | 8 |
| 5. Emissions Inputs | | 9 |
| | 5.1 | Years to Model | 10 |
| | 5.2 | Actual Emissions | 10 |
| | | 5.2.1 Hourly Varying Emissions | 11 |
| | | 5.2.2 Non-hourly Variable Emissions Rates | 12 |
| | | 5.2.3 Calculating Temporally Varying Emissions | 14 |
| | |     5.2.3.1 Use of AP-42 Emissions Factors | 15 |
| | |     5.2.3.2 Ratio Method | 15 |
| | |     5.2.3.3 Other Methods | 15 |
| | |     5.2.3.4 Calculating AERMOD Emission Rate Factors | 16 |
| | |     5.2.3.5 Use of Hourly Emissions vs. Emissions Factors | 18 |
| | | 5.2. 4 Mass Conservation of Emissions | 19 |
| | 5.3 | Mix of Chronologically Different Emissions | 20 |
| | 5.4 | Allowable Emissions | 21 |
| | 5.5 | Intermittent Emissions | 21 |
| 6. Source Characterization | | 22 |
| | 6.1 | Stack Heights | 22 |
| | 6.2 | Source Configurations and Source Types | 23 |
| | 6.3 | Urban/rural Determination | 23 |
| | 6.4 | Deposition Modeling of $SO_2$ | 25 |
| 7. Meteorological Data | | 26 |
| | 7.1 | Years of Data | 26 |
| | 7.2 | Surface Characteristics and Representativeness | 26 |
| | 7.3 | Meteorological Inputs | 27 |
| | | 7.3.1 NWS Data | 28 |
| | | 7.3.2 Site-specific Data | 27 |
| | | 7.3.3 Upper Air Data | 28 |
| | 7.4 | Use of Older Meteorological Data | 28 |
| 8. Background Concentration | | 29 |
| | 8.1 | Methodology | 29 |
| | 8.2 | Time Reporting Methodologies | 31 |

9.  Running AERMOD and Implications for Design Value Calculations        31
10. Documentation        33
11. Summary        34
12. References        35
Appendix A:  Example Modeling Domains        A-1
Appendix B:  Example Calculations of Temporally Allocated Emissions        B-1
    B.1     Example Daily and Hourly Factor Calculations        B-1
    B.2     Example Calculations for Irregular Operating Schedule        B-6
Appendix C:  Example Emissions Allocations and AERMOD Input Formats        C-1
Appendix D:  Example Facility with Hourly Emissions and Emissions Factors        D-1

iv

# 1. Introduction

## 1.1    <u>Background</u>

The traditional NAAQS implementation process begins with the area designations process described in section 107 of the Clean Air Act (CAA), which generally relies on air quality concentrations to be characterized by ambient monitoring data collected by the air agency to identify areas that are exceeding the relevant standard. The preamble to the final 2010 $SO_2$ NAAQS rulemaking (75 FR 35520) noted that although the current $SO_2$ ambient monitoring network included 400+ monitors nationwide, the scope of the network had certain limitations, and approximately two-thirds of the monitors are not located to characterize maximum concentration source-oriented impacts. It was observed that some areas without monitoring likely have concentrations violating the NAAQS. To address these potential public health impacts, the 2010 $SO_2$ NAAQS preamble to the final rule and subsequent draft guidance issued in September 2011 recommended that air agencies submit substantive attainment demonstration state implementation plans (SIPs) based on air quality modeling by June 2013 [under Clean Air Act section 110(a)(1)] that would show how areas expected to be designated unclassifiable and have sources emitting over 100 tons of $SO_2$ per year would attain and maintain the NAAQS in the future.

A number of stakeholders expressed concern with this suggested implementation approach, particularly with the number of sources to be modeled (more than 1680 sources had emissions exceeding 100 tons in 2008), and the fact that the recommended SIP submission date for areas *without* monitoring data being before the SIP due date for violating areas *with* monitoring data. In response, EPA Assistant Administrator Gina McCarthy sent letters to state Environmental Commissioners on April 12, 2012, indicating that the EPA wanted to further consult with stakeholders regarding how to best implement this standard and protect public health in an effective manner. The letters also stated that the agency would not expect air agencies to submit attainment demonstrations by June 2013 for areas not designated as "nonattainment" based on ambient monitoring data. The EPA developed a white paper on possible implementation approaches and proceeded to convene three stakeholder meetings in May- June 2012 with environmental group representatives; state, local, and tribal air agency representatives; and industry representatives. On July 27, 2012, the EPA also announced that it was extending the deadline for $SO_2$ NAAQS area designations by an additional year, to June 3, 2013, based on the unavailability of data.

On May 14, 2014, the EPA proposed the Data Requirements Rule for the 1-Hour Sulfur Dioxide Primary Ambient Air Quality Standard (DRR) (79 FR 27446), taking comment on where ambient $SO_2$ air quality around SO2 emission sources should be required to be characterized. On Friday, August 21, 2015, the Agency finalized and promulgated the SO2 DRR (80 FR 51052). In that final rulemaking, the EPA required the characterization of ambient $SO_2$ air quality around $SO_2$ emission sources emitting 2,000 or more tons per year of $SO_2$. The air quality characterization that was prescribed to be carried out could be done through ambient monitoring or through dispersion modeling. The modeling recommendations presented in this document are

appropriate for use in satisfying source-oriented $SO_2$ modeling requirements, such as those required by the $SO_2$ DRR.


## 1.2    <u>Purpose</u>

This TAD is one of two being provided by the EPA to assist state, local, and tribal air agencies in the characterization of ambient air quality in areas proximate to or impacted by significant $SO_2$ emission sources[1]. The EPA issued an $SO_2$ Strategy Paper in February 2013 describing the agency's plan for addressing public health concerns in areas outside the initial areas intended for nonattainment designation in June 2013. The $SO_2$ Strategy Paper recognized the need to further characterize current air quality across the country to address important public health impacts caused by exposure to ambient $SO_2$ concentrations, with an understanding that there are limitations in the current $SO_2$ ambient monitoring network. The paper described the EPA's plans to develop a future data requirements rule which would require states to characterize air quality in areas around and impacted by the nation's larger $SO_2$ emission sources (including areas in which maximum one-hour emissions levels are not adequately characterized by the current ambient monitoring network). Under this intended approach, state, local, and tribal air agencies would be able to characterize ambient air quality conditions either through the use of additional ambient monitoring or through dispersion modeling. The planned data requirements rule would provide criteria for identifying the sources for which air quality should be characterized. It would also provide a schedule defining when states would need to decide whether to conduct monitoring or modeling for key sources, and when the resultant findings would need to be submitted to the EPA for use in the designations process.

In the final data requirements rule published in 2015 (FR 51052-51088), the EPA established requirements for characterizing $SO_2$ air quality in priority areas, focusing on areas with sources that have emissions greater than 2,000 tons per year. States have the flexibility to characterize air quality using modeling of actual emissions or using appropriately sited existing and new monitors. These data would be used in two future rounds of designations in 2017 (based on modeling) and 2020 (based on new monitoring).

This TAD presents recommendations on how an air agency might appropriately and sufficiently model ambient air in proximity to or impacted by an $SO_2$ emission source to assess compliance with the $SO_2$ NAAQS for designations purposes only. The primary objective of the modeling would be to determine whether an area currently meets the $SO_2$ NAAQS, and thereby indicate the designation process for the area. This TAD presents recommended steps to characterize current air quality based on actual emissions for the most recent years for a source of interest, and for any nearby sources, which may influence the air quality of the area. The TAD also presents recommendations on proper use of modeling inputs, such as emissions, meteorological data, and background concentrations.

---

[1] For historical use of modeling in $SO_2$ designations see 75 FR 35551-35552.

2

Many sections of this TAD are consistent with the EPA's *Guideline on Air Quality Models* (U.S. EPA, 2005), or Appendix W to 40 CFR part 51, and other relevant modeling guidance issued to characterize projected future air quality based on allowable emissions to support attainment planning and permitting programs. *However, an important difference between the attainment planning and permitting guidance and is the guidance in this TAD regarding characterization of current air quality based on recent emissions data.* Users of this TAD should consult with the appropriate EPA Regional Modeling Contact[2] to discuss any specific questions they may have.

This TAD is primarily for use by air agencies to assess likely areas of attainment and nonattainment with the 1-hour $SO_2$ NAAQS. We recognize that other stakeholders may wish to use modeling to assess ambient $SO_2$ air quality, and this TAD provides the EPA's expectations for modeling for those other stakeholders as well.[3] We also note that states—or other parties— may wish to assess $SO_2$ compliance on a schedule that is quicker than what we included in our strategy paper or in the final data requirements rule, and that credible modeling information submitted that indicates potential violations of the NAAQS would need to be evaluated by states and, potentially, the EPA.

Throughout this document, ambiguous terms such as "nearby", "representative" will appear. While this TAD offers recommendations on modeling techniques, every situation is unique, and modelers should also rely on their best professional judgement and past experience when deciding on certain issues, such as inclusion of sources to model, background concentration estimates, and representativeness of meteorological data. Terms such as "nearby" and "representative" are left to interpretation because every situation is unique and the reviewing authority is often the best judge on such issues within their local jurisdictions.

## 2. Guidance on Air Quality Models

The starting point for this TAD is the EPA's *Guideline on Air Quality Models*, also published as Appendix W of 40 CFR part 51[4]. Appendix W is the primary source of information on the regulatory application of air quality models for SIP revisions for existing sources and for New Source Review (NSR) and Prevention of Significant Deterioration (PSD) permitting programs. Air quality modeling in support of this designations process would need to employ air quality dispersion models[5] that properly address the source-oriented nature of $SO_2$ and, thus, should rely upon the principles and techniques in Appendix W when applicable.

---

[2] List of Regional Modeling Contacts by EPA Regional Office is available from SCRAM website at: http://www.epa.gov/ttn/scram/guidance_cont_regions.htm.

[3] Please note that this guidance supersedes the EPA's March 2011 air quality modeling guidance, intended for the designations process, which recommended the use of allowable emissions only to characterize air quality.

[4] Hereafter, referred to Appendix W in the TAD.

[5] Dispersion modeling uses mathematical formulations to characterize the atmospheric processes that disperse a pollutant emitted by a source. Based on emissions and meteorological inputs, a dispersion model can be used to predict concentrations at selected downwind receptor locations.

Appendix W was originally published in April 1978 and was incorporated by reference in the regulations for the Prevention of Significant Deterioration of Air Quality, Title 40, Code of Federal Regulations (CFR) sections 51.166 and 52.21 in June 1978 [43 FR 26382-26388]. These Guidelines were subsequently codified as Appendix W to 40 CFR 51 on August 12, 1996, at 61 FR 41838. The purpose of Appendix W guidelines is to promote consistency in the use of modeling within the air quality management process. The EPA periodically revises these guidelines to address new model developments and new or expanded regulatory requirements.

As referenced in Section 1.2 above, the current version of Appendix W was published in 2005. EPA recently proposed an update to Appendix W (U.S. EPA, 2015a) that propose modeling updates that are relevant to $SO_2$ and modeling for the data requirements rule. The final rule is expected mid_2016. These updates include updates to AERMOD to address modeling under low wind conditions, use of prognostic meteorological data, inclusion of the Buoyant Line Program (BLP) into AERMOD for buoyant line sources, and others. See U.S. EPA (2015a) for more details. While these options are proposed, they may be used with appropriate justification, coordination and approval by the Regional Office. For more information regarding the approval process for the regulatory application of the AERMOD Beta options please consult the December 10, 15 clarification memorandum "Clarification on the Approval Process for Regulatory Application of the AERMOD Modeling System Beta Options (U.S. EPA, 2015c)

However, this TAD addresses a different context than the usual regulatory context addressed in Appendix W (NSR, PSD, and SIP). This TAD addresses modeling analyses that the EPA expects to be conducted pursuant to the data requirements rule, in which modeling is an optional approach for developing information to determine whether an area with a relatively large source or set of sources is violating the $SO_2$ air quality standard. Since the purpose here pertains to designations, this guidance supports analyses of *existing* air quality rather than analyses of emission limits necessary to provide for attainment. Consequently, the guidance in this TAD differs in selected respects from the guidance published in Appendix W. These differences include:

- Placement of receptors only in areas where it is feasible to place a monitor (designations) vs. all ambient air locations ( NSR, PSD, and SIP)
- Use of the most recent 3 years of actual emissions (designations) vs. maximum allowable emissions (NSR, PSD, and SIP)
- Use of 3 years of meteorological data (designations) vs. one to five years (NSR, PSD, and SIP)
- Use of actual stack height for designations using actual emissions vs. Good Engineering Practice (GEP) stack height for other regulatory applications (NSR, PSD, and SIP)

Clarifications and interpretations of modeling procedures become official EPA guidance through several courses of action: 1) the procedures are published as regulations or guidelines; 2) the procedures are formally transmitted as guidance to Regional Office managers; 3) the procedures are formally transmitted as guidance to Regional Modeling Contacts as a result of a Regional consensus on technical issues; or 4) the procedures are a result of decisions by the EPA's Model

4

Clearinghouse that effectively establish national precedent. Formally located in the Air Quality Modeling Group (AQMG) of EPA's Office of Air Quality Planning and Standards (OAQPS), the Model Clearinghouse is the single EPA focal point for the review of criteria pollutant modeling techniques for specific regulatory applications. Model Clearinghouse and related clarification memoranda involving decisions with respect to interpretation of modeling guidance are available at the Support Center for Regulatory Atmospheric Modeling (SCRAM) website.[6]

Recently issued EPA guidance of relevance for consideration in modeling for designations includes:

- "Applicability of Appendix W Modeling Guidance for the 1-hour $SO_2$ NAAQS" August 23, 2010 -- confirming that Appendix W guidance is applicable for NSR/PSD permit modeling for the new $SO_2$ NAAQS (U.S. EPA, 2010a).
- "Additional Clarification Regarding Application of Appendix W Modeling Guidance for the 1-hour $NO_2$ National Ambient Air Quality Standard" March 1, 2011 -- (U.S. EPA, 2011b) provides additional guidance regarding $NO_2$ permit modeling and is also relevant to $SO_2$.

Questions about the interpretation of modeling techniques and procedures unanswered by the original guidance documents should be directed towards the appropriate EPA Regional Modeling Contact.

## 3. Model Selection

Preferred air quality models for use in regulatory applications are addressed in Appendix A of the Appendix W. If a model is to be used for a particular application, the user should follow the guidance on the preferred model for that application. These models may be used without an area specific formal demonstration of applicability as long as they are used as indicated in each model summary of Appendix A of Appendix W. Further recommendations for the application of these models to specific source problems are found in subsequent sections of Appendix W.  In 2005, the American Meteorological Society/Environmental Protection Agency Regulatory Model (AERMOD) was promulgated as the EPA's preferred near-field dispersion modeling for a wide range of regulatory applications in all types of terrain based on extensive developmental and performance evaluation (U.S. EPA, 2003).

For area designations under the 1-hour $SO_2$ primary NAAQS, AERMOD should be used unless use of an alternative model can be justified (Section 3.2, Appendix W) For sources that have been modeled in the past using an alternative model, consultation with the appropriate reviewing authority or Regional Office may aid in determining if the use of the alternative model is still valid.  For some cases the recommended model may be a model other than AERMOD, such as the BLP model. As outlined in the August 23, 2010 clarification memo, "Applicability of Appendix W Modeling Guidance for the 1-hour $SO_2$ National Ambient Air Quality Standard" (U.S. EPA, 2010a), AERMOD is the preferred model for single source modeling to address the

---

[6] The Support Center for Regulatory Atmospheric Modeling (SCRAM) website is available at: http://www.epa.gov/ttn/scram/.

5

1-hour $SO_2$ NAAQS as part of the NSR/PSD permit programs. AERMOD is appropriate to inform this designations process because $SO_2$ concentrations result from direct emissions from combustion sources so that concentrations are highest relatively close to sources and are much lower at greater distances due to dispersion. Given the source-oriented nature of this pollutant (see, e.g., 75 FR at 35570), dispersion models are appropriate air quality modeling tools to predict the near-field concentrations of this pollutant.

The AERMOD modeling system includes the following components:

- AERMOD: the dispersion model (U.S. EPA, 2004a; U.S. EPA, 2015a)
- AERMAP: the terrain processor for AERMOD (U.S. EPA, 2004b)
- AERMET: the meteorological data processor for AERMOD (U.S. EPA, 2004c; U.S. EPA 2015c)

Other components that may be used, depending on the application, are:

- BPIPPRIME: the building input processor (U.S. EPA, 2004d)
- AERMINUTE: a 1-minute ASOS winds pre-processor to AERMET (U.S. EPA, 2015d)
- AERSURFACE: the surface characteristics processor for AERMET (U.S. EPA, 2008)
- AERSCREEN: a recently released screening version of AERMOD (U.S, EPA, 2011c; U.S. EPA, 2015e;)

Before running AERMOD, the user should become familiar with the user's guides associated with the modeling components listed above and the AERMOD Implementation Guide (AIG) (U.S. EPA, 2015f). The AIG lists several recommendations for applications of AERMOD which would be applicable for designations modeling.

# 4.  Modeling Domain

Selection of the modeling domain is important in terms of how many sources[7] to explicitly model and what kind of receptor network to create. Two questions may arise in model domain selection:

1. Where to center the modeling domain?, and

2. How large should the modeling domain be? (i.e., in terms of the number of sources to model and size of the receptor network in order to account for the areas of impact).

The locations of potential modeling domains would be determined based on a case-by-case basis as described in this section, depending on the number and locations of sources that meet or exceed the EPA determined emissions threshold, established in the data requirements rule.

---

[7] Throughout Section 4, source refers to the facility as a whole, not individual units within a facility.

6

## 4.1   Determining Sources to Model

The determination of modeling domains and number of sources to consider for modeling should begin with analyzing the spatial distributions of sources that meet or exceed the emissions threshold established in the data requirements rule. The modeling domains could be centered over these sources. Some of these sources may be relatively isolated from each other and, in some cases, they may be within a few kilometers of each other such that they can be modeled together. In many cases, there may also be sources that are below the anticipated EPA thresholds within the potential modeling domains of the large sources. If there are sufficient numbers of these types of sources near the large sources, then these areas may wish to consider a monitoring strategy rather than conducting modeling that characterizes (either by explicit modeling or background concentrations) all of the sources. An example of this type of situation would be a large source located in an urban area that is surrounded by numerous smaller sources that cumulatively could impact air quality concentrations. In addition, some other situations may be more conducive to monitoring rather than modeling, such as non-point type sources (*i.e.,* ports), sources in complex terrain, or clusters of small sources (see 75 FR 35562).

Determining specific sources (those sources that are below the emissions threshold) to explicitly model is a multi-step process. The goal of determining other sources to model is to determine those sources that could cause or contribute to a NAAQS violation in the vicinity of the source that exceeds the EPA emissions threshold. Emissions, source parameters, and proximity to the target source are items for consideration.  Sound technical justification, best professional judgment, and consultation with the appropriate EPA Regional Modeling Contact should be used to determine which sources to model and which to represent via background concentrations. When considering other sources to include in the modeling, Appendix W states in Section 8.2.3.b that all sources expected to cause a significant concentration gradient in the vicinity of the source of interest should be explicitly modeled and that the number of such sources is expected to be small except in unusual cases. Other sources in the area, i.e. those not causing significant concentration gradients in the vicinity of the source of interest, should be included in the modeling via monitored background concentrations as described later in Section 8 of this TAD. The number of sources to explicitly model should generally be small. The March 1, 2011 $NO_2$ memorandum (U.S. EPA, 2011b) also offers recommendations for determining nearby sources, and those recommendations are relevant for $SO_2$ as well. The $NO_2$ memo recommends the following:

1. Analyze contour plots of the source which clearly depict the impact area of the source, preferably overlaid on a map that identifies key geographic features that may influence the dispersion patterns. The concentration contour plot also serves to visually depict the concentration gradients associated with the source's impact.
2. Controlling meteorological conditions for the source's impact should be identified as clearly as possible. Use of the MAXDAILY or MXDYBYYR AERMOD output options can help identify the appropriate time periods to be used to calculate controlling design values.

7

3. A wind rose of the meteorological station used in the modeling can help to analyze flow patterns.

For application under the data requirements rule, in these three steps, for designation purposes "source" refers to those sources that would exceed the future EPA determined emissions threshold and contour plots should present the modeled design values. Overlaying other sources' locations on the contour plots can aid in determining the possibility of a significant concentration gradient around those sources. The March 1, 2011 $NO_2$ memorandum also offers guidance on the determination of significant concentration gradients and distance from the source. The memo discusses that concentration gradients associated with a particular source will be generally largest between the source and the maximum ground level concentrations from the source. Beyond that distance, gradients tend to be smaller and more spatially uniform. The memo also offers a general guideline that the distance between a source and its maximum ground level concentration is generally 10 times the stack height in flat terrain.  However, the potential influence of terrain can impact the location and magnitudes of significant concentration gradients. The use of significant concentration gradients can help inform the decision on the size of the modeling domain and sources to consider for modeling. For more details on the significant concentration gradient, refer to the March 1, 2011 $NO_2$ memorandum and for more information on inclusion of nearby sources consult Section 8.2.3 of Appendix W.

For those sources that are questionable for explicit modeling (most likely sources under 2,000 tons per year), the use of screening modeling via AERSCREEN may aid in the decision process. While AERSCREEN does not output a design value, but a maximum hourly concentration, it can serve as a conservative estimate to compare against the NAAQS and Significant Impact Level (SIL) [8]. If a source exceeds the EPA interim SIL or a state-selected impact criterion, it should be evaluated with refined modeling. If the maximum 1-hour concentration output from AERSCREEN violates the NAAQS, it does not necessarily mean that the screened source is in nonattainment, but that the source should be evaluated using refined dispersion modeling. For small isolated sources, screening may be useful on a source by source basis. However, for a cluster of small sources, their cumulative impact should also be assessed. Individual sources may not be significant by themselves, but together they could cause or significantly contribute to a NAAQS violation.

For example scenarios of modeling domains and sources to model, see Appendix A.

## 4.2    Receptor Grid

The model receptor grid is unique to the particular situation and depends on the size of the modeling domain, the number of modeled sources, and complexity of the terrain. For applications such as SIP, PSD, or NSR, receptors should be placed in areas that are considered

---

[8] The 3 ppb interim SIL for the new 1-hour SO2 NAAQS was provided by the EPA for states to consider using for the PSD program in the August 23, 2010 memorandum "Guidance Concerning the Implementation of the 1-hour SO2 NAAQS for the Prevention of Significant Deterioration Program."

8

ambient air (i.e., where the public generally has access) and placed out to a distance such that areas of violation can be detected from the model output to help determine the size of any nonattainment areas. For the purposes of modeling for $SO_2$ designations, the receptor placement strategy differs since the modeling is acting as a surrogate for monitoring.  In areas where it is not feasible to place a monitor (water bodies, facility property, etc.), receptors can be ignored or not placed in those locations.  This can be done for modeling involving actual or allowable emissions.  In any case, receptor placement should be of sufficient density to provide resolution needed to detect significant gradients in the concentrations, with receptors placed closer together near the source to detect local gradients  and placed farther apart away from the source. In addition, the user should place receptors at key locations such as around facility fence lines (which define the ambient air boundary for a particular source) or monitor locations (for comparison to monitored concentrations for model evaluation purposes). The receptor network should cover the modeling domain and in general follow the recommendations of Section 7.2.2 of Appendix W with the exception of areas to exclude based on feasibility of monitor placement.

If modeling indicates elevated levels of $SO_2$ (near or above the standard) near the edge of the receptor grid, expanding the grid or conducting an additional modeling run centered on the area of concern should be considered. As noted above, terrain complexity should also be considered when setting up the receptor grid. If complex terrain is included in the model calculations, AERMOD requires that receptor elevations be included in the model inputs for proper model execution. In those cases, the AERMAP terrain processor (U.S. EPA, 2004b) should be used to generate the receptor elevations and hill heights. Beginning with version 09040, AERMAP can process either Digitized Elevation Model (DEM) or National Elevation Data (NED) data files. The AIG recommends the use of NED data since they are more up to date than DEM data, which are no longer updated (Section 4.3 of the AIG).

In recent years, many modeling exercises of $SO_2$ have used a receptor height other than ground level to account for the breathing height of individuals.  This is achieved using the AERMOD FLAGPOLE option.  While it may seem that modeling concentrations at breathing height would lead to better characterization of air quality at the level most individuals are breathing, the use of FLAGPOLE receptors is not necessary. Appendix W does not specify that receptors should be placed at levels other than ground level for comparison to the NAAQS.

# 5.  Emissions Inputs

In the data requirements rule, the EPA provided an option to base $SO_2$ designations on modeling of actual emissions data. This provision would reflect a view that designations are intended to address current actual air quality (*i.e.*, modeling simulates a monitor), and, thus, are unlike attainment plan modeling, which must provide assurances that attainment will occur. For the purposes of designations, modeling can be used as a surrogate to ambient monitoring to characterize air quality for the designations process. The EPA recommends modeling the most recent 3 years of actual emissions. These data will generally best represent the emissions that would cause the impacts monitored in a 3-year monitoring data set under most circumstances.

In some cases, air agencies may wish to conduct modeling using allowable or PTE emissions[9]. For areas that show attainment based on current actual emissions, the EPA anticipates developing guidance for periodic review to judge whether emissions have increased to levels that might be causing NAAQS violations. In contrast, an area that is found to attain based on allowable emissions would need no such further periodic review with the exception of normal NSR or PSD applications. In addition, sources that implement emission controls during the relevant 3-year period and that become subject to an emission limit requiring that control may wish to demonstrate that limit assures attainment, even though the 3-year average emission level would be estimated to yield NAAQS violations. Recognizing that allowable or actual emissions may be used, this section offers guidance on the use of both types of emissions.

## 5.1   Years to Model

For the purposes of modeling to characterize air quality for use in $SO_2$ designations, the EPA recommends using the most recent 3 years of actual emissions data and concurrent meteorological data (see Section 7) to allow the modeling to simulate what a monitor would observe. When using actual emissions, each year would be modeled with its actual emissions and concurrent meteorology if possible (See Section 7.4 of this TAD for more information on older meteorological datasets).   It also remains acceptable to use allowable emissions instead of actuals for designations purposes because allowable emissions would provide a more conservative estimate. When using allowable emissions, the most recent permitted or PTE rate should be used along with the most recent three years of meteorological data.

## 5.2   Actual Emissions

When using the "actual emissions" approach, rather than a more conservative approach based on allowable emissions, it is necessary to provide as accurate a representation as possible of the actual emissions history of the source of the relevant time period. Clearly, continuous emissions monitoring system (CEMS) data will provide acceptable historical emissions information when it is available. CEMS data are available for many electric generating units, and certain other types of sources. In the absence of CEMS data, simply dividing the annual emissions by the number of hours in the year (8,760 for non-leap years or 8,784 for leap years) is not an accurate representation of actual emissions for sources that experience emissions rate variability throughout the year and should not be used.  Reviewing authorities and facilities, along with the Regional Office should work closely to ensure the best quality emissions are used in the modeling.

Representing this variability accurately is important given the short term nature of the $SO_2$ NAAQS. AERMOD has several options for emissions to temporally vary within a model simulation. This can be done via hourly varying emissions (AERMOD keyword HOUREMIS) or

---

[9] Throughout the rest of the TAD, allowable will be synonymous with PTE and permitted emissions.

through the use of variable emission factors (AERMOD keyword EMISFACT). This section will discuss possible methodologies to calculate temporally varying emissions and how to apply them in AERMOD. When choosing a method, the most detailed available throughput, operating schedule and emissions information should be used. The approaches discussed in this section are recommended for use if representative temporally varying emissions or temporal profiles are not readily available. Sources should consult with the appropriate reviewing authority regarding the applicability of existing representative temporally varying emissions or temporal profiles in the designations modeling.

## 5.2.1 *Hourly Varying Emissions*

Hourly varying emissions data may be input into AERMOD using the HOUREMIS keyword in the source pathway of the AERMOD control file (AERMOD.INP). See Section 3.3.9 of the AERMOD User's Guide for the input format of hourly emissions. Currently, one file containing all the hourly emissions for all hourly varying sources is allowed per AERMOD run. For example, if there are ten hourly varying sources in an AERMOD run, the hourly emissions file contains hourly emissions for all ten sources.

Note that these hourly emissions override the emission rates entered on the SRCPARAM line of the AERMOD input file. For proper model execution, the hourly emissions file should contain all the hours that are contained in the input meteorological files and each hour should have an entry for each hourly varying source. If this is not the case, then AERMOD will abort execution. If an emissions source does not have emissions for a particular hour, then an emission rate of zero should be entered. One important item to remember regarding emissions in AERMOD (hourly or use of AERMOD emissions factors), is that the emissions are listed for the hour ending and are for hours 1-24, Local Standard Time. For example, for emissions occurring between midnight and 1:00 AM LST, the emissions would be assigned to 1:00 AM in the hourly emissions file. For more details about the syntax and use of hourly emissions, see Section 3.3.9 of the AERMOD User's Guide and Section 2.6.2 of the AERMOD User's Guide Addendum.

Because each case is unique, we do not offer specific recommendations for substitution of missing emissions. We recommend that the reviewing authority work closely with the facility to determine if the hours were truly missing or units were not operating for the hour. If the hours are missing, the source and reviewing authority should work together to develop methodologies to substitute for missing hours, whether it be averages of surrounding non-missing hours, substitution with peak emissions, use of emission factors, etc.

11

## 5.2.2  Non-hourly Variable Emissions Rates

In addition to hourly varying emissions, AERMOD also allows emissions to vary with time using variable emission rate factors[10]. For the purposes of $SO_2$ designations, these can be used to characterize the temporal variation of emissions if there is not enough information to determine hourly emissions. The emission rate factors that allow for temporal variation are described in Table 1 below[11]. Refer to Section 3.3.5 of the AERMOD User's Guide and Section 2.6.1 of the AERMOD User's Guide Addendum for more information about the rate factors. Note, for the seasonal rate factors, winter refers to December, January, and February; spring refers to March, April, and May; summer refers to June, July, and August; fall refers to September, October, and November.

When using the variable emissions rate factors, the input emission rate (SRCPARAM keyword emissions rate) is multiplied by the emission rate factors to yield an emission rate for the specific hour being processed in AERMOD. For example, suppose an emission rate of 5 g/s is entered on the SRCPARAM line and seasonal factors are used. Suppose further that the winter emission rate for all hours is 2.5 g/s, the spring rate is 3.5 g/s, the summer rate is 5 g/s and the fall rate is 1 g/s. The emission rate factors that would be entered on the EMISFACT line would be in order:  0.5, 0.7, 1.0, and 0.2 for winter, spring, summer, and fall respectively. In this case, the multiplication of the appropriate seasonal factor by the emission rate (5 g/s) on the SRCPARAM line results in the four seasonal rates of 2.5 g/s, 3.5 g/s, 5 g/s and 1 g/s.

---

[10] AERMOD emission rate factors vary the emission input rate.  These are not to be confused with emissions factors used to estimate emissions, such as the AP-42 factors.

[11] The AERMOD emission rate factor WSPEED varies emissions based on wind speeds.  It is unlikely that $SO_2$ emissions will be characterized with this factor and it is omitted from discussion in this TAD.

1    **Table 1.  AERMOD emission rate factors and descriptions.**

| Factor | Description (number of factors) | Order of rate factors in AERMOD |
|---|---|---|
| SEASON | Emissions vary seasonally (4) | Winter (Jan., Feb. Dec.), Spring (Mar., Apr., May), Summer (Jun., Jul., Aug.), Fall (Sep., Oct., Nov.) |
| SEASHR | Emissions vary by season and hour-of-day (96) | Hours 1-24 for Winter, hours 1-24 for Spring, hours 1-24 for Summer, hours 1-24 for fall |
| SHRDOW | Emissions vary by season,  hour of day and day of week type (weekday (Mon-Fri), Saturday, or Sunday) (288) | Hours 1-24 for winter weekday, hours 1-24 for spring weekday, hours 1-24 for summer weekday, hours 1-24 for fall weekday, hours 1-24 for winter Saturday…hours 1-24 for fall Saturday, hours 1-24 for winter Sunday…hours 1-24 for fall Sunday |
| SHRDOW7 | Emissions vary by season, hour of day and day of week (Mon., Tues. Wed., Thur., Fri., Sat., and Sunday) (672) | Hours 1-24 for winter Monday, hours 1-24 for spring Monday, hours 1-24 for summer Monday, hours 1-24 for fall Monday, hours 1-24 for winter Tuesday…hours 1-24 for fall Tuesday,… hours 1-24 for winter Sunday, hours 1-24 for spring Sunday, hours 1-24 for summer Sunday, hours 1-24 for fall Sunday |
| MONTH | Emissions vary monthly (12) | January, February, March, April, May, June, July, August, September, October, November, December |
| MHRDOW | Emissions vary by month,  hour of day and day of week type (weekday, Saturday, or Sunday) (864) | Hours 1-24 for January weekday, hours 1-24 for February weekday… hours 1-24 for December weekday, hours 1-24 for January Saturday…hours 1-24 for December Saturday, hours -14 for January Sunday…hours 1-24 for December Sunday |
| MHRDOW7 | Emissions vary by month, hour of day and day of week (Mon., Tues. Wed., Thur., Fri., Sat., and Sunday) (2,016) | Hours 1-24 for January Monday, hours 1-24 for February Monday… hours 1-24 for December Monday, hours 1-24 for January Tuesday…hours 1-24 for December Tuesday…hours 1-24 for January Sunday…hours 1-24 for December Sunday |
| HROFDY | Emissions vary by hour-of-day (24) | Hours 1-24 |
| HRDOW | Emissions vary by hour of day and day of week type (weekday (Mon-Fri), Saturday, or Sunday) (72) | Hours 1-24 for weekday, hours 1-24 for Saturday, hours 1-24 for Sunday. |
| HRDOW7 | Emissions vary by hour of day and day of week (Mon., Tues. Wed., Thur., Fri., Sat., and Sunday) (168) | Hours 1-24 for Monday, hours 1-24 for Tuesday, hours 1-24 for Wednesday, hours 1-24 for Thursday, hours 1-24 for Friday, hours 1-24 for Saturday, hours 1-24 for Sunday |

2

13

Table 2 explains scenarios to determine which emission rate factors would fit a particular source's temporal profile. Note that seasonal profiles should only be used if a source's climatological seasonal/monthly assignment matches the default AERMOD seasons. If they do not, then monthly variations should be used. This could be applicable in areas where March is more of a winter scenario than spring, for example. If more refined emissions are known, such as weekly or daily emissions, then the emissions would have to be input as hourly emissions since there are no rate factors for those scenarios.

**Table 2. Emission rate factors scenarios.**

| Factor | Conditions for use |
|--------|--------------------|
| SEASON | Emissions are known to vary seasonally only; No known variation by day of week or hour. |
| SEASHR | Emissions are known to vary seasonally and by hour of day; No known variation by day of week. |
| SHRDOW | Emissions are known to vary seasonally, by hour of day and day of week (weekday, Saturday and Sunday; No known variation by specific weekday. |
| SHRDOW7 | Emissions are known to vary seasonally, by hour of day and day of week (Monday, Tuesday, Wednesday, Thursday, Friday, Saturday and Sunday |
| MONTH | Emissions are known to vary monthly only; No known variation by day of week or hour |
| MHRDOW | Emissions vary by month, hour of day and day of week type (weekday, Saturday, or Sunday). MHRDOW could be used as a substitute for monthly hour of day variation (analogous to SEASHR).  Assume all days the same hourly profiles. |
| MHRDOW7 | Emissions vary by month, hour of day and day of week (Mon., Tues. Wed., Thur., Fri., Sat., and Sunday). |
| HROFDY | Emissions vary by hour-of-day (24) only; No known variation by season, month, or day of week. |
| HRDOW | Emissions vary by hour of day and day of week type only (weekday (Mon-Fri), Saturday, or Sunday); No known variation by season, month, or specific weekdays. |
| HRDOW7 | Emissions vary by hour of day and day of week (Mon., Tues. Wed., Thur., Fri., Sat., and Sunday); No known variation by season or month. |

## 5.2.3  Calculating Temporally Varying Emissions

Given the short-term nature of the SO$_2$ standard, it is important to characterize peak emissions that may occur due to production, changes in sulfur content of fuels, or operating schedules.  In the absence of readily available temporally varying emissions or a predefined methodology, varying emissions should be calculated using the most detailed available information such as production logs, fuel usage information, operating schedules, etc. Several possible approaches are discussed here. When calculating temporally varying emissions, it is important that the input

14

emissions are mass conservative, i.e. the sum of the modeled hourly emissions are equal to the annual emissions. This is discussed in more detail in Section 5.2.6.

### 5.2.3.1   Use of AP-42 Emissions Factors

If an emission source does not have hourly emissions readily available, it may be possible to estimate hourly emissions or temporally varying emissions for the emissions factors listed in the AERMOD User's Guide and addendum. One way to calculate temporally varying emissions would be to use emission factors such as the AP-42 emissions factors[12] with throughput or production rates. These factors could be applied to calculate emissions ranging from hourly, to daily, monthly, or annual emissions. The June 28, 2010 memorandum, "Applicability of Appendix W Modeling Guidance for the 1-hour $NO_2$ National Ambient Air Quality Standard," (U.S., EPA, 2010b) has an example of using AP-42 factors to calculate an emission rate.

### 5.2.3.2   Ratio Method

If reliable emissions factors are not available to calculate emissions, an approximation of seasonal, monthly, etc. emissions can be made using ratios of annual production rates to seasonal, monthly, etc. production rates or even operating schedules. An example would be a facility that has a coal fired boiler, knows the monthly usage of coal in tons, and has a record of annual $SO_2$ emissions in tons, but does not have a record of the sulfur content of each month's coal. The ratio of monthly coal consumption to annual consumption can be calculated and applied to the annual $SO_2$ emissions to yield $SO_2$ tons/month.

### 5.2.3.3   Other Methods

While the use of AP-42 factors or a simple ratio method can be used to calculate temporally varying emissions, if temporally varying emissions are already available from another method, it may be possible to use such emissions and format as AERMOD emission rate factors or hourly varying emissions. An example would be to use emissions processed through the Sparse Matrix Operator Kernel Emissions model (SMOKE),[13] the emissions processor for the Community Multi-scale Air Quality model (CMAQ).  If a modeled source's emissions have been processed in SMOKE for other modeling applications and the temporal profile is considered representative of the current conditions, it may be possible to import the temporally allocated emissions into AERMOD via the AERMOD emissions factors. A memorandum discussing an example use of temporal factors can be found in the April 29, 2002 memorandum "Temporal Allocation of Annual Emissions Using EMCH Temporal Profiles," (U.S. EPA, 2002). Again, any input emissions to AERMOD are input as hour-ending. If the input emissions are hour-beginning, the hour should be adjusted to hour-ending.

---

[12] http://www.epa.gov/ttn/chief/ap42/index.html
[13] http://www.smoke-model.org/index.cfm

### 5.2.3.4  Calculating AERMOD Emission Rate Factors

When calculating temporally varying emissions, the process can be broken down into a series of steps of refining the emissions from a coarse level to the finest level of hourly emissions:

1. The coarsest level of emissions is annual, seasonal, or monthly.
2. These emissions are then spread over the operational days of the same temporal period of the emissions (annual, seasonal, or monthly).
3. Emissions from step 2 are assigned to the operational hours of each day in the time period.

In general, these steps can be represented by the general equation:

$$E = SO2 \times DF \times HF \hspace{4cm} (1)$$

Where E represents temporally allocated $SO_2$ emissions per hour (tons, lbs, kg, etc.), SO2 represents the annual, seasonal, or monthly $SO_2$ emissions (step 1) in the same units as E, DF is the daily allocation factor (step 2), and HF is the hourly allocation factor (step 3). The $SO_2$ emissions represented by SO2 in Equation 1 could be emissions calculated using the methodologies discussed in Sections 5.2.3.1 through 5.2.3.3. The use of annual, seasonal, or monthly $SO_2$ emissions will depend on which AERMOD emissions factor is used to represent a source's emissions. Emissions input to AERMOD should then be converted to g/s. Note, for area sources (AREA, AREACIRC, and AREAPOLY) and line (LINE) sources, emissions should then be divided by the area of the source in square meters to have the correct input units of $g/s/m^2$.

Note that if AERMOD emission factors are used, the variables $Days_{day\ type}$ and $Days_{total}$ in Equations 2a and 2b below, assume that all occurrences of a given day type for a time period (season, month, or annual) have the same operational status throughout the time period, regardless of the actual status of the day type. For example, for a MHRDOW emission factor, the use of $Days_{day\ type}$ or $Days_{total}$ assumes that all weekdays have the same status (either all are operational or all non-operational) throughout the month all Saturdays have the same status and all Sundays have the same status throughout the month. Using the MONTH emission factor as a second example, there may be a month where all of the emissions actually occurred on five days of the month; however, which days on which the emissions occurred is not known.  Therefore, the MONTH emission factor will assume all days of the month are operational and the emissions are distributed over the entire month, instead of the actual days on which they occurred.

Equations 2a and 2b can be used to calculate temporally varying emissions if a source has an irregular schedule of operations such as shutdowns for holidays or other non-scheduled shutdowns but AERMOD emissions factors may not be applicable. More information about irregular schedules and AERMOD emissions factors can be found in Section 5.2.3.5 and Appendix B.

16

The daily allocation factor, DF, distributes the $SO_2$ emissions (SO2 in equation 1) among the assumed operational days of the year, season, or month. The sum of the daily factors should sum to one for the year, a particular season, or particular month. If a source does not have a predefined daily factor, the daily factor may be calculated as:

$$DF = \frac{E_{daytype}}{SO2} \times \left( \frac{1}{Days_{daytype}} \right) \tag{2a}$$

Or, in the absence of more information, for assumed operational days,

$$DF = \frac{1}{Days_{total}} \tag{2b}$$

Where SO2 is defined as in Equation 1, $E_{day\ type}$ are the total day type emissions summed over the same time span as the SO2 emissions, $Days_{day\ type}$ would be the corresponding number of days for that day type, and $Days_{total}$ is the total number of days across all day types for the time span covered by the SO2 emissions. For days with no emissions, the daily factor would be zero. The available information would determine whether equation 2a or 2b is used. For example, suppose a source's emissions are represented by the AERMOD MHRDOW emissions factor. For a given month, there is enough available information such that each day type's (weekday, Saturday, or Sunday) total emissions are known for the month. Equation 2a could then be used to calculate the daily factor for the month. However, if only the total operational days for the month are known, then Equation 2b would be used and each operational day type would be assigned the same daily factor.

The hourly factor, HF, distributes the daily emissions among the operational hours of the day and the sum of the non-zero hourly factors should equal one for each day. If a source does not have a predefined hourly profile, the hourly factor can be calculated as:

$$HF = \frac{E_{hour,daytype}}{E_{daytype}} \tag{3a}$$

Or in the absence of more information for operational hours,

$$HF = \frac{1}{Hours_{op}} \tag{3b}$$

Where HF is the hourly factor, $E_{hour,day\ type}$ are the total hourly emissions for a given hour for a given day type across all occurrences for a given day type, $E_{day\ type}$ is defined as for Equation 2a, and $Hours_{op}$ are the number of operational hours per day for a given day type. Note, when using Equation 3b, the HF for non-operational hours would be zero. As with the daily factor equations, the available information would determine which equation to use for the hourly factor. Using the example presented above, suppose an emission source's emissions are again represented by the

17

MHRDOW emission factor. In addition to knowing the emissions for each day type, the hourly emissions for each day type are known. Then equation 3a can be used to calculate the hourly factor, HF. However, if that information is not known, then the emissions would be distributed uniformly across operational hours of the day using Equation 3b. Example calculations for Equations 1 through 3 are shown in Appendix B.

Example daily and hourly factors are shown in Appendix C for each of the AERMOD emissions factors for illustrative purposes only to show the format of the AERMOD emissions factors. Sources may have their own temporal profiles that can be fitted to Equation 1. An example would be an hourly emissions profile that starts out as zero in the morning, peaks around mid-day, and then tails off back to zero near the end of the day.

For cases where a pre-applied temporal profile has been applied as discussed in Section 5.2.3.3, the emissions should be translated to an AERMOD emission rate factor.


### 5.2.3.5  Use of Input Hourly Emissions vs. Emissions Factors

In some situations, the choice between using hourly emissions (HOUREMIS) and using the emissions factors (EMISFACT) can be difficult. If input emissions vary hourly then the HOUREMIS input is the most logical to use. There may be situations where the emission rate factors would appear to be the initial input method but it may actually be necessary to translate those emissions to hourly emissions. These situations may occur because:

1. The facility may have had an irregular operating schedule due to holidays or shutdowns (unplanned or planned).
2. Emissions parameters such as exit velocity, exit temperature, release height, initial vertical dispersion, or initial horizontal dispersion vary with the emissions levels.
3. The most detailed available information about emissions or throughput are not characterized well by the AERMOD emission rate factors.

An example of the first situation would be that $SO_2$ emissions have been calculated based on a monthly, day of week, and hourly variation (MHRDOW7 emissions rate factor). The MHRDOW7 emission rate factor assumes that all given hours and days of a particular day type do not vary within a month, i.e. all 8:00 AM hours for Mondays in July would have the same emission rate. However, suppose that the facility does not operate on Independence Day, July 4, and the 4th falls on a Monday for a given year. In this situation, all other Mondays in July would receive the same emissions but the Monday of the 4th would receive zero emissions. The emissions for the operational Mondays could be calculated using Equations 1-3, with $Days_{day\ type}$ or $Days_{total}$ being the number of operating days without the assumptions described in Section 5.2.3.4. The 4th would be assigned zero emissions and the other Mondays would receive identical non-zero emissions based on Equation 1. Another example would be if a facility was shut down due to natural causes, e.g. storms or earthquakes or other causes (malfunction, economic reasons, etc.). An example application of situation #1 can be found in Appendix B.

For situation #2, emissions parameters may vary as the emissions vary. In some cases, exit temperatures or exit velocities change with emission levels. While the emissions rates can be calculated using Equation 1, it would be necessary to format and input those emissions to hourly emissions to account for the change in emissions parameters as emissions change.

Finally, there may also be situations where the AERMOD emission rate factors do not characterize the emissions when calculating emissions from non-hourly throughput. These would be cases where the most detailed throughput is weekly or daily and there is enough variation week to week or day to day such that the most detailed emission rate factor, MHRDOW7 would not work. In these types of situations, it may be necessary to use the hourly emissions input method.

There is one item to note regarding the use of AERMOD emissions factors. As explained in Section 5.1.2, the emission rate factors are multiplied by the emission rate supplied on the SRCPARAM to calculate emissions used for a particular hour in the AERMOD run. Equation 1 yields an emission rate, i.e. g/s that would be applied to a particular hour. To input the calculated temporally varying emissions, it may be easier to enter an emission rate of 1 g/s for point and volume sources, or 1 $g/s/m^2$ for area or line sources on the SRCPARAM line, and use the calculated emission rates as the AERMOD emissions factors. This avoids a question of what emission rate to enter on the SRCPARAM line and calculating the ratios of the temporally varying emissions to the reference emission rate. Using the simple example in Section 5.1.2 for seasonal rate factors, an emission rate of 1 g/s can be entered on the SRCPARAM line and the actual seasonal rates of 2.5 g/s, 3.5 g/s, 5 g/s and 1 g/s can be entered with the EMISFACT line(s). For an area type or line source, an emission rate of 1 $g/s/m^2$ can be entered on the SRCPARAM line and the actual emission rates in $g/s/m^2$ can be entered with the AERMOD emissions factors. The method of inputting the emissions is entirely at the user's discretion.

## 5.2.4  Mass Conservation of Emissions

It is important that the temporally varying input emissions are mass conservative, i.e. the sum of the modeled hourly emissions is equal to the annual emissions. The daily factors and hourly factors shown in Equations 2a-b and 3a-c account for this conservation. For example, a source has an annual emissions total of 10 tons of $SO_2$. The winter emissions are 3 tons, spring emissions are 2 tons, summer emissions are 4 tons and fall emissions are 1 ton. Since all days and hours are considered operational, DF can be calculated by Equation 2b and HF by Equation 3b. The resulting seasonal varying emissions are shown in Table 3. Note, seasonal emissions are converted from tons to pounds during calculations.

19

**Table 3.  AERMOD SEASON emissions.**

| Season | Seasonal emissions (tons) | Number of operational days | DF (1/days) | Number of operational hours | HF (1/hours) | Emissions (lb/hr) | Emissions (g/s) |
|--------|---------------------------|----------------------------|-------------|-----------------------------|--------------|-------------------|-----------------|
| Winter | 3 | 90 | 0.01111 | 24 | 0.041667 | 2.7777 | 0.35 |
| Spring | 2 | 92 | 0.01087 | 24 | 0.041667 | 1.81159 | 0.23 |
| Summer | 4 | 92 | 0.01087 | 24 | 0.041667 | 3.6232 | 0.46 |
| Fall | 1 | 91 | 0.01099 | 24 | 0.041667 | 0.9158 | 0.12 |

The resulting AERMOD factors are shown in Figure 1, assuming an input emission rate of 1 g/s.

**Figure 1.  SEASON AERMOD emissions factors.**

```
** Winter, Spring, Summer, Fall

SO EMISFACT SOURCE1 SEASON 0.35 0.23 0.46 0.12
```

After applying the appropriate emission rate factor to each modeled hour, i.e. applying the winter emissions rate to winter hours, etc. and summing across the entire year, the resulting emissions are 10 tons and these emissions factors conserve the total mass.

## 5.3    Mix of chronologically different emissions

The final data requirements rule allowed for a mix of sources where some modeled sources may have the most recent three years of emissions while other modeled sources may not have the most recent three years of emissions (See Section IV.6.b.iii of the final rule).  This may occur when there is a mix of EGUs and non-EGU sources, where the EGU sources may have the most recent three years of emissions from CEM data but the non-EGUs may not have the most recent three years.  For sources that do not have the most recent three years of emissions, it may be possible to calculate the emissions based on the AP-42 factor methodology outlined in Section 5.2.3.1 of this document, using fuel usage or production logs.

In cases where Section 5.2.3.1 methodology cannot be used, and older emissions representative emissions must be used, the older emissions can be used in the same model run with sources that have the most recent three years of emissions.  If the older emission sources have hourly

emissions, then dates of the emissions can be changed to match the dates of the meteorological data (See Section 7.4 about use the use of older meteorological data). If the older emissions data do not have hourly emissions and the AERMOD emission factors are used, no changes to the dates are necessary.

## 5.4    Allowable Emissions

As noted in the beginning of Section 5, most cases will involve the use of actual emissions. States may find that use of allowable or PTE emissions is simpler and may show that an area would attain the standard with those conservative assumptions. (Note, if the modeling based on allowable emissions does not show attainment, then use of actual emissions should be conducted.) An air agency may choose to follow this type of approach if a conservative analysis of this type would still indicate attainment in the area of interest. When using allowable emissions, the modeling exercise is no longer attempting to mimic a monitor but becomes more like a SIP or PSD/NSR application.

Because of the short-term nature of the $SO_2$ NAAQS, the maximum short-term or hourly emission rate could be input into AERMOD for each modeled hour. As stated in the August 23, 2010 memo (U.S. EPA, 2010a),

> "Since short-term $SO_2$ standards ($\leq$ 24 hours) have been in existence for decades, existing $SO_2$ emission inventories used to support modeling for compliance with the 3-hour and 24-hour $SO_2$ standards should serve as a useful starting point, and may be adequate in many cases for use in assessing compliance with the new 1-hour $SO_2$ standard since issues identified in Table 8-2 of Appendix W related to short-term vs. long-term emission estimates may have already been addressed."

For those cases using maximum allowable emissions, the existing $SO_2$ inventories used for permitting or SIP planning demonstrations should contain the necessary emissions information for designations-related modeling. If short-term emissions are not readily available, they may be calculated using the methodology shown in Table 8-1 of Appendix W. For an example calculation of short term emissions, see the June 28, 2010 memorandum "Applicability of Appendix W Modeling Guidance for the 1-hour $NO_2$ National Ambient Air Quality Standard" (U.S., EPA, 2010b). Although the example is for $NO_2$, the calculation methodology would be the same for $SO_2$.

## 5.5    Intermittent Emissions

Regarding the modeling of intermittent emissions sources, such as emergency generators and startup/shutdown emissions, recommendations in the March 1, 2011 memo, "Additional Clarification Regarding Application of Appendix W Modeling Guidance for the 1-hour $NO_2$ National Ambient Air Quality Standard," should be followed for $SO_2$ as well. The EPA believes the most appropriate data to use for comparison to the 1-hour $SO_2$ NAAQS are based on emissions scenarios that are continuous enough or frequent enough to contribute significantly to

the annual distribution of maximum daily 1-hour concentrations. Although the referenced guidance in this memo is for $NO_2$ permit modeling, the common 1-hour averaging time and form of both the $NO_2$ and $SO_2$ standards makes this modeling guidance applicable to the 1-hour $SO_2$ NAAQS and, thus, applicable to $SO_2$ modeling in support of designations. For more details, refer to the March 1, 2011 $NO_2$ memo (U.S. EPA, 2011b). If any questions arise regarding preparation of emissions inputs for dispersion modeling including intermittent emissions from sources, then users should consult the appropriate EPA Regional Modeling Contact.

# 6. Source Characterization

This section provides guidance on source characterization to develop appropriate inputs for dispersion modeling with the AERMOD modeling system. Section 6.1 discusses the use of actual stack heights, Section 6.2 provides details on source configuration and source types, and Section 6.3 provides details on urban/rural determination of the sources.

## 6.1    Stack Heights

For the purposes of modeling with actual emissions to characterize air quality for use in a future $SO_2$ designations process, the EPA recommends the use of actual stack heights so that the modeling analysis can most closely represent the actual ambient air quality conditions as influenced by the source. As previously stated, the purpose of the modeling is to act as a surrogate for monitoring. If a monitor were located in the area around the source, the concentrations detected at the monitor would be reflective of the effect of emissions from the actual stack heights of influencing sources.

If modeling with allowable emissions as discussed in Section 5.4, however, the GEP stack height policy should be used in the model.   For those stacks that are above the GEP stack height, the GEP height should be used.  For stacks below the GEP stack height, the actual stack height is used.  The reasoning for following the GEP stack height policy when using allowable emissions is that since those emissions limits were set with GEP heights, the GEP height policy should be followed even for designations.

For both actual and GEP stack heights, if building downwash is being considered, the BPIPPRIME program (U.S. EPA, 2004d) should be used to input building parameters for AERMOD.

22

## 6.2    Source Configurations and Source Types

An accurate characterization of the modeled facilities, including accurate stack parameters and physical plant layout is critical for refined dispersion modeling. Accurate stack parameters should be determined for the emissions being modeled. Stack parameters (exit temperature, diameter, and exit velocity) should reflect the emissions used, allowable or actual. Accurate locations (i.e. latitude and longitude or Universal Transverse Mercator (UTM) coordinates and datum)[14] of the modeled emission sources are also important, as this can affect the impact of an emission source on receptors, determination of stack base elevation, and relative location to any nearby building structures. Not only are accurate stack locations needed, but accurate information for any nearby buildings is important. This information would include location and orientation relative to stacks and building size parameters (height, and corner coordinates of tiers) as these parameters are input into BPIPPRIME to calculate building parameters for AERMOD. If stack locations and or building information are not accurate, downwash will not be accurately accounted for in AERMOD.

Emission source type characterization within the modeling environment is also important. As stated in the AERMOD User's Guide and addendum, emissions sources can be characterized as several different source types:  POINT sources, capped stacks (POINTCAP), horizontal stacks (POINTHOR), VOLUME sources, OPENPIT sources, rectangular AREA sources, circular area sources (AREACIRC), and irregularly shaped area sources (AREAPOLY). Note that POINTCAP and POINTHOR are not part of the regulatory default option in AERMOD.  The user must invoke the BETA option in the model options keyword MODELOPT and not include the "DFAULT" modeling option for these options to work properly. While most sources can be characterized as POINT sources, some sources, such as fugitive releases or nonpoint sources (emissions from ports, airports, or smaller point sources with no accurate locations) may be best characterized as VOLUME or AREA type sources. If questions arise about proper source characterization or typing, users should consult the appropriate EPA Regional Modeling Contact.

## 6.3    Urban/Rural Determination

For any dispersion modeling exercise, the "urban" or "rural" determination of a source is important in determining the boundary layer characteristics that affect the model's prediction of downwind concentrations. In addition, for $SO_2$ modeling, the urban/rural determination is important because AERMOD invokes a 4-hour half-life[15] for urban $SO_2$ sources (See Section 7.2.6 of Appendix W) to account for $SO_2$ removal by conversion to $H_2SO_4$ (catalytic and photochemical) and adsorption onto particular matter (Turner, 1964). This would only be done for urban sources when the POLLUTID keyword in AERMOD is set to "SO2" and the MODELOPT keyword includes the DFAULT option. Rural sources within the same AERMOD run would not be affected. If the DFAULT option is not included with the MODELOPT

---

[14] Latitudes and longitudes to four decimal places position a stack within 30 feet of its actual location and five decimal places place a stack within 3 feet of its actual location.  Users should use the greatest precision available.
[15] Over a 4-hour period, $SO_2$ concentrations decrease by half from the initial value.

23

keyword, the 4-hour half-life would not be used and the user would specify the 4-hour half-life using the HALFLIFE or DCAYCOEFF keywords in order to account for the chemical transformation. See Section 3.2.6 of the AERMOD User's Guide (U.S. EPA, 2004a) for more details about these keywords. If the user invokes the HALFLIFE or DCAYCOEEF option, then any rural sources included in the modeling would need to be run in separate AERMOD runs so that they are not subject to the 4-hour half-life. Note that if the DFAULT option is used, the rural sources would not need to be in a separate run from the urban sources. Determining whether a source is urban or rural can be done using the methodology outlined in Section 7.2.3 of Appendix W and recommendations outlined in Sections 5.1 through 5.3 in the AIG (U.S. EPA, 2015f). In summary, there are two methods of urban/rural classification described in Section 7.2.3 of Appendix W.

The first method of urban determination is a land use method (Appendix W, Section 7.2.3c). In the land use method, the user analyzes the land use within a 3 km radius of the source using the meteorological land use scheme described by Auer (1978). Using this methodology, a source is considered urban if the land use types, I1 (heavy industrial), I2 (light-moderate industrial), C1 (commercial), R2 (common residential), and R3 (compact residential) are 50 percent or more of the area within the 3 km radius circle. Otherwise, the source is considered a rural source. The second method uses population density and is described in Section 7.2.3d of Appendix W. As with the land use method, a circle of 3 km radius is used. If the population density within the circle is greater than 750 people/km$^2$, then the source is considered urban. Otherwise, the source is modeled as a rural source. Of the two methods, the land use method is considered more definitive (Section 7.2.3e, Appendix W).

Caution should be exercised with either classification method. As stated in Section 5.1 of the AIG (U.S. EPA, 2015f), when using the land use method, a source may be in an urban area but located close enough to a body of water or other non-urban land use category to result in an erroneous rural classification for the source. The AIG in Section 5.1 cautions users against using the land use scheme on a source by source basis, but advises considering the potential for urban heat island influences across the full modeling domain. When using the population density method, Section 7.2.3e of Appendix W states, "Population density should be used with caution and should not be applied to highly industrialized areas where the population density may be low and thus a rural classification would be indicated, but the area is sufficiently built-up so that the urban land use criteria would be satisfied..." With either method, Section 7.2.3(f) of Appendix W recommends modeling all sources within an urban complex as urban, even if some sources within the complex would be considered rural using either the land use or population density method.

Another consideration that may need attention by the user and is discussed in Section 5.1 of the AIG relates to tall stacks located within or adjacent to small to moderate size urban areas. In such cases, the stack height or effective plume height for very buoyant sources may extend above the urban boundary layer height. The application of the urban option in AERMOD for these types of sources may artificially limit the plume height. The use of the urban option may not be appropriate for these sources, since the actual plume is likely to be transported over the urban boundary layer. Section 5.1 of the AIG gives details on determining if a tall stack should be

24

modeled as urban or rural, based on comparing the stack or effective plume height to the urban boundary layer height. The 100 m stack illustrated in Figure 3b, may be such an example as the urban boundary layer height for this stack would be 189 m (based on a population of 100,000) and equation 104 of the AERMOD formulation document (Cimorelli, et al., 2004). This equation is:

$$z_{iuc} = z_{iuo} \left( \frac{P}{P_o} \right)^{1/4}$$

(4)

Where $z_{iuo}$ is a reference height of 400 m corresponding to a reference population $P_o$ of 2,000,000 people.

Given that the stack is a buoyant release, the plume may extend above the urban boundary layer and may be best characterized as a rural source, even if it were near an urban complex. Exclusion of these elevated sources from application of the urban option would need to be justified on a case-by-case basis in consultation with the appropriate EPA Regional Modeling Contact.

AERMOD requires the input of urban population when utilizing the urban option. Population can be entered to one or two significant digits (i.e., an urban population of 1,674,365 can be entered as 1,700,000). Users can enter multiple urban areas and populations using the URBANOPT keyword in the runstream file (U.S. EPA, 2004a). If multiple urban areas are entered, AERMOD requires that each urban source be associated with a particular urban area or AERMOD model calculations will abort. Urban populations can be determined by using a method described in Section 5.2 of the AIG (U.S. EPA, 2015f).

## 6.4    Deposition Modeling of $SO_2$

AERMOD allows for the effects of deposition and plume depletion on concentrations using specific inputs by the user for the pollutant being modeled.  For gaseous pollutants the user specifies several parameters including:

- Seasonal assignments for each month
- Land use specification for 36 sectors (every 10 degrees)
- Diffusivity in air of pollutant ($cm^2$/s)
- Diffusivity in water of pollutant($cm^2$/s)
- Cuticular resistance to uptake by lipids of individual leaves (s/cm)
- Henry's Law constant (Pa $m^3$/mol)

Users should consult Section 2.2 of the AERMOD User's Guide Addendum (U.S. EPA, 2015a) for details about deposition parameter inputs and model setup for deposition.

# 7.   Meteorological Data

Section 7 gives guidance on the selection of meteorological data for input into AERMOD. Much of the guidance from Section 8.3 of Appendix W is applicable to designations modeling and is summarized here. This section discusses representativeness of the data and sources of data.

## 7.1    Years of Data

As discussed in Section 5.1, the most recent 3 years of meteorological data should be used in the designations modeling to allow the modeling to simulate a monitor. This use of 3 years of data for designations differs from the usual meteorological data requirements in other regulatory applications (NSR, PSD, or SIP) of dispersion modeling, which require at least one year of site-specific data or five years of representative NWS data, not necessarily from the most recent years. For designations modeling using site specific data, multiple years of data would be needed to allow the modeling to simulate a monitor.

## 7.2    Surface Characteristics and Representativeness

The selection of meteorological data that are input into a dispersion model should be considered carefully. The selection of data should be based on spatial and climatological (temporal) representativeness (Appendix W, Section 8.3). The representativeness of the data is based on:  1) the proximity of the meteorological monitoring site to the area under consideration, 2) the complexity of terrain, 3) the exposure of the meteorological site, and 4) the period of time during which data are collected. Sources of meteorological data are:  National Weather Service (NWS) stations, site-specific or onsite data, and other sources such as universities, Federal Aviation Administration (FAA), military stations, and others. Appendix W addresses spatial representativeness issues in Sections 8.3.a and 8.3.c.

Spatial representativeness of the meteorological data can be adversely affected by large distances between the source and receptors of interest and the complex topographic characteristics of the area (Appendix W, Section 8.3.a and 8.3.c). If the modeling domain is large enough such that conditions vary drastically across the domain, then the selection of a single station to represent the domain should be carefully considered or reconsider the size of the modeling domain. Also, care should be taken when selecting a station if the area has complex terrain. While a source and meteorological station may be in close proximity, there may be complex terrain between them such that conditions at the meteorological station may not be representative of the source. An example would be a source located on the windward side of a mountain chain with a meteorological station a few kilometers away on the leeward side of the mountain. Spatial representativeness for off-site data should also be assessed by comparing the surface characteristics (albedo, Bowen ratio, and surface roughness) of the meteorological monitoring site and the analysis area. When processing meteorological data in AERMET (U.S. EPA, 2004c), the surface characteristics of the meteorological site should be used [Section 8.3.c of Appendix

26

Wand the AERSURFACE User's Guide (U.S. EPA 2008)]. Spatial representativeness should also be addressed for each meteorological variable separately. For example, temperature data from a meteorological station several kilometers from the analysis area may be considered adequately representative, while it may be necessary to collect wind data near the plume height (Section 8.3.c of Appendix W).

Surface characteristics can be calculated in several ways. For details see Section 3.1.2 of the AIG (U.S. EPA, 2015f). The EPA has developed a tool, AERSURFACE (U.S. EPA, 2008) to aid in the determination of surface characteristics. The current version of AERSURFACE uses 1992 National Land Cover Data. Note that the use of AERSURFACE is not a regulatory component of AERMOD, but the methodology outlined in Section 3.1.2 of the AIG should be followed unless an alternative method can be justified.

## 7.3    Meteorological Inputs

For the purpose of the modeling for designations, the most recent 3 years of NWS data or site-specific data should be used if possible. This is recommended because the modeling is being conducted as a surrogate for ambient monitoring, and area designations are commonly established based on the 3-year design value of the area. If the most recent three years are not available, Section 7.4 discusses the use of older meteorological data.

### 7.3.1  NWS Data

NWS data are available from the National Climatic Data Center (NCDC) in many formats, with the most common one in recent years being the Integrated Surface Hourly data (ISH). Most available formats can be processed by AERMET. As stated in Section 7.2, when using data from an NWS station alone or in conjunction with site-specific data, the data should be spatially and temporally representative of conditions at the modeled sources. A clarification memorandum released March 8, 2013 (U.S. EPA, 2013), offers guidance on the use of NWS data, including the use of the AERMINUTE (U.S. EPA, 2011b) pre-processor and a minimum wind speed threshold in modeling.

### 7.3.2  Site-specific Data

The use of site-specific meteorological data is the best way to achieve spatial representativeness. AERMET can process a variety of formats and variables for site-specific data. The use of site-specific data for regulatory applications is discussed in detail in Section 8.3.3 of Appendix W. Due to the range of data that can be collected onsite and the range of formats of data input to AERMET, the user should consult Appendix W, the AERMET User's Guide and addendum (U.S. EPA, 2004c, U.S. EPA, 2015c), and Meteorological Monitoring Guidance for Regulatory Modeling Applications (U.S. EPA, 2000). Also, when processing site-specific data for an urban

27

application, Section 3.3 of the AERMOD Implementation Guide offers recommendations for data processing. In summary, the guide recommends that site-specific turbulence measurements should not be used when applying AERMOD's urban option, in order to avoid double counting the effects of enhanced turbulence due to the urban heat island.

### 7.3.3  Upper Air Data

AERMET needs full upper air soundings to calculate the convective mixing height. For AERMOD applications in the U.S., the early morning sounding, usually the 1200 UTC (Universal Time Coordinate) sounding, is typically used for this purpose. Recent upper air soundings are available for free download from NOAA's Earth Systems Research Laboratory's Global Systems Division's radiosonde database (http://esrl.noaa.gov/raobs/).  If using older meteorological data (see Section 7.4), upper air soundings can be obtained from the Radiosonde Data of North America CD for the period 1946-1997.Users should choose all levels or mandatory and significant pressure levels[16] when selecting upper air data. Selecting mandatory levels only would not be adequate for input into AERMET as the use of just mandatory levels would not provide an adequate characterization of the potential temperature profile.

## 7.4    Use of Older Meteorological Data

In some instances, representative meteorological data from the most recent three years may not be available, especially if the most representative data is older site-specific data.  In such cases, it may be feasible to use older meteorological data (either site specific or NWS) that has been used in past regulatory applications for the area containing the threshold exceeding source, if these datasets are still considered representative of the most recent three years of meteorological conditions.

If older datasets are used, the dates of the meteorological datasets would need to be adjusted to match the dates of most recent three years when using hourly emissions for any sources.  This would most likely consist of changing the years of the meteorological datasets to match the most recent three years of emissions.  Months, days, and hours could remain unchanged. In the event that the meteorological data covers leap years and the emissions data do not cover leap years, then February 29 can just be deleted from the adjusted meteorological datasets.  If the emissions data covers leap years but the meteorological data does not, then February 28 or March 1 could be repeated with a new date of February 29.

When no sources are represented by hourly emissions, but by AERMOD emissions factors only, then the meteorological data dates would not necessarily need to be adjusted because the

---

[16] By international convention, mandatory levels are in millibars:  1,000, 850, 700, 500, 400, 300, 200, 150, 100, 50, 30, 20, 10,7 5, 3, 2, and 1.  Significant levels may vary depending on the meteorological conditions at the upper-air station.

AERMOD emission factors do not necessarily have to be concurrent with the meteorological data for proper model execution.

In any event, the use of older meteorological data with recent emissions should be used with care, especially for those emissions that are meteorological dependent, such as demand in hot or cold weather for EGUs.

# 8. Background Concentrations

## 8.1   Methodology

The inclusion of ambient monitored background concentrations in the model results is important in determining the cumulative impact of the target source and other contributing nearby sources impacts. Initial guidance on background concentrations was recommended in Section 2.6.1.2 of the August 23, 2010 clarification memo on "Applicability of Appendix W Modeling Guidance for the 1-hour $SO_2$ National Ambient Air Quality Standard." This memo suggested a "first tier" approach to including a uniform monitored background contribution based on adding the overall highest hourly background $SO_2$ concentration from a representative monitor to the modeled design value. We recognize that this approach could be overly conservative in many cases and may also be prone to reflecting source-oriented impacts, increasing the potential for double-counting of modeled and monitored contributions. Therefore, as discussed in EPA's March 1, 2011 memo, "Additional Clarification Regarding Application of Appendix W Modeling Guidance for the 1-hour $NO_2$ Ambient Air Quality Standard," we recommend a less conservative "first tier" approach for a uniform monitored background concentration based on the monitored design values for the latest 3-year period, regardless of the years of meteorological data used in the modeling. Adjustments to this approach may be considered in consultation with the appropriate EPA Regional Modeling Contact with adequate justification and documentation of how the background concentration was calculated.

Section 8.2.2 of Appendix W gives guidance on background concentrations for isolated single sources and is also applicable for multi-source areas when the modeled sources impact the background monitor. One option is, as described in Section 8.2.2.b:

> "Use air quality data in the vicinity of the source to determine the background concentration for the averaging times of concern. Determine the mean background concentration at each monitor by excluding concentrations when the source in question is impacting the monitor… For shorter time periods, the meteorological conditions accompanying concentrations of concern should be identified. Concentrations for meteorological conditions of concern, at monitors, not impacted by the source in question, should be averaged for separate averaging time to determine the average background value. Monitoring sites inside a 90° degree sector downwind of the source may be used to determine the area of impact."

29

When no monitors are located in the vicinity of the sources being modeled, a "regional site" (i.e., one that is located away from the area of interest but is impacted by similar natural and distant man-made sources) may be used to determine background (Section 8.2.2.c, Appendix W). In multi-source areas, background includes two components, nearby sources and other sources (Section 8.2.3 of Appendix W). Nearby sources are those sources that are expected to cause a significant concentration gradient in the vicinity of the source or sources under consideration, and should be explicitly modeled as discussed in Section 4.1. Identification of nearby sources calls for professional judgment and consultation with the appropriate EPA Regional Modeling Contact. For other sources, such as natural sources, minor sources and distant major sources, the methodology of Section 8.2.2 should be used.

The EPA's March 1, 2011 memo, "Additional Clarification Regarding Application of Appendix W Modeling Guidance for the 1-hour $NO_2$ Ambient Air Quality Standard," describes an appropriate methodology of calculating temporally varying background monitored concentrations by hour of day and season (excluding periods when the source in question is expected to impact the monitored concentration). The methodology for $NO_2$ is to use the 98th percentile concentration for each hour of the day by season and average across 3 years. This same methodology is applicable to $SO_2$ designations modeling based on use of the 99th percentile by hour of day and season for background concentration excluding periods when the dominant source(s) are influencing the monitored concentration. Recent updates included in AERMOD allow for the inclusion of temporally varying background concentrations in the design value calculation in combination with modeling results. This TAD also concurs with the guidance in the March 1, 2011 memo regarding the application of hour-by-hour background with modeled concentrations, in that the general recommendation is not use hour-by-hour pairing but average values as described in this section. Hour-by-hour pairing is not recommended because this approach would assume that the hourly monitored background concentration is spatially uniform for the hour and that monitored values are representative of background levels at each receptor for each receptor (U.S. EPA, 2011b).

An illustrative example is shown in Figure 2. Shown are the NAAQS standard concentration, the monitor's 3-year average design value, and 3-year averages of the 99th percentile concentrations by season and hour of day. To calculate the 99th percentile concentration for a season and hour of day combination, the second highest concentration for that combination should be selected. Also shown are 3-year averages of the 99th percentile concentration by hour of day (across all seasons), and the average concentration by hour of day across the 3 years[17]. In this example, the winter background concentrations show a distinct diurnal variability, with less for each of the other seasons.

**Figure 2.  $SO_2$ monitored concentrations for various averaging times.**

---

[17]Modelers should use the 1st-highest value for more detailed pairings, such as month by hour-of-day or season by hour-of-day and day-of-week.



## 8.2    Time reporting methodologies

The conventions regarding reporting time differ between ambient air quality monitoring, where the observation time is based on the hour-beginning convention, and meteorological monitoring, where the observation is based on the hour-ending time. Thus, ambient monitoring data reported for hour 00 should be paired with meteorological data for hour 01, etc. This is important when incorporating time-varying background concentrations in the AERMOD calculations, which AERMOD allows.

## 9.    Running AERMOD and Implications for Design Value Calculations

Recent enhancements to AERMOD include options to aid in the calculation of design values for comparison with the SO$_2$ NAAQS. These enhancements include:

- The output of daily maximum 1-hour concentrations by receptor for each day in the modeled period for a specified source group. This is the MAXDAILY output option in AERMOD. For example for a model run using 500 receptors and covering three years (including one

leap year), the MAXDAILY option would result in a file with 548,000 records (500 receptors x(365+365+366) days).  Depending on the number of receptors and number of years modeled in the AERMOD run, this file can become quite large.

- The output, for each rank specified on the RECTABLE output keyword, of daily maximum 1-hour concentrations by receptor for each year for a specified source group. This is the MXDYBYYR output option.

- The MAXDCONT option, which shows the contribution of each source group to the high ranked values for a specified target source group, paired in time and space. The user can specify a range of ranks to analyze, or specify an upper bound rank, e.g., 4th highest, and a lower threshold value, such as the NAAQS for the target source group. The model will process each rank within the range specified, but will stop after the first rank (in descending order of concentration) that is below the threshold, specified by the user. A warning message will be generated if the threshold is not reached within the range of ranks analyzed (based on the range of ranks specified on the RECTABLE keyword).

For more information regarding these options, consult Section 2.8 of the AERMOD User's Guide addendum (U.S. EPA, 2015a).

Ideally, all explicitly modeled sources, receptors, and background should be modeled in one AERMOD run for all modeled years. In this case, the use of the one of the above output options can be used in AERMOD to calculate design values for comparison to the NAAQS and determine the area's attainment status and/or inform attainment/nonattainment boundaries. The use of these options in AERMOD allows AERMOD to internally calculate concentration metrics that can be used to calculate design values and therefore lessen the need for multiple gigabyte output files, i.e. hourly POSTFILES.

However, there may be situations where a single AERMOD run with all explicitly modeled sources, receptors and years is not preferred or is not reasonable. One example that is applicable to designations modeling, is each emissions year may need to be modeled separately when using AERMOD emissions factors as emissions change each year. Other situations often arise due to runtime or storage space considerations during the AERMOD modeling. Sometimes separate AERMOD runs are done for each facility or group of facilities, or by year, or the receptor network is divided into separate sub-networks.   In some types of these situations, the MAXDAILY, MXDYBYYR, or MAXDCONT output option may not be an option for design value calculations, especially if all sources are not included in a single run. If the user wishes to utilize one of the three output options, then care should be taken in developing the model inputs to ensure accurate design value calculations.

Situations that would effectively preclude the use of the MAXDAILY, MXDYBYYR, and MAXDCONT option to calculate meaningful AERMOD design value calculations include the following examples:

- Separate AERMOD runs for each source or groups of sources.

- Separate AERMOD runs for each source and each modeled year.

32

In the two situations listed above, the MAXDAILY, MXDYBYYR, or, MAXDCONT option would not be useful as the different AERMOD runs do not include a total concentration with contributions from all facilities. In these situations, the use of hourly POSTFILES, which can be quite large, and external post-processing would be needed to calculate design values.

Situations that may use the MAXDAILY, MXDYBYYR, or, MAXDCONT option but may necessitate some external post-processing afterwards to calculate a design value include:

- The receptor network is divided into sub-networks and an AERMOD run, with all sources and years, is made for each sub-network. After the AERMOD runs are complete, the MAXDAILY, MXDYBYYR, or, MAXDCONT results for each network can be post-processed into the larger network for comparison against the NAAQS.

- All sources and receptors are modeled in an AERMOD run for each year. In this case, the MAXDAILY, MXDYBYYR, or, MAXDCONT results can be post-processed to calculate the appropriate NAAQS design values.

-

- The receptor network is divided and each year is modeled separately for each sub-network with all sources. For each sub-network, all facilities are modeled for each year separately. MAXDAILY, MXDYBYYR, or, MAXDCONT output can be used and post-processed to generate the necessary design value concentrations.

# 10.    Documentation

States are expected to submit a modeling and analysis protocol that details the methodology and model inputs before commencement of the modeling exercise. This information should support the states' modeling decisions, and provide a basis for the EPA's evaluation of those decisions. The protocol should include the following:

- Characterization of the modeled area,
- An emissions analysis of the area under consideration for designations, and
- Methodology for preparing air quality and meteorology inputs including choice of meteorological data and representativeness of the data.

Additionally, the documentation should include:

- Summary and analysis of modeling results,
- Provision of modeling data inputs and outputs in electronic form, and
- In cases of variable emissions, summary of the emissions used.

A meeting with the appropriate EPA Regional Modeling Contact and other technical and planning staff to discuss the modeling and analysis protocol is recommended before submitting the protocol and beginning any refined modeling.

## 11. Summary

In summary, we emphasize the following key points of this $SO_2$ modeling guidance:

- States should submit a modeling and analysis protocol that details the methodology and model inputs before commencement of the modeling exercise. This information should support the states' recommended designations, and provide a basis for the EPA's evaluation of the recommendations.
- AERMOD is the EPA's preferred near-field dispersion model for regulatory applications and is applicable for $SO_2$ designations modeling consistent with EPA's *Guideline on Air Quality Models*, also published as Appendix W of 40 CFR Part 51.
- Modeling can be done with the most recent 3 years of temporally varying actual emissions or, in some cases, the current allowable emissions (if attainment can be shown). Modeling for the purposes of characterizing current $SO_2$ air quality (such as for the purposes of area designations) should be conducted with the following inputs:
  - o the most recent 3 years of temporally varying actual emissions; or, as an alternative, the most recent allowable emissions if attainment can be shown with allowable emissions.
  - o the most recent 3 years of representative NWS meteorological data or site specific meteorology.
  - o actual stack height information, not GEP stack height when using actual emissions
  - o GEP stack height when using allowable emissions
  - o background concentrations characterized according to the:
    - ▪ "First tier" approach, based on monitored design values added to modeled design values; or
    - ▪ Temporally varying approach, based on the 99th percentile monitored concentrations by hour of day and season or month added to modeled design values.

At any time during the designations process when there are questions regarding modeling or interpretation of this guidance, the appropriate EPA Regional Modeling Contact should be consulted.

34

# 12.  References

Auer, Jr., A.H., 1978:  Correlation of Land Use and Cover with Meteorological Anomalies.
Journal of Applied Meteorology, 17(5), 636-643.

Brode, R., K. Wesson, J. Thurman, and C. Tillerson, 2008:  AERMOD Sensitivity to the Choice
of Surface Characteristics, Paper 811, Air And Waste Management Association Annual
Conference.

Cimorelli, A. J., S. G. Perry, A. Venkatram, J. C. Weil, R. J. Paine, R. B. Wilson, R. F. Lee, W.
D. Peters, R. W. Brode, and J. O. Paumier, 2004. AERMOD: Description of Model
Formulation, EPA-454/R-03-004.  U.S. Environmental Protection Agency, Research
Triangle Park, NC.

Turner, B., 1964:  A Diffusion Model for an Urban Area.  Journal of Applied Meteorology, 3(1),
83-91

U.S. EPA, 1985: Guideline for Determination of Good Engineering Practice Stack Height
(Technical Support Document for the Stack Height Regulations), Revised.  EPA-450/4-
80-023R.  U.S. Environmental Protection Agency, Research Triangle Park, NC 27711.

U.S. EPA, 1992:  Screening Procedures for Estimating the Air Quality Impact of Stationary
Sources. EPA-454/R-92-019.  U.S. Environmental Protection Agency, Research Triangle
Park, NC 27711.

U.S. EPA, 1994:  $SO_2$ Guideline Document. EPA-452/R-95-008.  U.S. Environmental Protection
Agency, Research Triangle Park, NC 27711.

U.S. EPA, 2000:  Meteorological Monitoring Guidance for Regulatory Modeling Applications.
EPA-454/R-99-005. U.S. Environmental Protection Agency, Research Triangle Park, NC
27711.

U.S. EPA, 2002:  Temporal Allocation of Annual Emissions Using EMCH Temporal Profiles.
Gregory Stella Memorandum dated April 29, 2002, Research Triangle Park, North
Carolina 27711.
http://www.epa.gov/ttn/chief/emch/temporal/temporal_factors_042902.pdf

U.S. EPA, 2003:  AERMOD:  Latest Features and Evaluation Results.  EPA-454/R-03-003.  U.S.
Environmental Protection Agency, Research Triangle Park, NC 27711.

U.S. EPA, 2004a: User's Guide for the AMS/EPA Regulatory Model – AERMOD. EPA-454/B-
03-001. U.S. Environmental Protection Agency, Research Triangle Park, NC 27711.

U.S. EPA, 2004b: User's Guide for the AERMOD Terrain Preprocessor (AERMAP). EPA-
454/B-03-003. U.S. Environmental Protection Agency, Research Triangle Park, North
Carolina 27711.

U.S. EPA, 2004c:  User's Guide for the AERMOD Meteorological Preprocessor (AERMET). EPA-454/B-03-002.  U.S. Environmental Protection Agency, Research Triangle Park, NC 27711.

U.S. EPA, 2004d: User's Guide to the Building Profile Input Program. EPA-454/R-93-038. U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711.

U.S. EPA, 2005. *Guideline on Air Quality Models*. 40 CFR Part 51 Appendix W.

U.S. EPA, 2008: AERSURFACE User's Guide. EPA-454/B-08-001. U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711.

U.S. EPA, 2010a:  Applicability of Appendix W Modeling Guidance for the 1-hr $SO_2$ National Ambient Air Quality Standard.  Tyler Fox Memorandum dated August 23, 2010, Research Triangle Park, North Carolina 27711. http://www.epa.gov/ttn/scram/ClarificationMemo_AppendixW_Hourly-SO2-NAAQS_FINAL_08-23-2010.pdf

U.S. EPA, 2010b:  Applicability of Appendix W Modeling Guidance for the 1-hr $NO_2$ National Ambient Air Quality Standard.  Tyler Fox Memorandum dated June 28, 2010, Research Triangle Park, North Carolina 27711. http://www.epa.gov/ttn/scram/ClarificationMemo_AppendixW_Hourly-NO2-NAAQS_FINAL_06-28-2010.pdf

U.S. EPA, 2011a:  Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards.  Stephen D. Page Memorandum dated March 24, 2011, Research Triangle Park, North Carolina 27711. http://www.epa.gov/air/sulfurdioxide/pdfs/20110411so2designationsguidance.pdf

U.S. EPA, 2011b:  Additional Clarification Regarding the Application of Appendix W Modeling Guidance for the 1-hr $NO_2$ National Ambient Air Quality Standard.  Tyler Fox Memorandum dated March 1, 2011, Research Triangle Park, North Carolina 27711. http://www.epa.gov/ttn/scram/Additional_Clarifications_AppendixW_Hourly-NO2-NAAQS_FINAL_03-01-2011.pdf

U.S. EPA, 2011c:  AERSCREEN Released as the EPA Recommended Screening Model.  Tyler Fox Memorandum dated April 11, 2011, Research Triangle Park, North Carolina 27711. http://www.epa.gov/ttn/scram/20110411_AERSCREEN_Release_Memo.pdf

U.S. EPA, 2013:  Use of ASOS meteorological data in AERMOD dispersion modeling.  Tyler Fox Memorandum dated March 8, 2013, Research Triangle Park, North Carolina 27711. http://www.epa.gov/ttn/scram/guidance/clarification/20130308_Met_Data_Clarification.pdf

U.S. EPA, 2015a:  Addendum – User's Guide for the AMS/EPA Regulatory Model – AERMOD. EPA-454/B-03-001, Research Triangle Park, North Carolina 27711. http://www.epa.gov/ttn/scram/models/aermod/aermod_userguide.zip

U.S. EPA, 2015b:  Clarification on the Approval Process for Regulatory Application of the AERMOD Modeling System Beta Options.  Richard Wayland Memorandum dated December 10, 2015, Research Triangle Park, North Carolina 27711. http://www3.epa.gov/ttn/scram/guidance/clarification/AERMOD_Beta_Options_Memo-20151210.pdf


U.S. EPA, 2015c:  Addendum - User's Guide for the AERMOD Meteorological Preprocessor (AERMET).  EPA-454/B-03-002.  U.S. Environmental Protection Agency, Research Triangle Park, NC 27711.

U.S EPA, 2015d:  AERMINUTE User's Guide. EPA-454/B-15-006. U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711.

U.S EPA, 2015e:  AERSCREEN User's Guide. EPA-454-/B-15-005. U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711.

U.S. EPA, 2015f:  AERMOD Implementation Guide. U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711.

# Appendix A:  Determining Sources to Model

This appendix lists several illustrative examples of determining sources to model for the purposes of SO$_2$ designations.  These examples are based on the assumption that the regulatory agency has chosen to perform dispersion modeling for the source area as opposed to monitoring the source.  Every situation is unique and these scenarios are to serve only for illustrative purposes.  Modelers should use best professional judgment in determining sources to explicitly model for SO$_2$ designations.

Figure A-1 shows the simplest of modeling scenarios: a single source above the EPA emissions threshold with no other sources within 50 km of the source.  Shown in Figure 1 is the source (labeled A) and rings of 5, 10, and 20 km distance from the source.  The modeling for this source would consist of explicit modeling of source A and inclusion of background concentrations (if appropriate).

Figure A-1.  Example single source modeling



Figure A-2 is an example of a source exceeding the emissions threshold (Source A) with several sources within 50 km and a monitor just south of the source.  Source B's emissions are below the

A-1

threshold but are not insignificant.  Sources C and D are low emitters and can probably be ignored for the purposes of designations modeling.  Source A will definitely be modeled as it is above the emissions threshold so it remains to be determined if Source B should be explicitly modeled or can be included via background concentrations.  The recommendations of Section 4.1 of the TAD can be used to assess the potential explicit modeling of Source B.  This may include exploratory modeling, wind roses, and the other recommendations in the TAD.

**Figure A-2 Example multi-source modeling scenario with one source above the emissions threshold**



Figure A-3 presents a scenario with a source exceeding the emissions threshold (A) and four other sources within 10 km.  A monitor is also present a few kilometers northeast of the target source.  Sources C and D can be represented via the monitored background as they would not be anticipated to have significant impacts near Source A given their emissions and stack parameters. Source B, while a small emitter is less than 5 km from Source A so it is feasible that Source B could cause significant concentration gradients in the vicinity of Source A.  It may be useful to perform screening modeling or exploratory refined modeling to assess the concentration gradients around Source A.  Source B may be represented by the monitored concentrations from

A-2

the monitor northeast of Source A, but it could be difficult to distinguish impacts from Source A and B given that both are in the same upwind direction of the monitor.  Source E is another source that would bear investigation as it is below the emissions threshold but is not insignificant.  The recommendations in Section 4.1 of the TAD should be used to assess the need for explicit modeling of Source E in the modeling exercise or whether it can be represented by background concentrations.

**Figure A-3.  Example multi-source modeling scenario with one source above the emissions threshold.**



Figure A-4 presents the most complicated scenario.  This is a scenario in which several sources above the emissions threshold are located in relatively close proximity to each other and is an example of when best professional judgment is necessary.  In Figure A-4, the sources above the threshold are Sources A through H.  Sources I-M are below the threshold and would need to be analyzed to determine if they should be included either as either explicitly modeled sources or via background concentrations.  The area represented in Figure A-4 is an 87 km x 87 km area. There are several scenarios that are possible with the area.  For Sources A-E there are several possible scenarios including, but not limited to:

A-3

1. Source A is modeled as a single source area given its relative distance from the other target sources.
2. Source B is modeled as a single source domain and Sources C through E are modeled in a large domain
3. Sources B and C each modeled as a single source domain and Sources D and E modeled in a multi source domain.
4. Sources B and C modeled together in a multi-source domain and Sources D and E modeled as a multi-source domain

For scenarios 2 through 4, Source M may need to be evaluated for explicit modeling when modeling Sources C, D, and E as Source M is not an insignificant emitter though it is below the threshold.

Sources F-H also present several scenarios as Source F could be modeled separately from Sources G and H or all three could be modeled in one domain.  For Source F, Sources L and K may need evaluation for inclusion in the modeling and Source I may need to be explicitly modeled with Sources G and H as it is not an insignificant emitter.  For any of the target sources (A-H), Source J can most likely be included via background given its distance from the target sources.

A-4

**Figure A-4.  Multi-source area with several sources above the emissions threshold.**



# Appendix B:  Example Calculations of Temporally Allocated Emissions

## B.1     Example Daily and Hourly Factor Calculations

The $SO_2$ modeling TAD introduced the formulation of temporally allocated emissions. This appendix presents example calculations of equations 1 through 3, including the use of equations 2a and 2b and 3a and 3b. The example presented here shows the differences among allocated emissions based on which equations are used and is for illustrative purposes only.  The scenarios presented here are for a single stack (source ID STACK) for winter that is not operational on Saturdays.  The AERMOD emissions factor to be used is the SHRDOW factor.


Emissions and operational days:

- Winter emissions: 220 tons (77 days)
- Winter weekday emissions:  180 tons (64 days)
- Winter Saturday emissions: 0 tons (0 days)
- Winter Sunday emissions: 40 tons (13 days)

Daily factors, DF calculated using Equation 2a

- Winter weekday DF = (180/220)x(1/64)=0.0128
- Winter Saturday DF = (0/220)x(1/13)=0
- Winter Sunday DF = (40/220)x(1/13)=0.014

Daily factors, DF, calculated using Equation 2b

- Winter DF for weekdays and Sundays= 1/77=0.0130
- Winter DF for Saturdays = 0

Hourly factors, HF calculated using Equation 3a for weekdays and Sundays are shown in Tables B-1 and B-2 respectively. Hourly factors for Saturdays are zero.

**Table B-1. Weekday hourly factors using Equation 3a.**

| Hour | Total weekday emissions (tons) ($E_{weekday}$) | Total hourly emissions (tons) ($E_{hour,weekday}$) | HF ($E_{hour,weekday}/E_{weekday}$) |
|------|------|------|------|
| 1 | | 8 | 0.0444 |
| 2 | | 8 | 0.0444 |
| 3 | | 8 | 0.0444 |
| 4 | | 8 | 0.0444 |
| 5 | | 8 | 0.0444 |
| 6 | | 8 | 0.0444 |
| 7 | | 8 | 0.0444 |
| 8 | | 7 | 0.0389 |
| 9 | | 7 | 0.0389 |
| 10 | | 7 | 0.0389 |
| 11 | | 7 | 0.0389 |
| 12 | 180 | 8 | 0.0444 |
| 13 | | 8 | 0.0444 |
| 14 | | 8 | 0.0444 |
| 15 | | 7 | 0.0389 |
| 16 | | 7 | 0.0389 |
| 17 | | 7 | 0.0389 |
| 18 | | 7 | 0.0389 |
| 19 | | 7 | 0.0389 |
| 20 | | 7 | 0.0389 |
| 21 | | 7 | 0.0389 |
| 22 | | 7 | 0.0389 |
| 23 | | 8 | 0.0389 |
| 24 | | 8 | 0.0444 |

B-2

**Table B-2. Sunday hourly factors using Equation 3a.**

| Hour | Total weekday emissions (tons) ($E_{Sunday}$) | Total hourly emissions (tons) ($E_{hour,Sunday}$) | HF ($E_{hour,Sunday}/E_{Sunday}$) |
|------|------|------|------|
| 1 | | 1.6 | 0.04 |
| 2 | | 1.6 | 0.04 |
| 3 | | 1.6 | 0.04 |
| 4 | | 1.6 | 0.04 |
| 5 | | 1.6 | 0.04 |
| 6 | | 1.6 | 0.04 |
| 7 | | 1.6 | 0.04 |
| 8 | | 1.6 | 0.04 |
| 9 | | 1.6 | 0.04 |
| 10 | | 1.7 | 0.0425 |
| 11 | | 1.7 | 0.0425 |
| 12 | 40 | 1.7 | 0.0425 |
| 13 | | 1.7 | 0.0425 |
| 14 | | 1.6 | 0.04 |
| 15 | | 1.6 | 0.04 |
| 16 | | 1.6 | 0.04 |
| 17 | | 1.7 | 0.0425 |
| 18 | | 1.7 | 0.0425 |
| 19 | | 1.7 | 0.0425 |
| 20 | | 1.7 | 0.0425 |
| 21 | | 1.7 | 0.0425 |
| 22 | | 1.7 | 0.0425 |
| 23 | | 1.7 | 0.0425 |
| 24 | | 1.7 | 0.0425 |

Hourly factors calculated using Equation 3b (assuming 24 operational hours).

- HF for weekdays and Sundays = 1/24 = 0.0417
- HF for Saturdays = 0

Hourly allocated emissions using combinations of Equations 2a, 2b, 3a, and 3b and converting from tons/hour to g/s are shown in Tables B-3 (weekdays) and B-4 (Sundays). Figures B-1 through B-3 are examples of the input format for AERMOD for winter.  Note the differences in allocated emissions based on which equations were used based on known information.

**Table B-3.  Weekday allocated emissions based on the use Equations 2a, 2b, 3a, and 3b.**

| Hour | Seasonal SO$_2$ (tons) | DF | | HF | | Allocated emissions (g/s) | | |
|---|---|---|---|---|---|---|---|---|
| | | 2a | 2b | 3a | 3b | 2a+3a | 2a+3b | 2b+3b |
| 1 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 2 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 3 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 4 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 5 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 6 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 7 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 8 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 9 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 10 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 11 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 12 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 13 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 14 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |
| 15 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 16 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 17 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 18 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 19 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 20 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 21 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 22 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 23 | 220 | 0.0128 | 0.0130 | 0.0389 | 0.0417 | 27.6 | 29.6 | 30.1 |
| 24 | 220 | 0.0128 | 0.0130 | 0.0444 | 0.0417 | 31.5 | 29.6 | 30.1 |

**Table B-4.  Sunday allocated emissions based on the use Equations 2a, 2b, 3a, and 3b.**

| Hour | Seasonal SO$_2$ (tons) | DF | | HF | | Allocated emissions (g/s) | | |
|---|---|---|---|---|---|---|---|---|
| | | 2a | 2b | 3a | 3b | 2a+3a | 2a+3b | 2b+3b |
| 1 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 2 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 3 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 4 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 5 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 6 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 7 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 8 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 9 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 10 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 11 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 12 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 13 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 14 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 15 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 16 | 220 | 0.014 | 0.0130 | 0.04 | 0.0417 | 31.0 | 32.4 | 30.1 |
| 17 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 18 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 19 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 20 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 21 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 22 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 23 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |
| 24 | 220 | 0.014 | 0.0130 | 0.0425 | 0.0417 | 33.0 | 32.4 | 30.1 |

**Figure B-1.  Example format of AERMOD inputs for winter using Equations 2a and 3a.**

| |
|---|
| **Winter weekdays<br>SO EMISFACT STACK SHRDOW 7*31.5 4*27.6 3*31.5 9*27.6 31.5 |
| **Winter Saturdays<br>SO EMISFACT STACK SHRDOW 24*0. |
| ** Winter Sundays<br>SO EMISFACT STACK SHRDOW 9*31. 4*33. 3*31. 8*33. |

B-5

**Figure B-2.  Example format of AERMOD inputs for winter using Equations 2a and 3b.**

| |
|---|
| **Winter weekdays<br>SO EMISFACT STACK SHRDOW 24*29.6 |
| **Winter Saturdays<br>SO EMISFACT STACK SHRDOW 24*0. |
| ** Winter Sundays<br>SO EMISFACT STACK SHRDOW 24*32.4 |

**Figure B-3.  Example format of AERMOD inputs for winter using Equations 2b and 3b.**

| |
|---|
| **Winter weekdays<br>SO EMISFACT STACK SHRDOW 24*30.1 |
| **Winter Saturdays<br>SO EMISFACT STACK SHRDOW 24*0. |
| ** Winter Sundays<br>SO EMISFACT STACK SHRDOW 24*30.1 |

## B.2    Example Calculations for Irregular Operating Schedule

Scenario:

Assume a boiler operates on the following schedule for 2011:

- Continuous weekday operation
- No operation on Saturdays or Sundays
- The boiler also does not operate on the following days
  - May 30 (Monday)
  - July 4 (Monday)
  - September 5 (Monday)
  - November 24 and 25 (Thursday & Friday)
  - December 23 and 24 (Thursday & Friday)

Monthly emissions have been calculated based on monthly fuel usage and emissions factors. The daily factor can be calculated for the operational weekdays using Equation 2b, and the hourly factor can be calculated from Equation 3b.  Note in Table B-5, the number of total weekdays per month are shown for reference

**Table B-5.  Allocated hourly emissions.**

| Month | Monthly emissions (tons) | Number of weekdays | Number of operational weekdays | DF | HF | Hourly emissions (tons/hour) | Hourly emissions (g/s) |
|---|---|---|---|---|---|---|---|
| January | 10 | 21 | 21 | 0.0476 | 0.0417 | 0.0198 | 5.0 |
| February | 9 | 20 | 20 | 0.05 | 0.0417 | 0.0188 | 4.7 |
| March | 10 | 23 | 23 | 0.0435 | 0.0417 | 0.0181 | 4.6 |
| April | 11 | 21 | 21 | 0.0476 | 0.0417 | 0.0218 | 5.5 |
| May | 13 | 22 | 21 | 0.0476 | 0.0417 | 0.0258 | 6.5 |
| June | 12 | 22 | 22 | 0.0455 | 0.0417 | 0.0247 | 5.7 |
| July | 10 | 21 | 20 | 0.05 | 0.0417 | 0.0209 | 5.2 |
| August | 13 | 23 | 23 | 0.0435 | 0.0417 | 0.0236 | 5.9 |
| September | 12 | 22 | 21 | 0.0476 | 0.0417 | 0.0238 | 6.0 |
| October | 13 | 21 | 21 | 0.0476 | 0.0417 | 0.0258 | 6.5 |
| November | 10 | 22 | 20 | 0.05 | 0.0417 | 0.0209 | 5.2 |
| December | 10 | 23 | 21 | 0.0476 | 0.0417 | 0.0198 | 5.0 |

The hourly emissions in Table B-5 are applied to the operational hours for the year. Because the stack is not operational on the holidays listed above, the use of the MHRDOW rate factor or MHRDOW7 rate factor is not applicable because not all occurrences of a given day are operational. Using May as an example, not all Mondays are operating on the same schedule because the stack is not operational on May 30. Therefore, the emissions calculated in Table B-5 can be input as hourly emissions, instead of using AERMOD emissions factors. Figures B-4 and B-5 presents partial examples of different days of an hourly file.

1  **Figure B-4.  Hourly emissions for Saturday Jan. 1, Monday Jan. 3, and Tuesday Jan. 4.**

```
SO HOUREMIS 11   1   1    1 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    2 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    3 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    4 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    5 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    6 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    7 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    8 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1    9 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   10 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   11 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   12 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   13 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   14 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   15 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   16 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   17 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   18 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   19 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   20 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   21 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   22 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   23 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11   1   1   24 STACK1    0.000000E+00    430.15000    21.60000
 .
 .
 .
SO HOUREMIS 11   1   3    1 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    2 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    3 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    4 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    5 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    6 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    7 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    8 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3    9 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   10 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   11 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   12 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   13 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   14 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   15 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   16 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   17 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   18 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   19 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   20 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   21 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   22 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   23 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   3   24 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   4    1 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   4    2 STACK1    4.999916E+00    430.15000    21.60000
SO HOUREMIS 11   1   4    3 STACK1    4.999916E+00    430.15000    21.60000
```

B-8

2     **Figure B-5 . Hourly emissions for Monday July 4, and Tuesday July 5, 2011.**

```
SO HOUREMIS 11  7  4   1 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   2 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   3 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   4 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   5 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   6 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   7 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   8 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4   9 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  10 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  11 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  12 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  13 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  14 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  15 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  16 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  17 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  18 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  19 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  20 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  21 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  22 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  23 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  4  24 STACK1    0.000000E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   1 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   2 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   3 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   4 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   5 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   6 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   7 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   8 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5   9 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  10 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  11 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  12 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  13 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  14 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  15 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  16 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  17 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  18 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  19 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  20 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  21 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  22 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  23 STACK1    5.249912E+00    430.15000    21.60000
SO HOUREMIS 11  7  5  24 STACK1    5.249912E+00    430.15000    21.60000
```

3

B-9

# Appendix C:  Example Emissions Allocations and AERMOD Input Formats

This Appendix provides illustrative examples of calculating and inputting emission rate factors for a boiler that has annual emissions of 6,708 tons. The examples use Equations 2b and 3b for the daily and hourly factor calculations. For these examples, the input emission rate on the SRCPARAM line is 1 g/s. Thus, the emission rate factors are the actual temporally allocated emissions in g/s. Daily factors are for non-leap years. The input formats shown in the Appendix are for illustrative purposes only and to give examples of the order of the factors. Emissions are rounded to the nearest g/s for display purposes only. While the order of the factors is important, the exact formatting is the user's choice.

## SEASON

Known information:  seasonal emissions

Unknown information:  No day to day or hourly variation.  Assume all days and hours are operational.

- Emissions (tons)
  - Winter:  2093
  - Spring:  1803
  - Summer:  1930
  - Fall:  882
- DF = 1/number of operational days each season (1/90 for winter, 1/92 for spring and summer, 1/91 for fall).  Note for leap years, winter would 1/91.
- HF=1/number of operational hours per day (1/24)

**Figure C-1.  SEASON emission rate factors.**

```
**                              winter, spring, summer, fall
SO EMISFACT BOILER SEASON 244.   206.   220.    102.
```

## SEASHR

Known information:  seasonal emissions, operating schedule of 8:00 AM to 8:00 PM LST.

Unknown information:  No day to day variation.  Assume all days are operational.

- DF = 1/number of operational days each season (1/90 for winter, 1/92 for spring and summer, 1/91 for fall)
- HF = 1/number of operational hours per day for operational hours (1/12)
- HF=0 for hour beginning at 1:00 AM to hour ending 8:00 AM and hour beginning 9:00 PM to hour ending midnight.  Start non-zero emissions at 9:00 AM LST and end at 8:00 PM LST (2000 LST).

**Figure C-2.  SEASHR emission rate factors.**

```
**hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**Winter
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SEASHR  8*0.   12*488.   4*0.**Spring
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SEASHR  8*0.  12*412.   4*0.
**Summer
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SEASHR  8*0.  12*441.   4*0.
**Fall
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SEASHR  8*0.  12*204.   4*0.
```

C-2

## SHRDOW

Known information:  seasonal emissions, weekday operation and operating schedule of 8:00 AM to 8:00 PM LST. Facility is non-operational on weekends.

Unknown information:  No 7-day variation. Assume all weekdays are operational and with same schedule and weekends are non-operational (zero emissions).

- DF = 1/number of operational days each season (1/65 for winter, spring and fall, 1/66 for summer)
- HF = 1/number of operational hours per day for operational hours (1/12)
- HF=0 for 1:00 AM t to 8:00 AM and 9:00 PM to midnight

**Figure C-3.  SHRDOW emission rate factors.**

```
** weekdays: hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
** Winter
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SHRDOW 8*0.  12*676.  4*0.
** Spring
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SHRDOW 8*0.  12*583.  4*0.
** Summer
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SHRDOW 8*0.  12*614.  4*0.
** Fall
** hours                        1-8    9-20      21-24
SO EMISFACT BOILER SHRDOW 8*0.  12*285.  4*0.
**Saturdays, all hours are 0 emissions
**                      Winter  Spring  Summer  Fall
SO EMISFACT BOILER SHRDOW   24*0.  24*0.  24*0.   24*0.
**Sundays, all hours are 0 emissions
**                      Winter  Spring  Summer  Fall
SO EMISFACT BOILER SHRDOW   24*0.  24*0.  24*0.   24*0.
```

## SHRDOW7

Known information:  seasonal emissions, weekday operation and operating schedule varies for different weekdays. Facility is non-operational on weekends.

Unknown information:  No week-to-week variation. Assume all weeks each season are the same.

Facility schedule:

- Open Mondays and Fridays, 10:00 AM to 9:00 PM (hour ending 11:00 AM – 9:00 PM)
- Open Tuesdays-Thursdays 8:00 AM  to 8:00 PM (hour ending 9:00 AM – 8:00 PM)
- Closed Saturdays and Sundays
- DF = 1/number of operational days each season (1/65 for winter, spring and fall, 1/66 for summer)
- HF = 1/number of operational hours per day for operational hours
    - 1/10 for Mondays and Fridays
    - 1/12 for all other weekdays
- HF=0 for non-operational hours

C-4

**Figure C-4.  SHRDOW7 emission rate factors.**

```
** Mondays:  hours 1-10 are 0, 11-20 are non-zero, 21-24 are 0
**                                    Winter                Spring
** hours                        1-10    11-20      21-24  1-10    11-20      21-24
SO EMISFACT BOILER SHRDOW7      10*0.  10*811.     4*0.   10*0.  10*699.     4*0.
**                                    Summer                Fall
** hours                        1-10    11-20      21-24  1-10    11-20      21-24
SO EMISFACT BOILER SHRDOW7      10*0.  10*737.     4*0.   10*0.  10*342.     4*0.
**Tuesdays:  hours 1-8 are 0, 9-20 are nonzero, 21-24 are 0
**                                    Winter                Spring
** hours                        1-8     9-20       21-24  1-8     9-20       21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*676.      4*0.   8*0.  12*583.4.    4*0.
**                                    Summer                Fall
** hours                        1-8     9-20       21-24  1-8     9-20       21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*614.      4*0.   8*0.  12*285.      4*0.
**Wednesdays: hours 1-8 are 0, 9-20 are nonzero, 21-24 are 0
**                                    Winter                Spring
** hours                        1-8     9-20       21-24  1-8     9-20       21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*676.      4*0.   8*0.  12*583.4.    4*0.
**                                    Summer                Fall
** hours                        1-8     9-20       21-24  1-8     9-20       21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*614.      4*0.   8*0.  12*285.      4*0.
**Thursdays:  hours 1-8 are 0, 9-20 are nonzero, 21-24 are 0
**                                    Winter                Spring
** hours                        1-8     9-20       21-24  1-8     9-20       21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*676.      4*0.   8*0.  12*583.4.    4*0.
**                                    Summer                Fall
** hours                        1-8     9-20       21-24  1-8     9-20       21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*614.      4*0.   8*0.  12*285.      4*0.
**Fridays:  hours 1-8 are 0, 9-20 are nonzero, 21-24 are 0
**                                    Winter                Spring
** hours                        1-10    11-20      21-24  1-10    11-20      21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*676.      4*0.   8*0.  12*583.4.    4*0.
**                                    Summer                Fall
** hours                        1-10    11-20      21-24  1-10    11-20      21-24
SO EMISFACT BOILER SHRDOW7      8*0.   12*614.      4*0.   8*0.  12*285.      4*0.
**Saturdays, all hours are 0 emissions
**                              Winter  Spring Summer Fall
SO EMISFACT BOILER SHRDOW7      24*0.   24*0.  24*0.  24*0.
**Sundays, all hours are 0 emissions
**                              Winter  Spring Summer Fall
SO EMISFACT BOILER SHRDOW7      24*0.   24*0.  24*0.  24*0.
```

## **MONTH**

Known information:  monthly emissions

Unknown information:  No day to day or hourly variation. Assume all days and hours are operational.

- Monthly emissions (tons)
    - January:  635
    - February:  569
    - March:  738
    - April:  606
    - May:  459
    - June:  612
    - July:  634
    - August:  683
    - September:  474
    - October:  0
    - November:  408
    - December:  889
- DF = 1/number of operational days each month (1/number of days in month)
- HF = 1/number of operational hours per day for operational hours (1/24)

**Figure C-5.  MONTH emission rate factors.**

| ** Monthly emissions factors | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| SO EMISFACT BOILER MONTH | 215. | 213. | 250. | 212. 0 | 155. | 214.0 | 215.0 | 231. | 166. | 0. | 143. | 301. |

C-6

## **MHRDOW**

Known information:  monthly emissions, weekday operation and operating schedule of 8:00 AM to 8:00 PM LST. Facility is non-operational on weekends.

Unknown information:  No 7-day variation.  Assume all weekdays are operational and with same schedule and weekends are non-operational (zero emissions).

- DF = 1/number of operational days each month (1/number of weekdays in month)
- HF = 1/number of operational hours per day for operational hours (1/12)
- HF=0 for 1:00 AM t to 8:00 AM and 9:00 PM to midnight

**Figure C-6.  MHRDOW emission rate factors.**

```
** hours 1-24 for weekdays
**  all hours for October are 0
** hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**                          Jan                    Feb                      Mar
** hours                    1-8   9-20   21-24  1-8  9-20   21-24  1-8  9-20   21-24
SO EMISFACT BOILER MHRDOW   8*0. 12*606. 4*0.   8*0. 12*597. 4*0.   8*0. 12*705. 4*0.
**                          Apr                    May                      Jun
** hours                    1-8   9-20   21-24  1-8  9-20   21-24  1-8  9-20   21-24
SO EMISFACT BOILER MHRDOW   8*0. 12*578. 4*0.   8*0. 12*459. 4*0.   8*0. 12*585. 4*0.
**                          Jul                    Aug                      Sep
** hours                    1-8   9-20   21-24  1-8  9-20   21-24  1-8  9-20   21-24
SO EMISFACT BOILER MHRDOW   8*0. 12*579. 4*0.   8*0. 12*683. 4*0.   8*0. 12*453. 4*0.
**                          Oct     Nov              Dec
** hours                    1-24   1-8  9-20   21-24  1-8  9-20   21-24
SO EMISFACT BOILER MHRDOW   24*0.   8*0. 12*408. 4*0.   8*0. 12*812. 4*0.

** hours 1-24 for Saturdays
** all hours 0
**                          Jan     Feb    Mar    Apr    May    Jun
SO EMISFACT BOILER MHRDOW   24*0.  24*0.  24*0.  24*0.  24*0.  24*0.
**                          Jul     Aug    Sep    Oct    Nov    Dec
SO EMISFACT BOILER MHRDOW   24*0.  24*0.  24*0.  24*0.  24*0.  24*0.
** hours 1-24 for Sundays
** all hours 0
**                          Jan     Feb    Mar    Apr    May    Jun
SO EMISFACT BOILER MHRDOW   24*0.  24*0.  24*0.  24*0.  24*0.  24*0.
**                          Jul     Aug    Sep    Oct    Nov    Dec
SO EMISFACT BOILER MHRDOW   24*0.  24*0.  24*0.  24*0.  24*0.  24*0.
```

**MHRDOW7**

Known information:  monthly emissions, weekday operation and operating schedule varies for different weekdays. Facility is non-operational on weekends.

Unknown information:  No week-to-week variation. Assume all weeks each season are the same.

Facility schedule:

- Open Mondays and Fridays, 10:00 AM to 9:00 PM (hour ending 11:00 AM – 9:00 PM)
- Open Tuesdays-Thursdays 8:00 AM  to 8:00 PM (hour ending 9:00 AM – 8:00 PM)
- Closed Saturdays and Sundays
- DF = 1/number of operational days each month (1/number weekdays each month)
- HF = 1/number of operational hours per day for operational hours
    - 1/10 for Mondays and Fridays
    - 1/12 for all other weekdays
- HF=0 for non-operational hours

C-8

**Figure C-7.  MHRDOW7 emission rate factors.**

```
**hours for Mondays
** hours 1-10 are 0, 11-20 are non-zero, 21-24 are 0
**                        Jan                    Feb                    Mar                    Apr
** hours                  1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24
SO EMISFACT BOILER MHRDOW7 10*0. 12*727. 4*0.   10*0. 12*716. 4*0.   10*0. 12*845. 4*0.   10*0. 12*694. 4*0.
**                        May                    Jun                    Jul                    Aug
** hours                  1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24
SO EMISFACT BOILER MHRDOW7 10*0. 12*551. 4*0.   10*0. 12*701. 4*0.   10*0. 12*695. 4*0.   10*0. 12*820. 4*0.
**                        Sep                    Oct     Nov                    Dec
** hours                  1-10    11-20   21-24   1-24            1-10    11-20   21-24
SO EMISFACT BOILER MHRDOW7 10*0. 12*543. 4*0.   24*0.   10*0. 12*716. 4*0.   10*0. 12*845. 4*0.
**hours for Tuesdays
**hours 1-8 are 0 9-20 are non-zero, 21-24 are 0
**                        Jan                    Feb                    Mar                    Apr
** hours                  1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*606. 4*0.    8*0. 12*597. 4*0.    8*0. 12*705. 4*0.    8*0. 12*578. 4*0.
**                        May                    Jun                    Jul                    Aug
** hours                  1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*459. 4*0.    8*0. 12*585. 4*0.    8*0. 12*579. 4*0.    8*0. 12*683. 4*0.
**                        Sep                    Oct     Nov                    Dec
** hours                  1-8     9-20    21-24   1-24            1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*453. 4*0.    24*0.   8*0. 12*408. 4*0.    8*0. 12*812. 4*0.
**hours for Wednesdays
**hours 1-8 are 0 9-20 are non-zero, 21-24 are 0
**                        Jan                    Feb                    Mar                    Apr
** hours                  1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*606. 4*0.    8*0. 12*597. 4*0.    8*0. 12*705. 4*0.    8*0. 12*578. 4*0.
**                        May                    Jun                    Jul                    Aug
** hours                  1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*459. 4*0.    8*0. 12*585. 4*0.    8*0. 12*579. 4*0.    8*0. 12*683. 4*0.
**                        Sep                    Oct     Nov                    Dec
** hours                  1-8     9-20    21-24   1-24            1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0.. 12*453. 4*0.   24*0.   8*0. 12*408. 4*0.    8*0. 12*812. 4*0.
**hours for Thursdays
**hours 1-8 are 0 9-20 are non-zero, 21-24 are 0
**                        Jan                    Feb                    Mar                    Apr
** hours                  1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*606. 4*0.    8*0. 12*597. 4*0.    8*0. 12*705. 4*0.    8*0. 12*578. 4*0.
**                        May                    Jun                    Jul                    Aug
** hours                  1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*459. 4*0.    8*0. 12*585. 4*0.    8*0. 12*579. 4*0.    8*0. 12*683. 4*0.
**                        Sep                    Oct     Nov                    Dec
** hours                  1-8     9-20    21-24   1-24            1-8     9-20    21-24   1-8     9-20    21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*453. 4*0.    24*0.   8*0. 12*408. 4*0.    8*0. 12*812. 4*0.
**hours for Fridays
**hours 1-8 are 0 9-20 are non-zero, 21-24 are 0
**                        Jan                    Feb                    Mar                    Apr
** hours                  1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*606. 4*0.    8*0. 12*597. 4*0.    8*0. 12*705. 4*0.    8*0. 12*578. 4*0.
**                        May                    Jun                    Jul                    Aug
** hours                  1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24   1-10    11-20   21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*459. 4*0.    8*0. 12*585. 4*0.    8*0. 12*579. 4*0.    8*0. 12*683. 4*0.
**                        Sep                    Oct     Nov                    Dec
** hours                  1-10    11-20   21-24   1-24            1-10    11-20   21-24   1-10    11-20   21-24
SO EMISFACT BOILER MHRDOW7 8*0. 12*453. 4*0.    24*0.   8*0. 12*408. 4*0.    8*0. 12*812. 4*0.
** hours 1-24 for Saturdays
** all hours 0
**                        Jan     Feb     Mar     Apr     May     Jun
SO EMISFACT BOILER MHRDOW  24*0.   24*0.   24*0.   24*0.   24*0.   24*0.
**                        Jul     Aug     Sep     Oct     Nov     Dec
SO EMISFACT BOILER MHRDOW  24*0.   24*0.   24*0.   24*0.   24*0.
** hours 1-24 for Sundays
** all hours 0
**                        Jan     Feb     Mar     Apr     May     Jun
SO EMISFACT BOILER MHRDOW  24*0.   24*0.   24*0.   24*0.   24*0.   24*0.
**                        Jul     Aug     Sep     Oct     Nov     Dec
```

C-9

```
SO EMISFACT BOILER MHRDOW  24*0.   24*0.   24*0.   24*0.   24*0.   24*0.
```

## HROFDY

Known information:  annual emissions (6708 tons), operating schedule of 8:00 AM to 8:00 PM LST.

Unknown information:  No seasonal, monthly, or within week variation. Assume all days are operational.

- DF = 1/number of operational days each year (365)
- HF = 1/number of operational hours per day for operational hours (1/12)
- HF=0 for 1:00 AM t to 8:00 AM and 9:00 PM to midnight

**Figure C-8.  HROFDY emission rate factors.**

```
** hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**                              1-8    9-20    21-24
SO EMISFACT BOILER HROFDY 8*0. 12*386. 4*0.
```

## HRDOW

Known information:  annual emissions, weekday operation and operating schedule of 8:00 AM to 8:00 PM LST. Facility is non-operational on weekends.

Unknown information:  No seasonal, monthly, 7-day variation.  Assume all weekdays are operational and with same schedule and weekends are non-operational (zero emissions).

- DF = 1/number of operational days each year (M-F, 261 days)
- HF = 1/number of operational hours per day for operational hours (1/12)
- HF=0 for 1:00 AM t to 8:00 AM and 9:00 PM to midnight

**Figure C-9.  HRDOW emission rate factors.**

```
** hours 1-24 for weekdays
** hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**                              1-8    9-20    21-24
SO EMISFACT BOILER HRDOW 8*0. 12*540. 4*0.
** hours 1-24 for Saturdays, all hours 0
SO EMISFACT BOILER HRDOW 24*0.
** hours 1-24 for Sundays, all hours 0
SO EMISFACT BOILER HRDOW 24*0.
```

C-10

**HRDOW7**

Known information:  annual emissions, weekday operation and operating schedule varies for different weekdays. Facility is non-operational on weekends.

Unknown information:  No seasonal, monthly, or week-to-week. Assume all weekdays are operational and with same schedule and weekends are non-operational (zero emissions).

Facility schedule:

- Open Mondays and Fridays, 10:00 AM to 9:00 PM (hour ending 11:00 AM – 9:00 PM)
- Open Tuesdays-Thursdays 8:00 AM  to 8:00 PM (hour ending 9:00 AM – 8:00 PM)
- Closed Saturdays and Sundays
- DF = 1/number of operational days each month (1/# weekdays, 1/261)
- HF = 1/number of operational hours per day for operational hours
    - 1/10 for Mondays and Fridays
    - 1/12 for all other weekdays
- HF=0 for non-operational hours

**Figure C-10.  HRDOW7 emission rate factors.**

```
** hours 1-24 for Mondays
** hours 1-10 are 0, 11-20 are non-zero, 21-24 are 0
**                                 1-10   11-20   21-24
SO EMISFACT BOILER HRDOW 10*0. 10*648. 4*0.
** hours 1-24 for Tuesdays
** hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**                                 1-8   9-20     21-24
SO EMISFACT BOILER HRDOW 8*0. 12*540. 4*0.
** hours 1-24 for Wednesdays
** hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**                                 1-8   9-20     21-24
SO EMISFACT BOILER HRDOW 8*0. 12*540. 4*0.
** hours 1-24 for Thursdays
** hours 1-8 are 0, 9-20 are non-zero, 21-24 are 0
**                                 1-8   9-20     21-24
SO EMISFACT BOILER HRDOW 8*0. 12*540. 4*0.
** hours 1-24 for Fridays
** hours 1-10 are 0, 11-20 are non-zero, 21-24 are 0
**                                 1-8   9-20     21-24
SO EMISFACT BOILER HRDOW 10*0. 10*648. 4*0.
** hours 1-24 for Saturdays, all hours 0
SO EMISFACT BOILER HRDOW 24*0.
** hours 1-24 for Sundays, all hours 0
SO EMISFACT BOILER HRDOW 24*0.
```

C-11

# Appendix D:  Example Facility with Hourly Emissions and Emissions Factors

This appendix shows how a mix of hourly emissions and AERMOD emission rate factors can be used to represent emissions for a hypothetical facility.

Scenario:

The facility has three coal fired boilers with hourly emissions for 2009-2011 and a fourth coal fired boiler without hourly emission records. Table D-1 shows the annual emissions for 2009-2011 for the four boilers and Table D-2 shows the stack parameters that will be used in the AERMOD modeling.

**Table D-1.  Annual boiler and facility emissions.**

| Unit | 2009 SO$_2$ (tpy) | 2010 SO$_2$ (tpy) | 2011 SO$_2$ (tpy) |
|------|------------------|------------------|------------------|
| BOILER1 | 1551 | 1608 | 1448 |
| BOILER2 | 1535 | 1616 | 1441 |
| BOILER3 | 1531 | 1728 | 1430 |
| BOILER4 | 1583 | 1748 | 1481 |
| **Facility total** | **6200** | **6700** | **5800** |

**Table D-2.  Boiler stack parameters.**

| Unit | Stack ht (m) | Stack temperature (K) | Exit velocity (m/s) | Stack diameter (m) |
|------|-------------|----------------------|--------------------|--------------------|
| BOILER1 | 210 | 435 | 33 | 6 |
| BOILER2 | 210 | 425 | 30 | 6 |
| BOILER3 | 210 | 415 | 32 | 6 |
| BOILER4 | 210 | 445 | 35 | 6 |

Figures D-1 through D-3 show sample lines from the input hourly emissions file for boilers 1-3 for 2009, 2010, and 2011 respectively. Shown are the first 3 hours of the year and the last hour of the year. Hourly exit velocities and temperature are unknown so the values from Table D-2 are used.

D-1

**Figure D-1.  Example hourly emissions file for 2009.**

```
SO HOUREMIS 9  1  1  1 BOILER1  2.175739E+01  435.00000  33.00000
SO HOUREMIS 9  1  1  1 BOILER2  1.837727E+01  425.00000  30.00000
SO HOUREMIS 9  1  1  1 BOILER3  5.599931E+01  415.00000  32.00000
SO HOUREMIS 9  1  1  2 BOILER1  2.188530E+01  435.00000  33.00000
SO HOUREMIS 9  1  1  2 BOILER2  6.090245E+00  425.00000  30.00000
SO HOUREMIS 9  1  1  2 BOILER3  5.583214E+01  415.00000  32.00000
SO HOUREMIS 9  1  1  3 BOILER1  2.231842E+01  435.00000  33.00000
SO HOUREMIS 9  1  1  3 BOILER2  0.000000E+00  425.00000  30.00000
SO HOUREMIS 9  1  1  3 BOILER3  5.641850E+01  415.00000  32.00000
.
.
.
SO HOUREMIS 9 12 31 24 BOILER1  3.788546E+01  435.00000  33.00000
SO HOUREMIS 9 12 31 24 BOILER2  0.000000E+00  425.00000  30.00000
SO HOUREMIS 9 12 31 24 BOILER3  3.405196E+01  415.00000  32.00000
```

**Figure D-2.  Example hourly emissions file for 2010.**

```
SO HOUREMIS 10  1  1  1 BOILER1  3.833381E+01  435.00000  33.00000
SO HOUREMIS 10  1  1  1 BOILER2  0.000000E+00  425.00000  30.00000
SO HOUREMIS 10  1  1  1 BOILER3  2.352908E+01  415.00000  32.00000
SO HOUREMIS 10  1  1  2 BOILER1  3.805702E+01  435.00000  33.00000
SO HOUREMIS 10  1  1  2 BOILER2  0.000000E+00  425.00000  30.00000
SO HOUREMIS 10  1  1  2 BOILER3  2.393857E+01  415.00000  32.00000
SO HOUREMIS 10  1  1  3 BOILER1  3.864851E+01  435.00000  33.00000
SO HOUREMIS 10  1  1  3 BOILER2  0.000000E+00  425.00000  30.00000
SO HOUREMIS 10  1  1  3 BOILER3  2.398912E+01  415.00000  32.00000
.
.
.
SO HOUREMIS 10 12 31 24 BOILER1  3.808483E+01  435.00000  33.00000
SO HOUREMIS 10 12 31 24 BOILER2  3.592617E+01  425.00000  30.00000
SO HOUREMIS 10 12 31 24 BOILER3  3.326324E+01  415.00000  32.00000
```

**Figure D-3.  Example hourly emissions file for 2011.**

```
SO HOUREMIS 11  1  1  1 BOILER1  3.771253E+01  435.00000  33.00000
SO HOUREMIS 11  1  1  1 BOILER2  3.038794E+01  425.00000  30.00000
SO HOUREMIS 11  1  1  1 BOILER3  3.030849E+01  415.00000  32.00000
SO HOUREMIS 11  1  1  2 BOILER1  2.977126E+01  435.00000  33.00000
SO HOUREMIS 11  1  1  2 BOILER2  3.087726E+01  425.00000  30.00000
SO HOUREMIS 11  1  1  2 BOILER3  2.532202E+01  415.00000  32.00000
SO HOUREMIS 11  1  1  3 BOILER1  2.788588E+01  435.00000  33.00000
SO HOUREMIS 11  1  1  3 BOILER2  3.135648E+01  425.00000  30.00000
SO HOUREMIS 11  1  1  3 BOILER3  2.639272E+01  415.00000  32.00000
.
.
.
SO HOUREMIS 11 12 31 24 BOILER1  3.149773E+01  435.00000  33.00000
SO HOUREMIS 11 12 31 24 BOILER2  2.263458E+01  425.00000  30.00000
SO HOUREMIS 11 12 31 24 BOILER3  3.221026E+01  415.00000  32.00000
```

As previously stated, hourly emissions are not known for Boiler 4. However, monthly coal usage records are available. The AP-42 emissions factor for Boiler 4 is 35S (bituminous, sub-bituminous coal) where S is the sulfur content of the coal in percent. For this example, assumed sulfur content is 1 percent for all months. The resulting $SO_2$ emissions are in pounds. The next step is to determine what is the best available AERMOD emission rate factor to represent the emissions. The operational schedule (hours per day, days of week) is not known, so for this scenario, it is assumed that the boiler operates continuously. Therefore, the MONTH emissions factor appears to be the most refined factor to use. Using equation 1 in the TAD, the calculated monthly $SO_2$ emissions input to AERMOD are shown in Table D-3 along with monthly coal usage, monthly $SO_2$ emissions, number of operational days per month, the day allocation factor DF, number of operational hours per day and hourly allocation factor. Since the boiler is assumed to operate continuously, the daily factor for each month is based on the number of days per month and the hourly factor is based on 24 hours.

D-3

**Table D-3. Monthly coal usage and estimated SO2 emissions.**

| Year | Month | Coal (tons) | SO2 (lb) | Days | hours | DF | HF | Input SO$_2$ (g/s) |
|---|---|---|---|---|---|---|---|---|
| | Jan | 8206 | 287208 | 31 | 24 | 0.03226 | 0.04167 | 48.63894 |
| | Feb | 7884 | 275943 | 28 | 24 | 0.03571 | 0.04167 | 51.73817 |
| | Mar | 7622 | 266758 | 31 | 24 | 0.03226 | 0.04167 | 45.17562 |
| | Apr | 8160 | 285588 | 30 | 24 | 0.03333 | 0.04167 | 49.97663 |
| | May | 1187 | 41551 | 31 | 24 | 0.03226 | 0.04167 | 7.03674 |
| | Jun | 8075 | 282625 | 30 | 24 | 0.03333 | 0.04167 | 49.45813 |
| | Jul | 8843 | 309501 | 31 | 24 | 0.03226 | 0.04167 | 52.41427 |
| | Aug | 8377 | 293185 | 31 | 24 | 0.03226 | 0.04167 | 49.65112 |
| | Sep | 8509 | 297823 | 30 | 24 | 0.03333 | 0.04167 | 52.11786 |
| | Oct | 9092 | 318232 | 31 | 24 | 0.03226 | 0.04167 | 53.89280 |
| | Nov | 6652 | 232805 | 30 | 24 | 0.03333 | 0.04167 | 40.73985 |
| 2009 | Dec | 7834 | 274207 | 31 | 24 | 0.03226 | 0.04167 | 46.43717 |
| | Jan | 8087 | 283043 | 31 | 24 | 0.03226 | 0.04167 | 47.93359 |
| | Feb | 7587 | 265528 | 28 | 24 | 0.03571 | 0.04167 | 49.78536 |
| | Mar | 8508 | 297779 | 31 | 24 | 0.03226 | 0.04167 | 50.42911 |
| | Apr | 8970 | 313942 | 30 | 24 | 0.03333 | 0.04167 | 54.93850 |
| | May | 8762 | 306676 | 31 | 24 | 0.03226 | 0.04167 | 51.93576 |
| | Jun | 8580 | 300306 | 30 | 24 | 0.03333 | 0.04167 | 52.55233 |
| | Jul | 10137 | 354801 | 31 | 24 | 0.03226 | 0.04167 | 60.08592 |
| | Aug | 7492 | 262224 | 31 | 24 | 0.03226 | 0.04167 | 44.40778 |
| | Sep | 8110 | 283856 | 30 | 24 | 0.03333 | 0.04167 | 49.67368 |
| | Oct | 8455 | 295908 | 31 | 24 | 0.03226 | 0.04167 | 50.11231 |
| | Nov | 5926 | 207413 | 30 | 24 | 0.03333 | 0.04167 | 36.29646 |
| 2010 | Dec | 9259 | 324062 | 31 | 24 | 0.03226 | 0.04167 | 54.88024 |
| | Jan | 8249 | 288711 | 31 | 24 | 0.03226 | 0.04167 | 48.89341 |
| | Feb | 6667 | 233340 | 28 | 24 | 0.03571 | 0.04167 | 43.75025 |
| | Mar | 7146 | 250105 | 31 | 24 | 0.03226 | 0.04167 | 42.35549 |
| | Apr | 6798 | 237932 | 30 | 24 | 0.03333 | 0.04167 | 41.63707 |
| | May | 6187 | 216548 | 31 | 24 | 0.03226 | 0.04167 | 36.67252 |
| | Jun | 7130 | 249538 | 30 | 24 | 0.03333 | 0.04167 | 43.66813 |
| | Jul | 8329 | 291502 | 31 | 24 | 0.03226 | 0.04167 | 49.36605 |
| | Aug | 8200 | 287002 | 31 | 24 | 0.03226 | 0.04167 | 48.60410 |
| | Sep | 5781 | 202330 | 30 | 24 | 0.03333 | 0.04167 | 35.40698 |
| | Oct | 6553 | 229372 | 31 | 24 | 0.03226 | 0.04167 | 38.84436 |
| | Nov | 6734 | 235702 | 30 | 24 | 0.03333 | 0.04167 | 41.24692 |
| 2011 | Dec | 6869 | 240420 | 31 | 24 | 0.03226 | 0.04167 | 40.71537 |

Figures D-4 through D-6 show the syntax of the monthly emissions factors in AERMOD. For these examples, the input emission rate for BOILER4 is 1.0 g/s on the SRCPARAM line (see Figure D-7).

D-4

**Figure D-4.  Syntax of BOILER4 monthly emissions for 2009.**

```
** January-June
SO EMISFACT BOILER4 MONTH  4.863894E+01  5.173817E+01  4.517562E+01  4.997663E+01  7.036744E+00  4.945813E+01
** July-December
SO EMISFACT BOILER4 MONTH  5.241427E+01  4.965112E+01  5.211786E+01  5.389280E+01  4.073985E+01  4.643717E+01
```

**Figure D-5.  Syntax of BOILER4 monthly emissions for 2010.**

```
** January-June
SO EMISFACT BOILER4 MONTH  4.793359E+01  4.978536E+01  5.042911E+01  5.493850E+01  5.193576E+01  5.255233E+01
** July-December
SO EMISFACT BOILER4 MONTH  6.008592E+01  4.440778E+01  4.967368E+01  5.011231E+01  3.629646E+01  5.488024E+01
```

**Figure D-6.  Syntax of BOILER4 monthly emissions for 2011.**

```
** January-June
SO EMISFACT BOILER4 MONTH  4.889341E+01  4.375025E+01  4.235549E+01  4.163707E+01  3.667252E+01  4.366813E+01
** July-December
SO EMISFACT BOILER4 MONTH  4.936605E+01  4.860410E+01  3.540698E+01  3.884436E+01  4.124692E+01  4.071537E+01
```

Figure D-7 shows the source (SO) pathway of an AERMOD input file for 2009. The hourly emissions file shown in Figure C-1 is named hourly_emis_09.dat. In this example, only one source group is named, ALL. Source groups will vary case by case. Figures D-8 and D-9 show the source pathway of an AERMOD input for 2010 and 2011, respectively.

**Figure D-7.  Source pathway of AERMOD input file for 2009.**

```
SO STARTING
** locations
SO LOCATION BOILER1  POINT      0.00    0.00 149.64
SO LOCATION BOILER2  POINT     37.00  -45.00 149.11
SO LOCATION BOILER3  POINT     90.00 -122.00 148.43
SO LOCATION BOILER4  POINT     90.00 -122.00 148.43

** parameters
SO SRCPARAM BOILER1  1.0  210.00000  435.00000  33.00000   6.00000
SO SRCPARAM BOILER2  1.0  210.00000  425.00000  30.00000   6.00000
SO SRCPARAM BOILER3  1.0  210.00000  415.00000  32.00000   6.00000
SO SRCPARAM BOILER4  1.0  210.00000  445.00000  35.00000   6.00000

** define sources with hourly emissions and identify hourly emissions file for 2009
SO HOUREMIS hourly_emis_09.dat BOILER1-BOILER3

** BOILER4 monthly emissions for 2009
** January-June
SO EMISFACT BOILER4 MONTH  4.863894E+01  5.173817E+01  4.517562E+01  4.997663E+01  7.036744E+00  4.945813E+01
** July-December
SO EMISFACT BOILER4 MONTH  5.241427E+01  4.965112E+01  5.211786E+01  5.389280E+01  4.073985E+01  4.643717E+01

SO SRCGROUP ALL
SO FINISHED
```

D-5

**Figure D-8.  Source pathway of AERMOD input file for 2010.**

```
SO STARTING
** locations
SO LOCATION BOILER1  POINT      0.00      0.00 149.64
SO LOCATION BOILER2  POINT     37.00    -45.00 149.11
SO LOCATION BOILER3  POINT     90.00   -122.00 148.43
SO LOCATION BOILER4  POINT     90.00   -122.00 148.43


** parameters
SO SRCPARAM BOILER1  1.0 210.00000 435.00000  33.00000   6.00000
SO SRCPARAM BOILER2  1.0 210.00000 425.00000  30.00000   6.00000
SO SRCPARAM BOILER3  1.0 210.00000 415.00000  32.00000   6.00000
SO SRCPARAM BOILER4  1.0 210.00000 445.00000  35.00000   6.00000

** define sources with hourly emissions and identify hourly emissions file for 2010
SO HOUREMIS hourly_emis_10.dat BOILER1-BOILER3

** BOILER4 monthly emissions for 2010
** January-June
SO EMISFACT BOILER4 MONTH  4.793359E+01  4.978536E+01  5.042911E+01  5.493850E+01  5.193576E+01  5.255233E+01
** July-December
SO EMISFACT BOILER4 MONTH  6.008592E+01  4.440778E+01  4.967368E+01  5.011231E+01  3.629646E+01  5.488024E+01


SO SRCGROUP ALL
SO FINISHED
```

**Figure D-9.  Source pathway of AERMOD input file for 2011.**

```
SO STARTING
** locations
SO LOCATION BOILER1  POINT      0.00      0.00 149.64
SO LOCATION BOILER2  POINT     37.00    -45.00 149.11
SO LOCATION BOILER3  POINT     90.00   -122.00 148.43
SO LOCATION BOILER4  POINT     90.00   -122.00 148.43


** parameters
SO SRCPARAM BOILER1  1.0 210.00000 435.00000  33.00000   6.00000
SO SRCPARAM BOILER2  1.0 210.00000 425.00000  30.00000   6.00000
SO SRCPARAM BOILER3  1.0 210.00000 415.00000  32.00000   6.00000
SO SRCPARAM BOILER4  1.0 210.00000 445.00000  35.00000   6.00000

** define sources with hourly emissions and identify hourly emissions file for 2011
SO HOUREMIS hourly_emis_11.dat BOILER1-BOILER3

** BOILER4 monthly emissions for 2010
** January-June
SO EMISFACT BOILER4 MONTH  4.889341E+01  4.375025E+01  4.235549E+01  4.163707E+01  3.667252E+01  4.366813E+01
** July-December
SO EMISFACT BOILER4 MONTH  4.936605E+01  4.860410E+01  3.540698E+01  3.884436E+01  4.124692E+01  4.071537E+01


SO SRCGROUP ALL
SO FINISHED
```

D-6

**Tab 204: Draft SO$_2$ NAAQS Designations Source-Oriented Monitoring Technical Assistance Document (Feb. 2016)**

# SO$_2$ NAAQS Designations

# Source-Oriented Monitoring

# Technical Assistance Document

U.S. EPA

Office of Air and Radiation

Office of Air Quality Planning and Standards

Air Quality Assessment Division

February 2016

DRAFT

## Executive Summary

This document is one of two technical assistance documents being provided by the EPA to assist air agencies in the characterization of ambient air quality in areas with significant sulfur dioxide ($SO_2$) emission sources. The primary purpose of this Source-Oriented $SO_2$ Monitoring Technical Assistance Document (TAD) is to provide suggestions on how air agencies might appropriately and sufficiently monitor ambient air in proximity to an $SO_2$ emission source to create ambient monitoring data for comparison to the $SO_2$ National Ambient Air Quality Standards (NAAQS). This TAD presents recommended steps to implement the activity of ambient monitoring for peak $SO_2$ concentrations, such as that required in the $SO_2$ data requirements rule. This document discusses three different approaches air agencies might take to identify how many and where a sufficient number of $SO_2$ monitors may be located to characterize the peak $SO_2$ concentrations that occur in an area around or impacted by an $SO_2$ emissions source.  The three different potential approaches presented are to:  1) conduct new modeling to aid in monitoring site placement; 2) conduct exploratory monitoring to inform permanent monitor placement; and 3) take advantage of existing emissions data, existing monitoring data, and existing modeling, where possible, to determine permanent monitoring site placement.

This TAD does not impose binding and enforceable requirements or obligations on any person, and is not a final agency action. It is intended to provide recommendations for others to consider as they develop information to be used in future separate final actions, such as area designations and other NAAQS implementation actions. The TAD is subject to change and does not represent the culmination of any agency proceeding or a final interpretation by the EPA of any pre-existing statutory or regulatory requirements.



ii

## Table of Contents                                                 Page

1. Introduction                                                      1
    1.1    Background                                                1
    1.2    Purpose                                                   2
2. Information Gathering to Support Site Selection Process            3
    2.1    SO$_2$ Emission Sources                                   3
    2.2    Existing Air Quality Data                                 4
    2.3    Existing Modeling                                         5
    2.4    Meteorological Data                                       5
    2.5    Geographic Influences                                     6
        2.5.1   Thermally Driven Winds                               7
        2.5.2   Vertically Coupled Flow or Downward Momentum
                Transport                                            9
        2.5.3   Pressure Driven Channeling                           9
        2.5.4   Forced Channeling                                    9
3. Approaches to Ambient Monitor Siting                              10
    3.1    Modeling to Inform Monitor Placement                      10
    3.2    Using Exploratory Monitoring for Monitor Placement        11
    3.3    Monitor Siting Based on Existing Data                     14
4. Source-oriented SO$_2$ Monitor Site Selection                    15
5. References                                                        16
APPENDIX A:  Example of Modeling to Inform Monitoring Placement Using
Normalized Emissions                                                 A-1
    A1.    Model Setup                                               A-1
    A2.    Model Results                                             A-4
    A3.    Model Conclusions                                         A-9

# 1. Introduction

## 1.1 <u>Background</u>

The traditional NAAQS implementation process begins with the area designations process described in section 107 of the Clean Air Act (CAA), which generally relies on characterization of air quality concentrations by ambient monitoring data collected by state, local, and tribal air agencies to identify areas that are exceeding the relevant standard. The preamble to the final 2010 $SO_2$ NAAQS rulemaking (75 FR 35520) noted that although the current $SO_2$ ambient monitoring network included 400+ monitors nationwide, the scope of the network had certain limitations, and approximately two-thirds of the monitors are not located to characterize maximum concentration source-oriented impacts. It was observed that some areas without monitoring likely have concentrations violating the NAAQS. To address these potential public health impacts, the 2010 $SO_2$ NAAQS preamble to the final rule and subsequent draft guidance issued in September 2011 recommended that air agencies submit substantive attainment demonstration state implementation plans (SIPs) based on air quality modeling by June 2013 [under Clean Air Act section 110(a)(1)] that would show how areas expected to be designated unclassifiable that have sources emitting over 100 tons of $SO_2$ per year would attain and maintain the NAAQS in the future.

A number of stakeholders expressed concern with this suggested implementation approach, particularly with the number of sources to be modeled (more than 1680 sources had emissions exceeding 100 tons in 2008), and the fact that the recommended SIP submission date for areas *without* monitoring was to occur before the SIP due date for violating areas *with* monitoring data. In response, the EPA Assistant Administrator at that time, Gina McCarthy, sent letters to state Environmental Commissioners on April 12, 2012, indicating that the EPA wanted to further consult with stakeholders regarding how to best implement this standard and protect public health in an effective manner. The letters also stated that the agency would not expect air agencies to submit attainment demonstrations by June 2013 for areas not designated as "nonattainment" based on ambient monitoring data. The EPA developed a white paper on possible implementation approaches and proceeded to convene three stakeholder meetings in May- June 2012 with environmental group representatives; state, local, and tribal air agency representatives; and industry representatives. On July 27, 2012, the EPA also announced that it was extending the deadline for $SO_2$ NAAQS area designations by an additional year, to June 3, 2013, based on the unavailability of data.

On May 14, 2014, the EPA proposed the Data Requirements Rule for the 1-Hour Sulfur Dioxide Primary Ambient Air Quality Standard (DRR) (79 FR 27446), taking comment on where ambient $SO_2$ air quality around $SO_2$ emission sources should be required to be characterized. On August 21, 2015, the Agency finalized and promulgated the $SO_2$ DRR (80 FR 51052). In that final rulemaking, the EPA required the characterization of ambient $SO_2$ air quality around $SO_2$ emission sources emitting 2,000 or more tons per year of $SO_2$. The air quality characterization that was prescribed to be carried out could be done through ambient monitoring or through dispersion modeling. The ambient monitoring network design approaches presented in this document are appropriate for use in satisfying source-oriented $SO_2$ monitoring requirements, such as those required by the $SO_2$ DRR.

1

## 1.2    Purpose

This Source-Oriented Sulfur Dioxide ($SO_2$) Monitoring Technical Assistance Document (TAD) is one of two TADs[1] being provided by the EPA to assist state, local, and tribal air agencies in the characterization of ambient air quality[2] in areas around or impacted by significant $SO_2$ emission sources. This characterization is needed to support the implementation of the $SO_2$ NAAQS. The purpose of this TAD is to provide suggestions on how state, local, and tribal air agencies might appropriately and sufficiently monitor ambient air in areas proximate to or impacted by an $SO_2$ emission source to create ambient monitoring data for comparison to the $SO_2$ NAAQS. Although there is already an existing $SO_2$ monitoring network, the EPA expects that some air agencies may consider using new or repurposed monitoring resources to provide additional air quality data to satisfy the $SO_2$ DRR. The EPA expects monitoring conducted in response to the $SO_2$ DRR to be targeted, source-oriented monitoring, for which the primary objective would be to identify peak $SO_2$ concentrations in the ambient air that are attributable to an identified emission source or group of sources. This TAD presents three different potential approaches that a state, local, or tribal air agency might consider when identifying where one or more $SO_2$ monitors may be needed to characterize the peak $SO_2$ concentrations that are occurring in an area around or impacted by an $SO_2$ emissions source or group of sources. The EPA notes that this monitoring effort can be carried out solely by air agencies, but may be most effective when there is collaboration among any affected air agencies and other stakeholders (e.g., industry and other parties). Such collaboration could potentially ease the burden on all parties during the collection of existing data on air quality, emissions, and other case-specific information, when designing a monitoring network. Collaboration is also desirable when considering the logistics and effort required to install, operate, and maintain any number of ambient $SO_2$ monitors intended to satisfy the $SO_2$ DRR.

The approach taken by a state, local, or tribal air agency to determine where a sufficient number of $SO_2$ monitors may be sited to characterize ambient peak $SO_2$ concentrations should take into account as much available data as possible. Such information might include: all the available data with respect to relevant source emission profiles, existing air quality data, existing modeling results, meteorological data and analyses (e.g., wind roses), terrain, general knowledge of a source or sources and the surroundings, and general knowledge about an area with respect to monitoring site feasibility. This TAD presents methods by which a state might consider all the available information regarding the site selection process, and suggests three approaches that a state might use to find suitable source-oriented $SO_2$ monitoring sites. The three suggested approaches are:  1) conduct new modeling to aid in candidate site identification, 2) conduct

---

[1] The companion document is the $SO_2$ NAAQS Designations Modeling Technical Assistance Document.
[2] Ambient air is defined in 40 CFR Part 50, section 50.1 as that portion of the atmosphere, external to buildings, to which the general public has access.

exploratory monitoring to inform permanent monitor placements, or 3) take advantage of existing emissions, monitoring, and modeling data to identify candidate monitor sites.

# 2.  Information Gathering to Support the Site Selection Process

This section is intended to guide the collection of existing information to support the source-oriented $SO_2$ monitor site selection process. The EPA suggests gathering and reviewing as much information discussed in this document as possible as this will increasingly ensure a thorough evaluation in the determination of a sufficient number of appropriately located source-oriented $SO_2$ monitoring sites. The review and synopsis of these data will provide support for a rationale of why a site or set of sites are appropriate when a state engages the EPA for future Annual Monitoring Network Plan approval.

## 2.1  SO₂ Emission Sources

The first recommended step in determining where and how many monitors will be needed to appropriately and sufficiently characterize ambient $SO_2$ air quality conditions in proximity to an $SO_2$ emission source is to evaluate the source itself. States should locate, collect, and review as much of the following types of information that are available about a source, including:

- Facility Name and owner
- Facility function (EGU, smelter, etc.)
- Fuel source or other information on $SO_2$ producing components and operations
- Emissions data (annual, sub-annual, etc., as available)
- Continuous Emissions Monitoring (CEM) data
- Stack testing results
- Long-term emissions trend data
- Emissions profile (plant operations 24 hours a day, diurnal, seasonal, on-demand, etc.)
- Emissions metrics (stack height(s), stack dimensions, emission temperatures, emission velocities, etc.)
- Emissions controls in place (also identify if control installations are planned, with committed timetable as available)
- Permit related data (which should include the identification of the existence of any Title V, PSD, or related modeling, permit limits, etc.)

Many of these data sets may be available in routinely produced Facility Level Reports and Process Level Reports which are submitted by states to the EPA on an annual basis for inclusion in the Emissions Inventory System (EIS). Data suggested for collection (above) which are not

included in those reports most likely will be found in state-maintained permitting records, if available.

It is also important to understand the setting and surroundings of the $SO_2$ source. This would include determining if the source is isolated or in an area with multiple $SO_2$ sources of varying magnitudes, whether it is in a rural or urban setting, and characterizing the surrounding geography.

## 2.2　Existing Air Quality Data

In situations where existing air quality data are available in an area containing an $SO_2$ source subject to the DRR, or otherwise needing source-oriented air quality characterization, states should collect all the available air quality data to assist in making reasoned decisions about monitor placement. The EPA believes this data collection activity should include those data from any nearby state, local, or tribal monitors, special purpose monitoring, non-regulatory monitoring (including industry operated monitors), or prior field studies. The EPA stresses that any search for air quality data should include inquiries into industry or third party data sources that could be made available to the air agencies. Although industry and third party monitoring data may not necessarily be appropriate for use in designation activities (e.g., they do not represent ambient air and/or they do not meet requirements in 40 CFR Part 58 Appendices A, C, and E), such data likely will be very valuable in aiding any process of determining where appropriate ambient air monitoring should be conducted.

It may be discovered that existing industry or third party monitoring infrastructure and monitoring operations could be modified to meet all necessary requirements to produce data of appropriate quality for comparison to the NAAQS and thus minimize the need for additional monitors. An example of such a situation might be an industry operated monitor sited at a location of expected maximum concentration, in ambient air, which only needs to be quality assured by a state (where the state could become the Primary Quality Assurance Organization [PQAO]).  In any instance where industry or third party monitoring infrastructure is pursued for use to satisfy the DRR, or any other required monitoring, actions would need to be taken so that those monitors would meet data reporting and certification requirements in 40 CFR part 58, and requirements in Appendices A, C, and E. In these cases, collaboration between industry and the state could allow existing data collection activities by industry to be used in characterizing ambient air quality which satisfy the DRR or other minimum monitoring requirements.

## 2.3     Existing Modeling

Relatively large emission sources of $SO_2$ are likely to have been modeled at some point in the past, possibly in order to receive a state, Title V, and/or PSD related permit or as part of a SIP. It should be noted that relatively older sources could have been in operation before PSD rules were enacted, and as a result, there may be no modeling data for those 'grandfathered' sources if they have not significantly increased their net $SO_2$ emissions since PSD was introduced. However, for many sources, the EPA expects that there are modeling results available (preferably from dispersion models), and on the public record. In those cases where older modeling data are available, the EPA recommends that those modeling results be considered in the monitor siting process, but used within the appropriate context. In some cases modeling may have been conducted for comparison to previous primary or current secondary NAAQS averaging times (e.g., 24-hour averages, annual averages, and 3-hour averages). Modeling may also have been conducted for some alternate purpose, used older versions of AERMOD, or have been executed with different models altogether. In such situations, care should be taken when interpreting where peak concentrations may have been indicated.  At a minimum, older modeling may still be informative of general pollutant dispersion patterns, if not appropriate for use to identify smaller or more specific areas of interest, where peak $SO_2$ concentrations could be occurring.  The EPA strongly suggests that any existing modeling data used in the monitor siting process be documented to build the rationale behind a state, local, or tribal agency's network design choices.

## 2.4     Meteorological Data

Understanding the influence of meteorology on an $SO_2$ source is critical in understanding how $SO_2$ emissions may most often be dispersed and where the location or locations of maximum ground-level concentrations may be expected to occur. Therefore, the selection of meteorological data for analysis for monitoring site evaluations should be considered carefully.

The *Guideline on Air Quality Models*[3] published as 40 CFR part 51, Appendix W (Appendix W) offers guidance on selecting meteorological data for dispersion modeling and is relevant in the context of determining where monitoring sites might be most appropriate. The selection of meteorological data should be based on spatial and climatological (temporal) representativeness (Appendix W, Section 8.3). The representativeness of the data is based on:  1) the proximity of the meteorological monitoring site to the area under consideration, 2) the complexity of terrain, 3) the exposure of the meteorological site, and 4) the period of time during which data are collected. Spatial representativeness of the meteorological data can be adversely affected by large distances between the source and potential monitoring sites and any complex geographic

---

[3] http://www.epa.gov/ttn/scram/guidance/guide/appw_05.pdf

characteristics of the area (Appendix W, Section 8.3.a and 8.3.c; and discussed in Section 2.5 of this TAD, respectively). While an identified $SO_2$ source and meteorological station may be in close proximity, there may be complex terrain between them such that conditions at the meteorological station may not be representative of conditions at the source. An example would be a source located on the windward side of a mountain chain with a meteorological station a few kilometers away on the leeward side of the mountains. When using data from a NWS station alone or in conjunction with site-specific or other data, it is important that the data be spatially and temporally representative of conditions in which the target $SO_2$ source is situated. Appendix W addresses spatial representativeness issues in Sections 8.3.a and 8.3.c.

There are a number of sources from which meteorological data might be obtained for the monitoring site evaluation process, including on-site data, the National Weather Service (NWS), the Federal Aviation Administration (FAA), AQS, AIRNow-Tech, universities, and military facilities, among others. Of these data sources, the most valuable data for this application are meteorological data collected very nearby or even on the property of an identified $SO_2$ emitting facility (i.e., on-site or "site specific" data), if those data are of adequate quality. These on-site data typically have very good spatial representativeness of the area in which the identified $SO_2$ source is situated, and thus, provide the best information to understand the actual conditions in which $SO_2$ emissions are being dispersed. In the absence of, or in addition to on-site data, the use of meteorological data produced by the NWS should be considered. NWS data are of high quality and are routinely collected at airports and other locations nationwide. NWS data are available from the National Climatic Data Center (NCDC) in many formats, with the most common format in recent years being the Integrated Surface Hourly data (ISH). Data from other sources mentioned above may be more varied in availability and format, but can be useful when routine data sources are not representative of the $SO_2$ source area or are unavailable, and may also be useful in augmenting available on-site or NWS data.

In the event that local or otherwise similar and suitable meteorological data sources are not available, there may be merit in considering installing instrumentation for a more localized data record going forward, for use in future evaluations of monitoring or modeling data. Regardless of the method by which air agencies determine where and how many $SO_2$ monitors are necessary to characterize air quality in areas around or impacted by an identified source, the consideration of meteorological influences is a must. In the siting process, the lack of use of such data can severely limit confidence in monitor siting exercises.

## 2.5    **Geographic Influences**

The geographic setting of an $SO_2$ source can have substantial impacts on emissions dispersion and thus on the appropriate location or locations of any source-oriented $SO_2$ monitors. States should evaluate both the immediate and larger scale geographic setting of each potential

6

identified $SO_2$ source to understand if plume or emissions behavior are routinely subject to topographic, terrain, or water-body influenced air flows, particularly if they are not choosing to model to inform their monitoring site placement process. For those $SO_2$ sources in relatively non-complex terrain, e.g., largely flat terrain or low relief topography and not near large water bodies, the pollutant dispersion will be largely dominated by the overarching synoptic meteorology (i.e., the prevailing wind flow and atmospheric stabilities). If the source is in complex terrain, such as in the midst of mountains and valleys, topographical influence becomes a much larger factor in pollutant transport and dispersion. The evaluation and investigation of topographical influence becomes especially important if no meteorological data are available within a valley where emissions originate. In those situations, the available meteorological data may not be locally representative. Rather, they could be representative of the larger synoptic scale regime or possibly a different and separate valley. The primary focus in understanding the topographical influences in complex terrain is to determine the differences between the broad synoptic winds that exist above ridges and the wind behavior below the ridges within a valley. Sources can also be in proximity to large water bodies, which can have a profound impact on pollutant dispersion.  It is critical to understand these influences during any monitor site evaluation process. The following examples discuss how geographic and meteorologically coupled influences can affect pollutant dispersion in complex terrain or near large water bodies, including thermally driven winds (i.e., mountain/valley winds and sea/lake breezes), vertically coupled flow, pressure-induced channeling, and forced channeling. The examples are somewhat simplified and although present individually, it is often the case for complex terrain that more than one of these physical influences can be in effect simultaneously, creating a complicated flow pattern in an area of interest. It is critical to understand these influences in determining proper placement of source-oriented $SO_2$ monitoring sites.

## 2.5.1  *Thermally Driven Winds*

Thermally driven winds are air circulations caused by air density and pressure gradients developed due to differential or uneven surface heating across an area (Whiteman and Doran, 1993; Arya, 1999; Birdwell, 2011). In basic effect, air is warmed as it sits over a heating surface area (due to surface insolation) and begins to expand. Adjacent air parcels, which are relatively cooler (due to less or a lack of heating), are denser than the warmer air parcel over the warming surface, leading to a density gradient between the two air parcels. As a consequence, the cooler, denser air will flow towards the area of warmer, less dense air, displacing the warmer air upwards. Aloft, the warmer air cools as it rises, and is often displaced in the horizontal, towards the origination of the cooler air, where it eventually will sink back down to the surface and move to displace warming air, thus completing the thermally driven circulation. Thermally driven circulations or winds are typically diurnal, having day/night patterns, independent of synoptic air flow (e.g., the prevailing wind and/or those winds above the ridge lines in complex terrain), and

7

are enhanced or otherwise least disrupted when synoptic winds are light and when surface heating potential is maximized with clear skies and/or a dry air mass (Weber and Kaufman, 1998; Stewart et al., 2002; Birdwell, 2011). These winds can be subdivided into a number of categories. This TAD will discuss several situations that may be most relevant to monitor siting processes in areas of complex terrain (mountain and valley winds) or in locations near large water bodies (lake/sea breezes).

In the case of mountain and valley winds, there are two circulations that may be in play:  the slope or valley wall circulations and the flows that can develop along valley axes. Daytime thermally driven circulations are driven by daytime surface heating which causes up-slope and up-valley (along the valley axis) flow to develop throughout the day. Slope flows are particularly due to the temperature difference of air over the mountain slope compared to the air at the same altitude over the valley floor (Monti et al., 2002). As night falls, the pattern reverses, exacerbated by radiational cooling at the surface, causing down-slope and down-valley flow to develop as cooler air from aloft 'fills' back into the valley (Whiteman and Doren, 1993; Weber and Kaufman, 1998; Arya, 1999). Notably, Whiteman and Doren, 1993, suggest that thermally driven up/down valley winds, which are generally along the valley axis, "…can be expected to be quite weak in shallow valleys because horizontal pressure differences depend strongly on valley depth." These mountain and valley winds are important to understand if an identified $SO_2$ source needing air quality characterization is in a setting where these flows can often have significant influence on emission transport and dispersion throughout the diurnal flow cycle.

Lake or sea breezes can be influential on pollutant transport and dispersion in locations near large water bodies due to temperature differences between water bodies and the adjacent land. Water has a much larger thermal capacity than land, which can lead to sharp thermal contrasts between lake or sea surface temperatures and land surface temperature throughout the diurnal heating and cooling cycle. In particular, land heats more quickly than water during the day, and likewise cools more quickly at night. During the day, this leads to surface temperature differences which cause a shallow thermal low pressure area over the land as that air expands and begins to rise. The cooler air over the adjacent water body will begin to flow inland to replace the rising warmer air, creating what is known as a lake or sea breeze. Aloft, the risen warmer air will often move out over the water body where it can cool and sink, completing the thermal circulation. At night this circulation reverses when the land cools relative to the water body; however, the night-time land breeze circulation is typically not as strong as the daytime lake or sea breeze, as the difference in temperatures at night is typically not as large as during the day (Arya 1999; Laird et al., 2001; Sills et al., 2011). Arya, 1999, also notes that sea breezes are strongest in the afternoon when land surface temperatures are typically at a maximum, and in certain conditions, can extend several tens of kilometers inland in coastal regions. This diurnal circulation pattern is important to consider when siting monitors in coastal areas or in the vicinity of larger water bodies, as the lake or sea breeze may be a dominant influence on pollutant transport and dispersion.

### 2.5.2   Vertically Coupled Flow or Downward Momentum Transport

Vertically coupled flow is an effect of the downward transport of momentum from winds aloft directing or deflecting the in-valley air flow or circulation so that it is similar to the air flow above. This coupled flow is enabled or exacerbated during relatively unstable or neutral conditions and a well-mixed boundary layer with stronger upper level winds (Whiteman and Doran, 1993; Birdwell, 2011). Whiteman and Doran, 1993, suggest vertically coupled flow might be expected more commonly in wide, flat-bottomed valleys with low sidewalls. The in-valley winds predominantly under the influence of vertically coupled flow would be expected to be roughly in the same direction of the upper air flow, except for a deflection of approximately 25° (Whiteman and Doren, 1993; Weber and Kaufman, 1998) or a range of 25° to 40° (Birdwell, 2011) due to increasing friction with decreasing altitude over the valley floor.

### 2.5.3   Pressure Driven Channeling

Pressure driven channeling can be described as the flow of air through a valley that is driven by differences in the larger, synoptic scale air pressures in a region (e.g., opposing high pressure and low pressure centers) where air flow within a valley is moving from areas of relatively high pressure towards those with relatively low pressure along the valley axis. Whiteman and Doran, 1993, suggest pressure driven channeling is a situation where winds in a valley below the ridge line are simply driven by the along-valley pressure gradient within that valley, balanced by friction from the valley floor and sidewalls, constrained by topography to blow along the valley's axis. Unlike forced channeling, which seems to be most prevalent in smaller, short and narrow valleys, pressure driven flows may have stronger potential influence in relatively wider valleys (on the order of tens of kilometers or more across), and possibly shallower valleys which are less subject to thermally driven wind influences, based on examples presented in literature by Gross and Wipperman, 1987; Whiteman and Doran, 1993; and Birdwell, 2011.

### 2.5.4   Forced Channeling

When wind is largely or solely re-directed by terrain, largely irrelevant of overlying pressure or thermal gradients, it can be characterized as forced channeling. Forced channeling is most prevalent in relatively smaller, short and narrow valleys (Weber and Kaufman, 1998; Kossman and Sturman, 2003). Depending on mesoscale or synoptic scale flow and valley axis orientation, air flow within a small valley affected by forced channeling can be deflected up to 90° from the direction of the prevailing winds in a generally neutrally buoyant atmosphere (Birdwell, 2011). The largest deflections can occur when prevailing winds are nearly perpendicular to the valley

9

axis, where the winds have only two paths to follow, and the resulting wind is forced along the axis of the valley that is within 90° of the heading of the prevailing winds.

# 3.  Approaches to Ambient Monitor Siting

The EPA suggests that the more data and analysis that goes into a source-oriented monitoring site evaluation process, the greater the confidence in how appropriate the resulting monitoring network proposal will be in supporting the objectives of the DRR.  Air agencies electing to use monitoring as a means of satisfying the DRR or other source-oriented monitoring activity are expected to provide adequate reasoning in a monitoring network proposal. Such a network proposal would characterize an area around or impacted by an identified $SO_2$ source and include the identification of one or more locations where peak 1-hour $SO_2$ concentrations are expected to occur. This TAD is intended to provide options on how to identify locations where peak 1-hour $SO_2$ concentrations are expected to occur.  The overarching intent is to encourage the use of all the available data, through one or more of the suggested approaches provided here, to formulate a proposal to site one or more monitors that would appropriately and sufficiently characterize air quality in areas around or impacted by an $SO_2$ emission source. Whatever approach is taken to evaluate an area, the resulting options on what a sufficient number of source-oriented $SO_2$ monitors might be, and where one or more sites should be located, will be case specific. In light of this fact, the EPA does not provide minimum criteria for a number of $SO_2$ monitors that might be needed in an area to characterize air quality in order to satisfy the DRR or any other source-oriented monitoring activity. As noted earlier, the specific elements of a network design, including the appropriate number of monitors, would be determined through analysis and subsequent discussion with the EPA for eventual approval by EPA Regional Administrators using the suggestions in this TAD.

## 3.1    Modeling to Inform Monitor Placement

Modeling is a powerful tool that should be strongly considered to inform the identification of potential monitoring sites intended to satisfy source-oriented monitoring efforts, such as the DRR.  Generally, modeling to inform monitor placement could follow the recommendations of the $SO_2$ NAAQS Designations Modeling Technical Assistance Document (Modeling TAD)[4], which offers recommendations on using dispersion modeling for designations. The modeling TAD identifies the following suggested actions:

---

[4] Please note that the SO2 NAAQS Designations Modeling TAD supersedes the EPA's March 2011 air quality modeling guidance intended for the designations process, which recommended the use of allowable emissions only to characterize air quality.

- Emissions data preparation, including sources to model, formatting of hourly emissions when available, and calculating temporally varying emissions
- Selection and processing of input meteorological data
- Source characterization including urban vs. rural treatment of sources in the modeling
- Design value calculations from model output

However, the difference between modeling to inform monitor placement and that conducted to directly inform future designation actions, as can be done to satisfy the DRR, is that modeling to inform monitor placement can use normalized emissions. The modeling approach presented in the Modeling TAD uses the actual emissions from modeled sources. The use of normalized emissions provides relative, normalized outputs which can be used when modeling to inform monitor siting decisions because the goal of the modeling is not to create data for use in determining the potential attainment status of an area, but rather to identify the location or locations of ambient $SO_2$ concentration maxima. The normalization of the emissions preserves the relative magnitude of concentrations forecast at each receptor by the model and the spatial distribution of modeled normalized design values. To normalize the emissions, the input emissions could be initially calculated using the relevant sections of the Modeling TAD. Subsequently, all of the input emissions could be divided by a reference emission rate, which can be the overall highest emission rate or any alternative reference emission rate. In cases where multiple sources are included in an analysis, the same approach would be used, with all emission values being divided by the reference emission rate. The key is that all emissions would be divided by the same emission rate.

In general, the approach of using dispersion modeling to inform monitor placement will likely provide high confidence information to inform the monitor siting process.  In particular, modeling outputs can provide the location or locations of expected ambient, ground-level concentration maxima and the frequency of occurrence of any receptor having the highest concentration during the modeled period.  These data can then be utilized to rank which receptor locations might be the most desirable for monitoring, including the determination of whether one or more sites might be needed to adequately characterize peak concentrations around an identified source or set of sources. A detailed description and case-study example is provided in Appendix A and is intended to provide an optional template on how to use modeling to inform monitor placement.

## 3.2    Using Exploratory Monitoring for Monitor Placement

State, local, and tribal air agencies may wish to conduct exploratory monitoring to either identify potential monitoring sites or more thoroughly evaluate potential monitoring sites identified through the other processes described in this TAD. In the case where exploratory monitoring is intended to be the main tool in informing where permanent $SO_2$ monitors should be established,

11

a saturation study or a focused monitoring campaign considering existing data and local knowledge of an area is likely to be most appropriate. Exploratory monitoring should be viewed as a means to either identify potential permanent monitoring locations or to provide increased confidence of the legitimacy of candidate locations for permanent monitoring identified through other means (such as the evaluation of existing data).   For example, if an agency used existing data to identify multiple areas where monitoring might be appropriate, they could use exploratory monitoring to bolster their evaluation and to aid in the prioritization of the candidate site or sites, including the number of sites might be most appropriate in the final network design.

*Saturation studies* typically involve a large number of low-cost, portable samplers to "saturate" an area to identify the spatial variability of pollutant concentrations. In this case, the agency would deploy many samplers or devices at a number of locations around a source to determine which areas might have relatively higher pollutant levels. For example, saturation samplers could be distributed in a pattern similar to how receptors in a modeling exercise might be laid out. Although there could be variations in spacing and overall grid design due to logistical issues, the concept is a valid approach, particularly when there is little understanding or indication of where maximum concentrations might be expected to occur.

*Focused exploratory monitoring* could create data for comparison or evaluation at a specific number of sites, such as those derived from the evaluation of available data discussed in Section 2, or to further verify the highest priority candidate monitoring sites identified through the site selection processes discussed in Sections 3.1 (modeling) and 3.3 (siting based on existing data). This focused monitoring approach may be more desirable when the resources to conduct the study are reduced or minimal as compared to the resources needed in a saturation study.

Two key considerations in exploratory monitoring are the method used and the timing and duration of the study. Stakeholders have the flexibility to use a variety of technologies and approaches to conduct exploratory monitoring.  A key consideration is that the 2010 revised 1-hour $SO_2$ NAAQS is intended to protect public health by reducing exposure to high, short-term concentrations of $SO_2$. Therefore, exploratory monitoring that produces highly time resolved data (i.e., data production on the order of minutes to hours) would likely be most useful. This suggests that continuous methods would be ideal in identifying short-term peak $SO_2$ concentrations because of the high time resolution data they provide. However, the problem with traditional fluorescent $SO_2$ continuous methods can be the cost and associated logistical burdens that they require to acquire, install, and operate. The second key consideration in exploratory monitoring is the timing and duration of the study. The objective of the monitoring is to characterize peak, short-term $SO_2$ concentrations.  However, exactly when and where these peaks are occurring may be unknown. Therefore, a study should consider not only where to monitor, but also for how long. It is most logical to monitor throughout the course of a year, to at least gain some confidence that variations in facility operations (e.g., diurnal, seasonal, other emission profiles) and/or meteorological influences are reflected in the study data. If a particular season or time period, whether due to facility operations or meteorology, or both, is expected to

be most likely to lead to peak $SO_2$ concentrations, then monitoring during those times could be an acceptable alternative to a year-round study. Finally, any exploratory monitoring would need to be completed in sufficient time such that the data from the study could be used to inform air agency decisions regarding network implementation in a timely manner.

Recent technological advances in sensor and other sampler technology have introduced increasingly smaller and cheaper continuous measurement devices. These so-called "sensors" are currently not federal reference or equivalent methods, but have shown promise for use in a number of applications, including exploratory monitoring. In general, many of these new sensors may utilize electrochemical, spectroscopic, or metal oxide sensing principles. However, regardless of measurement technique, the overarching key issues in the use of these new sensor methods are detection limits and the assessment of the accuracy and precision of these new devices. It is believed that most sensors capable of measuring $SO_2$ have limits down towards 100ppb, with several potentially having detection limits down in the tens of ppb. These relatively high detection limits likely restrict the usefulness of sensors, although, any unit with detection limits in the tens of ppb still has potential in providing some insight to the locations where peak concentrations could be occurring in an area. For example, such sensors could be used only to show where peak concentrations are identified relative to non-detect responses elsewhere in time and space within the area under observation, i.e., conducting a presence or absence determination.

With regard to accuracy and precision, a modest effort in characterizing any sensors could be carried out through co-location exercises before, during, and/or after any study period, including comparisons amongst sensors and against better characterized methods such as an FEM. The EPA recognizes that there are many uncertainties associated with these new technologies, but views their potential use in this case as an alternative to other exploratory monitoring methods to aid in the site selection process.

Passive $SO_2$ methods that are commonly used for saturation studies and other field studies are commercially available, easy to use, and are relatively inexpensive. Passive methods are integrated samples traditionally collected over days to weeks and are excellent at determining long-term concentration trends, but they do not offer the same insight as continuous methods regarding where the short-term peak $SO_2$ concentrations may be occurring in an area. While passive $SO_2$ methods may not be the ideal method for conducting exploratory monitoring to aid in determining where short-term, peak $SO_2$ concentrations are occurring, they still can be useful to the monitor site selection process. At a minimum, an adequately populated saturation study could still provide indications of what the spatial concentration gradient might be around an $SO_2$ source. It has also been suggested that passive sampler data could assist in "ground-truthing" concentration gradients predicted by modeling exercises.

13

## 3.3    Monitor Siting Based on Existing Data

In the event that a network designer has a sufficient amount and understanding of those data suggested in Section 2 (e.g., emissions data and source profile, air quality data, existing modeling data, meteorological data, topographical/terrain characterization), air agencies may be able to use those data to evaluate where source-oriented $SO_2$ monitors will be needed without conducting additional modeling and/or exploratory monitoring. The ultimate number and location of monitors that might be necessary to characterize air quality around an identified $SO_2$ source needs to be based on all available data and have a clear, technical rationale. The more that data are documented, considered, and explained, the more robust and supportable the resulting monitoring plan will be.

The EPA believes that this particular approach would not be robust without the use of one or both of existing ambient monitoring data (which could be SLAMS, Special Purpose Monitoring, industry, or third party data) and/or existing modeling data. With regard to monitoring data, historical data from a network or network components that have since been discontinued or relocated can be useful to help indicate where problem areas might have existed in the past, particularly when viewed with an understanding of an $SO_2$ facilities emissions trends over time. If there are one or more active monitor(s) around a source, the evaluation likely should turn towards the determination of whether the existing monitors are located where peak concentrations are expected to occur and whether site relocation or network augmentation is necessary.

With regard to existing modeling data, it is important to understand the context in which the modeling was conducted. As noted earlier in Section 2.3, existing or old modeling data may have been created for alternate purposes and/or created using older versions of AERMOD or with different models. Therefore, the EPA believes that these modeling data (particularly dispersion modeling) can be useful in highlighting areas where ambient, peak 1-hour ground level concentrations might be expected to occur around a particular $SO_2$ source, within the context of the original modeling objectives and constraints. At a minimum, in situations where old modeling is increasingly questionable for use in the monitor siting process, the modeling may still be informative of general pollutant dispersion patterns.

Once the existing data are reviewed, one or more areas should be identified for a more detailed evaluation, with consideration of all other available data, to determine where one or more monitor sites may be feasible (including considerations for access, permissions, and utilities). In the event that old monitoring or modeling data do not exist for an area with an identified source, the EPA strongly encourages air agencies to consider conducting modeling and/or exploratory monitoring to inform monitoring site selection as discussed above in Sections 3.1 and 3.2.

# 4. Source-oriented SO₂ Monitor Site Selection

State, local, and tribal air agencies are expected to use due diligence in acquiring or otherwise accessing space for monitoring in the location or locations that have been identified through one or more of the site identification approaches discussed in in this document. If one or more locations identified as appropriate for monitoring are not available due to logistical considerations, the air agency should be able to document why a preferred location was not selected or available. The EPA notes that source-oriented $SO_2$ monitoring sites used to satisfy the DRR must be classified as SLAMS, or be operated in a SLAMS-like manner, and therefore be subject to requirements in 40 CFR part 58 regarding data reporting and certification along with requirements included in Appendices A, C, and E. This is important when considering any collaboration with third party monitoring. The EPA expects that there will be cases of industrial or other stakeholder monitoring in areas around or impacted by $SO_2$ sources, which may be ideal to aid in satisfying the DRR. The EPA encourages the pursuit of partnerships between air agencies and other stakeholders wherever possible to use existing infrastructure, increase communication between stakeholders, and use available resources as efficiently as possible. In the end, however, it is the state, local, and tribal air monitoring agencies who are responsible for assuring that the DRR is satisfied. This means that air agencies will need to be involved in the production, quality assurance, data validation, and reporting of monitoring data, regardless of who physically operates the monitoring sites. Finally, with specific regard to quality assurance, the EPA recommends that air agencies seriously consider placing any third party monitoring under the agency's specific Primary Quality Assurance Organization (PQAO) under which they report SLAMS data. Any monitor used to satisfy the DRR is subject to all the QA requirements applicable to any other SLAMS monitor, and the EPA believes that leveraging existing PQAOs (or consolidating multiple, existing smaller ones) may be more efficient in terms of cost and labor for all involved.

In regard to the number of monitoring sites that could be in a network design, the EPA recognizes that increasing the number of monitoring sites around a single facility can present resource and logistical burdens. The primary objective is to place monitoring sites at the location or locations of expected peak concentrations.  When multiple sites are under consideration, the network plan should consider the benefits including increased spatial representation, increased understanding of concentration gradients, increased understanding or verification of the frequency at which certain locations see $SO_2$ concentration maxima, and possibly increased population exposure coverage or representation. As stated previously, there is no particular minimum of $SO_2$ monitors that is universally applicable, and the appropriate number and location of any monitoring sites will be a case-by-case determination. Air agencies should document the process they undertake to identify where one or more monitoring sites will be planned, installed, or modified (i.e., leveraging industry monitoring) with the explicit purpose of providing a rationale behind their monitoring network design decisions. These monitoring sites are to be included in state Annual Monitoring Network Plans that are due July 1, 2016, and are

subject to EPA Regional Administrator approval. The EPA plans to coordinate across Regions to ensure a reasonable degree of uniformity in how the Agency determines if network designs are adequate.  A foundation of this coordination will be to reference this TAD, along with the modeling TAD, to accomplish this task.  Beyond these common denominators, air agencies should engage their respective EPA Region as early in the process as possible to minimize obstacles on the path to developing an appropriate network design that will gain Regional approval.

# 5.  References

Arya, S. Pal. (1999). *Air Pollution Meteorology and Dispersion.* New York: Oxford University Press

Birdwell, K.R: Wind Regimes in Complex Terrain of the Great Valley of Eastern Tennessee. http://www.ornl.gov/~das/met/MT/KRB_ORNL.pdf, 2011

Gross, G. and F.Wipperman: Channeling and Countercurrent in the Upper Rhine Valley: Numerical Simulations. *Journal of Climate and Applied Meteorology*, 26, Number 10, 1293-1304, 1987.

Kossman, M. and A.P.Sturman: Pressure-Driven Channeling Effects in Bent Valleys. *Journal of Applied Meteorology*, Notes and Correspondence, 42, 151-158, 2003.

Laird, Neil F., D.A.R. Kristovich, X. Liang, R.W. Arritt, and K. Labas: Lake Michigan Lake Breezes: Climatology, Local Forcing, and Synoptic Environment. *Journal of Applied Meteorology*, 40, 409-424, 2001.

Monti, P., H.J.S. Fernando, M. Princevac, W.C. Chan, T.A. Kowalewski, E.R. Pardyjak: Observations of Flow and Turbulence in the Nocturnal Boundary Layer over a Slope. *Journal of Atmospheric Sciences*, 59, Number 17, 2513-2534, 2002.

Sills, D.M.L, J.R. Brooks, I. Levy, P.A. Makar, J. Zhang, and P.A. Taylor,: Lake Breezes in the southern Great Lakes region and their influence during BAQS-Met 2007. *Atmospheric Chemistry and Physics*, 11, 7955-7973, 2011.

Stewart, J.Q., C.D. Whiteman, W.J. Steenburgh, and X. Bian: A Climatological Study of Thermally Driven Wind Systems of the U.S. Intermountain West. *Bulletin of American Meteorological Society*, 690-708, May 2002.

Weber, R.O. and P.Kaufman: Relationship of Synoptic Winds and Complex Terrain Flows during the MISTRAL Field Experiment. *Journal of Applied Meteorology*, 37, 1486-1496, 1998.

Whiteman, C.D. and J.C. Doran: The Relationship between Overlying Synoptic-Scale Flows and Winds within a Valley. *Journal of Applied Meteorology,* 32, 1669-1682, 1993.

US EPA – SO$_2$ NAAQS Implementation Strategy Paper, "Next Steps for Area Designations and Implementation of the Sulfur Dioxide National Ambient Air Quality Standard," issued on February 6, 2013.
http://www.epa.gov/airquality/sulfurdioxide/pdfs/20130207SO2StrategyPaper.pdf



# Appendix A:  Example of Modeling to Inform Monitoring Placement Using Normalized Emissions

As discussed in Section 3.1 of this TAD, modeling with normalized emission rates can be used to inform the identification of potential source-oriented $SO_2$ monitoring sites. This appendix presents an example of using the American Meteorological Society/Environmental Protection Agency Regulatory Model (AERMOD) to identify potential monitoring sites for an area influenced by a single source. Modeling procedures from the $SO_2$ NAAQS Designations Modeling Technical Assistance Document were followed with the exception of the layout of the receptor network and the use of normalized emissions.

## A.1   Model setup

- The modeled source is a facility with three boilers located near a coastal region.
- 3 years of hourly boiler emissions were normalized using the maximum facility hourly rate.
- These hourly rates were modeled in AERMOD using concurrent meteorological data.
- The provided outputs do not provide an indication of NAAQS exceedances, just information on where maxima occur and the frequency of how often a receptor had the highest relative concentration per day.

A traditional Cartesian receptor grid was centered on the identified facility and extended to a distance of 20 km. The receptor spacing from the facility to 10 km was 250 meters and the spacing from 10 to 20 km was 500 meters. The full Cartesian receptor grid, typical of most modeling applications, can be seen in Figure 1. The $SO_2$ emission source is marked in the center of the receptor grid and the source of meteorological data used for the modeling exercise is denoted by the black triangle.

When modeling to inform monitor site placement, it would be unnecessary to have receptors located in areas or locations prohibitive to establishing fixed monitoring sites, such as open water, etc. It would also be unnecessary to have receptors within the fenced property of an $SO_2$ source or facility, as those locations are not likely to be representative of ambient air accessible to the public. These concepts are reflected in Figure 2, where receptors in locations prohibitive to ambient monitoring have been removed prior to running the model. Alternatively, an air agency could keep all receptors in a model run, and simply ignore receptors in prohibitive monitoring locations during the post-processing analysis.

A-1



**Figure 1. Traditional Cartesian receptor grid. This figure shows a traditional Cartesian receptor grid centered on an SO₂ facility in a coastal area.  Grid spacing is 250 meters from the center to 10 kilometers out, and 500 meters from 10 to 20 kilometers out.**

A-2



**Figure 2. Receptor grid with receptors in locations prohibitive to ambient monitoring removed. This figure is a modification of Figure 1, illustrating the removal of receptors from locations which are not suitable for permanent SO₂ monitoring sites. In this case, such prohibitive locations would be those over water and any within the identified SO₂ source facility boundary.**

A-3

## A.2    Model results

Modeling the normalized hourly $SO_2$ emissions allows for the calculation of normalized design values (NDVs). NDVs do not indicate exceedance or compliance with the NAAQS, but provide a means to understanding the relative magnitude of ambient $SO_2$ concentrations across an area. In this example, the NDVs are the 3-year average of each year's 4th daily highest 1-hour maximum concentration, which is an equivalent of the 99th percentile of daily 1-hour maximum concentrations. NDVs for this example are shown in Figure 3, along with the 3-year wind rose of the meteorological station used for modeling. In Figure 3:

- Darker colors represent relatively higher concentrations.
- The dominant winds in this area are from the southwest.
- The overall highest normalized design value is denoted by the red circle, which is just west of the source facility.



**Figure 3. Normalized design values.  This figure illustrates the NDV for each modeled receptor. The darker colors indicate relatively higher NDVs.  The receptor with the highest overall NDV is circled, and is just west of the $SO_2$ emission source.**

A-4

To better understand the relative difference between NDVs across modeled space, Figure 4 shows the ratio of the NDV of each individual receptor to that of the overall maximum NDV.



**Figure 4. Ratios of individual receptor normalized design values NDVs to the overall maximum NDV. The receptor with the overall maximum NDV is circled in red.**

As illustrated in Figures 3 and 4, the receptor with the highest overall NDV is just west of the SO$_2$ emissions source and is circled. That location, and those receptors denoted by the darkest colors, represent areas where further evaluation for potential monitoring sites might initially be focused. An additional analysis was performed to identify the receptors having the top 200, 100, 25, and 10 NDVs, which is presented in Figure 5.

A-5



**Figure 5. Locations of Top 200, 100, 25, and 10 normalized design values.**

The analysis shown in Figure 5 prioritizes the locations that would likely be first evaluated to potentially establish a monitor. In this evaluation, the primary objective is to find a sufficient number of feasible locations with predicted peak and/or relatively high $SO_2$ concentrations where a permanent monitoring site might be located. However, the site selection process also needs to account for the frequency in which a receptor sees daily maximum concentrations. In order to assess the frequency of occurrence of concentration maxima at a given receptor, an analysis was performed on the top 200 receptors in AERMOD where the MAXDAILY option was used to output the maximum 1-hour concentration for each receptor for each day. This output was used to determine the number of days for which each receptor was the overall highest 1-hour concentration for the day for the 3 modeled years and is presented in Figure 6.

The receptor with the overall highest NDV, circled in Figures 3, 4, and 5, is also the receptor with the most days where it had the highest 1-hour concentration for the day (153 days) and is circled in Figure 6. Therefore, that receptor has the highest NDV and most often has the highest 1-hour daily maximum concentration of all receptors. The receptors with the next highest

A-6

frequency of having the daily 1-hour maximum concentrations are just to the east of the $SO_2$ source and also to the north-northeast, across the river. Those receptors just to the east of the $SO_2$ source also happen to have relatively high NDV (see Figures 3, 4, and 5). However, the two receptors across the river which had a relatively high number of 1-hour daily maxima do not have NDVs within the top 100 of all NDVs. As such, while frequently having 1-hour daily maxima, the sites across the river likely do not have relatively high concentrations on those days when they have the 1-hour daily maximum concentration among all receptors.



**Figure 6. Cumulative number of days that an individual receptor had the 1-hour daily maximum concentration among all receptors. Darker colors indicate an increasing number of days that a receptor had the 1-hour daily maximum concentration.**

Finally, it is an option to create a relative prioritized list of receptor locations for consideration of permanent monitoring sites using NDVs and frequency of having the 1-hour daily maximum concentration amongst all receptors. This prioritization can be accomplished through a scoring strategy, conducted as follows:

1. Calculate the normalized design value at each receptor and rank from highest to lowest receptor. Rank of 1 means the highest design value

A-7

2. Using the MAXDAILY output option in AERMOD, determine each day's highest normalized concentration and receptor.  The MAXDAILY option in AERMOD outputs each receptor's highest concentration for each modeled day.

3. Using the output from step 2, determine the number of days each receptor is the highest concentration for the day among all receptors.

4. Rank the results from step 3 from highest to lowest number of days. Rank of 1 means the highest number of days having the daily maximum value.

5. For each receptor, add the concentration rank and the day rank.  The lowest possible score is 2, meaning the receptor was the highest overall normalized design value and also had the highest number of days where the receptor was the highest concentration for the day amongst all receptors.

Using this strategy will provide a list of receptor locations, ranked in general order of desirability with regard to potentially siting permanent source-oriented $SO_2$ monitors. Continuing with the case example in this Appendix, the following is an example output illustrating this scoring strategy:

| x_rec | y_rec | dv_rank | ndays | ndays_rank | score1 | score_rank |
|---|---|---|---|---|---|---|
| **369401** | **4119433** | **1** | **153** | **1** | **2** | **1** |
| 371401 | 4119433 | 2 | 17 | 10 | 12 | 2 |
| 369151 | 4119933 | 6 | 25 | 6 | 12 | 3 |
| 369901 | 4119183 | 7 | 19 | 7 | 14 | 4 |
| 371151 | 4119433 | 5 | 15 | 12 | 17 | 5 |
| 371151 | 4119933 | 15 | 41 | 5 | 20 | 6 |
| 371151 | 4119683 | 3 | 12 | 19 | 22 | 7 |
| 368901 | 4119433 | 11 | 16 | 11 | 22 | 8 |
| 369651 | 4118933 | 16 | 18 | 8 | 24 | 9 |
| 371401 | 4119933 | 12 | 15 | 13 | 25 | 10 |

Where the variables are defined as:

Dv_rank -  is the rank with regard to normalized DV (highest DV is rank 1).

Ndays - is the number of days that the receptor is the highest concentration for the day.

Ndays_rank - is the rank of the receptor with regards to ndays (sorted highest ndays to lowest)

Score1 - is the sum of dv_rank and ndays_rank

Score_rank - is the rank of the scores (lowest total score = rank 1)

Figure 7 illustrates the results of using this scoring strategy on the case example. In the figure, each receptor is color coded by calculated score (Score1), not the score ranking (score_rank).



**Figure 7. Receptors ranked by relative score reflecting NDV and frequency of having the 1-hour daily maxima amongst all receptors. Lower numerical scores indicate higher probability of experiencing peak 1-hour SO₂ concentrations in the modeled domain.**

## A.3    Model Conclusions

The primary target for our example network design would be to first find a location at or very near the receptor having both the highest NDV and frequency of 1-hour daily maxima, indicated by a low score in the scoring strategy provided and illustrated above, which is just west of the SO₂ source. Additional monitors could also be considered in the area on the east side of the facility and possibly across the river to the north. The area to the east of the facility has relatively high NDVs in a different cardinal direction (i.e., a different wind direction) from the SO₂ source compared to the first potential site. The receptor locations on the north side of the river, while not having as high NDVs as areas immediately around the source, do appear to see some plume impacts on relatively high frequency. This is not to say that one or both of these possible

A-9

additional areas to the east and north should or would end up being feasible or otherwise necessary monitoring locations, but typical logistical issues not withstanding (i.e., access, power, safety concerns, etc.), they should receive serious  consideration. The EPA encourages air agencies to evaluate potential sites in this way, using the available model predictions, potential for population exposure, and other logistical metrics in laying out a rationale of why a certain number sites should be implemented.

In general, the example analyses presented here provides a potential template for using modeling to inform monitoring site placement. Following this procedure will provide air agencies with information to begin evaluating specific areas to determine where $SO_2$ monitors might be placed to characterize air quality around an $SO_2$ source. Further, there is an expectation that due diligence will be carried out to get as close as possible to the location or locations anticipated to have the peak or otherwise highest NDVs available to them. The EPA expects air agencies to provide a rationale based on the available data on whether these monitoring sites are appropriate. As noted above in Section 3.1, the EPA recognizes that increasing the number of monitoring sites around a single facility can present resource and logistical burdens. However, the benefits of considering multiple monitor sites include increased spatial representation, increased population exposure coverage, and the potential to increasingly capture and characterize some portion of the emissions from the identified $SO_2$ source. Even in situations where the measured concentrations at any given monitor are not the peak values that would be driving the design values in the area, the characterization of $SO_2$ concentrations around the $SO_2$ source are enhanced, furthering the understanding of exposures and dispersion in that area. These data will allow for a more complete understanding of the likely $SO_2$ concentration gradients in an area, increased understanding of the frequency at which certain locations see $SO_2$ concentration maxima, and increased detail and confidence in any potential NAAQS designation activity.

A-10

**Tab 294: Comment Submitted by Richard A. Hyde, Executive Director, Texas Commission on Environmental Quality (Mar. 31, 2016)**

Bryan W. Shaw, Ph.D., P.E., *Chairman*
Toby Baker, *Commissioner*
Jon Niermann, *Commissioner*
Richard A. Hyde, P.E., *Executive Director*



# TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Protecting Texas by Reducing and Preventing Pollution*

March 31, 2016

Environmental Protection Agency
Air Docket
Mail Code: 2822T
1301 Constitution Ave., NW
Washington, DC 20460

Re: Docket ID No. EPA-HQ-OAR-2014-0464

Dear Sir or Madam:

The Texas Commission on Environmental Quality (TCEQ) appreciates the opportunity to provide comment on the United States Environmental Protection Agency's (EPA) February 16, 2016, 120-day letter announcing intended designations for specified areas under the 2010 sulfur dioxide (SO$_2$) National Ambient Air Quality Standard (NAAQS).

The TCEQ understands that the EPA's notice of comment availability published in the March 1, 2016 *Federal Register* is intended to allow the public to comment on the EPA's proposed designations for the 2010 SO$_2$ NAAQS, while state responses to the EPA regarding its proposed modifications are due April 19, 2016. The TCEQ submits these initial comments for the EPA's consideration and requests that the EPA include in the regulatory docket the TCEQ's detailed response to the 120-day letter, which will be submitted to the EPA by the April 19, 2016 deadline.

The TCEQ agrees with the EPA's intended designations for five of the 15 counties listed. The unclassifiable/attainment designations for Atascosa, Goliad, Lamb, Limestone, and Robertson Counties are consistent with the recommendations submitted on September 18, 2015 by Governor Abbott. The EPA's modifications for the remaining Texas areas scheduled for July 2016 designation are not appropriate, and we respectfully request that the EPA change its proposed designations for McLennan, Milam, Potter, and Fort Bend Counties, and portions of Freestone, Anderson, Rusk, Gregg, Panola, and Titus Counties.

The attainment designations recommended in the recommendation submitted by Governor Abbott for McLennan and Gregg Counties were based on quality-assured 2012 through 2014 ambient air monitoring data. The EPA's proposed designations of unclassifiable for McLennan County and nonattainment for a portion of Gregg County disregard the monitoring data in those counties. The nonattainment area EPA proposed for Gregg County includes the TCEQ's Longview SO$_2$ monitor (EPA Air Quality Systems site number 48-183-0001), which has continuously monitored attainment of the 2010 SO$_2$ NAAQS since the NAAQS was promulgated. The EPA should revise its proposed designation for Gregg County to attainment to comply with

EPA Air Docket ID No. EPA-HQ-OAR-2014-0464
Page 2
March 31, 2016

federal regulations, specifically 40 Code of Federal Regulations (CFR) Section 50.17(b)[1], and to reflect the observed air quality data from the regulatory monitor located in that portion of the county. Further, McLennan County should not be designated at this time because Sandy Creek Power Station's 2012 actual emissions are below the emissions threshold established in the EPA's consent decree.

The nonattainment designations that the EPA proposes for portions of Freestone, Anderson, Rusk, Gregg, Panola, and Titus Counties appear to have been based solely on third-party, non-peer reviewed, modeling that has errors and clearly overestimates actual $SO_2$ concentrations as evidenced by the actual monitoring data in the proposed Gregg County nonattainment area. The TCEQ also disagrees with the proposed nonattainment designations for portions of Anderson and Panola Counties. Anderson and Panola Counties' $SO_2$ emissions contributions to their respective proposed nonattainment areas are negligible, and therefore including portions of these counties is unnecessary to control additional $SO_2$ sources and should be designated as unclassifiable/attainment.

For Fort Bend, Milam, and Potter Counties, the recommended unclassifiable/attainment designations are more appropriate than the EPA's unclassifiable designation because no $SO_2$ monitoring data exists for Fort Bend and Milam Counties and the regulatory monitor in Potter County does not have three complete years of data but has been monitoring well below the standard.

Based on information provided above and the forthcoming detailed response to the 120-day letter, the TCEQ urges the EPA to reconsider making any modifications to Texas' recommended designations.

If there are any questions concerning the TCEQ's comments, please contact Mr. Steve Hagle, P.E., Deputy Director, Office of Air, at 512-239-1295 or steve.hagle@tceq.texas.gov.

Sincerely,

Richard A. Hyde, P.E., Executive Director
Texas Commission on Environmental Quality

cc:    Mr. Guy Donaldson, EPA R6

---

[1] 40 CFR 50.17(b): "The 1-hour primary standard is met at an ambient air quality monitoring site when the three-year average of the annual (99th percentile) of the daily maximum 1-hour average concentrations is less than or equal to 75 ppb, as determined in accordance with appendix T of this part."

**Tab 328: Comment Submitted by Kim Mireles, Luminant Generation Company LLC (Mar. 31, 2016) (with Attachments)**

# Comments of Luminant

on

## EPA Responses to Certain State Designation Recommendations for the 2010 Sulfur Dioxide National Ambient Air Quality <u>Standard: Notice of Availability and Public Comment Period</u>

### 81 Fed. Reg. 10,563 (Mar. 1, 2016)



**Submitted to the U.S. Environmental Protection Agency**

**March 31, 2016**

# TABLE OF CONTENTS

**Page**

Executive Summary ................................................................................................. 1

I.    Background .................................................................................................... 4

    A.    Luminant and the Affected Plants ........................................................ 5

    B.    SO$_2$ NAAQS and Section 107 Designations ....................................... 6

    C.    Implementation of the SO$_2$ NAAQS in Texas ..................................... 8

II.   EPA's Proposed Nonattainment Designations Are Unlawful ........................................ 16

    A.    EPA Is Lacking Information "Clearly Demonstrating" that Designations of Nonattainment Are Appropriate ........................................................ 16

        i.    Monitoring is preferred to modeling ..................................... 18

        ii.   Areas without complete data must be designated as unclassifiable, not nonattainment ........................................................ 20

        iii.  A nonattainment SIP would not accelerate attainment ........................... 23

    B.    EPA Cannot Rely on Sierra Club's Biased, Flawed, and Unreliable Modeling To Make a Nonattainment Designation ................................................ 24

        i.    Sierra Club's modeling for the area around Big Brown is flawed ........... 27

        ii.   Sierra Club's modeling for the area around Martin Lake is flawed ......... 28

        iii.  Sierra Club's modeling for the area around Monticello is flawed ........... 30

    C.    Modeling Does Not Clearly Demonstrate Nonattainment ................................... 33

        i.    Summary of modeling and corrections for modeling over-predictions ..... 33

            1.    Limitations of the AERMOD model ............................................. 33

            2.    Extent of modeling over-predictions – Gibson County, Indiana ... 36

            3.    Summary of historical modeling report for Luminant Plants ........ 39

                a.    Big Brown modeling adjusted to account for over-prediction concerns ........................................................ 40

                b.    Martin Lake modeling adjusted to account for over-prediction concerns ........................................................ 42

                c.    Monticello modeling results show attainment ................. 46

                d.    Required designations ................................................... 46

        ii.   Summary of Luminant's modeling reports for each plant (2017-2019) .... 47

            1.    Expected operations at Big Brown ............................................. 49

            2.    Expected operations at Martin Lake ........................................... 51

         3.      Expected operations at Monticello ...............................................52

III.    The Consent Decree Does Not Change the Standard for Designations ...........................54

    A.    The Consent Decree Must Be Read Consistently With the DRR .......................54

    B.    The Consent Decree Is Being Challenged on Appeal .........................................56

    C.    Luminant Should Not Be Affected by Consent Decree Limitations When EPA Has a National Rule in Place ....................................................................57

IV.    Conclusion .....................................................................................................................58

Attachments ...........................................................................................................................60

## Executive Summary

The United States Environmental Protection Agency ("EPA") has proposed to reject the State of Texas' recommendations for implementation of the 2010 1-hour sulfur dioxide ("$SO_2$") National Ambient Air Quality Standard ("NAAQS") and designate parts of Freestone, Rusk, Titus, Anderson, Gregg, and Panola Counties, Texas, as nonattainment. EPA's proposal is unlawful and should not be finalized for several reasons, as discussed in detail in these comments, including:

- EPA has consistently supported monitoring over modeling for NAAQS designation purposes. Its new approach here is inconsistent with the statute, regulations, and EPA's prior practice. EPA should utilize monitoring data, not modeling data, if it is going to overturn the State of Texas' recommended designations in favor of its own designations.

- EPA's proposal relies solely on over-predictive Sierra Club modeling of Luminant's facilities. Sierra Club's modeling is flawed in light of several known limitations of the air quality dispersion model Sierra Club used. Once corrected for those flaws, Sierra Club's modeling would show attainment with the standard and therefore should not be relied upon to overturn Texas's recommended designations.

- Luminant is submitting with these comments a modeling analysis for Freestone, Rusk, Titus, Anderson, and Panola Counties that supports an attainment or unclassifiable designation for each of these counties. In the face of conflicting analyses, EPA should either retain Texas's recommended designations or utilize

the unclassifiable designation, or the unclassifiable/attainment designation, until monitoring data can be obtained.

- The portion of Gregg County designated nonattainment contains a monitor that has collected actual data demonstrating attainment with the standard; thus a nonattainment designation for this area is wholly unsupported.

- EPA has not demonstrated that its proposed changes to Texas's designations are "necessary" as it is required to do under the Clean Air Act ("CAA"). Additional modeling, based on reasonable assumptions of future operating conditions, submitted with these comments demonstrates that the affected counties will not exceed the NAAQS in the future. Changes to Texas's proposed designations are not "necessary" when modeling of future operating conditions during the period of evaluation show attainment. Thus, EPA has no authority under the CAA to, and should not, finalize these designations.

- In the face of inconsistent modeling results, the record before EPA does not "clearly demonstrate" nonattainment of the $SO_2$ standard as is required under the CAA. Thus, EPA has no authority under the CAA to, and should not, finalize these designations.

EPA proposes to rely solely on flawed modeling prepared by Sierra Club for its nonattainment designations. Doing so would deny Luminant and the State of Texas the opportunity to gather actual monitoring data to use for determining attainment status and is inconsistent with the CAA, EPA's regulations, and EPA's prior practice. Correcting the problems with that modeling demonstrates that modeling is inexact and cannot be used to demonstrably determine the attainment or nonattainment status of any area with the $SO_2$

2

standard, and specifically undermines any reliance on Sierra Club's overstated modeling. The flaws in Sierra Club's modeling arise from both the over-predictive aspects of its dispersion model and from errors in assessing source characteristics.

In a similar situation, EPA rejected modeling prepared by Sierra Club for the Gibson Station in Indiana. In that case, actual air quality monitors confirmed that Sierra Club's modeling resulted in an over-prediction of impacts by as much as 100%. Luminant has applied a similar analysis to the Sierra Club modeling submitted for its Big Brown, Martin Lake, and Monticello facilities and confirmed that Sierra Club has likely over-predicted the concentrations of $SO_2$ in the area around those facilities and that the modeling does not "clearly demonstrate" nonattainment. Instead, the modeling adjustments for the areas around all of Luminant's plants at issue more properly support a finding of attainment or unclassifiable/attainment.

Importantly, if EPA will not reinstate Texas' recommendation of attainment for each of these counties, then, in light of the lack of monitored data and conflicting modeling assessments, EPA must designate the areas around these facilities as "unclassifiable." The CAA provides this classification option, and EPA has confirmed that it should apply this designation wherever available information does not clearly demonstrate that a nonattainment or attainment designation is warranted. While EPA has entered into a Consent Decree to set a timetable for making designations, the court in that case was clear that the Consent Decree did not alter the standard for designations themselves. Accordingly, although the Consent Decree (assuming it is even upheld on appeal) requires EPA to complete designations of certain areas before monitoring data can be collected, it does not and could not compel or authorize EPA to rely on questionable modeling. As a result, where EPA lacks monitoring data, and modeling data is uncertain, EPA

3

must use the unclassifiable designation – even for areas subject to the designation timeline of the Consent Decree.

Finally, Luminant is providing additional analyses that demonstrate the futility of nonattainment designations for these areas and confirm that EPA cannot show that replacing Texas' recommendations with nonattainment designations is "necessary." These analyses account for projected changes in Luminant's fuel blends and scrubbing capabilities to comply with requirements imposed by EPA rulemakings, and they indicate that well-sited monitors in the affected counties would likely show attainment of the standard without any action from Luminant or the State of Texas within the statutory period for attaining the standard.

For these reasons, and many additional reasons discussed herein, EPA should designate Freestone, Rusk, Titus, Anderson, Gregg, and Panola Counties as unclassifiable or unclassifiable/attainment.

## I.    Background

Luminant[1] submits these comments in response to EPA's notice of its intent to reject certain recommended designations for the 2010 $SO_2$ NAAQS for areas in Texas. On March 1, 2016, EPA issued a Federal Register notice announcing its responses to state designation recommendations.[2] EPA invites interested parties to comment on whether any of EPA's modifications to a state's recommended designation may be inappropriate.[3] In particular, EPA requests comments on why a specific area that EPA is proposing to identify as a nonattainment

---

[1] As used herein, "Luminant" refers collectively to Luminant Generation Company LLC, Oak Grove Management Company LLC, Sandow Power Company LLC, Big Brown Power Company LLC, DeCordova Power Company LLC, Tradinghouse Power Company LLC, and Valley NG Power Company LLC.

[2] 81 Fed. Reg. 10,563 (Mar. 1, 2016).

[3] *Id.*

area should not be categorized as nonattainment.[4]   According to EPA, the purpose of the public comment period is to gather additional information for EPA to consider before making final designations for these areas.[5]   The following comments and supporting documentation explain why EPA's proposal to modify the recommendations of the State of Texas and designate parts of Freestone, Rusk, Titus, Anderson, Gregg, and Panola Counties as nonattainment are unlawful and inappropriate.   In addition, these comments and supporting documentation demonstrate that Gregg and Titus Counties are attaining the NAAQS and, therefore, should be designated as attainment or unclassifiable/attainment instead of nonattainment.   Freestone, Anderson, Rusk, and Panola Counties should be designated unclassifiable to allow for monitoring to inform accurate and supportable $SO_2$ designations.

## A.    Luminant and the Affected Plants

Luminant is the largest power generation company in Texas.   We generate electricity at twelve solid fuel-fired generating units, in addition to operating natural gas and nuclear units. Luminant has more than 13,700 megawatts ("MW") of generation made up of 58% coal, 17% nuclear, and 25% natural gas, based on 2015 data.   Not included in these figures is Luminant's recently announced planned acquisition of nearly 3,000 MW of additional gas-fired generation capacity.[6]   In 2014, on an energy basis, Luminant provided 68.3 million MWh of electricity generation,[7] or 20% of the electricity dispatched to Texas consumers and businesses by the Electric Reliability Council of Texas ("ERCOT"), the independent system operator for the

---

[4] *Id*. at 10,563-64.

[5] *Id*. at 10,564.

[6] Luminant Press Release, *Luminant Announces the Acquisition of the La Frontera Portfolio from NextEra Energy Resources* (Nov. 27, 2015), *available at* http://www.efh-hub.com/uploads/links/La%20Frontera%20Acquisition%20News%20Release%2011%2027%2015%20FINAL%20FINAL.pdf.

[7] 2014 EFH 10-K, at 63 (sum of nuclear, coal and natural gas production).

majority of the state. In addition to mining and power generation operations, Luminant operates a wholesale marketing and trading organization and engages in construction and development of new power plants. In total, Luminant employs more than 3,400 employees, all in the State of Texas.

EPA's proposed action affects four of Luminant's power plant complexes: Big Brown Steam Electric Station in Freestone County ("Big Brown"); Martin Lake Steam Electric Station in Rusk County ("Martin Lake"); Monticello Steam Electric Station in Titus County ("Monticello"), and Sandow Steam Electric Station (Unit 4) in Milam County ("Sandow").

### B.    SO$_2$ NAAQS and Section 107 Designations

The CAA requires EPA to set NAAQS for pollutants considered harmful to public health and the environment.[8] The NAAQS establish the amount of pollutants that can exist in the ambient air, while assuring protection of the health of sensitive populations such as children and the elderly. EPA has established NAAQS for six pollutants, including SO$_2$. EPA is required to review the NAAQS at five year intervals and make revisions where necessary.[9] On June 22, 2010, EPA established a new 1-hour SO$_2$ NAAQS.[10] The final rule revised the primary SO$_2$ NAAQS to establish a new 1-hour average standard of 75 parts per billion (ppb), or 196 μg/m$^3$.

To ensure that all areas of the country are meeting the NAAQS, section 110 of the CAA establishes a cooperative federalism system, whereby each state has the "primary responsibility" for making sure the air quality in its jurisdiction meets the NAAQS limits.[11] For example, the State of Texas, through the Texas Commission on Environmental Quality ("TCEQ"), is primarily responsible for assuring air quality throughout Texas. Each state implements the NAAQS

---

[8] *See* 42 U.S.C. § 7409.

[9] *Id.* § 7409(d).

[10] 75 Fed. Reg. 35,520 (June 22, 2010).

[11] 42 U.S.C. § 7410.

through a State Implementation Plan ("SIP") that specifies how the NAAQS will be achieved and maintained in that state.[12]

Within one year after a NAAQS is established or revised, each state must submit a list of recommended designations for all areas within its jurisdictions. The CAA recognizes three types of NAAQS designations:

1) "attainment" for any area that "meets" the new or updated NAAQS;

2) "nonattainment" for any area that "fails to meet" the new or updated NAAQS, or that contributes to a violation in a nearby area; and

3) "unclassifiable" for any area that "cannot be classified on the basis of available information as meeting or not meeting the [NAAQS]."[13]

Under section 107(d) of the CAA, EPA is required to designate areas as nonattainment, attainment, or unclassifiable no later than three years after promulgation of a new or revised NAAQS.[14] Depending upon whether or not an area meets the standard, states must then adopt rules into their SIPs sufficient to keep "clean" areas "clean" and bring areas not meeting the NAAQS standard into compliance.[15]

Although EPA must make final designations, states are integrally involved in the process. Pursuant to section 107, states make recommendations to EPA as to which geographic areas meet or fail to meet the NAAQS standard or cannot be classified based on available information.[16] EPA evaluates the states' recommendations and supporting data and, if EPA disagrees with the state, EPA then issues a written explanation that describes why rejecting the

---

[12] *Id.* §§ 7407, 7410.

[13] *Id.* § 7407(d)(1)(A).

[14] The statute has a two-year deadline with the possibility of an extension for one more year if the EPA Administrator "has insufficient information to promulgate the designations." *Id.*

[15] *See id.* § 7410.

[16] *Id.* § 7407(d)(1)(A).

state's recommendation is "necessary."[17]  These written letters must be provided to the state at least 120 days before the date EPA promulgates the designation.  If a state disagrees with EPA's intended modification to its recommended designation, it is given the opportunity during this 120-day period to explain to EPA why the proposed modification is not "necessary."[18]

### C.    Implementation of the SO₂ NAAQS in Texas

As noted above, EPA issued its final rule updating the $SO_2$ NAAQS on June 22, 2010.[19] In response, on June 2, 2011, Texas submitted its designation recommendations to EPA as to which geographic areas meet or fail to meet the 1-hour $SO_2$ NAAQS or could not be classified based on available information.[20]   In its submission, TCEQ recommends a designation of nonattainment for counties with monitored $SO_2$ regulatory design values exceeding 75.4 ppb,[21] attainment for counties with monitored $SO_2$ regulatory design values of 75.4 ppb or less,[22] and unclassifiable for all other counties in Texas.  TCEQ's recommendation of unclassifiable for the majority of Texas was consistent with EPA's expectations.  For example, in its March 2011 guidance document, EPA explained that, "[g]iven the currently limited network of $SO_2$ monitors, and our expectation that states will not yet have completed appropriate modeling of all significant $SO_2$ sources, we anticipate that most areas of the country will be designated

---

[17] 42 U.S.C. § 7407(d)(1)(B) (stating that the Administrator "may make such modifications as the Administrator deems necessary to the designations of all areas (or portions thereof) . . .").

[18] *Id.*

[19] 75 Fed. Reg. at 35,520; 40 C.F.R. § 50.17(a)-(b).

[20] Letter from Rick Perry, Governor, Texas to Alfredo Armendariz, U.S. EPA Reg'l Adm'r, Region 6 (June 2, 2011).

[21] This included Jefferson County only.

[22] This included Dallas, Ellis, El Paso, Galveston, Gregg, Harris, Kaufman, McLennan and Nueces Counties.

'unclassifiable.'"[23]    Nevertheless, despite the limited monitor network, Texas has sought to revise its designation recommendations as reliable monitoring data has become available.[24]

The CAA imposes a two-year deadline on EPA to complete designations after a new or revised NAAQS is promulgated.[25]  EPA may extend the deadline by up to one year if the agency "has insufficient information to promulgate the designations."[26]  On August 3, 2012, EPA extended the promulgation deadline for the 2010 1-hour $SO_2$ NAAQS.[27]  EPA explained that another year was needed to resolve "outstanding issues and uncertainty regarding the most appropriate implementation approach."[28]  With its extension, EPA's new deadline for completing designations was June 3, 2013.

EPA responded to Texas' designation recommendations on February 7, 2013, stating that it intended to designate as nonattainment areas in the state where existing monitoring data from 2009-2011 indicated violations of the 1-hour $SO_2$ standard.[29]  EPA stated that its review of the most recent monitoring data from Texas showed no violations of the 2010 $SO_2$ standard in any areas.[30]  Consequently, EPA said it was "not yet prepared to propose designation action in Texas" and was therefore "deferring action to designate areas in Texas."[31]  EPA said it intended

---

[23] Memorandum from Stephen D. Page, Dir., EPA Office of Air Quality Planning and Standards to EPA Reg'l Air Division Dirs., Regions I-X, *Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards*, at 2 (Mar. 24, 2011) (hereinafter, "March 2011 Guidance").

[24] On April 20, 2012, Texas revised its nonattainment recommendation for Jefferson County because recent monitoring data showed that Jefferson County was in attainment with the standard. *See* Letter from Rick Perry, Governor, Texas to Al Armendariz, U.S. EPA Reg'l Adm'r, Region 6 (Apr. 20, 2012).

[25] 42 U.S.C. § 7407(d)(1)(B)(i).

[26] *Id.*

[27] 77 Fed. Reg. 46,295 (Aug. 3, 2012).

[28] *Id.* at 46,297.

[29] Letter from Ron Curry, U.S. EPA Reg'l Adm'r, Region 6 to Rick Perry, Governor, Texas (Feb. 7, 2013).

[30] *Id.*

[31] *Id.*

9

to "proceed with designation action in Texas once additional data [was] gathered pursuant to [EPA's] comprehensive implementation strategy."[32]

On February 13, 2013, EPA issued the comprehensive implementation strategy ("Strategy Paper") mentioned in its February 7, 2013 response to Texas.[33]   In the Strategy Paper, EPA explained that the next step for implementation would be to propose a rulemaking to characterize air quality in priority areas pursuant to a timeline identified in the rule.[34]

On August 26, 2013, more than three years after EPA updated the  $SO_2$  NAAQS, Sierra Club and the Natural Resource Defense Council ("NRDC") sued EPA in the U.S. District Court for the Northern District of California for its failure to meet the three-year statutory deadline for finalizing designations.[35]   On May 13, 2014, EPA proposed the rulemaking contemplated in its Strategy Paper, the Data Requirements Rule ("DRR").[36]   The proposed DRR set forth a process for characterizing current air quality in areas with large sources of $SO_2$ emissions either through monitoring or modeling techniques, as well as a timetable for air agencies to submit such data to EPA to inform the agency's designation decisions for these areas.[37]   EPA explained that the proposed timeline was responsive to concerns that states have flexibility and sufficient time to pursue either the monitoring or modeling pathway for identified sources and also allowed states to account for $SO_2$ reductions that would occur over the next several years as a result of trends in

---

[32] *Id.*

[33] EPA, *Next Steps for Area Designations and Implementation of the Sulfur Dioxide National Ambient Air Quality Standard* (Feb. 6, 2013) *available at* http://www.epa.gov/airquality/sulfurdioxide/pdfs/20130207SO2StrategyPaper.pdf (hereinafter, "Strategy Paper").

[34] *Id.* EPA noted that prior to proposal of the rulemaking, EPA would issue guidance on appropriate monitoring and modeling techniques. *Id.* at 2-3.

[35] *Sierra Club et. al. v. McCarthy*, 2015 WL 889142, Case No. 3-13-cv-3953 (N.D. Cal. 2015).

[36] 79 Fed. Reg. 27,446 (May 13, 2014).

[37] *Id.* at 27,456.  Specifically, EPA noted that although "[t]he area designations process typically relies on air quality concentrations characterized by ambient monitoring data collected by the air agency," EPA will rely on both monitoring and modeling to inform its future designations in a timely manner.  *Id.* at 27,448, 27,456.

10

the industry and implementation of national and state level programs.[38]  In addition to including modeling and monitoring information submittal deadlines, EPA also included in the proposed DRR "anticipated implementation milestones that are important in the $SO_2$ designations and implementation process," including intended designation deadlines.[39]

Luminant commented on the proposed DRR, generally supporting the flexibility the rule provides states to select monitoring <u>or</u> modeling to characterize air quality.[40]  Luminant raised concerns regarding the use of modeling for NAAQS designations, including AERMOD's tendency to over-predict $SO_2$ concentrations, and asserted that it was not appropriate to designate an area as nonattainment without actual measured data obtained from monitors.[41]  Further, Luminant urged EPA to designate areas that have not been designated due to lack of information as unclassifiable.[42]

On August 21, 2015, EPA finalized the DRR, adopting the dual-pathway approach of allowing monitoring or modeling to characterize ambient air quality.[43]  EPA noted that because the current $SO_2$ monitoring network was limited, it was also allowing for modeling to characterize air quality in the vicinity of large sources of $SO_2$ emissions.[44]  EPA also set forth a

---

[38] *Id.* at 27,456.

[39] *Id.*  For either the modeling or monitoring pathway, a protocol would be established for determining the analysis approach.  The results of a modeling approach would be available in early 2017, such that a designation would be issued by EPA by the end of 2017.  A monitoring approach would extend from 2017-2019, and a designation would be issued by EPA by the end of 2020.  *Id.* at 27,457.

[40] Comments of Luminant, Data Requirements Rule for the 1-Hour Sulfur Dioxide ($SO_2$) Primary National Ambient Air Quality Standard (NAAQS), 79 Fed. Reg. 27,446 (May 13, 2014), submitted to EPA on July 14, 2015.

[41] *Id.* at 6.

[42] *Id.* at 3.

[43] 80 Fed. Reg. 51,052, 51,064 (Aug. 21, 2015); 40 C.F.R. §§ 51.1200 – 51.1205.

[44] 80 Fed. Reg. at 51,053.

App. 532

program implementation timeline, but unlike the timeline in the proposed DRR, the timeline in the final DRR did not include intended designation deadlines.[45]

EPA explained that it had attempted to avoid setting a timeline for designations in the final DRR because on March 2, 2015, just months before the DRR was finalized, the U.S. District Court for the Northern District of California approved a consent order proposed by Sierra Club and the NRDC that requires EPA to meet mandatory deadlines for issuing $SO_2$ NAAQS designations ("Consent Decree").[46]   The first round of the timeline in the Consent Decree requires EPA to designate areas around large sources of $SO_2$ emissions by July 2, 2016.[47] Because of the short time frame for EPA to issue the first round of designations under the Consent Decree, sources affected by round one would not have time to gather three years of monitoring data, as contemplated under EPA's Strategy Paper and the proposed DRR. Recognizing this, several commenters, including Luminant, urged EPA to designate areas as "unclassifiable" where actual data (i.e., monitoring data) is not available to inform a decision, as required by the CAA.[48]   Importantly, the district court made clear in its order granting the Consent Decree that "the appropriate remedy in a 'deadline' case such as this is to require EPA

---

[45] See 79 Fed. Reg. at 27,456-57.

[46] See Sierra Club v. McCarthy, 2015 WL 889142, (N.D. Cal. 2015).  In the docket, Case No. 3-13-cv-3953, the Consent Decree is Doc. No. 163 (Mar. 2, 2015) (hereinafter, "Consent Decree").

[47] Consent Decree at ¶ 1.  Specifically, the Consent Decree requires EPA to issue final designations by July 2, 2016, for areas that "contain any stationary source that has not been announced for retirement and that emitted more than 16,000 tons in 2012 or more than 2600 tons with an annual average emission rate of at least 0.45 lbs/Mmbtu in 2012." Id.  The two other deadlines set forth in the Consent Decree correspond with EPA's anticipated schedule for future rounds of $SO_2$ designations in the DRR (i.e., Dec. 2017 as the date by which EPA must issue final designations for all areas except those with monitoring networks that commenced operation on January 1, 2017, and December 2020 as the date by which EPA must issue final designations for the remainder of the country). Id. at ¶s 2, 3; see also 80 Fed. Reg. at 51,064.

[48] Comments of Luminant, Proposed Consent Decree, Clean Air Act Citizen Suit, 79 Fed. Reg. 31325 (June 2, 2014), submitted to EPA on July 2, 2014, at 4.

to issue designations pursuant to a schedule, not to mandate that EPA issue any particular designation."[49]

On March 20, 2015, EPA issued its updated guidance for SO$_2$ designations ("Updated Guidance").[50]    In the Updated Guidance, EPA says it will consider the state's previous designation recommendation, any updated recommendations, and "any additional relevant information" that EPA receives in assessing the appropriate designation for an area.[51]    EPA states that it is required to operate pursuant to the Consent Decree and asserts that the Consent Decree's expedited deadline for the larger sources of SO$_2$ does not provide sufficient time for monitoring.    Importantly, however, EPA states that "[i]n the absence of information **clearly demonstrating** a designation of 'attainment' or 'nonattainment,' the EPA intends to designate the area as 'unclassifiable' when it takes action pursuant to the court order."[52]    EPA explains that the second two designation deadlines set forth in the Consent Decree (i.e., rounds two and three of the Consent Decree designations), which correspond with the designation deadlines set forth in the proposed DRR and are supported by the data collection timelines in the final DRR, will be informed by information provided by states pursuant to the DRR, including monitoring data.[53]

On March 20, 2015, EPA also sent TCEQ a letter updating TCEQ of the status of EPA's progress in implementing the NAAQS.[54]    EPA listed twelve electric generating units in Texas as meeting the criteria for round one of designations under the Consent Decree, including four

---

[49] *Sierra Club,* 2015 WL 889142 at 11.

[50] Memorandum from Stephen D. Page, Dir., EPA Office of Air Quality Planning and Standards, to Reg'l Air Division Directors, Regions 1 – 10, *Updated Guidance for Area Designations for the 2010 Primary Sulfur Dioxide National Ambient Air Quality Standards* (Mar. 20, 2015) (hereinafter, "EPA's Updated Guidance").

[51] *Id.* at 1.

[52] *Id.* at 5. EPA made the same statement in its March 2011 Guidance. *See* March 2011 Guidance at 4.

[53] EPA's Updated Guidance at 2.

[54] Letter from Janet G. McCabe, Acting Assistant Adm'r, EPA Office of Air and Radiation to Bryan W. Shaw, Chairman, TCEQ (Mar. 20, 2015).

13

power plants operated by Luminant: Big Brown, Martin Lake, Monticello, and Sandow.  EPA said it intended to designate areas as nonattainment, unclassifiable/attainment,[55] or unclassifiable using the most recent available information.

On September 18, 2015, TCEQ responded to EPA's letter, stating that the latest monitoring data supports Texas' previous recommendation of attainment for counties with certified monitoring data showing no violations (adding Navarro County to the list), and unclassifiable/attainment designations for the remainder of the state (243 counties).[56]  TCEQ emphasized that Texas continues to support the use of ambient monitoring data as the appropriate information for use in making designation decisions and, accordingly, recommended that counties in Texas be designated either attainment based on monitoring data or unclassifiable/attainment where there are no monitors.  TCEQ stressed that monitoring data is necessary for accurate characterization of actual air quality for attainment and nonattainment designations.

On February 11, 2016, EPA notified Texas of EPA's preliminary intentions regarding the recommended designations.[57]  For areas around Luminant's power plants, EPA modified all of TCEQ's recommendations and proposed the following designations:

---

[55] EPA states in its Updated Guidance that "[w]hile states have and may continue to submit designations recommendations identifying areas as 'attainment,' the EPA expects to continue its traditional approach, where appropriate, of using a designation category of 'unclassifiable/attainment' for areas that the EPA determines meet the NAAQS.  The EPA expects to reserve the category 'unclassifiable' for areas where the EPA cannot determine based on available information whether the area is meeting or not meeting the NAAQS or where the EPA cannot determine whether the area contributes to a violation in a nearby area."  EPA's Updated Guidance at 5, n.7.  EPA must apply the same caution to "nonattainment" designations as it is applying to "attainment" designations, particularly when relying on modeling data for designation purposes, and failing to do so is arbitrary.

[56] Letter from Bryan W. Shaw, Chairman, TCEQ to Janet G. McCabe, Assistant Adm'r, EPA Office of Air and Radiation (Sept. 18, 2015).

[57] Letter from Ron Curry, Reg'l Adm'r, Region 6 to Greg Abbott, Governor, Texas (Feb. 11, 2016).

14

| State | Area Name | Source Location | State Recommended Designation | State Recommended Counties | EPA 120 Day Designation | EPA Recommended Counties (Feb 2016) |
|-------|-----------|-----------------|-------------------------------|----------------------------|-------------------------|-------------------------------------|
| TX | Freestone-Anderson County, Texas | Big Brown Freestone County | Unclassifiable/ Attainment | Freestone | Nonattainment | Freestone (p)* Anderson (p) |
| TX | Milam County, Texas | Sandow Yorktown Milam County | Unclassifiable/ Attainment | Milam | Unclassifiable | Milam |
| TX | Rusk County, Texas | Luminant Power at Martin Lake Rusk County | Unclassifiable/ Attainment | Rusk | Nonattainment | Rusk (p) Gregg (p) Panola (p) |
| TX | Titus County, Texas | Monticello Titus County | Unclassifiable/ Attainment | Titus | Nonattainment | Titus (p) |

 (p) partial county

EPA requested additional information from TCEQ regarding these intended designations by April 19, 2016, and published a Federal Register notice announcing a 30-day comment period for the public to provide input on EPA's intended designations.[58]   As explained below, none of EPA's modifications reflect monitoring data.  Instead, they disregard available monitoring data demonstrating attainment and are all based on ambiguous modeling, which fails to account for over-prediction.

In light of the conflicting modeling information described below, the opportunity to collect monitoring data, and the imminent future decreases in emissions from these facilities, it is not "necessary" or appropriate for EPA to designate Freestone, Anderson, Rusk and Panola Counties as nonattainment.  These counties should be designated as unclassifiable, and the state should be allowed to install a monitoring network to provide data to determine the appropriate designation.   Further, because modeling data for attainment is sufficiently strong for Titus

---

[58] 81 Fed. Reg. at 10,563.

County, EPA should designate Titus County as attainment or unclassifiable/attainment.  Finally, because there is a monitor in Gregg County showing attainment, EPA should remove Gregg County from the designation boundary around Martin Lake and designate Gregg County as attainment.

## II.    EPA's Proposed Nonattainment Designations Are Unlawful

### A.    EPA Is Lacking Information "Clearly Demonstrating" that Designations of Nonattainment Are Appropriate

As EPA stated twice in its most recent guidance document, "[i]n the absence of information **clearly demonstrating** a designation of 'attainment' or 'nonattainment,' the EPA intends to designate the area as 'unclassifiable' when it takes action pursuant to the court order."[59]  This statement is consistent with EPA's assertions in promulgating the new $SO_2$ NAAQS.  EPA explained that where informational records "are insufficient to support initial designations of either 'attainment' or 'nonattainment'. . . EPA is **required** to issue a designation for the area as 'unclassifiable.'"[60]  Furthermore, in its Updated Guidance, EPA defines an area as "nonattainment" if it "**is violating**" the NAAQS, as required by the statutory definition.[61]  EPA has also explicitly expressed a preference for monitoring data to accurately characterize ambient air quality for $SO_2$ NAAQS designations.[62]  The lack of monitoring data for the areas around Luminant's facilities and the conflicting modeling results described below confirm that there is no information "clearly demonstrating" that any of these areas "is violating" the NAAQS.  Thus, where no monitoring data is available, an area should be deemed unclassifiable.  Further, EPA

---

[59] EPA's Updated Guidance at 5, Attach. 2 at 3 (emphasis added).

[60] 75 Fed. Reg. at 35,571.

[61] EPA's Updated Guidance at 4 (emphasis added).

[62] 75 Fed. Reg. at 35,571; Strategy Paper at 2 (EPA stated that "the starting point for future $SO_2$ designations should be, as with other NAAQS, a monitoring network to adequately characterize air quality in areas of concern.").

must recognize the limitations of modeling and deem an area unclassifiable where conflicting, unreliable, or ambiguous modeling data exists.

An unclassifiable designation is particularly warranted here, given that the CAA instructs EPA to defer to a state's designation recommendation unless a modification is "necessary." EPA recognizes that the CAA "gives EPA the power to modify a state's designation only to the extent 'necessary,' thereby establishing a deferential standard for EPA disposition of a state choice."[63] Further, the D.C. Circuit has recognized that "the CAA gives great deference to governors' recommendations for areas within their states, providing only that EPA '*may*' make any modifications it 'deems necessary.'"[64] The State of Texas' commitment to significantly expand its $SO_2$ monitoring network[65] and the imminent future reductions in $SO_2$ emissions from Luminant's facilities confirm that no modification of Texas' initial designation is "necessary," and certainly not a modification to nonattainment.

As EPA noted in issuing designations for the $PM_{2.5}$ NAAQS, "[t]he statute does not define the term 'necessary,' but the EPA interprets this section of the CAA to authorize the Administrator to modify designations that do not meet the statutory requirements or are otherwise inconsistent with the facts or analysis deemed appropriate by the EPA."[66] Here, any designation other than unclassifiable or unclassifiable/attainment for the areas around Luminant's facilities would be inconsistent with the facts. Moreover, such a designation would not help these areas attain the standard. Thus, EPA's intended modification to a nonattainment

---

[63] Designation of Areas for Air Quality Planning Purposes; Revision to Section 107 Attainment Status Designations for the State of New Jersey, 52 Fed. Reg. 49,408, 49,410 (Dec. 31, 1987).

[64] *Pennsylvania, Dep't of Envtl. Prot. v. EPA*, 429 F.3d 1125, 1129 (D.C. Cir. 2005).

[65] 84th Texas Legislature appropriated $3.7 million to deploy 31 new SO2 monitors.

[66] Air Quality Designations for the 2012 Primary Annual Fine Particle ($PM_{2.5}$) National Ambient Air Quality Standards (NAAQS), 80 Fed. Reg. 2,206, 2,208 (Jan. 15, 2015).

designation is neither accurate nor "necessary," and EPA should follow the State of Texas' recommendations or, at the most, finalize unclassifiable designations.

### i.    Monitoring is preferred to modeling

Luminant supports TCEQ's position that monitoring data is necessary to accurately characterize actual air quality for attainment and nonattainment designations. Until its abrupt turnabout in the Consent Decree, EPA has consistently supported monitoring over modeling for designation purposes. In promulgating the 2010 $SO_2$ NAAQS, EPA said compliance with the NAAQS should be determined "based on 3 years of complete, quality assured, certified monitoring data."[67] However, because of the burdens and costs associated with implementing EPA's proposed monitoring network, EPA said it was breaking from its traditional approach to designations and *allowing* for the use of modeling *in addition to monitoring* to determine designations.[68] EPA stated that modeling could be used where insufficient monitoring data was available and anticipated that many areas would initially be designated unclassifiable because of the lack of ambient monitoring data.[69] In other words, modeling was intended to provide an opportunity for states to avoid the cost and resources associated with siting, installing, and maintaining monitors where the state preferred to rely on modeling.

When EPA released its Strategy Paper in 2013, EPA confirmed that "the starting point for future $SO_2$ designations should be, as with other NAAQS, a monitoring network to adequately characterize air quality in areas of concern."[70] Monitors reflect actual air quality more accurately than any hypothetical model can. EPA again said it is *allowing* agencies to use

---

[67] 75 Fed. Reg. at 35,569.

[68] *Id.* at 35,570.

[69] *Id.* at 35,570-71.

[70] *See* Strategy Paper at 2.

18

modeling to characterize actual air quality around a source or source region "as a surrogate for ambient monitoring" "where monitoring is impracticable."[71]

EPA's position here is also an abrupt departure from past practice. EPA has consistently relied on monitoring data when making initial designations for other pollutants regulated under the NAAQS program. As EPA acknowledged in the final DRR: "[i]t is true that past area designations processes for most NAAQS (such as for ozone) . . . have relied primarily on air quality monitoring data to identify areas that violate the standard."[72] In 2013, for example, EPA instructed states to base designations for a revised NAAQS for $PM_{2.5}$ on monitoring.[73] Similarly, in 2012, EPA relied on monitored air quality in making initial designations for revised ozone NAAQS.[74] In 2010, EPA determined that it should rely on monitoring data in the area designation process for the 1-hour nitrogen dioxide ($NO_2$) NAAQS. In that case, because the monitoring network for $NO_2$ was not sufficient to determine whether areas attained the new 1-hour $NO_2$ NAAQS, EPA designated the entire country as "unclassifiable/attainment" until a sufficient monitoring network could be established.[75]

In sum, EPA has been clear that monitoring data is preferred for NAAQS designations, and EPA's offer for states to use modeling for the $SO_2$ NAAQS was simply intended to provide states with another option. EPA's new approach here to *require* modeling and rely solely on that data for designations is inconsistent with the statute and EPA's prior practice.

---

[71] *Id.* EPA explains in its Strategy Paper that it is merely allowing modeling in the $SO_2$ NAAQS context because of the limited monitoring network that existed at the time the new $SO_2$ NAAQS limit was set and the expense of establishing new monitoring sites. *Id.*

[72] 80 Fed. Reg. at 51,057.

[73] *See* Memorandum from Gina McCarthy, Assistant Adm'r, EPA Office of Air and Radiation, to Reg'l Adm'rs, EPA Regions 1-10 at 2 (Apr. 16, 2013) *available at* http://www.epa.gov/pmdesignations/2012standards//docs/april2013guidance.pdf.

[74] *See* 77 Fed. Reg. 30,088, 30,091 (May 21, 2012).

[75] *See* 77 Fed. Reg. 9,532, 9,537-88 (Feb. 17, 2012).

### ii.    Areas without complete data must be designated as unclassifiable, not nonattainment

The unclassifiable designation was added to the CAA to provide regulatory certainty for situations where, as here, an area does not clearly fall into the "attainment" or "nonattainment" category.  As EPA acknowledged in promulgating the 2010 $SO_2$ NAAQS:

> "[t]he absence of monitoring data showing violations for most areas, combined with the paucity of refined modeling of sources that have the potential to cause or contribute to violations of the NAAQS, will likely result in information records that are insufficient to support initial designations of either 'attainment' or 'nonattainment' . . . in such a situation EPA **is required** to issue a designation for the area as 'unclassifiable.'"[76]

The legislative history of section 107(d) makes clear that the purpose of an unclassifiable designation was to accommodate situations where a source does not clearly fall into the "attainment" or "nonattainment" category.   Specifically, the 1977 amendments to the CAA added the unclassifiable designation for areas that "cannot be classified" as attainment or nonattainment,[77] particularly for the purpose of avoiding questionable nonattainment designations in the case of uncertainty.   The Senate Report discussing the amendments went so far as to say that if an area could not be classified, it should be presumed to be in "attainment" of the relevant NAAQS.[78]

For this reason, courts have upheld unclassifiable designations when sufficient data is lacking to make an informed designation decision, even as recently as last year.   In *Mississippi Commission on Environmental Quality v. EPA*, a group of states, industrial entities, and environmental groups challenged EPA's 2013 designation of certain areas as "unclassifiable" for

---

[76] 75 Fed. Reg. at 35,571 (emphasis added).

[77] *See* S. Rep. No. 95-127 at 22 (1977); Pub. L. No. 95-95, 91 Stat. 685 (Aug. 7, 1977) .

[78] *See* S. Rep. No. 95-127 at 22 ("The States by and large know where air quality is cleaner than the [present standards]. In the absence of information to the contrary, a region would be assumed "clean" and placed automatically in the category which subjects the region to provisions preventing significant deterioration of air quality. This provides a prudent step in the absence of knowledge.").

ground-level ozone.[79]    Despite third-party data indicating exceedances of the NAAQS, EPA designated the area "unclassifiable" because there was uncertainty surrounding the limited data available at the time.[80]    The court agreed that EPA is not required to rely on data "reasonably consider[ed] to be unsound" to designate an area attainment or nonattainment; instead, a designation of "unclassifiable" would be appropriate.[81]    Thus, according to very recent case law, an unclassifiable designation is appropriate "if the area 'permit[s] no determination given existing data.'"[82]

In light of this functional role for the unclassifiable designation, EPA stated with respect to the new $SO_2$ NAAQS that all areas that are not designated "attainment" or "nonattainment" "including those with $SO_2$ monitors showing no violations but without modeling showing no violations, would be designated 'unclassifiable.' Areas with no $SO_2$ monitors at all, *i.e.,* 'rest of State,' would be designated as 'unclassifiable' as well."[83]    Furthermore, EPA stated that the SIP obligation to ensure that all areas of the country attain and maintain the NAAQS on a timely basis "does not depend upon EPA designating an area 'nonattainment' based on recently monitored or modeled $SO_2$ levels," and that states should be allowed time to "account for $SO_2$ reduction levels at individual sources that are anticipated to result from promulgated national and regional rules."[84]

Similarly, EPA's guidance documents for implementing the new $SO_2$ NAAQS clearly contemplate an initial designation of unclassifiable to provide states sufficient additional time to

---

[79] *Mississippi Comm'n on Envtl. Quality v. EPA*, 790 F.3d 138 (D.C. Cir. 2015) ("MCEQ").

[80] *Id.* at 156.

[81] *Id.* at 154.

[82] *Id.* at 145.

[83] 75 Fed. Reg. at 35,569.

[84] *Id.* at 35,571.

21

collect the data needed to make supportable designations.[85]   With the issuance of the DRR, EPA formalized a schedule for states to gather and submit to EPA sufficient information to inform designation decisions.   In the final DRR, EPA recognizes that monitoring requirements for implementing the NAAQS do not always generate new information in time to inform timely area designations under CAA section 107.[86]   EPA explains that the unclassifiable designation remains a valid option because monitoring data could be utilized, whether "EPA promulgates initial designations of 'unclassifiable' (and then uses the information collected pursuant to this data requirements rule in later re-designations), or whether the EPA promulgates the remaining designations after the information required here becomes available."[87]

Moreover, in its Technical Support Document for Texas, EPA states that a "[d]esignated nonattainment area" is "an area which the EPA **has determined has violated** the 2010 $SO_2$ NAAQS or contributed to a violation in a nearby area."[88]   Furthermore, in its updated guidance, EPA defines an area as "nonattainment" if it "**is violating**" the NAAQS.[89]   EPA can make no such determination here.   As an initial matter, and as discussed further below, the only monitoring data available shows attainment of the standard.   And, Luminant's modeling shows that any monitor sited near one of its locations will also be attaining the standard.   Further, the numerous errors identified within Sierra Club's modeling confirm that the modeling is unreliable and insufficient to inform designations of attainment or nonattainment.   Because of all the factors

---

[85] March 2011 Guidance at 2; Strategy Paper at 6.

[86] 80 Fed. Reg. at 51,056 (citing 75 Fed. Reg. 81,126, 81,130 (Dec. 27, 2010) (monitoring requirements for new lead NAAQS)).

[87] *Id.*

[88] *See* EPA, *Technical Support Document, Texas, Area Designations for the 2010 S02 Primary National Ambient Air Quality Standard*, at 5 (Feb. 11, 2016), https://www3.epa.gov/airquality/sulfurdioxide/designations/round2/06_TX_tsd.pdf (hereinafter, "Texas TSD").

[89] EPA's Updated Guidance at 4.

22

that influence modeling, modeling results in this case cannot "clearly demonstrate" that a nonattainment designation is warranted and should not be relied on for such purposes.

In sum, EPA's statements in implementing the $SO_2$ NAAQS, its $SO_2$ NAAQS guidance documents, the legislative history of the unclassifiable designation, and case law all confirm that an unclassifiable designation is required where data is insufficient to support a designation of attainment or nonattainment. An unclassifiable designation provides states with sufficient additional time to account for anticipated emissions reductions and collect the data needed to make an informed designation decision. Accordingly, EPA must designate the areas around Luminant's plants as unclassifiable and allow for monitors to be placed into service to acquire three years of data to accurately characterize actual air quality for attainment and nonattainment designations.

### iii.    A nonattainment SIP would not accelerate attainment

A designation of nonattainment as EPA proposes for these areas would not serve the purposes of section 110 or 107 in any event because it would not accelerate attainment of the NAAQS for these areas. Specifically, the purpose of a nonattainment SIP is for the state to design an approach to reduce the levels of the pollutant at issue and bring the areas into attainment.[90]    To do so, states are to submit a nonattainment SIP by a deadline to be established by EPA, but no later than three years from the date of the nonattainment designation.[91]    Then, the area at issue is to come into attainment "as expeditiously as practicable, but no later than 5 years from the date such area was designated nonattainment."[92]    Further, EPA can extend this five-year deadline to the extent it determines it appropriate, but for a period no longer than ten

---

[90] 42 U.S.C. § 7502(c).

[91] *Id.* § 7502(b).

[92] *Id.* § 7502(a)(2)(A).

years from the date of designation.[93]  Even then, additional opportunities for an extension on the time to come into attainment are available.[94]  Here, none of this is necessary.  As the modeling analysis below shows, Big Brown, Monticello and Martin Lake will already be in attainment during the 2017-2019 time period.

**B.**    **EPA Cannot Rely on Sierra Club's Biased, Flawed, and Unreliable Modeling To Make a Nonattainment Designation**

Despite EPA's clear preference for monitoring and repeated statements confirming the agency's commitment to use the unclassifiable designation when sufficient information is lacking, EPA has done an about-face and proposes, for the first time, to disregard the State of Texas' designations based solely on dispersion modeling from a third-party, Sierra Club, whose stated goal is to shut down all coal-fired power plants in the United States.[95]  As explained below, Sierra Club's modeling is biased, flawed, and unreliable.  EPA even pointed out numerous flaws with Sierra Club's modeling when discussing its intended nonattainment designations.  And just as EPA refused to rely on questionable data in the *MCEQ* case cited above, EPA should similarly refuse to rely on Sierra Club's modeling here.  Even if EPA does consider Sierra Club's modeling in its analysis, Sierra Club's modeling certainly does not "clearly demonstrate" that a designation of nonattainment is "necessary."

EPA pointed out multiple, recurring errors with Sierra Club's modeling in its Technical Support Documents ("TSD") for the intended designations.  Many of these errors are present in Sierra Club's modeling of Luminant's facilities.  Specific errors include: significant errors in stack height, stack configuration, bypass stack emissions, background values, AERMOD model

---

[93] *Id.*

[94] *Id.* § 7502(a)(2)(C).

[95] *See* Texas TSD at 160, 181, 200; *see* Sierra Club, *Beyond Coal Campaign*, http://content.sierraclub.org/coal.

versions, and process parameters, such as the failure to account for hourly varying temperatures and flows.  EPA rejected Sierra Club's modeling for other areas for one or more of these errors.[96] For instance, for the White Bluff Station in Arkansas, EPA's review of Sierra Club's modeling identified "multiple errors in stack parameters, as well as less refined modeling approaches as compared with the state's submittal (ex. variable stack velocity and temperature were not included) . . . [which] was not as representative of daily operations when compared with the state's analysis."[97] For the Joppa Power Station and Newton Power Station in Illinois, EPA identified the lack of varying stack parameters as well as overstated background as the reason why Sierra Club's modeling results were greater than the state's results and did not provide "compelling information" to inform EPA's designation decision.[98]  In addition to these two errors, EPA also pointed to Sierra Club's use of an old model of AERMOD as a reason why Sierra Club's modeling for the A.B. Brown Station and Clifty Creek Station in Indiana was less reliable than the state's modeling.[99]

One of Sierra Club's most significant repeated errors with its modeling of Luminant's plants is the lack of variable stack conditions and inaccurate representation of 100% load stack parameters.  The Texas ERCOT market is a competitive market with plant dispatch based on variable cost.  Falling natural gas prices and the continued build out of renewable wind energy

---

[96] *See* EPA, *Technical Support Documents: Arkansas* (White Bluff Station, Independence Station), *Colorado* (Martin Drake Plant), *Georgia* (Plant Scherer), *Illinois* (Joppa Power Station, Newton Power Station), *Indiana* (A.B. Brown Station, Clifty Creek Station, Rockport Station), *Kansas* (Nearman Creek Station), *Michigan* (Belle River Plant & St. Clair Plant, Monroe Power Plant), *Missouri* (Sibley Station), *Nebraska* (Gerald Gentleman Station, Sheldon Station), *Ohio* (Zimmer Station, Gavin Power Plant), *Texas* (Limestone, W.A. Parish). *See* EPA, State Designations – Round 2, https://www3.epa.gov/so2designations/stater2.html (last visited Mar. 29, 2016) (hereinafter, "[State] TSD").

[97] Arkansas TSD at 18.

[98] Illinois TSD at 32, 45.  Specifically, EPA concluded that Sierra Club used a higher, fixed background value taken from a distant monitor for the area around the Newton Power Station and that the state's use of a closer monitor reflecting seasonal and hour-of-day variations in background concentration "was more likely to characterize background concentrations at Newton accurately." *Id.* at 45.

[99] Indiana TSD at 16, 31.

has caused many of Luminant's coal units to run in variable operations. These variable operations must be accurately represented in both the emission rates and stack parameters of the units in order to minimize and not compound the model biases. As discussed below, the modeling parameters and assumptions disclosed in Sierra Club's modeling reports are inconsistent with those used in their actual modeling files and inconsistent with actual parameters for the equipment. The results of Sierra Club's modeling are therefore flawed, unrealistic, and are "reasonably consider[ed] to be unsound."[100] They should not be used for designating the areas nonattainment.

Notably, of the 66 locations receiving an EPA designation, Sierra Club submitted 27 AERMOD modeling evaluations alleging violations for specific locations, including the three modeling evaluations for Luminant plants discussed below. EPA accepted only ten of these evaluations – including the three Luminant locations model evaluations – and disregarded approximately 63% of the Sierra Club AERMOD evaluations because of the same errors present in Sierra Club's modeling of Luminant's plants. EPA should likewise disregard Sierra Club's modeling here.

Sierra Club's modeling is not entitled to deference in any event. In *Mississippi Commission on Environmental Quality v. EPA*, for example, the D.C. Circuit rejected the idea that privately collected data was as good as that gathered through the regulatory process.[101] And, this is not even data—it is a results-driven model prepared by an organization whose stated aim is to close the very units whose emissions it is modeling.

---

[100] *MCEQ*, 790 F.3d at 154.

[101] *Id.* at 155 ("Accepting [this] argument would require us to conclude that the EPA must apply *less stringent* post-collection validation requirements to data collected from private monitors in 'substantial compliance' with the agency's data-collection regulations than the agency applies to data collected from regulatory monitors in *actual* compliance with those regulations") (emphasis in original).

### i.  Sierra Club's modeling for the area around Big Brown is flawed

In its Texas TSD, EPA points out several errors with Sierra Club's modeling for the area around the Big Brown facility.  Nevertheless, EPA bases its intended nonattainment designation for the area solely on this flawed modeling data.  Sierra Club's errors, identified by EPA and Luminant, include the following:

1) **Incorrect stack locations used.**  EPA notes that the modeled locations of the main stacks at Big Brown are incorrect.  Sierra Club modeled the emissions from the Unit 1 boiler out the Unit 2 stack, and the emissions from Unit 2 boiler out the Unit 1 stack, which can affect locations of modeled impacts.[102]  This constitutes a major error that alone is grounds for invalidating the modeling results.  EPA claims that the impact of this error on model inputs and modeled concentrations "is not expected to be significant nor change the resulting design value from violating to not violating the NAAQS," but EPA does not adequately explain how it reached this conclusion.[103]  Sierra Club made a similar error for the stacks at the Limestone facility, which was included in its modeling analysis for Big Brown.

2) **Fixed stack temperatures and velocities were used.**  EPA points out that Sierra Club's stack temperatures and velocities were not variable and assumed 100% load.[104]  EPA claimed this should provide "conservative estimates."[105]

3) **Building downwash not included.**  EPA explains that Sierra Club did not have access to this information and claims that any decreases in maximum modeled values the agency has seen that accounts for downwash were "relatively small" but again does not explain its basis for this conclusion.[106]

4) **Elevated flagpole receptors.**  EPA notes that the modeling used a slightly elevated flagpole receptor height.  EPA responds that if this error was corrected, the agency would "expect" "only a slight change in the modeled numbers."[107]

5) **Elevated background value used.**  Sierra Club uses the 2011-2013 monitored design value for the El Paso monitor, which is located approximately 950 kilometers away from the facility on the far western edge of the state in the Mountain time zone.[108]  A more accurate representation of this area (i.e., rural background in East Texas) is a temporally varying approach based on the 99th percentile monitored concentrations by hour of day and season or month from the Waco monitor.

---

[102] Texas TSD at 191.

[103] *Id.*

[104] *Id.* at 190-91, 199.

[105] *Id.* at 199.

[106] *Id.* at 191.

[107] *Id.* at 189.

[108] Texas TSD at 194-95.

The Waco monitor is only 98 kilometers away and, as EPA stated in a TSD for another area, "time-varying background values likely provide the best estimation of background concentrations."[109]  EPA has also supported use of monitors closer to the source as providing more accurate background characterizations.[110]

6) **Inclusion of distant facility in analysis.**  Sierra Club included impacts from the NRG Limestone Power Station, located 48 kilometers away, in its analysis.[111]  EPA agrees with state modeling conclusions in its TSDs for other areas that "20 km was the appropriate distance in order to adequately characterize air quality from the facility and other nearby sources which may have a potential impact in the area of analysis where maximum concentrations of $SO_2$ are expected."[112]

7) **Receptor grid**.  Sierra Club's modeling includes receptors located on plant property, industrial property, and in water bodies, which is inconsistent with EPA's modeling TAD.  In addition, EPA noted that the modeling used a larger grid of receptors than EPA recommends.[113]

All of these errors combined, coupled with EPA's uncertainty about what the actual results would be if these errors were corrected, means that the available information does not "clearly demonstrate" that a nonattainment designation is appropriate or necessary.

## ii.    Sierra Club's modeling for the area around Martin Lake is flawed

Again, in its Texas TSD, EPA points out several errors with Sierra Club's modeling of the area around Martin Lake.  Nevertheless, EPA bases its intended nonattainment designation for the area solely on this flawed modeling data.  Sierra Club's errors, identified by Luminant and EPA, include the following:

1) **Older version of AERMOD used**.  EPA notes that Sierra Club used an older version of AERMOD, even though a newer version was available.  EPA says it "does not believe" that using the most recent version would result in "significantly different modeling impacts."[114]

---

[109] *Id.*; EPA, *Technical Support Document, Indiana, Area Designations for the 2010 $SO_2$ Primary National Ambient Air Quality Standard* at 46 (hereinafter, "Indiana TSD").

[110] Colorado TSD at 13 (EPA criticized Sierra Club's use of a background value taken from a monitor 100 km away from a source as one reason for its conclusion that "Sierra Club modeling should not be used as the basis for a nonattainment designation for Colorado Springs."); *see also* Illinois TSD at 32, 45; Indiana TSD at 16, 31; Nebraska TSD at 31, 51.

[111] Texas TSD at 184-85, 187.

[112] *See e.g.,* Iowa TSD at 8-9; Missouri TSD at 10.

[113] Texas TSD at 189.

[114] *Id.* at 150.

2) **Fixed, erroneous stack temperatures and velocities were used**. EPA points out that hourly stack temperatures and velocities were not available to Sierra Club, who instead used parameters assuming 100% load. EPA claimed that this should provide "conservative estimates."[115] However, that could only be the case if Sierra Club's purported 100% load parameters were representative of 100% load. Further, the temperatures presented in the Sierra Club report are not the temperatures used in the modeling. The Unit 1, 2 and 3 temperatures reflect an un-scrubbed boiler operating below 100% load, while the velocities reflect the boilers operating below 75% load. And, while EPA improperly accepts Sierra Club's use of a single set of stack parameters for Martin Lake, the agency discredits this modeling technique for the Gibson Plant in Indiana. With respect to the Gibson Plant, EPA stated that "[u]se of hourly stack parameters more accurately characterize plume characteristics, which will provide greater reliability both in the estimated concentration and in the geographical distribution of concentrations."[116] EPA must be consistent in addressing modeling errors and should disregard Sierra Club's modeling in light of this significant error. To do otherwise would be arbitrary and capricious.

3) **Building downwash not included**. EPA explains that Sierra Club did not have access to this information and, in any event, the agency "do[es] not believe" the inclusion of building downwash would change its designation of nonattainment because decreases in maximum modeled values would be "relatively small" but does not explain its basis for this conclusion.[117]

4) **Elevated flagpole receptors**. EPA notes that the modeling used a slightly elevated flagpole receptor height. EPA claims that if this error was corrected, the agency would "expect" "only a slight change in the modeled numbers."[118]

5) **Elevated background value used**. Sierra Club uses the 2011-2013 design value for El Paso.[119] The El Paso monitor is over 1,000 kilometers from the Martin Lake facility on the far western edge of the state in the Mountain time zone. A more accurate representation of background for the area is a temporally varying approach, based on the 99th percentile monitored concentrations by hour of day and season or month from the Waco monitor. The Waco monitor is only 254 kilometers away, and, as EPA stated in a TSD for another area, "time-varying background values likely provide the best estimation of background concentrations."[120] EPA has also supported use of monitors closer to the source as providing more accurate background characterizations.[121]

---

[115] *Id.* at 161.

[116] Indiana TSD at 46.

[117] Texas TSD at 154-55.

[118] *Id.* at 152.

[119] *Id.* at 158. EPA's conversion of the El Paso monitor readings from micrograms per cubic meter to ppb is incorrect and should be represented as 7.8 micrograms per cubic meter (µg/m3), or 2.98 ppb, not 20.4 ppb. This value is an inaccurate representation of background around Martin Lake in any event.

[120] *Id.* at 158; Indiana TSD at 46.

[121] Colorado TSD at 13 (EPA criticized Sierra Club's use of a background value taken from a monitor 100 km away from a source as one reason for its conclusion that "Sierra Club modeling should not be used as the basis for a nonattainment designation for Colorado Springs."); *see also* Illinois TSD at 32, 45; Indiana TSD at 16, 31; Nebraska TSD at 31, 51.

6) **Receptor location.** Sierra Club's modeling includes receptors located on plant property, industrial property, and in water bodies, which is inconsistent with EPA's modeling TAD.

All of these errors combined, coupled with EPA's uncertainty about what the actual results would be if these errors were corrected, means that the available information does not "clearly demonstrate" that a nonattainment designation is appropriate or necessary.

### iii.    Sierra Club's modeling for the area around Monticello is flawed

Finally, EPA received air dispersion modeling results from Sierra Club asserting that violations of the NAAQS occur in the area around Monticello station.[122]  In its Texas TSD, EPA points out several errors with Sierra Club's modeling.  Nevertheless, EPA bases its intended nonattainment designation for the area around the Monticello facility solely on this flawed modeling data.  Sierra Club's errors, identified by Luminant and EPA, include the following:

1) **Fixed, erroneous stack temperatures and velocities were used**.  EPA points out that Sierra Club's stack temperatures and velocities were not variable but were consistent with 100% load. EPA claimed this should provide "conservative estimates."[123]  This could only be the case if Sierra Club's purported 100% load parameters were representative of 100% load.  In reality, the temperatures presented in Sierra Club's report are not the temperatures used in the modeling.  Further, the Unit 1, 2, and 3 temperatures reflect an un-scrubbed boiler operating below 100% load, while velocities reflect the boilers operating below 80% load.  While Units 1 and 2 are un-scrubbed, Unit 3 is a scrubbed unit.  EPA has obviously not reviewed this modeling in the manner they portray in the TSD for Texas.  EPA improperly accepts Sierra Club's use of a single set of stack parameters for Monticello but discredits this modeling technique for the Gibson Plant in Indiana.  With respect to the Gibson Plant, EPA stated that "[u]se of hourly stack parameters more accurately characterize plume characteristics, which will provide greater reliability both in the estimated concentration and in the geographical distribution of concentrations."[124]  EPA must be consistent in addressing modeling errors and should disregard Sierra Club's modeling in light of this significant error.  To do otherwise would be arbitrary and capricious.

2) **Incorrect stack velocities and temperatures used**.  In addition to incorrectly assuming 100% load for stack velocities, Sierra Club also modeled the wrong velocities and temperature for Unit 3.  Specifically, Sierra Club modeled the stack velocities for Units 1, 2 and 3 below the levels referenced in the source inventory information, and the same stack velocity for Unit 3 as for Units 1 and 2, when, as shown in Table 4 of Sierra Club's

---

[122] Texas TSD at 169.

[123] *Id*. at 180.

[124] Indiana TSD at 46.

report, Unit 3 has a higher exit velocity.[125]   Sierra Club also modeled the exit temperature for Unit 3 as an un-scrubbed unit.   In sum, Sierra Club's modeling report says they modeled the units a certain way, but a review of their modeling files shows that they modeled the units differently than represented in the report.   This discrepancy alone is sufficient support for invalidating Sierra Club's modeling analysis for this area.

3)  **Incorrect allowable emission rate used for Unit 3.**  Sierra Club modeled the allowable emission rate of Unit 3 assuming its limit was 3.0 lb $SO_2$/MMBtu (23,790 lb/hr), when in fact, the permit limit for $SO_2$ is 9,468 lb/hr.

4)  **Building downwash not included.**  EPA explains that Sierra Club did not have access to this information and, in any event, the agency "do[es] not believe" the inclusion of building downwash would change its designation of nonattainment because decreases in maximum modeled values would be "relatively small" but again, fails to adequately explain its basis for this conclusion.[126]

5)  **Elevated receptor height.**  EPA notes that the modeling used a slightly elevated receptor height. EPA responds that if this error was corrected, the agency would "expect only a slight change in the modeled numbers."[127]

6)  **Elevated background value used.**  Sierra Club uses the 2011-2013 design value for El Paso as background.[128]   The El Paso monitor is over 1,000 kilometers from the Monticello facility on the far western edge of the state in the Mountain time zone.  A more accurate representation of the area (i.e., rural background East Texas) is a temporally varying approach, based on the 99th percentile monitored concentrations by hour of day and season or month from the Waco monitor. The Waco monitor is only 250 kilometers away, and, as EPA stated in a TSD for another area, "time-varying background values likely provide the best estimation of background concentrations."[129]   EPA has also supported use of monitors closer to the source as providing more accurate background characterizations.[130]

7)  **Receptor location.**  Sierra Club's modeling includes receptors located on plant property, industrial property and in water bodies, which is inconsistent with EPA's modeling TAD.  In fact, this error was previously pointed out to Sierra Club in response to its September 11, 2015 submittal, when they represented a maximum impact occurring on plant property.[131]

---

[125]  *See* Steven Klafta, Wingra Engineering, S.C., *Monticello Steam Electric Station, Mount Pleasant, Texas, Evaluation of Compliance with the 1-hour NAAQS for SO$_2$* at 10 (Dec. 15, 2015).

[126]  *Id.* at 174, 180.

[127]  *Id.* at 171.

[128]  *Id.* at 177.

[129]  Indiana TSD at 46.

[130]  Colorado TSD at 13 (EPA criticized Sierra Club's use of a background value taken from a monitor 100 km away from a source as one reason for its conclusion that "Sierra Club modeling should not be used as the basis for a nonattainment designation for Colorado Springs."); *see also* Illinois TSD at 32, 45; Indiana TSD at 16, 31; Nebraska TSD at 31, 51.

[131]  Texas TSD at 169.

Unfortunately, Sierra Club did not address this problem and reported a maximum impact occurring on plant property once again. EPA states that they compared the model results with "fenceline information from previous industry dispersion modeling to confirm the exceedances of the NAAQS did occur in ambient air," yet in their "careful evaluation" they identify a maximum impact that is in fact located on industrial property.[132]

All of these errors combined, coupled with EPA's uncertainty about what the actual results would be if these errors were corrected, means that the available information does not support a designation of nonattainment. Importantly, EPA claims: "Given that modeled concentrations are almost **double the standard**, the inclusion of building downwash and variable stack parameters, etc. in the modeling would not result in values near or below the standard, therefore the modeling is sufficient for a determination of nonattainment."[133] But the highest modeled impact presented by Sierra Club (which occurs on Monticello Plant property and should have been excluded anyway) was 237 µg/m$^3$, which is only 20% over the standard – not even close to "double the standard." Thus, EPA's only basis for accepting Sierra Club's flawed modeling – that it shows concentrations "double the standard" – is plainly in error.

Because of all of these errors, Sierra Club's modeling is invalid and should be disregarded. Sierra Club's modeling certainly should not be relied upon as the sole basis for nonattainment designations. Moreover, those results are contradicted by the analyses presented below which indicate that monitoring would show attainment for these areas. Accordingly, all available information does not "clearly demonstrate" that a nonattainment designation is appropriate. Instead, EPA should designate the areas around Big Brown and Martin Lake as unclassifiable, and the area around Monticello as attainment or unclassifiable/attainment.

---

[132] *Id*. at 178-79.

[133] *Id*. at 180 (emphasis added).

C.     **Modeling Does Not Clearly Demonstrate Nonattainment**

i.     **Summary of modeling and corrections for modeling over-predictions**

Modeling is imperfect and modeling results must be understood in context. EPA itself acknowledges that models over-predict. To that end, EPA recognizes that states should be permitted to select modeling approaches that are best for a given situation repeats several times in the DRR that its modeling and monitoring Technical Assistance Documents ("TADs") are not binding on state air agencies for purposes of characterizing ambient air. Specifically, EPA explains that "the TADs provide recommendations but are not binding or enforceable and create no obligations on any person."[134] Further, EPA asserts that the TADs "are not required to be adhered to by any state who is required to characterize air quality around an $SO_2$ source identified in this rulemaking," "nor does the EPA believe that a one-size-fits-all timeline, process, or presumption regarding approval or disapproval of these [modeling] protocols is warranted."[135] In light of the limitations of the "standard" approach to dispersion modeling, as discussed below, EPA should reject Sierra Club's modeling and, as it has said it would, respect state evaluations of modeling efforts.

1.     **Limitations of the AERMOD model**

Appendix W of 40 C.F.R. Part 51 (which provides EPA's modeling procedures for permitting actions) indicates that AERMOD, the standard dispersion model used for characterizing maximum potential emissions for permitting applications, has a model uncertainty on the order of 10-40%.[136] In some cases, as discussed below, the uncertainty can approach

---

[134] 80 Fed. Reg. at 51,072.

[135] *Id.* at 51,069, 51,076.

[136] 40 C.F.R. Part 51, § 9.1.2.

33

100%, which means the model result is twice the observed concentration.[137] These over-predictions can result from a number of limitations that EPA has said it intends to address with certain proposed refinements. For example, with regards to the model's conservatism, EPA recently proposed updates to AERMOD to address concerns regarding buoyant line sources, building downwash, and low wind speed issues.[138]

When attempting to characterize actual emissions and actual ambient conditions, several source characterization refinements are appropriate for modeling applications. For example, evaluations of the AERMOD model involve emission sources that are isolated stacks or tracer gas releases under relatively ideal conditions. However, in a number of real-world applications, a facility may have multiple stacks with plumes that partially merge as they rise, resulting in an increased plume rise relative to the isolated stack case. A modeling approach referred to as "AERLIFT" that addresses this case is based upon a Briggs formulation, which relates the increase in effective plume buoyancy to the separation distance between the stacks, the angle of the approaching wind to the stack line-up, and the plume rise for each individual stack (this effect changes on an hourly basis).

Another source effect relates to increased plume rise due to moisture present in a wet plume. The moisture initially condenses as the plume cools, releasing heat of condensation. This process results in an increase in the initial plume rise. The implementation of this effect for AERMOD modeling is based upon a moist plume model ("IBJpluris") that has had favorable evaluation results. An approach referred to as "AERMOIST" has been developed in which the

---

[137] EPA seems to accept at least this level of potential over-prediction. *See* Texas TSD at 180.

[138] *See* 80 Fed. Reg. 45,340, 45,345 (July 29, 2015). EPA also states in the final DRR that updates to AERMOD were recently proposed "to address concerns regarding buoyant line sources, building downwash, and low wind speed issues." 80 Fed. Reg. at 51,076.

IBJpluris model is used inside a pre-processor to create an equivalent plume buoyancy increase for use in a dry plume rise model (AERMOD) by changing the hourly input stack temperature.

AERLIFT and AERMOIST are described in more detail in a peer-reviewed paper published in the March 2016 issue of *Atmospheric Environment*.[139]  The Luminant plants at issue here all involve multiple stacks that would be more accurately modeled through the application of AERLIFT.  Likewise, the Luminant plants with flue gas desulfurization controls that result in moist plumes would be more accurately modeled through the application of AERMOIST.

It is also well-known that AERMOD can over-predict ambient concentrations during periods of low wind speed.  The model does not properly replicate the real-world mixing that occurs under low wind conditions because it rigidly assumes that low wind speeds remain uni-directional for every hour.  Field studies show that EPA's own proposed low wind beta options increase AERMOD modeling accuracy.[140]  This issue is discussed in a peer-reviewed paper published in the Journal of the Air & Waste Management Association. [141]   A presentation on this issue was also given at EPA's annual modeling conference in 2015 ("Paine 2015 presentation").[142]

In addition to these limitations, the AERMOD model also mishandles what is known as a penetrated plume.  A penetrated plume condition occurs when the plume rises into the stable layer above a shallow convective boundary layer.  In numerous AERMOD applications for tall

---

[139] Robert Paine, et al., *Source Characterization Refinements for Routine Modeling Applications*, 129 Atm. Env. 55-67 (2016).

[140] *See* 80 Fed. Reg. at 45,342.

[141] Robert Paine, et al., *Evaluation of low wind modeling approaches for two tall-stack databases*, 65 Journal of the Air & Waste Management Association 1341-1353 (2015).

[142] Robert Paine, AECOM, *AERMOD Issues for Design Concentrations due to Penetrated Plume*, EPA's 11th Modeling Conference (Aug. 12, 2015), *available at* https://www3.epa.gov/ttn/scram/11thmodconf/presentations/2-4_Penetrated_Plume_Issues.pdf (hereinafter, "Paine 2015 presentation").

stacks in relatively flat terrain, the peak modeled concentrations are dominated by periods during convective conditions (usually the morning) with low mixing heights predicted by the model. This modeled phenomenon can be observed through the use of freely-available AERMOD debugging software[143] and it is not reflective of real-world mixing. Rapid mixing of such plumes to the ground is observed in model results but not expected in real-world observation, as discussed in the Paine 2015 presentation.[144] Thus, in analyzing Sierra Club's modeling results for Luminant's facilities, we applied a "DISTANCE DEBUG" enhanced AERMOD debugging output and confirmed that peak concentrations predicted by Sierra Club's modeling are caused by the failure to properly simulate a penetrated plume. Notably, the previous EPA-approved Industrial Source Complex Model assumed zero ground-level concentrations for this type of condition.[145]

## 2.     Extent of modeling over-predictions – Gibson County, Indiana

The Paine 2015 presentation noted above cites two independent evaluation studies that both resulted in an over-prediction of 50% or more for the penetrated plume condition, suggesting that the vertical mixing of the plume is vastly overstated. More recent analysis suggests this overstatement, particularly in conjunction with some of the other limitations discussed above, could be even larger. In September 2015, the State of Indiana provided information to EPA recommending attainment for Gibson County based on quality-assured ambient air monitoring data from current and historic monitoring sites in close proximity to the Gibson Generating Station. Since 2010, all monitors have shown design values below the $SO_2$

---

[143] The "DISTANCE DEBUG" output capability of AERMOD is documented and freely available from EPRI at https://sourceforge.net/projects/epri-dispersion/.

[144] *See* 2015 Paine Presentation at 14.

[145] EPA, *User's Guide for the Industrial Source Complex (ISC3) Dispersion Models* (Sept. 2005), *available at* http://www3.epa.gov/ttn/scram/userg/regmod/isc3v1.pdf.

NAAQS.[146]    Indiana conducted independent modeling to evaluate the monitoring locations, but used actual emission rates from 2012-2014 instead of the TAD normalized emission rates (i.e., modeling emission rates which reflect division of all emission rates by a common divisor).  Based on the modeling results, EPA concluded that the monitors are "reasonably well sited to monitor maximum concentrations in the area."[147]    EPA also concluded that the modeling "provides independent information as to whether the Gibson area is attaining the standard," noting that Indiana "conservatively" placed receptors "without respect to feasibility of monitoring."[148]

In contrast, the results of Indiana's independent modeling "indicates that the predicted 99th percentile 1-hour average concentration within the chosen modeling domain is 323 µg/m$^3$, or 123 ppb," without including background concentrations.[149]    Sierra Club also provided modeling that indicates that the predicted 99th percentile 1-hour average concentration within the chosen modeling domain, including background, is 276.8 µg/m$^3$, or 105.7 ppb, also suggesting the area near Gibson exceeds the $SO_2$ NAAQS.[150]    As EPA itself explains: "In summary, the available monitoring evidence indicates that the Gibson area attains the $SO_2$ NAAQS, while the available modeling evidence, in the form of modeling by Indiana and by Sierra Club, indicates that the area is violating the $SO_2$ NAAQS."[151]    EPA claimed that "[b]oth monitoring and modeling

[146] Indiana TSD at 36.  Specifically, the design values from 2012 through 2014 ranged between 66 and 72 ppb.

[147] Id. at 39.

[148] Id. at 40, 42.

[149] Id. at 45.

[150] Id. at 47.

[151] Id. at 48.

37

provide valid indications of air quality, but EPA here must promulgate a designation in the face of conflicting evidence from these two approaches."[152]

EPA chose "to treat the monitoring evidence as a more reliable indication of air quality in the Gibson area than the modeling evidence" and designated Gibson County as unclassifiable/attainment.[153]  EPA concluded that the monitors in this case were properly sited and representative of maximum concentrations and noted that "modeling relies on a complex assortment of input data such as meteorological data and source characterization data that necessarily have more potential for errors that may introduce inaccuracies into the estimated concentrations."[154]  This is certainly true in the Gibson case, where the modeling estimates exceeded the 2012-2014 area monitor recordings by almost double.  Thus, EPA concluded that "[b]ased on available monitoring data, and notwithstanding contrary evidence in modeling by Indiana and Sierra Club, EPA intends to designate Gibson County as unclassifiable/attainment."[155]

The information for the Gibson plant can be summarized as follows:

- A network of well-sited $SO_2$ monitors indicated an $SO_2$ design concentration of about 64 ppb (without background);[156]

- The modeled value applying AERMOD was 123 ppb, almost twice that of the monitor.

---

[152] Indiana TSD at 48.  EPA identified numerous errors with Sierra Club's modeling, including: 1) improper inclusion of a distant facility in the modeling analysis; 2) fixed gas temperatures; 3) fixed flow rates; 4) use of average seasonal moisture conditions instead of adjusting surface characteristics based on snow days; 5) failure to adjust the Bowen ratio based on soil moisture and precipitation; and 6) use of overstated background concentration.  *Id.* at 45-46.

[153] *Id.* at 48-49.

[154] *Id.*

[155] *Id.* at 49.

[156] Melissa Sheffer, Minnesota Pollution Control Agency, *LADCO, Region 5 States and the (DRAFT) $SO_2$ SIP Protocol: A Process*, (June 7, 2011) *available at* http://www.cleanairinfo.com/regionalstatelocalmodelingworkshop/archive/2011/Presentations/3-Tuesday_PM/3-2_2011_RSL_ModelersWorkshop_Reg5SO2SIP_MSheffer.pdf (indicating 8 ppb $SO_2$ background).

There is no current means for quantitatively addressing this AERMOD over-prediction issue. The best practice is to account for it by taking the modeled design concentration value and recognizing that an unbiased estimate concentration characterization could reduce this modeled estimate by up to 50%. However, this significant reduction could easily mean the difference between nonattainment and attainment. Therefore, in a situation such as this, use of AERMOD is not a reliable approach for NAAQS designations, and cannot substitute for the preferred option of monitoring.

### 3.    Summary of historical modeling report for Luminant Plants

EPA downplays the significance of the errors in Sierra Club's modeling of Luminant's plants, stating after many of the errors the agency identifies that it does not "believe" or "expect" that fixing the error would "significantly impact" the modeled concentrations, and that correction of each error would result in only a "slight change."[157]  However, as described above, EPA rejects Sierra Club's modeling for the Gibson area for these same errors. For example, in responding to Sierra Club's modeling of the Gibson area, EPA stated that "[u]se of hourly stack parameters more accurately characterize plume characteristics, which will provide greater reliability both in the estimated concentration and in the geographical distribution of concentrations."[158]  But for the same error in Sierra Club's modeling of the Martin Lake area, for example, EPA simply states that Sierra Club did not use variable stack temperatures and velocities "because they [we]re not publically available."[159]  This disparate treatment is arbitrary and capricious, as is EPA's speculation that fixing Sierra Club's errors would not significantly impact the results. As described below, the areas around Luminant's plants show attainment

---

[157] Texas TSD at 150-155, 161-162.

[158] Indiana TSD at 46.

[159] Texas TSD at 154.

39

when Sierra Club's modeling errors are corrected to more accurately characterize the ambient air in the area.

### a.  Big Brown modeling adjusted to account for over-prediction concerns

For the area around Big Brown, EPA relies solely on Sierra Club's modeling, which predicted that the modeled design value for the area around the Big Brown facility is 387.9 $\mu g/m^3$, of which 7.8 $\mu g/m^3$ is due to background. This leaves Big Brown's modeled impact, according to Sierra Club, at approximately 380 $\mu g/m^3$.

This modeling result is unreliable because it fails to account for variable stack parameters, building downwash, or any of the over-prediction issues identified above and described in the attached report titled *Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Big Brown Steam Electric Station*, including: CEMS bias, no consideration of partial plume merging from adjacent stacks (AERLIFT), no consideration of EPA-proposed low wind options, and no consideration of the penetrated plume issue.[160] Sierra Club's modeling also fails to use the most recent three years of emissions data (i.e., 2013-2015). Big Brown's $SO_2$ emissions in 2015 were 18% lower than those in 2012. As a result, these modeling results do not "clearly demonstrate" that a monitor would have shown nonattainment.

To quantify the impact of these over-predictions, we have compared the results to the monitoring and modeling reported in the Gibson case. This is appropriate because the Gibson modeling situation is similar to that of Big Brown in several ways:

- Tall stacks associated with an isolated source are being modeled;

- The terrain in the area is relatively flat;

---

[160] AECOM, *Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Big Brown Steam Electric Station*, at 3-1, 3-3 to 3-4 (Mar. 2016) (Attachment 1).

- The peak predictions are associated with the penetrated plume issue;

- The plant is bordered by a large lake, which tends to limit convective activity and cast further doubt on the model's rapid mixing of the penetrated plume to the ground.[161]

For Gibson, there were several ambient monitors located near the source, including monitors near the highest projected concentrations.[162] However, the peak modeled concentration from the State of Indiana's modeling was approximately two times higher than the monitored concentrations from the two monitoring stations near Gibson (when excluding background). In light of the model over-prediction problems discussed above, a similar correction to Sierra Club's modeled design concentration is appropriate to understand the reliability of the model results. Accordingly, we compute an adjusted (approximately unbiased) result that accounts for the lower emissions in 2015 (18% lower than 2012) and the potential factor-of-2 over-prediction due to the penetrated plume (without any separate adjustment for low wind options or AERLIFT issues):

$$\frac{(310.0 * 0.82 + 420.0 + 410.4)}{(3 \times 2)} + 8 \text{ (background)} \approx 189 \ \mu g/m^3$$

which is less than the NAAQS of 196 $\mu g/m^3$.

The result shows that the dispersion modeling EPA referenced cannot "clearly demonstrate" nonattainment of the standard, given that appropriate adjustments based on field evidence indicate attainment of the standard.[163] Because of the uncertainty of the modeling results, the required designation for the area around Big Brown is "unclassifiable."

Moreover, EPA fails to credit, at all, actual data from two monitors in adjacent counties showing design values from 2012-2014 well within attainment. Specifically, the monitor in

---

[161] *Id.* at 4-1.

[162] *Id.*

[163] *Id.*

41

Navarro County, located only 25 miles away, had a design value of 35 ppb for 2012-2014, and the design value for the McLennan monitor, located 61 miles away, was 6 ppb.[164] EPA concludes that because of the distance from the monitors to the Big Brown facility, the monitors are not, by themselves, "sufficient technical justification to rule out that an exceedance of the 2010 SO$_2$ NAAQS **may** occur in the immediate vicinity of the facility."[165] But this is not the standard; even if these monitors do not themselves "clearly demonstrate" *attainment*, they certainly suggest that there has been no clear demonstration of *nonattainment*. The fact that the closest monitors to the Big Brown facility show attainment, coupled with the numerous errors identified in Sierra Club's modeling, including the use of incorrect stack locations, further justifies an unclassifiable designation for the area around Big Brown. Not enough information exists to "clearly demonstrate" that a nonattainment designation is necessary.

### b. Martin Lake modeling adjusted to account for over-prediction concerns

For the area around Martin Lake, EPA, again, relies solely on Sierra Club's modeling, which predicted that the modeled design concentration for Martin Lake is 347.7 μg/m$^3$, of which 7.8 μg/m$^3$ is due to background. Thus, under Sierra Club's modeling, the modeled impact is approximately 340 μg/m$^3$.

This modeling result is also unreliable because it fails to account for any of the over-prediction issues addressed above. Such errors include: CEMS bias, no consideration of the partial plume merging from adjacent stacks (AERLIFT), no consideration of the moist plume rise characteristics (AERMOIST), no consideration of EPA-proposed low wind options, and no

---

[164] Texas TSD at 184.

[165] *Id.*

42

consideration of the penetrated plume issue.[166]  Sierra Club's modeling also fails to use the most recent three years of emissions data (i.e., 2013-2015).  Martin Lake's $SO_2$ emissions in 2015 were approximately <u>47% lower</u> than those in 2012.  As a result, these modeling results do not "clearly demonstrate" that a monitor would have shown nonattainment.

To quantify the impact of these over-predictions, we have compared the results to the monitoring and modeling reported in the Gibson case in the attached report.  This is appropriate because the Gibson modeling situation is similar to that of Martin Lake in several ways:

- Tall stacks associated with an isolated source are being modeled;

- The terrain in the area is relatively flat;

- The peak predictions are associated with the penetrated plume issue;

- The plant is bordered by a large lake, which tends to limit convective activity and cast further doubt on the model's rapid mixing of the penetrated plume to the ground.[167]

For Gibson, there were several ambient monitors located near the source, including monitors near the highest projected concentrations.  However, the peak modeled concentrations from the State of Indiana's modeling was approximately two times higher than the monitored concentrations from the two monitoring stations near Gibson (when excluding background).  In light of the model over-prediction problems discussed above, a similar correction to Sierra Club's modeled design concentration is appropriate to understand the reliability of the model results.  Accordingly, we compute an adjusted (approximately unbiased) result that accounts for the lower emissions in 2015 (47% lower than 2012) and the potential factor-of-2 over-prediction due to the penetrated plume (without any separate adjustment for low wind options or AERLIFT issues):

---

[166] AECOM, *Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Martin Lake Steam Electric Station*, at 3-1, 3-3 to 3-4 (Mar. 2016) (Attachment 2).

[167] *Id.* at 4-1.

$$\frac{(283.8 * 0.53 + 374.6 + 361.3)}{(3x2)} + 8 \text{ (background)} \approx 156 \text{ μg/m3}$$

which is well below the NAAQS of 196 μg/m$^3$. The result shows that the dispersion modeling cannot clearly demonstrate nonattainment of the standard, given that appropriate adjustments based on field evidence indicate attainment of the standard.[168] Because of the uncertainty of the modeling results, the required designation is "unclassifiable."

Moreover, the design value for the Gregg County monitor located near the Martin Lake Plant shows attainment with the SO$_2$ NAAQS, making the Martin Lake situation very similar to the Gibson scenario described above. The three years of monitoring data from 2012-2014 from the Gregg County Longview monitor showed a design value of 50 ppb, while the most recent three years (i.e., 2013-2015) showed a design value of 46 ppb, both well below the SO$_2$ NAAQS of 75 ppb. Gregg County is adjacent to Rusk County, where the Martin Lake facility is located, and is the closest monitor to the facility, located 19 kilometers away.

EPA concludes that despite the nearby monitor showing attainment, there is "not a sufficient technical justification to rule out that an exceedance of the 2010 SO$_2$ NAAQS **may** occur," but consideration of Sierra Club's numerous modeling errors produces a high level of uncertainty.[169] Moreover, EPA's determination that an exceedance "may" occur certainly does not meet EPA's standard of "clearly demonstrating" nonattainment, particularly in light of the actual monitored data.

Based solely on Sierra Club's flawed modeling, EPA even proposes to include part of Gregg County, including the area with the monitor showing attainment, within the nonattainment boundary for Martin Lake, as shown in Figure 1 below.

---

[168] *Id.*

[169] Texas TSD at 147 (emphasis added).

**FIGURE 1**



This obviously makes no sense. Moreover, the conflicting modeling evidence suggests that if TCEQ had the opportunity to install monitors throughout this area, they would likely show attainment. Indeed, the most recent Texas Legislative Session (84th Session, which concluded in May 2015) approved funds for the procurement, installation, and operation of $SO_2$ area monitors. EPA emphasized the importance of replicating monitoring results in its Updated Guidance,

45

stating that its modeling TAD updates its prior 2011 modeling guidance "to ensure that a modeling approach better simulates a monitoring approach,"[170] and yet EPA also refuses to accept and approve the very modeling approaches that increase the accuracy of the modeling results. The future modeling scenario described in section II.C.ii below confirms this and is representative of the monitoring results that would occur under EPA's DRR.

### c.    Monticello modeling results show attainment

Luminant has provided to TCEQ a modeling report titled *Characterization of 1-Hour* $SO_2$ *Concentrations in the Vicinity of the Monticello Steam Electric Station*, which supports a NAAQS attainment demonstration for the plant. A copy of that report is attached to these comments.[171] This report documents the use of AERMOD modeling to characterize the $SO_2$ concentrations around the Monticello Steam Electric Station using the 2013-2015 actual hourly emissions. The use of source characterization techniques (AERLIFT and AERMOIST) as well as the low wind options (ADJ_U* and LOWWIND3) are supported by EPA's Appendix W proposals as well as peer-reviewed papers available for each option. In addition, the provided modeling results remain highly conservative because they do not account for the penetrated plume over-prediction, which could easily result in a much lower actual concentration, as was found by EPA for the Gibson Generating Station.

### d.    Required designations

Because of these conflicting modeling results, a nonattainment designation is unlawful and an unclassifiable designation is appropriate for the area around Big Brown and Martin Lake.

---

[170] EPA's Updated Guidance at 5. In its modeling TAD, EPA states that "[f]or the purposes of designations, modeling can be used as a surrogate to ambient monitoring to characterize air quality for the designations process . . . to simulate what a monitor would observe.." EPA, *Draft SO₂ NAAQS Designations Modeling Technical Assistance Document* at 9-10 (Feb. 2016).

[171] AECOM, *Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Monticello Steam Electric Station* (Mar. 2016) (Attachment 3).

As explained below, EPA recognizes that modeling can over-predict results, and EPA's repeated statements that it "thinks" or "believes" or "anticipates" that correction of Sierra Club's modeling errors would not result in significant reductions in modeling values is not sufficient justification to meet its standard of "clearly demonstrating" nonattainment.[172]   Further, because modeling demonstrates attainment for the area around Monticello, this area should be designated as attainment or unclassifiable/attainment.

### ii.    Summary of Luminant's modeling reports for each plant (2017-2019)

The future operation of power plants, which may vary between different regions of the country, is forecasted with some certainty throughout the industry.   For example, EPA regularly relies on sources' projections of their future operations in other scenarios, such as permitting decisions.[173]   The modeling Luminant presents below is based on "all relevant information, including but not limited to, historical operational data, the company's own representations, the company's expected business activity and the company's highest projections of business activity, the company's filings with the State or Federal regulatory authorities, and compliance plans under the approved State Implementation Plan."[174]   Accordingly, it is the kind of reliable projection that EPA has recognized that plants, such as the Luminant plants at issue, are capable of providing for other CAA regulatory purposes.[175]

---

[172] Indeed, when faced with conflicting modeling results from Sierra Club and the state for other areas, including around Sheldon Station in Nebraska, and Gavin Power Plant in Ohio, EPA proposed an unclassifiable designation for the area.  Nebraska TSD at 33; Ohio TSD at 31.

[173] 57 Fed. Reg. 32,314 (July 21, 1992);   42 C.F.R. § 52.21(a)(2)(iv)(c); *Wisconsin Elec. Power Co. v. Reilly*, 893 F.2d 901, 917–18 (7th Cir. 1990) ("WEPCO"); *Alabama Power Co. v. Costle*, 636 F.2d 323, 379 (D.C. Cir. 1979); *United States v. Louisiana-Pacific Corp.*, 682 F. Supp. 1141, 1158 (D. Colo. 1988).

[174] 40 C.F.R. § 52.21(b)(41).

[175] *WEPCO*, 893 F.2d at 917-18 (finding that "potential to emit" calculations for purposes of Prevention of Significant Deterioration permitting should take into consideration how the plant is normally operated and the "anticipated functioning for the air pollution control equipment designed into the facility") (internal quotations omitted).

47

These forecasted operations account for implementation of newly promulgated rules in addition to numerous other factors.   Several rules, including the Mercury and Air Toxics Standards rule, are anticipated to achieve $SO_2$ reductions from EGUs beginning in 2015.   EPA has recognized the importance of allowing states to account for significant anticipated $SO_2$ emissions reductions in the designations process.   For instance, EPA supported the DRR's schedule in its remedy brief before the Northern District of California to allow facilities to show future anticipated $SO_2$ emissions reductions, stating, "[t]his schedule would also allow designations to appropriately reflect the significant anticipated $SO_2$ emissions reductions that will result from recent national and regional rules, including, but not limited to, the Mercury Air Toxics Standard rule that will achieve $SO_2$ reductions from electricity generating units beginning in 2015."[176]   Similarly, in its updated 2015 guidance, EPA states that it will also consider "any additional information [it] receive[s] on federally-enforceable emissions controls that are not reflected in recent inventories but which will require compliance before final designations are issued."[177]   Furthermore, in its Technical Support Documents for round one of the Consent Decree designations, EPA proposed unclassifiable designations, not nonattainment designations, for many areas that were modeled to show attainment with future emissions limits that were not yet federally enforceable.[178]

As shown below, Luminant's forecasted operations confirm that a modification of Texas' designation recommendations for the areas around these plants is not "necessary."   Not only would monitoring near these plants likely have shown attainment of the standard over the

---

[176] EPA Opening Remedy Brief, Case No. 3-13-cv-3953, Doc. No. 95, at 15 (Apr. 21, 2014) (internal citations omitted).

[177] EPA's Updated Guidance, Att. 2 at 2.

[178] *See* Kansas TSD at 23 (EPA stated that it was proposing an unclassifiable designation because it could not rely on the state's modeling analysis showing attainment because the emission rates used in the modeling will not be effective by the designation deadline); *see also* Missouri TSD at 42; Iowa TSD at 20; Tennessee TSD at 23.

48

preceding three years, it is certain that, in light of the anticipated future operations at the affected facilities, resulting in part from EPA's newly promulgated rules, future air quality will satisfy the standard.

### 1.     Expected operations at Big Brown

An evaluation of the three-year period, reflective of the ambient monitoring period for sites designated unclassifiable, was made regarding the anticipated operation of Big Brown Units 1 and 2.  The current expectations are that in 2018, Big Brown will begin using a higher blend of Powder River Basin ("PRB") coal resulting in a fuel mix with substantially lower sulfur content than is currently used at the plant.

As demonstrated in the attached report, Luminant has performed a refined dispersion modeling analysis using the most recent three years of actual operations to demonstrate that the future air quality in the Big Brown area will continue to attain the 1-hour $SO_2$ NAAQS.[179]  The refined modeling approach uses actual hourly stack parameters, actual hourly emission rates for 2013, and an adjusted hourly emission rates for 2014-2015 based on actual hourly heat input data and the expected PRB fuel sulfur content.  The expected operation for 2018-2019 (i.e., 2014-2015 heat input) using PRB has approximately 30-40% less $SO_2$ emissions than the 2014-2015 period due solely to the fuel blend changes.  This modeling approach is extremely conservative because it assumes that 2017 operations will be identical to 2013 operations, since emissions in 2013 were the highest of the 2013-2015 time period and because current market considerations for plant dispatching indicate a lower plant utilization in the 2017-2019 period than during the 2013-2015 period.[180]

---

[179] *See* AECOM, *Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Big Brown Steam Electric Station*, at 5-1(Mar. 2016) (Attachment 1).

[180] *Id.*

In addition to the use of actual hourly stack parameters, the AECOM-developed procedure called "AERLIFT" and EPA's LOWWIND3 beta option in AERMOD were implemented.[181]     AERLIFT is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources, such as Big Brown Unit 1 and Unit 2.  The tendency of adjacent stack plumes to at least partially merge is a function of several factors, which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed).  In a proposed rulemaking published in the July 29, 2015 Federal Register, the EPA released a revised version of AERMOD (version 15181) and proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions.  These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option.

The maximum modeled design value for the future scenario was 189.6 $\mu g/m^3$ for the plant alone and 195.6 $\mu g/m^3$ with background concentrations included, demonstrating that the area will continue to attain the standard in the future.[182]  And, although the results demonstrate attainment of the standard, the modeled impacts are still influenced by over-predictions resulting from a condition known as a "penetrated plume," which is explained in more detail above. Therefore, these predicted impacts are likely to still materially over-predict the concentrations that a monitor would see during the DRR monitoring period.

---

[181] *Id.* at 5-4.

[182] *Id.* at 5-5.

### 2.    Expected operations at Martin Lake

An evaluation of the three-year period reflective of the ambient monitoring period for sites designated unclassifiable was made regarding the anticipated operation of Martin Lake Units 1, 2 and 3. The current expectations are that by 2018, Martin Lake will be operating its scrubbers at higher efficiencies with a similar blend of fuels as are currently being used, which will substantially lower $SO_2$ emissions from the plant.

As demonstrated in the attached report, Luminant has performed a refined dispersion modeling analysis using the most recent three years of actual operations to demonstrate that the future air quality in the Martin Lake area will continue to attain the 1-hour $SO_2$ NAAQS.[183] The refined modeling approach uses actual hourly stack parameters, actual hourly emission rates for 2013, and an adjusted hourly emission rates for 2014-2015 based on actual hourly heat input data and the expected scrubber removal efficiencies and fuel blend. The expected operation for 2018-2019 (i.e., 2014-2015 heat input) with higher scrubber removal efficiency has approximately 30-40% less $SO_2$ emissions than the 2014-2015 period due solely to scrubber optimization and anticipated fuel blending changes. This modeling approach is extremely conservative by assuming that 2017 operations will be identical to 2013 operations, since emissions in 2013 were the highest of the 2013-2015 time period.[184]

In addition to the use of actual hourly stack parameters, the AECOM-developed procedures called "AERLIFT" and "AERMOIST," along with EPA's LOWWIND3 beta option in AERMOD were implemented.[185] As noted above, AERLIFT is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned

---

[183] AECOM, *Characterization of 1-Hour SO2 Concentrations in the Vicinity of the Martin Lake Steam Electric Station*, at 5-1 (Mar. 2016) (Attachment 2).

[184] *Id.*

[185] *Id.* at 5-4.

51

emission sources, such as Martin Lake Units 1, 2, and 3.  Further, the AERMOIST source characterization improvement should be considered in the modeling (and was not considered by Sierra Club) for the scrubbed Martin Lake plumes.

The maximum modeled design value for the future scenario was 187.9 μg/m$^3$ for the plant alone, and 192.1 μg/m$^3$ with background, demonstrating that the area will continue to attain the standard in the future.[186]  And, although the results demonstrate attainment of the standard, the modeled impacts are still influenced by the over-predicting conditions involving the penetrated plume.  As discussed above in section II.C.i, studies have found that AERMOD predicted impacts associated with penetrated plume scenarios can be nearly double the actual monitored values.  Therefore, these predicted impacts are likely to still materially over-predict the concentrations that a monitor would see during the DRR monitoring period.

### 3.     Expected operations at Monticello

An evaluation of the three-year period, reflective of the ambient monitoring period for sites designated unclassifiable, was made regarding the anticipated operation of Monticello Units 1, 2, and 3.  Luminant has ceased mining lignite near Monticello and will be using PRB coal moving forward.  By January 2017, Monticello will begin exclusively using PRB coal with substantially lower sulfur content than is currently used at the plant.

As demonstrated in the attached report, Luminant has performed a refined dispersion modeling analysis using the most recent three years of actual operations to demonstrate that the future air quality in the Monticello area will continue to attain the 1-hour SO$_2$ NAAQS.[187]  The refined modeling approach uses actual hourly stack parameters and adjusted hourly emission

---

[186] *Id.* at 5-6.

[187] AECOM, *Supplemental Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case*, at 2-3 (Mar. 2016) (Attachment 4).

52

rates for 2013-2015 based on actual hourly heat input data and the expected PRB fuel sulfur content. The expected operation for 2017-2019 (i.e., 2013-2015 heat input) using PRB has approximately 20-30% less $SO_2$ emissions than the 2013-2015 period due primarily to the fuel change and an improved scrubber efficiency on Unit 3. This modeling approach is extremely conservative because it assumes that 2017 operations will be identical to 2013 operations, since emissions in 2013 were the highest of the 2013-2015 time period.[188]

In addition to the use of actual hourly stack parameters, the AECOM-developed procedures called "AERLIFT" and "AERMOIST" along with EPA's LOWWIND3 beta option in AERMOD were implemented.[189] As noted above, AERLIFT is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources, such as Monticello Units 1 and 2. Moreover, the AERMOIST source characterization improvement should be considered in the modeling (and was not considered by the Sierra Club) for the scrubbed Monticello Unit 3 plume.

The maximum modeled design value for the future scenario was 138.3 μg/m$^3$ for the plant alone and 144.3 μg/m$^3$ with background, demonstrating that the area will continue to attain the standard in the future.[190] Although the results demonstrate attainment of the standard, the modeled impacts are still influenced by the over-predicting conditions involving the penetrated plume. As discussed in section II.C.i, studies have found that AERMOD predicted impacts associated with penetrated plume scenarios can be nearly double the actual monitored values. Therefore, these predicted impacts are likely to still materially over-predict the concentrations that a monitor would see during the DRR monitoring period. That said, even if the Monticello

---

[188] Id.

[189] Id.

[190] Id.

plant were modeled using only the default options in AERMOD without any stack plume refinements at all, as presented in the attached report, the controlling concentration for the 2017-2019 time period is still attaining the NAAQS with a value of 191.8 μg/m$^3$.[191]

## III.    The Consent Decree Does Not Change the Standard for Designations

The CAA clearly delineates the standards by which EPA is to designate areas as attainment, nonattainment, or unclassifiable.[192]    Specifically, areas are to be deemed unclassifiable if they "cannot be classified on the basis of available information as meeting or not meeting" the NAAQS.[193]    EPA confirmed this in its guidance documents, noting that "[i]n the absence of information **clearly demonstrating** a designation of 'attainment' or 'nonattainment,' the EPA intends to designate the area as 'unclassifiable' when it takes action pursuant to the court order."[194]

As discussed above, EPA failed to meet its statutory deadline for finalizing designations and entered into a Consent Decree to remediate that failure.    Importantly, however, the Consent Decree only exists as a product of EPA's failure to meet the deadline—not any particular designation determination.    As a result, the Consent Decree impacts the designation schedule rather than the designation criteria.    The standard for designations remains the same: a designation of attainment or nonattainment must be **clearly demonstrated**.    If EPA does not have sufficient information to find an area in either attainment or nonattainment, EPA must designate that area unclassifiable.

### A.    The Consent Decree Must Be Read Consistently With the DRR

In order to collect data to support designations for the 2010 SO$_2$ NAAQS, EPA

---

[191] *Id.*

[192] 42 U.S.C. § 7407(d)(1)(A).

[193] *Id.* § 7407(d)(1)(A)(iii).

[194] EPA's Updated Guidance at 5 and Attach. 2 at 3 (emphasis added).

promulgated the DRR, a nationally applicable rule for all sources with actual annual $SO_2$ emissions data of 2,000 tons or more.[195]   The DRR provides the option for states with qualifying sources to develop modeling or monitoring data to characterize ambient $SO_2$ concentrations.[196] EPA supported the data collection approach in the DRR and the timelines set forth in the proposed DRR in its remedy briefing in the Sierra Club lawsuit.   For example, EPA explained that the DRR was the result of "extensive discussions with all states and other stakeholders regarding implementation of the revised $SO_2$ NAAQS" and asserted that Sierra Club's proposed expedited designation schedule was "undesirably disruptive to the agency's planned implementation of the Data Requirements Rule."[197]   As EPA further explained:

> These deadlines [consistent with the proposed DRR] would allow EPA to implement an orderly, **informed** designation process that would take maximum advantage of the **expected significant amount of additional source-oriented monitoring information** and actual-emissions-based modeling that should result from the proposed Data Requirements Rule. The schedule would also be consistent with the outcome of the extensive stakeholder discussions and reviews of EPA's proposed and draft policy and technical guidance issued over the last four years since promulgation of the revised $SO_2$ NAAQS.  This schedule would also allow designations to appropriately reflect the significant anticipated $SO_2$ emissions reductions that will result from recent national and regional rules, including, but not limited to, the Mercury Air Toxics Standard rule that will **achieve $SO_2$ reductions from electricity generating units beginning in 2015**.[198]

EPA cannot now contravene its own regulations and deprive states of the opportunity to utilize monitoring data collected under (or alongside) the rule to inform designations by interpreting the Consent Decree in a manner that forecloses monitoring—an approach never taken by EPA

---

[195] 80 Fed. Reg. 51,052 (Aug. 21, 2015); 40 C.F.R. § 51.1200 (The DRR defines an "applicable source" as "a stationary source that is: (1) Not located in a designated nonattainment area, and (2) Has actual annual $SO_2$ emissions data of 2,000 tons or more, or has been identified by an air agency or by the EPA Regional Administrator as requiring further air quality characterization.").

[196] 80 Fed. Reg. at 51,052.

[197] EPA's Reply in Support of EPA Proposed Remedy, Case No. 3-13-cv-3953, Doc. No. 104, at 1, 15 (May 19, 2014).

[198] EPA Opening Remedy Brief at 14-15 (internal citations omitted) (emphasis added).

before.   Specifically, EPA has never *required* states to perform modeling to justify designating an area as attainment for $SO_2$ or any other NAAQS.   A proper reading of the Consent Decree would not force this unprecedented approach.

Simply put, the Consent Decree merely mandates an accelerated designation schedule for larger sources of $SO_2$ in the country—it does not and could not require EPA to make any particular designation.[199]   Under the DRR, for example, monitoring data can be collected to support designations until 2020.   Moreover, EPA's final DRR states more than once the agency's intent in that setting to use an unclassifiable designation until "data to support more properly informed future judgments regarding an areas' attainment status" is available.[200]   Otherwise, areas with the largest sources of $SO_2$ emissions would, in light of the risk of biased or over-predictive modeling, likely be designated nonattainment, no matter what the actual ambient air quality is in the area.   Accordingly, for sources affected by the earlier deadline in the Consent Decree, EPA should likewise designate an area as unclassifiable where data is insufficient, including cases where monitoring data is lacking or where no reliable modeling exists.   This will ensure the Consent Decree does not shift the standard for designations and allow states to rely on monitoring as they choose.

### B.      The Consent Decree Is Being Challenged on Appeal

The legality of the Consent Decree is on appeal before the Ninth Circuit Court of Appeals for these various issues, including its failure to plainly allow time for monitoring.[201]

---

[199] As the district court stated in its order granting the Consent Decree, "the appropriate remedy in a 'deadline' case such as this is to require EPA to issue designations pursuant to a schedule, not to mandate that EPA issue any particular designation." *Sierra Club*, 2015 WL 889142, at *11.

[200] 80 Fed. Reg. at 51,083; *see also id.* at 51,056 (EPA states that the monitoring data required under the DRR will be utilized by EPA "irrespective of whether the EPA promulgates initial designations of 'unclassifiable' (and then uses the information collected pursuant to this data requirements rule in later redesignations), or whether EPA promulgates the remaining designations after the information required here becomes available.").

[201] *Sierra Club v. McCarthy*, Case No. 15-15894 (9th Cir.).

56

Specifically, if EPA interprets the Consent Decree to impermissibly require the use of modeling where sufficient monitoring data is not available, even though monitoring data will be available in the future, its interpretation would effectively abrogate the CAA's unclassifiable designation and EPA's prior statements regarding the importance of the use of monitoring data. Moreover, if read to effectively force a certain designation through the application of over-predictive modeling alone, the Consent Decree would not only contravene the CAA, it would also modify the DRR in a manner that deprives the regulated community of its ability to meaningfully comment, which is an improper rulemaking and impermissible under the Administrative Procedure Act ("APA"). The proposed DRR, for instance, did not say the rule's procedures allowing states until 2020 to issue recommendations for areas relying on monitoring did not apply to areas with "large" (as defined specifically for this purpose for the first time in the Consent Decree) stationary sources.

The Consent Decree also imposes impermissible legal obligations on states that did not consent to the decree, which is illegal.[202] Specifically, the Consent Decree imposes deadlines assumed unilaterally by EPA on states and sources that are not parties to the Consent Decree. Accordingly, appellants have appropriately requested that the Consent Decree be vacated.

### C.    Luminant Should Not Be Affected by Consent Decree Limitations When EPA Has a National Rule in Place

EPA must designate areas with insufficient data as "unclassifiable' as required by the CAA instead of violating CAA section 107(d) and treating larger sources of $SO_2$ emissions differently than other sources. To do this, EPA should allow sources to monitor, as they would be allowed to do under the nationally applicable DRR and designate these counties as

---

[202] *See Int'l Assoc. of Firefighters v. City of Cleveland*, 478 U.S. 501, 529 (1986); *E.E.O.C. v. Pan Am. World Airways, Inc.*, 897 F.2d 1499, 1506 (9th Cir. 1990) ("It is fundamental to our notions of due process that a consent decree cannot prejudice the rights of a third party who fails to consent to it.").

unclassifiable in the meantime, as EPA originally contemplated in promulgating the new SO[2] standard.[203]   An unclassifiable designation would provide Texas with adequate time to install a monitoring network and show attainment pursuant to the strategy and timelines set forth in the DRR.

An unclassifiable designation is also appropriate in order to respect the cooperative federalism regime that is built into the NAAQS program, under which states are entitled to deference in recommending designations.[204]   Texas is entitled to deference with respect to its recommended designations, and EPA's designations, as proposed, do not provide appropriate deference.[205]   To avoid a conflict between the Consent Decree, the DRR, and CAA's cooperative federalism system, EPA should designate the areas around Luminant's facilities as unclassifiable/attainment or unclassifiable until additional, reliable information is available to inform some other designation.

## IV.    Conclusion

Luminant appreciates the opportunity to comment on EPA's intended designations in Texas.   As explained above, EPA should uphold the State of Texas' recommended designations or at most, and as it did for Sandow, designate the areas around Martin Lake and Big Brown unclassifiable and allow the installation of monitoring equipment to properly evaluate and measure actual air quality for the purposes of designating attainment and nonattainment areas.

---

[203] *See* 75 Fed. Reg. at 35,571.

[204] EPA's final DRR recognizes this, stating that "[b]ecause the CAA assigns to states much of the responsibility for developing air quality characterization data, the EPA describes the requirements of this rule in a consistent manner: Air agencies are the entities with principal responsibility to establish and operate monitors, and conduct modeling, and to provide air quality data to the EPA." 80 Fed. Reg. at 51,083.

[205] Specifically, in its intended designations, EPA modifies seven of Texas' twelve recommended designations, including all of the recommended designations around Luminant's facilities.  In all, EPA modifies state recommendations for 31 of the 66 total areas subject to round one of the Consent Decree.  This number does not include EPA's modification of recommended "attainment" areas to "unclassifiable/attainment," which increases the number of modifications to 50 out of 66 recommendations, or 76%.  *See* EPA, State Designations – Round 2, https://www3.epa.gov/so2designations/stater2.html (last visited Mar. 29, 2016).

Based on conservative modeling of future operating conditions, areas around Martin Lake and Big Brown, which include Rusk, Panola, Freestone and Anderson Counties, should be designated unclassifiable/attainment, and the area around Monticello, which includes Titus County, should be designated attainment or unclassifiable/attainment.   In addition, EPA should designate Gregg County as attainment because the design value for the monitor in the county is well below the $SO_2$ NAAQS.

App. 580

**Attachments**

**Attachment 1 –**   Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Big Brown Steam Electric Station

**Attachment 2 –**   Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Martin Lake Steam Electric Station

**Attachment 3 –**   Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station

**Attachment 4 –**   Supplemental Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case

Attachment 1



Environment

Prepared for:
Luminant Generation Company LLC

Prepared by:
AECOM
Chelmsford, MA
60345106.110
March 2016

# Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Big Brown Steam Electric Station



**Environment**

Prepared for:
Luminant Generation Company LLC

Prepared by:
AECOM
Chelmsford, MA
60345106.110
March 2016

# Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Big Brown Steam Electric Station



_____
Prepared By:  Olga Samani

_____
Reviewed By:  Robert J. Paine

_____
Project Quality Review By:  Melissa McLaughlin

# Contents

1.0  Introduction.................................................................................................1-1

    1.1   Overview ....................................................................................... 1-1

    1.2   Report Organization....................................................................... 1-1

    1.3   Acknowledgement .......................................................................... 1-1

2.0  Description of Big Brown and Regional Emission Sources.....................2-1

    2.1   Big Brown Steam Electric Station ................................................... 2-1

    2.2   Regional Sources and Background Monitors ................................... 2-1

3.0  Dispersion Modeling Approach and Limitations....................................3-1

    3.1   Sierra Club Modeling Submittal...................................................... 3-1

    3.2   Penetrated Plume Problem with AERMOD ..................................... 3-3

4.0  Proposed Approach for SO$_2$ Characterization Near Big Brown: Current Emissions 4-1

5.0  Future Case SO$_2$ Characterization Modeling Analysis..............................5-1

    5.1   Expected Future Operations at Big Brown ...................................... 5-1

    5.2   Good Engineering Practice Stack Height Analysis........................... 5-1

    5.3   Dispersion Environment ................................................................. 5-2

    5.4   Model Receptor Grid and Terrain.................................................... 5-2

    5.5   Meteorological Data Processing ..................................................... 5-2

    5.6   Emissions and Stack Parameters ................................................... 5-3

    5.7   Source Characterization and Model Options ................................... 5-4

    5.8   Background Concentrations ............................................................ 5-5

    5.9   Modeling Results for the Future Case ............................................. 5-6

# List of Appendices

Appendix A  E-mail from James Thurman to Robert Paine Regarding Receptor Placement for $SO_2$ Data Requirements Rule Modeling

Appendix B  Journal of Air & Waste Management Association Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND2)

Appendix C  Journal of Air & Waste Management Association Notebook Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND3)

Appendix D  Supplemental Evaluation of AERMOD Low Wind Options

# List of Tables

Table 2-1:    Available Air Quality Data for the Area Closest to Big Brown.......................................2-2

Table 5-1:    Modeling Parameters ............................................................................................................5-4

Table 5-2:    Waco SO$_2$ Monitor Seasonal Hour-of-Day Concentration .................................................5-6

Table 5-3:    AERMOD Modeled Design 1-hour SO$_2$ Concentration Results ......................................5-6

# List of Figures

Figure 1-1:    Topographic Map Showing Big Brown and Vicinity ........................................................1-2

Figure 2-1:    Big Brown Steam Electric Station Photograph.................................................................2-1

Figure 3-1:    Areas to be Excluded from SO$_2$ Characterization Modeling for Big Brown.....................3-2

Figure 5-1:    Big Brown Structures and Stacks Used in the GEP Analysis...........................................5-7

Figure 5-2:    Big Brown Modeling Far-Field Receptor Grid .................................................................5-8

Figure 5-3:    Big Brown Modeling Near-Field Receptor Grid ...............................................................5-9

Figure 5-4:    Location of Meteorological Stations and SO$_2$ Monitor Relative to Big Brown Steam
              Electric Station...............................................................................................................5-10

Figure 5-5:    Corsicana, TX Wind Rose (2013-2015) ........................................................................5-11

Figure 5-6:    2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of
              Day at Waco SO$_2$ Monitor.............................................................................................5-12

Figure 5-7:    99th percentile 3-year average 1-hour SO$_2$ Concentration Isopleths with LOWWIND3
              and AERLIFT Options ...................................................................................................5-13

# 1.0   Introduction

## 1.1   Overview

The United States Environmental Protection Agency (EPA) is implementing the 2010 1-hour $SO_2$ National Ambient Air Quality Standard (NAAQS),[1] using an approach that involves either monitoring data or dispersion modeling where such modeling to characterize local $SO_2$ concentrations near isolated emission sources "clearly demonstrates" attainment or nonattainment. Based on an absence of monitoring data, the state of Texas proposed to designate many areas in the state as unclassifiable/attainment. One of these areas surrounds the Big Brown Steam Electric Station ("Big Brown"), located in the eastern portion of Freestone County at Fairfield Lake, approximately 9.5 miles northeast of Fairfield, Texas (see Figure 1-1).

The EPA has proposed to reject Texas's recommendation for this area and designate it as nonattainment, although it will consider any comments provided by March 31, 2016, regarding the characterization of nearby $SO_2$ concentrations. This report analyzes the modeling basis for EPA's characterization of $SO_2$ concentrations in the vicinity of Big Brown. Due to significant biases in available modeling approaches, which are discussed in this report, this report concludes that dispersion modeling cannot clearly demonstrate that this area is not attaining the $SO_2$ NAAQS. Therefore, it should be designated as unclassifiable until a monitoring assessment can be performed.

In addition, Luminant is planning fuel changes by the end of 2017 for Big Brown to the use of 100% Powder River Basin ("PRB") coal, which has a sulfur content that is about 30-40% lower than that of the current fuel mix. To determine the effect of this fuel change on actual $SO_2$ concentrations that would be monitored, a conservative $SO_2$ characterization modeling analysis is also provided in the last section of this report.

## 1.2   Report Organization

Section 2 of this report describes the Big Brown Steam Electric Station and the other emission sources within 20 km of Big Brown. This section also describes available regional monitoring data. Section 3 describes the EPA's basic dispersion model approach and significant over-prediction biases associated with this approach that make it unreliable in this case to establish the attainment status of Big Brown. Section 4 further expands this discussion by reviewing modeling results prepared by Sierra Club and finds that with the consideration of over-prediction biases, a more accurate assessment of the $SO_2$ characterization, through monitoring, could readily result in a finding of attainment. Section 5 provides the results of the future case $SO_2$ characterization using conservative modeling approaches with the planned fuel change taken into account.

## 1.3   Acknowledgement

The authors would like to recognize the assistance provided by Mr. Jeremy Halland of Luminant, who participated with AECOM in the AERMOD modeling runs and in the quality assurance of the results.

---

[1] 75 FR 35571 is the final rule for the 2010 $SO_2$ NAAQS.

**Figure 1-1:    Topographic Map Showing Big Brown and Vicinity**



# 2.0   Description of Big Brown and Regional Emission Sources

## 2.1   Big Brown Steam Electric Station

Big Brown Steam Electric Station is a 1,187-megawatt coal-fired power plant located in the eastern portion of Freestone County at Fairfield Lake, approximately 9.5 miles northeast of Fairfield, Texas. The station operates two boilers exhausting through two identical 400-ft (122-meter) tall stacks, as shown in Figure 2-1.  The area surrounding Big Brown is considered rural, with mostly simple terrain extending to at least 50 km from the facility.  The power plant has the Fairfield Lake on its southern boundary.

**Figure 2-1:   Big Brown Steam Electric Station Photograph**



Image courtesy: http://hawcreekoutdoors.com/galleries/fairfield_lake/060.htm

## 2.2   Regional Sources and Background Monitors

EPA's Technical Support Document regarding Texas Consent Decree sources[2] ("EPA Texas TSD") indicates that there are no large $SO_2$ sources within 20 km of Big Brown.  EPA guidance (the March 1,

---

[2] Available at https://www3.epa.gov/so2designations/round2/06_TX_tsd.pdf.

2011 Clearinghouse Memo,[3] EPA's proposed Appendix W changes published on July 29, 2015,[4] and EPA's $SO_2$ Modeling Technical Assistance Document (TAD)[5]) indicate that such distant sources would not be expected to produce a significant concentration gradient in the area of Big Brown and thus would be included in the regional background estimate. The EPA Texas TSD provides a table of monitored design concentrations for two regional $SO_2$ monitors as shown below.

**Table 2-1:    Available Air Quality Data for the Area Closest to Big Brown**

| County | Air Quality Systems (AQS) Monitor ID | Monitor Location | Distance to Big Brown (mi) | 2012 – 2014 $SO_2$ Design Value (ppb) |
|---|---|---|---|---|
| Navarro | 48-349-1051 | Corsicana | 25 | 35 |
| McLennan | 48-309-1037 | Waco | 61 | 06 |

Because the Corsicana monitor is downwind of the predominant wind direction (S-SE winds) from Big Brown, its data already incorporate impacts from Big Brown.  The Waco monitor is a more appropriate indicator of regional background, and the concentration value for that monitor (6 ppb) is reasonably close (within 3 ppb) of the value assumed by the Sierra Club in their modeling (discussed in Section 3).

---

[3] http://www.epa.gov/scram001/guidance/clarification/Additional_Clarifications_AppendixW_Hourly-NO2-NAAQS_FINAL_03-01-2011.pdf.

[4] 80 FR 45340, July 29, 2015.

[5] https://www3.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf.

# 3.0   Dispersion Modeling Approach and Limitations

The suitability of an air quality dispersion model for a particular application is dependent upon several factors.  The following selection criteria have been evaluated:

- stack height relative to nearby structures;

- dispersion environment;

- local terrain; and

- representative meteorological data.

The US EPA Guideline on Air Quality Models (Appendix W[6]) prescribes a set of approved models for regulatory applications for a wide range of source types and dispersion environments.  Based on a review of the factors discussed below, the latest version of AERMOD (15181) would typically be selected for a modeling approach to characterize $SO_2$ concentrations near Big Brown.  Notably, this model was developed for use in permitting and, as a result, tends to over predict impacts.

## 3.1   Sierra Club Modeling Submittal

EPA's only basis for proposing to reject the State of Texas's recommended designations is AERMOD modeling conducted by the Sierra Club for the characterization of $SO_2$ concentrations near Big Brown. The associated modeling files (dated December 15, 2015) have been provided to EPA and also to Luminant.  AECOM and Luminant have reviewed those files, and we offer the following bulleted comments that discuss the Sierra Club submittal to EPA.

- AERMOD version 15181 was used in the modeling.  This is the current EPA-issued version.

- The modeling included sources well beyond 20 km from Big Brown.   This inclusion is inconsistent with the EPA guidance[4,5] noted above.

- The modeling used receptors with a 1.5-m flagpole height, which is inconsistent with EPA's recommendation in the TSD of zero for the flagpole height.

- The receptor grid extended to 50 km, which is well beyond the peak impact distance (expected to be within 5 km).   A receptor grid out to 20 km is more appropriate.

- The receptor coverage near the plant did not properly exclude areas that are not appropriate for siting a monitor, such as areas under the control of Luminant or that are on other industrial property.  As indicated by EPA in the $SO_2$ Modeling Technical Assistance Document (TAD) and confirmed in an e-mail from James Thurman of EPA's Office of Air Quality Planning and Standards (see Appendix A), these areas (among others) are not appropriate for monitoring and therefore should not be included in the $SO_2$ characterization modeling.  The areas that should plainly be excluded from modeling are shown in Figure 3-1.  Additional areas may also be excluded after further review, depending on local terrain, land ownership, accessible power, and other factors affecting monitoring siting.

---

[6] http://www.epa.gov/ttn/scram/guidance/guide/appw_05.pdf

**Figure 3-1:    Areas to be Excluded from SO₂ Characterization Modeling for Big Brown**



Note:  Areas excluded from receptor placement include:

- Fairfield Lake and wetland areas
- Parcels of land owned and controlled by Luminant Generation and Luminant Mining.

- The Sierra Club did not include buildings in the modeling.   We expect that the modeling results are not extremely sensitive to this issue because the stack heights are well above the buildings and there is considerable momentum and buoyancy rise for the stack plumes.

- The Sierra Club used actual hourly emission rates from the EPA's Clean Air Markets database.   This is generally accurate, except that some hourly emissions could be listed as high default values in the event that the data were not available from the Continuous Emission Monitor (CEM) database.   Regardless, as is typical, the CEMS for Big Brown as reported to EPA are biased high to ensure emissions are not underreported in compliance with Part 75.   Accordingly, the Sierra Club model results will overstate actual impacts.

- The Sierra Club used a single set of stack parameters for modeling all emission rates, which is not accurate and could result in more persistent impacts than the use of varying stack parameters would provide.   While EPA states that this approach was in accordance with the best practices outlined in the $SO_2$ Modeling TAD, other more refined approaches for improving model performance should be incorporated.   In addition to the use of actual hourly stack parameters, addressing plume-merging effects from aligned sources can reduce over-estimation.   The AECOM-developed procedure called "AERLIFT" is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources, such as Big Brown Unit 1 and Unit 2. The tendency of adjacent stack plumes to at least partially merge is a function of several factors which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed).[7] Not accounting for the tendency of adjacent stacks to at least partially merge, results in the over-prediction of modeled impacts from the sources.

- The Sierra Club modeling used surface data from Corsicana and upper air data from Dallas-Ft Worth.   This data selection and the method of processing were generally consistent with EPA guidance.

- The Sierra Club modeling did not use any of the EPA-proposed low wind options.   This approach can lead to significant model over-predictions.   We provide in Appendices B, C, and D studies that support this conclusion.   The documents include a peer-reviewed paper in Appendix B, a follow-up paper submitted for publication in Appendix C, and a study that addresses and refutes Sierra Club claims that the low wind options result in AERMOD under-predictions for the $SO_2$ NAAQS modeling in Appendix D.

- The results of the Sierra Club modeling are substantially affected by the penetrated plume issue with AERMOD that is further discussed in the next subsection.   This problem with AERMOD results in a significant over-prediction tendency of approximately a factor of 2.   Thus, any modeling results within a factor of 2 over the NAAQS would not be a reliable indicator of nonattainment with the $SO_2$ NAAQS and would indicate that an unclassifiable designation is appropriate.

## 3.2    Penetrated Plume Problem with AERMOD

In numerous AERMOD applications for tall stacks in relatively flat terrain, AECOM has observed, through the use of freely-available AERMOD debugging software,[8] that the peak concentrations are

---

[7] Paine, R., Warren, L.L., Moore, G.E., Source Characterization Refinements for Routine Modeling Applications, Atm. Env. 129 (2016), 55-67.  doi: 10.1016/j.atmosenv.2016.01.003.

[8] The "DISTANCE DEBUG" output capability of AERMOD is documented and freely available from EPRI at https://sourceforge.net/projects/epri-dispersion/.

dominated by convective conditions (usually the morning) with low mixing heights. A penetrated plume condition occurs when the plume rises into the stable layer above a shallow convective boundary layer. Rapid mixing of such plumes to the ground is not expected. The previous EPA-approved Industrial Source Complex model[9] assumed zero ground-level concentrations for this type of condition.

This condition was further discussed by Paine[10] at the 11th Modeling Conference. Our review of Sierra Club modeling results for Big Brown that were re-run with a "DISTANCE DEBUG" enhanced AERMOD debugging output confirms that the Big Brown peak AERMOD-predicted concentrations are caused by the simulated penetrated plume. We conclude that Sierra Club's modeling is materially affected by this known flaw in AERMOD.

This over-prediction scenario is also observed in a case study of emissions from Gibson Generating Station in southeastern Indiana, discussion below, where the AERMOD-predicted concentrations exceeded measured values by about a factor of 2. AERMOD erroneously simulates this type of plume to mix to the ground rapidly (faster than expected) and to result in the highest concentrations of any dispersion condition.

The Paine presentation noted above cites two independent evaluation studies that both resulted in an over-prediction of 50% or more for this condition, suggesting that the model overstates the rate of vertical mixing of the plume. One of the evaluation databases cited for this conclusion, addressed the Gibson Generating Station noted above, where EPA was recently presented[11] with conflicting information:

- A network of well-sited $SO_2$ monitors indicated an $SO_2$ design concentration of 72 ppb, which is about 64 ppb without background.[12]

- The modeled value without background was about 123 ppb, about twice that of the monitor. This finding, relying on a more recent database, shows an even higher over-prediction tendency than that first reported by Paine et al.[11]

It is clear that the Sierra Club results for Big Brown are influenced by a similar penetrated plume problem. There is no current means for quantitatively addressing the AERMOD over-prediction issue. The best practice is to account for it by taking the modeled design concentration value and recognizing that an unbiased estimate concentration characterization could reduce this modeled estimate by up to 50%. The implications of this issue for Big Brown are further discussed in Section 4.

---

[9] EPA, 1995. User's Guide for the Industrial Source Complex (ISC3) Dispersion Models. EPA-454/B-95-003a. Available at http://www3.epa.gov/ttn/scram/userg/regmod/isc3v1.pdf.

[10] Paine R., 2015. Presentation made at EPA's 11th Modeling Conference. Available at http://www.epa.gov/ttn/scram/11thmodconf/presentations/2-4_Penetrated_Plume_Issues.pdf.

[11] EPA, 2016. Technical Support Document for Indiana Area Designations for the 2010 SO2 Primary National Ambient Air Quality Standard. Available at http://www3.epa.gov/so2designations/round2/05_IN_tsd.pdf.

[12] LADCO $SO_2$ Protocol presentation (indicating 8 ppb SO2 background). Available at http://www.cleanairinfo.com/regionalstatelocalmodelingworkshop/archive/2011/Presentations/3-Tuesday_PM/3-2_2011_RSL_ModelersWorkshop_Reg5SO2SIP_MSheffer.pdf.

# 4.0    Proposed Approach for SO$_2$ Characterization Near Big Brown: Current Emissions

The only basis for EPA's proposed rejection of Texas's designation is the Sierra Club modeling, which reports a design concentration for Big Brown is 387.9 µg/m$^3$, of which 7.8 µg/m$^3$ is due to background. This leaves Sierra Club's modeled impact for Big Brown alone to be about 380 µg/m$^3$.

This modeling result fails to account for any of the over-prediction issues addressed above, including, CEMS bias, no consideration of partial plume merging from adjacent stacks (AERLIFT), EPA-proposed low wind options, and the penetrated plume issue. Nor does it use the most recent three years of emissions data, for which Big Brown's SO$_2$ emissions in 2015 were 18% lower than those in 2012. As a result, these modeling results do not clearly demonstrate that a monitor would have shown nonattainment.

To quantify the impact of these over-predictions for Big Brown, we have compared the results to the monitoring and modeling reported in the Gibson case.

This is appropriate because the Gibson modeling situation is similar to that of Big Brown in several ways:

- Tall stacks associated with an isolated source are being modeled.

- The terrain in the area is relatively flat.

- The peak predictions are associated with the penetrated plume issue.

- The plant is bordered by a large lake, which tends to limit convective activity and cast further doubt on the model's rapid mixing of the penetrated plume to the ground.

For Gibson, there were multiple monitors located near the source, including monitors near the highest projected concentrations. However, the peak model-predicted concentration was about a factor of 2 higher than the monitored concentration, excluding background. In light of the over-prediction problems discussed above, a similar correction to the Sierra Club's modeled design concentration would be appropriate as a correction to the model results. Accordingly, we compute an adjusted (approximately unbiased) result that accounts for the lower emissions for 2015 relative to 2012 by adjusting the results for 2012 in the 3-year averaging. This result also accounts for the potential factor-of-2 over-prediction due to the penetrated plume (but not accounting for low wind options or AERLIFT issues) and the non-scaling of the 8 µg/m$^3$ background: about 189 µg/m$^3$.

The result shows that the dispersion modeling cannot clearly demonstrate nonattainment of the standard, given that appropriate adjustments based on field evidence indicate attainment of the standard. Because the modeling is unclear, an appropriate designation at this time should be "unclassifiable."

# 5.0   Future Case SO$_2$ Characterization Modeling Analysis

The future operation of electric generating units ("EGUs"), which may vary between different regions of the country, is forecasted with some certainty throughout the industry.  These forecasted operations account for implementation of newly promulgated rules in addition to numerous other factors.  Several rules, including the Mercury and Air Toxics Standards rule, are anticipated to achieve SO$_2$ reductions from EGUs beginning in 2015.  The effects of these rules and Luminant's forecasted operations are reviewed for the impact they may have on ambient air quality over the next three years.

## 5.1   Expected Future Operations at Big Brown

An evaluation of the three-year period, reflective of the ambient monitoring period for emission sources designated as unclassifiable, was made regarding the anticipated operation of Big Brown Units 1 and 2.  The current expectations are that starting in 2018 and going forward, Big Brown will begin exclusively using a Powder River Basin ("PRB") coal with substantially lower sulfur content than the lignite/PRB blend that is currently used at the plant.

As demonstrated in the modeling analysis provided in this section, we have performed a refined dispersion modeling analysis using the most recent three years of actual operations as a starting point to demonstrate the future air quality in the Big Brown area will continue to attain the 1-hour SO$_2$ NAAQS.  To best estimate the operations of the plant in 2017 – 2019, the refined modeling approach uses actual data from 2013 – 2015 as follows.  The actual hourly stack parameters and actual hourly emission rates for 2013 are used for 2017 operations.  With the assumption of the fuel change at the end of 2017, the modeling for 2018 and 2019 SO$_2$ concentrations uses adjusted hourly emission rates for 2014-2015 based on actual hourly heat input data and the expected PRB fuel sulfur content.  The expected operation for 2018-2019 (i.e., using 2014-2015 heat input) using PRB will result in approximately 30-40% lower SO$_2$ emissions than emissions during the 2014-2015 period, due solely to the fuel switch.  This modeling approach is extremely conservative because it assumes that 2017 operations will be identical to 2013 operations, while emissions in 2013 were the highest of the 2013-2015 time period and because current market considerations for plant dispatching indicate a lower plant utilization in the 2017-2019 period than during the 2013-2015 period.

EPA's Modeling Technical Assistance Document (TAD)[13]  provides an extensive discussion for many approaches to characterize actual emissions in its Section 5.2.3.  This discussion supports the use of reasonable methods to estimate hourly emissions such as a conservative scaling of previous emissions from Big Brown to the future use of the lower sulfur fuel.

The following sections describe various aspects of the AERMOD model input preparation.

## 5.2   Good Engineering Practice Stack Height Analysis

Good engineering practice (GEP) stack height is defined as the stack height necessary to ensure that emissions from the stack do not result in excessive concentrations of any air pollutant as a result of

---

[13] https://www3.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf.

atmospheric downwash, wakes, or eddy effects created by the source, nearby structures, or terrain features.

A GEP stack height analysis was performed for the two boiler stacks at Big Brown with the USEPA's Building Profile Input Program (BPIP). BPIP was used to develop the building/structural information required for input to AERMOD to simulate building downwash in the dispersion modeling. A total of 23 buildings were included into the GEP analysis. The locations of the buildings relative to the stacks are shown in Figure 5-1. Since EPA's Technical Assistance Document for modeling specifies that actual stack heights should be used in this modeling characterization of $SO_2$ concentrations, the GEP analysis was used to provide input of building dimensions to AERMOD, but not to change the stack height input from the actual value for input to the modeling.

## 5.3    Dispersion Environment

The application of AERMOD requires characterization of the local (within 3 kilometers) dispersion environment as either urban or rural, based on a US EPA-recommended procedure that characterizes an area by prevalent land use. This land use approach classifies an area according to 12 land use types. In this scheme, areas of industrial, commercial, and compact residential land use are designated urban. According to US EPA modeling guidelines, if more than 50% of an area within a 3-km radius of the facility is classified as rural, then rural dispersion coefficients are to be used in the dispersion modeling analysis. Conversely, if more than 50% of the area is urban, urban dispersion coefficients are used. As shown in Figure 1-1, the 3-km area surrounding Big Brown is rural. Therefore, rural dispersion was assumed.

## 5.4    Model Receptor Grid and Terrain

AERMAP (version 11103) was used to generate modeling receptors. A Cartesian receptor grid was generated as an input to AERMOD with the following spacing:

•    0 km to 2 km with 100 meter spacing,

•    2 km to 5 km with 250 meter spacing,

•    5 km to 10 km with 500 meter spacing, and

•    10 km to 50 km with 1,000 meter spacing.

Terrain elevations from 30-meter National Elevation Data (NED) from USGS were processed with AERMAP to develop the receptor terrain elevations required by AERMOD.

Receptors were removed from Luminant property and locations where an $SO_2$ monitor could not physically be placed (e.g., over water and on roadways). In particular, receptors were removed over Fairfield Lake as well as adjacent mining property to the north and south. This approach is consistent with the $SO_2$ Modeling TAD, although the receptor grid used in this report is conservative because additional areas could likely also be excluded depending on local terrain, land ownership, accessible power and other factors affecting monitoring siting. Figure 5-2 and 5-3 show the receptor network used in the modeling.

## 5.5    Meteorological Data Processing

Meteorological data from Corsicana, TX and upper air observations from Dallas-Ft.Worth, TX (see Figure 5-4) were processed using AERMET (version 15181) and included 1-minute wind data using

AERMINUTE (version 15272) to reduce the occurrence of calm wind observations. The most recent three years of data, 2013-2015, were used to generate the surface and profile meteorological data files for AERMOD. Figure 5-5 shows the 3-year average (2013-2015) wind rose. In the AERMINUTE processing, the low wind speed threshold was set to 0.5 m/s. Processing was performed in AERMET using both the default and ADJ_U* options, although we found that the modeling results are insensitive to the ADJ_U* option.

AERMET requires specification of the meteorological station site characteristics including surface roughness ($z_o$), albedo (r), and Bowen ratio ($B_o$). These parameters were developed using the EPA's AERSURFACE tool, version 13016. The Bowen ratio is an indicator of surface moisture and the albedo is a measure of the reflectivity of the land surface. Together, these indicators are used by AERMET to estimate the boundary layer parameters for determining the stability of the atmosphere. The surface roughness is related to the heights of obstacles to the wind flow and is used to parameterize other surface stability indicators in AERMET.

The Bowen ratio and albedo associated with land use characteristics are calculated in AERSURFACE within a 10 km by 10 km area centered on the Corsicana Airport. The general surface characteristics within the 100 square kilometer area are very similar between the Big Brown site and the Corsicana airport. Surface roughness is estimated by AERSURFACE using the USGS NLCD 1992 land use data, within a 1-km radius centered on the Big Brown site, consistent with TCEQ modeling guidance.[14] A single 360-degree sector was used to calculate the roughness length at the site.

AERMET creates two output files for input to AERMOD:

- SURFACE: a file with boundary layer parameters such as sensible heat flux, surface friction velocity, convective velocity scale, vertical potential temperature gradient in the 500-meter layer above the planetary boundary layer, and convective and mechanical mixing heights. Also provided are values of Monin-Obukhov length, surface roughness, albedo, Bowen ratio, wind speed, wind direction, temperature, and heights at which measurements were taken.

- PROFILE: a file containing multi-level meteorological data with wind speed, wind direction, temperature, sigma-theta ($\sigma_\Theta$) and sigma-w ($\sigma_w$) when such data are available.

Figure 5-4 shows the locations of the meteorological stations mentioned above in relation to Big Brown.

## 5.6    Emissions and Stack Parameters

Hourly $SO_2$ emissions (before scaling for the characterization representing 2018 and 2019 emissions) for Big Brown were obtained from the EPA Clean Air Markets Division's (CAMD) Air Markets Program Data for the latest three years (2013-2015). The actual hourly emission rates for 2013 are used for 2017 operations. With the assumption of the fuel change at the end of 2017, the modeling for 2018 and 2019 $SO_2$ concentrations uses adjusted hourly emission rates for 2014-2015 based on actual hourly heat input data and the expected PRB fuel sulfur content. As recommended in the $SO_2$ Modeling TAD, the actual stack heights of the two Big Brown stacks were used in the modeling. Table 5-1 summarizes the stack locations and exhaust parameters used in this modeling analysis. Regardless, as is typical, the CEMS for Big Brown are biased high in order to ensure emissions are

---

[14] http://www.tceq.state.tx.us/assets/public/permitting/air/Modeling/guidance/airquality-mod-guidelines6232.pdf.

not underreported in compliance with Part 75. Accordingly, the model results will overstate actual impacts.

For Big Brown Units 1 and 2, hourly stack temperature and stack velocity were input into the model for the three-year period. These data were provided by Luminant based on CEMS data collected at each source.

**Table 5-1:    Modeling Parameters**

| Plant/ Unit # | X (m) | Y (m) | SO$_2$ Emissions | Stack Height (m) | Exit Velocity (m/s) | Temperature (K) | Diameter (m) |
|---|---|---|---|---|---|---|---|
| Big Brown 1 | 778776 | 3524294 | Vary by hour | 121.92 | Vary by hour | Vary by hour | 6.55 |
| Big Brown 2 | 778734 | 3524370 | Vary by hour | 121.92 | Vary by hour | Vary by hour | 6.55 |

## 5.7    Source Characterization and Model Options

In addition to the default model options discussed above, certain refinements are appropriate to accurately characterize SO$_2$ concentrations in the vicinity of Big Brown. These refinements involve implementation of the source characterization technique called AERLIFT[15] and low wind model options that are currently proposed by EPA to be future default options in AERMOD.

In a proposed rulemaking published in the July 29, 2015 Federal Register, the EPA released a revised version of AERMOD (version 15181), and proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions. These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option. Dispersion modeling was conducted using proposed EPA changes to the preferred modeling approaches with beta ADJ_U* and LOWWIND3 options.

The modeling analysis was performed using a combination of AERLIFT and EPA-proposed low wind options to provide supplemental information to EPA as a conservatively high estimate of the future SO$_2$ concentrations in the vicinity of the plant.

In addition to the use of actual hourly stack parameters and the low wind options, the AECOM-developed procedure called "AERLIFT" was implemented. AERLIFT is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources, such as Big Brown Unit 1 and Unit 2. The tendency of adjacent stack plumes to at least partially merge is a function of several factors, which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed).

---

[15] AERLIFT and other source characterization options are described in a peer-reviewed journal article: Paine, R., Warren, L.L., Moore, G.E., Source Characterization Refinements for Routine Modeling Applications, *Atm. Env.* 129 (2016), 55-67. doi: 10.1016/j.atmosenv.2016.01.003.

## 5.8    Background Concentrations

In addition to estimating the impacts from Big Brown, the impacts from other sources of $SO_2$ in the region were considered for inclusion in the modeling.  There is no major $SO_2$ source within at least 20 km from Big Brown, so no other sources were included in the modeling.  The total concentration for characterizing the 1-hour $SO_2$ NAAQS concentrations was calculated by adding the modeled concentration to the regional background concentrations from the Waco $SO_2$ monitor in McLennan County (AQS ID 48-309-1037), located about 97 kilometers away from Big Brown, shown in Figure 5-7.  The Waco monitor represents a conservative background estimate of the background sources of $SO_2$ that are not included in the modeling.

The modeling analysis included seasonal diurnal background values developed using the procedures described in the EPA's March 1, 2011 Memorandum.[16]  Page 20 of the memorandum outlines the methodology for calculating background $SO_2$ values that vary by season and hour of day. The background values were calculated using the most recent 3-year period (2013-2015) and added internally in AERMOD to the predicted concentration for comparison with the 1-hour $SO_2$ NAAQS of 196.5 µg/m$^3$.  The Waco $SO_2$ concentrations are listed in Table 5-2 and displayed in Figure 5-6.

---

[16] http://www.epa.gov/scram001/guidance/clarification/Additional_Clarifications_AppendixW_Hourly-NO2-NAAQS_FINAL_03-01-2011.pdf

**Table 5-2:    Waco SO$_2$ Monitor Seasonal Hour-of-Day Concentration**

| Hour of Day | 2013-2015 Average Concentration ($\mu g/m^3$) | | | |
|---|---|---|---|---|
| | **Winter** | **Spring** | **Summer** | **Fall** |
| 1 | 3.66 | 3.49 | 3.49 | 2.88 |
| 2 | 3.57 | 3.14 | 3.92 | 9.85 |
| 3 | 5.05 | 3.49 | 3.57 | 2.96 |
| 4 | 4.97 | 2.35 | 3.31 | 7.41 |
| 5 | 4.01 | 1.92 | 2.18 | 2.79 |
| 6 | 2.53 | 1.83 | 2.44 | 2.70 |
| 7 | 2.35 | 1.92 | 1.92 | 2.53 |
| 8 | 2.35 | 2.09 | 2.09 | 2.79 |
| 9 | 3.05 | 2.00 | 3.05 | 3.92 |
| 10 | 4.10 | 4.44 | 6.36 | 7.58 |
| 11 | 8.89 | 5.40 | 6.27 | 9.24 |
| 12 | 6.27 | 4.01 | 4.44 | 8.45 |
| 13 | 9.24 | 4.27 | 4.71 | 7.06 |
| 14 | 8.89 | 6.01 | 5.05 | 8.54 |
| 15 | 7.76 | 4.62 | 3.83 | 7.58 |
| 16 | 6.71 | 4.01 | 3.40 | 7.23 |
| 17 | 9.67 | 4.01 | 3.66 | 5.75 |
| 18 | 6.27 | 4.27 | 3.83 | 7.15 |
| 19 | 5.58 | 3.83 | 3.66 | 6.19 |
| 20 | 4.97 | 8.19 | 3.66 | 6.45 |
| 21 | 6.45 | 5.66 | 5.14 | 7.23 |
| 22 | 4.36 | 6.97 | 6.45 | 5.75 |
| 23 | 4.62 | 6.36 | 5.32 | 4.27 |
| 24 | 3.31 | 4.71 | 4.44 | 3.57 |

Note: Hours are the ending hour (i.e., Hour 1 is the period from midnight through 1 AM).

## 5.9    Modeling Results for the Future Case

The modeling results of 99th percentile maximum daily 1-hour average concentrations over the 3 years modeled are presented in Table 5-3.  The table shows that the predicted impacts for Big Brown by itself, as well as that from background are below the 1-hour SO$_2$ NAAQS.  Notably, this modeled result does not take into account the documented substantial over-prediction due to the penetrated plume issue for AERMOD.   Therefore, the results reported here significantly overstate the expected SO$_2$ concentrations.

A plot depicting the model-predicted concentrations and the location of the maximum predicted impact of 195.6 $\mu g/m^3$ is provided as Figure 5-7.  The peak impact occurs in an area covered by 100-meter spaced receptors.  This modeling result indicates that a conservative assessment of SO$_2$ emissions during the 2017-2019 monitoring period would be expected to continue to show NAAQS attainment.

**Table 5-3:    AERMOD Modeled Design 1-hour SO$_2$ Concentration Results**

| | 1-hour SO$_2$ Concentration ($\mu g/m^3$) | | | |
|---|---|---|---|---|
| **Facility** | **Facility Alone** | **All Sources & Background** | **1-hour SO$_2$ NAAQS** | **Below NAAQS?** |
| Big Brown | 189.63 | 195.56 | 196.5 | Yes |

**Figure 5-1:   Big Brown Structures and Stacks Used in the GEP Analysis**



**Figure 5-2:    Big Brown Modeling Far-Field Receptor Grid**



**Figure 5-3:    Big Brown Modeling Near-Field Receptor Grid**



**Figure 5-4:    Location of Meteorological Stations and SO$_2$ Monitor Relative to Big Brown Steam Electric Station**



**Figure 5-5:   Corsicana, TX Wind Rose (2013-2015)**



**Figure 5-6:    2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of Day at Waco SO$_2$ Monitor**



**Figure 5-7:   99th percentile 3-year average 1-hour SO₂ Concentration Isopleths with LOWWIND3 and AERLIFT Options**



Environment

**Appendix A**

**E-mail from James Thurman to Robert Paine Regarding Receptor Placement for SO$_2$ Data Requirements Rule Modeling**

**From:** Thurman, James [mailto:Thurman.James@epa.gov]
**Sent:** Tuesday, January 26, 2016 1:10 PM
**To:** Paine, Bob
**Cc:** Wallace, Larry
**Subject:** RE: question regarding placement of model receptors for SO2 concentration characterization

Bob,
  The same policy as below generally fits the case you describe.

James

James A. Thurman, Ph.D.
U.S. EPA/OAQPS/AQAD
Air Quality Modeling Group (C439-01)
109 T.W. Alexander Drive
Research Triangle Park, NC 27711
Phone:  (919) 541-2703
Fax:  (919) 541-0044
Email:  thurman.james@epa.gov

**From:** Paine, Bob [mailto:bob.paine@aecom.com]
**Sent:** Tuesday, January 26, 2016 9:30 AM
**To:** Thurman, James <Thurman.James@epa.gov>
**Cc:** Wallace, Larry <Wallace.Larry@epa.gov>
**Subject:** RE: question regarding placement of model receptors for SO2 concentration characterization

Thanks, James.   One question on receptor placement that has come up recently on this same topic is steep terrain, especially in generally inaccessible areas with no nearby power.   What is EPA's policy on placing receptors for the SO2 characterization in such areas?

Bob

**From:** Thurman, James [mailto:Thurman.James@epa.gov]
**Sent:** Tuesday, January 26, 2016 8:56 AM
**To:** Paine, Bob
**Cc:** Wallace, Larry
**Subject:** RE: question regarding placement of model receptors for SO2 concentration characterization

Bob,
Yes that is correct.

James

James A. Thurman, Ph.D.
U.S. EPA/OAQPS/AQAD
Air Quality Modeling Group (C439-01)

109 T.W. Alexander Drive
Research Triangle Park, NC 27711
Phone:  (919) 541-2703
Fax:  (919) 541-0044
Email:  thurman.james@epa.gov

**From:** Paine, Bob [mailto:bob.paine@aecom.com]
**Sent:** Tuesday, January 26, 2016 8:53 AM
**To:** Thurman, James <Thurman.James@epa.gov>
**Cc:** Wallace, Larry <Wallace.Larry@epa.gov>
**Subject:** question regarding placement of model receptors for SO2 concentration characterization

James, I was provided some notes from a call conducted with you, Scott Mathias, and Andy Chang of EPA by UARG's Ambient Standards and Nonattainment Committees by teleconference on April 20, 2015, to answer questions concerning EPA's plans concerning designations of areas for the 1-hour SO2 NAAQS.

One area of discussion that was reported from the call was the placement of receptors in the modeling for SO2 concentration characterization.  The UARG call notes indicated that EPA stated that for purposes of the area designation process, receptors should not be sited where a monitor could not be placed.  Accordingly, receptors are not to be placed over water (rivers, lakes, ponds, and swamps), in a different country, on the secured property of another industrial source, on a roadway, railroad track, or similar pathway used by vehicles, or on active landfills or dredge spoils areas.

Is that a correct interpretation of EPA's policy?

Regards,

Bob Paine, CCM, QEP
Associate Vice President
Environment
D 978.905.2352
bob.paine@aecom.com

**AECOM**
250 Apollo Drive, Chelmsford, MA  01824
T 978.905.2100  F 978.905.2101
www.aecom.com

**Appendix B**

**Journal of Air & Waste Management Association Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND2)**



**Journal of the Air & Waste Management Association**



ISSN: 1096-2247 (Print) 2162-2906 (Online) Journal homepage: http://www.tandfonline.com/loi/uawm20

# Evaluation of low wind modeling approaches for two tall-stack databases

**Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping & Naresh Kumar**

**To cite this article:** Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping & Naresh Kumar (2015) Evaluation of low wind modeling approaches for two tall-stack databases, Journal of the Air & Waste Management Association, 65:11, 1341-1353, DOI: 10.1080/10962247.2015.1085924

**To link to this article:** http://dx.doi.org/10.1080/10962247.2015.1085924

View supplementary material

Accepted author version posted online: 24 Aug 2015.

Submit your article to this journal

Article views: 47

View related articles

View Crossmark data

Full Terms & Conditions of access and use can be found at
http://www.tandfonline.com/action/journalInformation?journalCode=uawm20

Download by: [204.76.196.12]

App. 614

**Date:** 03 November 2015, At: 20:11

Downloaded by [204.76.196.12] at 20:11 03 November 2015

TECHNICAL PAPER

# Evaluation of low wind modeling approaches for two tall-stack databases

Robert Paine,[1,*] Olga Samani,[1] Mary Kaplan,[1] Eladio Knipping,[2] and Naresh Kumar[2]

[1]AECOM, Chelmsford, MA, USA
[2]Electric Power Research Institute, Palo Alto, CA, USA
*Please address correspondence to: Robert Paine, AECOM, 250 Apollo Drive, Chelmsford, MA 01824, USA; e-mail: bob.paine@aecom.com

The performance of the AERMOD air dispersion model under low wind speed conditions, especially for applications with only one level of meteorological data and no direct turbulence measurements or vertical temperature gradient observations, is the focus of this study. The analysis documented in this paper addresses evaluations for low wind conditions involving tall stack releases for which multiple years of concurrent emissions, meteorological data, and monitoring data are available. AERMOD was tested on two field-study databases involving several $SO_2$ monitors and hourly emissions data that had sub-hourly meteorological data (e.g., 10-min averages) available using several technical options: default mode, with various low wind speed beta options, and using the available sub-hourly meteorological data. These field study databases included (1) Mercer County, a North Dakota database featuring five $SO_2$ monitors within 10 km of the Dakota Gasification Company's plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain, and (2) a flat-terrain setting database with four $SO_2$ monitors within 6 km of the Gibson Generating Station in southwest Indiana. Both sites featured regionally representative 10-m meteorological databases, with no significant terrain obstacles between the meteorological site and the emission sources. The low wind beta options show improvement in model performance helping to reduce some of the overprediction biases currently present in AERMOD when run with regulatory default options. The overall findings with the low wind speed testing on these tall stack field-study databases indicate that AERMOD low wind speed options have a minor effect for flat terrain locations, but can have a significant effect for elevated terrain locations. The performance of AERMOD using low wind speed options leads to improved consistency of meteorological conditions associated with the highest observed and predicted concentration events. The available sub-hourly modeling results using the Sub-Hourly AERMOD Run Procedure (SHARP) are relatively unbiased and show that this alternative approach should be seriously considered to address situations dominated by low-wind meander conditions.

Implications: AERMOD was evaluated with two tall stack databases (in North Dakota and Indiana) in areas of both flat and elevated terrain. AERMOD cases included the regulatory default mode, low wind speed beta options, and use of the Sub-Hourly AERMOD Run Procedure (SHARP). The low wind beta options show improvement in model performance (especially in higher terrain areas), helping to reduce some of the overprediction biases currently present in regulatory default AERMOD. The SHARP results are relatively unbiased and show that this approach should be seriously considered to address situations dominated by low-wind meander conditions.

## Introduction

During low wind speed (LWS) conditions, the dispersion of pollutants is limited by diminished fresh air dilution. Both monitoring observations and dispersion modeling results of this study indicate that high ground-level concentrations can occur in these conditions. Wind speeds less than 2 m/sec are generally considered to be "low," with steady-state modeling assumptions compromised at these low speeds (Pasquill et al., 1983). Pasquill and Van der Hoven (1976) recognized that for such low wind speeds, a plume is unlikely to have any definable travel. Wilson et al. (1976) considered this wind speed (2 m/sec) as the upper limit for conducting tracer experiments in low wind speed conditions.

Anfossi et al. (2005) noted that in LWS conditions, dispersion is characterized by meandering horizontal wind oscillations.

They reported that as the wind speed decreases, the standard deviation of the wind direction increases, making it more difficult to define a mean plume direction. Sagendorf and Dickson (1974) and Wilson et al. (1976) found that under LWS conditions, horizontal diffusion was enhanced because of this meander and the resulting ground-level concentrations could be much lower than that predicted by steady-state Gaussian plume models that did not account for the meander effect.

A parameter that is used as part of the computation of the horizontal plume spreading in the U.S. Environmental Protection Agency (EPA) preferred model, AERMOD (Cimorelli et al., 2005), is the standard deviation of the crosswind component, $\sigma_v$, which can be parameterized as being proportional to the friction velocity, $u_*$ (Smedman, 1988; Mahrt, 1998). These investigators

Journal of the Air & Waste Management Association, 65(11):1341–1353, 2015. Copyright © 2015 A&WMA. ISSN: 1096-2247 print
DOI: 10.1080/10962247.2015.1085924. Submitted March 17, 2015; final version submitted July 20, 2015; accepted August 11, 2015.
Color versions of one or more of the figures in the article can be found online at www.tandfonline.com/uawm.

App. 615

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*

Downloaded by [204.76.196.12] at 20:11 03 November 2015

found that there was an elevated minimum value of $\sigma_v$ that was attributed to meandering. While at higher wind speeds small-scale turbulence is the main source of variance, lateral meandering motions appear to exist in all conditions. Hanna (1990) found that $\sigma_v$ maintains a minimum value of about 0.5 m/sec even as the wind speed approaches zero. Chowdhury et al. (2014) noted that a minimum $\sigma_v$ of 0.5 m/s is a part of the formulation for the SCICHEM model. Anfossi (2005) noted that meandering exists under all meteorological conditions regardless of the stability or wind speed, and this phenomenon sets a lower limit for the horizontal wind component variances as noted by Hanna (1990) over all types of terrain.

An alternative method to address wind meander was attempted by Sagendorf and Dickson (1974), who used a Gaussian model, but divided each computation period into sub-hourly (2-min) time intervals and then combined the results to determine the total hourly concentration. This approach directly addresses the wind meander during the course of an hour by using the sub-hourly wind direction for each period modeled. As we discuss later, this approach has some appeal because it attempts to use direct wind measurements to account for sub-hourly wind meander. However, the sub-hourly time interval must not be so small as to distort the basis of the horizontal plume dispersion formulation in the dispersion model (e.g., AERMOD). Since the horizontal dispersion shape function for stable conditions in AERMOD is formulated with parameterizations derived from the 10-min release and sampling times of the Prairie Grass experiment (Barad, 1958), it is appropriate to consider a minimum sub-hourly duration of 10 minutes for such modeling using AERMOD. The Prairie Grass formulation that is part of AERMOD may also result in an underestimate of the lateral plume spread shape function in some cases, as reported by Irwin (2014) for Kincaid $SF_6$ releases. From analyses of hourly samples of $SF_6$ taken at Kincaid (a tall stack source), Irwin determined that the lateral dispersion simulated by AERMOD could underestimate the lateral dispersion (by 60%) for near-stable conditions (conditions for which the lateral dispersion formulation that was fitted to the Project Prairie Grass data could affect results).

It is clear from the preceding discussion that the simulation of pollutant dispersion in LWS conditions is challenging. In the United States, the use of steady-state plume models before the introduction of AERMOD in 2005 was done with the following rule implemented by EPA: "When used in steady-state Gaussian plume models, measured site-specific wind speeds of less than 1 m/sec but higher than the response threshold of the instrument should be input as 1 m/sec" (EPA, 2004).

With EPA's implementation of a new model, AERMOD, in 2005 (EPA, 2005), input wind speeds lower than 1 m/sec were allowed due to the use of a meander algorithm that was designed to account for the LWS effects. As noted in the AERMOD formulation document (EPA, 2004), "AERMOD accounts for meander by interpolating between two concentration limits: the coherent plume limit (which assumes that the wind direction is distributed about a well-defined mean direction with variations due solely to lateral turbulence) and the random plume limit (which assumes an equal probability of any wind direction)."

A key aspect of this interpolation is the assignment of a time scale (= 24 hr) at which mean wind information at the source is no longer correlated with the location of plume material at a downwind receptor (EPA, 2004). The assumption of a full diurnal cycle relating to this time scale tends to minimize the weighting of the random plume component relative to the coherent plume component for 1-hr time travel. The resulting weighting preference for the coherent plume can lead to a heavy reliance on the coherent plume, ineffective consideration of plume meander, and a total concentration overprediction.

For conditions in which the plume is emitted aloft into a stable layer or in areas of inhomogeneous terrain, it would be expected that the decoupling of the stable boundary layer relative to the surface layer could significantly shorten this time scale. These effects are discussed by Brett and Tuller (1991), where they note that lower wind autocorrelations occur in areas with a variety of roughness and terrain effects. Perez et al. (2004) noted that the autocorrelation is reduced in areas with terrain and in any terrain setting with increasing height in stable conditions when decoupling of vertical motions would result in a "loss of memory" of surface conditions. Therefore, the study reported in this paper has reviewed the treatment of AERMOD in low wind conditions for field data involving terrain effects in stable conditions, as well as for flat terrain conditions, for which convective (daytime) conditions are typically associated with peak modeled predictions.

The computation of the AERMOD coherent plume dispersion and the relative weighting of the coherent and random plumes in stable conditions are strongly related to the magnitude of $\sigma_v$, which is directly proportional to the magnitude of the friction velocity. Therefore, the formulation of the friction velocity calculation and the specification of a minimum $\sigma_v$ value are also considered in this paper. The friction velocity also affects the internally calculated vertical temperature gradient, which affects plume rise and plume–terrain interactions, which are especially important in elevated terrain situations.

Qian and Venkatram (2011) discuss the challenges of LWS conditions in which the time scale of wind meandering is large and the horizontal concentration distribution can be non-Gaussian. It is also quite possible that wind instrumentation cannot adequately detect the turbulence levels that would be useful for modeling dispersion. They also noted that an analysis of data from the Cardington tower indicates that Monin–Obukhov similarity theory underestimates the surface friction velocity at low wind speeds. This finding was also noted by Paine et al. (2010) in an independent investigation of Cardington data as well as data from two other research-grade databases. Both Qian and Venkatram and Paine et al. proposed similar adjustments to the calculation of the surface friction velocity by AERMET, the meteorological processor for AERMOD. EPA incorporated the Qian and Venkatram suggested approach as a "beta option" in AERMOD in late 2012 (EPA, 2012). The same version of AERMOD also introduced low wind modeling options affecting the minimum value of $\sigma_v$ and the weighting of the meander component that were used in the Test Cases 2–4 described in the following.

AERMOD's handling of low wind speed conditions, especially for applications with only one level of meteorological data and no direct turbulence measurements or vertical temperature gradient observations, is the focus of this study. Previous evaluations of AERMOD for low wind speed conditions (e.g., Paine et al., 2010) have emphasized low-level tracer release

Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353

Downloaded by [204.76.196.12] at 20:11 03 November 2015

studies conducted in the 1970s and have utilized results of researchers such as Luhar and Rayner (2009). The focus of the study reported here is a further evaluation of AERMOD, but focusing upon tall-stack field databases. One of these databases was previously evaluated (Kaplan et al., 2012) with AERMOD Version 12345, featuring a database in Mercer County, North Dakota. This database features five $SO_2$ monitors in the vicinity of the Dakota Gasification Company plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain. In addition to the Mercer County, ND, database, this study considers an additional field database for the Gibson Generating Station tall stack in flat terrain in southwest Indiana.

EPA released AERMOD version 14134 with enhanced low wind model features that can be applied in more than one combination. There is a low wind option (beta u∗) applicable to the meteorological preprocessor, AERMET, affecting the friction velocity calculation, and a variety of options available for the dispersion model, AERMOD, that focus upon the minimum $\sigma_v$ specification. These beta options have the potential to reduce the overprediction biases currently present in AERMOD when run for neutral to stable conditions with regulatory default options (EPA, 2014a, 2014b). These new low wind options in AERMET and AERMOD currently require additional justification for each application in order to be considered for use in the United States. While EPA has conducted evaluations on low-level, nonbuoyant studies with the AERMET and AERMOD low wind speed beta options, it has not conducted any new evaluations on tall stack releases (U.S. EPA, 2014a, 2014b). One of the purposes of this study was to augment the evaluation experiences for the low wind model approaches for a variety of settings for tall stack releases.

This study also made use of the availability of sub-hourly meteorological observations to evaluate another modeling approach. This approach employs AERMOD with sub-hourly meteorological data and is known as the Sub-Hourly AERMOD Run Procedure or SHARP (Electric Power Research Institute [EPRI], 2013). Like the procedure developed by Sagendorf and Dickson as described earlier, SHARP merely subdivides each hour's meteorology (e.g., into six 10-min periods) and AERMOD is run multiple times with the meteorological input data (e.g., minutes 1–10, 11–20, etc.) treated as "hourly" averages for each run. Then the results of these runs are combined (averaged). In our SHARP runs, we did not employ any observed turbulence data as input. This alternative modeling approach (our Test Case 5 as discussed later) has been compared to the standard hourly AERMOD modeling approach for default and low wind modeling options (Test Cases 1–4 described later, using hourly averaged meteorological data) to determine whether it should be further considered as a viable technique. This study provides a discussion of the various low wind speed modeling options and the field study databases that were tested, as well as the modeling results.

## Modeling Options and Databases for Testing

Five AERMET/AERMOD model configurations were tested for the two field study databases, as listed in the following. All model applications used one wind level, a minimum wind speed of 0.5 m/sec, and also used hourly average meteorological data with the exception of SHARP applications. As already noted, Test Cases 1–4 used options available in the current AERMOD code. The selections for Test Cases 1–4 exercised these low wind speed options over a range of reasonable choices that extended from no low wind enhancements to a full treatment that incorporates the Qian and Venkatram (2011) u∗ recommendations as well as the Hanna (1990) and Chowdhury (2014) minimum $\sigma_v$ recommendations (0.5 m/sec). Test Case 5 used sub-hourly meteorological data processed with AERMET using the beta u∗ option for SHARP applications. We discuss later in this document our recommendations for SHARP modeling without the AERMOD meander component included.

Test Case 1: AERMET and AERMOD in default mode.

Test Case 2: Low wind beta option for AERMET and default options for AERMOD (minimum $\sigma_v$ value of 0.2 m/sec).

Test Case 3: Low wind beta option for AERMET and the LOWWIND2 option for AERMOD (minimum $\sigma_v$ value of 0.3 m/sec).

Test Case 4: Low wind beta option for AERMET and the LOWWIND2 option for AERMOD (minimum $\sigma_v$ value of 0.5 m/sec).

Test Case 5: Low wind beta option for AERMET and AERMOD run in sub-hourly mode (SHARP) with beta u∗option.

The databases that were selected for the low wind model evaluation are listed in Table 1 and described next. They were selected due to the following attributes:

- They feature multiple years of hourly $SO_2$ monitoring at several sites.
- Emissions are dominated by tall stack sources that are available from continuous emission monitors.
- They include sub-hourly meteorological data so that the SHARP modeling approach could be tested as well.
- There are representative meteorological data from a single-level station typical of (or obtained from) airport-type data.

*Mercer County, North Dakota.* An available 4-year period of 2007–2010 was used for the Mercer County, ND, database with six $SO_2$ monitors within 10 km of two nearby emission facilities (Antelope Valley and Dakota Gasification Company), site-specific meteorological data at the DGC#12 site (10-m level data in a low-cut grassy field in the location shown in Figure 1), and hourly emissions data from 15 point sources. The terrain in the area is rolling and features three of the monitors (Beulah, DGC#16, and especially DGC#17) being above or close to stack top for some of the nearby emission sources; see Figure 2 for more close-up terrain details. Figure 1 shows a layout of the sources, monitors, and the meteorological station. Tables 2 and 3 provide details about the emission sources and the monitors. Although this modeling application employed sources as far away as 50 km, the proximity of the monitors to the two nearby emission facilities meant that emissions from those facilities dominated the impacts. However, to avoid criticism from reviewers that other regional sources that

**Table 1.** Databases selected for the model evaluation.

| | Mercer County, North Dakota | Gibson Generating Station, Indiana |
|---|---|---|
| Number of emission sources modeled | 15 | 5 |
| Number of $SO_2$ monitors | 5 | 4 |
| | (one above stack top for several sources) | (all below stack top) |
| Type of terrain | Rolling | Flat |
| Meteorological years and data source | 2007–2010 | 2008–2010 |
| | Local 10-m tower data | Evansville airport |
| Meteorological data time step | Hourly and sub-hourly | Hourly and sub-hourly |
| Emissions and exhaust data | Actual hourly variable emissions and velocity, fixed temperature | Actual hourly variable emissions and velocity, fixed temperature |

Downloaded by [204.76.196.12] at 20:11 03 November 2015



**Figure 1.** Map of North Dakota model evaluation layout.



**Figure 2.** Terrain around the North Dakota monitors.

should have been modeled were omitted, other regional lignite-fired power plants were included in the modeling.

*Gibson Generating Station, Indiana.* An available 3-year period of 2008–2010 was used for the Gibson Generating Station in southwest Indiana with four $SO_2$ monitors within 6 km of the plant, airport hourly meteorological data (from Evansville, IN, 1-min data, located about 40 km SSE of the plant), and hourly emissions data from one electrical generating station (Gibson). The terrain in the area is quite flat and the stacks are tall. Figure 3 depicts the locations of the emission source and the four $SO_2$ monitors. Although the plant had an on-site meteorological tower, EPA (2013a) noted that the tower's location next to a large lake resulted in nonrepresentative boundary-layer conditions for the area, and that the use of airport data would be preferred. Tables 2 and 3 provide details about the emission sources and the monitors. Due to the fact that there are no major $SO_2$ sources within at least 30 km of Gibson, we modeled emissions from only that plant.

## Meteorological Data Processing

For the North Dakota and Gibson database evaluations, the hourly surface meteorological data were processed with AERMET, the meteorological preprocessor for AERMOD. The boundary layer parameters were developed according to the guidance provided by EPA in the current AERMOD Implementation Guide (EPA, 2009). For the first modeling evaluation option, Test Case 1, AERMET was run using the default options. For the other four model evaluation options, Test Cases 2 to 5, AERMET was run with the beta $u_*$ low wind speed option.

### North Dakota meteorological processing

Four years (2007–2010) of the 10-m meteorological data collected at the DGC#12 monitoring station (located about 7 km SSE of the central emission sources) were processed with AERMET. The data measured at this monitoring station were wind direction, wind speed, and temperature. Hourly cloud

Downloaded by [204.76.196.12] at 20:11 03 November 2015

**Table 2.** Source information.

| Database | Source ID | UTM X (m) | UTM Y (m) | Base elevation (m) | Stack height (m) | Exit temperature (K) | Stack diameter (m) |
|---|---|---|---|---|---|---|---|
| ND | Antelope Valley | 285920 | 5250189 | 588.3 | 182.9 | Vary | 7.0 |
| ND | Antelope Valley | 285924 | 5250293 | 588.3 | 182.9 | Vary | 7.0 |
| ND | Leland Olds | 324461 | 5239045 | 518.3 | 106.7 | Vary | 5.3 |
| ND | Leland Olds | 324557 | 5238972 | 518.3 | 152.4 | Vary | 6.7 |
| ND | Milton R Young | 331870 | 5214952 | 597.4 | 171.9 | Vary | 6.2 |
| ND | Milton R Young | 331833 | 5214891 | 600.5 | 167.6 | Vary | 9.1 |
| ND | Coyote | 286875 | 5233589 | 556.9 | 151.8 | Vary | 6.4 |
| ND | Stanton | 323642 | 5239607 | 518.2 | 77.7 | Vary | 4.6 |
| ND | Coal Creek | 337120 | 5249480 | 602.0 | 201.2 | Vary | 6.7 |
| ND | Coal Creek | 337220 | 5249490 | 602.0 | 201.2 | Vary | 6.7 |
| ND | Dakota Gasification Company | 285552 | 5249268 | 588.3 | 119.8 | Vary | 7.0 |
| ND | Dakota Gasification Company | 285648 | 5249553 | 588.3 | 68.6 | Vary | 0.5 |
| ND | Dakota Gasification Company | 285850 | 5248600 | 588.3 | 76.2 | Vary | 1.0 |
| ND | Dakota Gasification Company | 285653 | 5249502 | 588.3 | 30.5 | Vary | 0.5 |
| Gibson | Gibson 1 | 432999 | 4247189 | 119.0 | 189.0 | 327.2 | 7.6 |
| Gibson | Gibson 2 | 432999 | 4247189 | 119.0 | 189.0 | 327.2 | 7.6 |
| Gibson | Gibson 3 | 432923 | 4247251 | 118.5 | 189.0 | 327.2 | 7.6 |
| Gibson | Gibson 4 | 432886 | 4247340 | 117.9 | 152.4 | 327.2 | 7.2 |
| Gibson | Gibson 5 | 432831 | 4247423 | 116.3 | 152.4 | 327.2 | 7.2 |

*Notes*: $SO_2$ emission rate and exit velocity vary on hourly basis for each modeled source. Exit temperature varies by hour for the ND sources. UTM zones are 14 for North Dakota and 16 for Gibson.

**Table 3.** Monitor locations.

| Database | Monitor | UTM X (m) | UTM Y (m) | Monitor elevation (m) |
|---|---|---|---|---|
| ND | DGC#12 | 291011 | 5244991 | 593.2 |
| ND | DGC#14 | 290063 | 5250217 | 604.0 |
| ND | DGC#16 | 283924 | 5252004 | 629.1 |
| ND | DGC#17[a] | 279025 | 5253844 | 709.8 |
| ND | Beulah | 290823 | 5242062 | 627.1 |
| Gibson | Mt. Carmel | 432424 | 4250202 | 119.0 |
| Gibson | East Mt. Carmel | 434654 | 4249666 | 119.3 |
| Gibson | Shrodt | 427175 | 4247182 | 138.0 |
| Gibson | Gibson Tower | 434792 | 4246296 | 119.0 |

*Note*: [a]This monitor's elevation is above stack top for several of the ND sources.

cover data from the Dickinson Theodore Roosevelt Regional Airport, North Dakota (KDIK) ASOS station (85 km to the SW), were used in conjunction with the monitoring station data. Upper air data were obtained from the Bismarck Airport, North Dakota (KBIS; about 100 km to the SE), twice-daily soundings.

In addition, the sub-hourly (10-min average) 10-m meteorological data collected at the DGC#12 monitoring station were also processed with AERMET. AERMET was set up to read six 10-min average files with the tower data and output six 10-min average surface and profile files for use in SHARP. SHARP then used the sub-hourly output of AERMET to calculate hourly modeled concentrations, without changing the internal computations of AERMOD. The SHARP user's manual (EPRI, 2013) provides detailed instructions on processing sub-hourly meteorological data and executing SHARP.

### Gibson meteorological processing

Three years (2008–2010) of hourly surface data from the Evansville Airport, Indiana (KEVV), ASOS station (about 40 km SSE of Gibson) were used in conjunction with the



**Figure 3.** Map of Gibson model evaluation layout.

Downloaded by [204.76.196.12] at 20:11 03 November 2015

twice-daily soundings upper air data from the Lincoln Airport, Illinois (KILX, about 240 km NW of Gibson). The 10-min sub-hourly data for SHARP were generated from the 1-min meteorological data collected at Evansville Airport.

## Emission Source Characteristics

Table 2 summarizes the stack parameters and locations of the modeled sources for the North Dakota and Gibson databases. Actual hourly emission rates, stack temperatures, and stack gas exit velocities were used for both databases.

## Model Runs and Processing

For each evaluation database, the candidate model configurations were run with hourly emission rates provided by the plant operators. In the case of rapidly varying emissions (startup and shutdown), the hourly averages may average intermittent conditions occurring during the course of the hour. Actual stack heights were used, along with building dimensions used as input to the models tested. Receptors were placed only at the location of each monitor to match the number of observed and predicted concentrations.

The monitor (receptor) locations and elevations are listed in Table 3. For the North Dakota database, the DGC#17 monitor is located in the most elevated terrain of all monitors. The monitors for the Gibson database were located at elevations at or near stack base, with stack heights ranging from 152 to 189 m.

## Tolerance Range for Modeling Results

One issue to be aware of regarding $SO_2$ monitored observations is that they can exhibit over- or underprediction tendencies up to 10% and still be acceptable. This is related to the tolerance in the EPA procedures (EPA, 2013b) associated with quality control checks and span checks of ambient measurements. Therefore, even ignoring uncertainties in model input parameters and other contributions (e.g., model science errors and random variations) that can also lead to modeling uncertainties, just the uncertainty in measurements indicates that modeled-to-monitored ratios between 0.9 and 1.1 can be considered "unbiased." In the discussion that follows, we consider model performance to be "relatively unbiased" if its predicted model to monitor ratio is between 0.75 and 1.25.

## Model Evaluation Metrics

The model evaluation employed metrics that address three basic areas, as described next.

### The 1-hr $SO_2$ NAAQS design concentration

An operational metric that is tied to the form of the 1-hour $SO_2$ National Ambient Air Quality Standards (NAAQS) is the "design concentration" (99th percentile of the peak daily 1-hr maximum values). This tabulated statistic was developed for

each modeled case and for each individual monitor for each database evaluated.

### Quantile–quantile plots

Operational performance of models for predicting compliance with air quality regulations, especially those involving a peak or near-peak value at some unspecified time and location, can be assessed with quantile–quantile (Q-Q) plots (Chambers et al., 1983), which are widely used in AERMOD evaluations. Q-Q plots are created by independently ranking (from largest to smallest) the predicted and the observed concentrations from a set of predictions initially paired in time and space. A robust model would have all points on the diagonal (45-degree) line. Such plots are useful for answering the question, "Over a period of time evaluated, does the distribution of the model predictions match those of observations?" Therefore, the Q-Q plot instead of the scatterplot is a pragmatic procedure for demonstrating model performance of applied models, and it is widely used by EPA (e.g., Perry et al., 2005). Venkatram et al. (2001) support the use of Q-Q plots for evaluating regulatory models. Several Q-Q plots are included in this paper in the discussion provided in the following.

### Meteorological conditions associated with peak observed versus modeled concentrations

Lists of the meteorological conditions and hours/dates of the top several predictions and observations provide an indication as to whether these conditions are consistent between the model and monitoring data. For example, if the peak observed concentrations generally occur during daytime hours, we would expect that a well-performing model would indicate that the peak predictions are during the daytime as well. Another meteorological variable of interest is the wind speed magnitudes associated with observations and predictions. It would be expected, for example, that if the wind speeds associated with peak observations are low, then the modeled peak predicted hours would have the same characteristics. A brief qualitative summary of this analysis is included in this paper, and supplemental files contain the tables of the top 25 (unpaired) predictions and observations for all monitors and cases tested.

## North Dakota Database Model Evaluation Procedures and Results

AERMOD was run for five test cases to compute the 1-hr daily maximum 99th percentile averaged over 4 years at the five ambient monitoring locations listed in Table 3. A regional background of 10 μg/m³ was added to the AERMOD modeled predictions. The 1-hr 99th percentile background concentration was computed from the 2007–2010 lowest hourly monitored concentration among the five monitors so as to avoid double-counting impacts from sources already being modeled.

The ratios of the modeled (including the background of 10μg/m³) to monitored design concentrations are summarized in

Downloaded by [204.76.196.12] at 20:11 03 November 2015

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*    1347

**Table 4.** North Dakota ratio of monitored to modeled design concentrations.

| Test case | Monitor | Observed | Predicted | Ratio |
|---|---|---|---|---|
| Test Case 1 | DGC#12 | 91.52 | 109.96 | 1.20 |
| (Default AERMET, Default | DGC#14 | 95.00 | 116.84 | 1.23 |
| AERMOD) | DGC#16 | 79.58 | 119.94 | 1.51 |
|  | DGC#17 | 83.76 | 184.48 | 2.20 |
|  | Beulah | 93.37 | 119.23 | 1.28 |
| Test Case 2 | DGC#12 | 91.52 | 109.96 | 1.20 |
| (Beta AERMET, Default | DGC#14 | 95.00 | 116.84 | 1.23 |
| AERMOD) | DGC#16 | 79.58 | 119.94 | 1.51 |
|  | DGC#17 | 83.76 | 127.93 | 1.53 |
|  | Beulah | 93.37 | 119.23 | 1.28 |
| Test Case 3 | DGC#12 | 91.52 | 103.14 | 1.13 |
| (Beta AERMET, AERMOD with | DGC#14 | 95.00 | 110.17 | 1.16 |
| LOWWIND2 $\sigma_v = 0.3$ m/sec) | DGC#16 | 79.58 | 111.74 | 1.40 |
|  | DGC#17 | 83.76 | 108.69 | 1.30 |
|  | Beulah | 93.37 | 106.05 | 1.14 |
| Test Case 4 | DGC#12 | 91.52 | 95.86 | 1.05 |
| (Beta AERMET, AERMOD with | DGC#14 | 95.00 | 100.50 | 1.06 |
| LOWWIND2 $\sigma_v = 0.5$ m/sec) | DGC#16 | 79.58 | 106.65 | 1.34 |
|  | DGC#17 | 83.76 | 101.84 | 1.22 |
|  | Beulah | 93.37 | 92.32 | 0.99 |
| Test Case 5 | DGC#12 | 91.52 | 82.18 | 0.90 |
| (SHARP) | DGC#14 | 95.00 | 84.24 | 0.89 |
|  | DGC#16 | 79.58 | 95.47 | 1.20 |
|  | DGC#17 | 83.76 | 88.60 | 1.06 |
|  | Beulah | 93.37 | 86.98 | 0.93 |

*Notes*: *Design concentration: 99th percentile peak daily 1-hr maximum, averaged over the years modeled and monitored.

Table 4 and graphically plotted in Figure 4 and are generally greater than 1. (Note that the background concentration is a small fraction of the total concentration, as shown in Table 4.) For the monitors in simple terrain (DGC#12, DGC#14, and Beulah), the evaluation results are similar for both the default and beta options and are within 5–30% of the monitored concentrations depending on the model option. The evaluation result for the monitor in the highest terrain (DGC#17) shows that the ratio of modeled to monitored concentration is more than 2, but when this location is modeled with the AERMET and AERMOD low wind beta options, the ratio is significantly better, at less than 1.3. It is noteworthy that the modeling results for inclusion of just the beta $u_*$ option are virtually identical to the default AERMET run for the simple terrain monitors, but the differences are significant for the higher terrain monitor (DGC#17). For all of the monitors, it is evident that further reductions of AERMOD's overpredictions occur as the minimum $\sigma_v$ in AERMOD is increased from 0.3 to 0.5 m/sec. For a minimum $\sigma_v$ of 0.5 m/sec at all the monitors, AERMOD is shown to be conservative with respect to the design concentration.

The Q-Q plots of the ranked top fifty daily maximum 1-hr SO$_2$ concentrations for predictions and observations are shown in Figure 5. For the convenience of the reader, a vertical dashed line is included in each Q-Q plot to indicate the observed design concentration. In general, the Q-Q plots indicate the following:



**Figure 4.** North Dakota ratio of monitored to modeled design concentration values at specific monitors.

- For all of the monitors, to the left of the design concentration line, the AERMOD hourly runs all show ranked predictions at or higher than observations. To the right of the design concentration line, the ranked modeled values for specific

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*

Downloaded by [204.76.196.12] at 20:11 03 November 2015



**Figure 5.** North Dakota Q-Q plots: top 50 daily maximum 1-hr $SO_2$ concentrations: (a) DGC #12 Monitor. (b) DGC#14 monitor. (c) DGC#16 monitor. (d) DGC#17 monitor. (e) Beulah monitor.

test cases and monitors are lower than the ranked observed levels, and the slope of the line formed by the plotted points is less than the slope of the 1:1 line. For model performance goals that would need to predict well for the peak concentrations (rather than the 99th percentile statistic), this area of the Q-Q plots would be of greater importance.

- The very highest observed value (if indeed valid) is not matched by any of the models for all of the monitors, but since the focus is on the 99th percentile form of the United States ambient standard for $SO_2$, this area of model performance is not important for this application.

- The ranked SHARP modeling results are lower than all of the hourly AERMOD runs, but at the design concentration level, they are, on average, relatively unbiased over all of the

monitors. The AERMOD runs for SHARP included the meander component, which probably contributed to the small underpredictions noted for SHARP. In future modeling, we would advise users of SHARP to employ the AERMOD LOWWIND1 option to disable the meander component.

# Gibson Generating Station Database Model Evaluation Procedures and Results

AERMOD was run for five test cases for this database as well in order to compute the 1-hr daily maximum 99th

Downloaded by [204.76.196.12] at 20:11 03 November 2015

percentile averaged over three years at the four ambient monitoring locations listed in Table 3. A regional background of 18 µg/m³ was added to the AERMOD modeled predictions. The 1-hr 99th percentile background concentration was computed from the 2008–2010 lowest hourly monitored concentration among the four monitors so as to avoid impacts from sources being modeled.

The ratio of the modeled (including the background of 18 µg/m³) to monitored concentrations is summarized in Table 5 and graphically plotted in Figure 6 and are generally greater than 1.0. (Note that the background concentration is a small fraction of the total concentration, as shown in Table 5.) Figure 6 shows that AERMOD with hourly averaged meteorological data overpredicts by about 40–50% at Mt. Carmel and Gibson Tower monitors and by about 9–31% at East Mt. Carmel and Shrodt monitors. As expected (due to dominance of impacts with convective conditions), the AERMOD results do not vary much with the various low wind speed options in this flat terrain setting. AERMOD with sub-hourly meteorological data (SHARP) has the best (least biased predicted-to-observed ratios) of design concentrations) performance among the five cases modeled. Over the four monitors, the range of predicted-to-observed ratios for SHARP is a narrow one, ranging from a slight underprediction by 2% to an overprediction by 14%.

The Q-Q plots of the ranked top fifty daily maximum 1-hr SO₂ concentrations for predictions and observations are shown in Figure 7. It is clear from these plots that the SHARP results parallel and are closer to the 1:1 line for a larger portion of the concentration range than any other model tested. In general,

AERMOD modeling with hourly data exhibits an overprediction tendency at all of the monitors for the peak ranked concentrations at most of the monitors. The AERMOD/SHARP models predicted lower relative to observations at the East Mt. Carmel monitor for the very highest values, but match well for the 99th percentile peak daily 1-hr maximum statistic.

## Evaluation Results Discussion

The modeling results for these tall stack releases are sensitive to the source local setting and proximity to complex terrain. In general, for tall stacks in simple terrain, the peak ground-level impacts mostly occur in daytime convective conditions. For settings with a mixture of simple and complex terrain, the peak impacts for the higher terrain are observed to occur during both daytime and nighttime conditions, while AERMOD tends to favor stable conditions only without low wind speed enhancements. Exceptions to this "rule of thumb" can occur for stacks with aerodynamic building downwash effects. In that case, high observed and modeled predictions are likely to occur during high wind events during all times of day.

The significance of the changes in model performance for tall stacks (using a 90th percentile confidence interval) was independently tested for a similar model evaluation conducted for Eastman Chemical Company (Paine et al., 2013; Szembek et al., 2013), using a modification of the Model Evaluation Methodology (MEM) software that computed estimates of the hourly stability class (Strimaitis et al., 1993). That study indicated that relative to a perfect model, a model that

**Table 5.** Gibson ratio of monitored to modeled design concentrations*.

| Test case | Monitor | Observed | Predicted | Ratio |
|---|---|---|---|---|
| Test Case 1 | Mt. Carmel | 197.25 | 278.45 | 1.41 |
| (Default AERMET, Default | East Mt. Carmel | 206.89 | 230.74 | 1.12 |
| AERMOD) | Shrodt | 148.16 | 189.63 | 1.28 |
| | Gibson Tower | 127.12 | 193.71 | 1.52 |
| Test Case 2 | Mt. Carmel | 197.25 | 287.16 | 1.46 |
| (Beta AERMET, Default | East Mt. Carmel | 206.89 | 229.22 | 1.11 |
| AERMOD) | Shrodt | 148.16 | 189.63 | 1.28 |
| | Gibson Tower | 127.12 | 193.71 | 1.52 |
| Test Case 3 | Mt. Carmel | 197.25 | 280.32 | 1.42 |
| (Beta AERMET, AERMOD with | East Mt. Carmel | 206.89 | 224.65 | 1.09 |
| LOWWIND2 $\sigma_v$ = 0.3 m/sec) | Shrodt | 148.16 | 184.82 | 1.25 |
| | Gibson Tower | 127.12 | 192.22 | 1.51 |
| Test Case 4 | Mt. Carmel | 197.25 | 277.57 | 1.41 |
| (Beta AERMET, AERMOD with | East Mt. Carmel | 206.89 | 224.65 | 1.09 |
| LOWWIND2 $\sigma_v$ = 0.5 m/sec) | Shrodt | 148.16 | 176.81 | 1.19 |
| | Gibson Tower | 127.12 | 192.22 | 1.51 |
| Test Case 5 | Mt. Carmel | 197.25 | 225.05 | 1.14 |
| (SHARP) | East Mt. Carmel | 206.89 | 202.82 | 0.98 |
| | Shrodt | 148.16 | 136.41 | 0.92 |
| | Gibson Tower | 127.12 | 148.64 | 1.17 |

*Notes*: *Design Concentration: 99th percentile peak daily 1-hr maximum, averaged over the years modeled and monitored.

Downloaded by [204.76.196.12] at 20:11 03 November 2015

1350          *Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*



**Figure 6.** Gibson ratio of monitored to modeled design concentration values at specific monitors.

overpredicted or underpredicted by less than about 50% would likely show a performance level that was not significantly different. For a larger difference in bias, one could expect a statistically significant difference in model performance. This finding has been adopted as an indicator of the significance of different modeling results for this study.

A review of the North Dakota ratios of monitored to modeled values in Figure 4 generally indicates that for DGC#12, DGC#14, and Beulah, the model differences were not significantly different. For DGC#16, it could be concluded that the SHARP results were significantly better than the default AERMOD results, but other AERMOD variations were not significantly better. For the high terrain monitor, DGC#17, it is evident that all of the model options departing from default were significantly better than the default option, especially the SHARP approach.

For the Gibson monitors (see Figure 6), the model variations did not result in significantly different performance except for the Gibson Tower (SHARP vs. the hourly modes of running AERMOD).

General conclusions from the review of meteorological conditions associated with the top observed concentrations at the North Dakota monitors, provided in the supplemental file called "North Dakota Meteorological Conditions Resulting in Top 25 Concentrations," are as follows:

- A few peak observed concentrations occur at night with light winds. The majority of observations for the DGC#12 monitor are mostly daytime conditions with moderate to strong winds.
- Peak observations for the DGC#14 and Beulah monitors are mostly daytime conditions with a large range of wind speeds. Once again, a minority of the peak concentrations occur at night with a large range of wind speeds.



**Figure 7.** Gibson Q-Q plots: top 50 daily maximum 1-hour SO₂ concentrations. (a) Mt. Carmel monitor. (b) East Mt. Carmel monitor. (c) Shrodt monitor. (d) Gibson tower monitor. For the legend, see Figure 5.

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*    1351

Downloaded by [204.76.196.12] at 20:11 03 November 2015

- Peak observed concentrations for the DGC#16 and DGC#17 monitors occur at night with light winds. Majority of observations are mixed between daytime and nighttime conditions with a large range of wind speeds for both. The DGC#17 monitor is located in elevated terrain.

The conclusions from the review of the meteorological conditions associated with peak AERMOD or SHARP predictions are as follows:

- AERMOD hourly peak predictions for the DGC#12 and Beulah monitors are consistently during the daytime with light to moderate wind speeds and limited mixing heights. This is a commonly observed situation that is further discussed later.
- There are similar AERMOD results for DGC#14, except that there are more periods with high winds and higher mixing heights.
- The AERMOD results for DGC#16 still feature mostly daytime hours, but with more high wind conditions.
- The default AERMOD results for DGC#17 are distinctly different from the other monitors, with most hours featuring stable, light winds. There are also a few daytime hours of high predictions with low winds and low mixing heights. This pattern changes substantially with the beta $u_*$ options employed, when the majority of the peak prediction hours are daytime periods with light to moderate wind speeds. This pattern is more consistent with the peak observed concentration conditions.
- The SHARP peak predictions at the North Dakota monitors were also mostly associated with daytime hours with a large range of wind speeds for all of the monitors.

The North Dakota site has some similarities due to a mixture of flat and elevated terrain to the Eastman Chemical Company model evaluation study in Kingsport, TN (this site features three coal-fired boiler houses with tall stacks). In that study (Paine et al. 2013; Szembek et al., 2013), there was one monitor in elevated terrain and two monitors in flat terrain with a full year of data. Both the North Dakota and Eastman sites featured observations of the design concentration being within about 10% of the mean design concentration over all monitors. Modeling results using default options in AERMOD for both of these sites indicated a large spread of the predictions, with predictions in high terrain exceeding observations by more than a factor of 2. In contrast, the predictions in flat terrain, while higher than observations, showed a lower overprediction bias. The use of low wind speed improvements in AERMOD (beta $u_*$ in AERMET and an elevated minimum $\sigma_v$ value) did improve model predictions for both databases.

The conclusions from the review of the meteorological conditions associated with peak observations, provided in the supplemental file called "Gibson Meteorological Conditions Resulting in Top 25 Concentrations," are as follows:

- Peak observations for the Mt. Carmel and East Mt. Carmel monitors occur during both light wind convective conditions and strong wind conditions (near neutral, both daytime and nighttime).

- Nighttime peaks that are noted at Mt. Carmel and East Mt. Carmel could be due to downwash effects with southerly winds.
- Gibson Tower and Shrodt monitors were in directions with minimal downwash effects; therefore, the peak impacts at these monitors occur with convective conditions.
- The Gibson Tower and Shrodt monitor peak observation conditions were similarly mixed for wind speeds, but they were consistently occurring during the daytime only.

AERMOD (hourly) modeling runs and SHARP runs are generally consistent with the patterns of observed conditions for Shrodt and Gibson Tower monitors. Except for downwash effects, the peak concentrations were all observed and predicted during daytime hours. There are similar AERMOD results for Mt. Carmel and East Mt. Carmel, except that there are more nighttime periods and periods with strong wind conditions.

As noted earlier, AERMOD tends to focus its peak predictions for tall stacks in simple terrain (those not affected by building downwash) for conditions with low mixing heights in the morning. However, a more detailed review of these conditions indicates that the high predictions are not simply due to plumes trapped within the convective mixed layer, but instead due to plumes that initially penetrate the mixing layer, but then emerge (after a short travel time) into the convective boundary layer in concentrated form with a larger-than-expected vertical spread. Tests of this condition were undertaken by Dr. Ken Rayner of the Western Australia Department of Environmental Regulation (2013), who found the same condition occurring for tall stacks in simple terrain for a field study database in his province. Rayner found that AERMOD tended to overpredict peak concentrations by a factor of about 50% at a key monitor, while with the penetrated plume removed from consideration, AERMOD would underpredict by about 30%. Therefore, the correct treatment might be a more delayed entrainment of the penetrated plume into the convective mixed layer. Rayner's basic conclusions were:

- A plume penetrates and disperses within a 1-hr time step in AERMOD, while in the real world, dispersion of a penetrated puff may occur an hour or more later, after substantial travel time.
- A penetrated plume initially disperses via a vertical Gaussian formula, not a convective probability density function. Because penetrated puffs typically have a very small vertical dispersion, they are typically fully entrained (in AERMOD) in a single hour by a growing mixed layer, and dispersion of a fully entrained puff is via convective mixing, with relatively rapid vertical dispersion, and high ground-level concentrations.

# Conclusions and Recommendations for Further Research

This study has addressed additional evaluations for low wind conditions involving tall stack releases for which multiple

1352

Downloaded by [204.76.196.12] at 20:11 03 November 2015

years of concurrent emissions, meteorological data, and monitoring data were available. The modeling cases that were the focus of this study involved applications with only one level of meteorological data and no direct turbulence measurements or vertical temperature gradient observations.

For the North Dakota evaluation, the AERMOD model overpredicted, using the design concentration as the metric for each monitor. For the relatively low elevation monitors, the results were similar for both the default and beta options and are within 5–30% of the monitored concentrations depending on the model option. The modeling result for the elevated DGC#17 monitor showed that this location is sensitive to terrain, as the ratio of modeled to monitored concentration is over 2. However, when this location was modeled with the low wind beta option, the ratio was notably better, at less than 1.3. Furthermore, the low wind speed beta option changed the AERMOD's focus on peak predictions conditions from mostly nighttime to mostly daytime periods, somewhat more in line with observations. Even for a minimum $\sigma_v$ as high as 0.5 m/sec, all of the AERMOD modeling results were conservative or relatively unbiased (for the design concentration). The North Dakota evaluation results for the sub-hourly (SHARP) modeling were, on average, relatively unbiased, with a predicted-to-observed design concentration ratio ranging from 0.89 to 1.2. With a 10% tolerance in the $SO_2$ monitored values, we find that the SHARP performance is quite good. Slightly higher SHARP predictions would be expected if AERMOD were run with the LOWWIND1 option deployed.

For the Gibson flat terrain evaluation, AERMOD with hourly averaged meteorological data overpredicted at three of the four monitors between 30 and 50%, and about 10% at the fourth monitor. The AERMOD results did not vary much with the various low wind speed options in this flat terrain setting. AERMOD with sub-hourly meteorological data (SHARP) had the best (least biased predicted-to-observed ratio of design concentrations) performance among the five cases modeled. Over the four monitors, the range of predicted-to-observed ratios for SHARP was a narrow one, ranging from a slight underprediction by 2% to an overprediction by 14%. All other modeling options had a larger range of results.

The overall findings with the low wind speed testing on these tall stack databases indicate that:

- The AERMOD low wind speed options have a minor effect for flat terrain locations.
- The AERMOD low wind speed options have a more significant effect with AERMOD modeling for elevated terrain locations, and the use of the LOWWIND2 option with a minimum $\sigma_v$ on the order of 0.5 m/sec is appropriate.
- The AERMOD sub-hourly modeling (SHARP) results are mostly in the unbiased range (modeled to observed design concentration ratios between 0.9 and 1.1) for the two databases tested with that option.
- The AERMOD low wind speed options improve the consistency of meteorological conditions associated with the highest observed and predicted concentration events.

Further analysis of the low wind speed performance of AERMOD with either the SHARP procedure or the use of

the minimum $\sigma_v$ specifications by other investigators is encouraged. However, SHARP can only be used if sub-hourly meteorological data is available. For Automated Surface Observing Stations (ASOS) with 1-min data, this option is a possibility if the 1-min data are obtained and processed.

Although the SHARP results reported in this paper are encouraging, further testing is recommended to determine the optimal sub-hourly averaging time (no less than 10 min is recommended) and whether other adjustments to AERMOD (e.g., total disabling of the meander option) are recommended. Another way to implement the sub-hourly information in AERMOD and to avoid the laborious method of running AERMOD several times for SHARP would be to include a distribution, or range, of the sub-hourly wind directions to AERMOD so that the meander calculations could be refined.

For most modeling applications that use hourly averages of meteorological data with no knowledge of the sub-hourly wind distribution, it appears that the best options with the current AERMOD modeling system are to implement the AERMET beta $u_*$ improvements and to use a minimum $\sigma_v$ value on the order of 0.5 m/sec/sec.

It is noteworthy that EPA has recently approved (EPA, 2015) as a site-specific model for Eastman Chemical Company the use of the AERMET beta $u_*$ option as well as the LOWWIND2 option in AERMOD with a minimum $\sigma_v$ of 0.4 m/sec. This model, which was evaluated with site-specific meteorological data and four $SO_2$ monitors operated for 1 year, performed well in flat terrain, but overpredicted in elevated terrain, where a minimum $\sigma_v$ value of 0.6 m/sec actually performed better. This would result in an average value of the minimum $\sigma_v$ of about 0.5 m/sec, consistent with the findings of Hanna (1990).

The concept of a minimum horizontal wind fluctuation speed on the order of about 0.5 m/sec is further supported by the existence of vertical changes (shears) in wind direction (as noted by Etling, 1990) that can result in effective horizontal shearing of a plume that is not accounted for in AERMOD. Although we did not test this concept here, the concept of vertical wind shear effects, which are more prevalent in decoupled stable conditions than in well-mixed convective conditions, suggests that it would be helpful to have a "split minimum $\sigma_v$," approach in AERMOD that enables the user to specify separate minimum $\sigma_v$ values for stable and unstable conditions. This capability would, of course, be backward-compatible to the current minimum $\sigma_v$ specification that applies for all stability conditions in AERMOD now.

## Supplemental Material

Supplemental data for this article can be accessed at the publisher's website

## References

Anfossi, D., D. Oettl, G. Degrazia, and A. Goulart. 2005. An analysis of sonic anemometer observations in low wind speed conditions. *Boundary Layer Meteorol.* 114:179–203. doi:10.1007/s10546-004-1984-4

Case: 21-60673    Document: 65-2    Page: 221    Date Filed: 03/30/2022

Downloaded by [204.76.196.12] at 20:11 03 November 2015

Barad, M.L. 1958. Project Prairie Grass, a field program in diffusion. *Geophys. Res. Pap.* 59. Bedford, MA: Air Force Cambridge Centre.

Brett, A.C., and S.E. Tuller. 1991. The autocorrelation of wind speed observations. *J. Appl. Meteorol.* 30:823–33. doi:10.1175/1520-0450(1991)030%3C0823:TAOHWS%3E2.0.CO;2

Chambers, J.M., W.S. Cleveland, B. Kleiner, and P.A. Tukey. 1983. Comparing data distributions. Graphical methods for data analysis. Pacific Grove, CA: Bell Laboratories. Wadsworth International Group and Duxbury Press.

Chowdhury, B., R.I. Sykes, D. Henn, and P. Karamchandani. 2014. SCICHEM Version 3.0 (Beta 2) technical documentation. http://sourceforge.net/projects/epri-dispersion/files/SCICHEM/SCICHEM3.0b2.zip/download

Cimorelli, A.J., S.G. Perry, A. Venkatram, J.C. Weil, R.J. Paine, R.B. Wilson, R.F. Lee, W.D. Peters, and R.W. Brode. 2005. AERMOD: A dispersion model for industrial source applications. Part I: General model formulation and boundary layer characterization. *J. Appl. Meteorol.* 44:682–93. doi:10.1175/JAM2227.1

Electric Power Research Institute. 2013. Sub Hourly AERMOD Run Procedure (SHARP), version 13011 user's guide. Research project 1025622. http://sourceforge.net/projects/epri-dispersion/files/SHARP (accessed June 10, 2015).

Etling, D. 1990. On plume meandering under stable stratification. *Atmos. Environ.* 8:1979–85. doi:10.1016/0960-1686(90)90232-C

Hanna, S.R. 1990. Lateral dispersion in light-wind conditions, *Nuovo Cimento* 13:889–94. doi:10.1007/BF02514777

Irwin, J.S. 2014. A suggested method for dispersion model evaluation. *J. Air Waste Manage. Assoc.* 64(3):255–64. doi:10.1080/10962247.2013.833147

Kaplan, M., and R.J. Paine. 2012. Comparison of AERMOD modeled 1-hour $SO_2$ concentrations to observations at multiple monitoring stations in North Dakota. Presented at the 105th Annual Conference and Exhibition of the Air & Waste Management Association, June 2012, San Antonio, TX.

Luhar, A.K., and K.N. Rayner. 2009. Methods to estimate surface fluxes of momentum and heat from routine weather observations for dispersion applications under stable stratification. *Boundary Layer Meteorol.* 132:437–54. doi:10.1007/s10546-009-9409-z

Mahrt, L. 1998. Stratified atmospheric boundary layers and breakdown of models. *Theor. Comput. Fluid Dynam.* 11:263–79. doi:10.1007/s001620050093

Paine, R., J.A. Connors, and C.D. Szembek, 2010. AERMOD low wind speed evaluation study: Results and implementation. Paper 2010-A-631-AWMA. Presented at the 103rd Annual Conference, Air & Waste Management Association, June 2012, Calgary, Alberta, Canada.

Paine, R., F. Tringale, and S. Gossett, 2013. Resolution of 1-hour $SO_2$ non-attainment area in Kingsport, TN: Advanced meteorological and monitoring study. Presented at the Air & Waste Management Association's Specialty Conference. Raleigh, NC, March.

Pasquill, F., and F.B. Smith. 1983. *Atmospheric Diffusion*. Series in Environmental Science. Ellis Horwood. Chichester: John Wiley & Sons.

Perez, I., M. Garcia, M. Sanchez, and B. De Torre. 2004. Autocorrelation analysis of meteorological data from a RASS Sodar. *J. Appl. Meteorol.*, 43:1213–23. doi:10.1175/1520-0450(2004)043%3C1213:AAOMDF%3E2.0.CO;2

Perry, S.G., A.J. Cimorelli, R.J. Paine, R.W. Brode, J.C. Weil, A. Venkatram, R. B. Wilson, R.F. Lee, and W.D. Peters. 2005. AERMOD: A dispersion model for industrial source applications. Part II: Model performance against 17 field study databases. *J. Appl. Meteorol.* 44:694–708. doi:10.1175/JAM2228.1

Qian, W., and A. Venkatram. 2011. Performance of steady-state dispersion models under low wind-speed conditions. *Boundary Layer Meteorol.* 138:475–91. doi:10.1007/s10546-010-9565-1

Rayner, K. 2013. Personal communication with Robert Paine, AECOM.

Sagendorf, J.F., and C.R. Dickson. 1974. Diffusion under low windspeed, inversion conditions. *NOAA Technical Memorandum* 52. http://www.arl.noaa.gov/documents/reports/ARL-52.pdf (accessed September 9, 2015).

Smedman, A.S. 1988. Observations of a multi-level turbulence structure in a very stable atmospheric boundary layer. *Boundary Layer Meteorol.* 66:105–26. doi:10.1007/BF00116064

Strimaitis, D., E. Insley, M. Korc, and F. Lurmann. 1993. User's guide for the Model Evaluation Methodology (MEM) system for comparing model

performance, Version 1.0. STI-93261-1392-FR. Prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC.

Szembek, C., R. Paine, and S. Gossett. 2013. Resolution of 1-hour $SO_2$ non-attainment area in Kingsport, TN: Model evaluation analysis results to date. Presented at the Air & Waste Management Association's Specialty Conference, Raleigh, NC, March.

U.S. Environmental Protection Agency. 2004. AERMOD: Description of model formulation. EPA-454/R-03-004. http://www.epa.gov/ttn/scram/7thconf/aermod/aermod_mfd.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2005. Revision to the guideline on air quality models: Adoption of a preferred general purpose (flat and complex terrain) dispersion model and other revisions. Final rule. *Fed. Reg.* 70 (216). http://www.gpo.gov/fdsys/pkg/FR-2005-11-09/html/05-21627.htm (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2009. AERMOD implementation guide (AIG). http://www.epa.gov/ttn/scram/7thconf/aermod/aermod_implmtn_guide_19March2009.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2012. AERMET 12345 model change bulletin MCB#3. http://www.epa.gov/ttn/scram/7thconf/aermod/aermet_mcb3.txt (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2013a. Personal communication from Roger Brode, EPA, to Robert Paine, AECOM.

U.S. Environmental Protection Agency. 2013b. *Quality Assurance Handbook for Air Pollution Measurement Systems, Volume II, Ambient Air Quality Monitoring Program.* http://www.epa.gov/ttnamti1/files/ambient/pm25/qa/QA-Handbook-Vol-II.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2014a. Webinar: AERMOD modeling system update, January 15. http://www.epa.gov/ttn/scram/webinar/AERMOD_13350_Update/AERMOD_System_Update_Webinar_01-14-2014_FINAL.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2014b. Webinar: AERMOD modeling system update, August 14. http://www.epa.gov/ttn/scram/webinar/AERMOD_14134-NO2_Memo/20140812-Webinar_Slides.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2015. Approval of alternative model request: Modeling of sulfur dioxide emissions from Eastman Chemical Company, Sullivan County, Tennessee, 2010 Sulfur dioxide National Ambient Air Quality Standards (NAAQS) nonattainment area. Letter to Mr. Barry R. Stephens, Tennessee Department of Environment and Conservation from Beverly H. Banister, Director of Air, Pesticides and Toxics Management Division (EPA Region 4).

Van der Hoven, I. 1976. A survey of field measurements of atmospheric diffusion under low-wind-speed inversion conditions. *Nuclear Safety* 17:223–30.

Venkatram, A., R.W. Brode, A.J. Cimorelli, J.T. Lee, R.J. Paine, S.G. Perry, W. D. Peters, J.C. Weil, and R.B. Wilson. 2001. A complex terrain dispersion model for regulatory applications. *Atmos. Environ.* 35:4211–21. doi:10.1016/S1352-2310(01)00186-8

Wilson, R.B., G.E. Start, C.R. Dickson, and N.R. Ricks. 1976. Diffusion under low wind speed conditions near Oak Ridge, Tennessee. *NOAA Technical Memorandum* ERL ARL-61, 83 pp. http://www.arl.noaa.gov/documents/reports/ARL-61.pdf (accessed September 9, 2015).

## About the Authors

**Robert Paine**, CCM, QEP, is an associate vice-president and technical director and **Olga Samani** and **Mary Kaplan** are senior air quality meteorologists with AECOM's Air Quality Modeling group in Chelmsford, MA.

**Eladio Knipping** is a principal technical leader in the Environment Sector at the Electric Power Research Institute office in Washington, DC.

**Naresh Kumar** is a senior program manager of air quality in the environment sector at the Electric Power Research Institute office in Palo Alto, CA.

**Appendix C**

**Journal of Air & Waste Management Association Notebook Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND3)**



## Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases with AERMOD LOWWIND3 Option

| | |
|---|---|
| Journal: | *Journal of the Air & Waste Management Association* |
| Manuscript ID | UAWM-2016-0037 |
| Manuscript Type: | Notebook Paper |
| Date Submitted by the Author: | 24-Feb-2016 |
| Complete List of Authors: | Samani, Olga; AECOM, Air Quality<br>Paine, Robert; AECOM, |
| Keywords: | Modeling, LOWWIND3, AERMOD |
| Abstract: | The analysis documented in this paper addresses evaluations using a new AERMOD modeling option ("LOWWIND3") for low wind conditions made available by the US EPA in July 2015.  These results are provided to update our previous published evaluation results using another AERMOD option ("LOWWIND2").<br><br>AERMOD was tested on the same two field study databases as before, involving tall stacks, several SO2 monitors, and hourly emissions data.  Several technical options were tested: default mode for both AERMET (the meteorological pre-processor) and AERMOD (the dispersion model), as well as AERMET with an adjustment for computing the friction velocity and other planetary boundary layer parameters more accurately in low wind speed conditions ("ADJ_U*").  The new tests reported here also involved the use of the AERMOD dispersion model with the LOWWIND3 option that provides a higher minimum value for the standard deviation of the lateral wind speed component (sigma-v) than the default option provides.<br><br>The field study databases included 1) Mercer County, a North Dakota database featuring five SO2 monitors within 10 kilometers of the Dakota Gasification Company's plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain, and 2) a flat-terrain setting |

database with four SO2 monitors within 6 kilometers of the Gibson Generating Station in southwest Indiana.  Both sites featured regionally representative 10-meter meteorological databases, with no significant terrain obstacles between the meteorological site and the emission sources.

The newly available LOWWIND3 option shows results similar to the LOWWIND2 option, with slightly reduced over-predictions for both databases.  As such, these evaluations indicate that use of the ADJ_U* with the LOWWIND3 option provides the best model performance among the options tested, while retaining a slight over-prediction bias.



http://mc.manuscriptcentral.com/jawma  Email: journal@jawma.org

App. 630

**Implications**

AERMOD evaluations for two tall stack databases (in North Dakota and Indiana) in areas of both flat and elevated terrain were updated using the newly-released LOWWIND3 option. AERMOD runs with both the ADJ_U* and LOWWIND3 options showed improvement in model performance (especially in higher terrain areas) over the default options, helping to reduce some of the over-prediction biases currently present in regulatory default AERMOD while retaining a slight over-prediction bias.

# Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases with AERMOD LOWWIND3 Option

Olga Samani and Robert Paine

AECOM, 250 Apollo Drive, Chelmsford, MA 01824

**Abstract**

The analysis documented in this paper addresses evaluations using a new AERMOD modeling option ("LOWWIND3") for low wind conditions made available by the US EPA in July 2015. These results are provided to update our previous published evaluation results using another AERMOD option ("LOWWIND2").

AERMOD was tested on the same two field study databases as before, involving tall stacks, several $SO_2$ monitors, and hourly emissions data. Several technical options were tested: default mode for both AERMET (the meteorological pre-processor) and AERMOD (the dispersion model), as well as AERMET with an adjustment for computing the friction velocity and other planetary boundary layer parameters more accurately in low wind speed conditions ("ADJ_U*"). The new tests reported here also involved the use of the AERMOD dispersion model with the LOWWIND3 option that provides a higher minimum value for the standard deviation of the lateral wind speed component (sigma-v) than the default option provides.

The field study databases included 1) Mercer County, a North Dakota database featuring five $SO_2$ monitors within 10 kilometers of the Dakota Gasification Company's plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain, and 2) a flat-terrain setting database with four $SO_2$ monitors within 6 kilometers of the Gibson Generating Station in southwest Indiana. Both sites featured regionally representative 10-meter meteorological databases, with no significant terrain obstacles between the meteorological site and the emission sources.

The newly available LOWWIND3 option shows results similar to the LOWWIND2 option, with slightly reduced over-predictions for both databases. As such, these evaluations indicate that use of the ADJ_U* with the LOWWIND3 option provides the best model performance among the options tested, while retaining a slight over-prediction bias.

Journal of the Air & Waste Management Association

**Introduction**

In a proposed rulemaking published in the July 29, 2015 Federal Register EPA (2015a), the United States Environmental Protection Agency (EPA) released a revised version of AERMOD (15181), which replaces AERMOD version 14134. EPA proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions. These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option. The EPA proposal indicates that "the LOWWIND3 BETA option increases the minimum value of sigma-v from 0.2 to 0.3 m/s, uses the FASTALL approach to replicate the centerline concentration accounting for horizontal meander, but utilizes an effective sigma-y and eliminates upwind dispersion" EPA (2015b). These low wind AERMOD options continue to be regarded as experimental ("beta") options pending further evaluation and public comment.

Paine et al. (2015) described the evaluation of the combined ADJ_U* and LOWWIND2 options as implemented in AERMOD version 14134 on two tall-stack databases. Here we compare the EPA-proposed options (with LOWWIND2 replaced by LOWWIND3) on the same databases.

**Modeling Options and Databases for Testing**

The meteorological data, emissions, and receptors used in this analysis were identical to those used in the Paine et al. (2015) analysis. The test cases provided in this updated evaluation reported here are listed below, and use some of the results already reported by Paine et al. (2015).

> Test Case 1:    AERMET and AERMOD in default mode.
>
> Test Case 2:    Low wind beta option for AERMET and default options for AERMOD.
>
> Test Case 3:    Low wind beta option for AERMET and the LOWWIND2 option for AERMOD.
>
> Test Case 4:    Low wind beta option for AERMET and the LOWWIND3 option for AERMOD.

Both LOWWIND2 and LOWWIND3 as tested had a minimum $\sigma_v$ value of 0.3 m/sec.

The Mercer County, North Dakota and Gibson Generating Station, Indiana databases were selected for the low wind model evaluation due to the following attributes:

- They feature multiple years of hourly $SO_2$ monitoring at several sites.
- Emissions are dominated by tall stack sources that are available from continuous emission monitors.
- There is representative meteorological data from a single-level station typical of (or obtained from) airport-type data.

**North Dakota Database Model Evaluation Procedures and Results**

AERMOD was run for the test cases listed above for the North Dakota databases to compute the 1-hour daily maximum 99th percentile averaged over four years at the five ambient monitoring locations (consistent with the United States 1-hour $SO_2$ ambient standard). A regional background of 10 μg/m³ was added to the AERMOD modeled predictions, as determined from a review of rural monitors unaffected by local sources.

The predicted-to-observed ratios for the North Dakota evaluation database are graphically plotted in Figure 1. The evaluation results for the four test cases indicate that the predicted-to-observed ratios are consistently greater than 1.0 and AERMOD still over-predicts with use of the proposed ADJ_U* and the LOWWIND3 options. The results for the new model with low wind option (Test Case 4) are very close to the use of the LOWWIND2 option (Test Case 3). The low wind options show improvement relative to the default option at all monitors, especially the monitor in higher terrain (DGC #17). Supplemental file contains the tables and quantile-quantile plots of the top 50 (unpaired) predictions and observations for Test Case 1 and Test Case 4. Test Case 2 and Test Case 3 results were already reported by Paine et al.

Figure 1

**Gibson Generating Station Database Model Evaluation Procedures and Results**

AERMOD was evaluated with the four test cases described above to compute the 1-hour daily maximum 99th percentile averaged over three years at the four ambient monitors. A regional background of 18 μg/m³ was added to the AERMOD modeled predictions.

App. 634

The predicted-to-observed ratios are graphically plotted in Figure 2, and these ratios are consistently greater than 1.0.  The EPA-proposed LOWWIND3 low wind option (Test Case 4) provided modest improvements in performance relative to the default option (Test Case 1), while still showing an over-prediction tendency at each monitor.  Supplemental file contains the tables and quantile-quantile plots of the top 50 (unpaired) predictions and observations for Test Case 1 and Test Case 4.  Test Case 2 and Test Case 3 results were already reported by Paine et al. (2015).

Figure 2

## Conclusions

The model evaluation results for the new version of AERMOD (version 15181) on the two databases previously evaluated using an older version of AERMOD showed that the EPA-proposed low wind options (ADJ_U* and LOWWIND3) perform better than the default option, while still over-predicting the critical 99th percentile concentration associated with the 1-hour $SO_2$ ambient standard at each monitor for both databases.

## References

Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping &Naresh Kumar. 2015. Evaluation of low wind modeling approaches for two tall-stack databases, Journal of the Air & Waste Management Association, 65:11, 1341-1353, DOI:10.1080/10962247.2015.1085924 http://www.tandfonline.com/doi/full/10.1080/10962247.2015.1085924#.VsYzz-baQp4 (Accessed January 18, 2016)

U.S. Environmental Protection Agency. 2015a. Revision to the Guideline on Air Quality Models: Enhancements to the AERMOD Dispersion Modeling System and Incorporation of Approaches To Address Ozone and Fine Particulate Matter; Proposed Rule. Federal Register, Volume 80, No. 145, July 29, 2015. http://www3.epa.gov/ttn/scram/11thmodconf/EPA-HQ-OAR-2015-0310-0001.pdf (Accessed February 18, 2016).

U.S. Environmental Protection Agency. 2015b. Addendum User's Guide for the AMS/EPA Regulatory Model – AERMOD.

http://www3.epa.gov/ttn/scram/7thconf/aermod/Addendum_to_MFD_v15181.pdf (Accessed

January 18, 2016)



Figure 1.  North Dakota Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors
279x215mm (300 x 300 DPI)



Figure 2.   Gibson Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors
279x215mm (300 x 300 DPI)

Journal of the Air & Waste Management Association

1. Figure 1.  North Dakota Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors

2. Figure 2.  Gibson Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors

App. 639

## North Dakota: Top 50 1-hour SO2 Daily Max Monitoring and Predicted Concentrations

| DGC12 | DGC14 | DGC16 | DGC17 | Beulah | DGC12 | DGC14 | DGC16 | DGC17 | Beulah | DGC12 | DGC14 | DGC16 | DGC17 | Beulah |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Monitored | | | | | Default AERMET/AERMOD | | | | | Beta AERMET/LOWWIND3 | | |
| 432.28 | 259.37 | 374.64 | 306.52 | 429.66 | 259.01 | 248.84 | 212.05 | 551.94 | 200.73 | 166.74 | 201.85 | 194.87 | 351.53 | 174.11 |
| 199.11 | 196.49 | 151.95 | 154.57 | 172.91 | 229.73 | 238.94 | 200.87 | 304.74 | 194.42 | 154.14 | 198.35 | 167.19 | 206.04 | 173.04 |
| 157.19 | 183.39 | 125.75 | 115.27 | 146.71 | 172.70 | 207.22 | 155.15 | 303.06 | 182.88 | 151.71 | 190.11 | 133.92 | 185.82 | 162.41 |
| 154.57 | 170.29 | 123.13 | 112.65 | 141.47 | 167.90 | 200.40 | 150.47 | 298.39 | 167.62 | 138.15 | 179.26 | 131.82 | 182.08 | 158.78 |
| 149.33 | 162.43 | 115.27 | 110.03 | 138.85 | 157.80 | 182.01 | 150.07 | 252.86 | 159.41 | 127.36 | 155.87 | 131.40 | 170.61 | 131.91 |
| 136.23 | 141.47 | 115.27 | 104.79 | 136.23 | 156.30 | 175.78 | 149.06 | 252.56 | 143.96 | 120.38 | 152.45 | 130.75 | 146.31 | 131.00 |
| 120.51 | 120.51 | 107.41 | 104.79 | 136.23 | 137.49 | 171.87 | 144.49 | 217.09 | 136.07 | 113.69 | 137.24 | 129.71 | 141.65 | 125.14 |
| 117.89 | 115.27 | 104.79 | 104.79 | 133.61 | 122.95 | 142.37 | 139.13 | 207.90 | 131.34 | 112.55 | 118.38 | 122.71 | 129.70 | 118.79 |
| 110.03 | 112.65 | 104.79 | 99.55 | 117.89 | 121.89 | 128.02 | 138.50 | 207.88 | 126.99 | 112.03 | 115.74 | 120.53 | 127.77 | 116.34 |
| 110.03 | 104.79 | 99.55 | 96.93 | 115.27 | 121.85 | 127.34 | 136.66 | 202.01 | 125.58 | 111.89 | 115.45 | 117.65 | 126.34 | 113.08 |
| 104.79 | 99.55 | 89.08 | 94.31 | 110.03 | 116.27 | 122.63 | 131.00 | 200.13 | 125.02 | 110.77 | 114.05 | 117.29 | 117.17 | 111.73 |
| 104.79 | 94.31 | 86.46 | 89.08 | 107.41 | 115.54 | 122.25 | 124.74 | 195.49 | 123.38 | 107.65 | 113.47 | 117.05 | 116.36 | 110.95 |
| 99.55 | 91.70 | 86.46 | 86.46 | 104.79 | 114.72 | 118.94 | 124.08 | 193.71 | 122.51 | 106.49 | 111.57 | 109.56 | 114.90 | 110.48 |
| 99.55 | 89.08 | 81.22 | 83.84 | 99.55 | 113.13 | 117.93 | 121.73 | 191.25 | 120.89 | 100.45 | 105.72 | 105.07 | 114.63 | 110.20 |
| 99.55 | 89.08 | 78.60 | 81.22 | 95.55 | 110.86 | 115.83 | 115.10 | 189.60 | 118.51 | 99.86 | 105.67 | 103.42 | 111.62 | 108.71 |
| 96.93 | 86.46 | 78.60 | 81.22 | 91.70 | 110.37 | 110.88 | 114.81 | 188.90 | 115.61 | 97.40 | 100.99 | 102.78 | 107.06 | 108.43 |
| 96.93 | 86.46 | 78.60 | 81.22 | 91.70 | 107.84 | 107.29 | 109.31 | 188.18 | 115.40 | 96.06 | 100.83 | 102.43 | 104.39 | 106.84 |
| 91.70 | 83.84 | 78.60 | 81.22 | 83.84 | 106.55 | 107.03 | 109.02 | 187.51 | 113.99 | 93.90 | 100.55 | 101.12 | 104.06 | 105.18 |
| 91.70 | 83.84 | 78.60 | 78.60 | 83.84 | 105.59 | 106.84 | 108.73 | 187.13 | 112.11 | 93.78 | 98.07 | 99.78 | 103.94 | 104.57 |
| 91.70 | 81.22 | 75.98 | 78.60 | 81.22 | 102.74 | 105.44 | 106.19 | 183.14 | 110.71 | 93.46 | 93.56 | 96.96 | 103.59 | 99.57 |
| 86.46 | 81.22 | 75.98 | 78.60 | 81.22 | 101.42 | 102.13 | 105.41 | 180.84 | 110.22 | 92.44 | 93.02 | 96.86 | 101.99 | 97.61 |
| 86.46 | 78.60 | 75.98 | 78.60 | 78.60 | 100.91 | 100.44 | 103.18 | 176.71 | 109.35 | 92.33 | 92.35 | 96.05 | 101.27 | 96.86 |
| 83.84 | 75.98 | 75.98 | 78.60 | 78.60 | 99.91 | 97.86 | 102.59 | 173.95 | 108.13 | 91.54 | 92.00 | 95.28 | 101.00 | 96.17 |
| 81.22 | 75.98 | 75.98 | 75.98 | 73.36 | 98.30 | 95.78 | 99.84 | 169.81 | 107.74 | 88.78 | 91.95 | 95.26 | 100.71 | 93.94 |
| 81.22 | 75.98 | 75.98 | 75.98 | 73.36 | 98.12 | 94.48 | 98.56 | 168.47 | 105.48 | 88.69 | 91.22 | 94.99 | 100.49 | 93.78 |
| 78.60 | 75.98 | 73.36 | 73.36 | 70.74 | 96.61 | 93.19 | 98.26 | 166.45 | 103.44 | 88.40 | 89.23 | 94.55 | 100.43 | 91.74 |
| 75.98 | 73.36 | 73.36 | 73.36 | 70.74 | 95.84 | 92.18 | 97.30 | 166.44 | 103.15 | 87.88 | 85.37 | 92.45 | 99.59 | 90.97 |
| 75.98 | 73.36 | 70.74 | 73.36 | 70.74 | 93.29 | 92.08 | 96.78 | 165.91 | 102.19 | 87.09 | 85.14 | 90.53 | 98.99 | 90.39 |
| 75.98 | 70.74 | 70.74 | 73.36 | 68.12 | 92.69 | 89.80 | 95.78 | 161.63 | 102.04 | 86.07 | 83.28 | 89.13 | 98.10 | 88.75 |
| 70.74 | 70.74 | 70.74 | 70.74 | 68.12 | 90.80 | 88.71 | 95.27 | 159.85 | 99.01 | 86.03 | 82.54 | 88.74 | 97.44 | 88.30 |
| 70.74 | 70.74 | 70.74 | 68.12 | 68.12 | 89.01 | 87.52 | 93.63 | 159.71 | 98.25 | 83.88 | 81.58 | 88.31 | 96.15 | 88.29 |
| 70.74 | 70.74 | 70.74 | 68.12 | 68.12 | 87.93 | 87.27 | 93.55 | 158.85 | 95.70 | 82.71 | 80.34 | 86.39 | 95.58 | 88.08 |
| 68.12 | 68.12 | 68.12 | 68.12 | 68.12 | 87.42 | 86.47 | 92.27 | 151.20 | 95.39 | 80.00 | 80.15 | 86.11 | 95.32 | 85.24 |
| 68.12 | 68.12 | 68.12 | 68.12 | 65.50 | 87.15 | 86.40 | 92.15 | 148.91 | 95.32 | 79.82 | 79.45 | 85.71 | 95.19 | 84.97 |
| 68.12 | 68.12 | 68.12 | 68.12 | 65.50 | 86.55 | 86.24 | 91.23 | 148.58 | 93.92 | 77.28 | 79.33 | 85.31 | 94.57 | 84.49 |
| 68.12 | 65.50 | 65.50 | 68.12 | 65.50 | 83.92 | 86.09 | 90.10 | 146.02 | 93.46 | 77.19 | 79.07 | 84.26 | 94.52 | 84.12 |
| 68.12 | 65.50 | 62.88 | 68.12 | 65.50 | 83.89 | 85.96 | 88.85 | 145.13 | 88.85 | 76.41 | 78.53 | 84.01 | 93.04 | 83.33 |
| 68.12 | 65.50 | 62.88 | 65.50 | 65.50 | 80.74 | 84.58 | 88.81 | 144.41 | 87.97 | 75.39 | 78.41 | 83.66 | 92.63 | 82.20 |
| 68.12 | 65.50 | 62.88 | 65.50 | 62.88 | 80.45 | 84.58 | 87.52 | 144.31 | 87.12 | 73.35 | 78.27 | 82.34 | 91.98 | 79.64 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 80.30 | 83.13 | 86.02 | 143.28 | 85.49 | 72.79 | 77.14 | 82.30 | 91.92 | 76.69 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 80.28 | 82.85 | 84.53 | 140.77 | 85.28 | 71.85 | 76.03 | 81.80 | 91.73 | 76.42 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 79.51 | 82.14 | 84.12 | 140.39 | 85.01 | 71.72 | 75.04 | 81.48 | 91.65 | 75.34 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 79.28 | 81.93 | 83.89 | 140.31 | 82.94 | 71.55 | 74.83 | 81.04 | 88.98 | 74.23 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 79.21 | 81.37 | 82.40 | 139.52 | 82.78 | 71.47 | 74.24 | 80.77 | 88.63 | 73.39 |
| 62.88 | 62.88 | 60.26 | 62.88 | 62.88 | 78.68 | 80.23 | 82.05 | 138.74 | 82.50 | 70.62 | 73.65 | 80.56 | 87.75 | 72.40 |
| 62.88 | 60.26 | 60.26 | 62.88 | 60.26 | 77.60 | 80.07 | 81.75 | 137.58 | 82.22 | 70.47 | 72.44 | 78.10 | 86.34 | 71.97 |
| 60.26 | 60.26 | 60.26 | 60.26 | 60.26 | 76.40 | 80.02 | 80.81 | 136.15 | 81.50 | 70.37 | 71.94 | 77.78 | 85.14 | 71.51 |
| 60.26 | 60.26 | 60.26 | 60.26 | 60.26 | 76.12 | 78.94 | 80.54 | 134.37 | 77.99 | 68.41 | 70.63 | 77.53 | 84.87 | 70.13 |
| 60.26 | 60.26 | 57.64 | 57.64 | 60.26 | 76.04 | 76.73 | 80.39 | 133.96 | 77.42 | 68.03 | 70.57 | 76.98 | 84.80 | 69.74 |
| 60.26 | 57.64 | 57.64 | 57.64 | 57.64 | 75.82 | 76.09 | 79.62 | 133.90 | 76.97 | 68.02 | 70.14 | 76.92 | 84.36 | 69.72 |

App. 640

Case: 21-60673   Document: 65-2   Page: 234   Date Filed: 03/30/2022



(a) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 µg/m³ Background (µg/m³) vs. Monitored Concentrations (µg/m³) at DGC #12 Monitor
500
400
300
200
100
0
Model (µg/m³)
0
100
200
300
400
500
Monitor (µg/m³)
Default AERMET/AERMOD
Beta AERMET/LOWWIND3




Case: 21-60673 Document: 65-2 Page: 235 Date Filed: 03/30/2022



(b) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 µg/m³ Background vs. Monitored Concentrations at DGC #14 Monitor

Case: 21-60673    Document: 65-2    Page: 236    Date Filed: 03/30/2022

App. 642



**(c) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration w/o SA with 10 μg/m³ Background vs. Monitored Concentrations at DGC #16 Monitor**

Model (μg/m³) vs Monitor (μg/m³)

■ Default AERMET/AERMOD
▲ Beta AERMET/LOWWIND3

Case: 21-60673    Document: 65-2    Page: 237    Date Filed: 03/30/2022

App. 643



**(d) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 μg/m³ Background vs. Monitored Concentrations at DGC #17 Monitor**

Case: 21-60673    Document: 65-2    Page: 238    Date Filed: 03/30/2022



(e) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 µg/m³ Background vs. Monitored Concentrations at Beulah Monitor

Case: 21-60673    Document: 65-2    Page: 239    Date Filed: 03/30/2022

## Gibson: Top 50 1-hour SO2 Daily Max Monitoring and Predicted Concentrations

| Mt Carmel | East Mt Carmel | Shrodt | Gibson Tower | Mt Carmel | East Mt Carmel | Shrodt | Gibson Tower | Mt Carmel | East Mt Carmel | Shrodt | Gibson Tower |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitored | | | | Default AERMET/Default AERMOD | | | | Beta AERMET/AERMOD LOWWIND3 | | | |
| 544.41 | 336.64 | 236.70 | 355.05 | 536.86 | 328.53 | 301.02 | 458.35 | 569.88 | 321.62 | 253.14 | 335.27 |
| 291.93 | 331.38 | 197.25 | 181.47 | 417.42 | 300.35 | 298.21 | 279.77 | 348.25 | 267.64 | 250.57 | 227.02 |
| 286.67 | 323.49 | 189.36 | 178.84 | 356.67 | 282.41 | 288.44 | 261.51 | 345.80 | 254.45 | 245.15 | 213.82 |
| 284.04 | 323.49 | 189.36 | 178.84 | 354.22 | 274.70 | 262.03 | 259.16 | 343.66 | 248.66 | 239.52 | 207.70 |
| 278.78 | 294.56 | 176.21 | 173.58 | 344.57 | 268.44 | 238.58 | 255.06 | 317.56 | 245.80 | 216.19 | 200.70 |
| 249.85 | 257.74 | 165.69 | 147.28 | 340.20 | 264.68 | 225.35 | 243.77 | 296.46 | 244.67 | 209.01 | 193.10 |
| 236.70 | 247.22 | 160.43 | 147.28 | 335.40 | 259.67 | 215.55 | 234.48 | 294.77 | 235.53 | 197.18 | 189.79 |
| 234.07 | 236.70 | 155.17 | 139.39 | 311.70 | 254.25 | 202.82 | 233.38 | 288.22 | 235.48 | 188.06 | 186.40 |
| 210.40 | 234.07 | 149.91 | 128.87 | 304.17 | 247.45 | 196.54 | 203.94 | 286.35 | 233.44 | 186.77 | 180.39 |
| 205.14 | 213.03 | 147.28 | 120.98 | 293.44 | 246.60 | 190.89 | 198.42 | 284.10 | 232.70 | 181.10 | 180.30 |
| 199.88 | 210.40 | 144.65 | 118.35 | 290.86 | 246.12 | 179.54 | 189.99 | 283.10 | 230.72 | 171.01 | 176.37 |
| 186.73 | 194.62 | 144.65 | 115.72 | 284.85 | 236.55 | 176.31 | 197.29 | 281.63 | 227.63 | 159.52 | 175.21 |
| 184.10 | 191.99 | 144.65 | 115.72 | 283.32 | 236.27 | 176.30 | 191.47 | 279.70 | 225.33 | 157.64 | 173.27 |
| 181.47 | 189.36 | 139.39 | 115.72 | 282.04 | 236.10 | 173.64 | 189.69 | 278.62 | 220.43 | 157.55 | 171.10 |
| 181.47 | 184.10 | 136.76 | 113.09 | 279.48 | 233.32 | 172.74 | 184.82 | 277.22 | 218.96 | 155.05 | 165.66 |
| 178.84 | 181.47 | 134.13 | 113.09 | 277.21 | 230.93 | 161.48 | 184.45 | 274.10 | 218.61 | 150.55 | 163.67 |
| 176.21 | 181.47 | 131.50 | 105.20 | 272.80 | 230.55 | 157.88 | 177.40 | 274.00 | 217.49 | 147.96 | 161.98 |
| 173.58 | 178.84 | 131.50 | 99.94 | 272.66 | 229.49 | 157.58 | 174.25 | 273.78 | 215.22 | 143.17 | 158.14 |
| 170.95 | 173.58 | 126.24 | 99.94 | 272.40 | 224.43 | 155.53 | 174.10 | 272.57 | 213.73 | 142.56 | 156.70 |
| 168.32 | 173.58 | 123.61 | 99.94 | 271.12 | 223.37 | 154.81 | 171.22 | 272.19 | 211.43 | 139.28 | 155.00 |
| 160.43 | 173.58 | 120.98 | 99.94 | 270.49 | 219.95 | 149.98 | 170.38 | 270.15 | 210.67 | 138.43 | 154.23 |
| 160.43 | 170.95 | 120.98 | 99.94 | 269.84 | 219.72 | 147.32 | 164.04 | 268.91 | 210.17 | 136.19 | 153.52 |
| 157.80 | 170.95 | 118.35 | 99.94 | 266.20 | 218.59 | 142.35 | 161.80 | 267.16 | 210.02 | 134.31 | 152.13 |
| 157.80 | 170.95 | 118.35 | 97.31 | 257.08 | 218.27 | 141.73 | 161.78 | 266.09 | 209.67 | 132.28 | 151.57 |
| 155.17 | 168.32 | 118.35 | 94.68 | 255.87 | 215.89 | 140.46 | 161.07 | 264.35 | 207.37 | 130.42 | 150.54 |
| 152.54 | 168.32 | 115.72 | 92.05 | 254.98 | 215.36 | 139.07 | 159.10 | 262.73 | 204.28 | 128.11 | 150.38 |
| 152.54 | 165.69 | 115.72 | 89.42 | 254.51 | 210.95 | 135.08 | 158.13 | 261.17 | 204.09 | 127.43 | 148.19 |
| 149.91 | 165.69 | 113.09 | 89.42 | 252.72 | 210.64 | 133.13 | 157.29 | 261.17 | 203.05 | 124.32 | 147.09 |
| 149.91 | 163.06 | 113.09 | 89.42 | 252.46 | 208.13 | 132.67 | 156.62 | 257.96 | 202.12 | 120.19 | 146.55 |
| 149.91 | 160.43 | 110.46 | 89.42 | 246.81 | 207.81 | 132.62 | 155.37 | 256.26 | 201.69 | 119.26 | 144.83 |
| 147.28 | 160.43 | 107.83 | 89.42 | 245.63 | 207.78 | 129.24 | 153.21 | 255.99 | 200.86 | 116.96 | 143.11 |
| 147.28 | 157.80 | 102.57 | 86.79 | 242.00 | 207.70 | 127.45 | 153.14 | 255.77 | 199.75 | 116.24 | 141.58 |
| 144.65 | 149.91 | 102.57 | 86.79 | 240.76 | 206.81 | 126.50 | 153.12 | 253.25 | 198.73 | 112.19 | 141.55 |
| 144.65 | 149.91 | 102.57 | 86.79 | 240.21 | 205.31 | 125.50 | 153.09 | 252.32 | 197.17 | 111.05 | 141.05 |
| 142.02 | 149.91 | 102.57 | 86.79 | 239.88 | 205.30 | 124.57 | 152.89 | 249.41 | 196.72 | 107.61 | 140.62 |
| 142.02 | 147.28 | 94.68 | 84.16 | 237.73 | 205.07 | 121.66 | 150.95 | 248.84 | 196.36 | 105.49 | 140.42 |
| 136.76 | 144.65 | 94.68 | 84.16 | 236.94 | 203.74 | 121.00 | 149.88 | 247.55 | 194.09 | 105.48 | 139.50 |
| 134.13 | 142.02 | 92.05 | 81.53 | 236.26 | 201.72 | 120.33 | 148.70 | 247.41 | 193.87 | 104.76 | 138.53 |
| 134.13 | 139.39 | 92.05 | 81.53 | 234.89 | 201.61 | 119.51 | 147.63 | 246.70 | 193.47 | 104.76 | 138.28 |
| 134.13 | 139.39 | 89.42 | 81.53 | 233.33 | 201.50 | 118.56 | 147.15 | 246.36 | 192.16 | 103.46 | 137.55 |
| 131.50 | 136.76 | 89.42 | 81.53 | 233.33 | 200.43 | 117.17 | 147.13 | 243.04 | 191.30 | 102.15 | 136.71 |
| 131.50 | 136.76 | 89.42 | 81.53 | 231.41 | 198.55 | 114.50 | 146.65 | 242.88 | 190.93 | 100.93 | 135.64 |
| 131.50 | 136.76 | 89.42 | 81.53 | 229.94 | 198.19 | 114.37 | 146.37 | 242.08 | 190.02 | 100.69 | 135.08 |
| 131.50 | 136.76 | 89.42 | 78.90 | 227.80 | 196.78 | 110.63 | 146.12 | 239.98 | 189.84 | 98.98 | 134.62 |
| 128.87 | 134.13 | 89.42 | 78.90 | 227.53 | 194.16 | 110.47 | 146.01 | 239.08 | 188.59 | 97.78 | 134.43 |
| 126.24 | 134.13 | 86.79 | 78.90 | 224.43 | 194.10 | 109.60 | 145.97 | 233.19 | 188.44 | 96.60 | 133.93 |
| 126.24 | 134.13 | 86.79 | 78.90 | 222.28 | 192.93 | 108.28 | 145.66 | 233.00 | 187.14 | 96.18 | 133.91 |
| 126.24 | 131.50 | 86.79 | 78.90 | 221.32 | 191.96 | 107.13 | 143.05 | 232.21 | 185.87 | 93.91 | 133.56 |
| 123.61 | 131.50 | 86.79 | 78.90 | 220.36 | 191.26 | 106.00 | 141.85 | 229.57 | 185.67 | 93.43 | 131.43 |
| 123.61 | 131.50 | 86.79 | 76.27 | 220.36 | 191.18 | 104.82 | 141.79 | 227.57 | 185.12 | 92.93 | 131.06 |

Case: 21-60673  Document: 65-2  Page: 240  Date Filed: 03/30/2022



(a) Comparison of Top 50 1-hour Daily Maximum $SO_2$ Modeled Concentration with 18 µg/m³ Background (µg/m³) vs. Monitored Concentrations (µg/m³) at Mt. Carmel Monitor

Case: 21-60673    Document: 65-2    Page: 241    Date Filed: 03/30/2022



(b) Comparison of Top 50 1-hour Daily Maximum $SO_2$ Modeled Concentration with 18 µg/m³ Background (µg/m³) vs. Monitored Concentrations (µg/m³) at East Mt. Carmel Monitor

Case: 21-60673    Document: 65-2    Page: 242    Date Filed: 03/30/2022



(c) Comparison of Top 50 1-hour Daily Maximum $SO_2$ Modeled Concentration with 18 $\mu g/m^3$ Background ($\mu g/m^3$) vs. Monitored Concentrations ($\mu g/m^3$) at Shrodt Monitor

■ Default AERMET/Default AERMOD
▲ Beta AERMET/AERMOD LOWWIND3

Case: 21-60673   Document: 65-2   Page: 243   Date Filed: 03/30/2022



(d) Comparison of Top 50 1-hour Daily Maximum SO$_2$ Modeled Concentration with 18 $\mu$g/m³ Background ($\mu$g/m³) vs. Monitored Concentrations ($\mu$g/m³) at Gibson Tower Monitor

Case: 21-60673    Document: 65-2    Page: 244    Date Filed: 03/30/2022

App. 650

**Appendix D**

**Supplemental Evaluation of
AERMOD Low Wind Options**

# AERMOD Low Wind Speed Improvements: Status Report and New Evaluations

**Robert J. Paine, Christopher J. Warren, and Olga Samani**
AECOM, 250 Apollo Drive, Chelmsford, MA 01824

**Paper # 935**

## ABSTRACT

Some of the most restrictive dispersion conditions and the highest model predictions for AERMOD occur under low wind speed conditions, but before 2010, there had been very little model evaluation for these conditions. After a 2010 AECOM study, EPA proceeded to implement various improvements to the AERMET meteorological pre-processor (to address underpredictions of the friction velocity in low wind conditions) as well as the AERMOD dispersion model (to address underpredictions of the lateral wind meander). There have been several AERMOD releases with various options to address this issue, as well as additional model evaluations to further test the AERMOD implementation.

In July 2015, EPA proposed an updated set of options for AERMET and AERMOD for implementation as default options in the model. As part of the public comments, the Sierra Club provided new evaluations that led to questions as to whether the low wind options are sufficiently protective of air quality standards, especially the short-term $SO_2$ and $NO_2$ NAAQS. This study provides updated evaluation results to address these new concerns.

## INTRODUCTION

In a proposed rulemaking published in the July 29, 2015 Federal Register (80 FR 45340), the United States Environmental Protection Agency (EPA) released a revised version of AERMOD (15181), which replaced the previous version of AERMOD dated 14134. EPA proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions. These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option. The proposal indicates that "the LOWWIND3 BETA option increases the minimum value of sigma-v from 0.2 to 0.3 m/s, uses the FASTALL approach to replicate the centerline concentration accounting for horizontal meander, but utilizes an effective sigma-y and eliminates upwind dispersion"[1]. At the public hearing (the 11th Modeling Conference), EPA provided[2] evaluation results to support their proposal.

In comments to the docket on behalf of industrial trade organizations (the American Petroleum Institute and the American Iron & Steel Institute) to support EPA's low wind proposal, AECOM included references to a recently published peer-reviewed journal article[3] and supplementary evaluation information[4] involving tall-stack field databases to support the EPA proposal for incorporation of the low wind options noted above as default options.

Although most comments to the EPA docket supported the proposed low wind options, the Sierra Club issued comments[5] to the contrary, recommending that EPA should not adopt the proposed low wind options as defaults in the AERMOD modeling system. The Sierra Club analysis is further discussed below.

The purpose of this study has been to review the Sierra Club comments and modeling analysis and to rerun the evaluation for some of the databases for tall point sources used by the Sierra Club. The statistical metrics used in our evaluation are focused upon the design concentration for the 1-hour $SO_2$ National Ambient Air Quality Standard (NAAQS), which has a statistical form that is not represented in the statistical metrics used the Sierra Club's model evaluation. The focus on the statistical 1-hour $SO_2$ design concentration (99th percentile daily maximum concentration over a year) is most appropriate for tall point sources such as power plants as that is commonly the criteria pollutant of interest. For low-level sources, other criteria pollutants such as carbon monoxide, which does not have statistically-based NAAQS design concentrations, can also be important.

# SUMMARY OF AERMOD LOW WIND OPTIONS

In 2005, the United States Environmental Protection Agency (EPA) promulgated a new dispersion model, AERMOD[6], which replaced the Industrial Source Complex (ISC) model[7] as the preferred model for short-range air dispersion applications.  Historically with ISC, winds below 3 knots (or 1.5 m/s) were presumed to be calm and were not modeled.  As AERMOD and available wind measurements at airports have evolved since 2005, it has become quite routine for modeling applications (including those conducted for New Source Review) to include hours with wind speed observations much lower than 1.5 m/s.  The instrumentation and recording methods for Automated Surface Observing System (ASOS) stations have also evolved.  Some ASOS stations are now equipped with sonic anemometers with the ability to record winds less than 0.1 m/s.  The inclusion of lower wind speed observations into AERMOD meteorological databases was made possible with these ASOS stations. Low wind speeds have become more prevalent with EPA's recommended procedures and the AERMINUTE tool for incorporating sub-hourly winds into AERMOD's meteorological databases.

One suspected area of AERMOD model bias has been for the situation of very low wind speeds (e.g., less than 1 m/s), stable conditions, and near-ground releases, as documented by Paine et al., 2010 (the "AECOM study", co-funded by the American Petroleum Institute and the Utility Air Regulatory Group[8]).  With lower wind speeds more frequently being modeled, the use of these values as input to AERMOD is pushing the known bounds of a steady-state Gaussian model, which inherently assumes uni-directional wind flow.  Because this is sometimes not the case during near-calm conditions, AERMOD or any other steady-state Gaussian model must be applied with caution, because the concentration approaches infinity at zero wind speed.  The results of using very low wind speed input to AERMOD are the simulation of a plume that is generally too compact due to the lack of along-wind dispersion in the model formulation and under-representation of wind direction variability.  As a result of the low wind issue, the AECOM study was conducted and the results of study were provided to EPA that specifically examined and improved AERMOD's ability to predict under low wind speed stable conditions.

The AECOM 2010 study examined two aspects of the model: (1) the meteorological inputs, as it related to $u_*$ (friction velocity) and (2) the dispersion model itself, particularly the minimum lateral turbulence (as parameterized using sigma-v) assumed by AERMOD.  As part of phase 1 of the study (involving three research-grade meteorological databases), the authors (Paine et al., 2010) concluded that their evaluation indicated that in low wind conditions, the $u_*$ formulation in AERMOD underpredicts this important planetary boundary layer parameter.  This results in an underestimation of the mechanical mixing height, as well as underestimates of the effective dilution wind speed and turbulence in stable conditions.

As part of phase 2 of the AECOM 2010 study (involving two low-level tracer release studies: Oak Ridge and Idaho Falls), the authors concluded that the AERMOD minimum sigma-v value of 0.2 m/s was too low by about a factor of 2, especially for stable, nighttime conditions. The AECOM 2010 study found that the default AERMOD modeled concentrations were being over-predicted by nearly a factor of 10 for the Oak Ridge database and a factor of 4 for the Idaho Falls database. However, the proposed adjustments to the $u_*$ formulation in AERMET and the incorporation of a minimum sigma-v in AERMOD substantially improved the model performance. The results of the AECOM 2010 study were provided to EPA in the spring of 2010.

EPA responded appropriately to these issues by incorporating low wind model formulation changes in AERMET and AERMOD versions 12345, 13350, 14134, and 15181. The formulation changes to AERMET were similar to those suggested by AECOM in their 2010 report, although EPA relied upon a Qian and Venkatram (2011) peer-previewed paper[9] for the AERMET formulation of the friction velocity ("ADJ_U*") adjustments. As a result of experience and comments received since the initial low wind implementation in late 2012, EPA provided its recommended options in July 2015 for incorporation as defaults in the AERMOD modeling system.

## SIERRA CLUB EVALUATION OF LOW WIND OPTIONS IN AERMOD VERSION 15181

The Sierra Club initially expressed its concerns about the AERMOD low wind options in a Camille Sears presentation[10] made at the 2013 EPA Modeling Workshop. As part of their comments on the proposed EPA changes to AERMOD presented in 2015, Camille Sears conducted additional evaluations on some of the evaluation databases that EPA has posted[6] for AERMOD studies. The specific evaluation databases selected by the Sierra Club included Baldwin, Kincaid, Lovett, Tracy, and Prairie Grass, with features noted below.

- Baldwin (1-hr $SO_2$): Rural, flat terrain, 3 stacks, stack height = 184.4 m, 1 full year
- Kincaid (1-hr $SO_2$): Rural, flat terrain, 1 stack, stack height = 187 m, about 7 months
- Lovett (1-hr $SO_2$): Rural, complex terrain, stack height = 145 m, 1 full year
- Tracy (1-hr $SF_6$): Rural, complex terrain, 1 stack, stack height = 90.95 m, several tracer release hours
- Prairie Grass (1-hr $SF_6$): Rural, flat terrain, 1 stack, release height = 0.46 m (no plume rise), several tracer release hours.

The evaluation techniques selected by Camille Sears for AERMOD were designed by EPA in the early 1990s, and the evaluation results were updated for various versions of AERMOD up to 2003 and 2005, when the most recent evaluation documents[11,12] were published. EPA's model

evaluation procedures were developed to evaluate the ability of model to estimate peak 1-hour average concentrations.  This was appropriate for all criteria pollutants at that time which had deterministic short-term NAAQS, for which only a single excursion per year was allowed. This preceded the promulgation of statistically-based probabilistic forms of the 1-hour NAAQS for $SO_2$ and $NO_2$ (99th and 98th percentile of the daily 1-hour maximum values per year).  For example, for $SO_2$, the ranked 1-hour concentration for the "design concentration" at any location (which has the same statistical form of the NAAQS) could theoretically range anywhere between the 4th highest and the 73rd highest 1-hour concentration in a full year.

EPA's recommended model evaluation statistic (developed prior to the promulgation $SO_2$ and $NO_2$ NAAQS in 2010) is the "robust highest concentration" (RHC), which focuses upon a fit involving the highest 26 concentrations among data from all monitor locations.  EPA's 1992 model evaluation guidance[13] references the RHC statistic as the preferred approach.  While this statistic was useful for the previous forms of the short-term NAAQS, including the $SO_2$ secondary NAAQS (2nd-highest 3-hour concentration, which is the 99.93th percentile value), it is clear that this statistic is inconsistent with the current short-term NAAQS for $SO_2$ and $NO_2$. As such, in evaluating model performance, especially for tall point sources for which the determination of modeled $SO_2$ NAAQS compliance is highly important, it is appropriate to focus upon the form of the 1-hour design concentrations.

The results of the Sierra Club evaluation are provided in Figure 1 as a screen capture from their comment document.  The relevant lines of results to review in the figure are the third line (AERMOD default – no low wind options) and the fifth line (AERMOD with both ADJ_U* and LOWWIND3 options).  Although we view the statistic presented as inconsistent with the 1-hour NAAQS and therefore can potentially misrepresent model performance in that regard, the following items are worth noting:

- Even with the RHC approach that was used, the Baldwin results show over-predictions, with a lower overprediction bias using the low wind options.

- The Kincaid and Lovett results show apparent under-predictions even for the default model, with slightly more under-prediction for the low wind options.   However, the 100th percentile statistic addressed by the RHC misrepresents the more relevant and more stable 99th percentile (for $SO_2$) and 98th percentile (for $NO_2$) daily maximum NAAQS statistics.   We also note below that the Kincaid evaluation study omitted important $SO_2$ sources that make this evaluation data unreliable.

- The short-term tracer studies (Tracy and Prairie Grass) are not amenable to an operational evaluation study that uses a long period (such as a full year) of data to address a wide

range of meteorological conditions.   Therefore, we did not use those databases in this supplemental study.

## Figure 1  Summary of Sierra Club RHC Statistical Results

Docket#: EPA-HQ-OAR-2015-0310
October 25, 2015
Page - 9

A summary of Modeled RHC/Monitored RHC values for these modeled scenarios and field studies is presented in the following table:

| Scenario | Baldwin (1-hr SO₂) | Kincaid (1-hr SO₂) | Lovett (1-hr SO₂) | Tracy (1-hr SF₆) | Prairie Grass (1-hr SF₆) |
|---|---|---|---|---|---|
| v. 02222 | 1.42 | 0.84 | 0.90 | 1.05 | 1.19 |
| v. 12345 | 1.56 | 0.83 | 0.78 | 1.12 | 1.16 |
| v. 15181 | 1.55 | 0.83 | 0.77 | 1.12 | 1.17 |
| v. 15181, ADJ_U* | 1.55 | 0.83 | 0.91 | 0.53 | 1.19 |
| V. 15181, ADJ_U*, LOWWIND3 (0.3, 0.5, 0.95) | 1.40 | 0.72 | 0.79 | 0.42 | 0.95 |

The results of the evaluation with low wind options could depend upon whether the measured turbulence data (especially the horizontal turbulence data) is withheld from the modeling.   The horizontal turbulence issue is noteworthy because recent EPA guidance indicates that the hourly averages of wind direction fluctuations should use four 15-minute averages, thus neglecting wind direction meander among the 15-minute periods.   In addition, EPA may consider[14] that the use of the observed sigma-theta (and possibly sigma-w data), in addition to the low wind meander adjustments, could "overcorrect" for the low wind issue.

In some research-grade experiments, such as Tracy, the turbulence data is obtained from sonic anemometers, which could result in higher turbulence measurements in low winds because these instruments have a very low wind detection threshold as opposed to more commonly-used cup and vane wind systems.   Sonic anemometers have operational difficulties for routine monitoring due to problems in humid climates with wet probe errors and a very large power requirement[15], which makes battery backup in the event of power outages problematic.   Therefore, the option to remove the observed turbulence input to AERMOD for the low wind runs may be dependent upon the type of instrument used.   The instruments used in all of the databases that we ultimately selected for evaluation are cup and vane systems.

## DESIGN OF OUR STATISTICAL EVALUATION

To address the issues brought up by the Sierra Club in its model evaluation, we provide the results of a similar evaluation analysis with the following features:

- Alternative statistical measures (more relevant for the form of the 1-hour SO2 NAAQS) are reported, as further discussed in bullets below.

- Three tall-stack databases were considered, two of which were modeled by the Sierra Club, plus one additional AERMOD evaluation database (Clifty Creek) to increase confidence in the overall results:  Lovett, Kincaid, and Clifty Creek.  Lovett represents a complex terrain setting, Kincaid a flat setting, and Clifty Creek represents an intermediate setting with the power plant in the Ohio River gorge, but with stack top still higher than the higher elevation monitors.

- For the RHC statistic, we also used the daily 1-hour maximum instead of all hourly values, to be more consistent with the form of the 1-hour NAAQS.

- For the RHC statistic, we also discarded (for the case of $SO_2$ for a year of data) the top 3 daily 1-hour maximum values so that the statistic estimates the correct form of the standard (this statistic can be referred to as "R4HC" because it estimates the 4th highest concentration).

- We also conducted an R4HC evaluation for each monitor separately, and then took the geometric mean of the modeled-to-observed ratios over all monitors to determine the overall model performance with the monitors each given equal weight.

- In supplemental information provided separately to EPA (too lengthy to include in this paper), we provided an appendix for each database evaluated, we include quantile-quantile (Q-Q) plots for each monitor to pair the evaluation in space.

- In this paper, we show plots of the observed and predicted 99th percentile peak daily 1-hour maximum concentrations in ranked pairs to focus on the form of the $SO_2$ NAAQS and ability of the model to prove a predicted design concentration that is at least as high as the highest observed design concentration.

# LOVETT EVALUATION RESULTS

## Description of Field Study Setting

The Lovett Power Plant study (Paumier et al.[16]) consisted of a buoyant, continuous release of $SO_2$ from a 145-m tall stack located in a complex terrain, rural area in New York State. The data spanned one year from December 1987 through December 1988. Data available for the model evaluation included 9 monitoring sites on elevated terrain; the monitors were located about 2 to 3 km from the plant. The monitors provided hourly-averaged concentrations. A map of the terrain overlaid with the monitoring sites is shown in Figure 2. The important terrain feature rises approximately 250 m to 330 m above stack base at about 2 to 3 km downwind from the stack. The plant was a base-loaded coal-fired power plant with no flue gas desulphurization controls; hourly emissions and stack flow rate and temperature data were available. Meteorological data included winds, turbulence, and $\Delta T$ from a tower instrumented at 10 m, 50 m, and 100 m. National Weather Service surface data (used for cloud cover) were available from a station 45 km away.

AERMET/AERMOD version 15181 was run for the Lovett evaluation database using the following 8 configuration options:

- AERMET Default / AERMOD Default, including all observed turbulence;
- AERMET Default/ AERMOD Default with all observed turbulence removed;
- AERMET ADJ_U* / AERMOD LOWWIND3, including all observed turbulence;
- AERMET ADJ_U* / AERMOD LOWWIND3 with all observed turbulence removed; and
- AERMET ADJ_U* / AERMOD LOWWIND3 with observed horizontal turbulence removed, but retaining the vertical turbulence data.
- AERMET ADJ_U* / AERMOD default, including all observed turbulence;
- AERMET ADJ_U* / AERMOD default with all observed turbulence removed; and
- AERMET ADJ_U* / AERMOD default with observed horizontal turbulence removed, but retaining the vertical turbulence data.

The EPA-proposed model option parameters (0.3, 0.5, 0.95) were selected for the LOWWIND3 model runs, consistent with the Sierra Club report.

**Figure 2  Map of Lovett Power Plant and Monitor Locations**



**Results of the 99th Percentile Concentration Comparison**

To be more consistent with the form of the 1-hour NAAQS, the 4th highest (99th percentile) daily peak 1-hour $SO_2$ concentrations observed at each monitor location were compared against the model-predicted concentrations of similar rank.  Summarized in Figure 3 are the predicted concentrations determined using model default and low wind options as stated above.  The overall results indicate that the modeling scenario using low wind options, but without turbulence, had an overall maximum 4th highest daily 1-hour concentration across all monitors greater than the overall highest observed.

**Discussion of Lovett Evaluation Results**

After we closely replicated the Sierra Club results, we investigated alternative evaluation approaches for the predicted and observed concentrations.  We computed RHC statistics for the 1) highest 1-hour concentration, 2) the 4th highest 1-hour concentration (discarding the top 3 values, but using all hourly values, and 3) the 4th highest daily maximum 1-hour averaging periods of $SO_2$ concentrations for each monitoring site.  For third set of statistics, we calculated a geometric mean of these ratios to gain a better understanding of the overall model performance that accounts for all monitors; see Table 1).

**Figure 3  Histogram of the 4th Highest Daily Peak 1-hour $SO_2$ Concentrations**



**Table 1  Ratio of Predicted-to-Observed Robust 4th Highest Daily Peak Concentration (R4HC; 99th Percentile) for Each Monitor at Lovett**

| Monitor | AERMOD 15181, Default, all turb. | AERMOD 15181, Default, no turb. | AERMOD 15181, all low wind options, all turb. | AERMOD 15181, all low wind options, no turb. | AERMOD 15181, all low wind options, no horiz. turb. | AERMOD 15181, ADJ_U*, all turb. | AERMOD 15181, ADJ_U*, no turb. | AERMOD 15181, ADJ_U*, no horiz. turb. |
|---|---|---|---|---|---|---|---|---|
| TIMP3 | 0.53 | 0.62 | 0.40 | 0.58 | 0.52 | 0.47 | 0.51 | 0.53 |
| DD4 | 1.49 | 3.19 | 1.26 | 2.49 | 1.83 | 1.40 | 3.08 | 2.16 |
| DD5 | 1.55 | 2.85 | 2.13 | 2.18 | 2.06 | 2.26 | 2.74 | 2.40 |
| DD6 | 0.81 | 1.46 | 0.63 | 1.00 | 0.79 | 0.69 | 1.25 | 0.92 |
| DD7 | 1.29 | 1.86 | 1.29 | 1.42 | 1.18 | 1.33 | 1.65 | 1.61 |
| DD8 | 1.03 | 1.47 | 1.63 | 1.19 | 1.27 | 1.84 | 1.23 | 1.28 |
| DD9 | 0.38 | 0.60 | 0.32 | 0.52 | 0.57 | 0.38 | 0.60 | 0.63 |
| DD10 | 1.23 | 2.22 | 1.33 | 1.26 | 1.18 | 1.41 | 1.72 | 1.57 |
| DD11 | 1.24 | 1.95 | 0.94 | 1.64 | 1.70 | 1.19 | 1.96 | 2.02 |
| Geometric Mean | 0.97 | 1.57 | 0.94 | 1.21 | 1.11 | 1.06 | 1.41 | 1.30 |

The evaluation results indicate a slight under-prediction by the model using default and low wind model options using all turbulence data.  The model over-predicts for the modeling runs that omit all turbulence or only the horizontal turbulence.  We also include modeling results with the AERMOD default options, but with turbulence omitted, to reflect the modeling performance with input data similar to typical airport data.  That model runs shows a substantial over-prediction tendency, indicating the benefits of the use of observed turbulence data, and the need without such data to employ the low wind options for improved AERMOD model performance.

We also computed and then ranked the 99th percentile peak daily 1-hour maximum concentration – the "design concentration" - (both predicted and observed) for each of the 9 monitors.  We then plotted the ranked pairs as a Q-Q plot for each model tested.  The highest ranked pair was examined closely because that pair of values represents the controlling design concentration for observations and model predictions.  Due to the fact that $SO_2$ monitored concentrations can have a 10% uncertainty due to calibration tolerances permitted by EPA[17], it is possible that predicted/observed ratios within 10% of 1.0 are unbiased.

The results indicate that the modeling options for default AERMOD with turbulence included, both low wind options with only vertical turbulence included, or just the ADJ_U* option with all turbulence included are nearly unbiased for this test.  The default model with no turbulence is approaching a factor-of-2 over-prediction and it is the worst-performing model (see Figure 4).  The low wind option run (both ADJ_U* and LOWWIND3) with no turbulence (Figure 5) still shows an over-prediction, and with full turbulence shows a slight under-prediction (Figure 6), but with consideration of impacts from an unmodeled nearby background source (Bowline Point), it could be within the 10% uncertainty range for an unbiased model.  The model with both low wind options and no turbulence shows a modest over-prediction.  If only ADJ_U* is used, then the use of full turbulence input shows a modest over-prediction, and eliminating all

turbulence leads to over-predictions.    Therefore, it appears that the only case in which horizontal (but not vertical) turbulence should be removed (to prevent underpredictions) from input to AERMOD is in the case for which <u>both</u> ADJ_U* and LOWWIND3 are employed.

**Figure 4  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO₂ Concentrations for Each Monitor Using AERMOD Default (No Turbulence)**



**Figure 5  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO2 Concentrations for Each Monitor Using AERMOD LOWWIND3 (No Turbulence)**



**Figure 6  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO2 Concentrations for Each Monitor Using ADJ_U\* and LOWWIND3 (All Turbulence Used)**



## CLIFTY CREEK EVALUATION RESULTS

### Description of Field Study Setting

The Clifty Creek Power Plant is located in rural southern Indiana along the Ohio River with emissions from three 208-m stacks during this study.  The area immediately north of the facility is characterized by cliffs rising about 115 m above the river and intersected by creek valleys.  Six nearby $SO_2$ monitors (out to 16 km from the stacks) provided hourly averaged concentration data.  A map of the terrain overlaid with the monitoring sites is shown in Figure 7.  Hourly-varying emissions (for this base-loaded with no $SO_2$ controls in 1975) were provided for the three stacks.  Meteorological data from a nearby 60-m tower for 1975 were used in this evaluation study.  The meteorological data included winds at 60 m and temperature at 10 m.  The on-site meteorological tower did not include turbulence measurements.  This database was also used in a major EPA-funded evaluation of rural air quality dispersion models in the 1980s[19].

AERMET/AERMOD version 15181 was run using the following two configuration options:

- AERMET Default / AERMOD Default

- AERMET ADJ_U* / AERMOD LOWWIND3.

**Figure 7  Map of Clifty Creek Power Plant and Monitor Locations**



**Results of the 99th Percentile Concentration Comparison**

The 4th highest (99th percentile) daily peak 1-hour $SO_2$ concentrations observed at each monitor location were compared against the model-predicted concentrations. This comparison was performed for AERMOD version 15181 default and the low wind options. The 1-hour $SO_2$ design concentrations for the Clifty Creek evaluation database are plotted in Figure 8.

**Figure 8  Histogram of the 4th Highest Daily Peak 1-hour $SO_2$ Concentrations**



The overall results indicate the following:

- The highest design concentration over all monitor sites for <u>both</u> default and low wind options are higher than its observed counterpart. The over-prediction for the default option is larger.
- The AERMOD v15181 default highest design concentration from all monitor sites is greater than the low wind result.
- Model-predicted design concentrations being higher or lower than observed were relatively evenly split across the six monitors.

**Discussion of Clifty Creek Evaluation Results**

RHC statistics were calculated for 1) the top twenty-six 1-hour, 2) the 4th highest 1-hour (using all hours), and 3) the 4th highest daily 1-hour averaging periods of $SO_2$ concentrations for each monitor site. A geometric mean of these ratios were then calculated to gain a better understanding of the overall model performance. The results for the third set of statistics are summarized in Table 2. Overall, the results indicate the two modeling approaches are nearly unbiased, with the default run slightly over-predicting, while the low wind options run is slightly

under-predicting.  The overall result for the low wind options were within the 10% uncertainty for monitored $SO_2$ concentrations.

**Table 2  Ratio of Predicted-to-Observed Robust 4th Highest Daily Peak Concentration (R4HC; 99th Percentile) for Each Monitor at Clifty Creek**

| Monitor | AERMOD 15181 Default | AERMOD 15181 LOWWIND3 |
|---|---|---|
| 1 | 0.81 | 0.79 |
| 2 | 0.86 | 0.75 |
| 3 | 1.30 | 1.06 |
| 4 | 0.75 | 0.65 |
| 5 | 2.47 | 1.62 |
| 6 | 1.35 | 1.08 |
| Geometric Mean | 1.14 | 0.94 |

To provide a graphical depiction of the performance of the model options for predicting the 1-hour $SO_2$ NAAQS, we computed and then ranked the 99th percentile peak daily 1-hour maximum concentration (both predicted and observed) for each of the 6 monitors.  We then ranked the 6 observed and predicted values independently and plotted the ranked pairs as a Q-Q plot for each model tested:

- Figure 9 for AERMET Default / AERMOD Default, and
- Figure 10 for AERMET ADJ_U* / AERMOD LOWWIND3.

An examination of the circled point in each figure (paired predicted and observed design concentrations) indicates that both modeling approaches over-predict for the controlling design concentration, but the default model over-predicts more.

**Figure 9  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO₂ Concentrations for Each Monitor Using AERMOD Default**



**Figure 10  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO2 Concentrations for Each Monitor Using ADJ_U* and LOWWIND3**



# KINCAID FIELD STUDY

The Kincaid $SO_2$ study[19,20] was conducted at the Kincaid Generating Station in central Illinois, about 25 km southeast of Springfield, Illinois.  It involved a buoyant, continuous release of $SO_2$ from a 187-m stack in rural flat terrain.  The study included about seven months of data between April 1980 and June 1981 (a total of 4,614 hours of samples).  There were 28 operational $SO_2$ monitoring stations providing 1-hour averaged samples from about 2 km to 20 km downwind of the stack.  A map of the terrain overlaid with the monitoring sites is shown in Figure 11.  Meteorological data included wind speed, direction, horizontal turbulence, and temperature from a tower instrumented at 2, 10, 50, and 100 m levels, and nearby National Weather Service (NWS) data.  Vertical turbulence measurements were also included in the onsite tower data at 100-m level.

A review of the monitor-by-monitor differences between modeled and observed design concentrations indicates that monitors near unaccounted-for nearby sources of $SO_2$ are significantly affecting the modeling results.  From Figure 11, it is clear that monitors C, G, F, 1, and B are relatively close to the Dallman plant in the northwestern part of the field study domain.  It is also evident that monitors 6, 7, and 10 are relatively close to the local coal preparation plant.

Since there appear to be significant contributions from un-modeled $SO_2$ sources, this evaluation database, without a correction to add the unmodeled sources, is not appropriate for inclusion in this study.  The analysis needed to determine the magnitude of the unmodeled emissions is beyond the scope of this study.  Although the Kincaid $SO_2$ experiment may be seriously compromised without information the unmodeled sources, it may be possible to reasonably estimate the approximate magnitude of the emission sources that were missed for future updates of this database.  In contrast, the Kincaid SF6 study is not similarly affected because of the single source of this tracer release.  However, the extent of the time period covered by the intensive Kincaid tracer study is much less than that of the $SO_2$ study.

**Figure 11  Map of Kincaid and Monitor Locations, Along with Nearby Emission Sources Omitted from the Evaluation Database**



# OTHER TALL-STACK EVALUATION DATABASES

Evaluation of the low wind modeling approaches for North Dakota and Gibson Generating Station are described in details in a November 2015 Journal of the Air & Waste Management Association article[21].  This section presents a brief summary of the databases and the evaluation results.

An available 4-year period of 2007-2010 was used for the Mercer County, ND evaluation database with five $SO_2$ monitors within 10 km of two nearby emission facilities (Antelope Valley and Dakota Gasification Company), site-specific meteorological data at one of the sites (10-m level data in a low-cut grassy field), and hourly emissions data from 15 point sources.  The terrain in the area is rolling and features three of the monitors above or close to stack top for some of the nearby emission sources.  Although this modeling application employed sources as far away as 50 km, the proximity of the monitors to the two nearby emission facilities meant that emissions from those facilities dominated the impacts.

The overall evaluation results for the North Dakota database indicated the following:

- The highest design concentration from all monitor sites for both default and low wind options are higher than observed.

- The AERMOD v15181 default highest design concentration from all monitor sites is greater than the ones using the low wind options.

- For the monitors in simple terrain, the evaluation results were similar for both the default and the low wind options.

- The evaluation result for the monitor in the highest terrain shows that the ratio of modeled to monitored concentration is more than 2, but when this location is modeled with the low wind options, the ratio is significantly better, at less than 1.3.

An available 3-year period of 2008-2010 was used for the Gibson Generating Station evaluation database in southwest Indiana with four $SO_2$ monitors within 6 km of the plant, airport hourly meteorological data (from Evansville, Indiana 1-minute data, located about 40 km SSE of the plant), and hourly emissions data from one electrical generating station (Gibson).  The terrain in the area is quite flat and the stacks are tall.  Due to the fact that there are no major SO2 sources within at least 30 km of Gibson, we modeled emissions from only that plant.

The overall evaluation results for Gibson indicated the following:

- The highest design concentration from all monitor sites for both default and low wind options are higher than observed.
- The AERMOD v15181 default highest design concentration from all monitor sites is greater than that for the low wind options.

- The ratios of the modeled to monitored concentrations at each monitor are greater than 1.0. The default option over- predicts by about 41-52% at two of the monitors and by about 12-28% at the other two monitors. The low wind options reduce the over-predictions to 5-28% at the four monitors

## CONCLUSIONS

The model evaluation for AERMOD's low-wind options was conducted in this study to target the 1-hour $SO_2$ design concentration (99th percentile daily maximum 1-hour concentration per year). This statistic is more pertinent for tall combustion sources than the RHC statistic established by EPA in the early 1990's decades due to the promulgation in 2010 of short-term probabilistic standards for $SO_2$ and NOx.

Model evaluation results are considered for the latest version of AERMOD (version 15181) on all of the tall-stack databases discussed in this report (except for Kincaid $SO_2$, which is set aside due to source inventory problems). The results for the four remaining databases show that the proposed low wind options (ADJ_U* and LOWWIND3) over-predict the 1-hour $SO_2$ design concentration, while the default model over-predicts to a greater degree. This is especially the case in complex terrain (Lovett) without site-specific turbulence data.

Of the four databases considered, only one (Lovett) had turbulence data, and AERMOD with only vertical turbulence data performed well (virtually unbiased) for the low wind options, while the use of both vertical and horizontal turbulence resulted in slight under-prediction if both the ADJ_U* and LOWWIND3 options were employed. If only the ADJ_U* option was employed, then the use of full turbulence data led to a slight overprediction, and exclusion of turbulence led to higher overpredictions.

Based on these results, we conclude for the four tall-stack databases reviewed in this study that the use of low wind options (ADJ_U* and LOWWIND3) will modestly over-predict the 1-hour $SO_2$ design concentration if observed horizontal turbulence data is not used. This finding indicates that the LOWWIND3 option plus inclusion of horizontal turbulence measurements may tend to overcorrect for wind meander. Since the LOWWIND3 option does not affect the vertical plume spread, it is appropriate to use the observed vertical turbulence measurements in conjunction with the low wind options. Also, if only the ADJ_U* option is used, then the use of both horizontal and vertical turbulence (as shown in the case of Lovett) is acceptable.
This report augments information previously provided to EPA, which includes a peer-reviewed paper involving the North Dakota and Gibson evaluations using ADJ_U* and LOWWIND3 as well as a supplemental evaluation using LOWWIND3 after it became available.

# REFERENCES

1. U.S. Environmental Protection Agency (EPA).  Addendum User's Guide for the AMS/EPA Regulatory Model – AERMOD.  Available at http://www.epa.gov/ttn/scram/models/aermod/aermod_userguide.zip.

2. Brode, R. 2015. Proposed Updates to AERMOD Modeling System.   Available at https://www3.epa.gov/ttn/scram/11thmodconf/presentations/1-5_Proposed_Updates_AERMOD_System.pdf.

3. Paine, R., O. Samani, M. Kaplan, E. Knipping and N. Kumar (2015) Evaluation of low wind modeling approaches for two tall-stack databases, *Journal of the Air & Waste Management Association*, 65:11, 1341-1353, DOI: 10.1080/10962247.2015.1085924.

4. EPA Docket Item, 2015.  http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2015-0310-0110; Attachment D.

5. EPA Docket Item, 2015. http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2015-0310-0114.

6. EPA, AERMOD modeling system.   Available at http://www.epa.gov/ttn/scram/dispersion_prefrec.htm#aermod.

7. EPA, 1995.  User's Guide for the Industrial Source Complex (ISC3) Dispersion Models.  EPA-454/B-95-003a.   Available at http://www3.epa.gov/ttn/scram/userg/regmod/isc3v1.pdf.

8. Paine, R.J., J.A. Connors, and C.D. Szembek, 2010.  AERMOD Low Wind Speed Evaluation Study:  Results and Implementation.  Paper 2010-A-631-AWMA, presented at the 103rd Annual Conference, Air & Waste Management Association, Calgary, Alberta, Canada.

9. Qian, W., and A. Venkatram, 2011. Performance of Steady-State Dispersion Models Under Low Wind-Speed Conditions. *Boundary-Layer Meteorology*, 138:475–491.

10. Camille Sears presentation at the 2013 Regional State Local Air Quality Modeling Workshop, available at http://www.cleanairinfo.com/regionalstatelocalmodelingworkshop/archive/2013/Files/Presentations/Tuesday/107-Sears-Sierra_Club.pdf.

11. Perry, S.G., A.J. Cimorelli, R.J. Paine, R.W. Brode,  J.C. Weil, A. Venkatram, R.B. Wilson, R.F. Lee, and W.D. Peters, 2005.  AERMOD: A Dispersion Model for Industrial Source Applications.  Part II: Model Performance against 17 Field Study Databases. *Journal of Applied Meteorology*, 44, 694-708.  American Meteorological Society, Boston, MA.

12. EPA, 2005.  AERMOD Evaluation Databases.  Available at http://www3.epa.gov/ttn/scram/7thconf/aermod/aermod_mep.pdf.

13. Environmental Protection Agency, 1992. Protocol for Determining the Best Performing Model. Publication No. EPA–454/ R–92–025. Office of Air Quality Planning & Standards, Research Triangle Park, NC. (NTIS No. PB 93–226082).

14. EPA, 2016.  February 10, 2016 EPA Model Clearinghouse memo: "Model Clearinghouse Review of the Use of the ADJ_U* Beta Option in the AERMET Meteorological Processor (Version 15181) for the Donlin Mine Compliance Demonstration".  Available at

https://cfpub.epa.gov/oarweb/MCHISRS/index.cfm?fuseaction=main.resultdetails&recnum=16-X-01.

15. Bowen, B., 2007.  Improved Wind and Turbulence Measurements Using a Low-Cost 3-D Sonic Anemometer at a Low-Wind Site.  Lawrence Livermore National Laboratory, Report UCRL-TR-234138.  Available at https://e-reports-ext.llnl.gov/pdf/347570.pdf.

16. Paumier, J. O., S. G. Perry, and D. J. Burns.  1992.  CTDMPLUS: A dispersion model for sources near complex topography. Part II: Performance characteristics. *J. Appl. Meteor.*, 31, 646–660.

17. U.S. Environmental Protection Agency.  2013. Quality Assurance Handbook for Air Pollution Measurement Systems, Volume II, Ambient Air Quality Monitoring Program.  http://www.epa.gov/ttnamti1/files/ambient/pm25/qa/QA-Handbook-Vol-II.pdf.

18. TRC, 1982.  Evaluation of Rural Air Quality Simulation Models.  EPA-450/4-83-003 (NTIS # PB83-182758), prepared for Environmental Protection Agency, Research Triangle Park, NC.

19. Liu, M. K., and G. E. Moore, 1984. Diagnostic validation of plume models at a plains site.  EPRI Report No. EA-3077, Research Project 1616-9, Electric Power Research Institute, Palo Alto, CA.

20. Bowne, N. E., R. J. Londergan, D. R. Murray, and H. S. Borenstein, 1983.  Overview, Results, and Conclusions for the EPRI Plume Model Validation and Development Project: Plains Site. EPRI Report EA-3074, Project 1616-1, Electric Power Research Institute, Palo Alto, CA, 234 pp.

21. Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping, Naresh Kumar. 2015.  Evaluation of low wind modeling approaches for two tall-stack databases, Journal of the Air & Waste Management Association, 65:11, 1341-1353,  http://www.tandfonline.com/doi/full/10.1080/10962247.2015.1085924.


**KEYWORDS**

$SO_2$, AERMOD, modeling, low wind

No. 17-60088

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

**STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY L.L.C.; BIG BROWN POWER COMPANY L.L.C.; SANDOW POWER COMPANY L.L.C.; LUMINANT MINING COMPANY L.L.C.,**
Petitioners

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in His Official Capacity as Administrator of the United States Environmental Protection Agency,**
Respondents

Consolidated with

No. 21-60673

**STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,**
Petitioners

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,**
Respondents

**On Petition for Review of Final Agency Actions of the United States Environmental Protection Agency**

**Rule 30.2(a) Appendix – Volume Four of Eight (Tabs 328 (continued) - 386)**

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
GRANT DORFMAN
Deputy First Assistant Attorney General
SHAWN COWLES
Deputy Attorney General for Civil Litigation
PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

**March 30, 2022**

LINDA B. SECORD
Assistant Attorney General
Linda.Secord@oag.texas.gov
JOHN R. HULME
Assistant Attorney General
John.Hulme@oag.texas.gov
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
512-463-2012 (phone)
*Counsel for the State of Texas and Texas Commission on Environmental Quality*

# TABLE OF CONTENTS
## Volume Four of Eight*

Tab

Comment Submitted by Kim Mireles, Luminant Generation Company LLC
(Mar. 31, 2016) (with Attachments) .......................................................... 328 (continued)

Comment Submitted by Zachary M. Fabish, Staff Attorney, The Sierra Club
(Mar. 31, 2016) ...................................................................................................... 332

81 Fed. Reg. 45,039 (July 12, 2016) ...................................................................... 351

Final Technical Support Document for Missouri Area Designations for the
2010 SO$_2$ Primary National Ambient Air Quality Standard (July 1, 2016) ................ 386

*(See other volumes for additional appendix documents)*

---

\* Consistent with how the record material was cited in the briefs, appendix tab numbers
correspond to the final four digits (minus leading zeros) of "Document ID" numbers
on the certified index of record contents.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this appendix, which includes Volumes One through Eight, via the Court's CM/ECF system on this 30th day of March, 2022. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Trend Micro and is free of viruses.

s/ P. Stephen Gidiere III

*Counsel for Luminant Petitioners*

**Tab 328: Comment Submitted by Kim Mireles,
Luminant Generation Company LLC (Mar. 31, 2016)
(with Attachments) (continued)**

Attachment 2

Environment

Prepared for:
Luminant Generation Company LLC

Prepared by:
AECOM
Chelmsford, MA
60345106.120
March 2016

# Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Martin Lake Steam Electric Station

Environment

Prepared for:
Luminant Generation Company LLC

Prepared by:
AECOM
Chelmsford, MA
60345106.120
March 2016

# Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Martin Lake Steam Electric Station



Prepared By:  Olga Samani

Reviewed By:  Robert J. Paine

McLaughlin

# Contents

1.0  **Introduction** ..................................................................................................... **1-1**

    1.1  Overview ...................................................................................... 1-1

    1.2  Report Organization .................................................................... 1-1

    1.3  Acknowledgement ....................................................................... 1-1

2.0  **Description of Martin Lake and Regional Emission Sources** .................... **2-1**

    2.1  Martin Lake Steam Electric Station ............................................. 2-1

    2.2  Regional Sources and Background Monitors ............................... 2-2

3.0  **Dispersion Modeling Approach and Limitations** ...................................... **3-1**

    3.1  Sierra Club Modeling Submittal ................................................... 3-1

    3.2  Penetrated Plume Problem with AERMOD .................................. 3-4

4.0  **Proposed Approach for SO$_2$ Characterization Near Martin Lake: Current Emissions** ................................................................................................... **4-1**

5.0  **Future Case SO$_2$ Characterization Modeling Analysis** .............................. **5-1**

    5.1  Expected Future Operations at Martin Lake ................................ 5-1

    5.2  Good Engineering Practice Stack Height Analysis ....................... 5-1

    5.3  Dispersion Environment ............................................................... 5-2

    5.4  Model Receptor Grid and Terrain ................................................ 5-2

    5.5  Meteorological Data Processing ................................................... 5-2

    5.6  Emissions and Stack Parameters ................................................ 5-3

    5.7  Source Characterization and Model Options ............................... 5-4

    5.8  Background Concentrations .......................................................... 5-5

    5.9  Modeling Results for the Future Case ......................................... 5-6

# List of Appendices

Appendix A  E-mail from James Thurman to Robert Paine Regarding Receptor Placement for SO$_2$ Data Requirements Rule Modeling

Appendix B  Journal of Air & Waste Management Association Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND2)

Appendix C  Journal of Air & Waste Management Association Notebook Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND3)

Appendix D  Supplemental Evaluation of AERMOD Low Wind Options

Appendix E  *Atmospheric Environment* Paper on Source Characterization Refinements for Routine Modeling Applications

Appendix F  Conference Paper on Plume Rise Effects for Unique Source Types

# List of Tables

Table 2-1:  Available Air Quality Data for the Area Closest to the Martin Lake Steam Electric Station .. 2-2

Table 5-1:  Modeling Parameters ........................................................................................................ 5-4

Table 5-3:     AERMOD Modeled Design 1-hour $SO_2$ Concentration Results ...................................... 5-6

# List of Figures

Figure 1-1:   Topographic Map Showing Martin Lake and Vicinity ....................................................... 1-2

Figure 2-1:   Martin Lake Steam Electric Station Photograph ........................................................... 2-1

Figure 3-1:   Areas to be Excluded from $SO_2$ Characterization Modeling for Martin Lake .................. 3-2

Figure 5-1:   Martin Lake Structures and Stacks Used in the GEP Analysis ....................................... 5-7

Figure 5-2:   Martin Lake Modeling Far-Field Receptor Grid .............................................................. 5-8

Figure 5-3:   Martin Lake Modeling Near-Field Receptor Grid ........................................................... 5-9

Figure 5-4:   Location of Meteorological Stations and $SO_2$ Monitor Relative to Martin Lake Steam
              Electric Station.............................................................................................................. 5-10

Figure 5-5:   Longview, TX Wind Rose (2013-2015) ........................................................................ 5-11

Figure 5-6:   2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of
              Day at Waco $SO_2$ Monitor .......................................................................................... 5-12

Figure 5-7:   99th percentile 3-year average 1-hour $SO_2$ Concentration Isopleths with LOWWIND3,
              AERMOIST, and AERLIFT Options................................................................................. 5-13

# 1.0    Introduction

## 1.1    Overview

The United States Environmental Protection Agency (EPA) is implementing the 2010 1-hour $SO_2$ National Ambient Air Quality Standard (NAAQS),[1] using an approach that involves either monitoring data or dispersion modeling where such modeling to characterize local $SO_2$ concentrations near isolated emission sources "clearly demonstrates" attainment or nonattainment.  Based on an absence of monitoring data, the state of Texas proposed to designate many areas in the state as unclassifiable/attainment.  One of these areas surrounds the Martin Lake Steam Electric Station ("Martin Lake"), located in the eastern portion of Rusk County at Martin Lake, approximately 5 miles southwest of Tatum, Texas (see Figure 1-1).

The EPA has proposed to reject Texas's recommendation for this area and designate it as nonattainment, although it will consider any comments provided by March 31, 2016, regarding the characterization of nearby $SO_2$ concentrations. This report analyzes the modeling basis for EPA's characterization of $SO_2$ concentrations in the vicinity of Martin Lake.  Due to significant biases in available modeling approaches, which are discussed in this report, this report concludes that dispersion modeling cannot clearly demonstrate that this area is not attaining the $SO_2$ NAAQS. Therefore, it should be designated as unclassifiable until a monitoring assessment can be performed.

In addition, Luminant is planning increased scrubber efficiency and possible fuel blend changes by the end of 2017 for Martin Lake that would result in a net reduction of $SO_2$ emissions on the order of 30-40% from the current plant operations.  To determine the effect of this operational change on actual $SO_2$ concentrations that would be monitored, a conservative $SO_2$ characterization modeling assessment is also provided in the last section of this report.

## 1.2    Report Organization

Section 2 of this report describes the Martin Lake Steam Electric Station and the other emission sources within 20 km of Martin Lake.  This section also describes available regional monitoring data. Section 3 describes the EPA's basic dispersion model approach and significant over-prediction biases associated with this approach that make it unreliable in this case to establish the attainment status of Martin Lake.   Section 4 further expands this discussion by reviewing modeling results prepared by Sierra Club and finds that with the consideration of over-prediction biases, a more accurate assessment of the $SO_2$ characterization, through monitoring, could readily result in a finding of attainment.  Section 5 provides the results of the future case $SO_2$ characterization using conservative modeling approaches with the planned plant operation changes taken into account.

## 1.3    Acknowledgement

The authors would like to recognize the assistance provided by Mr. Jeremy Halland of Luminant, who participated with AECOM in the AERMOD modeling runs and in the quality assurance of the results.

---

[1] 75 FR 35571 is the final rule for the 2010 $SO_2$ NAAQS.

**Figure 1-1:    Topographic Map Showing Martin Lake and Vicinity**



# 2.0    Description of Martin Lake and Regional Emission Sources

## 2.1    Martin Lake Steam Electric Station

Martin Lake Steam Electric Station is a 2,380-megawatt coal-fired power plant located in the eastern portion of Rusk County at Martin Lake, approximately 5 miles southwest of Tatum, Texas.  The station operates three boilers exhausting through three identical 452-ft (137.8-meter) tall stacks, as shown in Figure 2-1.  The area surrounding Martin Lake is considered rural, with mostly simple terrain extending to at least 50 km from the facility.  The power plant has the Martin Lake on its northern, eastern, and southern boundaries.

**Figure 2-1:   Martin Lake Steam Electric Station Photograph**



Image courtesy:  stock photography

## 2.2    Regional Sources and Background Monitors

EPA's Technical Support Document regarding Texas Consent Decree sources[2] ("EPA Texas TSD") indicates that there are no large $SO_2$ sources within 20 km of Martin Lake.  EPA guidance (the March 1, 2011 Clearinghouse Memo,[3] EPA's proposed Appendix W changes published on July 29, 2015,[4] and EPA's $SO_2$ Modeling Technical Assistance Document (TAD)[5]) indicate that such distant sources would not be expected to produce a significant concentration gradient in the area of Martin Lake, and thus would be included in the regional background estimate. The EPA Texas TSD provides a table of monitored design concentrations for one regional $SO_2$ monitor as shown below.

**Table 2-1:  Available Air Quality Data for the Area Closest to the Martin Lake Steam Electric Station**

| County | Monitor ID (AQS Number) | Monitor Location | Distance to Martin Lake Electric Station (km) | 2012-2014 $SO_2$ Design Value (ppb) |
|---|---|---|---|---|
| Gregg | 48-183-0001 | South of Longview, TX | 1.0 | 50 |

Because the Gregg County monitor (just north of the Rusk County line) is downwind of the predominant wind direction (S-SE winds) from Martin Lake, its data already incorporates impacts from Martin Lake.  As an alternative, the $SO_2$ monitor at Waco is a more appropriate indicator of regional background, and the 2012-2014 design value for that monitor (6 ppb) is reasonably close (within 3 ppb) of the value assumed by the Sierra Club in their modeling (discussed in Section 3).

---

[2] Available at https://www3.epa.gov/so2designations/round2/06_TX_tsd.pdf.

[3] http://www.epa.gov/scram001/guidance/clarification/Additional_Clarifications_AppendixW_Hourly-NO2-NAAQS_FINAL_03-01-2011.pdf.

[4] 80 FR 45340, July 29, 2015.

[5] https://www3.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf.

# 3.0   Dispersion Modeling Approach and Limitations

The suitability of an air quality dispersion model for a particular application is dependent upon several factors.  The following selection criteria have been evaluated:

- stack height relative to nearby structures;

- dispersion environment;

- local terrain; and

- representative meteorological data.

The US EPA Guideline on Air Quality Models (Appendix W[6]) prescribes a set of approved models for regulatory applications for a wide range of source types and dispersion environments.  Based on a review of the factors discussed below, the latest version of AERMOD (15181) would typically be selected for a modeling approach to characterize $SO_2$ concentrations near Martin Lake.  Notably, this model was developed for use in permitting and, as a result, tends to over predict impacts.

## 3.1   Sierra Club Modeling Submittal

EPA's only basis for proposing to reject the State of Texas's recommended designations is AERMOD modeling conducted by the Sierra Club for the characterization of $SO_2$ concentrations near Martin Lake.  The associated modeling files (dated September 11, 2015) have been provided to EPA, TCEQ and also to Luminant.  AECOM and Luminant have reviewed those files, and we offer the following bulleted comments that discuss the Sierra Club submittal to EPA.

- An older AERMOD version 14134 was used in the modeling, even though a newer version was available.

- The modeling included sources beyond 20 km from Martin Lake.  This inclusion is inconsistent with the EPA guidance[4,5] noted above.

- The modeling used receptors with a 1.5-m flagpole height, which is inconsistent with EPA's recommendation in the TSD of zero for the flagpole height.

- The receptor grid extended to 50 km, which is well beyond the peak impact distance (expected to be within 5 km).  A receptor grid out to 20 km is more appropriate.

- The receptor coverage near the plant did not properly exclude areas that are not appropriate for siting a monitor, such as areas under the control of Luminant or that are on other industrial property.  As indicated by EPA in the $SO_2$ Modeling Technical Assistance Document (TAD) and confirmed in an e-mail from James Thurman of EPA's Office of Air Quality Planning and Standards (see Appendix A), these areas (among others) are not appropriate for monitoring and therefore should not be included in the $SO_2$ characterization modeling.  The areas that should plainly be excluded from modeling are shown in Figure 3-1.  Additional areas may also be excluded after further review, depending on local terrain, land ownership, accessible power, and other factors affecting monitoring siting.

---

[6] http://www.epa.gov/ttn/scram/guidance/guide/appw_05.pdf

**Figure 3-1:    Areas to be Excluded from SO₂ Characterization Modeling for Martin Lake**



Note:  Areas excluded from receptor placement include:

- Martin Lake and wetland areas
- Parcels of land owned and controlled by Luminant Generation and Luminant Mining.

- The Sierra Club did not include buildings in the modeling.   We expect that the modeling results are not extremely sensitive to this issue because the stack heights are well above the buildings and there is considerable momentum and buoyancy rise for the stack plumes.

- The Sierra Club used actual hourly emission rates from the EPA's Clean Air Markets database.   This is generally accurate, except that some hourly emissions could be listed as high default values in the event that the data were not available from the Continuous Emission Monitor (CEM) database.  Regardless, as is typical, the CEMS for Martin Lake as reported to EPA are biased high to ensure emissions are not underreported in compliance with Part 75.   Accordingly, the Sierra Club model results will overstate actual impacts.

- The Sierra Club used a single set of stack parameters for modeling all emission rates, which is not accurate and could result in more persistent impacts than the use of varying stack parameters would provide.  While EPA states that this approach was in accordance with the best practices outlined in the $SO_2$ Modeling TAD, other more refined approaches for improving model performance should be incorporated.  In addition to the use of actual hourly stack parameters, addressing plume-merging effects from aligned sources can reduce over-estimation.  The AECOM-developed procedure called "AERLIFT" is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources, such as Martin Lake Units 1-3. The tendency of adjacent stack plumes to at least partially merge is a function of several factors which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed).[7] Not accounting for the tendency of adjacent stacks to at least partially merge, results in the over-prediction of modeled impacts from the sources.

- Another source characterization improvement that should be considered in the modeling (and was not considered by the Sierra Club) is the effect on plume rise due to condensation of saturated plumes.   This is the case for the scrubbed Martin Lake plumes.  AERMOD has plume rise formulations that are based on the assumption of a dry plume, in that the chimney plume is considered to carry essentially no moisture.  A procedure[7] to incorporate the moist plume effect by adjusting the input stack temperature data can be performed prior to an AERMOD model analysis using a pre-processor called "AERMOIST."   This pre-processor makes use of a European plume rise model called "IBJpluris" that has been successfully evaluated against atmospheric plume rise measurements and already incorporates moist plume effects and has been found to accurately predict the final rise of a moist plume.  The adjustments to plume rise using IBJpluris with and without moist plume effects can be transferred to AERMOD (or other models, as appropriate) by adjusting the input stack temperature of each affected source on an hourly basis, as a function of ambient temperature and relative humidity.

- The Sierra Club modeling used surface data from Longview and upper air data from Shreveport, LA.  This data selection and the method of processing were generally consistent with EPA guidance.

- The Sierra Club modeling did not use any of the EPA-proposed low wind options.  This approach can lead to significant model over-predictions.  We provide in Appendices B, C, and D studies that support this conclusion.   The documents include a peer-reviewed paper in Appendix B, a follow-up paper submitted for publication in Appendix C, and a study that addresses and refutes Sierra Club claims that the low wind options result in AERMOD under-predictions for the $SO_2$ NAAQS modeling in Appendix D.

---

[7] Paine, R., Warren, L.L., Moore, G.E., Source Characterization Refinements for Routine Modeling Applications, Atm. Env. 129 (2016), 55-67.  doi: 10.1016/j.atmosenv.2016.01.003.

- The results of the Sierra Club modeling are substantially affected by the penetrated plume issue with AERMOD that is further discussed in the next subsection. This problem with AERMOD results in a significant over-prediction tendency of approximately a factor of 2. Thus, any modeling results within a factor of 2 over the NAAQS would not be a reliable indicator of nonattainment with the $SO_2$ NAAQS and would indicate that an unclassifiable designation is appropriate.

## 3.2    Penetrated Plume Problem with AERMOD

In numerous AERMOD applications for tall stacks in relatively flat terrain, AECOM has observed, through the use of freely-available AERMOD debugging software,[8] that the peak concentrations are dominated by convective conditions (usually the morning) with low mixing heights. A penetrated plume condition occurs when the plume rises into the stable layer above a shallow convective boundary layer. Rapid mixing of such plumes to the ground is not expected. The previous EPA-approved Industrial Source Complex model[9] assumed zero ground-level concentrations for this type of condition.

This condition was further discussed by Paine[10] at the 11th Modeling Conference. Our review of Sierra Club modeling results for Martin Lake that were re-run with a "DISTANCE DEBUG" enhanced AERMOD debugging output confirms that the Martin Lake peak AERMOD-predicted concentrations are caused by the simulated penetrated plume. We conclude that Sierra Club's modeling is materially affected by this known flaw in AERMOD.

This over-prediction scenario is also observed in a case study of emissions from Gibson Generating Station in southeastern Indiana, discussion below, where the AERMOD-predicted concentrations exceeded measured values by about a factor of 2. AERMOD erroneously simulates this type of plume to mix to the ground rapidly (faster than expected) and to result in the highest concentrations of any dispersion condition.

The Paine presentation noted above cites two independent evaluation studies that both resulted in an over-prediction of 50% or more for this condition, suggesting that the model overstates the rate of vertical mixing of the plume. One of the evaluation databases cited for this conclusion, addressed the Gibson Generating Station noted above, where EPA was recently presented[11] with conflicting information:

---

[8] The "DISTANCE DEBUG" output capability of AERMOD is documented and freely available from EPRI at https://sourceforge.net/projects/epri-dispersion/.

[9] EPA, 1995. User's Guide for the Industrial Source Complex (ISC3) Dispersion Models. EPA-454/B-95-003a. Available at http://www3.epa.gov/ttn/scram/userg/regmod/isc3v1.pdf.

[10] Paine R., 2015. Presentation made at EPA's 11th Modeling Conference. Available at http://www.epa.gov/ttn/scram/11thmodconf/presentations/2-4_Penetrated_Plume_Issues.pdf.

[11] EPA, 2016. Technical Support Document for Indiana Area Designations for the 2010 SO2 Primary National Ambient Air Quality Standard. Available at http://www3.epa.gov/so2designations/round2/05_IN_tsd.pdf.

- A network of well-sited $SO_2$ monitors indicated an $SO_2$ design concentration of 72 ppb, which is about 64 ppb without background.[12]

- The modeled value without background was about 123 ppb, about twice that of the monitor. This finding, relying on a more recent database, shows an even higher over-prediction tendency than that first reported by Paine et al.[11]

It is clear that the Sierra Club results for Martin Lake are influenced by a similar penetrated plume problem. There is no current means for quantitatively addressing the AERMOD over-prediction issue. The best practice is to account for it by taking the modeled design concentration value and recognizing that an unbiased estimate concentration characterization could reduce this modeled estimate by up to 50%. The implications of this issue for Martin Lake are further discussed in Section 4.

---

[12] LADCO $SO_2$ Protocol presentation (indicating 8 ppb SO2 background). Available at http://www.cleanairinfo.com/regionalstatelocalmodelingworkshop/archive/2011/Presentations/3-Tuesday_PM/3-2_2011_RSL_ModelersWorkshop_Reg5SO2SIP_MSheffer.pdf.

# 4.0 Proposed Approach for SO$_2$ Characterization Near Martin Lake: Current Emissions

The only basis for EPA's proposed rejection of Texas's designation is Sierra Club modeling that reports a design concentration for Martin Lake of 347.7 µg/m$^3$, of which 7.8 µg/m$^3$ is due to background. This leaves Sierra Club's modeled impact for Martin Lake alone to be about 340 µg/m$^3$.

This modeling result fails to account for any of the over-prediction issues addressed above, including, CEMS bias, no consideration of partial plume merging from adjacent stacks (AERLIFT), no consideration of the moist plume rise characteristics (AERMOIST), no use of the EPA-proposed low wind options, and the penetrated plume issue. Nor does it use the most recent three years of emissions data, for which Martin Lake's SO$_2$ emissions in 2015 were about 47% lower than those in 2012. As a result, these modeling results do not clearly demonstrate that a monitor would have shown nonattainment.

To quantify the impact of these over-predictions for Martin Lake, we have compared the results to the monitoring and modeling reported in the Gibson case.

This is appropriate because the Gibson modeling situation is similar to that of Martin Lake in several ways:

- Tall stacks associated with an isolated source are being modeled.

- The terrain in the area is relatively flat.

- The peak predictions are associated with the penetrated plume issue.

- The plant is bordered by a large lake, which tends to limit convective activity and cast further doubt on the model's rapid mixing of the penetrated plume to the ground.

For Gibson, there were multiple monitors located near the source, including monitors near the highest projected concentrations. However, the peak model-predicted concentration was about a factor of 2 higher than the monitored concentration, excluding background. In light of the over-prediction problems discussed above, a similar correction to the Sierra Club's modeled design concentration would be appropriate as a correction to the model results. Accordingly, we compute an adjusted (approximately unbiased) result that accounts for the lower emissions for 2015 relative to 2012 by adjusting the results for 2012 in the 3-year averaging. This result also accounts for the potential factor-of-2 over-prediction due to the penetrated plume (but not accounting for low wind options or AERMOIST and AERLIFT refinements) and the non-scaling of the 8 µg/m$^3$ background: about 156 µg/m$^3$.

The result shows that the dispersion modeling cannot clearly demonstrate nonattainment of the standard, given that appropriate adjustments based on field evidence indicate attainment of the standard. Because the modeling is unclear, an appropriate designation at this time should be "unclassifiable."

# 5.0   Future Case SO$_2$ Characterization Modeling Analysis

The future operation of electric generating units ("EGUs"), which may vary between different regions of the country, is forecasted with some certainty throughout the industry.  These forecasted operations account for implementation of newly promulgated rules in addition to numerous other factors.  Several rules, including the Mercury and Air Toxics Standards rule, are anticipated to achieve SO$_2$ reductions from EGUs beginning in 2015.  The effects of these rules and Luminant's forecasted operations are reviewed for the impact they may have on ambient air quality over the next three years.

## 5.1     Expected Future Operations at Martin Lake

An evaluation of the three-year period reflective of the ambient monitoring period for emission sources designated as unclassifiable was made regarding the anticipated operation of Martin Lake Units 1-3.  The current expectations are that starting in 2018 and going forward, Martin Lake will substantially lower its SO$_2$ emissions from the plant by operating its scrubbers at higher efficiencies and potentially operating with a different blend of fuels from that currently being used. As demonstrated in the modeling analysis provided in this section, we have performed a refined dispersion modeling analysis using the most recent three years of actual operations as a starting point to demonstrate the future air quality in the Martin Lake area will continue to attain the 1-hour SO$_2$ NAAQS.  To best estimate the operations of the plant in 2017 – 2019, the refined modeling approach uses actual data from 2013 – 2015 as follows.  The actual hourly stack parameters and actual hourly emission rates for 2013 are used for 2017 operations.  With the assumption of the plant's operating changes at the end of 2017, the modeling for 2018 and 2019 SO$_2$ concentrations uses adjusted hourly emission rates for 2014-2015 based on actual hourly heat input data and the expected SO$_2$ emission factors.  The expected operation for 2018-2019 (i.e., using 2014-2015 heat input) will result in approximately 30-40% lower SO$_2$ emissions than emissions during the 2014-2015 period.  This modeling approach is extremely conservative because it assumes that 2017 operations will be identical to 2013 operations, since emissions in 2013 were the highest of the 2013-2015 time period and because current market considerations for plant dispatching indicate a lower plant utilization in the 2017-2019 period than during the 2013-2015 period.

EPA's Modeling Technical Assistance Document (TAD)[13]  provides an extensive discussion for many approaches to characterize actual emissions in its Section 5.2.3.  This discussion supports the use of reasonable methods to estimate hourly emissions such as a conservative scaling of previous emissions from Martin Lake to the future control efficiencies and fuel blend.

The following sections describe various aspects of the AERMOD model input preparation.

## 5.2     Good Engineering Practice Stack Height Analysis

Good engineering practice (GEP) stack height is defined as the stack height necessary to ensure that emissions from the stack do not result in excessive concentrations of any air pollutant as a result of atmospheric downwash, wakes, or eddy effects created by the source, nearby structures, or terrain features.

---

[13] https://www3.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf.

A GEP stack height analysis was performed for the three boiler stacks at Martin Lake with the USEPA's Building Profile Input Program (BPIP). BPIP was used to develop the building/structural information required for input to AERMOD to simulate building downwash in the dispersion modeling. A total of 30 buildings were included into the GEP analysis. The locations of the buildings relative to the stacks are shown in Figure 5-1. Since EPA's Technical Assistance Document for modeling specifies that actual stack heights should be used in this modeling characterization of $SO_2$ concentrations, the GEP analysis was used to provide input of building dimensions to AERMOD, but not to change the stack height input from the actual value for input to the modeling.

## 5.3    Dispersion Environment

The application of AERMOD requires characterization of the local (within 3 kilometers) dispersion environment as either urban or rural, based on a US EPA-recommended procedure that characterizes an area by prevalent land use. This land use approach classifies an area according to 12 land use types. In this scheme, areas of industrial, commercial, and compact residential land use are designated urban. According to US EPA modeling guidelines, if more than 50% of an area within a 3-km radius of the facility is classified as rural, then rural dispersion coefficients are to be used in the dispersion modeling analysis. Conversely, if more than 50% of the area is urban, urban dispersion coefficients are used. As shown in Figure 1-1, the 3-km area surrounding Martin Lake is rural. Therefore, rural dispersion was assumed.

## 5.4    Model Receptor Grid and Terrain

AERMAP (version 11103) was used to generate modeling receptors. A Cartesian receptor grid was generated as an input to AERMOD with the following spacing:

- 0 km to 2 km with 100 meter spacing,

- 2 km to 5 km with 250 meter spacing,

- 5 km to 10 km with 500 meter spacing, and

- 10 km to 50 km with 1,000 meter spacing.

Terrain elevations from 30-meter National Elevation Data (NED) from USGS were processed with AERMAP to develop the receptor terrain elevations required by AERMOD.

Receptors were removed from Luminant property and locations where an $SO_2$ monitor could not physically be placed (e.g., over water and on roadways). In particular, receptors were removed over Martin Lake as well as adjacent industrial / mining areas to the east and west. This approach is consistent with the $SO_2$ Modeling TAD, although the receptor grid used in this report is conservative because additional areas could likely also be excluded depending on local terrain, land ownership, accessible power and other factors affecting monitoring siting. Figure 5-2 and 5-3 show the receptor network used in the modeling.

## 5.5    Meteorological Data Processing

Meteorological data from Longview, TX and upper air observations from Shreveport, LA (see Figure 5-4) were processed using AERMET (version 15181) and included 1-minute wind data using AERMINUTE (version 15272) to reduce the occurrence of calm wind observations. The most recent three years of data, 2013-2015, were used to generate the surface and profile meteorological data files for AERMOD. Figure 5-5 shows the 3-year average (2013-2015) wind rose. In the AERMINUTE

processing, the low wind speed threshold was set to 0.5 m/s. Processing was performed in AERMET using both the default and ADJ_U* options, although we found that the modeling results are insensitive to the ADJ_U* option.

AERMET requires specification of the meteorological station site characteristics including surface roughness ($z_o$), albedo (r), and Bowen ratio ($B_o$). These parameters were developed using the EPA's AERSURFACE tool, version 13016. The Bowen ratio is an indicator of surface moisture and the albedo is a measure of the reflectivity of the land surface. Together, these indicators are used by AERMET to estimate the boundary layer parameters for determining the stability of the atmosphere. The surface roughness is related to the heights of obstacles to the wind flow and is used to parameterize other surface stability indicators in AERMET.

The Bowen ratio and albedo associated with land use characteristics are calculated in AERSURFACE within a 10 km by 10 km area centered on the Longview Airport. The general surface characteristics within the 100 square kilometer area are very similar between the Martin Lake site and the Longview airport. Surface roughness is estimated by AERSURFACE using the USGS NLCD 1992 land use data, within a 1-km radius centered on the Martin Lake plant site, consistent with TCEQ modeling guidance.[14] A single 360-degree sector was used to calculate the roughness length at the site.

AERMET creates two output files for input to AERMOD:

- SURFACE: a file with boundary layer parameters such as sensible heat flux, surface friction velocity, convective velocity scale, vertical potential temperature gradient in the 500-meter layer above the planetary boundary layer, and convective and mechanical mixing heights. Also provided are values of Monin-Obukhov length, surface roughness, albedo, Bowen ratio, wind speed, wind direction, temperature, and heights at which measurements were taken.

- PROFILE: a file containing multi-level meteorological data with wind speed, wind direction, temperature, sigma-theta ($\sigma_\Theta$) and sigma-w ($\sigma_w$) when such data are available.

Figure 5-4 shows the locations of the meteorological stations mentioned above in relation to Martin Lake.

## 5.6    Emissions and Stack Parameters

Hourly $SO_2$ emissions (before scaling for the characterization representing 2018 and 2019 emissions) for Martin Lake were obtained from the EPA Clean Air Markets Division's (CAMD) Air Markets Program Data for the latest three years (2013-2015). As recommended in the $SO_2$ Modeling TAD, the actual stack heights of the three identical Martin Lake stacks were used in the modeling. Table 5-1 summarizes the stack locations and exhaust parameters used in this modeling analysis. Regardless, as is typical, the CEMS for Martin Lake are biased high in order to ensure emissions are not underreported in compliance with Part 75. Accordingly, the model results will overstate actual impacts.

For Martin Lake Units 1-3, hourly stack temperature and stack velocity were input into the model for the three-year period. These data were provided by Luminant based on CEMS data collected at each source.

---

[14] http://www.tceq.state.tx.us/assets/public/permitting/air/Modeling/guidance/airquality-mod-guidelines6232.pdf.

Pirkey Power Plant, located approximately 23 kilometers from Martin Lake, was identified as a nearby background source (Figure 5-4). Although it is more than 20 kilometers from Martin Lake, the Pirkey Power Plant has been conservatively included as a nearby background source in this modeling analysis. Hourly $SO_2$ emissions for the Pirkey Power Plant were also obtained from the EPA CAMD Air Markets Program Data for the latest three years (2013-2015). The stack parameters identified in the 2013 TCEQ emission inventory were used for all hours of the year.

**Table 5-1: Modeling Parameters**

| Plant/ Unit # | X (m) | Y (m) | $SO_2$ Emissions | Stack Height (m) | Exit Velocity (m/s) | Temperature (K) | Diameter (m) |
|---|---|---|---|---|---|---|---|
| Martin Lake 1 | 351999 | 3570400 | Vary by hour | 137.77 | Vary by hour | Vary by hour | 7.01 |
| Martin Lake 2 | 352041 | 3570309 | Vary by hour | 137.77 | Vary by hour | Vary by hour | 7.01 |
| Martin Lake 3 | 352084 | 3570217 | Vary by hour | 137.77 | Vary by hour | Vary by hour | 7.01 |
| Pirkey 1 | 360449 | 3592510 | Vary by hour | 160.01 | 25.91 | 338.70 | 7.62 |

## 5.7    Source Characterization and Model Options

In addition to the default model options discussed above, certain refinements are appropriate to accurately characterize $SO_2$ concentrations in the vicinity of Martin Lake. These refinements involve implementation of the source characterization technique called AERLIFT and AERMOIST, and low wind model options that are currently proposed by EPA as default options in AERMOD.

In a proposed rulemaking published in the July 29, 2015 Federal Register, the EPA released a revised version of AERMOD (version 15181), and proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions. These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option. Dispersion modeling was conducted using proposed EPA changes to the preferred modeling approaches with beta ADJ_U* and LOWWIND3 options.

AERLIFT is a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources, such as Martin Lake Units 1-3. The tendency of adjacent stack plumes to at least partially merge is a function of several factors, which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed).

Martin Lake's three units have emissions that pass through wet scrubber $SO_2$ control devices. These control devices result in an average stack moisture content of 15% for the plumes. Stacks with substantially moist plumes can lead to latent heat release of condensation after the plume exits the stack, providing additional plume rise relative to a "dry" plume scenario. Although some of the initial added buoyancy is later lost due to partial evaporation, a net gain in plume rise occurs. The AERMOD plume rise formulation is based on the assumption of a dry plume, in that the chimney plume is considered to be far from being saturated and carries essentially no moisture. A procedure to incorporate the moist plume effect can be performed by adjusting the input exit temperature data prior to an AERMOD model analysis using an AECOM-developed pre-processor called "AERMOIST."

AERMOIST makes use of a European validated plume rise model called "IBJpluris" that already incorporates moist plume effects and has been found to accurately predict the final rise of a moist plume (Janicke and Janicke, 2001; Janicke Consulting, 2015).[15],[16]   IBJpluris has been evaluated by Presotto et al. (2005),[17] which indicated that despite a number of entrainment formulas available, IBJpluris possessed the physical capability of representing the impacts of heat of condensation on symmetric chimney plume rise. Presotto et al. (2005) also reported field evaluation results for the IBJpluris model involving aircraft measurements through moist plumes emitted by stacks and cooling towers.

Plume rise adjustments using IBJpluris with and without moist plume effects are transferred to AERMOD through AERMOIST by adjusting the input stack temperature to calculate the equivalent dry plume temperature on an hourly basis, as a function of ambient temperature and relative humidity. Ambient temperature and relative humidity are obtained from the AERMET surface file.  These equivalent dry plume temperatures are used in AERMOD as an hourly emission and stack exhaust parameter file.

AERMOIST uses constant stack parameters.  However, hourly-varying stack parameters can also be processed with the AERMOIST technique if AERMOIST is first run for multiple load conditions over the range[18] of each source's operations.  Then, an interpolation procedure determines on an hourly basis an appropriate value for the equivalent dry plume hourly stack temperature.

This source characterization technique is not a modification to AERMOD but rather a refinement of the characterization of source inputs to AERMOD.  The AERMOIST formulation has been peer-reviewed and published in open access scientific literature and is provided in Appendices E and F.

The modeling analysis was performed using a combination of AERLIFT, AERMOIST, and EPA-proposed low wind options to provide supplemental information to EPA as a conservatively high estimate of the future $SO_2$ concentrations in the vicinity of the plant.


## 5.8    Background Concentrations

In addition to estimating the impacts from Martin Lake sources, the impacts from other sources of $SO_2$ in the region were considered to demonstrate that the region is currently modeled to be in attainment of the 1-hour $SO_2$ NAAQS.  Pirkey Power Plant, located approximately 23 kilometers from Martin Lake, was identified as a nearby background source (Figure 5-4).  The Pirkey Power Plant has been included as a nearby background source in this modeling analysis.

---

[15] Janicke, U., Janicke, L., 2001. A three-dimensional plume rise model for dry and wet plumes. *Atmos. Environ.* 35, 877-890.

[16] Janicke Consulting, Environmental Physics, 2015. Plume Rise Model IBJpluris. http://www.janicke.de/en/download-programs.html

[17] Presotto, L., Bellasia, R., Bianconi, R., 2005. Assessment of the visibility impact of a plume emitted by a desulphuration plant. *Atmos. Environ.* 39 (4), 719-737.

[18] The load-dependent stack temperature and exit velocity data are either provided through engineering considerations, or through a review of historical unit operations.

The total concentration for characterizing the 1-hour $SO_2$ NAAQS concentrations was calculated by adding the modeled concentration to the regional background concentrations from the Waco $SO_2$ monitor in McLennan County (AQS ID 48-309-1037), located about 245 kilometers away from Martin Lake, shown in Figure 5-7. The Waco monitor represents a conservative background estimate of the background sources of $SO_2$ that are not included in the modeling.

The modeling analysis included seasonal diurnal background values developed using the procedures described in the EPA's March 1, 2011 Memorandum.[19] Page 20 of the memorandum outlines the methodology for calculating background $SO_2$ values that vary by season and hour of day. The background values were calculated using the most recent 3-year period (2013-2015) and added internally in AERMOD to the AERMOD-predicted concentration for comparison with the 1-hour $SO_2$ NAAQS. The Waco seasonal $SO_2$ concentrations are listed in Table 5-2 and displayed in Figure 5-6.

## 5.9    Modeling Results for the Future Case

The modeling results of 99th percentile maximum daily 1-hour average concentrations over the 3 years modeled are presented in Table 5-3. The table shows that the predicted impacts for Martin Lake by itself, as well as that from background are below the 1-hour $SO_2$ NAAQS. Notably, this modeled result does not take into account the documented substantial over-prediction due to the penetrated plume issue for AERMOD. Therefore, the results reported here significantly overstate the expected $SO_2$ concentrations.

A plot depicting the model-predicted concentrations and the location of the maximum predicted impact of $192.1 \mu g/m^3$ is provided as Figure 5-7. The peak impact occurs in an area covered by 100-meter spaced receptors. This modeling result indicates that a conservative assessment of $SO_2$ emissions during the 2017-2019 monitoring period would be expected to continue to show NAAQS attainment.

**Table 5-2:    AERMOD Modeled Design 1-hour $SO_2$ Concentration Results**

| Facility | 1-hour $SO_2$ Concentration ($\mu g/m^3$) | | | |
|---|---|---|---|---|
| | Facility Alone | All Sources & Background | 1-hour $SO_2$ NAAQS | Below NAAQS? |
| Martin Lake | 187.94 | 192.08 | 196.5 | Yes |

[19] http://www.epa.gov/scram001/guidance/clarification/Additional_Clarifications_AppendixW_Hourly-NO2-NAAQS_FINAL_03-01-2011.pdf

AECOM                                                                Environment                    5-7

**Figure 5-1:    Martin Lake Structures and Stacks Used in the GEP Analysis**



**Figure 5-2:    Martin Lake Modeling Far-Field Receptor Grid**



**Figure 5-3:    Martin Lake Modeling Near-Field Receptor Grid**



**Figure 5-4:   Location of Meteorological Stations and SO₂ Monitor Relative to Martin Lake Steam Electric Station**



**Figure 5-5:    Longview, TX Wind Rose (2013-2015)**



**Figure 5-6:    2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of Day at Waco SO₂ Monitor**

Figure 5-6:    2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of Day at Waco $SO_2$ Monitor



**Figure 5-7:    99th percentile 3-year average 1-hour SO$_2$ Concentration Isopleths with LOWWIND3, AERMOIST, and AERLIFT Options**



Environment

**Appendix A**

**E-mail from James Thurman to Robert Paine Regarding Receptor Placement for SO$_2$ Data Requirements Rule Modeling**

**From:** Thurman, James [mailto:Thurman.James@epa.gov]
**Sent:** Tuesday, January 26, 2016 1:10 PM
**To:** Paine, Bob
**Cc:** Wallace, Larry
**Subject:** RE: question regarding placement of model receptors for SO2 concentration characterization

Bob,
  The same policy as below generally fits the case you describe.

James

James A. Thurman, Ph.D.
U.S. EPA/OAQPS/AQAD
Air Quality Modeling Group (C439-01)
109 T.W. Alexander Drive
Research Triangle Park, NC 27711
Phone:  (919) 541-2703
Fax:  (919) 541-0044
Email:  thurman.james@epa.gov

**From:** Paine, Bob [mailto:bob.paine@aecom.com]
**Sent:** Tuesday, January 26, 2016 9:30 AM
**To:** Thurman, James <Thurman.James@epa.gov>
**Cc:** Wallace, Larry <Wallace.Larry@epa.gov>
**Subject:** RE: question regarding placement of model receptors for SO2 concentration characterization

Thanks, James.   One question on receptor placement that has come up recently on this same topic is steep terrain, especially in generally inaccessible areas with no nearby power.   What is EPA's policy on placing receptors for the SO2 characterization in such areas?

Bob

**From:** Thurman, James [mailto:Thurman.James@epa.gov]
**Sent:** Tuesday, January 26, 2016 8:56 AM
**To:** Paine, Bob
**Cc:** Wallace, Larry
**Subject:** RE: question regarding placement of model receptors for SO2 concentration characterization

Bob,
Yes that is correct.

James

James A. Thurman, Ph.D.
U.S. EPA/OAQPS/AQAD
Air Quality Modeling Group (C439-01)

109 T.W. Alexander Drive
Research Triangle Park, NC 27711
Phone:  (919) 541-2703
Fax:  (919) 541-0044
Email:  thurman.james@epa.gov

**From:** Paine, Bob [mailto:bob.paine@aecom.com]
**Sent:** Tuesday, January 26, 2016 8:53 AM
**To:** Thurman, James <Thurman.James@epa.gov>
**Cc:** Wallace, Larry <Wallace.Larry@epa.gov>
**Subject:** question regarding placement of model receptors for SO2 concentration characterization

James, I was provided some notes from a call conducted with you, Scott Mathias, and Andy Chang of EPA by UARG's Ambient Standards and Nonattainment Committees by teleconference on April 20, 2015, to answer questions concerning EPA's plans concerning designations of areas for the 1-hour SO2 NAAQS.

One area of discussion that was reported from the call was the placement of receptors in the modeling for SO2 concentration characterization.  The UARG call notes indicated that EPA stated that for purposes of the area designation process, receptors should not be sited where a monitor could not be placed.  Accordingly, receptors are not to be placed over water (rivers, lakes, ponds, and swamps), in a different country, on the secured property of another industrial source, on a roadway, railroad track, or similar pathway used by vehicles, or on active landfills or dredge spoils areas.

Is that a correct interpretation of EPA's policy?

Regards,

Bob Paine, CCM, QEP
Associate Vice President
Environment
D 978.905.2352
bob.paine@aecom.com

**AECOM**
250 Apollo Drive, Chelmsford, MA  01824
T 978.905.2100  F 978.905.2101
www.aecom.com

Environment

**Appendix B**

**Journal of Air & Waste Management Association Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND2)**




## Journal of the Air & Waste Management Association

ISSN: 1096-2247 (Print) 2162-2906 (Online) Journal homepage: http://www.tandfonline.com/loi/uawm20

# Evaluation of low wind modeling approaches for two tall-stack databases

Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping & Naresh Kumar

**To cite this article:** Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping & Naresh Kumar (2015) Evaluation of low wind modeling approaches for two tall-stack databases, Journal of the Air & Waste Management Association, 65:11, 1341-1353, DOI: 10.1080/10962247.2015.1085924

**To link to this article:** http://dx.doi.org/10.1080/10962247.2015.1085924

▢ View supplementary material ⎘

▦ Accepted author version posted online: 24 Aug 2015.

✍ Submit your article to this journal ⎘

▥ Article views: 47

▣ View related articles ⎘

CrossMark View Crossmark data ⎘

Download by: [204.76.196.12]    Date: 03 November 2015, At: 20:11

App. 708

Downloaded by [204.76.196.12] at 20:11 03 November 2015

TECHNICAL PAPER

# Evaluation of low wind modeling approaches for two tall-stack databases

Robert Paine,[1,*] Olga Samani,[1] Mary Kaplan,[1] Eladio Knipping,[2] and Naresh Kumar[2]

[1]AECOM, Chelmsford, MA, USA
[2]Electric Power Research Institute, Palo Alto, CA, USA
*Please address correspondence to: Robert Paine, AECOM, 250 Apollo Drive, Chelmsford, MA 01824, USA; e-mail: bob.paine@aecom.com

The performance of the AERMOD air dispersion model under low wind speed conditions, especially for applications with only one level of meteorological data and no direct turbulence measurements or vertical temperature gradient observations, is the focus of this study. The analysis documented in this paper addresses evaluations for low wind conditions involving tall stack releases for which multiple years of concurrent emissions, meteorological data, and monitoring data are available. AERMOD was tested on two field-study databases involving several $SO_2$ monitors and hourly emissions data that had sub-hourly meteorological data (e.g., 10-min averages) available using several technical options: default mode, with various low wind speed beta options, and using the available sub-hourly meteorological data. These field study databases included (1) Mercer County, a North Dakota database featuring five $SO_2$ monitors within 10 km of the Dakota Gasification Company's plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain, and (2) a flat-terrain setting database with four $SO_2$ monitors within 6 km of the Gibson Generating Station in southwest Indiana. Both sites featured regionally representative 10-m meteorological databases, with no significant terrain obstacles between the meteorological site and the emission sources. The low wind beta options show improvement in model performance helping to reduce some of the overprediction biases currently present in AERMOD when run with regulatory default options. The overall findings with the low wind speed testing on these tall stack field-study databases indicate that AERMOD low wind speed options have a minor effect for flat terrain locations, but can have a significant effect for elevated terrain locations. The performance of AERMOD using low wind speed options leads to improved consistency of meteorological conditions associated with the highest observed and predicted concentration events. The available sub-hourly modeling results using the Sub-Hourly AERMOD Run Procedure (SHARP) are relatively unbiased and show that this alternative approach should be seriously considered to address situations dominated by low-wind meander conditions.

Implications: AERMOD was evaluated with two tall stack databases (in North Dakota and Indiana) in areas of both flat and elevated terrain. AERMOD cases included the regulatory default mode, low wind speed beta options, and use of the Sub-Hourly AERMOD Run Procedure (SHARP). The low wind beta options show improvement in model performance (especially in higher terrain areas), helping to reduce some of the overprediction biases currently present in regulatory default AERMOD. The SHARP results are relatively unbiased and show that this approach should be seriously considered to address situations dominated by low-wind meander conditions.

## Introduction

During low wind speed (LWS) conditions, the dispersion of pollutants is limited by diminished fresh air dilution. Both monitoring observations and dispersion modeling results of this study indicate that high ground-level concentrations can occur in these conditions. Wind speeds less than 2 m/sec are generally considered to be "low," with steady-state modeling assumptions compromised at these low speeds (Pasquill et al., 1983). Pasquill and Van der Hoven (1976) recognized that for such low wind speeds, a plume is unlikely to have any definable travel. Wilson et al. (1976) considered this wind speed (2 m/sec) as the upper limit for conducting tracer experiments in low wind speed conditions.

Anfossi et al. (2005) noted that in LWS conditions, dispersion is characterized by meandering horizontal wind oscillations.

They reported that as the wind speed decreases, the standard deviation of the wind direction increases, making it more difficult to define a mean plume direction. Sagendorf and Dickson (1974) and Wilson et al. (1976) found that under LWS conditions, horizontal diffusion was enhanced because of this meander and the resulting ground-level concentrations could be much lower than that predicted by steady-state Gaussian plume models that did not account for the meander effect.

A parameter that is used as part of the computation of the horizontal plume spreading in the U.S. Environmental Protection Agency (EPA) preferred model, AERMOD (Cimorelli et al., 2005), is the standard deviation of the crosswind component, $\sigma_v$, which can be parameterized as being proportional to the friction velocity, $u_*$ (Smedman, 1988; Mahrt, 1998). These investigators

1341

Journal of the Air & Waste Management Association, 65(11):1341–1353, 2015. Copyright © 2015 A&WMA. ISSN: 1096-2247 print
DOI: 10.1080/10962247.2015.1085924. Submitted March 17, 2015; final version submitted July 20, 2015; accepted August 11, 2015.
Color versions of one or more of the figures in the article can be found online at www.tandfonline.com/uawm.

App. 709

Downloaded by [204.76.196.12] at 20:11 03 November 2015

found that there was an elevated minimum value of $\sigma_v$ that was attributed to meandering. While at higher wind speeds small-scale turbulence is the main source of variance, lateral meandering motions appear to exist in all conditions. Hanna (1990) found that $\sigma_v$ maintains a minimum value of about 0.5 m/sec even as the wind speed approaches zero. Chowdhury et al. (2014) noted that a minimum $\sigma_v$ of 0.5 m/s is a part of the formulation for the SCICHEM model. Anfossi (2005) noted that meandering exists under all meteorological conditions regardless of the stability or wind speed, and this phenomenon sets a lower limit for the horizontal wind component variances as noted by Hanna (1990) over all types of terrain.

An alternative method to address wind meander was attempted by Sagendorf and Dickson (1974), who used a Gaussian model, but divided each computation period into sub-hourly (2-min) time intervals and then combined the results to determine the total hourly concentration. This approach directly addresses the wind meander during the course of an hour by using the sub-hourly wind direction for each period modeled. As we discuss later, this approach has some appeal because it attempts to use direct wind measurements to account for sub-hourly wind meander. However, the sub-hourly time interval must not be so small as to distort the basis of the horizontal plume dispersion formulation in the dispersion model (e.g., AERMOD). Since the horizontal dispersion shape function for stable conditions in AERMOD is formulated with parameterizations derived from the 10-min release and sampling times of the Prairie Grass experiment (Barad, 1958), it is appropriate to consider a minimum sub-hourly duration of 10 minutes for such modeling using AERMOD. The Prairie Grass formulation that is part of AERMOD may also result in an underestimate of the lateral plume spread shape function in some cases, as reported by Irwin (2014) for Kincaid $SF_6$ releases. From analyses of hourly samples of $SF_6$ taken at Kincaid (a tall stack source), Irwin determined that the lateral dispersion simulated by AERMOD could underestimate the lateral dispersion (by 60%) for near-stable conditions (conditions for which the lateral dispersion formulation that was fitted to the Project Prairie Grass data could affect results).

It is clear from the preceding discussion that the simulation of pollutant dispersion in LWS conditions is challenging. In the United States, the use of steady-state plume models before the introduction of AERMOD in 2005 was done with the following rule implemented by EPA: "When used in steady-state Gaussian plume models, measured site-specific wind speeds of less than 1 m/sec but higher than the response threshold of the instrument should be input as 1 m/sec" (EPA, 2004).

With EPA's implementation of a new model, AERMOD, in 2005 (EPA, 2005), input wind speeds lower than 1 m/sec were allowed due to the use of a meander algorithm that was designed to account for the LWS effects. As noted in the AERMOD formulation document (EPA, 2004), "AERMOD accounts for meander by interpolating between two concentration limits: the coherent plume limit (which assumes that the wind direction is distributed about a well-defined mean direction with variations due solely to lateral turbulence) and the random plume limit (which assumes an equal probability of any wind direction)."

A key aspect of this interpolation is the assignment of a time scale (= 24 hr) at which mean wind information at the source is no longer correlated with the location of plume material at a downwind receptor (EPA, 2004). The assumption of a full diurnal cycle relating to this time scale tends to minimize the weighting of the random plume component relative to the coherent plume component for 1-hr time travel. The resulting weighting preference for the coherent plume can lead to a heavy reliance on the coherent plume, ineffective consideration of plume meander, and a total concentration overprediction.

For conditions in which the plume is emitted aloft into a stable layer or in areas of inhomogeneous terrain, it would be expected that the decoupling of the stable boundary layer relative to the surface layer could significantly shorten this time scale. These effects are discussed by Brett and Tuller (1991), where they note that lower wind autocorrelations occur in areas with a variety of roughness and terrain effects. Perez et al. (2004) noted that the autocorrelation is reduced in areas with terrain and in any terrain setting with increasing height in stable conditions when decoupling of vertical motions would result in a "loss of memory" of surface conditions. Therefore, the study reported in this paper has reviewed the treatment of AERMOD in low wind conditions for field data involving terrain effects in stable conditions, as well as for flat terrain conditions, for which convective (daytime) conditions are typically associated with peak modeled predictions.

The computation of the AERMOD coherent plume dispersion and the relative weighting of the coherent and random plumes in stable conditions are strongly related to the magnitude of $\sigma_v$, which is directly proportional to the magnitude of the friction velocity. Therefore, the formulation of the friction velocity calculation and the specification of a minimum $\sigma_v$ value are also considered in this paper. The friction velocity also affects the internally calculated vertical temperature gradient, which affects plume rise and plume–terrain interactions, which are especially important in elevated terrain situations.

Qian and Venkatram (2011) discuss the challenges of LWS conditions in which the time scale of wind meandering is large and the horizontal concentration distribution can be non-Gaussian. It is also quite possible that wind instrumentation cannot adequately detect the turbulence levels that would be useful for modeling dispersion. They also noted that an analysis of data from the Cardington tower indicates that Monin–Obukhov similarity theory underestimates the surface friction velocity at low wind speeds. This finding was also noted by Paine et al. (2010) in an independent investigation of Cardington data as well as data from two other research-grade databases. Both Qian and Venkatram and Paine et al. proposed similar adjustments to the calculation of the surface friction velocity by AERMET, the meteorological processor for AERMOD. EPA incorporated the Qian and Venkatram suggested approach as a "beta option" in AERMOD in late 2012 (EPA, 2012). The same version of AERMOD also introduced low wind modeling options affecting the minimum value of $\sigma_v$ and the weighting of the meander component that were used in the Test Cases 2–4 described in the following.

AERMOD's handling of low wind speed conditions, especially for applications with only one level of meteorological data and no direct turbulence measurements or vertical temperature gradient observations, is the focus of this study. Previous evaluations of AERMOD for low wind speed conditions (e.g., Paine et al., 2010) have emphasized low-level tracer release

Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353

studies conducted in the 1970s and have utilized results of researchers such as Luhar and Rayner (2009). The focus of the study reported here is a further evaluation of AERMOD, but focusing upon tall-stack field databases. One of these databases was previously evaluated (Kaplan et al., 2012) with AERMOD Version 12345, featuring a database in Mercer County, North Dakota. This database features five $SO_2$ monitors in the vicinity of the Dakota Gasification Company plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain. In addition to the Mercer County, ND, database, this study considers an additional field database for the Gibson Generating Station tall stack in flat terrain in southwest Indiana.

EPA released AERMOD version 14134 with enhanced low wind model features that can be applied in more than one combination. There is one low wind option (beta u∗) applicable to the meteorological preprocessor, AERMET, affecting the friction velocity calculation, and a variety of options available for the dispersion model, AERMOD, that focus upon the minimum $\sigma_v$ specification. These beta options have the potential to reduce the overprediction biases currently present in AERMOD when run for neutral to stable conditions with regulatory default options (EPA, 2014a, 2014b). These new low wind options in AERMET and AERMOD currently require additional justification for each application in order to be considered for use in the United States. While EPA has conducted evaluations on low-level, nonbuoyant studies with the AERMET and AERMOD low wind speed beta options, it has not conducted any new evaluations on tall stack releases (U.S. EPA, 2014a, 2014b). One of the purposes of this study was to augment the evaluation experiences for the low wind model approaches for a variety of settings for tall stack releases.

This study also made use of the availability of sub-hourly meteorological observations to evaluate another modeling approach. This approach employs AERMOD with sub-hourly meteorological data and is known as the Sub-Hourly AERMOD Run Procedure or SHARP (Electric Power Research Institute [EPRI], 2013). Like the procedure developed by Sagendorf and Dickson as described earlier, SHARP merely subdivides each hour's meteorology (e.g., into six 10-min periods) and AERMOD is run multiple times with the meteorological input data (e.g., minutes 1–10, 11–20, etc.) treated as "hourly" averages for each run. Then the results of these runs are combined (averaged). In our SHARP runs, we did not employ any observed turbulence data as input. This alternative modeling approach (our Test Case 5 as discussed later) has been compared to the standard hourly AERMOD modeling approach for default and low wind modeling options (Test Cases 1–4 described later, using hourly averaged meteorological data) to determine whether it should be further considered as a viable technique. This study provides a discussion of the various low wind speed modeling options and the field study databases that were tested, as well as the modeling results.

## Modeling Options and Databases for Testing

Five AERMET/AERMOD model configurations were tested for the two field study databases, as listed in the following. All model applications used one wind level, a minimum wind speed of 0.5 m/sec, and also used hourly average meteorological data with the exception of SHARP applications. As already noted, Test Cases 1–4 used options available in the current AERMOD code. The selections for Test Cases 1–4 exercised these low wind speed options over a range of reasonable choices that extended from no low wind enhancements to a full treatment that incorporates the Qian and Venkatram (2011) u∗ recommendations as well as the Hanna (1990) and Chowdhury (2014) minimum $\sigma_v$ recommendations (0.5 m/sec). Test Case 5 used sub-hourly meteorological data processed with AERMET using the beta u∗ option for SHARP applications. We discuss later in this document our recommendations for SHARP modeling without the AERMOD meander component included.

Test Case 1: AERMET and AERMOD in default mode.

Test Case 2: Low wind beta option for AERMET and default options for AERMOD (minimum $\sigma_v$ value of 0.2 m/sec).

Test Case 3: Low wind beta option for AERMET and the LOWWIND2 option for AERMOD (minimum $\sigma_v$ value of 0.3 m/sec).

Test Case 4: Low wind beta option for AERMET and the LOWWIND2 option for AERMOD (minimum $\sigma_v$ value of 0.5 m/sec).

Test Case 5: Low wind beta option for AERMET and AERMOD run in sub-hourly mode (SHARP) with beta u∗option.

The databases that were selected for the low wind model evaluation are listed in Table 1 and described next. They were selected due to the following attributes:

- They feature multiple years of hourly $SO_2$ monitoring at several sites.
- Emissions are dominated by tall stack sources that are available from continuous emission monitors.
- They include sub-hourly meteorological data so that the SHARP modeling approach could be tested as well.
- There are representative meteorological data from a single-level station typical of (or obtained from) airport-type data.

*Mercer County, North Dakota.* An available 4-year period of 2007–2010 was used for the Mercer County, ND, database with six $SO_2$ monitors within 10 km of two nearby emission facilities (Antelope Valley and Dakota Gasification Company), site-specific meteorological data at the DGC#12 site (10-m level data in a low-cut grassy field in the location shown in Figure 1), and hourly emissions data from 15 point sources. The terrain in the area is rolling and features three of the monitors (Beulah, DGC#16, and especially DGC#17) being above or close to stack top for some of the nearby emission sources; see Figure 2 for more close-up terrain details. Figure 1 shows a layout of the sources, monitors, and the meteorological station. Tables 2 and 3 provide details about the emission sources and the monitors. Although this modeling application employed sources as far away as 50 km, the proximity of the monitors to the two nearby emission facilities meant that emissions from those facilities dominated the impacts. However, to avoid criticism from reviewers that other regional sources that

Downloaded by [204.76.196.12] at 20:11 03 November 2015

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*

**Table 1.** Databases selected for the model evaluation.

|  | Mercer County, North Dakota | Gibson Generating Station, Indiana |
|---|---|---|
| Number of emission sources modeled | 15 | 5 |
| Number of SO$_2$ monitors | 5 | 4 |
|  | (one above stack top for several sources) | (all below stack top) |
| Type of terrain | Rolling | Flat |
| Meteorological years and data source | 2007–2010 | 2008–2010 |
|  | Local 10-m tower data | Evansville airport |
| Meteorological data time step | Hourly and sub-hourly | Hourly and sub-hourly |
| Emissions and exhaust data | Actual hourly variable emissions and velocity, fixed temperature | Actual hourly variable emissions and velocity, fixed temperature |

Downloaded by [204.76.196.12] at 20:11 03 November 2015



**Figure 1.** Map of North Dakota model evaluation layout.



**Figure 2.** Terrain around the North Dakota monitors.

should have been modeled were omitted, other regional lignite-fired power plants were included in the modeling.

*Gibson Generating Station, Indiana.* An available 3-year period of 2008–2010 was used for the Gibson Generating Station in southwest Indiana with four SO$_2$ monitors within 6 km of the plant, airport hourly meteorological data (from Evansville, IN, 1-min data, located about 40 km SSE of the plant), and hourly emissions data from one electrical generating station (Gibson). The terrain in the area is quite flat and the stacks are tall. Figure 3 depicts the locations of the emission source and the four SO$_2$ monitors. Although the plant had an on-site meteorological tower, EPA (2013a) noted that the tower's location next to a large lake resulted in nonrepresentative boundary-layer conditions for the area, and that the use of airport data would be preferred. Tables 2 and 3 provide details about the emission sources and the monitors. Due to the fact that there are no major SO$_2$ sources within at least 30 km of Gibson, we modeled emissions from only that plant.

## Meteorological Data Processing

For the North Dakota and Gibson database evaluations, the hourly surface meteorological data were processed with AERMET, the meteorological preprocessor for AERMOD. The boundary layer parameters were developed according to the guidance provided by EPA in the current AERMOD Implementation Guide (EPA, 2009). For the first modeling evaluation option, Test Case 1, AERMET was run using the default options. For the other four model evaluation options, Test Cases 2 to 5, AERMET was run with the beta u$_*$ low wind speed option.

### North Dakota meteorological processing

Four years (2007–2010) of the 10-m meteorological data collected at the DGC#12 monitoring station (located about 7 km SSE of the central emission sources) were processed with AERMET. The data measured at this monitoring station were wind direction, wind speed, and temperature. Hourly cloud

Downloaded by [204.76.196.12] at 20:11 03 November 2015

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*    1345

**Table 2.** Source information.

| Database | Source ID | UTM X (m) | UTM Y (m) | Base elevation (m) | Stack height (m) | Exit temperature (K) | Stack diameter (m) |
|---|---|---|---|---|---|---|---|
| ND | Antelope Valley | 285920 | 5250189 | 588.3 | 182.9 | Vary | 7.0 |
| ND | Antelope Valley | 285924 | 5250293 | 588.3 | 182.9 | Vary | 7.0 |
| ND | Leland Olds | 324461 | 5239045 | 518.3 | 106.7 | Vary | 5.3 |
| ND | Leland Olds | 324557 | 5238972 | 518.3 | 152.4 | Vary | 6.7 |
| ND | Milton R Young | 331870 | 5214952 | 597.4 | 171.9 | Vary | 6.2 |
| ND | Milton R Young | 331833 | 5214891 | 600.5 | 167.6 | Vary | 9.1 |
| ND | Coyote | 286875 | 5233589 | 556.9 | 151.8 | Vary | 6.4 |
| ND | Stanton | 323642 | 5239607 | 518.2 | 77.7 | Vary | 4.6 |
| ND | Coal Creek | 337120 | 5249480 | 602.0 | 201.2 | Vary | 6.7 |
| ND | Coal Creek | 337220 | 5249490 | 602.0 | 201.2 | Vary | 6.7 |
| ND | Dakota Gasification Company | 285552 | 5249268 | 588.3 | 119.8 | Vary | 7.0 |
| ND | Dakota Gasification Company | 285648 | 5249553 | 588.3 | 68.6 | Vary | 0.5 |
| ND | Dakota Gasification Company | 285850 | 5248600 | 588.3 | 76.2 | Vary | 1.0 |
| ND | Dakota Gasification Company | 285653 | 5249502 | 588.3 | 30.5 | Vary | 0.5 |
| Gibson | Gibson 1 | 432999 | 4247189 | 119.0 | 189.0 | 327.2 | 7.6 |
| Gibson | Gibson 2 | 432999 | 4247189 | 119.0 | 189.0 | 327.2 | 7.6 |
| Gibson | Gibson 3 | 432923 | 4247251 | 118.5 | 189.0 | 327.2 | 7.6 |
| Gibson | Gibson 4 | 432886 | 4247340 | 117.9 | 152.4 | 327.2 | 7.2 |
| Gibson | Gibson 5 | 432831 | 4247423 | 116.3 | 152.4 | 327.2 | 7.2 |

*Notes*: $SO_2$ emission rate and exit velocity vary on hourly basis for each modeled source. Exit temperature varies by hour for the ND sources. UTM zones are 14 for North Dakota and 16 for Gibson.

**Table 3.** Monitor locations.

| Database | Monitor | UTM X (m) | UTM Y (m) | Monitor elevation (m) |
|---|---|---|---|---|
| ND | DGC#12 | 291011 | 5244991 | 593.2 |
| ND | DGC#14 | 290063 | 5250217 | 604.0 |
| ND | DGC#16 | 283924 | 5252004 | 629.1 |
| ND | DGC#17[a] | 279025 | 5253844 | 709.8 |
| ND | Beulah | 290823 | 5242062 | 627.1 |
| Gibson | Mt. Carmel | 432424 | 4250202 | 119.0 |
| Gibson | East Mt. Carmel | 434654 | 4249666 | 119.3 |
| Gibson | Shrodt | 427175 | 4247182 | 138.0 |
| Gibson | Gibson Tower | 434792 | 4246296 | 119.0 |

*Note*: [a]This monitor's elevation is above stack top for several of the ND sources.

cover data from the Dickinson Theodore Roosevelt Regional Airport, North Dakota (KDIK) ASOS station (85 km to the SW), were used in conjunction with the monitoring station data. Upper air data were obtained from the Bismarck Airport, North Dakota (KBIS; about 100 km to the SE), twice-daily soundings.

In addition, the sub-hourly (10-min average) 10-m meteorological data collected at the DGC#12 monitoring station were also processed with AERMET. AERMET was set up to read six 10-min average files with the tower data and output six 10-min average surface and profile files for use in SHARP. SHARP then used the sub-hourly output of AERMET to

calculate hourly modeled concentrations, without changing the internal computations of AERMOD. The SHARP user's manual (EPRI, 2013) provides detailed instructions on processing sub-hourly meteorological data and executing SHARP.

## Gibson meteorological processing

Three years (2008–2010) of hourly surface data from the Evansville Airport, Indiana (KEVV), ASOS station (about 40 km SSE of Gibson) were used in conjunction with the



**Figure 3.** Map of Gibson model evaluation layout.

Downloaded by [204.76.196.12] at 20:11 03 November 2015

twice-daily soundings upper air data from the Lincoln Airport, Illinois (KILX, about 240 km NW of Gibson). The 10-min sub-hourly data for SHARP were generated from the 1-min meteorological data collected at Evansville Airport.

## Emission Source Characteristics

Table 2 summarizes the stack parameters and locations of the modeled sources for the North Dakota and Gibson databases. Actual hourly emission rates, stack temperatures, and stack gas exit velocities were used for both databases.

## Model Runs and Processing

For each evaluation database, the candidate model configurations were run with hourly emission rates provided by the plant operators. In the case of rapidly varying emissions (startup and shutdown), the hourly averages may average intermittent conditions occurring during the course of the hour. Actual stack heights were used, along with building dimensions used as input to the models tested. Receptors were placed only at the location of each monitor to match the number of observed and predicted concentrations.

The monitor (receptor) locations and elevations are listed in Table 3. For the North Dakota database, the DGC#17 monitor is located in the most elevated terrain of all monitors. The monitors for the Gibson database were located at elevations at or near stack base, with stack heights ranging from 152 to 189 m.

## Tolerance Range for Modeling Results

One issue to be aware of regarding SO$_2$ monitored observations is that they can exhibit over- or underprediction tendencies up to 10% and still be acceptable. This is related to the tolerance in the EPA procedures (EPA, 2013b) associated with quality control checks and span checks of ambient measurements. Therefore, even ignoring uncertainties in model input parameters and other contributions (e.g., model science errors and random variations) that can also lead to modeling uncertainties, just the uncertainty in measurements indicates that modeled-to-monitored ratios between 0.9 and 1.1 can be considered "unbiased." In the discussion that follows, we consider model performance to be "relatively unbiased" if its predicted model to monitor ratio is between 0.75 and 1.25.

## Model Evaluation Metrics

The model evaluation employed metrics that address three basic areas, as described next.

### The 1-hr SO$_2$ NAAQS design concentration

An operational metric that is tied to the form of the 1-hour SO$_2$ National Ambient Air Quality Standards (NAAQS) is the "design concentration" (99th percentile of the peak daily 1-hr maximum values). This tabulated statistic was developed for

each modeled case and for each individual monitor for each database evaluated.

### Quantile–quantile plots

Operational performance of models for predicting compliance with air quality regulations, especially those involving a peak or near-peak value at some unspecified time and location, can be assessed with quantile–quantile (Q-Q) plots (Chambers et al., 1983), which are widely used in AERMOD evaluations. Q-Q plots are created by independently ranking (from largest to smallest) the predicted and the observed concentrations from a set of predictions initially paired in time and space. A robust model would have all points on the diagonal (45-degree) line. Such plots are useful for answering the question, "Over a period of time evaluated, does the distribution of the model predictions match those of observations?" Therefore, the Q-Q plot instead of the scatterplot is a pragmatic procedure for demonstrating model performance of applied models, and it is widely used by EPA (e.g., Perry et al., 2005). Venkatram et al. (2001) support the use of Q-Q plots for evaluating regulatory models. Several Q-Q plots are included in this paper in the discussion provided in the following.

### Meteorological conditions associated with peak observed versus modeled concentrations

Lists of the meteorological conditions and hours/dates of the top several predictions and observations provide an indication as to whether these conditions are consistent between the model and monitoring data. For example, if the peak observed concentrations generally occur during daytime hours, we would expect that a well-performing model would indicate that the peak predictions are during the daytime as well. Another meteorological variable of interest is the wind speed magnitudes associated with observations and predictions. It would be expected, for example, that if the wind speeds associated with peak observations are low, then the modeled peak predicted hours would have the same characteristics. A brief qualitative summary of this analysis is included in this paper, and supplemental files contain the tables of the top 25 (unpaired) predictions and observations for all monitors and cases tested.

## North Dakota Database Model Evaluation Procedures and Results

AERMOD was run for five test cases to compute the 1-hr daily maximum 99th percentile averaged over 4 years at the five ambient monitoring locations listed in Table 3. A regional background of 10 µg/m$^3$ was added to the AERMOD modeled predictions. The 1-hr 99th percentile background concentration was computed from the 2007–2010 lowest hourly monitored concentration among the five monitors so as to avoid double-counting impacts from sources already being modeled.

The ratios of the modeled (including the background of 10µg/m$^3$) to monitored design concentrations are summarized in

App. 714

Downloaded by [204.76.196.12] at 20:11 03 November 2015

**Table 4.** North Dakota ratio of monitored to modeled design concentrations.

| Test case | Monitor | Observed | Predicted | Ratio |
|---|---|---|---|---|
| Test Case 1 | DGC#12 | 91.52 | 109.96 | 1.20 |
| (Default AERMET, Default | DGC#14 | 95.00 | 116.84 | 1.23 |
| AERMOD) | DGC#16 | 79.58 | 119.94 | 1.51 |
| | DGC#17 | 83.76 | 184.48 | 2.20 |
| | Beulah | 93.37 | 119.23 | 1.28 |
| Test Case 2 | DGC#12 | 91.52 | 109.96 | 1.20 |
| (Beta AERMET, Default | DGC#14 | 95.00 | 116.84 | 1.23 |
| AERMOD) | DGC#16 | 79.58 | 119.94 | 1.51 |
| | DGC#17 | 83.76 | 127.93 | 1.53 |
| | Beulah | 93.37 | 119.23 | 1.28 |
| Test Case 3 | DGC#12 | 91.52 | 103.14 | 1.13 |
| (Beta AERMET, AERMOD with | DGC#14 | 95.00 | 110.17 | 1.16 |
| LOWWIND2 $\sigma_v = 0.3$ m/sec) | DGC#16 | 79.58 | 111.74 | 1.40 |
| | DGC#17 | 83.76 | 108.69 | 1.30 |
| | Beulah | 93.37 | 106.05 | 1.14 |
| Test Case 4 | DGC#12 | 91.52 | 95.86 | 1.05 |
| (Beta AERMET, AERMOD with | DGC#14 | 95.00 | 100.50 | 1.06 |
| LOWWIND2 $\sigma_v = 0.5$ m/sec) | DGC#16 | 79.58 | 106.65 | 1.34 |
| | DGC#17 | 83.76 | 101.84 | 1.22 |
| | Beulah | 93.37 | 92.32 | 0.99 |
| Test Case 5 | DGC#12 | 91.52 | 82.18 | 0.90 |
| (SHARP) | DGC#14 | 95.00 | 84.24 | 0.89 |
| | DGC#16 | 79.58 | 95.47 | 1.20 |
| | DGC#17 | 83.76 | 88.60 | 1.06 |
| | Beulah | 93.37 | 86.98 | 0.93 |

*Notes*: *Design concentration: 99th percentile peak daily 1-hr maximum, averaged over the years modeled and monitored.

Table 4 and graphically plotted in Figure 4 and are generally greater than 1. (Note that the background concentration is a small fraction of the total concentration, as shown in Table 4.) For the monitors in simple terrain (DGC#12, DGC#14, and Beulah), the evaluation results are similar for both the default and beta options and are within 5–30% of the monitored concentrations depending on the model option. The evaluation result for the monitor in the highest terrain (DGC#17) shows that the ratio of modeled to monitored concentration is more than 2, but when this location is modeled with the AERMET and AERMOD low wind beta options, the ratio is significantly better, at less than 1.3. It is noteworthy that the modeling results for inclusion of just the beta u∗ option are virtually identical to the default AERMET run for the simple terrain monitors, but the differences are significant for the higher terrain monitor (DGC#17). For all of the monitors, it is evident that further reductions of AERMOD's overpredictions occur as the minimum $\sigma_v$ in AERMOD is increased from 0.3 to 0.5 m/sec. For a minimum $\sigma_v$ of 0.5 m/sec at all the monitors, AERMOD is shown to be conservative with respect to the design concentration.

The Q-Q plots of the ranked top fifty daily maximum 1-hr $SO_2$ concentrations for predictions and observations are shown in Figure 5. For the convenience of the reader, a vertical dashed line is included in each Q-Q plot to indicate the observed design concentration. In general, the Q-Q plots indicate the following:



**Figure 4.** North Dakota ratio of monitored to modeled design concentration values at specific monitors.

- For all of the monitors, to the left of the design concentration line, the AERMOD hourly runs all show ranked predictions at or higher than observations. To the right of the design concentration line, the ranked modeled values for specific

Downloaded by [204.76.196.12] at 20:11 03 November 2015



**Figure 5.** North Dakota Q-Q plots: top 50 daily maximum 1-hr SO$_2$ concentrations: (a) DGC #12 Monitor. (b) DGC#14 monitor. (c) DGC#16 monitor. (d) DGC#17 monitor. (e) Beulah monitor.

test cases and monitors are lower than the ranked observed levels, and the slope of the line formed by the plotted points is less than the slope of the 1:1 line. For model performance goals that would need to predict well for the peak concentrations (rather than the 99th percentile statistic), this area of the Q-Q plots would be of greater importance.

- The very highest observed value (if indeed valid) is not matched by any of the models for all of the monitors, but since the focus is on the 99th percentile form of the United States ambient standard for SO$_2$, this area of model performance is not important for this application.

- The ranked SHARP modeling results are lower than all of the hourly AERMOD runs, but at the design concentration level, they are, on average, relatively unbiased over all of the

monitors. The AERMOD runs for SHARP included the meander component, which probably contributed to the small underpredictions noted for SHARP. In future modeling, we would advise users of SHARP to employ the AERMOD LOWWIND1 option to disable the meander component.

# Gibson Generating Station Database Model Evaluation Procedures and Results

AERMOD was run for five test cases for this database as well in order to compute the 1-hr daily maximum 99th

Downloaded by [204.76.196.12] at 20:11 03 November 2015

percentile averaged over three years at the four ambient monitoring locations listed in Table 3. A regional background of 18 μg/m³ was added to the AERMOD modeled predictions. The 1-hr 99th percentile background concentration was computed from the 2008–2010 lowest hourly monitored concentration among the four monitors so as to avoid impacts from sources being modeled.

The ratio of the modeled (including the background of 18 μg/m³) to monitored concentrations is summarized in Table 5 and graphically plotted in Figure 6 and are generally greater than 1.0. (Note that the background concentration is a small fraction of the total concentration, as shown in Table 5.) Figure 6 shows that AERMOD with hourly averaged meteorological data overpredicts by about 40–50% at Mt. Carmel and Gibson Tower monitors and by about 9–31% at East Mt. Carmel and Shrodt monitors. As expected (due to dominance of impacts with convective conditions), the AERMOD results do not vary much with the various low wind speed options in this flat terrain setting. AERMOD with sub-hourly meteorological data (SHARP) has the best (least biased predicted-to-observed ratios of design concentrations) performance among the five cases modeled. Over the four monitors, the range of predicted-to-observed ratios for SHARP is a narrow one, ranging from a slight underprediction by 2% to an overprediction by 14%.

The Q-Q plots of the ranked top fifty daily maximum 1-hr $SO_2$ concentrations for predictions and observations are shown in Figure 7. It is clear from these plots that the SHARP results parallel and are closer to the 1:1 line for a larger portion of the concentration range than any other model tested. In general,

AERMOD modeling with hourly data exhibits an overprediction tendency at all of the monitors for the peak ranked concentrations at most of the monitors. The AERMOD/SHARP models predicted lower relative to observations at the East Mt. Carmel monitor for the very highest values, but match well for the 99th percentile peak daily 1-hr maximum statistic.

## Evaluation Results Discussion

The modeling results for these tall stack releases are sensitive to the source local setting and proximity to complex terrain. In general, for tall stacks in simple terrain, the peak ground-level impacts mostly occur in daytime convective conditions. For settings with a mixture of simple and complex terrain, the peak impacts for the higher terrain are observed to occur during both daytime and nighttime conditions, while AERMOD tends to favor stable conditions only without low wind speed enhancements. Exceptions to this "rule of thumb" can occur for stacks with aerodynamic building downwash effects. In that case, high observed and modeled predictions are likely to occur during high wind events during all times of day.

The significance of the changes in model performance for tall stacks (using a 90th percentile confidence interval) was independently tested for a similar model evaluation conducted for Eastman Chemical Company (Paine et al., 2013; Szembek et al., 2013), using a modification of the Model Evaluation Methodology (MEM) software that computed estimates of the hourly stability class (Strimaitis et al., 1993). That study indicated that relative to a perfect model, a model that

**Table 5.** Gibson ratio of monitored to modeled design concentrations*.

| Test case | Monitor | Observed | Predicted | Ratio |
|---|---|---|---|---|
| Test Case 1 | Mt. Carmel | 197.25 | 278.45 | 1.41 |
| (Default AERMET, Default | East Mt. Carmel | 206.89 | 230.74 | 1.12 |
| AERMOD) | Shrodt | 148.16 | 189.63 | 1.28 |
| | Gibson Tower | 127.12 | 193.71 | 1.52 |
| Test Case 2 | Mt. Carmel | 197.25 | 287.16 | 1.46 |
| (Beta AERMET, Default | East Mt. Carmel | 206.89 | 229.22 | 1.11 |
| AERMOD) | Shrodt | 148.16 | 189.63 | 1.28 |
| | Gibson Tower | 127.12 | 193.71 | 1.52 |
| Test Case 3 | Mt. Carmel | 197.25 | 280.32 | 1.42 |
| (Beta AERMET, AERMOD with | East Mt. Carmel | 206.89 | 224.65 | 1.09 |
| LOWWIND2 $\sigma_v = 0.3$ m/sec) | Shrodt | 148.16 | 184.82 | 1.25 |
| | Gibson Tower | 127.12 | 192.22 | 1.51 |
| Test Case 4 | Mt. Carmel | 197.25 | 277.57 | 1.41 |
| (Beta AERMET, AERMOD with | East Mt. Carmel | 206.89 | 224.65 | 1.09 |
| LOWWIND2 $\sigma_v = 0.5$ m/sec) | Shrodt | 148.16 | 176.81 | 1.19 |
| | Gibson Tower | 127.12 | 192.22 | 1.51 |
| Test Case 5 | Mt. Carmel | 197.25 | 225.05 | 1.14 |
| (SHARP) | East Mt. Carmel | 206.89 | 202.82 | 0.98 |
| | Shrodt | 148.16 | 136.41 | 0.92 |
| | Gibson Tower | 127.12 | 148.64 | 1.17 |

*Notes*: *Design Concentration: 99th percentile peak daily 1-hr maximum, averaged over the years modeled and monitored.

Downloaded by [204.76.196.12] at 20:11 03 November 2015

1350    *Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*



**Figure 6.** Gibson ratio of monitored to modeled design concentration values at specific monitors.

overpredicted or underpredicted by less than about 50% would likely show a performance level that was not significantly different. For a larger difference in bias, one could expect a statistically significant difference in model performance. This finding has been adopted as an indicator of the significance of different modeling results for this study.

A review of the North Dakota ratios of monitored to modeled values in Figure 4 generally indicates that for DGC#12, DGC#14, and Beulah, the model differences were not significantly different. For DGC#16, it could be concluded that the SHARP results were significantly better than the default AERMOD results, but other AERMOD variations were not significantly better. For the high terrain monitor, DGC#17, it is evident that all of the model options departing from default were significantly better than the default option, especially the SHARP approach.

For the Gibson monitors (see Figure 6), the model variations did not result in significantly different performance except for the Gibson Tower (SHARP vs. the hourly modes of running AERMOD).

General conclusions from the review of meteorological conditions associated with the top observed concentrations at the North Dakota monitors, provided in the supplemental file called "North Dakota Meteorological Conditions Resulting in Top 25 Concentrations," are as follows:

- A few peak observed concentrations occur at night with light winds. The majority of observations for the DGC#12 monitor are mostly daytime conditions with moderate to strong winds.
- Peak observations for the DGC#14 and Beulah monitors are mostly daytime conditions with a large range of wind speeds. Once again, a minority of the peak concentrations occur at night with a large range of wind speeds.



**Figure 7.** Gibson Q-Q plots: top 50 daily maximum 1-hour SO$_2$ concentrations. (a) Mt. Carmel monitor. (b) East Mt. Carmel monitor. (c) Shrodt monitor. (d) Gibson tower monitor. For the legend, see Figure 5.

Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353    1351

Downloaded by [204.76.196.12] at 20:11 03 November 2015

- Peak observed concentrations for the DGC#16 and DGC#17 monitors occur at night with light winds. Majority of observations are mixed between daytime and nighttime conditions with a large range of wind speeds for both. The DGC#17 monitor is located in elevated terrain.

The conclusions from the review of the meteorological conditions associated with peak AERMOD or SHARP predictions are as follows:

- AERMOD hourly peak predictions for the DGC#12 and Beulah monitors are consistently during the daytime with light to moderate wind speeds and limited mixing heights. This is a commonly observed situation that is further discussed later.
- There are similar AERMOD results for DGC#14, except that there are more periods with high winds and higher mixing heights.
- The AERMOD results for DGC#16 still feature mostly daytime hours, but with more high wind conditions.
- The default AERMOD results for DGC#17 are distinctly different from the other monitors, with most hours featuring stable, light winds. There are also a few daytime hours of high predictions with low winds and low mixing heights. This pattern changes substantially with the beta u∗ options employed, when the majority of the peak prediction hours are daytime periods with light to moderate wind speeds. This pattern is more consistent with the peak observed concentration conditions.
- The SHARP peak predictions at the North Dakota monitors were also mostly associated with daytime hours with a large range of wind speeds for all of the monitors.

The North Dakota site has some similarities due to a mixture of flat and elevated terrain to the Eastman Chemical Company model evaluation study in Kingsport, TN (this site features three coal-fired boiler houses with tall stacks). In that study (Paine et al. 2013; Szembek et al., 2013), there was one monitor in elevated terrain and two monitors in flat terrain with a full year of data. Both the North Dakota and Eastman sites featured observations of the design concentration being within about 10% of the mean design concentration over all monitors. Modeling results using default options in AERMOD for both of these sites indicated a large spread of the predictions, with predictions in high terrain exceeding observations by more than a factor of 2. In contrast, the predictions in flat terrain, while higher than observations, showed a lower overprediction bias. The use of low wind speed improvements in AERMOD (beta u∗ in AERMET and an elevated minimum σ_v value) did improve model predictions for both databases.

The conclusions from the review of the meteorological conditions associated with peak observations, provided in the supplemental file called "Gibson Meteorological Conditions Resulting in Top 25 Concentrations," are as follows:

- Peak observations for the Mt. Carmel and East Mt. Carmel monitors occur during both light wind convective conditions and strong wind conditions (near neutral, both daytime and nighttime).

- Nighttime peaks that are noted at Mt. Carmel and East Mt. Carmel could be due to downwash effects with southerly winds.
- Gibson Tower and Shrodt monitors were in directions with minimal downwash effects; therefore, the peak impacts at these monitors occur with convective conditions.
- The Gibson Tower and Shrodt monitor peak observation conditions were similarly mixed for wind speeds, but they were consistently occurring during the daytime only.

AERMOD (hourly) modeling runs and SHARP runs are generally consistent with the patterns of observed conditions for Shrodt and Gibson Tower monitors. Except for downwash effects, the peak concentrations were all observed and predicted during daytime hours. There are similar AERMOD results for Mt. Carmel and East Mt. Carmel, except that there are more nighttime periods and periods with strong wind conditions.

As noted earlier, AERMOD tends to focus its peak predictions for tall stacks in simple terrain (those not affected by building downwash) for conditions with low mixing heights in the morning. However, a more detailed review of these conditions indicates that the high predictions are not simply due to plumes trapped within the convective mixed layer, but instead due to plumes that initially penetrate the mixing layer, but then emerge (after a short travel time) into the convective boundary layer in concentrated form with a larger-than-expected vertical spread. Tests of this condition were undertaken by Dr. Ken Rayner of the Western Australia Department of Environmental Regulation (2013), who found the same condition occurring for tall stacks in simple terrain for a field study database in his province. Rayner found that AERMOD tended to overpredict peak concentrations by a factor of about 50% at a key monitor, while with the penetrated plume removed from consideration, AERMOD would underpredict by about 30%. Therefore, the correct treatment might be a more delayed entrainment of the penetrated plume into the convective mixed layer. Rayner's basic conclusions were:

- A plume penetrates and disperses within a 1-hr time step in AERMOD, while in the real world, dispersion of a penetrated puff may occur an hour or more later, after substantial travel time.
- A penetrated plume initially disperses via a vertical Gaussian formula, not a convective probability density function. Because penetrated puffs typically have a very small vertical dispersion, they are typically fully entrained (in AERMOD) in a single hour by a growing mixed layer, and dispersion of a fully entrained puff is via convective mixing, with relatively rapid vertical dispersion, and high ground-level concentrations.

# Conclusions and Recommendations for Further Research

This study has addressed additional evaluations for low wind conditions involving tall stack releases for which multiple

*Paine et al. / Journal of the Air & Waste Management Association 65 (2015) 1341–1353*

Downloaded by [204.76.196.12] at 20:11 03 November 2015

years of concurrent emissions, meteorological data, and monitoring data were available. The modeling cases that were the focus of this study involved applications with only one level of meteorological data and no direct turbulence measurements or vertical temperature gradient observations.

For the North Dakota evaluation, the AERMOD model overpredicted, using the design concentration as the metric for each monitor. For the relatively low elevation monitors, the results were similar for both the default and beta options and are within 5–30% of the monitored concentrations depending on the model option. The modeling result for the elevated DGC#17 monitor showed that this location is sensitive to terrain, as the ratio of modeled to monitored concentration is over 2. However, when this location was modeled with the low wind beta option, the ratio was notably better, at less than 1.3. Furthermore, the low wind speed beta option changed the AERMOD's focus on peak predictions conditions from mostly nighttime to mostly daytime periods, somewhat more in line with observations. Even for a minimum $\sigma_v$ as high as 0.5 m/sec, all of the AERMOD modeling results were conservative or relatively unbiased (for the design concentration). The North Dakota evaluation results for the sub-hourly (SHARP) modeling were, on average, relatively unbiased, with a predicted-to-observed design concentration ratio ranging from 0.89 to 1.2. With a 10% tolerance in the $SO_2$ monitored values, we find that the SHARP performance is quite good. Slightly higher SHARP predictions would be expected if AERMOD were run with the LOWWIND1 option deployed.

For the Gibson flat terrain evaluation, AERMOD with hourly averaged meteorological data overpredicted at three of the four monitors between 30 and 50%, and about 10% at the fourth monitor. The AERMOD results did not vary much with the various low wind speed options in this flat terrain setting. AERMOD with sub-hourly meteorological data (SHARP) had the best (least biased predicted-to-observed ratio of design concentrations) performance among the five cases modeled. Over the four monitors, the range of predicted-to-observed ratios for SHARP was a narrow one, ranging from a slight underprediction by 2% to an overprediction by 14%. All other modeling options had a larger range of results.

The overall findings with the low wind speed testing on these tall stack databases indicate that:

- The AERMOD low wind speed options have a minor effect for flat terrain locations.
- The AERMOD low wind speed options have a more significant effect with AERMOD modeling for elevated terrain locations, and the use of the LOWWIND2 option with a minimum $\sigma_v$ on the order of 0.5 m/sec is appropriate.
- The AERMOD sub-hourly modeling (SHARP) results are mostly in the unbiased range (modeled to observed design concentration ratios between 0.9 and 1.1) for the two databases tested with that option.
- The AERMOD low wind speed options improve the consistency of meteorological conditions associated with the highest observed and predicted concentration events.

Further analysis of the low wind speed performance of AERMOD with either the SHARP procedure or the use of the minimum $\sigma_v$ specifications by other investigators is encouraged. However, SHARP can only be used if sub-hourly meteorological data is available. For Automated Surface Observing Stations (ASOS) with 1-min data, this option is a possibility if the 1-min data are obtained and processed.

Although the SHARP results reported in this paper are encouraging, further testing is recommended to determine the optimal sub-hourly averaging time (no less than 10 min is recommended) and whether other adjustments to AERMOD (e.g., total disabling of the meander option) are recommended. Another way to implement the sub-hourly information in AERMOD and to avoid the laborious method of running AERMOD several times for SHARP would be to include a distribution, or range, of the sub-hourly wind directions to AERMOD so that the meander calculations could be refined.

For most modeling applications that use hourly averages of meteorological data with no knowledge of the sub-hourly wind distribution, it appears that the best options with the current AERMOD modeling system are to implement the AERMET beta $u_*$ improvements and to use a minimum $\sigma_v$ value on the order of 0.5 m/sec/sec.

It is noteworthy that EPA has recently approved (EPA, 2015) as a site-specific model for Eastman Chemical Company the use of the AERMET beta $u_*$ option as well as the LOWWIND2 option in AERMOD with a minimum $\sigma_v$ of 0.4 m/sec. This model, which was evaluated with site-specific meteorological data and four $SO_2$ monitors operated for 1 year, performed well in flat terrain, but overpredicted in elevated terrain, where a minimum $\sigma_v$ value of 0.6 m/sec actually performed better. This would result in an average value of the minimum $\sigma_v$ of about 0.5 m/sec, consistent with the findings of Hanna (1990).

The concept of a minimum horizontal wind fluctuation speed on the order of about 0.5 m/sec is further supported by the existence of vertical changes (shears) in wind direction (as noted by Etling, 1990) that can result in effective horizontal shearing of a plume that is not accounted for in AERMOD. Although we did not test this concept here, the concept of vertical wind shear effects, which are more prevalent in decoupled stable conditions than in well-mixed convective conditions, suggests that it would be helpful to have a "split minimum $\sigma_v$" approach in AERMOD that enables the user to specify separate minimum $\sigma_v$ values for stable and unstable conditions. This capability would, of course, be backward-compatible to the current minimum $\sigma_v$ specification that applies for all stability conditions in AERMOD now.

## Supplemental Material

Supplemental data for this article can be accessed at the publisher's website

## References

Anfossi, D., D. Oettl, G. Degrazia, and A. Goulart. 2005. An analysis of sonic anemometer observations in low wind speed conditions. *Boundary Layer Meteorol.* 114:179–203. doi:10.1007/s10546-004-1984-4

Downloaded by [204.76.196.12] at 20:11 03 November 2015

Barad, M.L. 1958. Project Prairie Grass, a field program in diffusion. *Geophys. Res. Pap.* 59. Bedford, MA: Air Force Cambridge Centre.

Brett, A.C., and S.E. Tuller. 1991. The autocorrelation of hourly wind speed observations. *J. Appl. Meteorol.* 30:823–33. doi:10.1175/1520-0450(1991)030%3C0823:TAOHWS%3E2.0.CO;2

Chambers, J.M., W.S. Cleveland, B. Kleiner, and P.A. Tukey. 1983. Comparing data distributions. Graphical methods for data analysis. Pacific Grove, CA: Bell Laboratories. Wadsworth International Group and Duxbury Press.

Chowdhury, B., R.I. Sykes, D. Henn, and P. Karamchandani. 2014. SCICHEM Version 3.0 (Beta 2) technical documentation. http://sourceforge.net/projects/epri-dispersion/files/SCICHEM/SCICHEM3.0b2.zip/download

Cimorelli, A.J., S.G. Perry, A. Venkatram, J.C. Weil, R.J. Paine, R.B. Wilson, R.F. Lee, W.D. Peters, and R.W. Brode. 2005. AERMOD: A dispersion model for industrial source applications. Part I: General model formulation and boundary layer characterization. *J. Appl. Meteorol.* 44:682–93. doi:10.1175/JAM2227.1

Electric Power Research Institute. 2013. Sub Hourly AERMOD Run Procedure (SHARP), version 13011 user's guide. Research project 1025622. http://sourceforge.net/projects/epri-dispersion/files/SHARP (accessed June 10, 2015).

Etling, D. 1990. On plume meandering under stable stratification. *Atmos. Environ.* 8:1979–85. doi:10.1016/0960-1686(90)90232-C

Hanna, S.R. 1990. Lateral dispersion in light-wind conditions, *Nuovo Cimento* 13:889–94. doi:10.1007/BF02514777

Irwin, J.S. 2014. A suggested method for dispersion model evaluation. *J. Air Waste Manage. Assoc.* 64(3):255–64. doi:10.1080/10962247.2013.833147

Kaplan, M., and R.J. Paine. 2012. Comparison of AERMOD modeled 1-hour SO₂ concentrations to observations at multiple monitoring stations in North Dakota. Presented at the 105th Annual Conference and Exhibition of the Air & Waste Management Association, June 2012, San Antonio, TX.

Luhar, A.K., and K.N. Rayner. 2009. Methods to estimate surface fluxes of momentum and heat from routine weather observations for dispersion applications under stable stratification. *Boundary Layer Meteorol.* 132:437–54. doi:10.1007/s10546-009-9409-z

Mahrt, L. 1998. Stratified atmospheric boundary layers and breakdown of models. *Theor. Comput. Fluid Dynam.* 11:263–79. doi:10.1007/s001620050093

Paine, R., J.A. Connors, and C.D. Szembek, 2010. AERMOD low wind speed evaluation study: Results and implementation. Paper 2010-A-631-AWMA. Presented at the 103rd Annual Conference, Air & Waste Management Association, June 2012, Calgary, Alberta, Canada.

Paine, R., F. Tringale, and S. Gossett, 2013. Resolution of 1-hour SO₂ non-attainment area in Kingsport, TN: Advanced meteorological and monitoring study. Presented at the Air & Waste Management Association's Specialty Conference. Raleigh, NC, March.

Pasquill, F., and F.B. Smith. 1983. *Atmospheric Diffusion.* Series in Environmental Science. Ellis Horwood. Chichester: John Wiley & Sons.

Perez, I., M. Garcia, M. Sanchez, and B. De Torre. 2004. Autocorrelation analysis of meteorological data from a RASS Sodar. *J. Appl. Meteorol.*, 43:1213–23. doi:10.1175/1520-0450(2004)043%3C1213:AAOMDF%3E2.0.CO;2

Perry, S.G., A.J. Cimorelli, R.J. Paine, R.W. Brode, J.C. Weil, A. Venkatram, R. B. Wilson, R.F. Lee, and W.D. Peters. 2005. AERMOD: A dispersion model for industrial source applications. Part II: Model performance against 17 field study databases. *J. Appl. Meteorol.* 44:694–708. doi:10.1175/JAM2228.1

Qian, W., and A. Venkatram. 2011. Performance of steady-state dispersion models under low wind-speed conditions. *Boundary Layer Meteorol.* 138:475–91. doi:10.1007/s10546-010-9565-1

Rayner, K. 2013. Personal communication with Robert Paine, AECOM.

Sagendorf, J.F., and C.R. Dickson. 1974. Diffusion under low windspeed, inversion conditions. *NOAA Technical Memorandum* 52. http://www.arl.noaa.gov/documents/reports/ARL-52.pdf (accessed September 9, 2015).

Smedman, A.S. 1988. Observations of a multi-level turbulence structure in a very stable atmospheric boundary layer. *Boundary Layer Meteorol.* 66:105–26. doi:10.1007/BF00116064

Strimaitis, D., E. Insley, M. Korc, and F. Lurmann. 1993. User's guide for the Model Evaluation Methodology (MEM) system for comparing model performance, Version 1.0. STI-93261-1392-FR. Prepared for U.S. Environmental Protection Agency, Research Triangle Park, NC.

Szembek, C., R. Paine, and S. Gossett. 2013. Resolution of 1-hour SO₂ non-attainment area in Kingsport, TN: Model evaluation analysis results to date. Presented at the Air & Waste Management Association's Specialty Conference, Raleigh, NC, March.

U.S. Environmental Protection Agency. 2004. AERMOD: Description of model formulation. EPA-454/R-03-004. http://www.epa.gov/ttn/scram/7thconf/aermod/aermod_mfd.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2005. Revision to the guideline on air quality models: Adoption of a preferred general purpose (flat and complex terrain) dispersion model and other revisions. Final rule. *Fed. Reg.* 70 (216). http://www.gpo.gov/fdsys/pkg/FR-2005-11-09/html/05-21627.htm (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2009. AERMOD implementation guide (AIG). http://www.epa.gov/ttn/scram/7thconf/aermod/aermod_implmtn_guide_19March2009.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2012. AERMET 12345 model change bulletin MCB#3. http://www.epa.gov/ttn/scram/7thconf/aermod/aermet_mcb3.txt (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2013a. Personal communication from Roger Brode, EPA, to Robert Paine, AECOM.

U.S. Environmental Protection Agency. 2013b. *Quality Assurance Handbook for Air Pollution Measurement Systems, Volume II, Ambient Air Quality Monitoring Program.* http://www.epa.gov/ttnamti1/files/ambient/pm25/qa/QA-Handbook-Vol-II.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2014a. Webinar: AERMOD modeling system update, January 15. http://www.epa.gov/ttn/scram/webinar/AERMOD_13350_Update/AERMOD_System_Update_Webinar_01-14-2014_FINAL.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2014b. Webinar: AERMOD modeling system update, August 14. http://www.epa.gov/ttn/scram/webinar/AERMOD_14134-NO2_Memo/20140812-Webinar_Slides.pdf (accessed June 10, 2015).

U.S. Environmental Protection Agency. 2015. Approval of alternative model request: Modeling of sulfur dioxide emissions from Eastman Chemical Company, Sullivan County, Tennessee, 2010 Sulfur dioxide National Ambient Air Quality Standards (NAAQS) nonattainment area. Letter to Mr. Barry R. Stephens, Tennessee Department of Environment and Conservation from Beverly H. Bannister, Director of Air, Pesticides and Toxics Management Division (EPA Region 4).

Van der Hoven, I. 1976. A survey of field measurements of atmospheric diffusion under low-wind-speed inversion conditions. *Nuclear Safety* 17:223–30.

Venkatram, A., R.W. Brode, A.J. Cimorelli, J.T. Lee, R.J. Paine, S.G. Perry, W. D. Peters, J.C. Weil, and R.B. Wilson. 2001. A complex terrain dispersion model for regulatory applications. *Atmos. Environ.* 35:4211–21. doi:10.1016/S1352-2310(01)00186-8

Wilson, R.B., G.E. Start, C.R. Dickson, and N.R. Ricks. 1976. Diffusion under low wind speed conditions near Oak Ridge, Tennessee. *NOAA Technical Memorandum* ERL ARL-61, 83 pp. http://www.arl.noaa.gov/documents/reports/ARL-61.pdf (accessed September 9, 2015).

## About the Authors

**Robert Paine**, CCM, QEP, is an associate vice-president and technical director and **Olga Samani** and **Mary Kaplan** are senior air quality meteorologists with AECOM's Air Quality Modeling group in Chelmsford, MA.

**Eladio Knipping** is a principal technical leader in the Environment Sector at the Electric Power Research Institute office in Washington, DC.

**Naresh Kumar** is a senior program manager of air quality in the environment sector at the Electric Power Research Institute office in Palo Alto, CA.

**Appendix C**

**Journal of Air & Waste Management Association Notebook Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND3)**



## Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases with AERMOD LOWWIND3 Option

| | |
|---|---|
| Journal: | *Journal of the Air & Waste Management Association* |
| Manuscript ID | UAWM-2016-0037 |
| Manuscript Type: | Notebook Paper |
| Date Submitted by the Author: | 24-Feb-2016 |
| Complete List of Authors: | Samani, Olga; AECOM, Air Quality<br>Paine, Robert; AECOM, |
| Keywords: | Modeling, LOWWIND3, AERMOD |

| | |
|---|---|
| Abstract: | The analysis documented in this paper addresses evaluations using a new AERMOD modeling option ("LOWWIND3") for low wind conditions made available by the US EPA in July 2015. These results are provided to update our previous published evaluation results using another AERMOD option ("LOWWIND2").<br><br>AERMOD was tested on the same two field study databases as before, involving tall stacks, several SO2 monitors, and hourly emissions data. Several technical options were tested: default mode for both AERMET (the meteorological pre-processor) and AERMOD (the dispersion model), as well as AERMET with an adjustment for computing the friction velocity and other planetary boundary layer parameters more accurately in low wind speed conditions ("ADJ_U*"). The new tests reported here also involved the use of the AERMOD dispersion model with the LOWWIND3 option that provides a higher minimum value for the standard deviation of the lateral wind speed component (sigma-v) than the default option provides.<br><br>The field study databases included 1) Mercer County, a North Dakota database featuring five SO2 monitors within 10 kilometers of the Dakota Gasification Company's plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain, and 2) a flat-terrain setting |

Case: 21-60673   Document:00-2   Page: 322   Date Filed: 03/30/2022

database with four SO2 monitors within 6 kilometers of the Gibson Generating Station in southwest Indiana.  Both sites featured regionally representative 10-meter meteorological databases, with no significant terrain obstacles between the meteorological site and the emission sources.

The newly available LOWWIND3 option shows results similar to the LOWWIND2 option, with slightly reduced over-predictions for both databases.  As such, these evaluations indicate that use of the ADJ_U* with the LOWWIND3 option provides the best model performance among the options tested, while retaining a slight over-prediction bias.



http://mc.manuscriptcentral.com/jawma  Email: journal@jawma.org

Journal of the Air & Waste Management Association

**Implications**

AERMOD evaluations for two tall stack databases (in North Dakota and Indiana) in areas of both flat and elevated terrain were updated using the newly-released LOWWIND3 option. AERMOD runs with both the ADJ_U* and LOWWIND3 options showed improvement in model performance (especially in higher terrain areas) over the default options, helping to reduce some of the over-prediction biases currently present in regulatory default AERMOD while retaining a slight over-prediction bias.

App. 725

## Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases with AERMOD LOWWIND3 Option

Olga Samani and Robert Paine

AECOM, 250 Apollo Drive, Chelmsford, MA 01824

**Abstract**

The analysis documented in this paper addresses evaluations using a new AERMOD modeling option ("LOWWIND3") for low wind conditions made available by the US EPA in July 2015. These results are provided to update our previous published evaluation results using another AERMOD option ("LOWWIND2").

AERMOD was tested on the same two field study databases as before, involving tall stacks, several $SO_2$ monitors, and hourly emissions data. Several technical options were tested: default mode for both AERMET (the meteorological pre-processor) and AERMOD (the dispersion model), as well as AERMET with an adjustment for computing the friction velocity and other planetary boundary layer parameters more accurately in low wind speed conditions ("ADJ_U*"). The new tests reported here also involved the use of the AERMOD dispersion model with the LOWWIND3 option that provides a higher minimum value for the standard deviation of the lateral wind speed component (sigma-v) than the default option provides.

The field study databases included 1) Mercer County, a North Dakota database featuring five $SO_2$ monitors within 10 kilometers of the Dakota Gasification Company's plant and the Antelope Valley Station power plant in an area of both flat and elevated terrain, and 2) a flat-terrain setting database with four $SO_2$ monitors within 6 kilometers of the Gibson Generating Station in southwest Indiana. Both sites featured regionally representative 10-meter meteorological databases, with no significant terrain obstacles between the meteorological site and the emission sources.

The newly available LOWWIND3 option shows results similar to the LOWWIND2 option, with slightly reduced over-predictions for both databases. As such, these evaluations indicate that use of the ADJ_U* with the LOWWIND3 option provides the best model performance among the options tested, while retaining a slight over-prediction bias.

Journal of the Air & Waste Management Association

**Introduction**

In a proposed rulemaking published in the July 29, 2015 Federal Register EPA (2015a), the United States Environmental Protection Agency (EPA) released a revised version of AERMOD (15181), which replaces AERMOD version 14134.  EPA proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions.   These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option.  The EPA proposal indicates that "the LOWWIND3 BETA option increases the minimum value of sigma-v from 0.2 to 0.3 m/s, uses the FASTALL approach to replicate the centerline concentration accounting for horizontal meander, but utilizes an effective sigma-y and eliminates upwind dispersion" EPA (2015b). These low wind AERMOD options continue to be regarded as experimental ("beta") options pending further evaluation and public comment.

Paine et al. (2015) described the evaluation of the combined ADJ_U* and LOWWIND2 options as implemented in AERMOD version 14134 on two tall-stack databases.  Here we compare the EPA-proposed options (with LOWWIND2 replaced by LOWWIND3) on the same databases.

**Modeling Options and Databases for Testing**

The meteorological data, emissions, and receptors used in this analysis were identical to those used in the Paine et al. (2015) analysis.  The test cases provided in this updated evaluation reported here are listed below, and use some of the results already reported by Paine et al. (2015).

> Test Case 1:    AERMET and AERMOD in default mode.
>
> Test Case 2:    Low wind beta option for AERMET and default options for AERMOD.
>
> Test Case 3:    Low wind beta option for AERMET and the LOWWIND2 option for AERMOD.
>
> Test Case 4:    Low wind beta option for AERMET and the LOWWIND3 option for AERMOD.

Both LOWWIND2 and LOWWIND3 as tested had a minimum $\sigma_v$ value of 0.3 m/sec.

The Mercer County, North Dakota and Gibson Generating Station, Indiana databases were selected for the low wind model evaluation due to the following attributes:

- They feature multiple years of hourly $SO_2$ monitoring at several sites.
- Emissions are dominated by tall stack sources that are available from continuous emission monitors.
- There is representative meteorological data from a single-level station typical of (or obtained from) airport-type data.

**North Dakota Database Model Evaluation Procedures and Results**

AERMOD was run for the test cases listed above for the North Dakota databases to compute the 1-hour daily maximum 99th percentile averaged over four years at the five ambient monitoring locations (consistent with the United States 1-hour $SO_2$ ambient standard). A regional background of 10 μg/m$^3$ was added to the AERMOD modeled predictions, as determined from a review of rural monitors unaffected by local sources.

The predicted-to-observed ratios for the North Dakota evaluation database are graphically plotted in Figure 1. The evaluation results for the four test cases indicate that the predicted-to-observed ratios are consistently greater than 1.0 and AERMOD still over-predicts with use of the proposed ADJ_U* and the LOWWIND3 options. The results for the new model with low wind option (Test Case 4) are very close to the use of the LOWWIND2 option (Test Case 3). The low wind options show improvement relative to the default option at all monitors, especially the monitor in higher terrain (DGC #17). Supplemental file contains the tables and quantile-quantile plots of the top 50 (unpaired) predictions and observations for Test Case 1 and Test Case 4. Test Case 2 and Test Case 3 results were already reported by Paine et al.

Figure 1

**Gibson Generating Station Database Model Evaluation Procedures and Results**

AERMOD was evaluated with the four test cases described above to compute the 1-hour daily maximum 99th percentile averaged over three years at the four ambient monitors. A regional background of 18 μg/m$^3$ was added to the AERMOD modeled predictions.

The predicted-to-observed ratios are graphically plotted in Figure 2, and these ratios are consistently greater than 1.0.  The EPA-proposed LOWWIND3 low wind option (Test Case 4) provided modest improvements in performance relative to the default option (Test Case 1), while still showing an over-prediction tendency at each monitor.  Supplemental file contains the tables and quantile-quantile plots of the top 50 (unpaired) predictions and observations for Test Case 1 and Test Case 4.  Test Case 2 and Test Case 3 results were already reported by Paine et al. (2015).

Figure 2

## Conclusions

The model evaluation results for the new version of AERMOD (version 15181) on the two databases previously evaluated using an older version of AERMOD showed that the EPA-proposed low wind options (ADJ_U* and LOWWIND3) perform better than the default option, while still over-predicting the critical 99th percentile concentration associated with the 1-hour $SO_2$ ambient standard at each monitor for both databases.

## References

Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping &Naresh Kumar. 2015. Evaluation of low wind modeling approaches for two tall-stack databases, Journal of the Air & Waste Management Association, 65:11, 1341-1353, DOI:10.1080/10962247.2015.1085924 http://www.tandfonline.com/doi/full/10.1080/10962247.2015.1085924#.VsYzz-baQp4 (Accessed January 18, 2016)

U.S. Environmental Protection Agency. 2015a. Revision to the Guideline on Air Quality Models: Enhancements to the AERMOD Dispersion Modeling System and Incorporation of Approaches To Address Ozone and Fine Particulate Matter; Proposed Rule. Federal Register, Volume 80, No. 145, July 29, 2015. http://www3.epa.gov/ttn/scram/11thmodconf/EPA-HQ-OAR-2015-0310-0001.pdf (Accessed February 18, 2016).

U.S. Environmental Protection Agency. 2015b. Addendum User's Guide for the AMS/EPA Regulatory Model – AERMOD.

App. 729

http://www3.epa.gov/ttn/scram/7thconf/aermod/Addendum_to_MFD_v15181.pdf (Accessed

January 18, 2016)



Journal of the Air & Waste Management Association



Figure 1.  North Dakota Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors
279x215mm (300 x 300 DPI)

App. 731



Figure 2. Gibson Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors
279x215mm (300 x 300 DPI)

Journal of the Air & Waste Management Association

1. Figure 1.  North Dakota Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors

2. Figure 2.  Gibson Ratio of Monitored to Modeled Design Concentration Values at Specific Monitors

## North Dakota: Top 50 1-hour SO2 Daily Max Monitoring and Predicted Concentrations

| DGC12 | DGC14 | DGC16 | DGC17 | Beulah | DGC12 | DGC14 | DGC16 | DGC17 | Beulah | DGC12 | DGC14 | DGC16 | DGC17 | Beulah |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Monitored | | | | | Default AERMET/AERMOD | | | | | Beta AERMET/LOWWIND3 | | | |
| 432.28 | 259.37 | 374.64 | 306.52 | 429.66 | 259.01 | 248.84 | 212.05 | 551.94 | 200.73 | 166.74 | 201.85 | 194.87 | 351.53 | 174.11 |
| 199.11 | 196.49 | 151.95 | 154.57 | 172.91 | 229.73 | 238.94 | 200.87 | 304.74 | 194.42 | 154.14 | 198.35 | 167.19 | 206.04 | 173.04 |
| 157.19 | 183.39 | 125.75 | 115.27 | 146.71 | 172.70 | 207.22 | 155.15 | 303.06 | 182.88 | 151.71 | 190.11 | 133.92 | 185.82 | 162.41 |
| 154.57 | 170.29 | 123.13 | 112.65 | 141.47 | 167.90 | 200.40 | 150.47 | 298.39 | 167.62 | 138.15 | 179.26 | 131.82 | 182.08 | 158.78 |
| 149.33 | 162.43 | 115.27 | 110.03 | 138.85 | 157.80 | 182.01 | 150.07 | 252.86 | 159.41 | 127.36 | 155.87 | 131.40 | 170.61 | 131.91 |
| 136.23 | 141.47 | 115.27 | 104.79 | 136.23 | 156.30 | 175.78 | 149.06 | 252.56 | 143.96 | 120.38 | 152.45 | 130.75 | 146.31 | 131.00 |
| 120.51 | 120.51 | 107.41 | 104.79 | 136.23 | 137.49 | 171.87 | 144.49 | 217.09 | 136.07 | 113.69 | 137.24 | 129.71 | 141.65 | 125.14 |
| 117.89 | 115.27 | 104.79 | 104.79 | 133.61 | 122.95 | 142.37 | 139.13 | 207.90 | 131.34 | 112.55 | 118.38 | 122.71 | 129.70 | 118.79 |
| 110.03 | 112.65 | 104.79 | 99.55 | 117.89 | 121.89 | 128.02 | 138.50 | 207.88 | 126.99 | 112.03 | 115.74 | 120.53 | 127.77 | 116.34 |
| 110.03 | 104.79 | 99.55 | 96.93 | 115.27 | 121.85 | 127.34 | 136.66 | 202.01 | 125.58 | 111.89 | 115.45 | 117.65 | 126.34 | 113.08 |
| 104.79 | 99.55 | 89.08 | 94.31 | 110.03 | 116.27 | 122.63 | 131.00 | 200.13 | 125.02 | 110.77 | 114.05 | 117.29 | 117.17 | 111.73 |
| 104.79 | 94.31 | 86.46 | 89.08 | 107.41 | 115.54 | 122.25 | 124.74 | 195.49 | 123.38 | 107.65 | 113.47 | 117.05 | 116.36 | 110.95 |
| 99.55 | 91.70 | 86.46 | 86.46 | 104.79 | 114.72 | 118.94 | 124.08 | 193.71 | 122.51 | 106.49 | 111.57 | 109.56 | 114.90 | 110.48 |
| 99.55 | 89.08 | 81.22 | 83.84 | 99.55 | 113.13 | 117.93 | 121.73 | 191.25 | 120.89 | 100.45 | 105.72 | 105.07 | 114.63 | 110.20 |
| 99.55 | 89.08 | 78.60 | 81.22 | 99.55 | 110.86 | 115.83 | 115.10 | 189.60 | 118.51 | 99.86 | 105.67 | 103.42 | 111.62 | 108.71 |
| 96.93 | 86.46 | 78.60 | 81.22 | 91.70 | 110.37 | 110.88 | 114.81 | 188.90 | 115.61 | 97.40 | 100.99 | 102.78 | 107.06 | 108.43 |
| 96.93 | 86.46 | 78.60 | 81.22 | 91.70 | 107.84 | 107.29 | 109.31 | 188.18 | 115.40 | 96.06 | 100.83 | 102.43 | 104.39 | 106.84 |
| 91.70 | 83.84 | 78.60 | 81.22 | 83.84 | 106.55 | 107.03 | 109.02 | 187.51 | 113.99 | 93.90 | 100.55 | 101.12 | 104.06 | 105.18 |
| 91.70 | 83.84 | 78.60 | 78.60 | 83.84 | 105.59 | 106.84 | 108.73 | 187.13 | 112.11 | 93.78 | 98.07 | 99.78 | 103.94 | 104.57 |
| 91.70 | 81.22 | 75.98 | 78.60 | 81.22 | 102.74 | 105.44 | 106.19 | 183.14 | 110.71 | 93.46 | 93.56 | 96.96 | 103.59 | 99.57 |
| 86.46 | 81.22 | 75.98 | 78.60 | 81.22 | 101.42 | 102.13 | 105.41 | 180.84 | 110.22 | 92.44 | 93.02 | 96.86 | 101.99 | 97.61 |
| 86.46 | 78.60 | 75.98 | 78.60 | 78.60 | 100.91 | 100.44 | 103.18 | 176.71 | 109.35 | 92.33 | 92.35 | 96.05 | 101.27 | 96.86 |
| 83.84 | 75.98 | 75.98 | 78.60 | 78.60 | 99.91 | 97.86 | 102.59 | 173.95 | 108.13 | 91.54 | 92.00 | 95.28 | 101.00 | 96.17 |
| 81.22 | 75.98 | 75.98 | 75.98 | 73.36 | 98.30 | 95.78 | 99.84 | 169.81 | 107.74 | 88.78 | 91.95 | 95.26 | 100.71 | 93.94 |
| 81.22 | 75.98 | 75.98 | 75.98 | 73.36 | 98.12 | 94.48 | 98.56 | 168.47 | 105.48 | 88.69 | 91.22 | 94.99 | 100.49 | 93.78 |
| 78.60 | 75.98 | 73.36 | 73.36 | 70.74 | 96.61 | 93.19 | 98.26 | 166.45 | 103.44 | 88.40 | 89.23 | 94.55 | 100.43 | 91.74 |
| 75.98 | 73.36 | 73.36 | 73.36 | 70.74 | 95.84 | 92.18 | 97.30 | 166.44 | 103.15 | 87.88 | 85.37 | 92.45 | 99.59 | 90.97 |
| 75.98 | 73.36 | 70.74 | 73.36 | 70.74 | 93.29 | 92.08 | 96.78 | 165.91 | 102.19 | 87.09 | 85.14 | 90.53 | 98.99 | 90.39 |
| 75.98 | 70.74 | 70.74 | 73.36 | 68.12 | 92.69 | 89.80 | 95.78 | 161.63 | 102.04 | 86.07 | 83.28 | 89.13 | 98.10 | 88.75 |
| 70.74 | 70.74 | 70.74 | 70.74 | 68.12 | 90.80 | 88.71 | 95.27 | 159.85 | 99.01 | 86.03 | 82.54 | 88.74 | 97.44 | 88.30 |
| 70.74 | 70.74 | 70.74 | 68.12 | 68.12 | 89.01 | 87.52 | 93.63 | 159.71 | 98.25 | 83.88 | 81.58 | 88.31 | 96.15 | 88.29 |
| 70.74 | 70.74 | 70.74 | 68.12 | 68.12 | 87.93 | 87.27 | 93.55 | 158.85 | 95.70 | 82.71 | 80.34 | 86.39 | 95.58 | 88.08 |
| 68.12 | 68.12 | 68.12 | 68.12 | 68.12 | 87.42 | 86.47 | 92.27 | 151.20 | 95.39 | 80.00 | 80.15 | 86.11 | 95.32 | 85.24 |
| 68.12 | 68.12 | 68.12 | 68.12 | 65.50 | 87.15 | 86.40 | 92.15 | 148.91 | 95.32 | 79.82 | 79.45 | 85.71 | 95.19 | 84.97 |
| 68.12 | 68.12 | 68.12 | 68.12 | 65.50 | 86.55 | 86.24 | 91.23 | 148.58 | 93.92 | 77.28 | 79.33 | 85.31 | 94.57 | 84.49 |
| 68.12 | 65.50 | 65.50 | 68.12 | 65.50 | 83.92 | 86.09 | 90.10 | 146.02 | 93.46 | 77.19 | 79.07 | 84.26 | 94.52 | 84.12 |
| 68.12 | 65.50 | 62.88 | 68.12 | 65.50 | 83.89 | 85.96 | 88.85 | 145.13 | 88.85 | 76.41 | 78.53 | 84.01 | 93.04 | 83.33 |
| 68.12 | 65.50 | 62.88 | 65.50 | 62.88 | 80.74 | 84.58 | 88.81 | 144.41 | 87.97 | 75.39 | 78.41 | 83.66 | 92.63 | 82.20 |
| 68.12 | 65.50 | 62.88 | 65.50 | 62.88 | 80.45 | 84.58 | 87.52 | 144.31 | 87.12 | 73.35 | 78.27 | 82.34 | 91.98 | 79.64 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 80.30 | 83.13 | 86.02 | 143.28 | 85.49 | 72.79 | 77.14 | 82.30 | 91.92 | 76.69 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 80.28 | 82.85 | 84.53 | 140.77 | 85.28 | 71.85 | 76.03 | 81.80 | 91.73 | 76.42 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 79.51 | 82.14 | 84.12 | 140.39 | 85.01 | 71.72 | 75.04 | 81.48 | 91.65 | 75.34 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 79.28 | 81.93 | 83.89 | 140.31 | 82.94 | 71.55 | 74.83 | 81.04 | 88.98 | 74.23 |
| 65.50 | 62.88 | 60.26 | 62.88 | 62.88 | 79.21 | 81.37 | 82.40 | 139.52 | 82.78 | 71.47 | 74.24 | 80.77 | 88.63 | 73.39 |
| 62.88 | 62.88 | 60.26 | 62.88 | 62.88 | 78.68 | 80.23 | 82.05 | 138.74 | 82.50 | 70.62 | 73.65 | 80.56 | 87.75 | 72.40 |
| 62.88 | 60.26 | 60.26 | 62.88 | 60.26 | 77.60 | 80.07 | 81.75 | 137.58 | 82.22 | 70.47 | 72.44 | 78.10 | 86.34 | 71.97 |
| 60.26 | 60.26 | 60.26 | 60.26 | 60.26 | 76.40 | 80.02 | 80.81 | 136.15 | 81.50 | 70.37 | 71.94 | 77.78 | 85.14 | 71.51 |
| 60.26 | 60.26 | 60.26 | 60.26 | 60.26 | 76.12 | 78.94 | 80.54 | 134.37 | 77.99 | 68.41 | 70.63 | 77.53 | 84.87 | 70.13 |
| 60.26 | 60.26 | 57.64 | 57.64 | 60.26 | 76.04 | 76.73 | 80.39 | 133.96 | 77.42 | 68.03 | 70.57 | 76.98 | 84.80 | 69.74 |
| 60.26 | 57.64 | 57.64 | 57.64 | 57.64 | 75.82 | 76.09 | 79.62 | 133.90 | 76.97 | 68.02 | 70.14 | 76.92 | 84.36 | 69.72 |

Case: 21-60673   Document: 65-2   Page: 332   Date Filed: 03/30/2022

App. 734



(a) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 μg/m³ Background (μg/m³) vs. Monitored Concentrations (μg/m³) at DGC #12 Monitor

Case: 21-60673    Document: 65-2    Page: 333    Date Filed: 03/30/2022



(b) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 μg/m³ Background vs. Monitored Concentrations at DGC #14 Monitor

App. 736

Case: 21-60673    Document: 65-2    Page: 334    Date Filed: 03/30/2022



**(c) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration w/o SA with 10 μg/m³ Background vs. Monitored Concentrations at DGC #16 Monitor**

Case: 21-60673    Document: 65-2    Page: 335    Date Filed: 03/30/2022

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49



**(d) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 µg/m³ Background vs. Monitored Concentrations at DGC #17 Monitor**

■ Default AERMET/AERMOD

▲ Beta AERMET/LOWWIND3

Model (µg/m³)

Monitor (µg/m³)

Case: 21-60673    Document: 65-2    Page: 336    Date Filed: 03/30/2022



(e) Comparison of Top 50 1-hour Daily Maximum SO2 Modeled Concentration with 10 μg/m³ Background vs. Monitored Concentrations at Beulah Monitor

Case: 21-60673    Document: 65-2    Page: 337    Date Filed: 03/30/2022

## Gibson: Top 50 1-hour SO2 Daily Max Monitoring and Predicted Concentrations

| Mt Carmel | East Mt Carmel | Shrodt | Gibson Tower | Mt Carmel | East Mt Carmel | Shrodt | Gibson Tower | Mt Carmel | East Mt Carmel | Shrodt | Gibson Tower |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Monitored | | | | Default AERMET/Default AERMOD | | | | Beta AERMET/AERMOD LOWWIND3 | | | |
| 544.41 | 336.64 | 236.70 | 355.05 | 536.86 | 328.53 | 301.02 | 458.35 | 569.88 | 321.62 | 253.14 | 335.27 |
| 291.93 | 331.38 | 197.25 | 181.47 | 417.42 | 300.35 | 298.21 | 279.77 | 348.25 | 267.64 | 250.57 | 227.02 |
| 286.67 | 323.49 | 189.36 | 178.84 | 356.67 | 282.41 | 288.44 | 261.51 | 345.80 | 254.45 | 245.15 | 213.82 |
| 284.04 | 323.49 | 189.36 | 178.84 | 354.22 | 274.70 | 262.03 | 259.16 | 343.66 | 248.66 | 239.52 | 207.70 |
| 278.78 | 294.56 | 176.21 | 173.58 | 344.57 | 268.44 | 238.58 | 255.06 | 317.56 | 245.80 | 216.19 | 200.70 |
| 249.85 | 257.74 | 165.69 | 147.28 | 340.20 | 264.68 | 225.35 | 243.77 | 296.46 | 244.67 | 209.01 | 193.10 |
| 236.70 | 247.22 | 160.43 | 147.28 | 335.40 | 259.67 | 215.55 | 234.48 | 297.21 | 235.53 | 197.18 | 189.79 |
| 234.07 | 236.70 | 155.17 | 139.39 | 311.70 | 254.25 | 202.82 | 233.38 | 288.22 | 235.48 | 188.06 | 186.40 |
| 210.40 | 234.07 | 149.91 | 128.87 | 304.17 | 247.45 | 196.54 | 203.94 | 286.35 | 233.44 | 186.77 | 180.39 |
| 205.14 | 213.03 | 147.28 | 120.98 | 293.44 | 246.60 | 190.89 | 198.42 | 284.10 | 232.70 | 181.10 | 180.30 |
| 199.88 | 210.40 | 144.65 | 118.35 | 290.86 | 246.12 | 179.54 | 198.42 | 283.10 | 230.72 | 171.01 | 176.37 |
| 186.73 | 194.62 | 144.65 | 115.72 | 284.85 | 236.55 | 176.31 | 197.29 | 281.63 | 227.63 | 159.52 | 175.21 |
| 184.10 | 191.99 | 144.65 | 115.72 | 283.32 | 236.27 | 176.30 | 191.47 | 279.70 | 225.33 | 157.64 | 173.27 |
| 181.47 | 189.36 | 139.39 | 115.72 | 282.04 | 236.10 | 173.64 | 189.69 | 278.62 | 220.43 | 157.55 | 171.10 |
| 181.47 | 184.10 | 136.76 | 113.09 | 279.48 | 233.32 | 172.74 | 184.82 | 277.22 | 218.96 | 155.05 | 165.66 |
| 178.84 | 181.47 | 134.13 | 113.09 | 277.21 | 230.93 | 161.48 | 184.45 | 274.10 | 218.61 | 150.55 | 163.67 |
| 176.21 | 181.47 | 131.50 | 105.20 | 272.80 | 230.55 | 157.88 | 177.40 | 274.00 | 217.49 | 147.96 | 161.98 |
| 173.58 | 178.84 | 131.50 | 99.94 | 272.66 | 229.49 | 157.58 | 174.25 | 273.78 | 215.22 | 143.17 | 158.14 |
| 170.95 | 173.58 | 126.24 | 99.94 | 272.40 | 224.43 | 155.53 | 174.10 | 272.57 | 213.73 | 142.56 | 156.70 |
| 168.32 | 173.58 | 123.61 | 99.94 | 271.12 | 223.37 | 154.81 | 171.22 | 272.19 | 211.43 | 139.28 | 155.00 |
| 160.43 | 173.58 | 120.98 | 99.94 | 270.49 | 219.95 | 149.98 | 170.38 | 270.15 | 210.67 | 138.43 | 154.23 |
| 160.43 | 170.95 | 120.98 | 99.94 | 269.84 | 219.72 | 147.32 | 164.04 | 268.91 | 210.17 | 136.19 | 153.52 |
| 157.80 | 170.95 | 118.35 | 99.94 | 266.20 | 218.59 | 142.35 | 161.80 | 267.16 | 210.02 | 134.31 | 152.13 |
| 157.80 | 170.95 | 118.35 | 97.31 | 257.08 | 218.27 | 141.73 | 161.78 | 266.09 | 209.67 | 132.28 | 151.57 |
| 155.17 | 168.32 | 118.35 | 94.68 | 255.87 | 215.89 | 140.46 | 161.07 | 264.35 | 207.37 | 130.42 | 150.54 |
| 152.54 | 168.32 | 115.72 | 92.05 | 254.98 | 215.36 | 139.07 | 159.10 | 262.73 | 204.28 | 128.11 | 150.38 |
| 152.54 | 165.69 | 115.72 | 89.42 | 254.51 | 210.95 | 135.08 | 158.13 | 261.17 | 204.09 | 127.43 | 148.19 |
| 149.91 | 165.69 | 113.09 | 89.42 | 252.72 | 210.64 | 133.13 | 157.29 | 261.17 | 203.05 | 124.32 | 147.09 |
| 149.91 | 163.06 | 113.09 | 89.42 | 252.46 | 208.13 | 132.67 | 156.62 | 257.96 | 202.12 | 120.19 | 146.55 |
| 149.91 | 160.43 | 110.46 | 89.42 | 246.81 | 207.81 | 132.62 | 155.37 | 256.26 | 201.69 | 119.26 | 144.83 |
| 147.28 | 160.43 | 107.83 | 89.42 | 245.63 | 207.78 | 129.24 | 153.21 | 255.99 | 200.86 | 116.96 | 143.11 |
| 147.28 | 157.80 | 102.57 | 86.79 | 242.00 | 207.70 | 127.45 | 153.14 | 255.77 | 199.75 | 116.24 | 141.58 |
| 144.65 | 149.91 | 102.57 | 86.79 | 240.76 | 206.81 | 126.50 | 153.12 | 253.25 | 198.73 | 112.19 | 141.55 |
| 144.65 | 149.91 | 102.57 | 86.79 | 240.21 | 205.31 | 125.50 | 153.09 | 252.32 | 197.17 | 111.05 | 141.05 |
| 142.02 | 149.91 | 102.57 | 86.79 | 239.88 | 205.30 | 124.57 | 152.89 | 249.41 | 196.72 | 107.61 | 140.62 |
| 142.02 | 147.28 | 94.68 | 84.16 | 237.73 | 205.07 | 121.66 | 150.95 | 248.84 | 196.36 | 105.49 | 140.42 |
| 136.76 | 144.65 | 94.68 | 84.16 | 236.94 | 203.74 | 121.00 | 149.88 | 247.55 | 194.09 | 105.48 | 139.50 |
| 134.13 | 142.02 | 92.05 | 81.53 | 236.26 | 201.72 | 120.33 | 148.70 | 247.41 | 193.87 | 104.76 | 138.53 |
| 134.13 | 139.39 | 92.05 | 81.53 | 234.89 | 201.61 | 119.51 | 147.63 | 246.70 | 193.47 | 104.76 | 138.28 |
| 134.13 | 139.39 | 89.42 | 81.53 | 233.33 | 201.50 | 118.56 | 147.15 | 246.36 | 192.16 | 103.46 | 137.55 |
| 131.50 | 136.76 | 89.42 | 81.53 | 233.33 | 200.43 | 117.17 | 147.13 | 243.04 | 191.30 | 102.15 | 136.71 |
| 131.50 | 136.76 | 89.42 | 81.53 | 231.41 | 198.55 | 114.50 | 146.65 | 242.88 | 190.31 | 100.93 | 135.64 |
| 131.50 | 136.76 | 89.42 | 81.53 | 229.94 | 198.19 | 114.37 | 146.37 | 242.08 | 190.02 | 100.69 | 135.08 |
| 131.50 | 136.76 | 89.42 | 78.90 | 227.80 | 196.78 | 110.63 | 146.12 | 239.98 | 189.84 | 98.98 | 134.62 |
| 128.87 | 134.13 | 89.42 | 78.90 | 227.53 | 194.16 | 110.47 | 146.01 | 239.08 | 188.59 | 97.78 | 134.43 |
| 126.24 | 134.13 | 86.79 | 78.90 | 224.43 | 194.10 | 109.60 | 145.97 | 233.19 | 188.44 | 96.60 | 133.93 |
| 126.24 | 134.13 | 86.79 | 78.90 | 222.28 | 192.93 | 108.28 | 145.66 | 233.00 | 187.14 | 96.18 | 133.91 |
| 126.24 | 131.50 | 86.79 | 78.90 | 221.32 | 191.96 | 107.13 | 143.05 | 232.21 | 185.87 | 93.91 | 133.56 |
| 123.61 | 131.50 | 86.79 | 78.90 | 220.36 | 191.26 | 106.00 | 141.85 | 229.57 | 185.67 | 93.43 | 131.43 |
| 123.61 | 131.50 | 86.79 | 76.27 | 220.36 | 191.18 | 104.82 | 141.79 | 227.57 | 185.12 | 92.93 | 131.06 |

Case: 21-60673  Document: 65-2  Page: 338  Date Filed: 03/30/2022



(a) Comparison of Top 50 1-hour Daily Maximum SO$_2$ Modeled Concentration with 18 μg/m³ Background (μg/m³) vs. Monitored Concentrations (μg/m³) at Mt. Carmel Monitor

Case: 21-60673    Document: 65-2    Page: 339    Date Filed: 03/30/2022



Case: 21-60673    Document: 65-2    Page: 340    Date Filed: 03/30/2022

App. 742



(c) Comparison of Top 50 1-hour Daily Maximum $SO_2$ Modeled Concentration with 18 μg/m³ Background (μg/m³) vs. Monitored Concentrations (μg/m³) at Shrodt Monitor

Case: 21-60673   Document: 65-2   Page: 341   Date Filed: 03/30/2022



**(d) Comparison of Top 50 1-hour Daily Maximum SO$_2$ Modeled Concentration with 18 $\mu$g/m³ Background ($\mu$g/m³) vs. Monitored Concentrations ($\mu$g/m³) at Gibson Tower Monitor**

■ Default AERMET/Default AERMOD
▲ Beta AERMET/AERMOD LOWWIND3

Case: 21-60673   Document: 65-2   Page: 342   Date Filed: 03/30/2022

App. 744

**Appendix D**

**Supplemental Evaluation of
AERMOD Low Wind Options**

# AERMOD Low Wind Speed Improvements:  Status Report and New Evaluations

**Robert J. Paine, Christopher J. Warren, and Olga Samani**
AECOM, 250 Apollo Drive, Chelmsford, MA 01824

**Paper # 935**

## ABSTRACT

Some of the most restrictive dispersion conditions and the highest model predictions for AERMOD occur under low wind speed conditions, but before 2010, there had been very little model evaluation for these conditions.  After a 2010 AECOM study, EPA proceeded to implement various improvements to the AERMET meteorological pre-processor (to address underpredictions of the friction velocity in low wind conditions) as well as the AERMOD dispersion model (to address underpredictions of the lateral wind meander).  There have been several AERMOD releases with various options to address this issue, as well as additional model evaluations to further test the AERMOD implementation.

In July 2015, EPA proposed an updated set of options for AERMET and AERMOD for implementation as default options in the model.   As part of the public comments, the Sierra Club provided new evaluations that led to questions as to whether the low wind options are sufficiently protective of air quality standards, especially the short-term $SO_2$ and $NO_2$ NAAQS. This study provides updated evaluation results to address these new concerns.

## INTRODUCTION

In a proposed rulemaking published in the July 29, 2015 Federal Register (80 FR 45340), the United States Environmental Protection Agency (EPA) released a revised version of AERMOD (15181), which replaced the previous version of AERMOD dated 14134. EPA proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions. These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option.  The proposal indicates that "the LOWWIND3 BETA option increases the minimum value of sigma-v from 0.2 to 0.3 m/s, uses the FASTALL approach to replicate the centerline concentration accounting for horizontal meander, but utilizes an effective sigma-y and eliminates upwind dispersion"[1].   At the public hearing (the 11th Modeling Conference), EPA provided[2] evaluation results to support their proposal.

In comments to the docket on behalf of industrial trade organizations (the American Petroleum Institute and the American Iron & Steel Institute) to support EPA's low wind proposal, AECOM included references to a recently published peer-reviewed journal article[3] and supplementary evaluation information[4] involving tall-stack field databases to support the EPA proposal for incorporation of the low wind options noted above as default options.

Although most comments to the EPA docket supported the proposed low wind options, the Sierra Club issued comments[5] to the contrary, recommending that EPA should not adopt the proposed low wind options as defaults in the AERMOD modeling system.  The Sierra Club analysis is further discussed below.

The purpose of this study has been to review the Sierra Club comments and modeling analysis and to rerun the evaluation for some of the databases for tall point sources used by the Sierra Club.  The statistical metrics used in our evaluation are focused upon the design concentration for the 1-hour $SO_2$ National Ambient Air Quality Standard (NAAQS), which has a statistical form that is not represented in the statistical metrics used  the Sierra Club's model evaluation.  The focus on the statistical 1-hour $SO_2$ design concentration (99th percentile daily maximum concentration over a year) is most appropriate for tall point sources such as power plants as that is commonly the criteria pollutant of interest.  For low-level sources, other criteria pollutants such as carbon monoxide, which does not have statistically-based NAAQS design concentrations, can also be important.

## SUMMARY OF AERMOD LOW WIND OPTIONS

In 2005, the United States Environmental Protection Agency (EPA) promulgated a new dispersion model, AERMOD[6], which replaced the Industrial Source Complex (ISC) model[7] as the preferred model for short-range air dispersion applications.  Historically with ISC, winds below 3 knots (or 1.5 m/s) were presumed to be calm and were not modeled.  As AERMOD and available wind measurements at airports have evolved since 2005, it has become quite routine for modeling applications (including those conducted for New Source Review) to include hours with wind speed observations much lower than 1.5 m/s.  The instrumentation and recording methods for Automated Surface Observing System (ASOS) stations have also evolved.  Some ASOS stations are now equipped with sonic anemometers with the ability to record winds less than 0.1 m/s.  The inclusion of lower wind speed observations into AERMOD meteorological databases was made possible with these ASOS stations. Low wind speeds have become more prevalent with EPA's recommended procedures and the AERMINUTE tool for incorporating sub-hourly winds into AERMOD's meteorological databases.

One suspected area of AERMOD model bias has been for the situation of very low wind speeds (e.g., less than 1 m/s), stable conditions, and near-ground releases, as documented by Paine et al., 2010 (the "AECOM study", co-funded by the American Petroleum Institute and the Utility Air Regulatory Group[8]).  With lower wind speeds more frequently being modeled, the use of these values as input to AERMOD is pushing the known bounds of a steady-state Gaussian model, which inherently assumes uni-directional wind flow.  Because this is sometimes not the case during near-calm conditions, AERMOD or any other steady-state Gaussian model must be applied with caution, because the concentration approaches infinity at zero wind speed.  The results of using very low wind speed input to AERMOD are the simulation of a plume that is generally too compact due to the lack of along-wind dispersion in the model formulation and under-representation of wind direction variability.  As a result of the low wind issue, the AECOM study was conducted and the results of study were provided to EPA that specifically examined and improved AERMOD's ability to predict under low wind speed stable conditions.

The AECOM 2010 study examined two aspects of the model: (1) the meteorological inputs, as it related to $u_*$ (friction velocity) and (2) the dispersion model itself, particularly the minimum lateral turbulence (as parameterized using sigma-v) assumed by AERMOD.  As part of phase 1 of the study (involving three research-grade meteorological databases), the authors (Paine et al., 2010) concluded that their evaluation indicated that in low wind conditions, the $u_*$ formulation in AERMOD underpredicts this important planetary boundary layer parameter.  This results in an underestimation of the mechanical mixing height, as well as underestimates of the effective dilution wind speed and turbulence in stable conditions.

As part of phase 2 of the AECOM 2010 study (involving two low-level tracer release studies: Oak Ridge and Idaho Falls), the authors concluded that the AERMOD minimum sigma-v value of 0.2 m/s was too low by about a factor of 2, especially for stable, nighttime conditions. The AECOM 2010 study found that the default AERMOD modeled concentrations were being over-predicted by nearly a factor of 10 for the Oak Ridge database and a factor of 4 for the Idaho Falls database. However, the proposed adjustments to the u∗ formulation in AERMET and the incorporation of a minimum sigma-v in AERMOD substantially improved the model performance. The results of the AECOM 2010 study were provided to EPA in the spring of 2010.

EPA responded appropriately to these issues by incorporating low wind model formulation changes in AERMET and AERMOD versions 12345, 13350, 14134, and 15181. The formulation changes to AERMET were similar to those suggested by AECOM in their 2010 report, although EPA relied upon a Qian and Venkatram (2011) peer-previewed paper[9] for the AERMET formulation of the friction velocity ("ADJ_U*") adjustments. As a result of experience and comments received since the initial low wind implementation in late 2012, EPA provided its recommended options in July 2015 for incorporation as defaults in the AERMOD modeling system.

## SIERRA CLUB EVALUATION OF LOW WIND OPTIONS IN AERMOD VERSION 15181

The Sierra Club initially expressed its concerns about the AERMOD low wind options in a Camille Sears presentation[10] made at the 2013 EPA Modeling Workshop. As part of their comments on the proposed EPA changes to AERMOD presented in 2015, Camille Sears conducted additional evaluations on some of the evaluation databases that EPA has posted[6] for AERMOD studies. The specific evaluation databases selected by the Sierra Club included Baldwin, Kincaid, Lovett, Tracy, and Prairie Grass, with features noted below.

- Baldwin (1-hr $SO_2$): Rural, flat terrain, 3 stacks, stack height = 184.4 m, 1 full year
- Kincaid (1-hr $SO_2$): Rural, flat terrain, 1 stack, stack height = 187 m, about 7 months
- Lovett (1-hr $SO_2$): Rural, complex terrain, stack height = 145 m, 1 full year
- Tracy (1-hr $SF_6$): Rural, complex terrain, 1 stack, stack height = 90.95 m, several tracer release hours
- Prairie Grass (1-hr $SF_6$): Rural, flat terrain, 1 stack, release height = 0.46 m (no plume rise), several tracer release hours.

The evaluation techniques selected by Camille Sears for AERMOD were designed by EPA in the early 1990s, and the evaluation results were updated for various versions of AERMOD up to 2003 and 2005, when the most recent evaluation documents[11,12] were published. EPA's model

evaluation procedures were developed to evaluate the ability of model to estimate peak 1-hour average concentrations.  This was appropriate for all criteria pollutants at that time which had deterministic short-term NAAQS, for which only a single excursion per year was allowed. This preceded the promulgation of statistically-based probabilistic forms of the 1-hour NAAQS for $SO_2$ and $NO_2$ (99th and 98th percentile of the daily 1-hour maximum values per year).  For example, for $SO_2$, the ranked 1-hour concentration for the "design concentration" at any location (which has the same statistical form of the NAAQS) could theoretically range anywhere between the 4th highest and the 73rd highest 1-hour concentration in a full year.

EPA's recommended model evaluation statistic (developed prior to the promulgation $SO_2$ and $NO_2$ NAAQS in 2010) is the "robust highest concentration" (RHC), which focuses upon a fit involving the highest 26 concentrations among data from all monitor locations.  EPA's 1992 model evaluation guidance[13] references the RHC statistic as the preferred approach.  While this statistic was useful for the previous forms of the short-term NAAQS, including the $SO_2$ secondary NAAQS (2nd-highest 3-hour concentration, which is the 99.93th percentile value), it is clear that this statistic is inconsistent with the current short-term NAAQS for $SO_2$ and $NO_2$. As such, in evaluating model performance, especially for tall point sources for which the determination of modeled $SO_2$ NAAQS compliance is highly important, it is appropriate to focus upon the form of the 1-hour design concentrations.

The results of the Sierra Club evaluation are provided in Figure 1 as a screen capture from their comment document.  The relevant lines of results to review in the figure are the third line (AERMOD default – no low wind options) and the fifth line (AERMOD with both ADJ_U* and LOWWIND3 options).  Although we view the statistic presented as inconsistent with the 1-hour NAAQS and therefore can potentially misrepresent model performance in that regard, the following items are worth noting:

- Even with the RHC approach that was used, the Baldwin results show over-predictions, with a lower overprediction bias using the low wind options.

- The Kincaid and Lovett results show apparent under-predictions even for the default model, with slightly more under-prediction for the low wind options.   However, the 100th percentile statistic addressed by the RHC misrepresents the more relevant and more stable 99th percentile (for $SO_2$) and 98th percentile (for $NO_2$) daily maximum NAAQS statistics.   We also note below that the Kincaid evaluation study omitted important $SO_2$ sources that make this evaluation data unreliable.

- The short-term tracer studies (Tracy and Prairie Grass) are not amenable to an operational evaluation study that uses a long period (such as a full year) of data to address a wide

range of meteorological conditions.   Therefore, we did not use those databases in this supplemental study.

## Figure 1  Summary of Sierra Club RHC Statistical Results

Docket#: EPA-HQ-OAR-2015-0310
October 25, 2015
Page - 9

A summary of Modeled RHC/Monitored RHC values for these modeled scenarios and field studies is presented in the following table:

| Scenario | Baldwin (1-hr SO₂) | Kincaid (1-hr SO₂) | Lovett (1-hr SO₂) | Tracy (1-hr SF₆) | Prairie Grass (1-hr SF₆) |
|---|---|---|---|---|---|
| v. 02222 | 1.42 | 0.84 | 0.90 | 1.05 | 1.19 |
| v. 12345 | 1.56 | 0.83 | 0.78 | 1.12 | 1.16 |
| v. 15181 | 1.55 | 0.83 | 0.77 | 1.12 | 1.17 |
| v. 15181, ADJ_U* | 1.55 | 0.83 | 0.91 | 0.53 | 1.19 |
| v. 15181, ADJ_U*, LOWWIND3 (0.3, 0.5, 0.95) | 1.40 | 0.72 | 0.79 | 0.42 | 0.95 |

The results of the evaluation with low wind options could depend upon whether the measured turbulence data (especially the horizontal turbulence data) is withheld from the modeling.   The horizontal turbulence issue is noteworthy because recent EPA guidance indicates that the hourly averages of wind direction fluctuations should use four 15-minute averages, thus neglecting wind direction meander among the 15-minute periods.   In addition, EPA may consider[14] that the use of the observed sigma-theta (and possibly sigma-w data), in addition to the low wind meander adjustments, could "overcorrect" for the low wind issue.

In some research-grade experiments, such as Tracy, the turbulence data is obtained from sonic anemometers, which could result in higher turbulence measurements in low winds because these instruments have a very low wind detection threshold as opposed to more commonly-used cup and vane wind systems.   Sonic anemometers have operational difficulties for routine monitoring due to problems in humid climates with wet probe errors and a very large power requirement[15], which makes battery backup in the event of power outages problematic.   Therefore, the option to remove the observed turbulence input to AERMOD for the low wind runs may be dependent upon the type of instrument used.   The instruments used in all of the databases that we ultimately selected for evaluation are cup and vane systems.

## DESIGN OF OUR STATISTICAL EVALUATION

To address the issues brought up by the Sierra Club in its model evaluation, we provide the results of a similar evaluation analysis with the following features:

- Alternative statistical measures (more relevant for the form of the 1-hour SO2 NAAQS) are reported, as further discussed in bullets below.

- Three tall-stack databases were considered, two of which were modeled by the Sierra Club, plus one additional AERMOD evaluation database (Clifty Creek) to increase confidence in the overall results:  Lovett, Kincaid, and Clifty Creek.  Lovett represents a complex terrain setting, Kincaid a flat setting, and Clifty Creek represents an intermediate setting with the power plant in the Ohio River gorge, but with stack top still higher than the higher elevation monitors.

- For the RHC statistic, we also used the daily 1-hour maximum instead of all hourly values, to be more consistent with the form of the 1-hour NAAQS.

- For the RHC statistic, we also discarded (for the case of $SO_2$ for a year of data) the top 3 daily 1-hour maximum values so that the statistic estimates the correct form of the standard (this statistic can be referred to as "R4HC" because it estimates the 4th highest concentration).

- We also conducted an R4HC evaluation for each monitor separately, and then took the geometric mean of the modeled-to-observed ratios over all monitors to determine the overall model performance with the monitors each given equal weight.

- In supplemental information provided separately to EPA (too lengthy to include in this paper), we provided an appendix for each database evaluated, we include quantile-quantile (Q-Q) plots for each monitor to pair the evaluation in space.

- In this paper, we show plots of the observed and predicted 99th percentile peak daily 1-hour maximum concentrations in ranked pairs to focus on the form of the $SO_2$ NAAQS and ability of the model to prove a predicted design concentration that is at least as high as the highest observed design concentration.

# LOVETT EVALUATION RESULTS

## Description of Field Study Setting

The Lovett Power Plant study (Paumier et al.[16]) consisted of a buoyant, continuous release of $SO_2$ from a 145-m tall stack located in a complex terrain, rural area in New York State. The data spanned one year from December 1987 through December 1988. Data available for the model evaluation included 9 monitoring sites on elevated terrain; the monitors were located about 2 to 3 km from the plant. The monitors provided hourly-averaged concentrations. A map of the terrain overlaid with the monitoring sites is shown in Figure 2. The important terrain feature rises approximately 250 m to 330 m above stack base at about 2 to 3 km downwind from the stack. The plant was a base-loaded coal-fired power plant with no flue gas desulphurization controls; hourly emissions and stack flow rate and temperature data were available. Meteorological data included winds, turbulence, and ΔT from a tower instrumented at 10 m, 50 m, and 100 m. National Weather Service surface data (used for cloud cover) were available from a station 45 km away.

AERMET/AERMOD version 15181 was run for the Lovett evaluation database using the following 8 configuration options:

- AERMET Default / AERMOD Default, including all observed turbulence;
- AERMET Default/ AERMOD Default with all observed turbulence removed;
- AERMET ADJ_U* / AERMOD LOWWIND3, including all observed turbulence;
- AERMET ADJ_U* / AERMOD LOWWIND3 with all observed turbulence removed; and
- AERMET ADJ_U* / AERMOD LOWWIND3 with observed horizontal turbulence removed, but retaining the vertical turbulence data.
- AERMET ADJ_U* / AERMOD default, including all observed turbulence;
- AERMET ADJ_U* / AERMOD default with all observed turbulence removed; and
- AERMET ADJ_U* / AERMOD default with observed horizontal turbulence removed, but retaining the vertical turbulence data.

The EPA-proposed model option parameters (0.3, 0.5, 0.95) were selected for the LOWWIND3 model runs, consistent with the Sierra Club report.

**Figure 2  Map of Lovett Power Plant and Monitor Locations**



**Results of the 99th Percentile Concentration Comparison**

To be more consistent with the form of the 1-hour NAAQS, the 4th highest (99th percentile) daily peak 1-hour $SO_2$ concentrations observed at each monitor location were compared against the model-predicted concentrations of similar rank.  Summarized in Figure 3 are the predicted concentrations determined using model default and low wind options as stated above.  The overall results indicate that the modeling scenario using low wind options, but without turbulence, had an overall maximum 4th highest daily 1-hour concentration across all monitors greater than the overall highest observed.

**Discussion of Lovett Evaluation Results**

After we closely replicated the Sierra Club results, we investigated alternative evaluation approaches for the predicted and observed concentrations.  We computed RHC statistics for the 1) highest 1-hour concentration, 2) the 4th highest 1-hour concentration (discarding the top 3 values, but using all hourly values, and 3) the 4th highest daily maximum 1-hour averaging periods of $SO_2$ concentrations for each monitoring site.  For third set of statistics, we calculated a geometric mean of these ratios to gain a better understanding of the overall model performance that accounts for all monitors; see Table 1).

**Figure 3  Histogram of the 4th Highest Daily Peak 1-hour $SO_2$ Concentrations**



**Table 1  Ratio of Predicted-to-Observed Robust 4th Highest Daily Peak Concentration (R4HC; 99th Percentile) for Each Monitor at Lovett**

| Monitor | AERMOD 15181, Default, all turb. | AERMOD 15181, Default, no turb. | AERMOD 15181, all low wind options, all turb. | AERMOD 15181, all low wind options, no turb. | AERMOD 15181, all low wind options, no horiz. turb. | AERMOD 15181, ADJ_U*, all turb. | AERMOD 15181, ADJ_U*, no turb. | AERMOD 15181, ADJ_U*, no horiz. turb. |
|---|---|---|---|---|---|---|---|---|
| TIMP3 | 0.53 | 0.62 | 0.40 | 0.58 | 0.52 | 0.47 | 0.51 | 0.53 |
| DD4 | 1.49 | 3.19 | 1.26 | 2.49 | 1.83 | 1.40 | 3.08 | 2.16 |
| DD5 | 1.55 | 2.85 | 2.13 | 2.18 | 2.06 | 2.26 | 2.74 | 2.40 |
| DD6 | 0.81 | 1.46 | 0.63 | 1.00 | 0.79 | 0.69 | 1.25 | 0.92 |
| DD7 | 1.29 | 1.86 | 1.29 | 1.42 | 1.18 | 1.33 | 1.65 | 1.61 |
| DD8 | 1.03 | 1.47 | 1.63 | 1.19 | 1.27 | 1.84 | 1.23 | 1.28 |
| DD9 | 0.38 | 0.60 | 0.32 | 0.52 | 0.57 | 0.38 | 0.60 | 0.63 |
| DD10 | 1.23 | 2.22 | 1.33 | 1.26 | 1.18 | 1.41 | 1.72 | 1.57 |
| DD11 | 1.24 | 1.95 | 0.94 | 1.64 | 1.70 | 1.19 | 1.96 | 2.02 |
| Geometric Mean | 0.97 | 1.57 | 0.94 | 1.21 | 1.11 | 1.06 | 1.41 | 1.30 |

The evaluation results indicate a slight under-prediction by the model using default and low wind model options using all turbulence data.  The model over-predicts for the modeling runs that omit all turbulence or only the horizontal turbulence.  We also include modeling results with the AERMOD default options, but with turbulence omitted, to reflect the modeling performance with input data similar to typical airport data.  That model runs shows a substantial over-prediction tendency, indicating the benefits of the use of observed turbulence data, and the need without such data to employ the low wind options for improved AERMOD model performance.

We also computed and then ranked the 99th percentile peak daily 1-hour maximum concentration – the "design concentration" - (both predicted and observed) for each of the 9 monitors.  We then plotted the ranked pairs as a Q-Q plot for each model tested.  The highest ranked pair was examined closely because that pair of values represents the controlling design concentration for observations and model predictions.  Due to the fact that $SO_2$ monitored concentrations can have a 10% uncertainty due to calibration tolerances permitted by EPA[17], it is possible that predicted/observed ratios within 10% of 1.0 are unbiased.

The results indicate that the modeling options for default AERMOD with turbulence included, both low wind options with only vertical turbulence included, or just the ADJ_U* option with all turbulence included are nearly unbiased for this test.  The default model with no turbulence is approaching a factor-of-2 over-prediction and it is the worst-performing model (see Figure 4).  The low wind option run (both ADJ_U* and LOWWIND3) with no turbulence (Figure 5) still shows an over-prediction, and with full turbulence shows a slight under-prediction (Figure 6), but with consideration of impacts from an unmodeled nearby background source (Bowline Point), it could be within the 10% uncertainty range for an unbiased model.  The model with both low wind options and no turbulence shows a modest over-prediction.  If only ADJ_U* is used, then the use of full turbulence input shows a modest over-prediction, and eliminating all

turbulence leads to over-predictions.    Therefore, it appears that the only case in which horizontal (but not vertical) turbulence should be removed (to prevent underpredictions) from input to AERMOD is in the case for which <u>both</u> ADJ_U* and LOWWIND3 are employed.

**Figure 4  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO$_2$ Concentrations for Each Monitor Using AERMOD Default (No Turbulence)**



**Figure 5  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO2 Concentrations for Each Monitor Using AERMOD LOWWIND3 (No Turbulence)**



**Figure 6  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO2 Concentrations for Each Monitor Using ADJ_U\* and LOWWIND3 (All Turbulence Used)**



## CLIFTY CREEK EVALUATION RESULTS

### Description of Field Study Setting

The Clifty Creek Power Plant is located in rural southern Indiana along the Ohio River with emissions from three 208-m stacks during this study.  The area immediately north of the facility is characterized by cliffs rising about 115 m above the river and intersected by creek valleys.  Six nearby $SO_2$ monitors (out to 16 km from the stacks) provided hourly averaged concentration data.  A map of the terrain overlaid with the monitoring sites is shown in Figure 7.  Hourly-varying emissions (for this base-loaded with no $SO_2$ controls in 1975) were provided for the three stacks.  Meteorological data from a nearby 60-m tower for 1975 were used in this evaluation study.  The meteorological data included winds at 60 m and temperature at 10 m.  The on-site meteorological tower did not include turbulence measurements.  This database was also used in a major EPA-funded evaluation of rural air quality dispersion models in the 1980s[19].

AERMET/AERMOD version 15181 was run using the following two configuration options:

- AERMET Default / AERMOD Default

- AERMET ADJ_U* / AERMOD LOWWIND3.

**Figure 7  Map of Clifty Creek Power Plant and Monitor Locations**



**Results of the 99th Percentile Concentration Comparison**

The 4th highest (99th percentile) daily peak 1-hour $SO_2$ concentrations observed at each monitor location were compared against the model-predicted concentrations. This comparison was performed for AERMOD version 15181 default and the low wind options. The 1-hour $SO_2$ design concentrations for the Clifty Creek evaluation database are plotted in Figure 8.

**Figure 8  Histogram of the 4ᵗʰ Highest Daily Peak 1-hour $SO_2$ Concentrations**



The overall results indicate the following:

- The highest design concentration over all monitor sites for <u>both</u> default and low wind options are higher than its observed counterpart. The over-prediction for the default option is larger.
- The AERMOD v15181 default highest design concentration from all monitor sites is greater than the low wind result.
- Model-predicted design concentrations being higher or lower than observed were relatively evenly split across the six monitors.

**Discussion of Clifty Creek Evaluation Results**

RHC statistics were calculated for 1) the top twenty-six 1-hour, 2) the 4th highest 1-hour (using all hours), and 3) the 4th highest daily 1-hour averaging periods of $SO_2$ concentrations for each monitor site. A geometric mean of these ratios were then calculated to gain a better understanding of the overall model performance. The results for the third set of statistics are summarized in Table 2. Overall, the results indicate the two modeling approaches are nearly unbiased, with the default run slightly over-predicting, while the low wind options run is slightly

under-predicting.  The overall result for the low wind options were within the 10% uncertainty for monitored $SO_2$ concentrations.

**Table 2  Ratio of Predicted-to-Observed Robust 4th Highest Daily Peak Concentration (R4HC; 99th Percentile) for Each Monitor at Clifty Creek**

| Monitor | AERMOD 15181 Default | AERMOD 15181 LOWWIND3 |
|---|---|---|
| 1 | 0.81 | 0.79 |
| 2 | 0.86 | 0.75 |
| 3 | 1.30 | 1.06 |
| 4 | 0.75 | 0.65 |
| 5 | 2.47 | 1.62 |
| 6 | 1.35 | 1.08 |
| Geometric Mean | 1.14 | 0.94 |

To provide a graphical depiction of the performance of the model options for predicting the 1-hour $SO_2$ NAAQS, we computed and then ranked the 99th percentile peak daily 1-hour maximum concentration (both predicted and observed) for each of the 6 monitors.  We then ranked the 6 observed and predicted values independently and plotted the ranked pairs as a Q-Q plot for each model tested:

- Figure 9 for AERMET Default / AERMOD Default, and
- Figure 10 for AERMET ADJ_U* / AERMOD LOWWIND3.

An examination of the circled point in each figure (paired predicted and observed design concentrations) indicates that both modeling approaches over-predict for the controlling design concentration, but the default model over-predicts more.

**Figure 9  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO$_2$ Concentrations for Each Monitor Using AERMOD Default**



**Figure 10  Q-Q Plot of the Ranked 4th Highest (99th Percentile) Daily 1-hour SO2 Concentrations for Each Monitor Using ADJ_U* and LOWWIND3**



# KINCAID FIELD STUDY

The Kincaid $SO_2$ study[19,20] was conducted at the Kincaid Generating Station in central Illinois, about 25 km southeast of Springfield, Illinois.  It involved a buoyant, continuous release of $SO_2$ from a 187-m stack in rural flat terrain.  The study included about seven months of data between April 1980 and June 1981 (a total of 4,614 hours of samples).  There were 28 operational $SO_2$ monitoring stations providing 1-hour averaged samples from about 2 km to 20 km downwind of the stack.  A map of the terrain overlaid with the monitoring sites is shown in Figure 11. Meteorological data included wind speed, direction, horizontal turbulence, and temperature from a tower instrumented at 2, 10, 50, and 100 m levels, and nearby National Weather Service (NWS) data.  Vertical turbulence measurements were also included in the onsite tower data at 100-m level.

A review of the monitor-by-monitor differences between modeled and observed design concentrations indicates that monitors near unaccounted-for nearby sources of $SO_2$ are significantly affecting the modeling results.  From Figure 11, it is clear that monitors C, G, F, 1, and B are relatively close to the Dallman plant in the northwestern part of the field study domain. It is also evident that monitors 6, 7, and 10 are relatively close to the local coal preparation plant.

Since there appear to be significant contributions from un-modeled $SO_2$ sources, this evaluation database, without a correction to add the unmodeled sources, is not appropriate for inclusion in this study.  The analysis needed to determine the magnitude of the unmodeled emissions is beyond the scope of this study.  Although the Kincaid $SO_2$ experiment may be seriously compromised without information the unmodeled sources, it may be possible to reasonably estimate the approximate magnitude of the emission sources that were missed for future updates of this database.  In contrast, the Kincaid SF6 study is not similarly affected because of the single source of this tracer release.  However, the extent of the time period covered by the intensive Kincaid tracer study is much less than that of the $SO_2$ study.

**Figure 11  Map of Kincaid and Monitor Locations, Along with Nearby Emission Sources Omitted from the Evaluation Database**



# OTHER TALL-STACK EVALUATION DATABASES

Evaluation of the low wind modeling approaches for North Dakota and Gibson Generating Station are described in details in a November 2015 Journal of the Air & Waste Management Association article[21].  This section presents a brief summary of the databases and the evaluation results.

An available 4-year period of 2007-2010 was used for the Mercer County, ND evaluation database with five $SO_2$ monitors within 10 km of two nearby emission facilities (Antelope Valley and Dakota Gasification Company), site-specific meteorological data at one of the sites (10-m level data in a low-cut grassy field), and hourly emissions data from 15 point sources.  The terrain in the area is rolling and features three of the monitors above or close to stack top for some of the nearby emission sources.  Although this modeling application employed sources as far away as 50 km, the proximity of the monitors to the two nearby emission facilities meant that emissions from those facilities dominated the impacts.

The overall evaluation results for the North Dakota database indicated the following:

- The highest design concentration from all monitor sites for both default and low wind options are higher than observed.

- The AERMOD v15181 default highest design concentration from all monitor sites is greater than the ones using the low wind options.

- For the monitors in simple terrain, the evaluation results were similar for both the default and the low wind options.

- The evaluation result for the monitor in the highest terrain shows that the ratio of modeled to monitored concentration is more than 2, but when this location is modeled with the low wind options, the ratio is significantly better, at less than 1.3.

An available 3-year period of 2008-2010 was used for the Gibson Generating Station evaluation database in southwest Indiana with four $SO_2$ monitors within 6 km of the plant, airport hourly meteorological data (from Evansville, Indiana 1-minute data, located about 40 km SSE of the plant), and hourly emissions data from one electrical generating station (Gibson).  The terrain in the area is quite flat and the stacks are tall.  Due to the fact that there are no major SO2 sources within at least 30 km of Gibson, we modeled emissions from only that plant.

The overall evaluation results for Gibson indicated the following:

- The highest design concentration from all monitor sites for both default and low wind options are higher than observed.
- The AERMOD v15181 default highest design concentration from all monitor sites is greater than that for the low wind options.

- The ratios of the modeled to monitored concentrations at each monitor are greater than 1.0. The default option over- predicts by about 41-52% at two of the monitors and by about 12-28% at the other two monitors. The low wind options reduce the over-predictions to 5-28% at the four monitors

## CONCLUSIONS

The model evaluation for AERMOD's low-wind options was conducted in this study to target the 1-hour $SO_2$ design concentration (99th percentile daily maximum 1-hour concentration per year). This statistic is more pertinent for tall combustion sources than the RHC statistic established by EPA in the early 1990's decades due to the promulgation in 2010 of short-term probabilistic standards for $SO_2$ and NOx.

Model evaluation results are considered for the latest version of AERMOD (version 15181) on all of the tall-stack databases discussed in this report (except for Kincaid $SO_2$, which is set aside due to source inventory problems). The results for the four remaining databases show that the proposed low wind options (ADJ_U* and LOWWIND3) over-predict the 1-hour $SO_2$ design concentration, while the default model over-predicts to a greater degree. This is especially the case in complex terrain (Lovett) without site-specific turbulence data.

Of the four databases considered, only one (Lovett) had turbulence data, and AERMOD with only vertical turbulence data performed well (virtually unbiased) for the low wind options, while the use of both vertical and horizontal turbulence resulted in slight under-prediction if both the ADJ_U* and LOWWIND3 options were employed. If only the ADJ_U* option was employed, then the use of full turbulence data led to a slight overprediction, and exclusion of turbulence led to higher overpredictions.

Based on these results, we conclude for the four tall-stack databases reviewed in this study that the use of low wind options (ADJ_U* and LOWWIND3) will modestly over-predict the 1-hour $SO_2$ design concentration if observed horizontal turbulence data is not used. This finding indicates that the LOWWIND3 option plus inclusion of horizontal turbulence measurements may tend to overcorrect for wind meander. Since the LOWWIND3 option does not affect the vertical plume spread, it is appropriate to use the observed vertical turbulence measurements in conjunction with the low wind options. Also, if only the ADJ_U* option is used, then the use of both horizontal and vertical turbulence (as shown in the case of Lovett) is acceptable.
This report augments information previously provided to EPA, which includes a peer-reviewed paper involving the North Dakota and Gibson evaluations using ADJ_U* and LOWWIND3 as well as a supplemental evaluation using LOWWIND3 after it became available.

# REFERENCES

1.  U.S. Environmental Protection Agency (EPA).  Addendum User's Guide for the AMS/EPA Regulatory Model – AERMOD.  Available at http://www.epa.gov/ttn/scram/models/aermod/aermod_userguide.zip.

2.  Brode, R. 2015. Proposed Updates to AERMOD Modeling System.   Available at https://www3.epa.gov/ttn/scram/11thmodconf/presentations/1-5_Proposed_Updates_AERMOD_System.pdf.

3.  Paine, R., O. Samani, M. Kaplan, E. Knipping and N. Kumar (2015) Evaluation of low wind modeling approaches for two tall-stack databases, *Journal of the Air & Waste Management Association*, 65:11, 1341-1353, DOI: 10.1080/10962247.2015.1085924.

4.  EPA Docket Item, 2015.  http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2015-0310-0110; Attachment D.

5.  EPA Docket Item, 2015. http://www.regulations.gov/#!documentDetail;D=EPA-HQ-OAR-2015-0310-0114.

6.  EPA, AERMOD modeling system.   Available at http://www.epa.gov/ttn/scram/dispersion_prefrec.htm#aermod.

7.  EPA, 1995.  User's Guide for the Industrial Source Complex (ISC3) Dispersion Models.  EPA-454/B-95-003a.   Available at http://www3.epa.gov/ttn/scram/userg/regmod/isc3v1.pdf.

8.  Paine, R.J., J.A. Connors, and C.D. Szembek, 2010.  AERMOD Low Wind Speed Evaluation Study:  Results and Implementation.  Paper 2010-A-631-AWMA, presented at the 103rd Annual Conference, Air & Waste Management Association, Calgary, Alberta, Canada.

9.  Qian, W., and A. Venkatram, 2011. Performance of Steady-State Dispersion Models Under Low Wind-Speed Conditions. *Boundary-Layer Meteorology*, 138:475–491.

10. Camille Sears presentation at the 2013 Regional State Local Air Quality Modeling Workshop, available at http://www.cleanairinfo.com/regionalstatelocalmodelingworkshop/archive/2013/Files/Presentations/Tuesday/107-Sears-Sierra_Club.pdf.

11. Perry, S.G., A.J. Cimorelli, R.J. Paine, R.W. Brode,  J.C. Weil, A. Venkatram, R.B. Wilson, R.F. Lee, and W.D. Peters, 2005.  AERMOD: A Dispersion Model for Industrial Source Applications.  Part II: Model Performance against 17 Field Study Databases.  *Journal of Applied Meteorology*, 44, 694-708.  American Meteorological Society, Boston, MA.

12. EPA, 2005.  AERMOD Evaluation Databases.  Available at http://www3.epa.gov/ttn/scram/7thconf/aermod/aermod_mep.pdf.

13. Environmental Protection Agency, 1992. Protocol for Determining the Best Performing Model. Publication No. EPA–454/ R–92–025. Office of Air Quality Planning & Standards, Research Triangle Park, NC. (NTIS No. PB 93–226082).

14. EPA, 2016.  February 10, 2016 EPA Model Clearinghouse memo: "Model Clearinghouse Review of the Use of the ADJ_U* Beta Option in the AERMET Meteorological Processor (Version 15181) for the Donlin Mine Compliance Demonstration".  Available at

https://cfpub.epa.gov/oarweb/MCHISRS/index.cfm?fuseaction=main.resultdetails&recnum=16-X-01.

15. Bowen, B., 2007. Improved Wind and Turbulence Measurements Using a Low-Cost 3-D Sonic Anemometer at a Low-Wind Site. Lawrence Livermore National Laboratory, Report UCRL-TR-234138. Available at https://e-reports-ext.llnl.gov/pdf/347570.pdf.

16. Paumier, J. O., S. G. Perry, and D. J. Burns. 1992. CTDMPLUS: A dispersion model for sources near complex topography. Part II: Performance characteristics. *J. Appl. Meteor*., 31, 646–660.

17. U.S. Environmental Protection Agency. 2013. Quality Assurance Handbook for Air Pollution Measurement Systems, Volume II, Ambient Air Quality Monitoring Program. http://www.epa.gov/ttnamti1/files/ambient/pm25/qa/QA-Handbook-Vol-II.pdf.

18. TRC, 1982. Evaluation of Rural Air Quality Simulation Models. EPA-450/4-83-003 (NTIS # PB83-182758), prepared for Environmental Protection Agency, Research Triangle Park, NC.

19. Liu, M. K., and G. E. Moore, 1984. Diagnostic validation of plume models at a plains site. EPRI Report No. EA-3077, Research Project 1616-9, Electric Power Research Institute, Palo Alto, CA.

20. Bowne, N. E., R. J. Londergan, D. R. Murray, and H. S. Borenstein, 1983. Overview, Results, and Conclusions for the EPRI Plume Model Validation and Development Project: Plains Site. EPRI Report EA-3074, Project 1616-1, Electric Power Research Institute, Palo Alto, CA, 234 pp.

21. Robert Paine, Olga Samani, Mary Kaplan, Eladio Knipping, Naresh Kumar. 2015. Evaluation of low wind modeling approaches for two tall-stack databases, Journal of the Air & Waste Management Association, 65:11, 1341-1353, http://www.tandfonline.com/doi/full/10.1080/10962247.2015.1085924.

**KEYWORDS**

$SO_2$, AERMOD, modeling, low wind

AECOM                                                                    Environment

# Appendix E

# *Atmospheric Environment* Paper on Source Characterization Refinements for Routine Modeling Applications

Atmospheric Environment 129 (2016) 55—67

Contents lists available at ScienceDirect

# Atmospheric Environment

journal homepage: www.elsevier.com/locate/atmosenv

# Source characterization refinements for routine modeling applications

 CrossMark

Robert Paine, Laura L. Warren[*], Gary E. Moore

*AECOM, 250 Apollo Drive, Chelmsford, MA 01824, USA*

## HIGHLIGHTS

- Dispersion modeling source characterizations for unique facilities are described.
- Highly industrialized areas causing a heat island effect can be modeled as urban.
- Stacks with waste heat countering downwash can apply weighting to these effects.
- Extra rise for moist plumes is realistically estimated for use in "dry" models.
- Stacks in a row with merged plumes can be better represented to improve modeling.

## ARTICLE INFO

*Article history:*
Received 24 September 2015
Received in revised form
18 December 2015
Accepted 4 January 2016
Available online 8 January 2016

*Keywords:*
Dispersion modeling
Model evaluation
Plume rise
Downwash
Source characterization

## ABSTRACT

Steady-state dispersion models recommended by various environmental agencies worldwide have generally been evaluated with traditional stack release databases, including tracer studies. The sources associated with these field data are generally those with isolated stacks or release points under relatively ideal conditions. Many modeling applications, however, involve sources that act to modify the local dispersion environment as well as the conditions associated with plume buoyancy and final plume rise. The source characterizations affecting plume rise that are introduced and discussed in this paper include: 1) sources with large fugitive heat releases that result in a local urbanized effect, 2) stacks on or near individual buildings with large fugitive heat releases that tend to result in buoyant "liftoff" effects counteracting aerodynamic downwash effects, 3) stacks with considerable moisture content, which leads to additional heat of condensation during plume rise — an effect that is not considered by most dispersion models, and 4) stacks in a line that result in at least partial plume merging and buoyancy enhancement under certain conditions. One or more of these effects are appropriate for a given modeling application. We present examples of specific applications for one or more of these procedures in the paper.

This paper describes methods to introduce the four source characterization approaches to more accurately simulate plume rise to a variety of dispersion models. The authors have focused upon applying these methods to the AERMOD modeling system, which is the United States Environmental Protection Agency's preferred model in addition to being used internationally, but the techniques are applicable to dispersion models worldwide. While the methods could be installed directly into specific models such as AERMOD, the advantage of implementing them outside the model is to allow them to be applicable to numerous models immediately and also to allow them to remain applicable when the dispersion models themselves are updated. Available evaluation experiences with these techniques, which are discussed in the paper, indicate improved model performance in a variety of application settings.

© 2016 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

The AERMOD dispersion model (Cimorelli et al., 2005), recommended by United States Environmental Protection Agency

(USEPA) for general short-range modeling applications out to a distance of 50 km, is widely used in air quality permit and compliance applications on an international scale (EPA Victoria, 2015). This model has been tested and evaluated against a number of traditional stack release databases (USEPA, 2003). However, aside from traditional building downwash situations, model evaluations for AERMOD and models used in other countries generally

* Corresponding author.
  *E-mail address:* laura.warren2@aecom.com (L.L. Warren).

http://dx.doi.org/10.1016/j.atmosenv.2016.01.003
1352-2310/© 2016 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

56                                    *R. Paine et al. / Atmospheric Environment 129 (2016) 55–67*

---

**Abbreviations**

| | |
|---|---|
| ADMS | Atmospheric Dispersion Modelling System, an air quality dispersion model used for industrial emissions developed by Cambridge Environmental Research Consultants |
| AERMOD | A short range, steady-state air quality dispersion modeling system developed by the American Meteorological Society/U.S. Environmental Protection Agency Regulatory Model Improvement Committee (AERMIC) |
| ASTER | Advanced Spaceborne Thermal Emission and Reflection Radiometer, an instrument aboard the polar orbiting satellite called Terra |
| CALPUFF | A non-steady state air quality dispersion modeling system used for long range transport maintained and distributed by Exponent |
| HIA | Highly Industrialized Areas |
| OML | Short range air quality dispersion model that incorporates low wind effects related to aerodynamic downwash |
| PRIME | Plume Rise Model Enhancements, a building downwash algorithm used in the AERMOD model |
| SCICHEM | SCIPUFF air quality dispersion modeling system that includes chemistry |
| SCIPUFF | Second-order Closure Integrated Puff, an air quality dispersion modeling system maintained and distributed by Sage Management |
| $SO_2$ | Sulfur Dioxide |
| TAPM | The Air Pollution Model, a photochemical grid modeling system |
| USEPA | U.S. Environmental Protection Agency |

---

do not include scenarios in which the emission source itself substantially alters the dispersion environment. Because model performance can be an even greater challenge for some nontraditional emission sources, accurate representation of the source and its surrounding environment that influence plume rise is important.

To address this general issue, we have implemented and tested four different source characterization procedures with AERMOD, which could also be implemented in other models. All of these approaches affect buoyant plume rise, and in the case of the urban approach for highly industrialized areas, also affects plume dispersion. These approaches are different than other dispersion modeling refinements that might affect chemical transformation of released pollutants (such as NOx) because they generally do not change meteorological processing or dispersion (except for the urban approach). These effects are also independent of (and do not duplicate or replace) the low wind AERMOD enhancements described by USEPA (2012). While AERMOD itself could be modified to incorporate these changes, applying the source characterizations outside the model is beneficial because the procedures can be applicable to other dispersion models and would be more readily available for implementation. Any model changes to AERMOD would likely take several years for formal incorporation into the USEPA regulatory version. Therefore, as designed, each of the advanced plume rise techniques can be performed now using processors outside of AERMOD. In countries where other models are recommended, the methods described in this paper can be considered for those models as well. Other models for which these approaches could be used include, among others, CALPUFF (Scire et al., 2000), The Air Pollution Model

(TAPM) (Hurley, 2008), Atmospheric Dispersion Modelling System (ADMS) (CERC, 2015), SCIPUFF (Sykes et al., 1999), and OML (Olesen et al., 2007).

The first source characterization method addresses sources with large "fugitive" heat releases that result in a local urban-like dispersion environment. As used in this paper, "fugitive" refers to sources of heat that are not specifically considered as input to the dispersion model. While the stack exhaust temperature and velocity are considered for plume rise calculations, the heat releases of unrelated processes in large industrial complexes are generally ignored, although they affect the dispersion environment, as noted below. AERMOD estimates urban heat island effects using an urban/rural classification based on population or land use (USEPA, 2004a), but it does not consider the effects created by large industrial complexes located in remote, rural areas. The "highly industrialized area" (HIA) effect can be addressed by a technique that accounts for the heat from an industrial complex and derives an effective urban population equivalent to the scale of the HIA as input to AERMOD, which would model the source as urban.

A second source characterization issue unaccounted for within AERMOD is similarly related to fugitive heat releases on or near individual buildings that affect plume rise from nearby stacks. These unaccounted-for heat releases generally occur on a horizontal scale well below a kilometer and affect stack plume rise in the vicinity of individual buildings. While the areal extent of the fugitive heat releases may be too small to qualify as an urban-like HIA, they can exhibit a tendency to cause buoyant effects that counteract localized aerodynamic downwash effects that would otherwise result in plumes being caught in downdrafts behind buildings. Building aerodynamic effects are handled within AERMOD by the Plume Rise Model Enhancements (PRIME) (Schulman et al., 2000) model, which was developed with limited evaluation in low winds or with buildings associated with fugitive heat releases. To account for downwash effects for cases with fugitive heat releases from buildings, a procedure called "LIFTOFF" is described, along with a model-to-monitor field study evaluation demonstrating improved prediction of receptor impacts.

Thirdly, stacks with substantially moist plumes can lead to latent heat release of condensation after the plume exits the stack, providing additional plume rise relative to a "dry" plume scenario. Although some of the initial added buoyancy is later lost due to partial evaporation, a net gain in plume rise occurs. AERMOD (and many other steady-state plume models) have plume rise formulations that are based on the assumption of a dry plume, in that the chimney plume is considered to be far from being saturated and carries essentially no moisture. A procedure to incorporate the moist plume effect by adjusting the input exit temperature data can be performed prior to an AERMOD model analysis using a pre-processor called "AERMOIST." This pre-processor makes use of a European validated plume rise model called "IBJpluris" that already incorporates moist plume effects and has been found to accurately predict the final rise of a moist plume (Janicke and Janicke, 2001; Janicke Consulting, 2015). The adjustments to plume rise using IBJpluris with and without moist plume effects can be transferred to AERMOD (or other models, as appropriate) by adjusting the input stack temperature of each affected source on an hourly basis, as a function of ambient temperature and relative humidity.

Finally, multiple stacks in a line can result in plume merging and buoyancy enhancement under certain conditions. The tendency of adjacent stack plumes to at least partially merge is a function of several factors which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind

R. Paine et al. / Atmospheric Environment 129 (2016) 55–67    57

speed). A procedure called "AERLIFT" has been created as a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources. It uses an hourly emissions file from an initial AERMOD run to refine the exhaust characteristics of the merging plumes on an hourly basis, and then AERMOD is run a second time with this new input of effective hourly exhaust parameters for each affected source.

In the sections below, we discuss the formulation and implementation of each of these source characterization effects. Note that these effects are generally independent from each other and can be run in combination, if appropriate. For example, in the case of a large industrial facility such as a steel mill, the characterization for a modeling application could include the urban characterization, liftoff effects of the plumes near buildings, moist plume effects (e.g., quench towers), and partial merging of plumes from stacks in a line.

## 2. Highly industrialized area heat islands

The urban heat island effect is a well-known phenomenon as it relates to urban and suburban areas that experience higher temperatures when compared to their rural surroundings. The key issue for plume dispersion in an urban area is that the urban heat island prevents the boundary layer from becoming stable at night, and results in weakly convective mixing at night within a deeper layer than that which exists in rural areas.

Urban surface characteristics such as albedo and surface roughness continuously affect boundary layer parameters (USEPA, 2004a). However, the boundary layer structure is most influenced by these urban surface characteristics at night (Oke, 1998). At night, an urban boundary layer is created when stable rural air reaches a warmer urban surface. Because buildings and urban surfaces trap heat more efficiently than rural areas, urban areas are slower to cool at night than the rural environments.

AERMOD currently accounts for urban environments by adjusting the urban area's surface heat flux and boundary layer height based on the urban-rural temperature difference of the urban core's temperature to the neighboring rural area's temperature (USEPA, 2004a). To calculate the urban-rural temperature difference, $\Delta T_{u-r}$, population information is used in the following equation:

$$\Delta T_{u-r} = \Delta T_{max}[0.1 \ln (P/P_o) + 1.0] \qquad (1)$$

where $\Delta T_{max} = 12$ K, $P_o = 2{,}000{,}000$, the population related to the maximum temperature difference in Oke (1973, 1978, 1982), and P is the population of the urban area being modeled (USEPA, 2004a). AERMOD uses the population input value to simulate the height of the urban boundary layer.

The area of population considered for input into this AERMOD model formulation is defined using methods described in USEPA model guidance (USEPA, 2005). For locations considered to be isolated urban areas, published census data are used. Guidance further states that, "[f]or urban areas adjacent to or near other urban areas, or part of urban corridors, the user should attempt to identify that part of the urban area that will contribute to the urban heat island plume affecting the source(s)." (USEPA, 2015) For other situations, the user may determine the population within the area where the population density exceeds 750 people per square kilometer as described in the AERMOD Implementation Guide (USEPA, 2015).

To determine upward surface heat flux, $H_u$, resulting from the urban-rural temperature difference at night, the following relationship can be derived:

$$H_u = \alpha \rho c_p \Delta T_{u-r} u_* \qquad (2)$$

where $\alpha$ is an empirical constant (0.03) described in the AERMOD model formulation document, $\rho$ is the density of air (about 1.2 kg/m³), $c_p$ is the specific heat at constant pressure (1 W-s/g-K), and $u_*$ is on the order of 0.1 m/s (USEPA, 2004a). This equation can be solved for $\Delta T_{u-r}$ (in units of K):

$$\Delta T_{u-r} \approx H_u/4 \qquad (3)$$

where $H_u$ is the anthropogenic heat release in units of watts per square meter in the "urban core."

A lesser known cause of urban heat island effects, and unaccounted for in AERMOD, but described by Hanna and Britter (2002) is an industrial complex that mimics a heat signature similar to cities. Fugitive releases at industrial facilities can be equivalent to the level of heat trapped by urban surfaces and buildings, and contribute to the effects seen in highly industrialized areas on a more compact scale, but more centered at the location of the emissions. These HIAs are not considered in the traditional urban classification approaches used for AERMOD, even though Irwin (1978) suggested this approach in an internal USEPA memo. The population near such areas is often much reduced because of zoning issues, and the area beyond the immediate industrial park may be rural in nature, resulting in a misleading characterization for this type of source. This mischaracterization was recognized in an independent study by Schewe and Colebrook (2013), who recognized the appropriateness of the urban approach for a large industrialized area.

### 2.1. Surrogate population for highly industrialized area characterization

Based upon Irwin's suggestions and with some adaptations to the AERMOD formulation, we are providing an approach here to specify a nontraditional type of urban source that is subject to urban dispersion due to industrial anthropogenic heat release rather than due to the presence of a traditional city. The user would specify the anthropogenic heat flux resulting from the source, or an urban-rural temperature difference, if available. This would be used to determine a surrogate "effective" population value for input to AERMOD. The effective population could be calculated through the use of eq (1) if $\Delta T_{u-r}$ is specified or eqs (1)–(3) if the anthropogenic heat flux is specified. A value of $\Delta T_{u-r}$ less than 3–4 K is likely insufficient to support an urban designation with a large effective population because, according to eqs (1)–(3), the resulting effective population would be too small (e.g., only 2,500 for a 4 K temperature difference). A more practical temperature difference threshold is about 8 K, which corresponds to an effective population of 70,000.

In eqs (2) and (3), it is important to note that the "urban core" of a HIA heat release ($H_u$) depicts an area with a horizontal extent of at least a few hundred meters on a side. In a follow-up to Hanna and Britter (2002), Dr. Hanna indicated that the minimum size of an industrial area needed to take on urban characteristics has been the subject of much discussion (Hanna et al., 2011; Hanna, 2014 — personal communication to authors). In his personal communication, Hanna referred to his 2011 reference (noted below) and indicated that an "expert elicitation" would likely result in a minimum size estimate of a few hundred meters. The anthropogenic heat release per unit area of major cities such as Indianapolis (extensively studied by the Electric Power Research Institute (EPRI) in the 1980s) would be on the order of 50 W/m², This value lies within the 10–100 W/m² range stated by Hanna et al. (2011) for urban areas.

58    *R. Paine et al. / Atmospheric Environment 129 (2016) 55–67*

### 2.2. Satellite analysis and model evaluation

A modeling study was undertaken using an evaluation database in Lake County in northwestern Indiana USA to test the performance of the AERMOD model for a HIA. Several AERMOD options were tested to determine the most representative scenario of 1-h average ground-level $SO_2$ modeled concentrations due to emissions from industrial complexes such as steel mills with respect to ambient monitoring stations in Gary and Hammond, Indiana (Fig. 1). The Gary monitor was located about 300 m from the nearest source, and generally within 2 km of the cluster of sources in close proximity to the monitor. The Hammond monitor was generally between 1 and 4 km away from nearby sources. Downwash effects, if present, would have affected the Gary monitor more than the Hammond monitor.

USEPA guidance for land use characterization indicated that this area should be modeled as rural, but the heat releases from the numerous iron and steel industry sources in this area create a dispersion environment that is effectively representative of an urban area with a large population.

For this model evaluation, the thermal imagery method was selected to determine the temperature difference between the populated areas and the industrial facilities. The procedures for conducting this estimate, discussed in more detail in open literature (e.g., Fung et al., 2009; Nichol, 2005; Voogt and Oke, 2003), are to obtain thermal infrared radiation (TIR) data for multiple time periods from polar-orbiting satellite instruments such as Advanced Spaceborne Thermal Emission and Reflection Radiometer (ASTER) and Landsat 8 (NASA, 2004; USGS, 2015). These data are then processed to account for surface emissivity, based on additional land use-related satellite data coinciding with the same time periods of interest, to derive a form of land surface temperature called brightness temperature. The satellite data used in these analyses must have relatively cloud-free skies so that the resulting temperature is representative of the ground rather than a cloud layer. The ASTER and Landsat 8 instruments have the ability to reliably detect land surface temperature perturbations as small as $1-2$ K (Fung et al., 2009).

Whenever possible, multiple satellite images should be selected representing $\Delta T_{u-r}$ to examine diurnal trends as well as seasonal temperature variations of the HIA's surroundings. Ultimately, satellite data availability and the need for a nearly cloud-free image often limit a comparison of this nature. The $\Delta T_{u-r}$ uncertainty is reduced when the HIA emits heat at a constant rate such as steel, iron, or aluminum processing plants which generally operate 24 h per day, 7 days per week.

Brightness temperature in northwest Indiana was reviewed to estimate the temperature difference for the area of interest, derived from measurements by the ASTER instrument. On a summer day, maximum temperatures associated with industrial facilities were approximately 310–315 K which led to a temperature difference of about $11-12$ K (Fig. 2). Although the satellite-measured temperature difference between the HIAs and the populated areas would often be greater at night, the temperature difference in this case was based upon a summer day due to satellite data availability. Note that this temperature difference measured by the satellite automatically accounts for the "urbanized" temperature excess of the HIA caused by the overall industrial heat releases not otherwise accounted for in the model. Using eq (1), this temperature difference was consistent with heavily populated areas with typical populations on the order of 1,000,000 instead of the region's U.S. Census Bureau population data of 10,000.

Three scenarios for the northwest Indiana application were run with building downwash and actual emissions for the year 2008 using AERMOD with default options: 1) rural land use, 2) urban land use with a small (actual) population of 10,000, and 3) urban land use with a large population of 1,000,000. Two model receptors were used to coincide with the $SO_2$ monitoring locations nearest to the facilities. In all three scenarios, the highest concentrations most frequently occurred during the night or early morning hours. The rural and small urban population modeling approaches led to AERMOD overpredictions of 1-h $SO_2$ as high as a factor of 10 at two monitors ranging from 1 to 10 km from the sources being modeled. The urban, large population scenario resulted in improved model performance by reducing the atmospheric stability at night, leading to higher plume rise and a deeper mixing layer for plume dispersion. The results still indicate that AERMOD overpredicted the 99th percentile daily maximum 1-h $SO_2$ ground-level concentration



**Fig. 1.** Location of various emission sources in the Gary and Hammond, IN area in relation to the $SO_2$ ambient air monitors.



**Fig. 2.** Brightness temperature from ASTER band 14 on June 10, 2008 at 11 a.m. local time.

R. Paine et al. / Atmospheric Environment 129 (2016) 55–67                                                                59

**Table 1**
AERMOD modeling results for rural and urban land use scenarios.

| Monitor | Land use | Population | 99th percentile of the daily maximum 1-h $SO_2$ ($\mu g/m^3$) |
|---|---|---|---|
| Hammond (96 $\mu g/m^3$) | Rural | NA | 290.4 |
| | Urban | 10,000 | 935.5 |
| | Urban | 1,000,000 | 179.0 |
| Gary (175 $\mu g/m^3$) | Rural | NA | 1298.2 |
| | Urban | 10,000 | 1855.9 |
| | Urban | 1,000,000 | 392.2 |

*Note:* 1-h $SO_2$ 99th percentile (4th highest) monitored values are listed in by monitor in parenthesis.

(which is the basis for the ambient standard in the United States) by a factor of about 2 at the Hammond and Gary monitors (Table 1). Additional refinements such as the use of liftoff effects as noted below might have further reduced this overprediction, but that analysis was not performed in this evaluation. In general, these results in comparison to the other scenarios indicate that improved model performance could be obtained by using an urban dispersion approach with an effective large population (e.g., on the order of 1,000,000).

Since actual rather than potential emissions were used in this evaluation, it is not likely that emission input uncertainty would cause the large overpredictions noted. It is possible that downwash effects are part of the overprediction problem, but such predictions are a function of the nocturnal temperature lapse rate, which is significantly different in urban vs. rural dispersion conditions in AERMOD. We strongly believe that the use of the urban characterization, as well as implementation of low wind speed improvements, are the enhancements leading to improved model performance. This northwest Indiana study involved the two monitors for which results have been reported. Additional case studies are needed to further verify these findings and approaches of which we present to encourage independent researchers to conduct such studies.

## 3. Plume liftoff in industrial complex environments with fugitive heat and low wind conditions

AERMOD estimates building downwash effects by applying its downwash model, PRIME, concentration estimates in the near-field where building wakes are predicted, while transitioning to the AERMOD estimates without building wake considerations in the far field (USEPA, 2004a). This transition is performed without consideration of low wind speed conditions, which can lead to poor model performance, particularly when building aerodynamic effects are estimated by the model under nearly calm conditions. Downwash conditions in near calm winds are likely to be subject to the effects of wind meander, leading to an intermittent downwash effect in any given direction. Such low wind effects have not been adequately evaluated.

In the current AERMOD implementation using default model options on a facility with short stacks close to the heights of nearby buildings, very high 1-h ground-level concentrations due to building downwash have been found by the authors to be predicted even with nearly calm winds in stable conditions. The top three predicted concentrations occurred with wind speeds less than 1.5 m/s. This is a condition for which persistent downwash effects might not be expected due to strongly buoyant plumes and weak building aerodynamic effects. For example, the CALPUFF model (Scire et al., 2000) does not consider building downwash to occur for wind speeds less than 0.5 m/s. In discussions among co-designers of the PRIME downwash algorithm in AERMOD, Dr. Lloyd Schulman and Mr. Robert Paine, Dr. Schulman confirmed that the PRIME downwash algorithm was never tested for such light wind, stable conditions, and there is no mechanism in the model for addressing the lack of or intermittent nature of the wake behind a building in very light wind conditions (Schulman, personal communication to the author, November 4, 2011). The model is assuming a plume is caught in a building wake, even in such light wind conditions, and then impacting ground-level receptors at the fenceline under very low dilution conditions. Note that when the PRIME algorithm was developed, modeling and evaluating downwash under very light winds was not a major concern when airport wind speeds in the United States were not reported below 3 knots (about 1.5 m/s). In recent years, the further use of sonic anemometers at airports and the processing of 1-min data have made the need to accommodate very low wind speeds a significant challenge. It is also noteworthy that for airport databases (including that for the northwest Indiana study), there are no turbulence measurements, and so the simulation of turbulence is affected by the boundary layer parameterization. This is one reason why the use of urban dispersion and possibly the low wind improvements to AERMOD will lead to better performance for the plume liftoff field study and its associate model evaluation presented in more detail in a subsequent section. To the extent that building downwash may be a factor, it should be noted that the depth of the enhanced turbulence region in PRIME may be overstated, as indicated by Petersen (2015).

In light winds with significant wind meander, building wake effects are unsteady, as noted by Robins (1994). However, AERMOD's basic meander treatment for low winds only applies to non-downwash dispersion, and was never implemented in the PRIME model within AERMOD. Therefore, the building downwash impacts due to PRIME predictions do not account for the intermittency of downwash effects that would tend to reduce hourly-averaged ground-level concentrations in one location. A downwash approach that accounts for low wind speeds and the inherent intermittency of steady wake effects under such conditions is already incorporated into regulatory models similar to AERMOD such as the Danish OML model (Olesen and Genikhovich, 2000) and the United Kingdom ADMS model (Robins et al., 2013).

In addition to the mistreatment of low wind conditions, a plume is able to gain buoyancy within an environment where the source's buildings provide fugitive heat on a smaller scale in comparison to a highly industrialized area. AERMOD and other steady-state plume models do not consider the additional buoyancy plume uplift due to these waste heat releases (in addition to stack releases of the pollutants of interest) in the area of an emission source, especially on or around the controlling building. An example of this is a cooler vent from taconite production furnaces; the vents do not release pollutants, but they duct very hot air to the building roof environment that will affect the aerodynamics around the building. For these cases with significant additional heat releases in the same vicinity, but not related to the pollutant stacks, plumes will resist downwash effects, especially in light wind cases. This resistance allows the plume to avoid downdrafts behind the building, which

60                                                                    R. Paine et al. / Atmospheric Environment 129 (2016) 55–67

are nullified by "liftoff" conditions due to the excess heating (Hanna et al., 1998).

### 3.1. The LIFTOFF approach

The heat flux associated with thermal releases triggering plume liftoff can be estimated and used in an alternative approach with the use of a buoyancy flux term, $F_b$. Hanna et al. (1998) suggest a combined dimensionless buoyancy flux:

$$F^{**} = F_b / \left( W \, U^3 \right) \tag{4}$$

where $F_b$ is the buoyancy flux, U is a reference wind speed, and W is the initial plume width. An approach that can be used as a post-processor to any dispersion model such as AERMOD, called "LIFTOFF", accounts for conditions with no downdraft effects using a weighting factor between one extreme (liftoff conditions, no downwash) and non-liftoff conditions (normal downwash) modeled in separate AERMOD runs. This weighting factor, $\gamma$, ranges from 0 to 1 on an hourly basis (Hanna et al., 1998):

$$\gamma = \exp\left(-6 F^{**0.4}\right) \tag{5}$$

where with large buoyancy, the downwash weight approaches 0 and with minimal buoyancy, it approaches 1. To perform these calculations, an estimate of the heating is needed for the buoyancy flux term, $F_b$. To quantify the combined effects of the heat release, wind, and plume width, it is necessary to estimate these values. Once these values are obtained, the final calculation can be performed using the hourly weighting factor between modeled concentrations with and without downwash ($C_{Downwash}$ and $C_{No\ Downwash}$, respectively) to determine the final LIFTOFF concentrations, $C_{LIFTOFF}$:

$$C_{LIFTOFF} = \gamma \, C_{Downwash} + (1 - \gamma) \, C_{No\ Downwash} \tag{6}$$

To account for low wind effects, LIFTOFF reads the 10-m reference wind speed information from the AERMET SURFACE file for each hour. In combination with the heat release and plume width information, LIFTOFF applies a weighting scheme as shown in eq (6), which is similar to the dependence on the wind intermittency for the approach used in the OML model (Olesen and Genikhovich, 2000). In general, during low wind events, it is expected that the no-downwash solution will be weighted more heavily than the downwash solution. The degree of weighting is also dependent upon the magnitude of the heat release and the initial plume width which is conservatively taken to be as large as the building width. Although the USEPA's Building Profile Input Program (USEPA, 2004b) is generally used to determine the building width, these input values can be manually edited in the event that this pre-processor overestimates the effective building width which can occur when the wind direction coincides with a long and narrow building.

For modeling applications without source-related fugitive heat releases, LIFTOFF should not be used because the calculated effect will be zero with no heat release rate. It is likely that the current PRIME model overpredicts in low winds due to its lack of considering wind meander and the related intermittent wake effects. However, with fugitive heat releases, there is a dependency of the liftoff potential on wind speed because a high wind speed would tend to dilute the effects of the heating. Therefore, the dependence of the LIFTOFF approach on all three components: heat release rate, wind speed, and initial source width is warranted. It is important, however, that any current evaluations of LIFTOFF with a substantially modified PRIME model would be useful to determine whether the weighting factor between the downwash and no downwash solutions should be adjusted.

For buoyancy effects due to source-related heat release scenarios, LIFTOFF calculates $F^{**}$ and applies the resulting weighting factor between the downwash and no downwash model runs. These calculations are performed for each hour using the wind direction and require building width information which serves as a conservatively large estimate of the initial plume width. Additionally, an estimation of the heating is needed for the buoyancy flux term. External heating measurements can be obtained from an engineering evaluation or by estimating the temperature excess in satellite thermal imagery data using the same procedure described to estimate $\Delta T_{u-r}$ for a highly industrialized area. The temperature difference is used to solve for $H_u$ in eq (3), where the buoyancy flux, $F_b$, is proportional to the heat release rate, $H_u$ (USEPA, 1995; Briggs, 1969).

### 3.2. Model evaluation case study of the LIFTOFF approach

Model performance of the LIFTOFF procedure at an industrial facility featuring process areas with considerable fugitive heat releases was assessed using data from a three-month field study with four $SO_2$ monitors located on-site. These $SO_2$ monitors were oriented around the facility's three point sources in areas where the highest modeled impacts occurred based on AERMOD using default options and downwash without consideration of liftoff conditions. Monitors were approximately 400–1200 m away from the point sources (Fig. 3). The buildings affecting the point sources are shown in Fig. 4. The aspect ratio of the horizontal to vertical building dimensions was approximately 2.5:1.

Using the facility's continuous emission monitor data, several model scenarios were tested including AERMOD with default options and building downwash, AERMOD with default options and no building downwash, and the LIFTOFF technique. Although the facility was located in an isolated, rural area, it had a significant source-to-ambient temperature difference of approximately 8 K as measured by satellite imagery (Fig. 5). The area of fugitive heat was approximately $300 \times 600$ m, leading to a heat release of approximately 6 MW.

Modeled and monitored 1-h ground-level concentrations were



**Fig. 3.** At left, the industrial facility point source emissions in relation to $SO_2$ ambient air monitor locations.



**Fig. 4.** At right, a 3D view, looking toward the northeast, of the industrial facility's building dimensions and point source locations.



**Fig. 6.** Top 5 ranked daily maximum 1-h $SO_2$ at site 2. "Default" uses default options and downwash. "No DW" uses default options without downwash effects. "LIFTOFF" refers to the approach weighs the downwash and no downwash effects on an hourly basis.

ranked from highest to lowest and compared. In general, for the top five ranked concentrations, AERMOD with downwash indicated large overpredictions, while AERMOD without downwash exhibited a modest underprediction tendency. However, the LIFTOFF scenario (which is a weighted average of the downwash and no downwash cases computed from hourly wind and building dimension data) was relatively unbiased, and generally exhibited a modest overprediction tendency as shown by Fig. 6 for Site 2. Site 2 is the location that measured the highest $SO_2$ concentration during the field study. At all monitors, the top five ranked LIFTOFF concentrations were generally higher than the top five ranked observations, which is most evident in quantile-quantile comparisons of monitored to modeled concentrations as shown in Fig. 7 for each site. The LIFTOFF results have a modest overprediction and avoid the large overpredictions that are evident if no consideration is made for the fugitive heat release. More information on this model evaluation is provided in the corresponding supplemental material.



**Fig. 5.** Brightness temperature from Landsat 8 TIR band 11 April 21, 2013 10 p.m. local time.

## 4. Effects of a moist plume on plume rise calculations

The final plume rise formula in AERMOD and most other dispersion models is based on the assumption of a dry plume, where the stack plume is far from being saturated and carries essentially no liquid water load. However, in many cases for moist plumes, the effect on plume rise can be significant due to heat of condensation and should be accounted for, particularly for emission sources that operate flue gas desulfurization equipment, or scrubbers, designed to remove several pollutants from combustion plumes. The scrubbing process acts to partially or fully saturate exhaust gases while minimizing any liquid "drift" emerging from the scrubber to minimize chemically erosive processes. This process acts to cool the plume relative to the unscrubbed exhaust, resulting in a reduction of plume rise. However, the moist plume exits the stack and the heat of condensation released by the liquid water particles acts to make the plume gases warmer, giving the plume additional buoyancy. Some of this buoyancy is lost as the droplets evaporate on mixing, but a net gain in plume rise is realized from the heating/cooling process. The largest net rise is realized for the situation where the ambient air itself is near saturation.

A validated, moist plume rise model called "IBJpluris" has been found to accurately predict the final rise of a moist plume (Janicke and Janicke, 2001) and can be used to complement the dispersion modeling process when moisture content can be a significant factor. The IBJpluris model formulation includes a general solution for bent-over moist (initially saturated) chimney plumes (Janicke and Janicke, 2001). The model was reviewed by Presotto et al. (2005), which indicated that despite a number of entrainment formulas available, IBJpluris possessed the physical capability of representing the impacts of heat of condensation on symmetric chimney plume rise. The Presotto et al. (2005) paper also reported field evaluation results for the IBJpluris model involving aircraft measurements through moist plumes emitted by stacks and cooling towers. Therefore, IBJpluris was selected as the core model for developing and applying a simple adjustment method to the standard Briggs (1975) plume rise formula used by AERMOD to account for thermodynamic modification of plume rise.

### 4.1. The moist plume pre-processor

A method has been developed and incorporated into a pre-processor called "AERMOIST", whereby adjustments can be made

62    R. Paine et al. / Atmospheric Environment 129 (2016) 55—67



**Fig. 7.** Quantile-quantile comparisons between monitored and modeled daily maximum 1-h SO$_2$ concentrations at sites 1—4. "AERMOD Default" uses default options and downwash while "AERMOD No DW/Default" uses default options without downwash. "LIFTOFF" refers to the approach that weighs the downwash and no downwash effects on an hourly basis.

to better simulate the rise of a moist plume using a dry plume model like AERMOD. This is done by performing IBJpluris model runs for both the actual moist plume and a dry plume so that the adjustments for the difference can be made and transferred to hourly plume input data for models such as AERMOD. By assuming the ambient environment that the plume rises through is identical for both a dry and wet plume, a reasonable assumption is that the ratio of the wet to dry plume rise for IBJpluris can be used to adjust the dry dispersion model plume rise to a moist plume rise prediction:

$$[\Delta h_w(\text{model})]/[\Delta h_d(\text{model})] = [\Delta h_w(\text{IBJpluris})]/[\Delta h_d(\text{IBJpluris})]$$

$$(7)$$

where $\Delta h$ is the change in final plume rise, and subscripts "w" and "d" correspond to moist and dry plumes, respectively. The approach assumes that this scaling ratio is independent from changes in wind speed and stability, although the variations in rise may be rather large. This assumption is reasonable since the rise is functionally related to the sum of exiting buoyancy and vertical momentum fluxes and the difference between dry and moist rise depends mainly on buoyancy, which is primarily temperature- and relative humidity-dependent.

The rising plume, by analogy, can be treated as if it were a rising moist thermal and cloud dynamic process. Concepts such as the buoyancy factor (Jacobson, 2005) can be applied since this same buoyancy factor appears in the Briggs (1975) dry plume rise. The

major difference is that the cloud buoyancy depends on the virtual temperature, which depends on temperature, pressure, and relative humidity of both the plume and the environment. The buoyancy factor, F$_b$, for both plume and cloud water as normalized density can be expressed by the difference between plume temperature and ambient temperature, divided by the plume temperature, when virtual temperature is equal to dry bulb temperature. The approximate term appears in Briggs (1975) final plume rise formula for the dry buoyancy flux term. The final rise $\Delta h_f$ is a power law function of F$_b$, where the power is '1/3' as derived by Briggs (1975). Following Jacobson (2005), the moist buoyancy can be expressed in terms of the virtual temperatures and water vapor partial pressures of the plume and the ambient environment as T$_{va}$, T$_{vp}$, and P$_a$, P$_{wa}$, P$_{wp}$, where P$_{wp}$ is assumed to be saturated, P$_s$. The virtual temperature, T$_v$, can be expressed in terms of dry bulb temperature, T (Arya, 2001):

$$T_v = T(1 + 0.608 \, q_v)$$
$$= T\{1 + 0.608[0.622 \, (\text{RH}) \, P_s/(P_{da} + 0.622 \, (\text{RH}) \, P_s)]\} \quad (8)$$

where q$_v$ is the mixing ratio in kg of moisture per kg of dry air, P$_{da}$ is the dry atmosphere pressure, and RH is relative humidity as a fraction. For a plume exit temperature of 325 K, the virtual temperature of a saturated plume is 390 K. As the saturated plume temperature increases, so do the effects of virtual temperature, especially for higher stack temperature and relative humidity.

App. 777

*R. Paine et al. / Atmospheric Environment 129 (2016) 55–67*    63

Using a relationship for estimating the saturation vapor pressure of water derived from the Clausius-Clapeyron equation (Arya, 2001), the relative humidity of a plume can be estimated from the moisture content (%) at the plume exit temperature:

$$P_s = 6.112 \exp\{6816[(1/273.15) - (1/T)] + 5.1309 \ln(273.15/T)\} \tag{9}$$

where all pressures are in hectopascals (millibars). The IBJpluris model has the ability to treat sub-saturated plumes as long as the plume emission temperature is held constant. Using eq (9) and the moisture content of the exiting plume, the relative humidity of the plume can be estimated. As the ambient air retains more moisture, the plume travels higher before reaching equilibrium with the ambient air.

### 4.1.1. Equivalent dry plume temperature approach

An effective approach for representing moisture in plumes is to adjust only the plume temperature rather than changing both plume and ambient temperatures, which would be required if virtual temperature were to be used directly. This revised plume temperature is generated by AERMOIST and can be referred to as an "equivalent dry plume temperature", and it is always greater than the original plume temperature and does not equal the virtual temperature. This hourly equivalent plume temperature is input to a dispersion model such as AERMOD in an hourly emissions input file so that the moist plume rise is more accurately modeled. The scaling relationship based on the right hand side of eq (7) forms the first part of the adjustment model. The plume height scaling parameter is given by the moist over the dry buoyancy flux:

$$\beta = \left(\Delta h_w^3 \big/ \Delta h_d^3\right) \tag{10}$$

where subscripts w and d refer to moist and dry buoyancy fluxes, respectively.

Two equations relating final rise to equivalent plume and ambient temperature are:

$$\Delta h_d^3 = \lambda F_{bdry} = \lambda\left[(T_p - T_a)/T_p\right] \tag{11}$$

$$\Delta h_w^3 = \lambda F_{bwet} = \lambda\left[(T_p^{eq} - T_a)/T_p^{eq}\right] \tag{12}$$

The exponent of 3 in eq (10) is due to the Briggs (1975) plume rise dependence on the buoyant flux, $F_b$, to the '1/3' power. As the vertical momentum flux becomes a larger fraction of the total flux, the effective exponent for the buoyant rise becomes smaller because the momentum plume rise is proportional to the momentum flux, $F_m$, to the 1.5 power. In AERMOD, the exponent is treated as a user input to be conservative (<3) when the total plume rise may have appreciable momentum at release. A smaller buoyant rise exponent, such as 2.5, helps to insure that the model is conservative and the plume rise is not overstated.

From the equations stated above, the equivalent plume temperature, $T_p^{eq}$, can be solved for directly as:

**Table 2**
Moist plume characteristics used in the test case.

| Stack height (m) | Exit diameter (m) | Exit temperature (K) | Exit velocity (m/s) |
|---|---|---|---|
| 171.45 | 14.23 | 325.37 | 15.16 |

$$T_p^{eq} = T_p\, T_a/[(1 - \beta)T_p + \beta T_a] \tag{13}$$

The ratio, $\beta$, is a function of both humidity and temperature and is found by the dry and moist IBJpluris simulations. As $\beta$ goes to 1, the equivalent plume temperature approaches the dry plume temperature, $T_p$.

To provide the hourly equivalent plume temperature to AERMOD, a simple interpolation bilinear model is constructed using a series of $\beta$s across a range of temperature and relative humidity. At the end points of each range, $\beta$ is calculated using IBJpluris and applied in a Taylor first-order expansion to create a bilinear model for the wet to dry ratio of plume rise within each range, $\beta(T_a, RH_a)$. The model assumes that ambient air at stack exit will be in the range from 253 to 313 K. Ambient temperatures outside of this range are clipped. The ambient relative humidity is assumed to lie between 0% and 95%. Values above 95% are clipped because these lie in a range of extreme sensitivity to conditional instability.

In AERMOIST, the IBJpluris model is exercised in both dry and wet mode for each range and an array of temperatures and humidity over the range of possible values, $\beta(T_i, RH_j)$ ratios, is saved for each stack that is modeled and are used to estimate the model adjustment coefficients, $C_{i,j}$ and $D_{i,j}$. The continuous model for the moist to dry plume rise ratio becomes:

$$\beta(T_a, RH_a) = \beta(T_i, RH_j) + (T_a - T_i)\, C_{i,j} + (RH_a - RH_j)\, D_{i,j} \tag{14}$$

The $\beta(T_a, RH_a)$ are used to estimate the equivalent hourly plume temperatures for input to the dispersion model for each hour of emissions. By modifying only the plume temperature, multiple sources can be included in the model run, each with their own series of equivalent hourly plume temperatures. Dry plumes can also be modeled with standard, constant input data.

### 4.1.2. Moist plume rise testing

The IBJpluris model was exercised for a typical saturated, scrubbed power plant, with characteristics as listed in Table 2. The exiting plume moisture content for this test stack is 13.4%, and for a surface pressure of 1000 hPa, $P_s = 134$ hPa which, according to eq (8), translates into a saturated plume ($RH_p = 100\%$) for an observed stack temperature of 325 K. The source's plume characteristics suggest that such an observed temperature (dry bulb) is actually near 340 K in terms of the virtual temperature for the saturated plume.

The profile used by AERMOIST assumes neutral conditions with a height constant humidity and turbulence profile. For a given environmental humidity value, the plume was modeled with dry humidity (0%) and a moist humidity based on the actual moisture content of the plume. The resulting plume rises as a function of downwind distance are illustrated for the dry (0% $RH_a$) and the moist (100% $RH_p$) plume cases with a dry ambient humidity (0% $RH_a$), and for a saturated plume emitted into a nearly saturated environment in Fig. 8. The rise at 2000 m downwind is 189.8 m for the dry plume and dry environment, 209.3 m for a saturated plume in a dry ambient environment, and 219 m for the saturated plume rise in a 90% constant RH environment. At an ambient temperature of 293 K, the percent increase over the dry case is 10.3% and when a moist environment is considered, it is 15.4%.

AERMOIST systematically exercises IBJpluris for each of the temperatures and relative humidity ranges (bins). Assuming final rise estimates at 2000 m downwind for a select set of temperature and relative humidity ranges, it is apparent that the largest rise of the saturated plume occurs at 90% humidity environmental conditions for the cooler ambient temperatures. The dependency on ambient humidity of final rise at any ambient temperature is rather



**Fig. 8.** Plume rise as a function of downwind distance for dry rise and an initially saturated plume by the test source for two constant relative humidity environmental conditions.

small for a dry plume, allowing for ambient RH to be ignored for dry plumes. However, moist plume rise will increase substantially as the ambient humidity approaches saturation with an increase of over 10% from dry, cool air to moist cool air. Using virtual temperature by itself does not explain this effect. As the ambient temperature increases and the buoyancy factor decreases, the change in plume rise with humidity is reduced. The resulting equivalent plume temperatures for use in dispersion modeling generated by AERMOIST, which actually runs the validated IBJpluris plume rise model, produce improved plume rise estimates for moist plumes. As evaluated by Presotto et al. (2005), the IBJpluris model predicts a more realistic plume rise for moist plumes than a model that represents a moist plume as a dry plume. Therefore, using the AERMOIST technique in conjunction with a dry plume model such as AERMOD will result in improved model performance by reduction its inherent model overprediction.

## 5. Plume merging of stacks in a line

When adjacent stacks are positioned in a line, the individual plumes have shown to have a tendency to merge causing a buoyancy enhancement under certain conditions. This plume merging tendency is influenced by the stacks' proximity, the wind direction relative to the stack configuration, and individual stack plume rises. Briggs (1984), refers to the results of wind tunnel studies for a row of identical stacks that indicate the usefulness of a merger parameter, S′, to determine the effect of the angle of the wind relative to the stack alignment:

$$S' = (\Delta s \sin\theta) \Big/ \left[ L_b^{1/3} (\Delta s \cos\theta)^{2/3} \right] \tag{15}$$

where $\Delta s$ is the average spacing between the aligned stacks, $\theta$ is the wind angle relative to the alignment angle of the adjacent, inline stacks, $L_b$ is the buoyancy length scale where:

- $L_b = F_b/U^3$,
- $F_b$ is the buoyancy flux where $F_b = g\, V_s^2 D_s^2/4\, [(T_p - T_a)/T_p]$,
- U is the wind speed at plume height,
- $V_s$ is the stack gas exit velocity,
- $T_p$ is the stack gas temperature,
- $T_a$ is the ambient temperature, and
- $D_s$ is the stack diameter.

By definition, S′ is undefined when the wind is exactly normal to the alignment angle, so in practice for that case, an angle not

exceeding 89.99° is used in the approach described in the next section.

Wind tunnel studies using neutral conditions showed that S′ less than 2.3 results in buoyancy enhancement while values above 3.3 indicate no enhancement (Briggs, 1984). Intermediate values would indicate partial enhancement. For those wind angles that allow plume merging, a formulation for the buoyancy enhancement accounting for other factors noted above due to the merging of adjacent plumes can be taken from the Manins implementation (Manins et al., 1992) of the Briggs formulation:

$$E = (N + S)/(1 + S) \tag{16}$$

$$S = 6 \left\{ [(N - 1)\,\Delta s] \Big/ \left( N^{1/3}\,\Delta h \right) \right\}^{3/2} \tag{17}$$

where E is the buoyancy enhancement factor, N is the number of stack in the row, S is a separation factor, and $\Delta h$ is the plume rise for one stack. While the buoyancy flux would be enhanced, the momentum flux should be unchanged. The formula for the momentum flux in AERMOD and many other dispersion models is:

$$F_m = (T_a/T_p)\, V_s^2\, D_s^2/4 \tag{18}$$

Therefore, the buoyancy enhancement would increase $T_p$ and $V_s$ in a manner to provide the appropriate multiplier to $F_b$ while retaining $F_m$ by retaining the ratio of $V_s^2/T_p$.

Several investigators noted in Briggs (1984) have studied and reported buoyancy enhancement for only two stacks. Briggs noted that "all of the authors referenced in this section compared the predictions of their models, at least for N = 2, with the semi-empirical results of Briggs (1974) and concluded that, as different as these approaches seem, their predictions were very similar." Additionally, the plume rise enhancements plotted in neutral conditions by Anfossi (1985) indicated that even for stacks separated by 77 m, some enhancement was observed in conditions of substantial buoyancy.

Additional supporting evidence for plume merging from two stacks is available from more recent journal articles. These articles are consistent in reporting an angular dependence on the extent of the merging. Macdonald et al. (2002) indicated that there is a definite enhancement for flow parallel to the line of stacks. For larger angles, due to dual rotors from plumes (clockwise looking downwind on the right side and counterclockwise on the left side), there can sometimes be some plume rise suppression between two closely spaced stacks for wind angles approaching a perpendicular to the line of stacks. These authors also noted plume rise enhancement for power plant stacks separated by a distance of more than 1 km, providing support for no arbitrary distance cutoff for this algorithm. The Briggs algorithm will automatically reduce the plume rise enhancement as the distance between the stacks increases.

Furthermore, Overcamp and Ku (1988) conclude that "tests with azimuthal angles of 0° and 30° showed enhanced rise". Tests with azimuthal angles of 60° and 90° did not appear to exhibit enhanced rise (Overcamp and Ku, 1988), information that was incorporated into the Briggs formulation. Similar confirmation of plume merging effects from two identical, separated stacks is documented by Contini et al. (2006). The dependence of the enhanced buoyancy on the approach angle to the stacks is similar to findings by the other investigators.

### 5.1. The AERLIFT technique

The AERLIFT technique has been developed to account for

*R. Paine et al. / Atmospheric Environment 129 (2016) 55–67*

potential merging of plumes from aligned emission sources and the resulting partial to full enhanced plume buoyancy. This intermediate processor, run outside of the AERMOD modeling system for this implementation, creates an enhanced hourly emissions file using information from an initial model run with information for effective stack exhaust characteristics of the partially merged plumes. The model is then run a second time using the adjusted source parameters.

To define the parameters necessary for calculating the buoyancy enhancement on an hourly basis, the initial dispersion model run for the stacks involved is set up to run with a 10-km ring of 360 receptors set 1° apart in flat terrain. Next, the AERLIFT processor takes the meteorology and the model output data (i.e., the hourly and source specific final plume rise and effective wind speed) to determine first whether plume merging occurs, and if so, by how much.

The maximum enhancement factor applied to the buoyancy flux is the number of stacks in the line. The AERLIFT processor applies the enhancement factor to the original stack velocity and temperature, and derives an altered set of parameters that increases the buoyancy flux by the appropriate factor while preserving the momentum flux. This is done to conservatively apply the enhancement to only the buoyancy component. During stable hours, AERLIFT uses the plume rise directly in eq (17). For added degree of conservativeness, during unstable hours for when the stack top is less than the mixing height, AERLIFT selects the minimum between the final plume rise and the mixing height, which is defined as the maximum of the mechanical and convective mixing heights, for use in eq (17).

Finally, a second dispersion model run is performed using the appropriate terrain options and modeling receptors for the emission source as well as the enhanced hourly emission file from AERLIFT.

### 5.2. Evaluation of AERLIFT

AERMOD has been tested with the AERLIFT approach with a model evaluation field study conducted by Eastman Chemical Company in Kingsport, Tennessee, USA (described by Paine et al., 2013; Szembek et al., 2013). This study featured a 1-year monitoring period with 4 monitors featuring a line of 5 coal-fired boiler stacks. The inclusion of the AERLIFT approach significantly reduced AERMOD overpredictions, as noted by Szembek et al. (2013). The need for this feature was particularly evident when plumes from a row of 5 stacks indicated overprediction for impacts at a monitor located in elevated terrain, in spite of other model improvements from the low wind options (adjusted u* and LOWWIND options in AERMOD). When this single feature was tested in isolation, it resulted in a higher plume rise and a better model evaluation result in both flat and elevated terrain. This improvement was due to the effect of AERLIFT on plume rise and the attendant effect on predicted concentrations.

### 6. Examples of source characterization applications

Examples of the use of both the highly industrialized area (urban) application and the LIFTOFF approach would be a large aluminum smelter or large steel mill. These sources typically feature extensive areas of excess heat releases and stacks in the midst of the heated building areas. The heat release can be quantified with either a satellite thermal imagery analysis or through engineering estimates of the heat loss.

An example of a facility with only the LIFTOFF effect would be a smaller heated industrial area such as a taconite ore processing facility. This type of facility might typically have the heat release area encompassing only a few hundred meters. If the facility's point sources have considerable plume moisture, then the AERMOIST approach may also be used.

Stack releases from processes involving flue gas desulfurization controls would be good candidates for the AERMOIST approach. Flue gas desulfurization controls treat the plume by injecting an alkaline reagent into the flue gas to remove $SO_2$ from the gas. This treatment results in higher plume moisture content than those without the treatment, thus making it viable for the AERMOIST approach.

For any of these applications, a situation with a row of stacks (even if only 2) would qualify for the AERLIFT approach, especially if they are within a few stack diameters of each other. As noted above, the stack separation distance affects the plume rise change due to stack merging.

At the time this paper was submitted in revised form, there were a few modeling applications in the United States for which these methods have been proposed and are either being applied based upon the past evaluations reported in this paper, or are going to be evaluated in the near future based upon new field data. In the case of the Eastman Chemical evaluation study (Paine et al., 2013; Szembek et al., 2013), the urban characterization as well as LIFTOFF techniques have been used in the same application as approved USEPA techniques.

### 7. Summary

Steady-state plume models such as AERMOD have not been extensively tested or designed for scenarios where an emission source modifies the dispersion environment. Model performance for these conditions has become increasingly important in light of short-term pollutant standards, e.g., for 1-h $SO_2$ and 1-h $NO_2$ United States ambient standards. Four independent source characterization techniques described in this paper have been adapted and evaluated to better represent plume rise effects for nontraditional sources and their surrounding environment. These techniques are implemented as universally applicable to many dispersion models and are thus designed to be used as external processors that interact with the main dispersion model.

Two of these source characterization methods address fugitive heat releases at industrial complexes. The first occurs on a large scale resulting in a local urban-like dispersion environment called a "highly industrialized area". To account for this excess heat, an effective population equivalent to the scale of the HIA can be calculated using an already existing relationship between population to urban-rural temperature difference and used as input to the dispersion model. We recommend that this approach is applied to areas with a scale of at least several hundred meters and an excess temperature between the HIA and the surrounding area of at least 8 K. The second, smaller scale excess heat release issue relates to building downwash effects, and can be addressed by using the LIFTOFF procedure and a weighting relationship using procedures developed by Hanna et al. (1998). Both the HIA's effective population and LIFTOFF technique can be applied in the same modeling application. Both have been evaluated and shown to provide modest overpredictions.

Stacks with moist plumes can lead to latent heat release of condensation after the plume exits the stack, providing additional plume rise relative to a dry plume case. This effect has been neglected in many dispersion models, but with the increasing use of flue gas desulfurization controls that inject considerable water vapor into the plume exhaust, accommodating this effect is very important. The AERMOIST procedure incorporates this moist plume effect by refining the hourly input exit temperature data based on a scaling ratio developed using a previously validated European

*R. Paine et al. / Atmospheric Environment 129 (2016) 55–67*

model (the IBJpluris model) which incorporates moist plume effects. Stack sources for which this approach is particularly relevant is for processes involving wet and dry flue gas desulfurization controls.

Lastly, multiple stacks in a line can result in plume merging and buoyancy enhancement under certain conditions. The AERLIFT processor assesses and incorporates plume merging from aligned emission sources using an hourly emissions file from an initial model run. The exhaust characteristics of the merging plumes are refined by AERLIFT on an hourly basis, and then the dispersion model is run a second time with a new input of effective hourly exhaust parameters for each affected source.

These advanced plume rise procedures have been designed for use with dispersion models without the need to change the modeling system code, and are shown to improve model performance. They can be used individually, or in combination. By including these procedures outside of the modeling code as source characterization techniques, these procedures are available to a large suite of modeling approaches. In addition, their use as more accurately portraying the source plume behavior is inherently a refinement outside the model's treatment of plume transport and dispersion. Although we have provided available model performance results, we encourage much wider testing and evaluation of these approaches in a variety of settings.

## Acknowledgements

The authors would like to gratefully acknowledge the American Iron and Steel Institute for providing funding for this research.

## Appendix A. Supplementary data

Supplementary data related to this article can be found at http://dx.doi.org/10.1016/j.atmosenv.2016.01.003.

## References

Anfossi, D., 1985. Analysis of plume rise data from five TVA steam plants. J. Appl. Meteorol. Clim. 24, 1225–1236. http://dx.doi.org/10.1175/1520-0450(1985)024<1225:AOPRDF>2.0.CO;2.

Arya, S., 2001. Chapter 5: air temperature and humidity in the PBL In: Introduction to Micrometeorology. Academic Press, Oxford, UK.

Briggs, G.A., 1969. Plume Rise. USAEC Critical Review Series, National Technical Information Service, Springfield, VA.

Briggs, G.A., 1974. Cooling Tower Environment – 1974: Plume Rise from Multiple Sources (CONF-740302). ERDA Symposium Series, National Technical Information Services, U.S. Dept. of Commerce, Springhill, VA.

Briggs, G.A., 1975. Plume rise predictions. In: Lectures on Air Pollution and Environmental Impact Analyses. American Meteorological Society, Boston, MA.

Briggs, G.A., 1984. Chapter 8: plume rise and buoyancy effects. In: Atmospheric Science and Power Production. Technical Information Center, Office of Scientific and Technical Information, U.S. Dept. of Energy, Oak Ridge, TN; Springfield, VA.

Cambridge Environmental Modelling Consultants Ltd, 2015. ADMS 5 Atmospheric Dispersion Modelling System User Guide. http://www.cerc.co.uk/environmental-software/assets/data/doc_userguides/CERC_ADMS_5_1_User_Guide.pdf (accessed 30.11.15).

Cimorelli, A.J., Perry, S.G., Venkatram, A., Weil, J.C., Paine, R.J., Wilson, R.B., Lee, R.F., Peters, W.D., Brode, R.W., 2005. AERMOD: a dispersion model for industrial source applications. Part I: general model formulation and boundary layer characterization. J. Appl. Meteorol. 44, 682–693. http://dx.doi.org/10.1175/JAM2227.1.

Contini, D., Hayden, P., Robins, A., 2006. Concentration field and turbulent fluxes during the mixing of two buoyant plumes. Atmos. Environ 40 (40), 7842–7857. http://dx.doi.org/10.1016/j.atmosenv.2007.024.

Environmental Protection Authority Victoria, Australia. Monitoring the Environment: AERMOD Air Pollution Modelling. http://www.epa.vic.gov.au/our-work/monitoring-the-environment/monitoring-victorias-air/aermod-air-pollution-modelling (accessed 22.09.15).

Fung, W.-Y., Lam, K.S., Nichol, J., Wong, M.S., 2009. Derivation of nighttime urban air temperatures using a satellite thermal image. J. Appl. Meteorol. Clim. 48, 863–872. http://dx.doi.org/10.1175/2008JAMC2001.1.

Hanna, S.R., Briggs, G.A., Chang, J.C., 1998. Lift-off of ground-based buoyant plumes. J. Hazard. Mater. 59, 123–130.

Hanna, S.R., Britter, R.E., 2002. Chapter 2: overview of meteorology and atmospheric dispersion. In: Wind Flow and Vapor Cloud Dispersion at Industrial and Urban Sites. John Wiley & Sons, Inc., Hoboken, NJ http://dx.doi.org/10.1002/9780470935613.refs.

Hanna, S., Marciotto, E., Britter, R., 2011. Urban energy fluxes in built-up downtown areas and variations across the urban area, for use in dispersion models. J. Appl. Meteorol. Clim. 50, 1341–1353.

Hurley, P., 2008. TAPM V4. Part 1: Technical Description. In: https://publications.csiro.au/rpr/download?pid=procite:0cff4149-4feb-4b86-abcb-c707168ecb0b&dsid=DS1 (accessed 30.11.15).

Irwin, J.S., 1978. Proposed Criteria for Selection of Urban versus Rural Dispersion Coefficients. Draft Staff Report (Docket No. A-80–46, II-B-8). Meteorology and Assessment Division, U.S. Environmental Protection Agency.

Jacobson, M.Z., 2005. Fundamentals of Atmospheric Modeling. Cambridge University Press, New York, NY.

Janicke, U., Janicke, L., 2001. A three-dimensional plume rise model for dry and wet plumes. Atmos. Environ. 35, 877–890.

Janicke Consulting, Environmental Physics, 2015. Plume Rise Model IBJpluris. http://www.janicke.de/en/download-programs.html (accessed 11.03.15).

Macdonald, R.W., Strom, R.K., Slawson, P.R., 2002. Water flume study of the enhancement of buoyant rise in pairs of merging plumes. Atmos. Environ. 36 (29), 4603–4615. http://dx.doi.org/10.1016/S1352-2310(02)00464-8.

Manins, P., Carras, J., Williams, D., 1992. Plume rise from multiple stacks. Clean. Air – Aust. 26 (2), 65–68.

National Aeronautics and Space Administration Jet Propulsion Laboratory, 2004. Advanced Spaceborne Thermal Emission and Reflection Radiometer. http://asterweb.jpl.nasa.gov (accessed 14.12.15).

Nichol, J., 2005. Remote sensing of urban heat islands by day and night. Photogramm. Eng. Remote Sens. 71, 613–621.

Olesen, H.R., Genikhovich, E., Ministry of Environment and Energy, 2000. Building Downwash Algorithm for OML Atmospheric Dispersion Model. http://www2.dmu.dk/1_viden/2_Publikationer/3_arbrapporter/rapporter/AR123.pdf (accessed 30.11.15).

Olesen, H.R., Berkowicz, R.B., Lofstrom, P., 2007. OML: Review of Model Formulation. National Environmental Research Institute, Denmark, p. 130. NERI Technical Report No. 609. www.dmu.dk/Pub/FR609.pdf (accessed 30.11.15).

Oke, T.R., 1973. City size and the urban heat island. Atmos. Environ. 7 (8), 769–779.

Oke, T.R., 1978. Boundary Layer Climates. John Wiley and Sons, New York, NY, p. 372.

Oke, T.R., 1982. The energetic basis of the urban heat island. Quart. J. Roy. Meteor. Soc. 108, 1–24.

Oke, T.R., November 2–4, 1998. An algorithmic scheme to estimate hourly heat island magnitude. In: Paper presented at the Second Symposium on Urban Environment. Am. Meteorol. Soc., Boston, MA.

Overcamp, T.J., Ku, T., 1988. Plume rise from two or more adjacent stacks. Atmos. Environ. 22 (4), 625–637.

Paine, R., Tringale, F., Gossett, S., 2013. Resolution of 1-hour SO₂ non-attainment area in Kingsport, TN: advanced meteorological and monitoring study. In: Control #7, Air & Waste Management Association Specialty Conference, Guideline on Air Quality Models: the Path Forward, Raleigh, NC. March.

Petersen, R., 2015. Building downwash – problems, solutions and next generation. In: 11th USEPA Modeling Conference, August 13. http://www3.epa.gov/ttn/scram/11thmdconf/presentations/3-6_Building_Downwash-CPP-11thMC.pdf (accessed 30.11.15).

Presotto, L., Bellasia, R., Bianconi, R., 2005. Assessment of the visibility impact of a plume emitted by a desulphuration plant. Atmos. Environ 39 (4), 719–737.

Robins, A., 1994. Flow and dispersion around buildings in light wind conditions. In: Castro, Rockliff (Eds.), Stably Stratified Flows. Clarendon Press, Oxford UK, p. 372.

Robins, A., Apsley, D., Cambridge Environmental Research Consultants, 2013. Modelling of Building Effects in ADMS. http://www.cerc.co.uk/environmental-software/assets/data/doc_techspec/CERC_ADMS5_P16_01.pdf (accessed 22.09.15).

Schewe, G., Colebrook, J., 2013. Use of the urban option in AERMOD for a large industrial facility. In: Control #21, Air & Waste Management Association Specialty Conference, Guideline on Air Quality Models: the Path Forward, Raleigh, NC. March.

Scire, J.S., Strimaitis, D.G., Yamartino, R.J., 2000. A User's Guide for the CALPUFF Dispersion Model (Version 5). Tech. Rep. Earth Tech, Inc., Concord, MA, p. 521. http://www.src.com/calpuff/download/CALPUFF_UsersGuide.pdf (accessed 01.12.15).

Schulman, L.L., Strimaitis, D.G., Scire, J.S., 2000. Development and evaluation of the PRIME plume rise and building downwash model. J. Air Waste Manag. Assoc. 50, 378–390.

Sykes, R.I., Cerasoli, C.P., Henn, D.S., 1999. The representation of dynamic flow effects in a Lagrangian puff dispersion model. J. Hazard. Mater. 64, 223–247.

Szembek, C., Paine, R., Gossett, S., 2013. Resolution of 1-hour SO₂ non-attainment area in Kingsport, TN: model evaluation analysis results to date. In: Control #8, Air & Waste Management Association Specialty Conference, Guideline on Air Quality Models: the Path Forward, Raleigh, NC. March.

U.S. Environmental Protection Agency, 1995. SCREEN3 Model User's Guide. http://www.epa.gov/scram001/userg/screen/screen3d.pdf (accessed 09.03.15).

U.S. Environmental Protection Agency, 2003. AERMOD: Latest Features and Evaluation Results. http://www.epa.gov/ttn/scram/7thconf/aermod/aermod_mep.pdf (accessed 05.03.15).

U.S. Environmental Protection Agency, 2004a. AERMOD: Description of Model

*R. Paine et al. / Atmospheric Environment 129 (2016) 55–67*    67

Formulation. http://www.epa.gov/scram001/7thconf/aermod/aermod_mfd.pdf (accessed 13.03.15).

U.S. Environmental Protection Agency, 2004b. User's Guide to the Building Profile Input Program. http://www3.epa.gov/scram001/userg/relat/bpipdup.pdf (accessed 22.11.15).

U.S. Environmental Protection Agency, 2005. Guideline on Air Quality Models (Appendix W); 40 FR 68218. http://www.epa.gov/ttn/scram/guidance/guide/appw_05.pdf (accessed 14.12.15).

U.S. Environmental Protection Agency, 2012. AERMIC Update. http://www3.epa. gov/ttn/scram/10thmodconf/presentations/1-9-Brode_10thMC_AERMIC_Update_03-13-2012.pdf (accessed 14.12.15).

U.S. Environmental Protection Agency, 2015. AERMOD Implementation Guide. http://www.epa.gov/ttn/scram/7thconf/aermod/aermod_implmtn_guide_3August2015.pdf (accessed 27.08.15).

U. S. Geological Survey, 2015. Landsat Missions: Landsat 8. http://landsat.usgs.gov/landsat8.php (accessed 14.12.15).

Voogt, J.A., Oke, T.R., 2003. Thermal remote sensing of urban climates. Remote Sens. Environ. 86, 370–384.

**Appendix F**

**Conference Paper on Plume Rise Effects for Unique Source Types**

# Modeling Plume Rise Effects for Unique Source Types

**Paper # 5**

**Presented at the**
**Guideline on Air Quality Models: The New Path**
**April 12-14, 2016**
**Chapel Hill, NC**

**Robert Paine, Laura Warren, and Gary Moore**
**AECOM, 250 Apollo Drive, Chelmsford, MA 01824**

## ABSTRACT

In general, evaluations of the AERMOD model involve emission sources that are isolated stacks or tracer gas releases under relatively ideal conditions.  In a number of real-world applications, a facility has a row of stacks with plumes that partially merge as they rise, resulting in an increased plume rise relative to the isolated stack case.  A modeling approach that addresses this case is based upon a Briggs formulation, which relates the increase in effective plume buoyancy to the separation distance between the stacks, the angle of the approaching wind to the stack line-up, and the plume rise for each individual stack (this effect changes on an hourly basis).  This paper presents an implementation of this procedure and limited evaluation results.

Another unique source effect relates to increased plume rise due to moisture present in a wet plume.  The moisture initially condenses as the plume cools, releasing heat of condensation.  This process results in an increase in the initial plume rise.  The implementation of this effect for AERMOD modeling is based upon a moist plume model ("IBJpluris") that has had favorable evaluation results.  An approach is discussed in which this model is used inside a pre-processor to create an equivalent plume buoyancy increase for use in a dry plume rise model (AERMOD) by changing the hourly input stack temperature.

## INTRODUCTION

The AERMOD dispersion model[1], recommended by United States Environmental Protection Agency (EPA) for general short-range modeling applications out to a distance of 50 km, is widely used in air quality permit and compliance applications.  This model has been tested and evaluated[2] against a number of traditional stack release databases.  However, aside from traditional building downwash situations, model evaluations for AERMOD and models used in other countries generally do not include scenarios featuring several stacks in a line, or sources with considerable moisture from flue gas desulfurization.  Many of the AERMOD evaluation databases are several decades old, featuring coal-fired boilers without any wet or dry scrubbing.  Because model performance can be an even greater challenge for some non-traditional emission sources, accurate representation of the source and its surrounding environment that influence plume rise is important.

To address this general issue, we have implemented two new source characterization procedures with AERMOD, which could also be implemented in other models. These two approaches affect buoyant plume rise only. While AERMOD itself could be modified to incorporate these changes, applying the source characterizations outside the model is beneficial because the procedures can be applicable to other dispersion models and would be more readily available for implementation. In addition, model changes to AERMOD itself would likely take several years for formal incorporation into the EPA regulatory version. Therefore, as designed, these two advanced plume rise techniques can be performed now using processors outside of AERMOD.

The first technique, applicable to multiple stacks in a line, can result in plume merging and buoyancy enhancement under certain conditions, as described by Briggs[3]. The tendency of adjacent stack plumes to at least partially merge is a function of several factors which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed). A procedure called "AERLIFT" has been created as a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources. It uses an hourly emissions file from an initial AERMOD run to refine the exhaust characteristics of the merging plumes on an hourly basis, and then AERMOD is run a second time with this new input of effective hourly exhaust parameters for each affected source.

The second technique is applicable to stacks with substantially moist plumes, which can lead to latent heat release of condensation after the plume exits the stack, providing additional plume rise relative to a "dry" plume scenario. Although some of the initial added buoyancy is later lost due to partial evaporation, a net gain in plume rise occurs. AERMOD (and many other steady-state plume models) have plume rise formulations that are based on the assumption of a dry plume, in that the chimney plume is considered to be far from being saturated and carries essentially no moisture. A procedure to incorporate the moist plume effect by adjusting the input exit temperature data can be performed prior to an AERMOD model analysis using a pre-processor called "AERMOIST." This pre-processor makes use of a European plume rise model called "IBJpluris"[4,5] that has been successfully evaluated against atmospheric plume rise measurements and already incorporates moist plume effects and has been found to accurately predict the final rise of a moist plume. The adjustments to plume rise using IBJpluris with and without moist plume effects can be transferred to AERMOD (or other models, as appropriate) by adjusting the input stack temperature of each affected source on an hourly basis, as a function of ambient temperature and relative humidity.

In the sections below, we discuss the formulation and implementation of these two source characterization effects. Note that these effects are generally independent from each other and can be run in combination, if appropriate.

# PLUME MERGING OF STACKS IN A LINE

## Model Formulation

When adjacent stacks are positioned in a line, the individual plumes have shown to have a tendency to merge causing a buoyancy enhancement under certain conditions.  This plume merging tendency is influenced by the stacks' proximity, the wind direction relative to the stack configuration, and individual stack plume rises. Briggs[3] refers to the results of wind tunnel studies for a row of identical stacks that indicate the usefulness of a merger parameter, S', to determine the effect of the angle of the wind relative to the stack alignment:

**Equation 1.**

$$S' = (\Delta s \, \sin\Theta) / [L_b^{1/3} \, (\Delta s \, \cos\Theta)^{2/3}]$$

where:
$\Delta s$ is the average spacing between the aligned stacks,
$\Theta$ is the wind angle relative to the alignment angle of the adjacent, inline stacks
$L_b$ is the buoyancy length scale

where:
$L_b = F_b / U^3$
$F_b$ is the buoyancy flux where $F_b = g \, V_s^2 D_s^2 / 4 \, [(T_p - T_a)/T_p]$
$U$ is the wind speed at plume height
$V_s$ is the stack gas exit velocity
$T_p$ is the stack gas temperature
$T_a$ is the ambient temperature
$D_s$ is the stack diameter

By definition, S' is undefined when the wind is exactly normal to the alignment angle, so in practice for that case, an angle not exceeding 89.99 degrees is used in the approach described in the next section.

Wind tunnel studies using neutral conditions showed that S' less than 2.3 results in buoyancy enhancement while values above 3.3 indicate no enhancement (Briggs[3]).  Intermediate values would indicate partial enhancement.  For those wind angles that allow plume merging, a formulation for the buoyancy enhancement accounting for other factors noted above due to the merging of adjacent plumes can be taken from the Manins[6] implementation of the Briggs formulation:

**Equation 2.**

$$E = (N+S)/(1+S)$$

**Equation 3.**

$$S = 6 \{[(N-1) \, \Delta s]/(N^{1/3} \, \Delta h)\}^{3/2}$$

where:
E is the buoyancy enhancement factor
N is the number of stack in the row
S is a separation factor
$\Delta h$ is the plume rise for one stack

While the buoyancy flux would be enhanced, the momentum flux should be unchanged. The formula for the momentum flux in AERMOD and many other dispersion models is:

**Equation 4.**

$$F_m = (T_a/T_p) \, V_s^2 \, D_s^2/4$$

Therefore, the buoyancy enhancement would increase $T_p$ and $V_s$ in a manner to provide the appropriate multiplier to $F_b$ while retaining $F_m$ by retaining the ratio of $V_s^2/T_p$.

Several investigators noted by Briggs[3] have studied and reported buoyancy enhancement for only two stacks. Briggs noted that "all of the authors referenced in this section compared the predictions of their models, at least for N = 2, with the semi-empirical results of an earlier Briggs study[7] and concluded that, as different as these approaches seem, their predictions were very similar." Additionally, the plume rise enhancements plotted in neutral conditions by Anfossi[8] indicated that even for stacks separated by 77 m, some enhancement was observed in conditions of substantial buoyancy.

Additional supporting evidence for plume merging from two stacks is available from more recent journal articles. These articles are consistent in reporting an angular dependence on the extent of the merging. Macdonald et al.[9] indicated that there is a definite enhancement for flow parallel to the line of stacks. For larger angles, due to dual rotors from plumes (clockwise looking downwind on the right side and counterclockwise on the left side), there can sometimes be some plume rise suppression between two closely spaced stacks for wind angles approaching a perpendicular to the line of stacks. These authors also noted plume rise enhancement for power plant stacks separated by a distance of more than 1 km, providing support for no arbitrary distance cutoff for this algorithm. The Briggs algorithm will automatically reduce the plume rise enhancement as the distance between the stacks increases.

Furthermore, Overcamp and Ku[10] conclude that "tests with azimuthal angles of 0º and 30º showed enhanced rise". Tests with azimuthal angles of 60º and 90º did not appear to exhibit enhanced rise (Overcamp and Ku[10]), information that was incorporated into the Briggs formulation. Similar confirmation of plume merging effects from two identical, separated stacks is documented by Contini et al.[11]. The dependence of the enhanced buoyancy on the approach angle to the stacks is similar to findings by the other investigators.

## AERLIFT Implementation

The AERLIFT technique has been developed to work with the AERMOD modeling system to account for potential merging of plumes from aligned emission sources and the resulting partial to full enhanced plume buoyancy. This intermediate processor, run outside of the AERMOD modeling system, creates an enhanced hourly emissions file using information from an initial model run with information for effective stack exhaust characteristics of the partially merged plumes. The model is then run a second time using the adjusted source parameters.

To define the parameters necessary for calculating the buoyancy enhancement on an hourly basis, the initial dispersion model run for the stacks involved is set up to run with a 10-km ring of 360 receptors set 1° apart in flat terrain. Next, the AERLIFT processor takes the meteorology and the model output data (i.e., the hourly and source specific final plume rise and effective wind speed) to determine first whether plume merging occurs, and if so, by how much.

The AERLIFT processor applies the enhancement factor to the original stack velocity and temperature, and derives an altered set of parameters that increases the buoyancy flux by the appropriate factor while preserving the momentum flux. This is done to conservatively apply the enhancement to only the buoyancy component. During stable hours, AERLIFT uses the plume rise directly in Equation 3. For added degree of conservativeness, during unstable hours for when the stack top is less than the mixing height, AERLIFT selects the minimum between the final plume rise and the mixing height, which is defined as the maximum of the mechanical and convective mixing heights, for use in Equation 3.

Finally, a second dispersion model run is performed using the appropriate terrain options and modeling receptors for the emission source as well as the enhanced hourly emission file from AERLIFT.

## Evaluation of AERLIFT

AERMOD has been tested with the AERLIFT approach with a model evaluation field study[12,13] conducted by Eastman Chemical Company in Kingsport, Tennessee, USA. This study featured a 1-year monitoring period with 4 monitors featuring a line of 5 coal-fired boiler stacks. The inclusion of the AERLIFT approach significantly reduced AERMOD overpredictions, as noted by Szembek et al.[13]. The need for this feature was particularly evident when plumes from a row of 5 stacks indicated overprediction for impacts at a monitor located in elevated terrain, in spite of other model improvements from the low wind options (adjusted $u_*$ and LOWWIND options in AERMOD). When this single feature was tested in isolation, it resulted in a higher plume rise and a better model evaluation result in both flat and elevated terrain. This improvement was due to the effect of AERLIFT on plume rise and the attendant effect on predicted concentrations.

# EFFECTS OF A MOIST PLUME ON PLUME RISE CALCULATIONS

## Model Formulation for AERMOIST

The final plume rise formula in AERMOD and most other dispersion models is based on the assumption of a dry plume, where the stack plume is far from being saturated and carries essentially no liquid water load. However, in many cases for moist plumes, the effect on plume rise can be significant due to heat of condensation and should be accounted for, particularly for emission sources that operate flue gas desulphurization equipment, or scrubbers, designed to remove several pollutants from combustion plumes. The scrubbing process acts to partially or fully saturate exhaust gases while minimizing any liquid "drift" emerging from the scrubber to minimize chemically erosive processes. This process acts to cool the plume relative to the unscrubbed exhaust, resulting in a reduction of plume rise. However, the moist plume exits the stack and the heat of condensation released by the liquid water particles acts to make the plume gases warmer, giving the plume additional buoyancy. Some of this buoyancy is lost as the droplets evaporate on mixing, but a net gain in plume rise is realized from the heating/cooling process. The largest net rise is realized for the situation where the ambient air itself is near saturation.

A moist plume rise model[4] called "IBJpluris" has been found to accurately predict the final rise of a moist plume and can be used to complement the dispersion modeling process when moisture content can be a significant factor. The IBJpluris model formulation includes a general solution for bent-over moist (initially saturated) chimney plumes. The model was reviewed by Presotto et al.[14], who indicated that despite a number of entrainment formulas available, IBJpluris possessed the physical capability of representing the impacts of heat of condensation on symmetric chimney plume rise. The Presotto et al. paper also reported field evaluation results for the IBJpluris model involving aircraft measurements through moist plumes emitted by stacks and cooling towers. Therefore, IBJpluris was selected as the core model for developing and applying a simple adjustment method to the standard Briggs[15] plume rise formula used by AERMOD to account for thermodynamic modification of plume rise.

The authors have developed a pre-processor called "AERMOIST", whereby adjustments can be made to better simulate the rise of a moist plume using a dry plume model like AERMOD. This is done by performing IBJpluris model runs for both the actual moist plume and a dry plume so that the adjustments for the difference can be made and transferred to hourly plume input data for models such as AERMOD. By assuming the ambient environment that the plume rises through is identical for both a dry and wet plume, a reasonable assumption is that the ratio of the wet to dry plume rise for IBJpluris can be used to adjust the dry dispersion model plume rise to a moist plume rise prediction:

## Equation 5.

$[\Delta h_w \text{ (model)}] / [\Delta h_d \text{ (model)}] = [\Delta h_w \text{ (IBJpluris)}] / [\Delta h_d \text{ (IBJpluris)}]$

where:
$\Delta h$ is the change in final plume rise

subscripts "w" and "d" correspond to moist and dry plumes, respectively

The approach is based upon testing that found that this scaling ratio has a low sensitivity to changes in wind speed and stability, although the variations in rise for individual conditions may be rather large. This assumption is reasonable since the rise is functionally related to the sum of exiting buoyancy and vertical momentum fluxes and the difference between dry and moist rise depends mainly on buoyancy, which is primarily temperature- and relative humidity-dependent.

The rising plume, by analogy, can be treated as if it were a rising moist thermal and cloud dynamic process. Concepts such as the buoyancy factor (Jacobson[16]) can be applied since this same buoyancy factor appears in the Briggs[15] dry plume rise. The major difference is that the cloud buoyancy depends on the virtual temperature, which depends on temperature, pressure, and relative humidity of both the plume and the environment. The buoyancy factor, $F_b$, for both plume and cloud water as normalized density can be expressed by the difference between plume temperature and ambient temperature, divided by the plume temperature, when virtual temperature is equal to dry bulb temperature. The approximate term appears in the Briggs[15] final plume rise formula for the dry buoyancy flux term. The final rise $\Delta h_f$ is a power law function of $F_b$, where the power is '1/3' as derived by Briggs[13]. Following Jacobson[16], the moist buoyancy can be expressed in terms of the virtual temperatures and water vapor partial pressures of the plume and the ambient environment as $T_{va}$, $T_{vp}$, and $P_a$, $P_{wa}$, $P_{wp}$, where $P_{wp}$ is assumed to be saturated, $P_s$. The virtual temperature, $T_v$, can be expressed in terms of dry bulb temperature, T (Arya[17]):

**Equation 6.**

$$T_v = T(1 + 0.608 \, q_v) = T\{1 + 0.608[0.622 \, (RH) \, P_s/(P_{da} + 0.622 \, (RH) \, P_s)]\}$$

where:
$q_v$ is the mixing ratio in kg of moisture per kg of dry air
$P_{da}$ is the dry atmosphere pressure
RH is relative humidity as a fraction

For a plume exit temperature of 325 K, the virtual temperature of a saturated plume is 390 K. As the saturated plume temperature increases, so do the effects of virtual temperature, especially for higher stack temperature and relative humidity.

Using a relationship for estimating the saturation vapor pressure of water derived from the Clausius-Clapeyron equation (Ayra[17]), the relative humidity of a plume can be estimated from the moisture content (%) at the plume exit temperature:

**Equation 7.**

$$P_s = 6.112 \exp \{6816 \, [(1/273.15) - (1/T)] + 5.1309 \ln (273.15/T)\}$$

where:
all pressures are in hectopascals (millibars)

The IBJpluris model has the ability to treat sub-saturated plumes as long as the plume emission temperature is held constant. Using Equation 7 and the moisture content of the exiting plume, the relative humidity of the plume can be estimated. As the ambient air retains more moisture, the plume travels higher before reaching equilibrium with the ambient air.

## Equivalent Dry Plume Temperature

An effective approach for representing moisture in plumes is to adjust only the plume temperature rather than changing both plume and ambient temperatures, which would be required if virtual temperature were to be used directly. This revised plume temperature is generated by AERMOIST and can be referred to as an "equivalent dry plume temperature", and it is always greater than the original plume temperature and does not equal the virtual temperature. This hourly equivalent plume temperature is input to a dispersion model such as AERMOD in an hourly emissions input file so that the moist plume rise is more accurately modeled. The scaling relationship based on the right hand side of Equation 5 forms the first part of the adjustment model. The plume height scaling parameter is given by the moist over the dry buoyancy flux:

**Equation 8.**

$$\beta = (\Delta h_w^3 / \Delta h_d^3)$$

where:
subscripts w and d refer to moist and dry buoyancy fluxes, respectively

Two equations relating final rise to equivalent plume and ambient temperature are:

**Equation 9.**

$$\Delta h_d 3 = \lambda F_{b\,dry} = \lambda[(T_p - T_a)/T_p]$$

**Equation 10.**

$$\Delta h_w 3 = \lambda F_{b\,wet} = \lambda[(T_{peq} - T_a)/T_{peq}]$$

The exponent of 3 in Equation 8 is due to the Briggs[15] plume rise dependence on the buoyant flux, $F_b$, to the '1/3' power. As the vertical momentum flux becomes a larger fraction of the total flux, the effective exponent for the buoyant rise becomes smaller because the momentum plume rise is proportional to the momentum flux, $F_m$, to the 1.5 power. In AERMOIST, the exponent is treated as a user input to be conservative (< 3) when the total plume rise may have appreciable momentum at release. A smaller buoyant rise exponent, such as 2.5, helps to insure that the model is conservative and the plume rise is not overstated.

From the equations stated above, the equivalent plume temperature, $T_{peq}$, can be solved for directly as:

**Equation 11.**

$T_{peq} = T_p\,T_a / [(1 - \beta)T_p + \beta T_a]$

The ratio, $\beta$, is a function of both humidity and temperature and is found by the dry and moist IBJpluris simulations. As $\beta$ goes to 1, the equivalent plume temperature approaches the dry plume temperature, $T_p$.

To provide the hourly equivalent plume temperature to AERMOD, a simple interpolation bilinear model is constructed using a series of $\beta$s across a range of temperature and relative humidity. At the end points of each range, $\beta$ is calculated using IBJpluris and applied in a Taylor first-order expansion to create a bilinear model for the wet to dry ratio of plume rise within each range, $\beta(T_a, RH_a)$. The model assumes that ambient air at stack exit will be in the range from 253 - 313 K. Ambient temperatures outside of this range are clipped. The ambient relative humidity is assumed to lie between 0% and 95%. Values above 95% are clipped because these lie in a range of extreme sensitivity to conditional instability.

In AERMOIST, the IBJpluris model is exercised in both dry and wet mode for each range and an array of temperatures and humidity over the range of possible values, $\beta(T_i, RH_j)$ ratios, is saved for each stack that is modeled and are used to estimate the model adjustment coefficients, $C_{i,j}$ and $D_{i,j}$. The continuous model for the moist to dry plume rise ratio becomes:

**Equation 12.**

$\beta(T_a, RH_a) = \beta(T_i, RH_j) + (T_a - T_i)\,C_{i,j} + (RH_a - RH_j)\,D_{i,j}$

The $\beta(T_a, RH_a)$ are used to estimate the equivalent hourly plume temperatures for input to the dispersion model for each hour of emissions. By modifying only the plume temperature, multiple sources can be included in the model run, each with their own series of equivalent hourly plume temperatures. Dry plumes can also be modeled with standard, constant input data.

## Moist Plume Rise Testing

The authors exercised the IBJpluris model for a typical saturated, scrubbed power plant, with characteristics as listed in Table 1. The exiting plume moisture content for this test stack is 13.4%, and for a surface pressure of 1000 hPa, $P_s = 134$ hPa which, according to Equation 6, translates into a saturated plume ($RH_p = 100\%$) for an observed stack temperature of 325 K. The source's plume characteristics suggest that such an observed temperature (dry bulb) is actually near 340 K in terms of the virtual temperature for the saturated plume.

**Table 1. Moist plume characteristics used in the test case.**

| Stack Height (m) | Exit Diameter (m) | Exit Temperature (K) | Exit Velocity (m/s) |
|---|---|---|---|
| 171.45 | 14.23 | 325.37 | 15.16 |

The profile used by AERMOIST assumes neutral conditions with a height constant humidity and turbulence profile. For a given environmental humidity value, the plume was modeled with dry humidity (0%) and a moist humidity based on the actual moisture content of the plume. The resulting plume rises as a function of downwind distance are illustrated for the dry (0% $RH_p$) and the moist (100% $RH_p$) plume cases with a dry ambient humidity (0% $RH_a$), and for a saturated plume emitted into a nearly saturated environment in Figure 1. The rise at 2000 m downwind is 189.8 m for the dry plume and dry environment, 209.3 m for a saturated plume in a dry ambient environment, and 219 m for the saturated plume rise in a 90% constant RH environment. At an ambient temperature of 293 K, the percent increase over the dry case is 10.3% and when a moist environment is considered, it is 15.4%.

**Figure 1. Plume rise as a function of downwind distance for dry rise and an initially saturated plume by the test source for two constant relative humidity environmental conditions.**



AERMOIST systematically exercises IBJpluris for each of the temperatures and relative humidity ranges (bins). Assuming final rise estimates at 2000 m downwind for a select set of temperature and relative humidity ranges, it is apparent that the largest rise of the saturated plume occurs at 90% humidity environmental conditions for the cooler ambient temperatures. The dependency on ambient humidity of final rise at any ambient temperature is rather small for a dry plume, allowing for ambient RH to be ignored for dry plumes. However, moist plume rise will increase substantially as the ambient humidity approaches saturation with an increase of over 10% from dry, cool air to moist cool air. Using virtual temperature by itself does not explain this effect. As the ambient temperature increases and the buoyancy factor decreases, the change in plume rise with humidity is reduced. The resulting equivalent plume temperatures for use in dispersion modeling generated by AERMOIST, which actually runs the validated IBJpluris plume rise model, produce improved plume rise estimates for moist plumes. As evaluated by Presotto et al.[12], the IBJpluris model predicts a more realistic plume rise for moist plumes than a model that represents a moist plume as a dry plume. Therefore, using the

AERMOIST technique in conjunction with a dry plume model such as AERMOD will result in improved model performance.

## CONCLUSIONS

Steady-state plume models such as AERMOD have not been extensively tested or designed for source characteristics involving rows of stacks or scrubbed plumes. This paper describes the formulation and implementation of two techniques to address plume rise predictions with these two source types.

Multiple stacks in a line can result in plume merging and buoyancy enhancement under certain conditions. The AERLIFT processor assesses and incorporates plume merging from aligned emission sources using an hourly emissions file from an initial model run. The exhaust characteristics of the merging plumes are refined by AERLIFT on an hourly basis, and then the dispersion model is run a second time with a new input of effective hourly exhaust parameters for each affected source.

Stacks with moist plumes can lead to latent heat release of condensation after the plume exits the stack, providing additional plume rise relative to a dry plume case. This effect has been neglected in many dispersion models, but with the increasing use of flue gas desulfurization controls that inject considerable water vapor into the plume exhaust, accommodating this effect is very important. The AERMOIST procedure incorporates this moist plume effect by refining the hourly input exit temperature data based on a scaling ratio developed using a previously European model (the IBJpluris model) which incorporates moist plume effects. Stack sources for which this approach is particularly relevant is for processes involving wet and dry flue gas desulfurization controls.

These advanced plume rise procedures have been designed for use with dispersion models like AERMOD without the need to change the modeling system code, and are shown to improve model performance. They can be used individually, or in combination. By including these procedures outside of the modeling code as source characterization techniques, these procedures are available to a large suite of modeling approaches. In addition, their use as more accurately portraying the source plume behavior is inherently a refinement outside the model's treatment of plume transport and dispersion. Although we have provided available model performance results, we encourage much wider testing and evaluation of these approaches in a variety of settings.

## References

1    Cimorelli, A.J., S.G. Perry, A. Venkatram, J.C. Weil, R.J. Paine, R.B. Wilson, R.F. Lee, W.D. Peters, and R.W. Brode. 2005. AERMOD: A dispersion model for industrial source applications. Part I: General model formulation and boundary layer characterization. *J. Appl. Meteorol.* 44:682–693. doi:10.1175/JAM2227.1.
2    Perry, S.G., A.J. Cimorelli, R.J. Paine, R.W. Brode, J.C. Weil, A. Venkatram, R.B. Wilson, R.F. Lee, and W.D. Peters, 2005. AERMOD: A Dispersion Model for Industrial Source Applications. Part II: Model Performance against 17 Field Study Databases. Journal of

Applied Meteorology, 44, 694-708. American Meteorological Society, Boston, MA. doi: 10.1175/JAM2228.1

3    Briggs, G. A. 1984. "Chapter 8: Plume Rise and Buoyancy Effects." In Atmospheric Science and Power Production. Oak Ridge, TN; Springfield, VA: Technical Information Center, Office of Scientific and Technical Information, U.S. Dept. of Energy.

4    Janicke Consulting, Environmental Physics, 2015. Plume rise model IBJpluris. http://www.janicke.de/en/download-programs.html.

5    Janicke, U., and Janicke L. 2001. A three-dimensional plume rise model for dry and wet plumes. *Atm. Env*. 35(2001):877-890.

6    Manins P., J. Carras, and D. Williams. 1992. Plume rise from multiple stacks. Clean Air (Australia) 26(2):65 - 68.

7    Briggs, G.A. 1974. Cooling Tower Environment - 1974: Plume Rise from Multiple Sources (CONF-740302). Springhill, VA: ERDA Symposium Series, National Technical Information Services, U.S. Dept. of Commerce.

8    Anfossi, D. 1985. Analysis of plume rise data from five TVA steam plants. J. Appl. Meteorol Clim. 24:1225-1236. doi: 10.1175/1520-0450(1985)024<1225:AOPRDF>2.0.CO;2.

9    Macdonald, R.W., R. K. Strom, and P.R. Slawson. 2002. Water flume study of the enhancement of buoyant rise in pairs of merging plumes. *Atm. Env*. 36(29):4603-4615. doi: 10.1016/S1352-2310(02)00464-8.

10    Overcamp, T.J. and T. Ku. 1988. Plume rise from two or more adjacent stacks. *Atm. Env*. 22(4):625-637.

11    Contini, D., P. Hayden, and A. Robins. 2006. Concentration field and turbulent fluxes during the mixing of two buoyant plumes. *Atm. Env*. 40(40):7842-7857. doi: 10.1016/j.atmosenv.2006.07.024.

12    Paine, R., F. Tringale, and S. Gossett. 2013. Resolution of 1-hour SO2 non-attainment area in Kingsport, TN: Advanced meteorological and monitoring study. Control #7, Air & Waste Management Association Specialty Conference, Guideline on Air Quality Models: The Path Forward, Raleigh, NC. March 2013

13    Szembek, C., R. Paine, and S. Gossett. 2013. Resolution of 1-hour SO2 non-attainment area in Kingsport, TN: Model evaluation analysis results to date. Control #8, Air & Waste Management Association Specialty Conference, Guideline on Air Quality Models: the Path Forward, Raleigh, NC. March 2013.

14    Presotto, L., R. Bellasia, and R. Bianconi. 2005. Assessment of the visibility impact of a plume emitted by a desulphuration plant. *Atm. Env*. 39(4):719-737.

15    Briggs, G. A. 1975. "Plume Rise Predictions." In Lectures on Air Pollution and Environmental Impact Analyses. Boston, MA: American Meteorological Society.

16    Jacobson, M. Z. 2005. Fundamentals of Atmospheric Modeling. New York, NY: Cambridge University Press.

17    Arya, S. 2001. "Chapter 5: Air Temperature and Humidity in the PBL." In Introduction to Micrometeorology. Oxford, UK: Academic Press.

## KEYWORDS

Source Characterization, AERMOD, Plume Rise

Attachment 3

Environment

Submitted to:
Luminant Generation Company LLC

Submitted by:
AECOM
Chelmsford, MA
60345106.100
March 2016

# Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station

AECOM Environment
March 2016
**Document No.: 60345106.100**

Environment

Submitted to:
Luminant Generation Company LLC

Submitted by:
AECOM
Chelmsford, MA
60345106.100
March 2016

# Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station



Prepared By:  Olga Samani



Reviewed By:  Robert Paine

# Contents

**1.0  Introduction** ..................................................................................................... **1-3**

    1.1  Report Organization ............................................................................... 1-3

**2.0  Description of Modeled Emission Sources** .............................................. **2-1**

    2.1  Monticello Steam Electric Station ........................................................ 2-1

    2.2  Regional Background .............................................................................. 2-1

**3.0  Dispersion Modeling Approach** ................................................................. **3-1**

    3.1  Good Engineering Practice Stack Height Analysis ............................ 3-1

    3.2  Dispersion Environment ......................................................................... 3-1

    3.3  Model Receptor Grid and Terrain ......................................................... 3-2

    3.4  Meteorological Data Processing ........................................................... 3-2

    3.5  Emissions and Stack Parameters ......................................................... 3-3

    3.6  Source Characterization and Model Options ...................................... 3-3

        3.6.1  Source Characterization using the AERMOIST Technique ............... 3-4

        3.6.2  Source Characterization using the AERLIFT Technique .................... 3-5

        3.6.3  Penetrated Plume Issue in AERMOD .................................................. 3-5

        3.6.4  Low Wind Model Options ..................................................................... 3-6

**4.0  AERMOD Modeling Results** ....................................................................... **4-1**

**5.0  Conclusions** ................................................................................................ **5-1**

**Appendix A:**  Atmospheric Environment Paper on Source Characterization Refinements for Routine Modeling Applications

**Appendix B:**  Conference Paper on Plume Rise Effects for Unique Source Types

**Appendix C:**  Communication from EPA Region 4 Regarding Eastman Modeling Approaches

**Appendix D:**  Conference Paper on "AERMOD Low Wind Speed Improvements:  Status Report and New Evaluations"

**Appendix E:**  Journal of Air & Waste Management Association Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases (LOWWIND2)

**Appendix F:**  Journal of Air & Waste Management Association Notebook Paper on Evaluation of Low Wind Modeling Approaches for Two Tall-Stack Databases with (LOWWIND3)

# List of Tables

Table 2-1:    2011 NEI $SO_2$ Unmodeled Emissions Within 50 km of Monticello Station and Waco Monitor .................................................................................................................. 2-2

Table 2-2:    Waco $SO_2$ Monitor Seasonal Hour-of-Day Concentration ............................................. 2-3

Table 3-1:    Modeling Parameters ........................................................................................... 3-3

Table 4-1:    AERMOD Modeled Design 1-hour $SO_2$ Concentration Results ...................................... 4-1

# List of Figures

Figure 1-1    Topographical Map Showing Monticello Site Location ..................................................... 1-4

Figure 2-1:    Monticello Steam Electric Station Photograph ............................................................. 2-1

Figure 2-3    Location of $SO_2$ Waco Monitor and Welsh Power Plant with Respect to Monticello Steam Electric Station ................................................................................................... 2-4

Figure 2-4:    2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of Day at Waco $SO_2$ Monitor ............................................................................................ 2-5

Figure 3-1:    Monticello Structures and Stacks Used in the GEP Analysis ......................................... 3-8

Figure 3-2:    Welsh Structures and Stacks Used in the GEP Analysis ............................................... 3-9

Figure 3-3:    Monticello Modeling Far-Field Receptor Grid ............................................................ 3-10

Figure 3-4:    Monticello Modeling Near-Field Receptor Grid ........................................................... 3-11

Figure 3-5:    Location of Meteorological Stations Relative to Monticello Steam Electric Station ....... 3-12

Figure 3-6:    Longview, TX Wind Rose (2013-2015) .................................................................... 3-13

Figure 4-1:    99th percentile 3-year average 1-hour $SO_2$ Concentration Isopleths with LOWWIND3, AERMOIST, and AERLIFT Options ......................................................................... 4-2

# 1.0   Introduction

The United States Environmental Protection Agency (EPA) is implementing the 2010 1-hour $SO_2$ National Ambient Air Quality Standard (NAAQS)[1], using an approach that involves either monitoring data or dispersion modeling where such modeling to characterize local $SO_2$ concentrations near isolated emission sources "clearly demonstrates" attainment or nonattainment.  Based on an absence of monitoring data, the state of Texas proposed to designate many areas in the state as unclassifiable/attainment.

One of the affected sources is the Monticello Steam Electric Station, located about 10 kilometers southwest of Mount Pleasant, Texas (see Figure 1-1 for a map showing the source location).  The purpose of this report is to provide information to the Texas Commission of Environmental Quality (TCEQ) regarding the results of a dispersion modeling characterization of $SO_2$ concentrations around Monticello as well as provide additional information to the EPA.  The dispersion modeling analysis was conducted using a combination of regulatory default options as well as proposed EPA changes to Appendix W. Additionally, source characterization techniques called AERMOIST (accounting for plume rise effects caused by moisture in a stack's plume) and AERLIFT (accounting for the plume merging effect of adjacent stacks) were used to more accurately model the buoyant plume rise.

## 1.1   Report Organization

Section 2 of this report describes the Monticello Steam Electric Station and the other sources modeled.  This section also describes the source of regional monitoring data that is used to represent distant source impacts.  Section 3 describes the dispersion model approaches used in this study:  the current default AERMOD modeling approach as well as the use of EPA-proposed low wind improvements to AERMOD and additional source characterization tools developed by AECOM.  Justification for the use of the low wind improvements is provided in appendices to the report.   Section 4 of the report describes the modeling results and indicates that with modeling conducted in accordance with the Modeling Technical Assistance Document,[2] the characterization of $SO_2$ concentrations results in a finding of NAAQS attainment.  Appendices A and B provide documentation for the source characterization technique, AERMOIST and AERLIFT.  EPA comments on the use of a similar source characterization technique in a recent modeling application are presented in Appendix C.  Documentation for the use of the low wind options as a non-default model is provided in Appendices D, E, and F.

---

[1] 75 FR 35571 is the final rule for the 2010 $SO_2$ NAAQS.

[2] http://www.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf.

**Figure 1-1    Topographical Map Showing Monticello Site Location**



# 2.0    Description of Modeled Emission Sources

## 2.1    Monticello Steam Electric Station

Monticello Steam Electric Station is a 1,880-megawatt coal-fired power plant located about 10 kilometers southwest of Mount Pleasant, Titus County, Texas.  The station operates three boilers exhausting through two identical 122-meter (Units 1 and 2) tall stacks and a single 140-meter (Unit 3) tall stack, as shown in Figure 2-1.  The area surrounding Monticello is considered rural, with simple terrain extending to at least 50 km from the facility.  The Power Plant is primarily surrounded by the waters of Monticello Lake and Lake Bob Sandlin.

**Figure 2-1:   Monticello Steam Electric Station Photograph**



Credit:  KIIITV; see http://www.kiiitv.com/story/19436965/luminant-to-idle-monticello-units-in-winter-summer-months

## 2.2    Regional Background

In addition to estimating the impacts from Monticello sources, the impacts from other sources of $SO_2$ in the region were considered to demonstrate that region is currently modeled to be in attainment of the 1-hour $SO_2$ NAAQS.  Welsh Power Plant, located approximately 19 kilometers from Monticello, was identified as a nearby background source (Figure 2-3).  The Welsh Power Plant has been included as a nearby background source in this modeling analysis.  As part of a permitting action for Mercury and Air Toxics Standards (MATS) compliance, Welsh Power Plant will begin utilizing a new, taller chimney in 2016. Although this change is anticipated to decrease the modeled $SO_2$ impacts from Welsh, the change is not being accounted for in the current modeling, which adds conservatism to the final results.

The total concentration for characterizing the 1-hour $SO_2$ NAAQS concentrations was calculated by adding the modeled concentration to the regional background concentrations from the Waco $SO_2$ monitor in McLennan County (AQS ID 48-309-1037) located about 250 kilometers away from Monticello, shown in Figure 2-3.  The Waco monitor represents a conservative background estimate of the background sources of $SO_2$ that are not included in the modeling.  As referenced in a footnote in Table 2-1, the 2011 National Emission Inventory (NEI) shows the Welsh site is the only other large source of $SO_2$ within 50 kilometers of Monticello; the unmodeled sources only constitute emissions of less than

200 TPY.  When considering nearby emissions, the total emissions that could contribute to the background near Monticello are significantly less than the total emissions that are affecting background concentrations near the Waco monitor.  In fact, the background emissions within 10 – 25 km of the Waco monitor are well over 1,000 TPY while those near Monticello are slightly over 100 TPY.  The observation supports the conservative use of the Waco monitor to represent background concentrations in the area of Monticello.

**Table 2-1:    2011 NEI SO$_2$ Unmodeled Emissions Within 50 km of Monticello Station and Waco Monitor**

| Location | City | 2011 NEI Annual SO$_2$ Emissions (tpy) within Distance Shown | | |
|---|---|---|---|---|
| | | 0 – 10 | 10 – 25 | 25 – 50 |
| Monticello Steam Electric Station[1] | Mount Pleasant | 4 | 106 | 65 |
| Waco-Mazanec (AQS ID 48-309-1037) | Waco | 0 | 1,020 | 387 |
| [1]. Excludes the Welsh Power Plant, since those emissions are included in our modeling. | | | | |

The modeling analysis included seasonal diurnal background values developed using the procedures described in the EPA's March 1, 2011 Memorandum.[3]  Page 20 of the memorandum outlines the methodology for calculating background SO$_2$ values that vary by season and hour of day. The background values were calculated using the most recent 3-year period (2013-2015) and added internally in AERMOD to the AERMOD-predicted concentration for comparison with the 1-hour SO$_2$ (NAAQS of 196.5 µg/m$^3$.  The Waco seasonal SO$_2$ concentrations are listed in Table 2-2 and displayed in Figure 2-4.

---

[3] http://www.epa.gov/scram001/guidance/clarification/Additional_Clarifications_AppendixW_Hourly-NO2-NAAQS_FINAL_03-01-2011.pdf

**Table 2-2:    Waco SO₂ Monitor Seasonal Hour-of-Day Concentration**

| Hour of Day | 2013-2015 Average Concentration (µg/m³) | | | |
|---|---|---|---|---|
| | **Winter** | **Spring** | **Summer** | **Fall** |
| 1 | 3.66 | 3.49 | 3.49 | 2.88 |
| 2 | 3.57 | 3.14 | 3.92 | 9.85 |
| 3 | 5.05 | 3.49 | 3.57 | 2.96 |
| 4 | 4.97 | 2.35 | 3.31 | 7.41 |
| 5 | 4.01 | 1.92 | 2.18 | 2.79 |
| 6 | 2.53 | 1.83 | 2.44 | 2.70 |
| 7 | 2.35 | 1.92 | 1.92 | 2.53 |
| 8 | 2.35 | 2.09 | 2.09 | 2.79 |
| 9 | 3.05 | 2.00 | 3.05 | 3.92 |
| 10 | 4.10 | 4.44 | 6.36 | 7.58 |
| 11 | 8.89 | 5.40 | 6.27 | 9.24 |
| 12 | 6.27 | 4.01 | 4.44 | 8.45 |
| 13 | 9.24 | 4.27 | 4.71 | 7.06 |
| 14 | 8.89 | 6.01 | 5.05 | 8.54 |
| 15 | 7.76 | 4.62 | 3.83 | 7.58 |
| 16 | 6.71 | 4.01 | 3.40 | 7.23 |
| 17 | 9.67 | 4.01 | 3.66 | 5.75 |
| 18 | 6.27 | 4.27 | 3.83 | 7.15 |
| 19 | 5.58 | 3.83 | 3.66 | 6.19 |
| 20 | 4.97 | 8.19 | 3.66 | 6.45 |
| 21 | 6.45 | 5.66 | 5.14 | 7.23 |
| 22 | 4.36 | 6.97 | 6.45 | 5.75 |
| 23 | 4.62 | 6.36 | 5.32 | 4.27 |
| 24 | 3.31 | 4.71 | 4.44 | 3.57 |
| Note: Hours are the ending hour (i.e., Hour 1 is the period from midnight through 1 AM). | | | | |

**Figure 2-2    Location of SO₂ Waco Monitor and Welsh Power Plant with Respect to Monticello Steam Electric Station**



**Figure 2-3:** **2013-2015 3-year Average of 99th Percentile Concentration by Season and Hour of Day at Waco SO$_2$ Monitor**



# 3.0   Dispersion Modeling Approach

The suitability of an air quality dispersion model for a particular application is dependent upon several factors.  The following selection criteria have been evaluated:

- stack height relative to nearby structures;
- dispersion environment;
- local terrain; and
- representative meteorological data.

The US EPA Guideline on Air Quality Models (Appendix W[4]) prescribes a set of approved models for regulatory applications for a wide range of source types and dispersion environments.  Based on a review of the factors discussed below, the latest version of AERMOD (15181) was used to assess air quality impacts for the Monticello Steam Electric Station.  Notably, this model was developed for use in permitting and, as a result, tends to over-predict impacts.

## 3.1    Good Engineering Practice Stack Height Analysis

Good engineering practice (GEP) stack height is defined as the stack height necessary to ensure that emissions from the stack do not result in excessive concentrations of any air pollutant as a result of atmospheric downwash, wakes, or eddy effects created by the source, nearby structures, or terrain features.

A GEP stack height analysis was performed for the three boiler stacks at Monticello and two boiler stacks at Welsh with the USEPA's Building Profile Input Program (BPIP).  BPIP was used to develop the building/structural information required for input to AERMOD to simulate building downwash in the dispersion modeling.  A total of 48 buildings were included into the GEP analysis (26 for Monticello and 22 for Welsh).  The locations of the buildings relative to the stacks are shown in Figure 3-1 and Figure 3-2.  Since EPA's Technical Assistance Document for modeling[5] specifies that actual stack heights should be used in this modeling characterization of $SO_2$ concentrations, the GEP analysis was used to provide input of building dimensions to AERMOD but not to change the stack height input from the actual value for input to the modeling.

## 3.2    Dispersion Environment

The application of AERMOD requires characterization of the local (within 3 kilometers) dispersion environment as either urban or rural, based on a US EPA-recommended procedure that characterizes an area by prevalent land use.  This land use approach classifies an area according to 12 land use types.  In this scheme, areas of industrial, commercial, and compact residential land use are designated urban.  According to US EPA modeling guidelines, if more than 50% of an area within a 3-km radius of the facility is classified as rural, then rural dispersion coefficients are to be used in the dispersion

---

[4] http://www.epa.gov/ttn/scram/guidance/guide/appw_05.pdf

[5] http://www.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf.

modeling analysis.  Conversely, if more than 50% of the area is urban, urban dispersion coefficients are used.  As shown in Figure 1-1, the 3-km area surrounding Monticello Steam Electric Station is rural. Therefore, rural dispersion was assumed.

### 3.3     Model Receptor Grid and Terrain

AERMAP (version 11103) was used to generate modeling receptors.  A Cartesian receptor grid was generated as an input to AERMOD with the following spacing:

- 0 km to 2 km with 100 meter spacing,

- 2 km to 5 km with 250 meter spacing,

- 5 km to 10 km with 500 meter spacing, and

- 10 km to 50 km with 1,000 meter spacing.

Terrain elevations from 30-meter National Elevation Data (NED) from USGS were processed with AERMAP to develop the receptor terrain elevations required by AERMOD.

Receptors were removed from Luminant property and locations where an $SO_2$ monitor could not physically be placed (e.g., over water and on roadways).  In particular, receptors were removed over the Lake Monticello, Lake Cyprus Springs, Lake Bob Sandlin, and the adjacent Monticello mining property.  This approach is consistent with the $SO_2$ Modeling TAD, although the receptor grid used in this report is conservative because additional areas could likely also be excluded depending on local terrain, land ownership, accessible power and other factors affecting monitoring siting.  Figure 3-3 and 3-4 show the receptor network used in the modeling.

### 3.4     Meteorological Data Processing

Meteorological data from Longview, TX and upper air observations from Shreveport, LA (see Figure 3-5) were processed using AERMET (version 15181) and included 1-minute wind data using AERMINUTE (version 15272) to reduce the occurrence of calm wind observations.  The most recent three years of data, 2013-2015, were used to generate the surface and profile meteorological data files for AERMOD. Figure 3-6 shows the 3-year average (2013-2015) wind rose.  In the AERMINUTE processing, the low wind speed threshold was set to 0.5 m/s. Processing was performed in AERMET using both the default and ADJ_U* options, although we found that the modeling results are insensitive to the ADJ_U* option.

AERMET requires specification of the meteorological station site characteristics including surface roughness ($z_o$), albedo (r), and Bowen ratio ($B_o$).  These parameters were developed using the EPA's AERSURFACE tool, version 13016. The Bowen ratio is an indicator of surface moisture and the albedo is a measure of the reflectivity of the land surface. Together these indicators are used by AERMET to estimate the boundary layer parameters for determining the stability of the atmosphere. The surface roughness is related to the heights of obstacles to the wind flow and is used to parameterize other surface stability indicators in AERMET.

The Bowen ratio and albedo associated with land use characteristics are calculated in AERSURFACE within a 10 km by 10 km area centered on the Longview Airport.  The general surface characteristics within the 100 square kilometer area are very similar between the Monticello site and the Longview airport.  Surface roughness is estimated by AERSURFACE using the USGS NLCD 1992 land use data, within a 1-km radius centered on the Monticello site.  A single 360-degree sector was used to calculate the roughness length at the site.

AERMET creates two output files for input to AERMOD:

- SURFACE: a file with boundary layer parameters such as sensible heat flux, surface friction velocity, convective velocity scale, vertical potential temperature gradient in the 500-meter layer above the planetary boundary layer, and convective and mechanical mixing heights. Also provided are values of Monin-Obukhov length, surface roughness, albedo, Bowen ratio, wind speed, wind direction, temperature, and heights at which measurements were taken.

- PROFILE: a file containing multi-level meteorological data with wind speed, wind direction, temperature, sigma-theta ($\sigma_\theta$) and sigma-w ($\sigma_w$) when such data are available.

Figure 3-5 shows the locations of the meteorological stations mentioned above in relation to the Monticello Steam Electric Station.

## 3.5    Emissions and Stack Parameters

Hourly $SO_2$ emissions for the Monticello and Welsh Power Plants were obtained from the EPA Clean Air Markets Division's (CAMD) Air Markets Program Data[6] for the latest three years (2013-2015). As recommended in the $SO_2$ Modeling TAD, the actual stack heights of all sources were used in the modeling. Table 3-1 summarizes the stack locations and exhaust parameters used in this modeling analysis. Regardless, as is typical, the CEMS for Monticello and Welsh Power Plants are biased high in order to ensure emissions are not underreported in compliance with Part 75. Accordingly, the model results will overstate actual impacts.

For Monticello Units 1 – 3, hourly stack temperature and stack velocity were input into the model for the three-year period. These data were provided by Luminant based on CEMS data collected at each source. For Welsh Unit 1 and 3, the stack temperature identified in the December 18, 2013 modeling submittal to TCEQ was used for all hours of the year, and the stack velocity identified in the most recent emission inventory submittal to the TCEQ was used for all hours of the year.

**Table 3-1:    Modeling Parameters**

| Plant/ Unit # | X (m) | Y (m) | $SO_2$ Emissions | Stack Height (m) | Exit Velocity (m/s) | Temperature (K) | Diameter (m) |
|---|---|---|---|---|---|---|---|
| Monticello 1 | 309837 | 3663186 | Vary by hour | 121.92 | Vary by hour | Vary by hour | 6.55 |
| Monticello 2 | 309796 | 3663263 | Vary by hour | 121.92 | Vary by hour | Vary by hour | 6.55 |
| Monticello 3 | 309814 | 3663370 | Vary by hour | 140.21 | Vary by hour | Vary by hour | 7.77 |
| Welsh 1 | 328178 | 3658847 | Vary by hour | 91.44 | 48.77 | 403.4 | 5.18 |
| Welsh 3 | 328178 | 3659004 | Vary by hour | 91.44 | 48.77 | 403.4 | 5.18 |

## 3.6    Source Characterization and Model Options

In addition to the default model options discussed above, certain refinements are appropriate to accurately characterize $SO_2$ concentrations in the vicinity of the Monticello Steam Electric Station. These refinements involve implementation of source characterization techniques called AERMOIST,

---

[6] https://ampd.epa.gov/ampd/

AERLIFT and low wind model options that are currently proposed[7] by EPA as default options in AERMOD.  Therefore, additional modeling analyses were performed using a combination of AERMOIST, AERLIFT, and EPA-proposed low wind options to provide supplemental information to EPA as to the more likely $SO_2$ concentrations in the vicinity of the plant.   Based upon presentations at the EPA 11th modeling conference,[8] we anticipate EPA incorporation of these options into the revised Appendix W prior to July 2, 2016, so their inclusion in this modeling is appropriate.

### 3.6.1    Source Characterization using the AERMOIST Technique

Monticello Steam Electric Station's Unit 3 boiler operates a wet scrubber $SO_2$ control device.  This control device results in an average stack moisture content of 16% for the plume.  Stacks with substantially moist plumes can lead to latent heat release of condensation after the plume exits the stack, providing additional plume rise relative to a "dry" plume scenario.  Although some of the initial added buoyancy is later lost due to partial evaporation, a net gain in plume rise occurs.  The AERMOD plume rise formulation is based on the assumption of a dry plume, in that the chimney plume is considered to be far from being saturated and carries essentially no moisture.  A procedure to incorporate the moist plume effect can be performed by adjusting the input exit temperature data prior to an AERMOD model analysis using an AECOM-developed pre-processor called "AERMOIST." AERMOIST makes use of a European validated plume rise model called "IBJpluris" that already incorporates moist plume effects and has been found to accurately predict the final rise of a moist plume (Janicke and Janicke, 2001; Janicke Consulting, 2015).[9,10]  IBJpluris has been evaluated by Presotto et al. (2005),[11] which indicated that despite a number of entrainment formulas available, IBJpluris possessed the physical capability of representing the impacts of heat of condensation on symmetric chimney plume rise. Presotto et al. (2005) also reported field evaluation results for the IBJpluris model involving aircraft measurements through moist plumes emitted by stacks and cooling towers.

Plume rise adjustments using IBJpluris with and without moist plume effects are transferred to AERMOD through AERMOIST by adjusting the input stack temperature to calculate the equivalent dry plume temperature on an hourly basis, as a function of ambient temperature and relative humidity.  Ambient temperature and relative humidity are obtained from the AERMET surface file.  These equivalent dry plume temperatures are used in AERMOD as an hourly emission and stack exhaust parameter file.

AERMOIST uses constant stack parameters.  However, hourly-varying stack parameters can also be processed with the AERMOIST technique if AERMOIST is first run for multiple load conditions over the

---

[7] 80 FR 45340, July 29, 2015.

[8] Presentations are available at https://www3.epa.gov/ttn/scram/11thmodconfpres.htm.

[9] Janicke, U., Janicke, L., 2001. A three-dimensional plume rise model for dry and wet plumes. *Atmos. Environ.* 35, 877-890.

[10] Janicke Consulting, Environmental Physics, 2015. Plume Rise Model IBJpluris. http://www.janicke.de/en/download-programs.html

[11] Presotto, L., Bellasia, R., Bianconi, R., 2005. Assessment of the visibility impact of a plume emitted by a desulphuration plant. *Atmos. Environ.* 39 (4), 719-737.

range[12] of each source's operations.  Then, an interpolation procedure determines on an hourly basis an appropriate value for the equivalent dry plume hourly stack temperature.

This source characterization technique is not a modification to AERMOD but rather a refinement of the characterization of source inputs to AERMOD.  The AERMOIST formulation has been peer-reviewed and published in open access scientific literature and is provided in Appendices A and B.

### 3.6.2    Source Characterization using the AERLIFT Technique

As seen from Figure 2-1 and Figure 3-1, Monticello Unit 1 and Unit 2 stacks are in a line, which result in plume merging and buoyancy enhancement under certain conditions, as described by Briggs.[3]  The tendency of adjacent stack plumes to at least partially merge is a function of several factors which include the separation between the stacks, the angle of the wind relative to the stack alignment, and the plume rise for individual stack plumes (associated with individual stack buoyancy flux and meteorological variables such as stack-top wind speed).  An AECOM-developed procedure called "AERLIFT" has been created as a processor that works in conjunction with AERMOD for assessing and incorporating plume merging from aligned emission sources (Monticello Unit 1 and Unit 2 plumes).  This tool uses an hourly emissions file from an initial AERMOD run to refine the exhaust characteristics of the merging plumes on an hourly basis, and then AERMOD is run a second time with this new input of effective hourly exhaust parameters for each affected source.

Like AERMOIST, the AERLIFT source characterization technique is not a modification to AERMOD but rather a refinement of the characterization of source inputs to AERMOD.  The AERLIFT formulation has been peer-reviewed and published in open access scientific literature and is provided in Appendix A and Appendix B.  The AERLIFT technique for combining plume rise from stacks in a line was accepted by EPA Region 4 for Eastman Chemical (see Appendix C).

### 3.6.3    Penetrated Plume Issue in AERMOD

In numerous AERMOD applications for tall stacks in relatively flat terrain, AECOM has observed, through the use of AERMOD debugging software,[13] that the peak concentrations are dominated by convective conditions (usually the morning) with low mixing heights.  A penetrated plume condition occurs when the plume rises into the stable layer above a shallow convective boundary layer.  Rapid mixing of such plumes to the ground is not expected.  The previous EPA-approved Industrial Source Complex model[14] assumed zero ground-level concentrations for this type of condition.

This condition was further discussed by Paine[15] at the 11th Modeling Conference.  Our review of modeling results with a "DISTANCE DEBUG" enhanced AERMOD debugging output confirms that the Monticello peak AERMOD-predicted concentrations are caused by the simulated penetrated plume.

---

[12] The load-dependent stack temperature and exit velocity data are either provided through engineering considerations, or through a review of historical unit operations.

[13] The "DISTANCE DEBUG" output capability of AERMOD is documented and freely available from EPRI at https://sourceforge.net/projects/epri-dispersion/.

[14] EPA, 1995.  User's Guide for the Industrial Source Complex (ISC3) Dispersion Models.  EPA-454/B-95-003a.  Available at http://www3.epa.gov/ttn/scram/userg/regmod/isc3v1.pdf.

[15] Paine R., 2015.  Presentation made at EPA's 11th Modeling Conference.  Available at http://www.epa.gov/ttn/scram/11thmodconf/presentations/2-4_Penetrated_Plume_Issues.pdf.

App. 812

AERMOD simulates this plume to mix to the ground rapidly (faster than expected) and result in the highest concentrations of any dispersion condition.

The Paine presentation noted above cites two independent evaluation studies that both resulted in an over-prediction of up to 50% or more for this condition, suggesting that the vertical mixing of the plume is overstated. One of the evaluation databases cited for this conclusion, also discussed by Paine et al.,[16] is the Gibson Generating Station in southeastern Indiana. For this $SO_2$ Consent Decree plant, it is noteworthy that EPA was recently presented[17] with conflicting information for Gibson:

- A network of well-sited $SO_2$ monitors indicated an $SO_2$ design concentration of 72 ppb, and about 64 ppb without background.[18]
- The modeled value without background was about 123 ppb, almost twice that of the monitor. This finding shows a higher over-prediction tendency than that of Paine et al.[18]

This example illustrates the tendency of modeled values to exceed actual conditions by up to a factor of 2. There is no current means for quantitatively addressing the AERMOD over-prediction issue. The best practice is to account for it by taking the modeled design concentration value and recognizing that an unbiased concentration characterization could reduce this modeled estimate significantly.

### 3.6.4    Low Wind Model Options

In a proposed rulemaking published in the July 29, 2015 Federal Register,[10] the EPA released a revised version of AERMOD (version 15181), which replaces the previous version of AERMOD dated 14134. EPA proposed refinements to its preferred short-range model, AERMOD, involving low wind conditions. These refinements involve an adjustment to the computation of the friction velocity ("ADJ_U*") in the AERMET meteorological pre-processor and a higher minimum lateral wind speed standard deviation, sigma-v ($\sigma_v$), as incorporated into the "LOWWIND3" option. The proposal indicates that "the LOWWIND3 BETA option increases the minimum value of sigma-v from 0.2 to 0.3 m/s, uses the FASTALL approach to replicate the centerline concentration accounting for horizontal meander, but utilizes an effective sigma-y and eliminates upwind dispersion."

Dispersion modeling was conducted using both the current regulatory defaults and using proposed EPA changes to the preferred modeling approaches with beta ADJ_U* and LOWWIND3 options. Documentation for an interim use of these low wind options as a non-default model is provided in Appendices D, E, and F. Recently, ADJ_U* has been accepted for a compliance demonstration[19] in which LOWWIND3 was not proposed. While the proposed revisions to Appendix W support the use of

---

[16] Paine, R., O. Samani, M. Kaplan, E. Knipping and N. Kumar, 2015. Evaluation of low wind modeling approaches for two tall-stack databases. *Journal of the Air & Waste Management Association*, 65:11, 1341-1353, DOI: 10.1080/10962247.2015.1085924.

[17] EPA, 2016. Technical Support Document for Indiana Area Designations for the 2010 SO2 Primary National Ambient Air Quality Standard. Available at http://www3.epa.gov/so2designations/round2/05_IN_tsd.pdf.

[18] LADCO SO$_2$ Protocol presentation (indicating 8 ppb SO2 background). Available at http://www.cleanairinfo.com/regionalstatelocalmodelingworkshop/archive/2011/Presentations/3-Tuesday_PM/3-2_2011_RSL_ModelersWorkshop_Reg5SO2SIP_MSheffer.pdf.

[19] https://www3.epa.gov/ttn/scram/guidance/mch/new_mch/16-X-01_MCResponse_Region10_Donlin-02102016.pdf

LOWWIND3 as a default model option, various EPA responses[20] to state recommendations of 1-hour SO$_2$ area designations indicate that EPA is conducting further review before accepting modeling with the LOWWIND3 option in all cases.  EPA states that, "LOWWIND 3 at this time has not yet fully received scientific peer-review (i.e., criterion "i" for condition number 3 of Appendix W, Section 3.2.2(e)), and so this option must meet a more rigorous test for its approval as an alternative model."[21]  However, into address the EPA issues, AECOM recently submitted an article for publication to the Journal of Air & Waste Management Association (JAWMA) providing an evaluation demonstrating that LOWWIND3 statistically improves model performance over the performance of the regulatory default version of AERMOD.  This article, provided in Appendix F, supplements an existing peer-reviewed, published JAWMA article evaluating LOWWIND2 (Appendix E), satisfying criterion "i".  With this documentation, there is no basis for categorically excluding the use of LOWWIND 3, and it is particularly appropriate to accurately characterize SO$_2$ conditions in the present situation.

---

[20] Available at https://www3.epa.gov/so2designations/stater2.html.

[21] EPA Response TSD to Ohio Area Designations for the 2010 SO$_2$ Primary NAAQS, http://www.epa.gov/so2designations/round2/05_OH_tsd.pdf

**Figure 3-1: Monticello Structures and Stacks Used in the GEP Analysis**



**Figure 3-2: Welsh Structures and Stacks Used in the GEP Analysis**



**Figure 3-3: Monticello Modeling Far-Field Receptor Grid**



**Figure 3-4:  Monticello Modeling Near-Field Receptor Grid**



**Figure 3-5:  Location of Meteorological Stations Relative to Monticello Steam Electric Station**



**Figure 3-6:  Longview, TX Wind Rose (2013-2015)**



# 4.0   AERMOD Modeling Results

The modeling results of 99th percentile maximum daily 1-hour average concentrations over the 3 years modeled are presented in Table 4-1.  The table shows that the predicted impacts for Monticello by itself, as well as that from all modeled sources and background combined are both below the 1-hour $SO_2$ NAAQS.   Notably, this modeled result does not take into account the documented substantial over-prediction due to the penetrated plume issue for AERMOD.   Therefore, the results reported here significantly overstate the actual concentrations.

A plot depicting the model predicted concentrations and the location of the maximum predicted impact of 190.0 $\mu g/m^3$ is provided as Figure 4-1.  The peak impact occurs in an area covered by 100-meter spaced receptors.

**Table 4-1:   AERMOD Modeled Design 1-hour $SO_2$ Concentration Results**

| Facility | 1-hour $SO_2$ Concentration ($\mu g/m^3$) | | | |
| --- | --- | --- | --- | --- |
| | Facility Alone | All Sources & Background | 1-hour $SO_2$ NAAQS | Below NAAQS? |
| Monticello | 185.8 | 190.0 | 196.5 | Yes |

**Figure 4-1: 99th percentile 3-year average 1-hour SO$_2$ Concentration Isopleths with LOWWIND3, AERMOIST, and AERLIFT Options**



# 5.0   Conclusions

This report documents the use of AERMOD modeling to characterize the $SO_2$ concentrations around the Monticello Steam Electric Station using the 2013-2015 actual hourly emissions.  The use of source characterization techniques (AERLIFT and AERMOIST) as well as the low wind options (ADJ_U* and LOWWIND3) are supported by EPA's Appendix W proposals as well as peer-reviewed papers available for each option.  In addition, the modeling results do not account for the penetrated plume over-prediction, which could easily result in a much lower actual concentration, as was found for the Gibson Generating Station case previously described in Section 3.6.3.

The results of the modeling without any adjustment for the penetrated plume issue provide a design concentration of 190 μg/m$^3$, which is below the NAAQS.  We provide this information to EPA in support of a NAAQS attainment designation.

Attachment 4

Environment

Submitted to:
Luminant Generation Company LLC

Submitted by:
AECOM
Chelmsford, MA
60345106.100
March 2016

# Supplemental Characterization of 1-Hour $SO_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case

AECOM Environment
March 2016
**Document No.: 60345106.100**

Environment

Submitted to:
Luminant Generation Company LLC

Submitted by:
AECOM
Chelmsford, MA
60345106.100
March 2016

# Supplemental Characterization of 1-Hour SO$_2$ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case



Prepared By:  Olga Samani

Reviewed By:  Robert Paine

Project Quality Review By:  Melissa McLaughlin

# Contents

**1.0  Introduction** ............................................................................................... **1-1**

    1.1    Overview ...................................................................................... 1-1

    1.2    Report Organization ...................................................................... 1-1

    1.3    Acknowledgement ......................................................................... 1-1

**2.0  Supplemental AERMOD Modeling Approach and Results ...................................... 2-3**

# List of Tables

Table 2-1:    Modeling Parameters..................................................................... 2-4

Table 2-2:    AERMOD Modeled Design 1-hour SO2 Concentration Results with Low Wind Options 2-4

Table 2-3:    AERMOD Modeled Design 1-hour $SO_2$ Concentration Results with Default Options..... 2-4

# List of Figures

Figure 1-1:    Topographical Map Showing Monticello Site Location.................................................... 1-2

Figure 2-1:    99th percentile 3-year average 1-hour $SO_2$ Concentration Isopleths with LOWWIND3, AERMOIST, and AERLIFT Options .............................................................................. 2-5

Figure 2-2:    99th percentile 3-year average 1-hour $SO_2$ Concentration Isopleths with Default Options 2-6

Supplemental Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case    March 2016

App. 827

AECOM                                                                    Environment

# 1.0   Introduction

## 1.1   Overview

This report is provided as a supplement to a companion report[1] that provides a modeling characterization of $SO_2$ concentrations in the vicinity of the Monticello Steam Electric Station, located about 10 kilometers southwest of Mount Pleasant, Texas (see Figure 1-1 for a map showing the source location).  The companion report provided a modeling assessment for actual emissions for the period of 2013-2015.

Luminant has ceased mining lignite near Monticello.  By January 2017, Monticello will begin exclusively using a Powder River Basin ("PRB") coal with substantially lower sulfur content than is currently used at the plant.

In this supplemental modeling study, a refined dispersion modeling analysis using the most recent three years of actual operations with emissions scaled to exclusive PRB coal firing is provided. The modeling analysis indicates that expected $SO_2$ concentrations for the future years will continue to show NAAQS attainment, in spite of conservative model features that over-estimate concentrations.

## 1.2   Report Organization

Section 2 of this report provides the results of the future case $SO_2$ characterization using conservative modeling approaches with the planned fuel change taken into account.  The modeling procedures have been described in the companion report and are not repeated in this report.

## 1.3   Acknowledgement

The authors would like to recognize the assistance provided by Mr. Jeremy Halland of Luminant, who participated with AECOM in the AERMOD modeling runs and in the quality assurance of the results for this report as well as for the companion report.

---

[1] AECOM, March 2016.  Characterization of 1-Hour SO2 Concentrations in the Vicinity of the Monticello
  Steam Electric Station.  Submitted to EPA docket EPA–HQ–OAR–2014–0464.

Supplemental Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case                    March 2016

App. 828

AECOM                                                                                    Environment

**Figure 1-1:    Topographical Map Showing Monticello Site Location**



Supplemental Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case                                    March 2016

App. 829

# 2.0    Supplemental AERMOD Modeling Approach and Results

This refined modeling approach uses actual hourly stack parameters and adjusted hourly emission rates for 2013-2015 based on actual hourly heat input data and the expected PRB fuel sulfur content. The expected operation for 2017-2019 (using 2013-2015 heat input) using PRB has approximately 20-30% lower $SO_2$ emissions than the 2013-2015 period due primarily to the fuel switch, plus an improved scrubber efficiency on Unit 3.

In addition to the use of actual hourly stack parameters, the AECOM-developed procedures called "AERLIFT" and "AERMOIST" along with EPA's LOWWIND3 beta option in AERMOD were implemented. These source characterization and refined modeling approaches have been described in the companion report, and the same procedure was used for Monticello sources in the supplemental modeling. In addition, emissions from Welsh Units 1 and 3 were modeled from their new dual-flue stack to be consistent with the evaluation of impacts for the 2017-2019 time period. The stack parameters used in the modeling analysis are shown in Table 2-1.

The maximum modeled design value[2] for the future scenario with three years of modeling provided in Table 2-2 indicates a concentration of 144.3 $\mu g/m^3$ (including background), demonstrating that the area will continue to attain the $SO_2$ NAAQS in the future by a wide margin. Luminant believes this value would be observed by a monitor over the 2017-2019 time period, due to the modeling approach described above. Figure 2-1 provides a concentration isopleth map showing the distribution of the 99[th] percentile peak daily 1-hour maximum concentrations averaged over the 3 years modeled at the various model receptor points.

An alternative, more conservative modeling approach would use only the default options (no low wind options) in AERMOD, as well as with no source characterization refinements. The results of this modeling approach for the projected 2017-2019 emissions results in a design concentration that is still attaining the NAAQS, with a value of 191.8 $\mu g/m^3$ (see Table 2-3 and Figure 2-2). Although the results demonstrate attainment of the standard, the modeled impacts are still influenced by the over-predicting conditions involving the penetrated plume, which have been described in the companion report. Therefore, these predicted impacts are likely to still materially over-predict the concentrations that a monitor would see during the DRR monitoring period.

---

[2] The "design concentration" is the 99th percentile peak daily 1-hour maximum concentration, averaged over the 3 years modeled for the model receptor point having the highest such computed concentration.

AECOM                                                                Environment

**Table 2-1:    Modeling Parameters**

| Plant/ Unit # | X (m) | Y (m) | $SO_2$ Emissions | Stack Height (m) | Exit Velocity (m/s) | Temperature (K) | Diameter (m) |
|---|---|---|---|---|---|---|---|
| Monticello 1 | 309837 | 3663186 | Vary by hour | 121.92 | Vary by hour | Vary by hour | 6.55 |
| Monticello 2 | 309796 | 3663263 | Vary by hour | 121.92 | Vary by hour | Vary by hour | 6.55 |
| Monticello 3 | 309814 | 3663370 | Vary by hour | 140.21 | Vary by hour | Vary by hour | 7.77 |
| Welsh 1 | 327970 | 3658969 | Vary by hour | 161.86 | 27.3 | 403.4 | 7.01 |
| Welsh 3 | 327970 | 3658979 | Vary by hour | 161.86 | 27.3 | 403.4 | 7.01 |

**Table 2-2:    AERMOD Modeled Design 1-hour SO2 Concentration Results with Low Wind Options**

| Facility | 1-hour $SO_2$ Concentration ($\mu g/m^3$) | | | |
|---|---|---|---|---|
| | Facility Alone | All Sources & Background | 1-hour $SO_2$ NAAQS | Below NAAQS? |
| Monticello | 138.27 | 144.30 | 196.5 | Yes |

**Table 2-3:    AERMOD Modeled Design 1-hour SO$_2$ Concentration Results with Default Options**

| Facility | 1-hour $SO_2$ Concentration ($\mu g/m^3$) | | | |
|---|---|---|---|---|
| | Facility Alone | All Sources & Background | 1-hour $SO_2$ NAAQS | Below NAAQS? |
| Monticello | 183.51 | 191.75 | 196.5 | Yes |

AECOM                                                              Environment

**Figure 2-1: 99th percentile 3-year average 1-hour SO₂ Concentration Isopleths with LOWWIND3, AERMOIST, and AERLIFT Options**



Supplemental Characterization of 1-Hour SO₂ Concentrations in the Vicinity of the Monticello Steam Electric Station: Future Case     March 2016

App. 832

AECOM                                                        Environment

**Figure 2-2: 99th percentile 3-year average 1-hour SO$_2$ Concentration Isopleths with Default Options**



**Tab 332: Comment Submitted by Zachary M. Fabish, Staff Attorney, The Sierra Club (Mar. 31, 2016)**

RECEIVED

MAR 3 1 2016

EPA DOCKET CENTER



**SIERRA
CLUB**

RECEIVED

MAR 3 1 2013

EPA DOCKET CENTER

March 31, 2016

Ms. Amparo Castillo
OECA/OEI/ORD Docket Manager
OAR/OW Assistant Docket Manager
EPA Docket Center
EPA West Building, Room 3334
1301 Constitution Ave. NW
Washington, DC 20004

Rhea Jones
U.S. EPA
Office of Air Quality Planning and Standards
Air Quality Planning Division, C539-04
Research Triangle Park, NC 27711
Tel.: (919) 541-2940
jones.rhea@epa.gov

Re:   Comments on EPA Responses to Certain State Designation Recommendations for the
2010 Sulfur Dioxide National Ambient Air Quality Standard, Docket ID No. EPA–HQ–
OAR–2014–0464

The Sierra Club appreciates this opportunity to comment on the proposed area designations EPA
has set forward in the Agency's Responses to Certain State Designation Recommendations for
the 2010 Sulfur Dioxide National Ambient Air Quality Standard (the "Proposed Designations").[1]
Sierra Club commends EPA for moving forward with implementation of the extremely beneficial
to public health sulfur dioxide ("$SO_2$") National Ambient Air Quality Standard ("NAAQS"), and
agree wholeheartedly with the modeling-focused approach EPA has taken in preparing the
Proposed Designations. Specifically, Sierra Club notes the following:

- Aerial dispersion modeling is the appropriate approach to ascertaining attainment status
  under the $SO_2$ NAAQS;
- Designations modeling must include not just the Consent Decree sources, but also those
  other large sources within the modeling domain;

---

[1] As noted in the announcement of the public comment period on the Proposed Designation, EPA
will accept public comments through at least March 31, 2016. *See* 80 Fed. Reg. 10,563 (March
1, 2016). Accordingly, these comments are timely.

POSTMARKED

MAR 3 1 2016

EPA DOCKET CENTER

- EPA properly considered third-party modeling and should continue doing so in finalizing designations;
- The so-called "Beta Options" decrease model performance, and should not be relied on by EPA;
- Flagpole receptors are part of the regulatory default AERMOD configuration, and their use can only make modeling results more relevant; and,
- Modeling-based designations are ideal for swift SIP and FIP development to prevent further delays in NAAQS implementation.

Commenters also include materials intended to supplement the materials and data upon which EPA made its Proposed Designations.  Such materials along with state-specific comments are included as separate Appendixes as detailed below:

- Appendix A – Colorado
- Appendix B – Maryland
- Appendix C – Missouri
- Appendix D – Ohio
- Appendix E – Indiana
- Appendix F – Louisiana
- Appendix G – Michigan
- Appendix H – Oklahoma
- Appendix I – Texas

Exhibits for each Appendix, including additional modeling reports and modeling files, are included as nested Exhibits to the corresponding Appendix.  A copy of these comments, along with relevant state-specific materials, is simultaneously being sent to the appropriate EPA regional contacts.

## **Factual and Regulatory Background**

A.    Sulfur Dioxide and the SO$_2$ NAAQS

Exposure to SO$_2$ in even very short time periods—such as five minutes—has significant health impacts and causes decrements in lung function, aggravation of asthma, and respiratory and cardiovascular morbidity.  *See* Envtl. Prot. Agency, EPA/600/R-08/047F, *Integrated Science Assessment for Sulfur Oxides—Health Criteria* ch. 5 tbls. 5-1, 5-2 (2008), *available at* http://ofmpub.epa.gov/eims/eimscomm.getfile?p_download _id=491274; Final Rule, 75 Fed. Reg. at 35,525 (June 22, 2010); *see also* EPA, *Our Nation's Air: Status and Trends Through 2008* 4 (2010) (noting that the health effects of sulfur dioxide exposure include aggravation of asthma and chest tightness), *available at* http://www.epa.gov/airtrends/2010/report/fullreport.pdf.  EPA has determined that SO$_2$ exposure can also aggravate existing heart disease, leading to increased hospitalizations and premature deaths.  EPA, *Sulfur Dioxide - Health*, *available at* http://www.epa.gov/oaqps001/sulfurdioxide/health.html.  Further, short-term SO$_2$ exposure is especially risky for children with asthma.  *See* Final Rule, 75 Fed. Reg. at 35,525.

2

To address these significant health threats, on June 3, 2010, EPA issued a new $SO_2$ NAAQS standard, recognizing that the prior 24-hour and annual $SO_2$ standards did not adequately protect the public against adverse respiratory effects associated with short-term (5 minutes to 24 hours) $SO_2$ exposure.  The new 2010 $SO_2$ NAAQS standard is a 1-hour standard set at 75 ppb, or approximately 196 micrograms per cubic meter. 40 C.F.R. § 50.17(a).  The new standard was established in the form of the 99th percentile of the annual distribution of the daily maximum 1-hour average concentrations.  *Id.* at § 50.17(b).

Due to both the shorter averaging time and the numerical difference, the new 1-hour $SO_2$ NAAQS is far more protective of human health than the prior $SO_2$ NAAQS and promises huge health benefits.  EPA has estimated that 2,300-5,900 premature deaths and 54,000 asthma attacks a year will be prevented by the new standard.  Envtl. Prot. Agency, *Final Regulatory Impact Analysis (RIA) for the $SO_2$ National Ambient Air Quality Standards (NAAQS) tbl. 5.14* (2010), *available at* http://www.epa.gov/ttnecas1/regdata/ RIAs/fso2ria100602full.pdf.

Accordingly, each year of delay in fully implementing the $SO_2$ NAAQS means as many as 5,900 people will die prematurely and 54,000 asthma attacks will occur unnecessarily.  Each year of delay will likewise drive up the medical costs that individuals will have to pay, and will be another year in which people must abstain from everyday activities such as exercise, school, and work.  EPA estimated that the net benefit of implementing the 75 ppb $SO_2$ NAAQS was up to $36 billion dollars.  75 Fed. Reg. 35,520, 35,588 (June 22, 2010).

B.    Nearly All $SO_2$ Pollution Comes from a Handful of Large Coal-Fired Sources

Sulfur dioxide is somewhat unique as a criteria pollutant in that the vast majority of all $SO_2$ emitted in the United States comes from large industrial sources that combust coal.  In fact, according to the 2011 National Emissions Inventory ("NEI"), fully 91% of all U.S. $SO_2$ emissions come from coal-fired sources.[2]

---

[2] 2011 is the most recent year for which data is available.  *See* U.S. EPA, 2011 National Emissions Inventory (NEI) Data, *at* https://www.epa.gov/air-emissions-inventories/2011-national-emissions-inventory-nei-data.

3

*Figure 1: U.S. SO₂ Emissions by Source*



Of that total, the overwhelming majority are coal-fired power plants for which continuous emissions monitoring systems ("CEMS") for $SO_2$ are already in place, dramatically simplifying the task of evaluating emissions impacts on ambient air quality for the short-term 1-hour $SO_2$ NAAQS.

Numerically, this is a small group. In the 2011 NEI, there were only 456 sources that emitted more than 2,000 tons of $SO_2$; collectively, this group was responsible for 5.2 million of the 6.4 million total tons of $SO_2$ emitted, or about 82%.[3] This number of sources has likely come down since 2011. As part of implementing EPA's Data Requirements Rule, states submitted information to EPA in January of 2016 concerning all sources that emitted more than 2000 tons of $SO_2$ per year; the collective list of sources generated thereby is fewer than 350.[4]

Indeed, fully nine sources of the top 25 emitters from the 2011 NEI are included as part of the 2016 proposed designations: Georgia's Plant Scherer, Michigan's St. Clair/Belle River and Monroe power plants, Missouri's Labadie plant, North Dakota's Leland Olds Station, and Texas's Martin Lake, Big Brown, Monticello, and W.A. Parish plants.

As described in more detail below, because nearly all the $SO_2$ emitted in the U.S. comes from this relatively small number of large, readily-characterized sources, source-oriented aerial dispersion modeling is an ideal approach to addressing area attainment designations.

---

[3] *Id.* Indeed, the top ten sources emitted fully 13% of all U.S. $SO_2$ pollution.

[4] *See* U.S. EPA, $SO_2$ Data Requirements Rule Implementation Information, *at* https://www3.epa.gov/airquality/sulfurdioxide/drr.html.

4

C.    Implementation of the SO₂ NAAQS

The promulgation of a national ambient air quality standard triggers mandatory statutory timetables for "designating" all areas of the country based on whether they comply with the new or revised standard. Within one year of promulgation of a new or revised air quality standard, the governor of each state must submit to EPA a list of recommended designations for all areas (or portions thereof) in the state as nonattainment, attainment, or unclassifiable for that standard. 42 U.S.C. § 7407(d)(1)(A). The Clean Air Act defines a nonattainment area as "any area that does not meet (or that contributes to ambient air quality in a nearby area that does not meet) the [NAAQS] for the pollutant." *Id.* § 7407(d)(1)(A)(i). An attainment area is "any area . . . that meets the [NAAQS] for the pollutant." *Id.* § 7407(d)(1)(A)(ii). An unclassifiable area is "any area that cannot be classified on the basis of available information as meeting or not meeting the [NAAQS] for the pollutant." *Id.* § 7407(d)(1)(A)(iii).

EPA must then promulgate final designations for all areas in each state "as expeditiously as practicable, but in no case later than 2 years from the date of promulgation of the new or revised [NAAQS]." *Id.* § 7407(d)(1)(B)(i). If the governor of a state "fails to submit the list" of designations in whole or in part, EPA is required to promulgate the designation that it deems appropriate for any area (or portion thereof) not designated by the state. *Id.* § 7407(d)(1)(B)(ii). EPA may extend the two-year deadline by up to one year "in the event the Administrator has insufficient information to promulgate the designations." *Id.* § 7407(d)(1)(B)(i). Thus, at the outside, EPA must promulgate designations for all areas of every state within three years after the promulgation of a new or revised national ambient air quality standard. *Id.* EPA must publish notice in the Federal Register promulgating those designations. 42 U.S.C. § 7407(d)(2)(A).

In August of 2013, EPA issued a set of nonattainment designations for 29 areas in 16 states based on monitors reading design values above the SO₂ NAAQS. *See* 78 Fed. Reg. 47,191 (Aug. 5, 2013) (effective October 4, 2013). However, EPA declined to issue designations for the rest of the nation at that time. Currently, EPA's completion of designations is governed by a Consent Decree entered by the United States District Court for the Northern District of California on March 2, 2015.[5] According to that Consent Decree, EPA is to promulgate designations for areas containing sources meeting certain criteria by July 2, 2016.[6] Remaining areas are to be designated by December 31 of 2017 and 2020, respectively.[7]

---

[5] *See* Consent Decree, Sierra Club v. McCarthy, 3:13-cv-03953-SI (N.D. Cal. March 2, 2015), *available at* 3:13-cv-03953-SI (hereinafter "Consent Decree").

[6] *Id.* ¶ 1.

[7] *Id.* ¶¶ 2-3.

5

**Substantive Comments**

    A.    <u>Aerial Dispersion Modeling Is the Appropriate Approach to Ascertaining Attainment Status under the SO$_2$ NAAQS</u>

As outlined by EPA in the Final SO$_2$ NAAQS Rule, 75 Fed. Reg. at 35,551, air dispersion modeling is the best method for evaluating the short-term impacts of large SO$_2$ sources. This is consistent with EPA's historic use of air dispersion modeling for multiple NAAQS implementation purposes, including for attainment designations.

EPA has historically used modeling in determining attainment for the SO$_2$ standard. *See e.g.*, U.S. EPA, *Implementation of the 1-Hour SO$_2$ NAAQS Draft White Paper for Discussion* at 3, fn. 1, [hereinafter "EPA White Paper"], *available at* http://www.epa.gov/airquality/sulfurdioxide/pdfs/20120522whitepaper.pdf; *see also* Respondent's Opposition to Motion of the State of North Dakota for a Stay of EPA's 1-Hour Sulfur Dioxide Ambient Standard Rule at 3, *National Environmental Development Association's Clean Air Project v. EPA* (D.C. Cir. 2010) (No. 10-1252), attached hereto as Exhibit 1 ("the Agency has historically relied on modeling to make designations for sulfur dioxide"). In fact, in EPA's 1994 SO$_2$ Guideline Document, EPA noted that "for SO$_2$ attainment demonstrations, monitoring data alone will generally not be adequate," U.S. EPA, 1994 SO$_2$ Guideline Document, [hereinafter "1994 SO$_2$ Guideline Document"], *available at* http://www.epa.gov/ttn/oarpg/t1/memoranda/so2_guide_092109.pdf, at 2-5, and that "[a]ttainment determinations for SO$_2$ will generally not rely on ambient monitoring data alone, but instead will be supported by an acceptable modeling analysis which quantifies that the SIP strategy is sound and that enforceable emission limits are responsible for attainment." *Id*. at 2-1. The 1994 SO$_2$ Guideline Document goes on to note that monitoring alone is likely to be inadequate: "[f]or SO$_2$, dispersion modeling will generally be necessary to evaluate comprehensively a source's impacts and to determine the areas of expected high concentrations based upon current conditions." *Id*. at 2-3.

Moreover, EPA's approval and acceptance of modeling for making attainment designations stretches back decades. In 1983, the Office of Air Quality Planning and Standards ("OAQPS") issued a CAA section 107 Designation Policy Summary. *See* Sheldon Meyers Memorandum re Section 107 Designation Policy Summary (April 21, 1983), attached hereto as Exhibit 2. OAQPS explained that "air quality modeling emissions data, etc., should be used to determine if the monitoring data accurately characterize the worst case air quality in the area." *Id*. at 1. Without modeling data, the worst-case air quality may not be accurately characterized. In certain instances, EPA relied solely on modeling data to determine nonattainment designations, thereby demonstrating that modeling is accepted and trustworthy. *Id*. at 2. In fact, reliance on modeling for nonattainment designations stretches back to the Carter Administration. In 1978, EPA designated Laurel, Montana as nonattainment "due to measured and modeled violations of the primary SO$_2$ standard." *Mont. Sulphur & Chem. Co.*, 666 F.3d at 1181 (citing 43 Fed. Reg. 8,962 (Mar. 3, 1978)).

EPA's Final 2010 SO$_2$ NAAQS rule simply built upon EPA's historical practice of using modeling to determine attainment and nonattainment status for SO$_2$ NAAQS. In doing so, EPA properly recognized the "strong source-oriented nature of SO$_2$ ambient impacts," Final SO$_2$

6

NAAQS Rule at 35,370, and concluded that the appropriate methodology for purposes of determining compliance, attainment, and nonattainment with the new NAAQS is modeling. *See id*. at 35,551 (describing dispersion modeling as "the most technically appropriate, efficient and readily available method for assessing short-term ambient $SO_2$ concentrations in areas with large point sources."). Accordingly, in promulgating the Final 2010 $SO_2$ NAAQS, EPA explained that, for the one-hour standard, "it is more appropriate and efficient to principally use modeling to assess compliance for medium to larger sources . . . ." *Id* at 35,570. Similarly, EPA then explained in the EPA White Paper that using modeling to determine attainment for the $SO_2$ standard "could better address several potentially problematic issues than would the narrower monitoring-focused approach discussed in the proposal for the $SO_2$ NAAQS, including the unique source-specific impacts of $SO_2$ emissions and the special challenges $SO_2$ emissions have historically presented in terms of monitoring short-term $SO_2$ levels for comparison with the NAAQS in many situations (75 FR 35550)." EPA White Paper at 3-4.

EPA's use of modeling in NAAQS implementation in general and attainment designations in specific is, additionally, court-validated. For example, in *Montana Sulphur*, the company challenged a SIP call, a SIP disapproval, and a Federal Implementation Plan ("FIP") promulgation because they were premised on a modeling analysis that showed the Billings/Laurel, Montana area was in nonattainment for $SO_2$. 666 F.3d at 1184. The court rejected Montana Sulphur's argument that EPA's reliance on modeling was arbitrary and capricious or otherwise unlawful. *Id*. at 1185; *see also Sierra Club v. Costle*, 657 F.2d 298, 332 (D.C. Cir. 1981) ("Realistically, computer modeling is a useful and often essential tool for performing the Herculean labors Congress imposed on EPA in the Clean Air Act"); *Republic Steel Corp. v. Costle*, 621 F.2d 797, 805 (6th Cir. 1980) (approving use of modeling to predict future violations and incorporating "worst-case" assumptions regarding weather and full-capacity operations of pollutant sources). Further demonstrating the superiority of modeling, the D.C. Circuit has acknowledged the inherent problem of using monitored data for criteria pollutants, namely that "a monitor only measures air quality in its immediate vicinity." *Catawba County v. EPA*, 571 F.3d 20, 30 (D.C. Cir. 2009).

Indeed, EPA employs and relies on modeling to inform its designations because the agency is well aware that modeling produces reliable results. For example, as John C. Vimont, EPA Region 9's Regional Meteorologist, has stated under oath:

> EPA does recognize the usefulness of ambient measurements for information on background concentrations, provided reliable monitoring techniques are available. <u>EPA does not recommend, however, that ambient measurements be used as the sole basis of setting emission limitations or determining the ambient concentrations resulting from emissions from an industrial source. These should be based on an appropriate modeling analysis.</u>

Declaration of John C. Vimont at 1, 11 (emphasis added), attached hereto as Exhibit 3. Testimony as to the accuracy and appropriateness of modeling has also been presented by Roger Brode, a physical scientist in EPA's Air Quality Modeling Group who co-chairs the AMS/EPA Regulatory Model Improvement Committee and the AERMOD Implementation Workgroup. *See* Declaration of Roger W. Brode at 1, 2, attached hereto as Exhibit 4. Mr. Brode has stated under oath that AERMOD is "readily capable of accurately predicting whether the revised primary $SO_2$

7

NAAQS is attained and whether individual sources cause or contribute to a violation of the SO$_2$ NAAQS." *Id*. at 2.  Mr. Brode has explained:

> As part of the basis for EPA adopting the AERMOD model as the preferred model for nearfield applications in the *Guideline on Air Quality Models*, Appendix W to 40 CFR Part 51, <u>the performance of the AERMOD model was extensively evaluated based on a total of 17 field study data bases</u> (AERMOD: Latest Features and Evaluation Results. EPA-454/R-03-003. U.S. Environmental Protection Agency, Research Triangle Park (2003), portions of which are attached to this affidavit) ("EPA 2003"). <u>The scope of the model evaluations conducted for AERMOD far exceeds the scope of evaluations conducted on any other model that has been adopted in Appendix W to Part 51. These evaluations demonstrate the overall good performance of the AERMOD model</u> based on technically sound model evaluation procedures, and also illustrate the significant advancement in the science of dispersion modeling represented by the AERMOD model as compared to other models that have been used in the past. <u>In particular, adoption of the AERMOD model has significantly reduced the potential for overestimation of ambient impacts from elevated sources in complex terrain compared to other-models.</u>

*Id*. at 3-4 (emphasis added).

EPA's practice in a number of other contexts also demonstrates that modeling is a technically superior approach for ascertaining impacts on NAAQS, as well as the extensive history of EPA's preference for modeling over monitoring to evaluate compliance.  For example, all nitrogen dioxide, fine particulate matter ("PM$_{2.5}$"), and SO$_2$ Prevention of Significant Deterioration ("PSD") increment compliance verification analyses are performed with air dispersion modeling, such as running AERMOD in a manner consistent with the Guideline on Air Quality Models. 40 C.F.R. § 52.21(l)(1).  Indeed, in order to ensure consistency in how air impacts are determined, both existing sources and newly permitted sources should be assessed using the same methods. AERMOD modeling performs particularly well in evaluating emission sources with one or a handful of large emission points.  The stacks are well characterized in terms of location, dimensions, and exhaust parameters, and have high release heights. AERMOD accurately models medium-to-large SO$_2$ sources—even with conditions of low wind speed, the use of off-site meteorological data, and variable weather conditions.  Indeed, AERMOD has been tested and performs very well during conditions of low wind speeds:

> AERMOD's evaluation analyses included a number of site-specific meteorological data sets that incorporate low wind speed conditions. For example, the Tracy evaluation included meteorological data with wind speeds as low as 0.39 meter/second (m/s); the Westvaco evaluation included wind speeds as low as 0.31 m/s; the Kincaid SO$_2$ evaluation included wind speeds as low as 0.37 m/s; and the Lovett evaluation included wind speeds as low as 0.30 m/s. Concerns . . . regarding AERMOD's ability to model low wind speed conditions seem to neglect the data used in actual AERMOD evaluations.

8

Comments of Camille Sears, at 10, attached hereto as Exhibit 5 (citing AERMOD evaluations and modeled meteorological data, *available at* http://www.epa.gov/ttn/scram/dispersion_prefrec.htm).

Finally, EPA's use of air dispersion modeling and AERMOD in particular was upheld in the context of a recent CAA section 126 petition for resolution of cross-state impacts. *See Genon Rema, LLC v. U.S. EPA*, 722 F.3d 513, 526 (3rd Cir. 2013). In this case, EPA granted the New Jersey Department of Environmental Protection's 126 petition, finding that trans-boundary $SO_2$ emissions from the Portland coal-fired power plant in Pennsylvania were significantly contributing to nonattainment and interference with the maintenance of the one-hour $SO_2$ NAAQS in New Jersey. *Id*. at 518. EPA based its finding on a review of the AERMOD dispersion modeling submitted by New Jersey, its independent assessment of AERMOD, and other highly technical analyses. *Id*. The court upheld EPA's decision after examining the record, which showed that EPA had thoroughly examined the relevant scientific data and clearly articulated a satisfactory explanation of the action that established a rational connection between the facts found and the choice made. *Id*. at 525-28.

Dispersion modeling, then, is a rigorously verified method for evaluating impacts on the $SO_2$ NAAQS, and has a lengthy and court-validated history as an appropriate tool for use in designations.

B.    Designations Modeling Must Include Not Just the Consent Decree Sources, But Also Those Other Large Sources within the Modeling Domain

In completing area designations, it is critical that EPA consider all $SO_2$-emitting sources in the areas under consideration for the 2016 designations round, and not merely the sources who meet the triggering criteria of the Consent Decree. To do otherwise inadequately and inaccurately characterizes air quality in areas with more than one source, runs the risk of "stranding" sources, and would wrongly subject residents of those areas to continuing harmful levels of $SO_2$ pollution. In performing its own air quality modeling, the Sierra Club and others have used the 50 km modeling domain of AERMOD as a tool in determining what sources to include in area modeling evaluations; EPA should do the same.

Under the terms of the Consent Decree, EPA must issue final designations by July 2, 2016, for "for remaining undesignated areas which . . . contain any stationary source" meeting certain delineated criteria.[8] Significantly, the Consent Decree speaks in terms of *areas* to be evaluated, and not *sources*. It would thus be contrary to the Consent Decree if EPA were to finalize designations based solely on sources fitting the Consent Decree criteria, and ignored and excluded other nearby sources that also contribute to ambient $SO_2$ pollution in the area.

Not only that, but such an approach would be contrary to EPA's own guidance. As the $SO_2$ NAAQS modeling Technical Assistance Document ("TAD") observes, "all sources expected to cause a significant concentration gradient in the vicinity of the source of interest should be explicitly modeled," and that only sources "not causing significant concentration gradients" should be excluded from being explicitly modeled and should instead "be included in

---

[8] Consent Decree ¶ 1.

the modeling via monitored background concentrations."[9]  Further, EPA notes that if a nearby source "exceeds the EPA interim [significant impact level] or a state-selected impact criterion, it should be evaluated with refined modeling."[10]  Again, the emphasis is on ensuring that all large sources in an area causing significant impacts on the NAAQS are modeled together, so that the modeling analyses performed are accurate and indicative of air quality.

This is critical, given the phased designations approach that EPA is undertaking.  With $SO_2$ NAAQS designations occurring in 2013, 2016, 2017, and 2020 as per the Consent Decree and the Data Requirements Rule, EPA must take steps to ensure that sources are not ignored or orphaned by the multistage process.  For example, consider a hypothetical area with two sources, A and B, in which source A fits the criteria of the Consent Decree, and which source B will be considered in a subsequent designations round.  If the combined emissions of sources A and B cause exceedances of the NAAQS, but the sources are considered separately in separate rounds of designations, EPA may end up wrongfully promulgating two separate attainment or unclassifiable designations in 2016 and 2017, when a single nonattainment designation addressing both sources should have resulted.  In such a situation, members of the public would be subjected to unhealthy air without any requirement for the state or EPA to generate a cleanup plan, simply because of the staggered designations timeline EPA is now on.[11]

As a result it is critical that EPA not narrowly and misleadingly consider only those sources identified by the criteria in the Consent Decree, but rather all sources significantly contributing in the *areas* in which one or more of the Consent Decree sources is located.

C.     EPA Properly Considered Third-Party Modeling and Should Continue Doing So in Finalizing Designations

The Proposed Designations make use of a mixture of state, industry, and public health and environmental submissions of data, including modeling data.  EPA has properly elected to consider all information before it, and Commenters applaud the Agency for so doing.  This

---

[9] U.S. EPA, SO2 NAAQS Designations Modeling Technical Assistance Document at 7, *available at* https://www3.epa.gov/airquality/sulfurdioxide/pdfs/SO2ModelingTAD.pdf (hereinafter "Modeling TAD").

[10] *Id.* at 8.  EPA notes that it has considered a 3 parts per billion significant impact level for the $SO_2$ NAAQS; in transport and other contexts, EPA has considered 1% of the NAAQS to be a significant impact level (or 0.75 parts per billion for the $SO_2$ NAAQS).

[11] A similar problem can arise when EPA blends areas designated by monitoring with areas designated via modeling.  For example, the areas designated "nonattainment" in 2013 based on high $SO_2$ monitor readings oftentimes contain more than one large source, with the share of the impacts at the monitor site perhaps owing more to one source than another.  If the source with greater impact on the monitor cleans up, but the other sources do not, the monitor may show levels below the NAAQS, even if impacts from the other sources are causing air quality problems elsewhere in the designated area.  If such other sources are ignored or improperly treated in SIPs or in subsequent designation rounds, their negative impacts on air quality may never be addressed, to the detriment of public health.  EPA accordingly must carefully examine the combined impacts of sources before rendering area attainment decisions.

10

approach is in keeping with foundational principles of administrative law. In finalizing its area designations, EPA is required to base its decisions on all relevant data before it. *See Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto Ins. Co.*, 463 U.S. 29, 30-31 (1983) ("[T]he agency must . . . examine the relevant data and articulate a satisfactory explanation for its action."). Not only that, however, but considering on an even playing field all submissions to the agency ensures that EPA is making designations based on the best available information. Commenters, for example, have made every effort to ensure that the modeling analyses submitted to EPA are useful, accurate, robust, and consistent with all available EPA guidance. Commenters have—as explained in more detail in the state-specific Appendixes included in these comments—taken steps to address additional questions or data concerns EPA expressed in the Proposed Designations with the goal in mind of providing the most relevant information possible to the Agency. EPA should continue its practice of regarding such submissions fairly and carefully.

However, Commenters are concerned by the different time periods by which members of the public and states have in which to submit comments on the Proposed Designations. If EPA were to ignore materials it receives from environmental and public health organizations or from concerned citizens while it was simultaneously accepting and considering materials submitted by states,[12] this would arbitrarily skew EPA's analysis—particularly if state comments are responsive to or critique comments submitted by the public. EPA must consider all information before it in making its decisions in finalizing the Proposed Designations.

D.    The So-Called "Beta Options" Decrease Model Performance, and Should Not Be Relied on by EPA

EPA's AERMOD refined aerial dispersion modeling software is, as noted above, the most rigorously field-tested model EPA has ever developed. It is more than capable of accurately assessing $SO_2$ NAAQS attainment in a robust and reliable manner. However, certain "Beta Options" to the regulatory default AERMOD software exist that—contrary to their purported intention—serve to undermine the credibility and reliability of the modeling. These Beta Options, namely AERMET ADJ_U* and AERMOD LOWWIND3, have, when examined, been shown to decrease model performance and accuracy. Indeed, applying these options to the original validation studies performed for AERMOD erratically and in some cases quite significantly reduces modeled impacts as compared to real-world data, particularly so in the case of the Tracy validation study data.

---

[12] Or industry, whether directly or through the vehicle of state submissions.

11

*Figure 2: Evaluation of Tracy Validation Trial Data with AERMOD v. 15181*



***Figure 3: Evaluation of Tracy Validation Trial Data with AERMOD v. 15181, Using Beta ADJ_U\*, LOWWIND3***



In Figures 2 and 3 above, the closer the model run was to actual observed data, the more the dots plotted will be along the blue diagonal line. To the extent that the dots fall below the line, that is indicative of underprediction of results. As can be plainly seen, addition of the ADJ_U\* and LOWWIND3 options to the model decreases accuracy significantly, and appears to bias the modeling analysis towards underprediction of results, when compared against AERMOD's original validation trial study data.

Sierra Club has previously submitted these analyses pointing out the flaws in the Beta Options; a copy of this submission is attached hereto as Exhibit 6, and is also available at Regulations.gov. *See* Sierra Club Comments (Oct. 27, 2015) Docket ID No. EPA-HQ-OAR-2015-0310-0114. The options, far from being based on any of the 14 robust field studies performed by EPA to establish AERMOD as an accurate and reliable tool for assessing ambient concentrations, were based on testing the options against severely flawed and outdated datasets that are wholly inappropriate for evaluating model performance. For example, Beta Options were developed using data from the four-decades-old 1974 Idaho Falls Diffusion Study, which involved both a very small sample size of low wind speed gas releases and as well as used improper wind speed measure methodologies. The Idaho Falls data is thus nearly irrelevant for the task of ascertaining the accuracy of the ADJ_U\* and LOWWIND3 options. Similarly, the Beta Options rely on data from the Cordero Rojo Mine study, but this study did not involve emissions monitoring or tracer gas release rates that could be known and controlled; thus, the

13

relationship between observed concentrations of air pollutants and emission rates is unknown, making the data set effectively useless for model evaluation.

In short, the proposed ADJ_U* and LOWWIND3 options neither do anything to improve model performance (and to the contrary, significantly decrease it) nor are based on relevant or meaningful real-world study data, and should accordingly not be used for evaluating area designations. Indeed, doing so would cripple the efficacy of AERMOD, and lead to significant underprediction of air pollution impacts, to the detriment of the environment and public health. EPA should not give these options its regulatory blessing. To the extent that states or industry submit modeling analyses that incorporate use of the Beta Options, EPA should reject them as being inconsistent with regulatory guidance and for the identified issue of inaccuracies flowing from use of the Beta Options. In instances where states or industry submit modeling incorporating the Beta Options and accompany it with information purporting to justify use of the non-regulatory default configuration of AERMOD, EPA should look very closely and with a critical eye on such submissions. Such submissions should only be considered at most as a sort of sensitivity analysis, and should be accompanied by modeling performed according to EPA's guidance using the regulatory default configuration of AERMOD.[13]

E.    Flagpole Receptors Are Part of the Regulatory Default AERMOD Configuration, and Their Use Can Only Make Modeling Results More Relevant

Conversely, while Sierra Club and others have used the FLAGPOLE option in AERMOD—which is an included option in the regulatory default configuration of the software— to increase the accuracy and representativeness of the modeling, some states have questioned the use of flagpole receptors. This is improper: as EPA has noted in its guidance, "modeling concentrations at breathing height would lead to better characterization of air quality at the level most individuals are breathing" and thus there should be no concern with using the FLAGPOLE option.[14] Although EPA does not *require* the use of such receptors, it plainly condones their use.

Indeed, to place receptors to ascertain air quality precisely at ground level makes little intuitive sense. The simple reality is that people breathe through their noses and mouths, not through their shoes and socks, and so modeling impacts at face-height instead of at foot-height is better practice; this is in part why air monitoring sensors are likewise not placed directly on the

---

[13] Commenters are very concerned about uses of the Beta Options to effectively undercount emissions, and to give a false clean bill of health to communities that are in reality suffering from unhealthy and unsafe levels of $SO_2$ pollution. Submissions consisting of Beta Option-reliant modeling without accompanying regulatory default modeling could well be the result of a sort of "model shopping" on the part of entities that would prefer to avoid requirements to reduce emissions, and thus should be regarded with a suspicious eye. To the extent that submitters are arguing in favor of case-specific application of the Beta Options, such modeling should always accompany modeling conducted according to regulatory defaults, so that EPA is not receiving a partial picture.

[14] Modeling TAD at 9.

14

ground.  Accordingly, criticisms of Sierra Club modeling on the basis of the use of the FLAGPOLE option should be disregarded.

F.     Modeling-Based Designations Are Ideal for Swift SIP and FIP Development to Prevent Further Delays in NAAQS Implementation

Not only are modeling-based designations quicker, more robust, and more accurate than monitor-based evaluation of air quality, but such designations based on modeling can also speed up $SO_2$ NAAQS implementation in areas failing to attain the standard.  This is because modeling can indicate exactly what emission limits need to be introduced to a large $SO_2$ pollution source to ensure that the standard is attained and maintained.

As noted above, unlike some other criteria pollutants for which EPA establishes a NAAQS, $SO_2$ overwhelmingly comes from a relatively small handful of large sources, whose exact emission profiles are well-documented.  As the NEI indicates, controlling pollution from these sources is effectively controlling *all* $SO_2$ pollution nationwide.  Accordingly, a modeling-based designations approach that addresses the large sources will ameliorate $SO_2$ pollution problems generally: by modeling a source to ascertain its impact on the NAAQs, regulators are simultaneously determining how much emissions need to be reduced to avoid causing NAAQS exceedances.  Thus, rather than simply identifying an ambient air pollution problem, aerial dispersion modeling accomplishes much of what would be required to develop a plan in a potential nonattainment SIP.[15]

This is particularly critical for NAAQS implementation.  While the Clean Air Act does impose strict timetables for states, upon promulgation by EPA of a nonattainment designation, for both preparation of a SIP and ultimate attainment of the standard, the unfortunate reality is that states are frequently late in developing their SIPs and in rectifying NAAQS-attainment problems.  For example, as EPA's Greenbook notes, many regions across the country are still failing to attain standards promulgated in the 2000s, the 1990s, the 1980s, and even *the 1970s*.[16] This is despite clear requirements for states to submit nonattainment SIPs shortly after receiving

---

[15] *See* U.S. EPA, Guidance for 1-Hour $SO_2$ Nonattainment Area SIP Submissions (April 23, 2014) at 9-10, *available at* https://www3.epa.gov/airquality/sulfurdioxide/pdfs/20140423guidance.pdf ("The attainment plan for the affected area should also demonstrate, through the use of air quality dispersion modeling . . . that the area will attain the standard by its attainment date).  Critically, the Guidance indicates that attainment must be achieved *everywhere* in the area, not just at monitor locations: "[t]he attainment demonstration should also ensure that the area will attain the 2010 SO2 NAAQS with a 3 year design value of no greater than 75 ppb throughout the entire nonattainment area by the statutory attainment date."  *Id.*

[16] Montana has areas failing to attain the 1978 lead and 1971 $SO_2$ NAAQS; likewise, New Jersey, Pennsylvania, and Utah have areas failing to attain the 1971 $SO_2$ NAAQS.  *See* U.S. EPA, Current Nonattainment Counties for All Criteria Pollutants, *at* https://www3.epa.gov/airquality/greenbook/ancl.html. Likewise, over 40 areas nationwide are failing to attain the 1987 PM10 NAAQS.  *Id.*  The list of areas failing to attain NAAQS of 1990s vintage is even longer; the list of areas failing to attain NAAQS from the 2000s longer still.  *Id.*

15

a nonattainment designation, and to return areas to attainment. *See, e.g.*, 42 U.S.C. §§ 7514(a), 7514a(a) (setting 18-month deadlines for nonattainment SIPs for $SO_2$, $NO_2$, or lead nonattainment designations, and requiring attainment to be achieved within 5 years). Similarly, when states fail to submit SIPs, EPA is required to generate and promulgate federal implementation plans—again, on a swift timetable. *See* 42 U.S.C. § 7410(k)(1)(B) (requiring EPA to making findings of failure to submit where states fail to submit required SIPs); 42 U.S.C. 7410(c)(1)(A) (requiring EPA to promulgate a federal implementation plan "at any time within 2 years after the Administrator finds that a State has failed to make a required submission").

Using modeling for and from designations purposes in nonattainment SIP preparation thus can help states and EPA avoid the chronic problem of late NAAQS implementation. It can also be a powerful tool in enabling EPA to prepare federal implementation plans for states that have failed to prepare their SIPs. EPA should thus, in finalizing the Proposed Designations, make clear to the states that they can and must submit nonattainment SIPs by the required deadline, and that if not, EPA will use the modeling before it to generate and promulgate federal implementation plans, and will do so far sooner than the expiration of the two-year deadline the Clean Air Act affords EPA.

## Conclusion

For the foregoing reasons, EPA should finalize the nonattainment designations it has proposed, eschew the Beta Options for AERMOD, and carefully evaluate submissions of third-party modeling to ensure that EPA is properly designating as nonattainment those areas with modeled exceedances of the NAAQS.

Sincerely,


_____/s/_____
Zachary M. Fabish
Staff Attorney
The Sierra Club
50 F Street, NW - 8th Floor
Washington, DC 20001
(202) 675-7917
(202) 547-6009 (fax)
zachary.fabish@sierraclub.org

Enclosures:

- Appendix A – Colorado
- Appendix B – Maryland
- Appendix C – Missouri
- Appendix D – Ohio
- Appendix E – Indiana
- Appendix F – Louisiana

16

- Appendix G – Michigan
- Appendix H – Oklahoma
- Appendix I – Texas

Partial electronic cc:

EPA Region 1, Leiran Biton, biton.leiran@epa.gov.

EPA Region 2, Henry Feingersh, feingersh.henry@epa.gov.

EPA Region 3, Irene Shandruk, shandruk.irene@epa.gov.

EPA Region 4, Twunjala Bradley, bradley.twunjala@epa.gov.

EPA Region 5, John Summerhays, summerhays.john@epa.gov.

EPA Region 6, Dayana Medina, medina.dayana@epa.gov.

EPA Region 7, David Peter, peter.david@epa.gov.

EPA Region 8, Adam Clark, clark.adam@epa.gov.

EPA Region 9, Gwen Yoshimura, yoshimura.gwen@epa.gov.

EPA Region 10, John Chi, chi.john@epa.gov.

17

**Tab 351: 81 Fed. Reg. 45,039 (July 12, 2016)**

(2) Closed areas may not be reopened to traditional gathering and removal until the reasons for the closure have been resolved.

(3) Except in emergency situations, the Superintendent will provide public notice of any closure under this section in accordance with § 1.7 of this chapter. The Superintendent will also provide written notice of the closure directly to any tribe that has an agreement to gather and remove plants or plant parts from the closed area.

(i) *When may the Superintendent suspend or terminate an agreement or permit?*

(1) The Superintendent may suspend or terminate a gathering agreement or implementing permit if the tribe or a tribal member violates any term or condition of the agreement or the permit.

(2) The Superintendent may suspend or terminate a gathering agreement or implementing permit if unanticipated or significant adverse impacts to park area resources or values occur.

(3) If a Superintendent suspends or terminates a gathering agreement or implementing permit, then the Superintendent must prepare a written determination justifying the action and must provide a copy of the determination to the tribe.

(4) Before terminating a gathering agreement or implementing permit, the Superintendent must obtain the written concurrence of the Regional Director.

(j) *When is gathering prohibited?* Gathering, possession, or removal from a park area of plants or plant parts (including for traditional purposes) is prohibited except where specifically authorized by:

(1) Federal statutory law;

(2) Treaty rights;

(3) Other regulations of this chapter; or

(4) An agreement and permit issued under this section.

(k) *How may a tribe appeal a Superintendent's decision not to enter into a gathering agreement under this rule?* If a Superintendent denies a tribe's request to enter into a gathering agreement, then the Superintendent will provide the tribe with a written decision setting forth the reasons for the denial. Within 60 days after receiving the Superintendent's written decision, the tribe may appeal, in writing, the Superintendent's decision to the Regional Director. The appeal should set forth the substantive factual or legal bases for the tribe's disagreement with the Superintendent's decision and any other information the tribe wishes the Regional Director to consider. Within 45 days after receiving the tribe's written

appeal, the Regional Director will issue and send to the tribe a written decision that affirms, reverses, or modifies the Superintendent's decision. The Regional Director's appeal decision will constitute the final agency action on the matter. Appeals under this section constitute an administrative review and are not conducted as an adjudicative proceeding.

(l) *Have the information collection requirements been approved?* The Office of Management and Budget has reviewed and approved the information collection requirements in this section and assigned OMB Control No. 1024–0271. We will use this information to determine whether a traditional association and purpose can be documented in order to authorize traditional gathering. We may not conduct or sponsor and you are not required to respond to, a collection of information unless it displays a currently valid OMB control number. You may send comments on any aspect of this information collection to the Information Collection Clearance Officer, National Park Service, 12201 Sunrise Valley Drive (Mail Stop 242), Reston, VA 20192.

**Karen Hyun,**
*Deputy Assistant Secretary for Fish and Wildlife and Parks.*

[FR Doc. 2016–16434 Filed 7–11–16; 8:45 am]

**BILLING CODE 4310–EJ–P**

---

# ENVIRONMENTAL PROTECTION AGENCY

## 40 CFR Part 81

**[EPA–HQ–OAR–2014–0464; FRL–9948–87–OAR]**

## Air Quality Designations for the 2010 Sulfur Dioxide (SO₂) Primary National Ambient Air Quality Standard—Round 2

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** This rule establishes the initial air quality designations for certain areas in the United States (U.S.) for the 2010 primary sulfur dioxide (SO₂) National Ambient Air Quality Standard (NAAQS). The Environmental Protection Agency (EPA) is designating the areas as either nonattainment, unclassifiable/attainment, or unclassifiable, based on whether the areas do not meet the NAAQS or contribute to a nearby area that does not meet the NAAQS; meet the NAAQS; or cannot be classified on the basis of

available information as meeting or not meeting the NAAQS, respectively. The designations are based on the weight of evidence for each area, including available air quality monitoring data and air quality modeling. The Clean Air Act (CAA) directs areas designated nonattainment by this rule to undertake certain planning and pollution control activities to attain the SO₂ NAAQS as expeditiously as practicable. This is the second round of area designations for the 2010 SO₂ NAAQS.

**DATES:** The effective date of this rule is September 12, 2016.

**ADDRESSES:** The EPA has established a docket for this action under Docket ID NO. EPA–HQ–OAR–2014–0464. All documents in the docket are listed in the *http://www.regulations.gov* Web site. Although listed in the index, some information is not publicly available, *e.g.,* Confidential Business Information or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the Internet and will be publicly available only in hard copy form. Publicly available docket materials are available either electronically in *http:// www.regulations.gov.*

In addition, the EPA has established a Web site for the initial SO₂ designations rulemakings at: *https:// www.epa.gov/sulfur-dioxide-designations.* The Web site includes the EPA's final SO₂ designations, as well as state and tribal initial recommendation letters, the EPA's modification letters, technical support documents, responses to comments and other related technical information.

**FOR FURTHER INFORMATION CONTACT:** For general questions concerning this action, please contact Rhea Jones, U.S. EPA, Office of Air Quality Planning and Standards, Air Quality Planning Division, C539–04, Research Triangle Park, NC 27711, telephone (919) 541–2940, email at *jones.rhea@epa.gov.*

**SUPPLEMENTARY INFORMATION:**
*U.S. EPA Regional Office Contacts:*

Region I—Leiran Biton, telephone (617) 918–1267, email at *biton.leiran@epa.gov.*

Region II—Henry Feingersh, telephone (212) 637–3382, email at *feingersh.henry@epa.gov.*

Region III—Irene Shandruk, telephone (215) 814–2166, email at *shandruk.irene@epa.gov.*

Region IV—Twunjala Bradley, telephone (404) 562–9352, email at *bradley.twunjala@epa.gov.*

Region V—John Summerhays, telephone (312) 886–6067, email at *summerhays.john@epa.gov.*

Region VI—Dayana Medina, telephone (214) 665–7241, email at *medina.dayana@epa.gov.*

Region VII—David Peter, telephone (913) 551–7397, email at *peter.david@epa.gov.*

Region VIII—Adam Clark, telephone (303) 312–7104, email at *clark.adam@epa.gov.*

Region IX—Gwen Yoshimura, telephone (415) 947–4134, email at *yoshimura.gwen@epa.gov.*

Region X—John Chi, U.S. EPA, telephone (206) 553–1185, email at *chi.john@epa.gov.*

The public may inspect the rule and state-specific technical support information at the following locations:

| Regional offices | States |
|---|---|
| Dave Conroy, Chief, Air Programs Branch, EPA New England, 1 Congress Street, Suite 1100, Boston, MA 02114–2023, (617) 918–1661. | Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island and Vermont. |
| Richard Ruvo, Chief, Air Planning Section, EPA Region II, 290 Broadway, 25th Floor, New York, NY 10007–1866, (212) 637–4014. | New Jersey, New York, Puerto Rico and Virgin Islands. |
| Cristina Fernandez, Associate Director, Office of Air Program Planning, EPA Region III, 1650 Arch Street, Philadelphia, PA 19103–2187, (215) 814–2178. | Delaware, District of Columbia, Maryland, Pennsylvania, Virginia and West Virginia. |
| R. Scott Davis, Chief, Air Planning Branch, EPA Region IV, Sam Nunn Atlanta Federal Center, 61 Forsyth, Street, SW, 12th Floor, Atlanta, GA 30303, (404) 562–9127. | Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina and Tennessee. |
| John Mooney, Chief, Air Programs Branch, EPA Region V, 77 West Jackson Street, Chicago, IL 60604, (312) 886–6043. | Illinois, Indiana, Michigan, Minnesota, Ohio and Wisconsin. |
| Guy Donaldson, Chief, Air Planning Section, EPA Region VI, 1445 Ross Avenue, Dallas, TX 75202, (214) 665–7242. | Arkansas, Louisiana, New Mexico, Oklahoma and Texas. |
| Mike Jay, Chief, Air Programs Branch, EPA Region VII, 11201 Renner Blvd., Lenexa, KS 66129, (913) 551–7460. | Iowa, Kansas, Missouri and Nebraska. |
| Monica Morales, Acting Air Program Director, EPA Region VIII, 1595 Wynkoop Street, Denver, CO 80202–1129, (303) 312–6936. | Colorado, Montana, North Dakota, South Dakota, Utah and Wyoming. |
| Doris Lo, Air Planning Office, EPA Region IX, 75 Hawthorne Street, San Francisco, CA 94105, (415) 972–3959. | American Samoa, Arizona, California, Guam, Hawaii, Nevada and Northern Mariana Islands. |
| Debra Suzuki, Manager, State and Tribal Air Programs, EPA Region X, Office of Air, Waste, and Toxics, Mail Code OAQ–107, 1200 Sixth Avenue, Seattle, WA 98101, (206) 553–0985. | Alaska, Idaho, Oregon and Washington. |

## Table of Contents

The following is an outline of the Preamble.

I. Preamble Glossary of Terms and Acronyms
II. What is the purpose of this action?
III. What is the 2010 SO₂ NAAQS and what are the health concerns that it addresses?
IV. What are the CAA requirements for air quality designations and what action has the EPA taken to meet these requirements?
V. What guidance did the EPA issue and how did the EPA apply the statutory requirements and applicable guidance to determine area designations and boundaries?
VI. What air quality information has the EPA used for these designations?
VII. How do the Round 2 designations affect Indian country?
VIII. Where can I find information forming the basis for this rule and exchanges between the EPA, states and tribes related to this rule?
IX. Environmental Justice Concerns
X. Statutory and Executive Order Reviews
  A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review
  B. Paperwork Reduction Act (PRA)
  C. Regulatory Flexibility Act (RFA)
  D. Unfunded Mandates Reform Act (URMA)
  E. Executive Order 13132: Federalism
  F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments
  G. Executive Order 13045: Protection of Children From Environmental Health and Safety Risks
  H. Executive Order 13211: Actions That Significantly Affect Energy Supply, Distribution, or Use
  I. National Technology Transfer and Advancement Act (NTTAA)
  J. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations
  K. Congressional Review Act (CRA)
  L. Judicial Review

## I. Preamble Glossary of Terms and Acronyms

The following are abbreviations of terms used in the preamble.

APA   Administrative Procedure Act
CAA   Clean Air Act
CFR   Code of Federal Regulations
DC   District of Columbia
EO   Executive Order
EPA   Environmental Protection Agency
FR   Federal Register
NAAQS   National Ambient Air Quality Standards
NTTAA   National Technology Transfer and Advancement Act
OMB   Office of Management and Budget
SO₂   Sulfur Dioxide
SOₓ   Sulfur Oxides
RFA   Regulatory Flexibility Act
UMRA   Unfunded Mandate Reform Act of 1995
TAR   Tribal Authority Rule
TAD   Technical Assistance Document
TSD   Technical Support Document
U.S.   United States
VCS   Voluntary Consensus Standards

## II. What is the purpose of this action?

The purpose of this final action is to announce and promulgate initial air quality designations for certain areas in the U.S. for the 2010 primary SO₂ NAAQS, in accordance with the requirements of the CAA. The EPA is designating areas as either nonattainment, unclassifiable/attainment, or unclassifiable, based on whether the areas do not meet the NAAQS or contribute to a nearby area that does not meet the NAAQS; meet the NAAQS; or cannot be classified on the basis of available information as meeting or not meeting the NAAQS, respectively. This is the second round of designations for the 2010 SO₂ NAAQS. As discussed in Section IV of this document, the EPA is designating SO₂ areas in multiple rounds. The EPA completed the first round of SO₂ designations in an action signed by the Administrator on July 25, 2013 (78 FR 47191; August 5, 2013). In that action, the EPA designated 29 areas in 16 states as nonattainment, based on air quality monitoring data.

In this second round of SO₂ designations, the EPA is designating 61 additional areas in 24 states: 4 nonattainment areas, 41 unclassifiable/attainment areas and 16 unclassifiable

areas. The list of areas being designated in the affected states and the boundaries of each area appear in the tables for each state within the regulatory text at the end of this document. These designations are based on the EPA's technical assessment of and conclusions regarding the weight of evidence for each area, including but not limited to available air quality monitoring data or air quality modeling. With respect to air quality monitoring data, the EPA considered data from at least the most recent three calendar years 2013–2015, as available, including an evaluation of exceptional event claims.[1] In most of the modeling runs conducted by states or third parties, the impacts of the actual emissions for the 3-year periods 2012–2014 or 2013–2015 were considered, and in some cases modeling evaluated recent or not-yet-effective allowable emissions limits in lieu of or as a supplement to modeling of actual emissions. For the areas being designated nonattainment, the CAA directs states to develop and submit to the EPA State Implementation Plans within 18 months of the effective date of this final rule, that meet the requirements of sections 172(c) and 191–192 of the CAA and provide for attainment of the NAAQS as expeditiously as practicable, but not later than 5 years from the effective date of this final rule. We also note that under EPA's Data Requirements Rule in 40 CFR part 51, subpart BB (80 FR 51052; August 21, 2015), the EPA expects to receive additional air quality characterization for many of the sources located in areas subject to this round of designations, and the agency could consider such data that corresponds to those areas designated unclassifiable in this round in future actions that assess the areas' air quality status.

### III. What is the 2010 SO₂ NAAQS and what are the health concerns that it addresses?

The Administrator signed a final rule revising the primary SO₂ NAAQS on June 2, 2010. The rule was published in the **Federal Register** on June 22, 2010 (75 FR 35520) and became effective on August 23, 2010. Based on the Administrator's review of the air quality criteria for oxides of sulfur and the primary NAAQS for oxides of sulfur as measured by $SO_2$, the EPA revised the primary $SO_2$ NAAQS to provide requisite protection of public health with an adequate margin of safety. Specifically, the EPA established a new 1-hour SO₂ standard at a level of 75 parts per billion (ppb), which is met at an ambient air quality monitoring site when the 3-year average of the annual 99th percentile of 1-hour daily maximum concentrations is less than or equal to 75 ppb, as determined in accordance with Appendix T of 40 CFR part 50. 40 CFR 50.17(a)–(b). The EPA also established provisions to revoke both the existing 24-hour and annual primary SO₂ standards, subject to certain conditions. 40 CFR 50.4(e).

Current scientific evidence links short-term exposures to $SO_2$, ranging from 5 minutes to 24 hours, with an array of adverse respiratory effects including bronchoconstriction and increased asthma symptoms. These effects are particularly important for asthmatics at elevated ventilation rates (e.g., while exercising or playing). Studies also show a connection between short-term exposure and increased visits to emergency departments and hospital admissions for respiratory illnesses, particularly in at-risk populations including children, the elderly and asthmatics.

The EPA's NAAQS for $SO_2$ is designed to protect against exposure to the entire group of sulfur oxides ($SO_X$). $SO_2$ is the component of greatest concern and is used as the indicator for the larger group of gaseous $SO_X$. Other gaseous $SO_X$ (e.g., $SO_3$) are found in the atmosphere at concentrations much lower than $SO_2$.

Emissions that lead to high concentrations of $SO_2$ generally also lead to the formation of other $SO_X$. Control measures that reduce $SO_2$ can generally be expected to reduce people's exposures to all gaseous $SO_X$. This may also have the important co-benefit of reducing the formation of fine sulfate particles, which pose significant public health threats. $SO_X$ can react with other compounds in the atmosphere to form small particles. These particles penetrate deeply into sensitive parts of the lungs and can cause or worsen respiratory disease, such as emphysema and bronchitis, and can aggravate existing heart disease, leading to increased hospital admissions and premature death.[2] The EPA's NAAQS for particulate matter are designed to provide protection against these health effects.

### IV. What are the CAA requirements for air quality designations and what action has the EPA taken to meet these requirements?

After the EPA promulgates a new or revised NAAQS, the EPA is required to designate all areas of the country as either "nonattainment," "attainment,"[3] or "unclassifiable," for that NAAQS pursuant to section 107(d)(1) of the CAA. Section 107(d)(1)(A)(i) of the CAA defines a nonattainment area as "any area that does not meet (or that contributes to ambient air quality in a nearby area that does not meet) the national primary or secondary ambient air quality standard for the pollutant." If an area meets either prong of this definition, then the EPA is obligated to designate the area as "nonattainment." This provision also defines an attainment area as any area other than a nonattainment area that meets the NAAQS and an unclassifiable area as any area that cannot be classified on the basis of available information as meeting or not meeting the NAAQS.

The process for designating areas following promulgation of a new or revised NAAQS is contained in section 107(d) of the CAA. The CAA requires the EPA to complete the initial designations process within 2 years of promulgating a new or revised standard. If the Administrator has insufficient information to make these designations by that deadline, the EPA has the authority to extend the deadline for completing designations by up to 1 year. On July 27, 2012, the EPA announced that it had insufficient information to complete the designations for the 1-hour SO₂ standard within 2 years and extended the designations deadline to June 3, 2013 (77 FR 46295; August 3, 2012).

By no later than 1 year after the promulgation of a new or revised NAAQS, CAA section 107(d)(1)(A) provides that each state governor is required to recommend air quality

---

[1] Exceptional event claims influenced the EPA's designation for an area in Hawaii. The CAA and the EPA's implementing regulations allow for the exclusion of air quality monitoring data from use in regulatory determinations when there are exceedances and/or violations caused by events that satisfy the criteria within the Exceptional Events Rule codified at 40 CFR 50.1, 50.14 and 51.930. The exclusion of event-influenced data from the data set that is used to calculate design values could result in regulatory relief from an initial area designation as nonattainment. The design value used to determine the unclassifiable/attainment area designation for Hawaii County, Hawaii reflects the EPA's concurrence on multiple exceptional events claims influencing monitored concentrations at monitors in Hawaii County, Hawaii.

[2] See Fact Sheet titled, "Revisions to the Primary National Ambient Air Quality Standard, Monitoring Network, and Data Reporting Requirements for Sulfur Dioxide" at *http://www.epa.gov/airquality/sulfurdioxide/pdfs/20100602fs.pdf*.

[3] Consistent with designations for other pollutants, the EPA is using the designation category of "unclassifiable/attainment" for areas where appropriate air quality data demonstrate attainment (for SO₂ this can be through monitoring and/or modeling) and for areas for which such data are not available but for which the EPA has reason to believe the areas are likely attainment and have not been determined to be contributing to nearby violations.

designations, including the appropriate boundaries for areas, to the EPA. The EPA reviews those state recommendations and is authorized to make any modifications the Administrator deems necessary. The statute does not define the term "necessary," but the EPA interprets this to authorize the Administrator to modify designations that did not meet the statutory requirements or were otherwise inconsistent with the facts or analysis deemed appropriate by the EPA. If the EPA is considering modifications to a state's initial recommendation, the EPA is required to notify the state of any such intended modifications to its recommendation not less than 120 days prior to the EPA's promulgation of final designation. These notifications are commonly known as the "120-day letters." During this period, if the state does not agree with the EPA's modification, it has an opportunity to respond to the EPA and to demonstrate why it believes the modification proposed by the EPA is inappropriate. If a state fails to provide any recommendation for an area, in whole or in part, the EPA still must promulgate a designation that the Administrator deems appropriate, pursuant to CAA section 107(d)(1)(B)(ii). While CAA section 107(d) specifically addresses the designations process between the EPA and states, the EPA intends to follow the same process to the extent practicable for tribes that choose to make designation recommendations. If a tribe does not provide designation recommendations, the EPA will promulgate the designations that the Administrator deems appropriate.

The EPA notes that CAA section 107(d) provides the agency with discretion to determine how best to interpret the terms in the definition of a nonattainment area (e.g., "contributes to" and "nearby") for a new or revised NAAQS, given considerations such as the nature of a specific pollutant, the types of sources that may contribute to violations, the form of the standards for the pollutant, and other relevant information. In particular, the EPA's position is that the statute does not require the agency to establish bright line tests or thresholds for what constitutes "contribution" or "nearby" for purposes of designations.[4]

Similarly, the EPA's position is that the statute permits the EPA to evaluate the appropriate application of the term "area" to include geographic areas based upon full or partial county

boundaries, as may be appropriate for a particular NAAQS. For example, CAA section 107(d)(1)(B)(ii) explicitly provides that the EPA can make modifications to designation recommendations for an area "or portions thereof," and under CAA section 107(d)(1)(B)(iv) a designation remains in effect for an area "or portion thereof" until the EPA redesignates it.

For the 2010 SO₂ NAAQS, designation recommendations were due to the EPA by June 3, 2011. Designation recommendations and supporting documentation were submitted by most states and several tribes to the EPA by that date. After receiving these recommendations, and after reviewing and evaluating each recommendation, the EPA provided responses to the states and tribes regarding certain areas on February 7, 2013. The state and tribal letters, including the initial recommendations, the EPA's February 2013 responses to those letters, any modifications, and the subsequent state comment letters, are in the separate docket for that first round of SO₂ designations, at Docket ID NO. EPA–HQ–OAR–2012–0233.

Although not required by section 107(d) of the CAA, the EPA also provided an opportunity for members of the public to comment on the EPA's February 2013 response letters. The EPA completed the first round of SO₂ designations on July 25, 2013, designating 29 areas in 16 states as nonattainment (78 FR 47191; August 5, 2013). In the preamble to that action, the EPA stated that in separate future actions, it intended to address designations for all other areas for which the agency was not yet prepared to issue designations and that were consequently not addressed in that final rule. With input from a diverse group of stakeholders, EPA developed a comprehensive implementation strategy for the future SO₂ designations actions that focuses resources on identifying and addressing unhealthy levels of SO₂ in areas where people are most likely to be exposed to violations of the standard.

Following the initial August 5, 2013, designations, three lawsuits were filed against the EPA in different U.S. District Courts, alleging the agency had failed to perform a nondiscretionary duty under the CAA by not designating all portions of the country by the June 2, 2013, deadline. In an effort intended to resolve the litigation in one of those cases, the EPA and the plaintiffs, Sierra Club and the Natural Resources Defense Council, filed a proposed consent decree with the U.S. District Court for the Northern District of California. On March 2, 2015, the court entered the

consent decree and issued an enforceable order for the EPA to complete the area designations by three specific deadlines according to the court-ordered schedule.

According to the court-ordered schedule, the EPA must complete this second round of SO₂ designations by no later than July 2, 2016 (16 months from the court's order). The court order specifies that in this round the EPA must designate two groups of areas: (1) Areas that have newly monitored violations of the 2010 SO₂ NAAQS and (2) areas that contain any stationary sources that had not been announced as of March 2, 2015, for retirement and that, according to the EPA's Air Markets Database, emitted in 2012 either (i) more than 16,000 tons of SO₂, or (ii) more than 2,600 tons of SO₂ with an annual average emission rate of at least 0.45 pounds of SO₂ per one million British thermal units (lbs SO₂/mmBTU). Specifically, a stationary source with a coal-fired electric generating unit that, as of January 1, 2010, had a capacity of over 5 megawatts and otherwise meets the emissions criteria, is excluded from the July 2, 2016, deadline if it had announced through a company public announcement, public utilities commission filing, consent decree, public legal settlement, final state or federal permit filing, or other similar means of communication, by March 2, 2015, that it will cease burning coal at that unit.

The last two court-ordered deadlines for completing remaining designations are December 31, 2017 (Round 3), and December 31, 2020 (Round 4). In Round 3, the EPA must designate any remaining undesignated areas, for which, by January 1, 2017, states have not installed and begun operating a new SO₂ monitoring network meeting the EPA's specifications referenced in the then-anticipated SO₂ Data Requirements Rule. By December 31, 2020, the EPA must designate all remaining areas. The EPA finalized the SO₂ Data Requirements Rule (DRR) on August 10, 2015, codified at 40 CFR part 51, subpart BB (80 FR 51052; August 21, 2015). The rule establishes requirements for state and other air agencies to provide additional monitoring or modeling information on a timetable consistent with these designation deadlines. We expect this additional information to become available in time to help inform these subsequent designations.

On March 20, 2015, the EPA sent letters to Governors notifying them of the March 2, 2015, court order and identifying any sources in their states meeting the criteria for the round of

---

[4] This view was confirmed in *Catawba County* v. *EPA*, 571 F.3d 20 (D.C. Cir. 2009).

designations to be completed by July 2, 2016. The EPA offered states the opportunity to submit updated recommendations and supporting information for the EPA to consider for the affected areas. The EPA also notified states that the agency had updated its March 24, 2011, $SO_2$ designations guidance to support analysis of designations and boundaries for the next rounds of designations. All of the states with affected areas submitted updated designation recommendations. For areas of Indian county, there were no violating monitors and no sources meeting the criteria for the designations to be completed by July 2, 2016. However, the EPA also sent letters to Tribal Leaders where the EPA had identified a state source that met the criteria in the court order and that could potentially be impacting the tribal land. The EPA also offered tribes the opportunity to submit information or a recommendation for the potentially affected areas of tribal land. No tribes submitted information or recommendations for this round of designations.

On or about February 16, 2016, the EPA notified 24 affected states of its intended designation of certain specific areas as either nonattainment, unclassifiable/attainment, or unclassifiable for the $SO_2$ NAAQS. These states then had the opportunity to demonstrate why they believed an intended modification of their updated recommendations by the EPA may be inappropriate. Although not required, as the EPA had done for the first round of $SO_2$ designations, the EPA also chose to provide an opportunity for members of the public to comment on the EPA's February 2016 response letters. The EPA published a notice of availability and public comment period for the intended designation on March 1, 2016 (81 FR 10563). The public comment period closed on March 31, 2016. The updated recommendations, the EPA's February 2016 responses to those letters, any modifications, and the subsequent state and public comment letters, are in the docket for this second round of $SO_2$ designations at Docket ID NO. EPA–HQ–OAR–2014–0464 and are available on the $SO_2$ designations Web site.

## V. What guidance did the EPA issue and how did the EPA apply the statutory requirements and applicable guidance to determine area designations and boundaries?

In the notice of proposed rulemaking for the revised $SO_2$ NAAQS (74 FR 64810; December 8, 2009), the EPA issued proposed guidance on its approach to implementing the standard, including its approach to initial area designations. The EPA solicited comment on that guidance and, in the notice of final rulemaking (75 FR 35520; June 22, 2010), provided further guidance concerning implementation of the standard and how to identify nonattainment areas and boundaries for the $SO_2$ NAAQS. Subsequently, on March 24, 2011, the EPA provided additional designations guidance to assist states with making their recommendations for area designations and boundaries.[5] That guidance recommended, among other things, that monitoring data from the most recent three consecutive years be used to identify a violation of the $SO_2$ NAAQS. This is appropriate because the form of the $SO_2$ NAAQS is calculated as a 3-year average of the 99th percentile of the yearly distribution of 1-hour daily maximum $SO_2$ concentrations (specifically the most recent 3 consecutive years). The EPA based the first round of final $SO_2$ designations on monitored $SO_2$ concentrations from Federal Reference Method and Federal Equivalent Method monitors that are sited and operated in accordance with 40 CFR parts 50 and 58.

In the March 24, 2011, guidance, the EPA stated that the perimeter of a county containing a violating monitor would be the initial presumptive boundary for nonattainment areas, but also stated that the state, tribe and/or the EPA could conduct additional area-specific analyses that could justify establishing either a larger or smaller area. The EPA indicated that the following factors should be considered in an analysis of whether to exclude portions of a county and whether to include additional nearby areas outside the county as part of the designated nonattainment area: (1) Air quality data; (2) emissions-related data; (3) meteorology; (4) geography/topography; and (5) jurisdictional boundaries, as well as other available data. States and tribes may identify and evaluate other relevant factors or circumstances specific to a particular area.

Following entry of the March 2, 2015, court order, updated designations guidance was issued by the EPA through a March 20, 2015, memorandum from Stephen D. Page, Director, U.S. EPA, Office of Air Quality Planning and Standards, to Air Division Directors, U.S. EPA Regions 1–10. This memorandum supersedes the March 24, 2011, designation guidance for the 2010 $SO_2$ NAAQS, and identifies factors that the EPA intends to evaluate in determining whether areas are in violation of the 2010 $SO_2$ NAAQS. The guidance also contains the factors the EPA intends to evaluate in determining the boundaries for all remaining areas in the country, consistent with the court's order and schedule. These factors include: (1) Air quality characterization via ambient monitoring or dispersion modeling results; (2) emissions-related data; (3) meteorology; (4) geography and topography; and (5) jurisdictional boundaries. This guidance was supplemented by two non-binding technical assistance documents intended to assist states and other interested parties in their efforts to characterize air quality through air dispersion modeling or ambient air quality monitoring for sources that emit $SO_2$. Notably, the EPA's documents titled, "$SO_2$ NAAQS Designations Modeling Technical Assistance Document" (Modeling TAD) and "$SO_2$ NAAQS Designations Source-Oriented Monitoring Technical Assistance Document" (Monitoring TAD), were first made available to states and other interested parties in spring of 2013. Both of these documents were most recently updated in February 2016 and are available at *https://www.epa.gov/ sulfur-dioxide-designations*.

## VI. What air quality information has the EPA used for these designations?

For designations for the $SO_2$ NAAQS, air agencies have the flexibility to characterize air quality using either appropriately sited ambient air quality monitors or modeling of actual or allowable source emissions. The EPA issued the non-binding draft Monitoring TAD and Modeling TAD recommending how air agencies should conduct such monitoring or modeling. For the $SO_2$ designations contained in this action, the EPA considered available air quality monitoring data from at least calendar years 2013–2015, including an evaluation of exceptional events claims, and modeling submitted by state air agencies and other parties. In most of the modeling runs, the impacts of the actual emissions for the 3-year periods 2012–2014 or 2013–2015 were considered, and in some cases modeling evaluated recent or not-yet-effective allowable emissions limits in lieu of or as a supplement to modeling of actual emissions. The 1-hour primary $SO_2$ standard is violated at an ambient air quality monitoring site (or in the case of dispersion modeling, at an ambient air quality receptor location) when the 3-year average of the annual 99th percentile of the daily maximum 1-hour

---

[5] *See,* "Area Designations for the 2010 Revised Primary Sulfur Dioxide National Ambient Air Quality Standards," memorandum to Regional Air Division Directors, Regions I–X, from Stephen D. Page, dated March 24, 2011.

average concentrations exceeds 75 ppb, as determined in accordance with appendix T of 40 CFR part 50. For this round of designations there were no areas designated nonattainment based on monitoring data showing violations of the NAAQS. To determine model-based violations, the EPA believes that dispersion modeling is an appropriate tool, as discussed in the Modeling TAD. The TAD provides recommendations on how an air agency might appropriately and sufficiently model ambient air in proximity to an $SO_2$ emission source to establish air quality data for comparison to the 2010 primary $SO_2$ NAAQS for the purposes of designations.

## VII. How do the Round 2 designations affect Indian country?

In Round 2 of the designations for the 2010 primary $SO_2$ NAAQS, the EPA is designating 61 state areas as either nonattainment, unclassifiable/ attainment, or unclassifiable. For areas of Indian country, there were no violating monitors and no sources meeting the criteria for the designations to be completed by July 2, 2016. No areas of Indian country are being designated as nonattainment as part of this round. Any Indian country located in areas being designated as unclassifiable/attainment or unclassifiable are being designated along with the surrounding state area. All remaining state areas and areas of Indian country will be addressed in subsequent rounds of $SO_2$ designations.

## VIII. Where can I find information forming the basis for this rule and exchanges between the EPA, states and tribes related to this rule?

Information providing the basis for this action are provided in several technical support documents (TSDs), a response to comments document (RTC) and other information in the docket. The TSDs, RTC, applicable EPA's guidance memoranda and copies of correspondence regarding this process between the EPA and the states, tribes and other parties, are available for review at the EPA Docket Center listed above in the **ADDRESSES** section of this document and on the agency's $SO_2$ Designations Web site at *https:// www.epa.gov/sulfur-dioxide-designations*. Area-specific questions can be addressed to the EPA Regional Offices (*see* contact information provided at the beginning of this document).

## IX. Environmental Justice Concerns

When the EPA establishes a new or revised NAAQS, the CAA requires the EPA to designate all areas of the U.S. as either nonattainment, attainment, or unclassifiable.

This final action addresses designation determinations for certain areas for the 2010 primary $SO_2$ NAAQS. Area designations address environmental justice concerns by ensuring that the public is properly informed about the air quality in an area. In locations where air quality does not meet the NAAQS, the CAA requires relevant state authorities to initiate appropriate air quality management actions to ensure that all those residing, working, attending school, or otherwise present in those areas are protected, regardless of minority and economic status.

## X. Statutory and Executive Order Reviews

Upon promulgation of a new or revised NAAQS, the CAA requires the EPA to designate areas as attaining or not attaining the NAAQS. The CAA then specifies requirements for areas based on whether such areas are attaining or not attaining the NAAQS. In this final rule, the EPA assigns designations to selected areas as required.

### A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review

This action is exempted from review from the Office of Management and Budget because it responds to the CAA requirement to promulgate air quality designations after promulgation of a new or revised NAAQS.

### B. Paperwork Reduction Act (PRA)

This action does not impose an information collection burden under the PRA. This action responds to the requirement to promulgate air quality designations after promulgation of a new or revised NAAQS. This requirement is prescribed in the CAA section 107 of title 1. This action does not contain any information collection activities.

### C. Regulatory Flexibility Act (RFA)

This final rule is not subject to the RFA. The RFA applies only to rules subject to notice-and-comment rulemaking requirements under the Administrative Procedure Act (APA), 5 U.S.C. 553, or any other statute. This rule is not subject to notice-and-comment requirements under the APA but is subject to the CAA section 107(d)(2)(B) which does not require a notice-and-comment rulemaking to take this action.

### D. Unfunded Mandates Reform Act (UMRA)

This action does not contain any unfunded mandates as described by URM, 2 U.S.C. 1531–1538, and does not significantly or uniquely affect small governments. The action imposes no enforceable duty on any state, local or tribal governments or the private sector.

### E. Executive Order 13132: Federalism

This final action does not have federalism implications. It will not have substantial direct effects on the states, on the relationship between the national government and the states or on the distribution of power and responsibilities among the various levels of government.

### F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments

This action does not have tribal implications, as specified in Executive Order 13175. This action concerns the designation of certain areas in the U.S. for the 2010 primary $SO_2$ NAAQS. The CAA provides for states and eligible tribes to develop plans to regulate emissions of air pollutants within their areas, as necessary, based on the designations. The Tribal Authority Rule (TAR) provides tribes the opportunity to apply for eligibility to develop and implement CAA programs, such as programs to attain and maintain the $SO_2$ NAAQS, but it leaves to the discretion of the tribe the decision of whether to apply to develop these programs and which programs, or appropriate elements of a program, the tribe will seek to adopt. This rule does not have a substantial direct effect on one or more Indian tribes. It does not create any additional requirements beyond those of the $SO_2$ NAAQS. This rule establishes the designations for certain areas of the country for the $SO_2$ NAAQS, but no areas of Indian country are being designated as nonattainment by this action. Furthermore, this rule does not affect the relationship or distribution of power and responsibilities between the federal government and Indian tribes. The CAA and the TAR establish the relationship of the federal government and tribes in developing plans to attain the NAAQS, and this rule does nothing to modify that relationship. Thus, Executive Order 13175 does not apply.

Although Executive Order 13175 does not apply to this rule, after the EPA promulgated the 2010 primary $SO_2$ NAAQS, the EPA communicated with tribal leaders and environmental staff regarding the designations process. The EPA also sent individualized letters to

all federally recognized tribes to explain the designation process for the 2010 primary SO₂ NAAQS, to provide the EPA designations guidance, and to offer consultation with the EPA. The EPA provided further information to tribes through presentations at the National Tribal Forum and through participation in National Tribal Air Association conference calls. The EPA also sent individualized letters to all federally recognized tribes that submitted recommendations to the EPA about the EPA's intended designations for the SO₂ standard and offered tribal leaders the opportunity for consultation. These communications provided opportunities for tribes to voice concerns to the EPA about the general designations process for the 2010 primary SO₂ NAAQS, as well as concerns specific to a tribe, and informed the EPA about key tribal concerns regarding designations as the rule was under development. For this second round of SO₂ designations, the EPA sent additional letters to tribes that could potentially be affected and offered additional opportunities for participation in the designations process. The communication letters to the tribes are provided in the dockets for Round 1 (Docket ID NO. EPA–HQ–OAR–2012–0233 and Round 2 (Docket ID NO. EPA–HQ–OAR–2014–0464).

*G. Executive Order 13045: Protection of Children From Environmental Health and Safety Risks*

The EPA interprets Executive Order 13045 as applying only to those regulatory actions that concern environmental health or safety risks that the EPA has reason to believe may disproportionately affect children, per the definition of "covered regulatory action" in section 2–202 of the Executive Order. This action is not subject to Executive Order 13045 because it does not concern an environmental health risk or safety risk.

*H. Executive Order 13211: Actions That Significantly Affect Energy Supply, Distribution, or Use*

This action is not subject to Executive Order 13211, because it is not a significant regulatory action under Executive Order 12866.

*I. National Technology Transfer and Advancement Act (NTTAA)*

This action does not involve technical standards.

*J. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations*

The EPA believes this action does not have disproportionately high and adverse human health or environmental effects on minority populations, low-income populations and or indigenous peoples, as specified Executive Order 12898 (59 FR 7629, February 16, 1994). The documentation for this decision is contained in Section IX of this document.

*K. Congressional Review Act (CRA)*

The CRA, 5 U.S.C. 801 *et seq.,* as added by the Small Business Regulatory Enforcement Fairness Act of 1996, generally provides that before a rule may take effect, the agency promulgating the rule must submit a rule report, which includes a copy of the rule, to each House of the Congress and to the Comptroller General of the U.S. The EPA will submit a report containing this action and other required information to the U.S. Senate, the U.S. House of Representatives and the Comptroller General of the U.S. prior to publication of the rule in the **Federal Register**. A major rule cannot take effect until 60 days after it is published in the **Federal Register**. This action is not a "major rule" as defined by 5 U.S.C. 804(2). This rule will be effective September 12, 2016.

*L. Judicial Review*

Section 307(b)(1) of the CAA indicates which Federal Courts of Appeal have venue for petitions of review of final actions by the EPA. This section provides, in part, that petitions for review must be filed in the Court of Appeals for the District of Columbia Circuit: (i) When the agency action consists of "nationally applicable regulations promulgated, or final actions taken, by the Administrator," or (ii) when such action is locally or regionally applicable, if "such action is based on a determination of nationwide scope or effect and if in taking such action the Administrator finds and publishes that such action is based on such a determination."

This final action designating areas for the 2010 primary SO₂ NAAQS is "nationally applicable" within the meaning of section 307(b)(1). This final action establishes designations for areas across the U.S. for the 2010 primary SO₂ NAAQS. At the core of this final action is the EPA's interpretation of the definitions of nonattainment, attainment and unclassifiable under section 107(d)(1) of the CAA, and its

application of that interpretation to areas across the country. Accordingly, the Administrator has determined that this final action is nationally applicable and is hereby publishing that finding in the **Federal Register**.

For the same reasons, the Administrator also is determining that the final designations are of nationwide scope and effect for the purposes of section 307(b)(1). This is particularly appropriate because, in the report on the 1977 Amendments that revised section 307(b)(1) of the CAA, Congress noted that the Administrator's determination that an action is of "nationwide scope or effect" would be appropriate for any action that has a scope or effect beyond a single judicial circuit. H.R. Rep. No. 95–294 at 323, 324, *reprinted* in 1977 U.S.C.C.A.N. 1402–03. Here, the scope and effect of this final action extends to numerous judicial circuits since the designations apply to areas across the country. In these circumstances, section 307(b)(1) and its legislative history calls for the Administrator to find the action to be of "nationwide scope or effect" and for venue to be in the D.C. Circuit. Therefore, this final action is based on a determination by the Administrator of nationwide scope or effect, and the Administrator is hereby publishing that finding in the **Federal Register**.

Thus, any petitions for review of these final designations must be filed in the Court of Appeals for the District of Columbia Circuit within 60 days from the date final action is published in the **Federal Register**.

**List of Subjects in 40 CFR Part 81**

Environmental protection, Air pollution control, National parks, Wilderness areas.

Dated: June 30, 2016.

**Gina McCarthy,**

*Administrator.*

For the reasons set forth in the preamble, 40 CFR part 81 is amended as follows:

**PART 81—DESIGNATIONS OF AREAS FOR AIR QUALITY PLANNING PURPOSES**

■ 1. The authority citation for part 81 continues to read as follows:

**Authority:** 42 U.S.C. 7401, *et seq.*

**Subpart C—Section 107 Attainment Status Designations**

■ 2. Section 81.304 is amended by adding a new table entitled "Arkansas—2010 Sulfur Dioxide NAAQS (Primary)" following the table "Arkansas—1971

Sulfur Dioxide NAAQS (Primary and Secondary)'' to read as follows:

§ 81.304   Arkansas.

\*    \*    \*    \*    \*

### ARKANSAS—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Independence County, AR [1] ................................................................ | 9/12/16 | Unclassifiable. |
| Independence County. | | |
| Jefferson County, AR [2] ................................................................ | 9/12/16 | Unclassifiable/Attainment. |
| Jefferson County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 3. Section 81.306 is amended by adding a new table entitled ''Colorado— 2010 Sulfur Dioxide NAAQS (Primary)'' following the table ''Colorado—1971 Sulfur Dioxide NAAQS (Primary and Secondary)'' to read as follows:

§ 81.306   Colorado.

\*    \*    \*    \*    \*

### COLORADO—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Colorado Springs, CO [1] ................................................................ | 9/12/16 | Unclassifiable. |
| El Paso County (part). | | |
| Manitou Springs. | | |
| Colorado Springs (and certain unincorporated areas) as follows; Areas east of the western city limits of Colorado Springs, north of the southern city limits of Colorado Springs with the addition of the area termed ''Stratmoor'' bounded on the south by South Academy Boulevard, west of Powers Blvd, and south of East Woodman Blvd (east of Academy Blvd. N.) and the northern city limits of Colorado Springs (west of Academy Blvd. N.). | | |
| Eastern Morgan County, CO [1] ................................................................ | 9/12/16 | Unclassifiable. |
| Morgan County (part). | | |
| Circle with a 12 kilometer radius centered on the Pawnee Power Plant. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 4. Section 81.311 is amended by adding a new table entitled ''Georgia— 2010 Sulfur Dioxide NAAQS (Primary)'' following the table ''Georgia—1971 Sulfur Dioxide NAAQS (Primary and Secondary)'' to read as follows:

§ 81.311   Georgia.

\*    \*    \*    \*    \*

### GEORGIA—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Juliette, GA [1] ................................................................ | 9/12/16 | Unclassifiable/Attainment. |
| Butts County. | | |
| Crawford County. | | |
| Jasper County. | | |
| Jones County. | | |
| Lamar County. | | |
| Monroe County. | | |
| Upson County. | | |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 5. Section 81.312 is amended by adding a new table entitled ''Hawaii— 2010 Sulfur Dioxide NAAQS (Primary)'' following the table ''Hawaii—1971 Sulfur Dioxide NAAQS (Primary and Secondary)'' to read as follows:

§ 81.312   Hawaii.

\*    \*    \*    \*    \*

### HAWAII—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Hawaii County, HI [1] .................................................................................................. | 9/12/16 | Unclassifiable/Attainment. |
|     Hawaii County. | | |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 6. Section 81.314 is amended by revising the table entitled ''Illinois—2010 Sulfur Dioxide NAAQS (Primary)'' to read as follows:

**§ 81.314    Illinois.**

\*    \*    \*    \*    \*

### ILLINOIS—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Alton Township, IL [1] ................................................................................................ | 9/12/16 | Nonattainment. |
|     Madison County (part). | | |
|         Within Alton Township: Area east of Corporal Belchik Memorial Expressway, south of East Broadway, south of Route 3, and north of Route 143. | | |
| Lemont, IL [1] ........................................................................................................... | 10/4/13 | Nonattainment. |
|     Cook County (part). | | |
|         Lemont Township. | | |
|     Will County (part). | | |
|         DuPage Township and Lockport Township. | | |
| Pekin, IL [1] ............................................................................................................. | 10/4/13 | Nonattainment. |
|     Tazewell County (part). | | |
|         Cincinnati Township and Pekin Township. | | |
|     Peoria County (part). | | |
|         Hollis Township. | | |
| Williamson County, IL [1] ........................................................................................... | 9/12/16 | Nonattainment. |
|     Williamson County. | | |
| Jasper County, IL [2] ................................................................................................. | 9/12/16 | Unclassifiable/Attainment. |
|     Jasper County. | | |
| Massac County, IL [2] ............................................................................................... | 9/12/16 | Unclassifiable/Attainment. |
|     Massac County. | | |
| Putnam/Bureau Counties, IL [2] ................................................................................ | 9/12/16 | Unclassifiable/Attainment. |
|     Bureau County. | | |
|     Putnam County. | | |
| Wood River Township, IL [1] ...................................................................................... | 9/12/16 | Unclassifiable/Attainment. |
|     Madison County (part). | | |
|         All of Wood River Township, and the area in Chouteau Township north of Cahokia Diversion Channel. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 7. Section 81.315 is amended by revising the table entitled ''Indiana—2010 Sulfur Dioxide NAAQS (Primary)'' to read as follows:

**§ 81.315    Indiana.**

\*    \*    \*    \*    \*

### INDIANA—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Indianapolis, IN [1] ................................................................................................... | 10/4/13 | Nonattainment. |
|     Marion County (part). | | |
|         Wayne Township, Center Township, Perry Township. | | |
| Morgan County, IN [1] ............................................................................................... | 10/4/13 | Nonattainment. |
|     Morgan County (part). | | |
|         Clay Township, Washington Township. | | |
| Southwest Indiana, IN [1] .......................................................................................... | 10/4/13 | Nonattainment. |
|     Daviess County (part). | | |

### INDIANA—2010 SULFUR DIOXIDE NAAQS—Continued
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Veale Township. | | |
| Pike County (part). | | |
| Washington Township. | | |
| Terre Haute, IN [1] ....................................................................................... | 10/4/13 | Nonattainment. |
| Vigo County (part). | | |
| Fayette Township, Harrison Township. | | |
| Gibson County, IN [2] ..................................................................................... | 9/12/16 | Unclassifiable/attainment. |
| Gibson County. | | |
| Jefferson County, IN [2] ................................................................................. | 9/12/16 | Unclassifiable/attainment. |
| Jefferson County (part). | | |
| Graham, Lancaster, Madison, Monroe, Republican, Shelby, and Smyrna Townships. | | |
| LaPorte County, IN [2] ................................................................................... | 9/12/16 | Unclassifiable/attainment. |
| LaPorte County. | | |
| Posey County, IN [2] ...................................................................................... | 9/12/16 | Unclassifiable/attainment. |
| Posey County (part). | | |
| Bethel, Center, Harmony, Lynn, Marrs, Robb, Robinson, and Smith Townships. | | |
| Spencer County, IN [2] ................................................................................... | 9/12/16 | Unclassifiable/attainment. |
| Spencer County (part). | | |
| Ohio Township north of UTM 4187.580 km northing, and Carter, Clay, Grass, Hammond, Harrison, and Jackson Townships. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*    *    *    *    *

■ 8. Section 81.316 is amended by revising the table entitled "Iowa—2010 Sulfur Dioxide NAAQS (Primary)" to read as follows:

**§ 81.316  Iowa.**

*    *    *    *    *

### IOWA—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Muscatine, IA [1] ........................................................................................... | 10/4/13 | Nonattainment. |
| Muscatine County (part). | | |
| Sections 1–3, 10–15, 22–27, 34–36 of T77N, R3W (Lake Township). | | |
| Sections 1–3, 10–15, 22–27, 34–36 of T76N, R3W (Seventy-six Township). | | |
| T77N, R2W (Bloomington Township). | | |
| T76N, R2W (Fruitland Township). | | |
| All sections except 1, 12, 13, 24, 25, 36 of T77N, R1W (Sweetland Township). | | |
| Woodbury County, IA [1] ................................................................................ | 9/12/16 | Unclassifiable. |
| Woodbury County. | | |
| Des Moines County, IA [2] ............................................................................. | 9/12/16 | Unclassifiable/Attainment. |
| Des Moines County. | | |
| Wapello County, IA [2] .................................................................................. | 9/12/16 | Unclassifiable/Attainment. |
| Wapello County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*    *    *    *    *

■ 9. Section 81.317 is amended by adding a new table entitled "Kansas—2010 Sulfur Dioxide NAAQS (Primary)" following the table "Kansas—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.317  Kansas.**

*    *    *    *    *

### KANSAS—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Shawnee County, KS [1] .................................................................................. | 9/12/16 | Unclassifiable. |
| Shawnee County. | | |

KANSAS—2010 SULFUR DIOXIDE NAAQS—Continued

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Wyandotte County, KS [1] ........................................................................................ | 9/12/16 | Unclassifiable. |
| Wyandotte County. | | |
| Linn County, KS [2] ................................................................................................. | 9/12/16 | Unclassifiable/Attainment. |
| Linn County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*    *    *    *    *

■ 10. Section 81.318 is amended by revising the table entitled ''Kentucky—2010 Sulfur Dioxide NAAQS (Primary)'' to read as follows:

**§ 81.318    Kentucky.**

*    *    *    *    *

KENTUCKY—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Campbell-Clermont Counties, KY–OH [1] ................................................................. | 10/4/13 | Nonattainment. |
| Campbell County (part). | | |
| That portion of Campbell County which lies south and west of the Ohio River described as follows: Beginning at geographic coordinates 38.9735 North Latitude, 84.3017 West Longitude (NAD 1983) on the edge of the Ohio River running southwesterly to KY Highway 1566; thence continuing running southwesterly along KY Highway 1566 to KY Highway 9 (AA Highway); thence running north westerly along KY Highway 9 (AA Highway) from Hwy 1566 to Interstate 275; thence running northeasterly along Interstate 275 to Highway 2345 (John's Hill Road), Hwy 2345 to US–27, US–27 to I–275, I–275 to the Ohio River; thence running southeasterly along the Ohio River from Interstate 275 to geographic coordinates 38.9735 North Latitude, 84.3017 West Longitude (NAD 1983). | | |
| Jefferson County, KY [1] .......................................................................................... | 10/4/13 | Nonattainment. |
| Jefferson County (part). | | |
| That portion of Jefferson County compassed by the polygon with the vertices using Universal Traverse Mercator (UTM) coordinates in UTM zone 16 with datum NAD83 as follows: | | |
| (1) Ethan Allen Way extended to the Ohio River at UTM Easting (m) 595738, UTM Northing 4214086 and Dixie Highway (US60 and US31W) at UTM Easting (m) 59751, UTM Northing 4212946; | | |
| (2): Along Dixie Highway from UTM Easting (m) 597515, UTM Northing 4212946 to UTM Easting (m) 595859, UTM Northing 4210678; | | |
| (3): Near the adjacent property lines of Louisville Gas and Electric—Mill Creek Electric Generating Station and Kosmos Cement where they join Dixie Highway at UTM Easting (m) 595859, UTM Northing 4210678 and the Ohio River at UTM Easting (m) 595326, UTM Northing 4211014; | | |
| (4): Along the Ohio River from UTM Easting (m) 595326, UTM Northing 4211014 to UTM Easting (m) 595738, UTM Northing 4214086. | | |
| Ohio County, KY [1] ................................................................................................. | 9/12/16 | Unclassifiable. |
| Ohio County. | | |
| Pulaski County, KY [1] ............................................................................................. | 9/12/16 | Unclassifiable. |
| Pulaski County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.

*    *    *    *    *

■ 11. Section 81.319 is amended by revising the table entitled ''Louisiana—2010 Sulfur Dioxide NAAQS (Primary)'' to read as follows:

**§ 81.319    Louisiana.**

*    *    *    *    *

LOUISIANA—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| St. Bernard Parish, LA [1] ....................................................................................... | 10/4/13 | Nonattainment. |
| St. Bernard Parish. | | |

LOUISIANA—2010 SULFUR DIOXIDE NAAQS—Continued

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Calcasieu Parish, LA [1] ................................................................................................................<br>    Calcasieu Parish. | 9/12/16 | Unclassifiable. |
| De Soto Parish, LA [2] ................................................................................................................<br>    De Soto Parish. | 9/12/16 | Unclassifiable/Attainment. |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 12. Section 81.321 is amended by adding the table entitled "Maryland—

2010 Sulfur Dioxide NAAQS (Primary)" following the table "Maryland—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.321    Maryland.**

\*    \*    \*    \*    \*

MARYLAND—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Anne Arundel County and Baltimore County, MD [1] ................................................................<br>    Anne Arundel County (part).<br>        Portions of Anne Arundel County that are within 26.8 kilometers of Herbert A. Wagner's Unit 3 stack, which is located at 39.17765 N. latitude, 76.52752 W. longitude.<br>    Baltimore County (part).<br>        Portions of Baltimore County that are within 26.8 kilometers of Herbert A. Wagner's Unit 3 stack, which is located at 39.17765 N. latitude, 76.52752 W. longitude. | 9/12/16 | Nonattainment. |
| Baltimore City, MD [2] ................................................................................................................ | 9/12/16 | Unclassifiable/Attainment. |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 13. Section 81.323 is amended by revising the table entitled "Michigan—

2010 Sulfur Dioxide NAAQS (Primary)" to read as follows:

**§ 81.323    Michigan.**

\*    \*    \*    \*    \*

MICHIGAN—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Detroit, MI [1] ................................................................................................................<br>    Wayne County (part).<br>        The area bounded on the east by the Michigan-Ontario border, on the south by the Wayne County-Monroe County border, on the west by Interstate 75 north to Southfield Road, Southfield Road to Interstate 94, and Interstate 94 north to Michigan Avenue, and on the north by Michigan Avenue to Woodward Avenue and a line on Woodward Avenue extended to the Michigan-Ontario border. | 10/4/13 | Nonattainment. |
| St. Clair, MI [1] ................................................................................................................<br>    St. Clair County (part).<br>        Area defined by the St. Clair River for the eastern boundary, an extension from the St. Clair River straight west to the intersection of State Highway M–29 and St. Clair River Drive, continuing west on State Highway M–29 to Church Road to Arnold Road to County Line Road for the southern boundary, County Line Road and the Macomb/St. Clair County boundary to Stoddard Road to Wales Ridge Road for the western boundary, and Alpine Road to Fitz Road to Smith Creek Road to Range Road to Huron Avenue, extending straight east from the intersection of Huron Road and River Road to the St. Clair River for the northern boundary. | 9/12/16 | Nonattainment. |
| Bay County, MI [2] ................................................................................................................<br>    Bay County. | 9/12/16 | Unclassifiable/Attainment. |
| Lansing, MI [2] ................................................................................................................<br>    Eaton County.<br>    Ingham County. | 9/12/16 | Unclassifiable/Attainment. |
| Marquette County, MI [2] ................................................................................................................ | 9/12/16 | Unclassifiable/Attainment. |

### MICHIGAN—2010 SULFUR DIOXIDE NAAQS—Continued
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Marquette County. | | |
| Monroe County, MI[2] ............................................................................................ | 9/12/16 | Unclassifiable/Attainment. |
| Monroe County. | | |
| Ottawa County, MI[2] ............................................................................................ | 9/12/16 | Unclassifiable/Attainment. |
| Ottawa County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

\* \* \* \* \*

■ 14. Section 81.325 is amended by adding a new table entitled ''Mississippi—2010 Sulfur Dioxide NAAQS (Primary)'' following the table ''Mississippi—1971 Sulfur Dioxide NAAQS (Primary and Secondary)'' to read as follows:

**§ 81.325 Mississippi.**

\* \* \* \* \*

### MISSISSIPPI—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Lamar County, MS[1] ............................................................................................ | 9/12/16 | Unclassifiable/Attainment. |
| Lamar County. | | |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

\* \* \* \* \*

■ 15. Section 81.326 is amended by revising the table entitled ''Missouri—2010 Sulfur Dioxide NAAQS (Primary)'' to read as follows:

**§ 81.326 Missouri.**

\* \* \* \* \*

### MISSOURI—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Jackson County, MO[1] ............................................................................................ | 10/4/13 | Nonattainment. |
| Jackson County (part). | | |
| The portion of Jackson County bounded by I–70/I–670 and the Missouri River to the north; and, to the west of I–435 to the state line separating Missouri and Kansas. | | |
| Jefferson County, MO[1] ............................................................................................ | 10/4/13 | Nonattainment. |
| Jefferson County (part). | | |
| That portion within Jefferson County described by connecting the following four sets of UTM coordinates moving in a clockwise manner: | | |
| (Herculaneum USGS Quadrangle), 718360.283 4250477.056, 729301.869 4250718.415, 729704.134 4236840.30, 718762.547 4236558.715. | | |
| (Festus USGS Quadrangle), 718762.547 4236558.715, 729704.134 4236840.30, 730066.171 4223042.637, 719124.585 4222680.6. | | |
| (Selma USGS Quadrangle), 729704.134 4236840.30, 730428.209 4236840.3, 741047.984 4223283.996, 730066.171 4223042.637. | | |
| (Valmeyer USGS Quadrangle), 729301.869 4250718.415, 731474.096 4250798.868, 730428.209 4236840.3, 729704.134 4236840.30. | | |
| Franklin-St. Charles Counties, MO[1] ............................................................................................ | 9/12/16 | Unclassifiable. |
| Franklin County (part). | | |
| The eastern and western boundaries are Boles Township boundaries. The northern boundary is the Franklin County-St. Charles County Line. The southern boundary is Interstate 44. | | |
| St. Charles County (part). | | |
| The eastern and western boundaries are Boone Township boundaries. The northern boundary is Missouri Route D and Highway 94. The southern boundary is the Franklin County-St. Charles County Line. | | |
| Jackson County, MO[1] ............................................................................................ | 9/12/16 | Unclassifiable. |
| Jackson County (part). | | |

### MISSOURI—2010 SULFUR DIOXIDE NAAQS—Continued

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| The northern boundary is the county line separating Jackson County from Clay and Ray Counties. The eastern boundary is the county line separating Jackson County from Lafayette County. The southern boundary is Interstates 70 and 470. The western boundary is Missouri Highway 291. | | |
| Scott County, MO [2] ....................................................................................................................<br>Scott County. | 9/12/16 | Unclassifiable/Attainment. |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*   *   *   *   *

■ 16. Section 81.328 is amended by adding a new table entitled "Nebraska—2010 Sulfur Dioxide NAAQS (Primary)" following the table "Nebraska—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.328   Nebraska.**

*   *   *   *   *

### NEBRASKA—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated Area | Designation | |
|---|---|---|
| | Date | Type |
| Lancaster County, NE [1] ..............................................................................................................<br>Lancaster County. | 9/12/16 | Unclassifiable. |
| Lincoln County, NE [2] ..................................................................................................................<br>Lincoln County. | 9/12/16 | Unclassifiable/Attainment. |
| Otoe County, NE [2] ......................................................................................................................<br>Otoe County. | 9/12/16 | Unclassifiable/Attainment. |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*   *   *   *   *

■ 17. Section 81.333 is amended by adding a new table entitled "New York—2010 Sulfur Dioxide NAAQS (Primary)" following the table "New York—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.333   New York.**

*   *   *   *   *

### NEW YORK—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Erie-Niagara, NY [1] ......................................................................................................................<br>Erie County.<br>Niagara County. | 9/12/16 | Unclassifiable/Attainment. |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

*   *   *   *   *

■ 18. Section 81.334 is amended by adding a new table entitled "North Carolina—2010 Sulfur Dioxide NAAQS (Primary)" following the table "North Carolina—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.334   North Carolina.**

*   *   *   *   *

### NORTH CAROLINA—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated Area | Designation | |
|---|---|---|
| | Date | Type |
| Brunswick County, NC [1] ..............................................................................................................<br>Brunswick County. | 9/12/16 | Unclassifiable. |

### NORTH CAROLINA—2010 SULFUR DIOXIDE NAAQS—Continued
[Primary]

| Designated Area | Designation | |
| --- | --- | --- |
| | Date | Type |
| Lockwood Folly Township, Northwest Township, Shallotte Township. Smithville Township, Town Creek Township, Waccamaw Township. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 19. Section 81.335 is amended by adding a new table entitled "North Dakota—2010 Sulfur Dioxide NAAQS

(Primary)" following the table "North Dakota—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.335    North Dakota.**

\*    \*    \*    \*    \*

### NORTH DAKOTA—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated Area | Designation | |
| --- | --- | --- |
| | Date | Type |
| McLean County/Eastern Mercer County, ND [1] ........................................................ <br> McLean County. <br> Mercer County (part). <br> Area east of CR–37/ND 31, east/north of ND 200 ALT, west of the eastern border of Mercer County/Missouri River, south of the Knife River National Historic Site.. | 9/12/16 | Unclassifiable/Attainment. |
| Central Mercer County, ND [1] ........................................................................ <br> Mercer County (part). <br> Area west of ND 49/61st Ave SW, north of Co. Rd 15/17th St. SW., east of Co. Rd 13, south and east of the town Zap, south of 8th St. SW./ND 200. | 9/12/16 | Unclassifiable/Attainment. |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

\*    \*    \*    \*    \*

■ 20. Section 81.336 is amended by revising the table entitled "Ohio—2010

Sulfur Dioxide NAAQS (Primary)" to read as follows:

**§ 81.336    Ohio.**

\*    \*    \*    \*    \*

### OHIO—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated Area | Designation | |
| --- | --- | --- |
| | Date | Type |
| Campbell-Clermont Counties, KY–OH [1] ............................................................ <br> Clermont County (part). <br> Pierce Township. | 10/4/13 | Nonattainment. |
| Lake County, OH [1] ........................................................................................... <br> Lake County. | 10/4/13 | Nonattainment. |
| Muskingum River, OH [1] ................................................................................... <br> Morgan County (part). <br> Center Township. <br> Washington County (part). <br> Waterford Township. | 10/4/13 | Nonattainment. |
| Steubenville, OH–WV [1] ................................................................................... <br> Jefferson County (part). <br> Cross Creek Township, Steubenville Township, Warren Township, Wells Township, Steubenville City. | 10/4/13 | Nonattainment. |
| Gallia County, OH [1] ......................................................................................... <br> Gallia County. <br> Miegs County (part). <br> Bedford, Columbia, Rutland, Salem, Salisbury, and Scipio Townships. | 9/12/16 | Unclassifiable. |
| Clermont County, Ohio [2] ................................................................................. <br> Clermont County (part). <br> Clermont County excluding Pierce Township. | 9/12/16 | Unclassifiable/Attainment. |

[1] Excludes Indian country located in each area, if any, unless otherwise specified
[2] Includes Indian country located in each area, if any, unless otherwise specified.

\*     \*     \*     \*     \*

■ 21. Section 81.337 is amended by adding a new table entitled "Oklahoma—2010 Sulfur Dioxide NAAQS (Primary)" following the table "Oklahoma—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.337   Oklahoma.**

\*     \*     \*     \*     \*

### OKLAHOMA—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
| --- | --- | --- |
| | Date | Type |
| Choctaw County, OK [1] .......................................................................... <br> Choctaw County. | 9/12/16 | Unclassifiable/Attainment. |
| Noble County, OK [1] .......................................................................... <br> Noble County. | 9/12/16 | Unclassifiable/Attainment. |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

\*     \*     \*     \*     \*

■ 22. Section 81.342 is amended by adding a new table entitled "South Dakota—2010 Sulfur Dioxide NAAQS (Primary)" following the table "South Dakota—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.342   South Dakota.**

\*     \*     \*     \*     \*

### SOUTH DAKOTA—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
| --- | --- | --- |
| | Date | Type |
| Grant County, SD [1] .......................................................................... <br> Grant County. | 9/12/16 | Unclassifiable/Attainment. |

[1] Includes Indian country located in each area, if any, unless otherwise specified.

\*     \*     \*     \*     \*

■ 23. Section 81.343 is amended by revising the table entitled "Tennessee—2010 Sulfur Dioxide NAAQS (Primary)" to read as follows:

**§ 81.343   Tennessee.**

\*     \*     \*     \*     \*

### TENNESSEE—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
| --- | --- | --- |
| | Date | Type |
| Sullivan County, TN [1] .......................................................................... <br> Sullivan County (part). <br> That portion of Sullivan County encompassing a circle having its center at the B–253 power house coordinates 36.5186 N.; 82.5350 W. and having a 3-kilometer radius. | 10/4/13 | Nonattainment. |
| Sumner County, TN [1] .......................................................................... <br> Sumner County. | 9/12/16 | Unclassifiable. |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.

\*     \*     \*     \*     \*

■ 24. Section 81.344 is amended by adding a new table entitled "Texas—2010 Sulfur Dioxide NAAQS (Primary)" following the table "Texas—1971 Sulfur Dioxide NAAQS (Primary and Secondary)" to read as follows:

**§ 81.344   Texas.**

\*     \*     \*     \*     \*

### TEXAS—2010 SULFUR DIOXIDE NAAQS
[Primary]

| Designated area | Designation | |
| --- | --- | --- |
| | Date | Type |
| Potter County, TX [1] .......................................................................... <br> Potter County, TX. | 9/12/16 | Unclassifiable. |
| Atascosa County, TX [1] .......................................................................... <br> Atascosa County, TX. | 9/12/16 | Unclassifiable/Attainment. |
| Fort Bend County, TX [1] .......................................................................... | 9/12/16 | Unclassifiable/Attainment. |

TEXAS—2010 SULFUR DIOXIDE NAAQS—Continued

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Fort Bend County. | | |
| Goliad County, TX [1] ........................................................................................ | 9/12/16 | Unclassifiable/Attainment. |
|   Goliad County. | | |
| Lamb County, TX [1] ........................................................................................... | 9/12/16 | Unclassifiable/Attainment. |
|   Lamb County. | | |
| Limestone County, TX [2] .................................................................................. | 9/12/16 | Unclassifiable/Attainment. |
|   Limestone County. | | |
| McLennan County, TX [2] ................................................................................... | 9/12/16 | Unclassifiable/Attainment. |
|   McLennan County, TX. | | |
| Robertson County, TX [2] ................................................................................... | 9/12/16 | Unclassifiable/Attainment. |
|   Robertson County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*    *    *    *    *

■ 25. Section 81.350 is amended by revising the table entitled "Wisconsin—

2010 Sulfur Dioxide NAAQS (Primary)" to read as follows:

**§ 81.350   Wisconsin.**

*    *    *    *    *

WISCONSIN—2010 SULFUR DIOXIDE NAAQS

[Primary]

| Designated area | Designation | |
|---|---|---|
| | Date | Type |
| Rhinelander, WI [1] ............................................................................................ | 10/4/13 | Nonattainment. |
|   Oneida County (part). | | |
|     City of Rhinelander, Crescent Town, Newbold Town, Pine Lake Town, and Pelican Town. | | |
| Columbia County, WI [2] .................................................................................... | 9/12/16 | Unclassifiable/Attainment. |
|   Columbia County. | | |

[1] Excludes Indian country located in each area, if any, unless otherwise specified.
[2] Includes Indian country located in each area, if any, unless otherwise specified.

*    *    *    *    *

[FR Doc. 2016–16348 Filed 7–11–16; 8:45 am]

**BILLING CODE 6560–50–P**

---

# FEDERAL COMMUNICATIONS COMMISSION

## 47 CFR Part 4

**[ET Docket No. 04–35; FCC 16–63]**

## Disruptions to Communications

**AGENCY:** Federal Communications Commission.

**ACTION:** Final rule.

**SUMMARY:** In this *Report and Order,* the Commission updates several of its outage reporting metrics, methodologies, and procedures for a number of providers covered in the Commission's rules concerning disruptions to communications and directs the Public Safety and Homeland Security Bureau (Bureau) to further evaluate issues related to the sharing of information from the Commission's Network Outage Reporting System (NORS) with state and federal partners. The *Order on Reconsideration* limits

outage reporting for events affecting airports to outages that impact airport critical communications, and exempts satellite and terrestrial wireless carriers from reporting outages affecting all "special offices and facilities."

**DATES:** The final rules are effective August 11, 2016, except 47 CFR 4.5(b) and (c), 4.7(d) and (e)(2), and 4.9 (a)(2), the second sentence in paragraph (a)(4), the second and sixth sentence in paragraph (b), (e), (f)(2), and the second sentence in paragraph (f)(4) which contain new or modified information collection requirements that have not been approved by OMB. The Federal Communications Commission will publish a document in the **Federal Register** announcing the effective date.

**FOR FURTHER INFORMATION CONTACT:**
Brenda D. Villanueva, Attorney Advisor, Public Safety and Homeland Security Bureau, (202) 418–7005 or *brenda.villanueva@fcc.gov.*

**SUPPLEMENTARY INFORMATION:** This is a summary of the Commission's *Report and Order* and *Order on Reconsideration* in PS Docket Nos. 11–82 and 15–80 and ET Docket No. 04–35, adopted on May 25, 2016, and released

on May 26, 2016. The full text of this document is available for public inspection during regular business hours in the FCC Reference Center, Room CY–A257, 445 12th Street SW., Washington, DC 20554, or online at *https://apps.fcc.gov/edocs_public/ attachmatch/FCC-16-63A1.pdf.* This Order updates several of the Commission's outage reporting metrics, methodologies, and procedures for a number of providers covered under its part 4 rules concerning disruptions to communications and directs the Public Safety and Homeland Security Bureau (Bureau) to further evaluate issues related to the sharing of information from the Commission's NORS program with state and federal partners.

## Synopsis of the Report and Order

### I. Report and Order

1. Codified in part 4 of our rules, outage reporting requirements support our public safety goals by directing providers to report network outages that exceed specified magnitude and duration thresholds. Outage data give the Commission an overall picture of communications network reliability that

**Tab 386: Final Technical Support Document for Missouri Area Designations for the 2010 SO2 Primary National Ambient Air Quality Standard (July 1, 2016)**

## Final Technical Support Document

Missouri
Area Designations for the 2010 $SO_2$ Primary National Ambient Air Quality Standard

Summary

Pursuant to section 107(d) of the Clean Air Act (CAA), the U.S. Environmental Protection Agency (EPA, or the Agency) must designate areas as either "unclassifiable," "attainment," or "nonattainment" for the 2010 1-hour sulfur dioxide ($SO_2$) primary national ambient air quality standard (NAAQS). Section 107(d) of the CAA defines a nonattainment area as one that does not meet the NAAQS or that contributes to a NAAQS violation in a nearby area, an attainment area as any area other than a nonattainment area that meets the NAAQS, and an unclassifiable area as any area that cannot be classified on the basis of available information as meeting or not meeting the NAAQS.

July 2, 2016, is the deadline established by the D.C. District Court for the Northern California District for the EPA to designate certain areas. This deadline is the first of three deadlines established by the court for the EPA to complete area designations for the 2010 $SO_2$ NAAQS. This deadline applies to certain areas in Missouri because three emission sources meet the conditions of the court's order.

Missouri submitted updated recommendations on September 25, 2015, and April 18, 2016. Table 1 below lists Missouri's recommendations and identifies the counties in Missouri that the EPA is designating in order to meet the July 2, 2016 court-ordered deadline. These final designations are based on an assessment and characterization of air quality through ambient air quality data, air dispersion modeling, other evidence and supporting information, or a combination of the above.

**Table 1 – Missouri's Recommended and the EPA's Final Designations**

| Area | State's Recommended Area Definition | State's Recommended Designation | EPA's Final Area Definition | EPA's Final Designation |
|---|---|---|---|---|
| Franklin County, Missouri | No recommendation | Unclassifiable | The eastern and western boundaries are Boone and Boles Township boundaries in St. Charles and Franklin Counties respectively. The northern boundary is Missouri Route D and Highway 94 | Unclassifiable[2] |

---

[2] EPA notified the State of Missouri on February 16, 2016, that our intended designation for the Franklin County area was nonattainment. Our final designation is different than our intended designation but the same as Missouri's recommended designation.

1

| | | | in St. Charles. The southern boundary is Interstate 44 in Franklin.[1] (Franklin-St. Charles, MO) | |
|---|---|---|---|---|
| Jackson County, Missouri | Within Jackson County: The northern boundary is the county line separating Jackson County from Clay and Ray Counties. The Eastern boundary is the county line separating Jackson County from Lafayette County. The Southern boundary is Interstate 70 and 470. The Western boundary is Missouri Highway 291. | Attainment | Same as Missouri's Recommendation[3] (Jackson County, MO) | Unclassifiable[4] |
| Scott County, Missouri | Scott County | Attainment | Same as Missouri's Recommendation[5] (Scott County, MO) | Unclassifiable/ Attainment[6] |

---

[1] EPA notified the State of Missouri on February 16, 2016, that our intended area definition consisted of the following boundaries: (1) the eastern and western boundaries are Boone and Boles Township boundaries in St. Charles and Franklin Counties respectively, (2) the northern boundary is Missouri Route D and Highway 94 in St. Charles, and (3) the southern boundary is Interstate 44 in Franklin. Our final area definition is the same as our intended area definition.

[3] EPA notified the State of Missouri on February 16, 2016, that our intended area definition was the same as the area included in Missouri's September 25, 2015 submittal. Our final area definition is the same as our intended area definition.

[4] EPA notified the State of Missouri on February 16, 2016, that our intended designation for the Jackson County area was unclassifiable. Our final designation is the same as our intended designation.

[5] EPA notified the State of Missouri on February 16, 2016, that our intended area definition was the same as the area included in Missouri's September 25, 2015 submittal. Our final area definition is the same as our intended area definition.

[6] EPA notified the State of Missouri on February 16, 2016, that our intended designation for the Scott County area was unclassifiable/attainment. Our final designation is the same as our intended designation.

2

## Background

On June 3, 2010, the EPA revised the primary (health based) SO$_2$ NAAQS by establishing a new 1-hour standard at a level of 75 parts per billion (ppb) which is met at an ambient air quality monitoring station when the 3-year average of the 99th percentile of 1-hour daily maximum concentrations does not exceed 75 ppb. This NAAQS was published in the *Federal Register* on June 22, 2010 (75 FR 35520), and is codified at 40 CFR 50.17. The EPA determined this is the level necessary to protect public health with an adequate margin of safety, especially for children, the elderly, and those with asthma. These groups are particularly susceptible to the health effects associated with breathing SO$_2$. The two prior primary standards of 140 ppb evaluated over 24 hours, and 30 ppb evaluated over an entire year, codified at 40 CFR 50.4, remain applicable.[7] However, the EPA is not currently designating areas on the basis of either of these two primary standards. Similarly, the secondary standard for SO$_2$, set at 500 ppb evaluated over 3 hours, codified at 40 CFR 50.5, has not been revised, and the EPA is also not currently designating areas on the basis of the secondary standard.

## General Approach and Schedule

Section 107(d) of the CAA requires that not later than 1 year after promulgation of a new or revised NAAQS, state governors must submit their recommendations for designations and boundaries to EPA. Section 107(d) also requires the EPA to provide notification to states no less than 120 days prior to promulgating an initial area designation that is a modification of a state's recommendation. If a state does not submit designation recommendations, the EPA may promulgate the designations that it deems appropriate without prior notification to the state, although it is our intention to provide such notification when possible. If a state or tribe disagrees with the EPA's intended designations, it is given an opportunity within the 120-day period to demonstrate why any proposed modification is inappropriate. The EPA is required to complete designations within 2 years after promulgation of a new or revised NAAQS, unless EPA determines that sufficient information is not available, in which case the deadline is extended to 3 years. The 3-year deadline for the revised SO$_2$ NAAQS was June 2, 2013.

On August 5, 2013, the EPA published a final rule establishing air quality designations for 29 areas in the United States for the 2010 SO$_2$ NAAQS, based on recorded air quality monitoring data from 2009 - 2011 showing violations of the NAAQS (78 FR 47191). In that rulemaking, the EPA committed to address, in separate future actions, the designations for all other areas for which the Agency was not yet prepared to issue designations. The EPA designated a portion of Jackson County, Missouri and Jefferson County, Missouri as nonattainment in this initial set of designations.

---

[7] 40 CFR 50.4(e) provides that the two prior primary NAAQS will no longer apply to an area 1 year after its designation under the 2010 NAAQS, except that for areas designated nonattainment under the prior NAAQS as of August 22, 2010, and areas not meeting the requirements of a SIP Call under the prior NAAQS, the prior NAAQS will apply until that area submits and EPA approves a SIP providing for attainment of the 2010 NAAQS. No areas in Missouri were designated nonattainment or subject to a SIP Call for the prior NAAQS as of August 22, 2010.

3

Following the initial August 5, 2013, designations, three lawsuits were filed against the EPA in different U.S. District Courts, alleging the Agency had failed to perform a nondiscretionary duty under the CAA by not designating all portions of the country by the June 2, 2013 deadline. In an effort intended to resolve the litigation in one of those cases, plaintiffs Sierra Club and the Natural Resources Defense Council and the EPA filed a proposed consent decree with the U.S. District Court for the Northern District of California. On March 2, 2015, the court entered the consent decree and issued an enforceable order for the EPA to complete the area designations according to the court-ordered schedule.

According to the court-ordered schedule, the EPA must complete the remaining designations by three specific deadlines. By no later than July 2, 2016 (16 months from the court's order), the EPA must designate two groups of areas: (1) areas that have newly monitored violations of the 2010 $SO_2$ NAAQS and (2) areas that contain any stationary sources that had not been announced as of March 2, 2015, for retirement and that according to the EPA's Air Markets Database emitted in 2012 either (i) more than 16,000 tons of $SO_2$ or (ii) more than 2,600 tons of $SO_2$ with an annual average emission rate of at least 0.45 pounds of $SO_2$ per one million British thermal units (lbs $SO_2$/MMBtu). Specifically, a stationary source with a coal-fired unit that as of January 1, 2010, had a capacity of over 5 megawatts and otherwise meets the emissions criteria, is excluded from the July 2, 2016, deadline if it had announced through a company public announcement, public utilities commission filing, consent decree, public legal settlement, final state or federal permit filing, or other similar means of communication, by March 2, 2015, that it will cease burning coal at that unit.

The last two deadlines for completing remaining designations are December 31, 2017, and December 31, 2020. The EPA has separately promulgated requirements for state and other air agencies to provide additional monitoring or modeling information on a timetable consistent with these designation deadlines. We expect this information to become available in time to help inform these subsequent designations. These requirements were promulgated on August 21, 2015 (80 FR 51052), in a rule known as the $SO_2$ Data Requirements Rule (DRR), codified at 40 CFR part 51 subpart BB.

Updated designations guidance was issued by the EPA through a March 20, 2015 memorandum from Stephen D. Page, Director, U.S. EPA, Office of Air Quality Planning and Standards, to Air Division Directors, U.S. EPA Regions 1-10. This memorandum supersedes earlier designation guidance for the 2010 $SO_2$ NAAQS, issued on March 24, 2011, and it identifies factors that the EPA intends to evaluate in determining whether areas are in violation of the 2010 $SO_2$ NAAQS. The guidance also contains the factors the EPA intends to evaluate in determining the boundaries for all remaining areas in the country, consistent with the court's order and schedule. These factors include: 1) Air quality characterization via ambient monitoring or dispersion modeling results; 2) Emissions-related data; 3) Meteorology; 4) Geography and topography; and 5) Jurisdictional boundaries. This guidance was supplemented by two non-binding technical assistance documents intended to assist states and other interested parties in their efforts to characterize air quality through air dispersion modeling or ambient air quality monitoring for sources that emit $SO_2$. Notably, the EPA's documents titled, "$SO_2$ NAAQS Designations Modeling Technical Assistance Document" (Modeling TAD) and "$SO_2$ NAAQS Designations Source-Oriented Monitoring Technical Assistance Document" (Monitoring TAD), were

4

available to states and other interested parties. Both of these TADs were most recently updated in February 2016.

Based on complete, quality assured and certified ambient air quality data collected between 2013 and 2015, no violations of the 2010 $SO_2$ NAAQS have been recorded at ambient air quality monitors in any undesignated part of Missouri. However, there are three sources in the state meeting the emissions criteria of the consent decree for which the EPA must complete designations by July 2, 2016. In this final technical support document, the EPA discusses its review and technical analysis of Missouri's updated recommendations for the areas that we must designate. The EPA also discusses any final modifications from the state's recommendation based on all available data before us.

The following are definitions of important terms used in this document:

1) 2010 $SO_2$ NAAQS – the primary NAAQS for $SO_2$ promulgated in 2010. This NAAQS is 75 ppb, based on the 3-year average of the 99th percentile of the annual distribution of daily maximum 1-hour average concentrations. See 40 CFR 50.17.
2) Attaining monitor – an ambient air monitor meeting all methods, quality assurance, and siting criteria and requirements whose valid design value is equal to or less than 75 ppb, based on data analysis conducted in accordance with Appendix T of 40 CFR part 50.
3) Design Value – a statistic computed according to the data handling procedures of the NAAQS (in 40 CFR part 50 Appendix T) that, by comparison to the level of the NAAQS, indicates whether the area is violating the NAAQS.
4) Designated nonattainment area – an area which the EPA has determined has violated the 2010 $SO_2$ NAAQS or contributed to a violation in a nearby area. A nonattainment designation reflects considerations of the state's recommendations and all of the information discussed in this document. The EPA's decision is based on all available information including the most recent 3 years of air quality monitoring data, available modeling analyses, and any other relevant information.
5) Designated unclassifiable area – an area for which the EPA cannot determine based on all available information whether or not it meets the 2010 $SO_2$ NAAQS.
6) Designated unclassifiable/attainment area – an area which the EPA has determined to have sufficient evidence to find either is attaining or is likely to be attaining the NAAQS. The EPA's decision is based on all available information including the most recent 3 years of air quality monitoring data, available modeling analyses, and any other relevant information.
7) Modeled violation – a violation based on air dispersion modeling.
8) Recommended attainment area – an area a state or tribe has recommended that the EPA designate as attainment.
9) Recommended nonattainment area – an area a state or tribe has recommended that the EPA designate as nonattainment.
10) Recommended unclassifiable area – an area a state or tribe has recommended that the EPA designate as unclassifiable.
11) Recommended unclassifiable/attainment area – an area a state or tribe has recommended that the EPA designate as unclassifiable/attainment.

5

12) Violating monitor – an ambient air monitor meeting all methods, quality assurance, and siting criteria and requirements whose valid design value exceeds 75 ppb, based on data analysis conducted in accordance with Appendix T of 40 CFR part 50.

## Technical Analysis for Franklin County, Missouri

<u>Introduction</u>

The Franklin County, Missouri, area contains a stationary source that, according to the EPA's Air Markets Database, emitted, in 2012, either more than 16,000 tons of $SO_2$ or more than 2,600 tons of $SO_2$ and had an annual average emission rate of at least 0.45 pounds of $SO_2$ per one million British thermal units (lbs $SO_2$/mmBTU). Specifically, in 2012, the Ameren Labadie Energy Center emitted 42,236 tons of $SO_2$ and had a facility-wide emissions rate of 0.571 lbs $SO_2$/mmBTU. In addition, as of March 2, 2015, this stationary source had not met the criteria for being "announced for retirement." Therefore, pursuant to the March 2, 2015, court-ordered schedule, the EPA must designate the area surrounding this facility by July 2, 2016.

In its September 25, 2015, designation recommendation submission, Missouri recommended that the area surrounding Ameren Labadie Energy Center be designated as unclassifiable based on varying modeling results performed by Missouri, Ameren Missouri, and the Washington University Environmental Law Clinic on behalf of the Sierra Club, and an analysis of historic and recent monitoring. The modeling assessments included characterization of air quality from the facility and other nearby sources which may have a potential impact in the area of analysis where maximum concentrations of $SO_2$ are expected. These modeling assessments and characterizations were performed using air dispersion modeling software, specifically AERMOD, analyzing actual emissions for 2012 through 2014. Missouri did not include a boundary with their unclassifiable designation recommendation.

On February 16, 2016, the EPA notified Missouri that we intended to designate portions of Franklin County and St. Charles County, Missouri, area as nonattainment, based on our view that the area was not meeting the NAAQS. Additionally, we informed Missouri that our intended boundaries[8] for the nonattainment area consisted of the following:

> The eastern and western boundaries are Boone and Boles Township boundaries in St. Charles and Franklin Counties respectively. The northern boundary is Missouri Route D and Highway 94 in St. Charles. The southern boundary is Interstate 44 in Franklin.

Our intended designation and associated boundaries were based on a technical evaluation of modeling and related information submitted by Missouri, Ameren, and the Sierra Club. Detailed rationale, analyses, and other information supporting our intended designation for this area can be found in the February 16, 2016, technical support document for Missouri, and this document along with all others related to this rulemaking can be found in Docket ID EPA-HQ-OAR-2014-0464.

<u>Assessment of New Information</u>

---

[8] The proposed boundary was the state's recommended area boundary for the proposed nonattainment designation in Missouri's "Proposed Options for Area Boundary Recommendations" for Missouri's August 27, 2015, public hearing document. This document was provided to EPA, but was not proposed by Missouri as the boundary for the area in its recommendation to EPA.

7

In our February 16, 2016, notification to Missouri regarding our intended nonattainment designation for the Franklin County, Missouri, area, the EPA requested that any additional information that the Agency should consider, prior to finalizing the designation, should be submitted by April 19, 2016. On March 1, 2016, the EPA also published a notice of availability and public comment period in the *Federal Register,* inviting the public to review and provide input on our intended designations by March 31, 2016 (81 FR 10563).

Except to the extent that any new information submitted to the EPA or conclusions presented in this final technical support document and our responses to comments, available in the docket, supersede those found in the February 16, 2016 technical support document, the EPA is explicitly incorporating and relying upon the analyses and information presented in the February 16, 2016 technical support document for the purposes of our final designation for this area.

Subsequent to our February 16, 2016 notification, the EPA received numerous and substantive comments from citizens, citizen groups, Sierra Club, Associated Industries of Missouri, Missouri state legislators, Ameren, and the State of Missouri regarding our intended designation for this area, including detailed air dispersion modeling information. The Sierra Club provided additional air dispersion modeling information asserting that the area is violating the NAAQS and supporting our proposal that the area be designated as nonattainment. As further detailed below, after carefully considering all available data and information, the EPA now concludes that based on available information the agency is unable to determine whether the area is meeting the NAAQS, and therefore is designating portions of Franklin County and St. Charles County, Missouri area as unclassifiable for the 2010 $SO_2$ NAAQS. The boundaries for this unclassifiable area, shown in Figure 1 below, consist of the following: (1) the eastern and western boundaries are Boone and Boles Township boundaries in St. Charles and Franklin Counties respectively, (2) the northern boundary is Missouri Route D and Highway 94 in St. Charles, and (3) the southern boundary is Interstate 44 in Franklin. Also included in the figure are nearby emitters of $SO_2$. The EPA's assessment and evaluation of the available information follow the Modeling TAD, Monitoring TAD, and the factors for evaluation contained in the EPA's March 20, 2015, guidance, as appropriate and applicable.

**Figure 1: The EPA's final unclassifiable area: Portions of Franklin County and St. Charles County, Missouri**

8



As noted above, the EPA received substantial new information in the form of air dispersion modeling from a number of parties. This technical support document includes the following: (1) an assessment and evaluation of the Missouri, Ameren, and Sierra Club modeling analyses provided since the February 2016 technical support document was made available, and of its impact on the reliability of the information that was the basis of our proposed nonattainment

9

designation; (2) an EPA review of model selection and modeling components; and (3) the basis for the Agency's final unclassifiable designation. All modeling analyses received during the comment period are summarized in Table 2 below. The design values included in the table are in µg/m³. The design values for certain Ameren modeling analyses in blue were derived from an "extrapolation exercise demonstration"[9] and are not directly comparable to the NAAQS. Design values in red are above the 2010 SO₂ NAAQS and design values in green are below the 2010 SO₂ NAAQS.

**Table 2: Summary of AERMOD model analyses submitted to the EPA in response to the EPA's proposed designation.**

| Submitter | Model Options | Background Site [A] | Units 3&4 Merged | Meteorological Data Site [B] | Design Value Result [C] | Date Submitted |
|---|---|---|---|---|---|---|
| Sierra Club | adj_u[D]+low3[E] | Nilwood,IL - vary | Yes | Jeff | 193 | 3/31/2016 |
| Sierra Club | adj_u+low3 | Nilwood,IL - vary | No | Jeff | 225.2 | 3/31/2016 |
| Sierra Club | adj_u+low3 | Nilwood,IL - vary | Yes | Jeff | 226.4 | 3/31/2016 |
| Sierra Club | adj_u+low3 | East St. Louis - fixed | Yes | Jeff | 198 | 3/31/2016 |
| Sierra Club | Default | Nilwood,IL - vary | Yes | SOS | 198.8 | 4/19/2016 |
| Sierra Club | Default | East St. Louis - fixed | Yes | SOS | 209.5 | 4/19/2016 |
| Sierra Club | Default | Nilwood,IL - vary | Yes | Jeff | 196.9 | 4/19/2016 |
| Sierra Club | Default | East St. Louis - fixed | Yes | Jeff | 207.4 | 4/19/2016 |
| Sierra Club | Default | Nilwood,IL - vary | No | SOS | 204.5 | 4/19/2016 |
| Sierra Club | Default | East St. Louis - fixed | No | SOS | 216.2 | 4/19/2016 |
| Sierra Club | Default | Nilwood,IL - vary | No | Jeff | 202.4 | 4/19/2016 |
| Sierra Club | Default | East St. Louis - fixed | No | Jeff | 213.7 | 4/19/2016 |
| Sierra Club | Default | East St. Louis - fixed | No | SOS | 252.2 | 4/19/2016 |
| Sierra Club | adj_u+low3 | East St. Louis - fixed | No | SOS | 208.2 | 4/19/2016 |

[9] Ameren provided modeling of two different periods, one for 1995 -1998 and one for 2013-2015, and took a ratio of modeled design values from the two periods, and using this ratio of modeling runs attempted to extrapolate a monitored design value from the Augusta Quarry monitor that operated in 1995-1998. The extrapolation was an attempt to demonstrate a monitor in the current Augusta Quarry location would have met the NAAQS based on historic monitoring adjusted to 2013-2015 emissions. This is not a method directly comparable to the NAAQS nor does it demonstrate attainment in all modeled areas.

| | | | | | | |
|---|---|---|---|---|---|---|
| Sierra Club | Default | Nilwood,IL - vary | No | SOS | 242.5 | 4/19/2016 |
| Sierra Club | adj_u+low3 | Nilwood,IL - vary | No | SOS | 198.3 | 4/19/2016 |
| Sierra Club | Default | East St. Louis - fixed | No | Jeff | 235.8 | 4/19/2016 |
| Sierra Club | adj_u+low3 | East St. Louis - fixed | No | Jeff | 201.3 | 4/19/2016 |
| Sierra Club | Default | Nilwood,IL - vary | No | Jeff | 225.9 | 4/19/2016 |
| Sierra Club | adj_u+low3 | Nilwood,IL - vary | No | Jeff | 189.3 | 4/19/2016 |
| Missouri | Default | East St. Louis - fixed | No | Jeff | 201 | 4/18/2016 |
| Missouri | Default | East St. Louis - fixed | Yes | Jeff | 175 | 4/18/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | SOS | 167.6 | 3/29/2016 |
| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | SOS | 149.4 | 3/29/2016 |
| AMEREN | Default | East St. Louis - fixed | Yes | SOS | 179.0 | 3/29/2016 |
| AMEREN | adj_u+low3 | East St. Louis - fixed | Yes | SOS | 159.5 | 3/29/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | Jeff | 171.1 | 3/29/2016 |
| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | Jeff | 150.7 | 3/29/2016 |
| AMEREN | Default | East St. Louis - fixed | Yes | Jeff | 181.3 | 3/29/2016 |
| AMEREN | adj_u+low3 | East St. Louis - fixed | Yes | Jeff | 161.4 | 3/29/2016 |
| Sierra Club | Default | East St. Louis - fixed | Yes | Jeff | 203.7 | 4/29/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | Jeff | 177.5 | 5/2/2016 |
| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | Jeff | 155.6 | 5/2/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | Jeff | 187.2 | 5/2/2016 |
| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | Jeff | 159.4 | 5/2/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | SOS | 271.3 | 3/29/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | SOS | 167.6 | 3/29/2016 |
| AMEREN | Default | Nilwood,IL - vary | Yes | Jeff | 171.1 | 3/29/2016 |
| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | SOS | 250.1 | 3/29/2016 |
| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | SOS | 149.4 | 3/29/2016 |

11

| AMEREN | adj_u+low3 | Nilwood,IL - vary | Yes | Jeff | 150.7 | 3/29/2016 |

[A] Two background sites are generally being used. A calculated season by hour varying value derived from the Nilwood, Illinois monitor and the East St. Louis monitor (fixed 9ppb value).

[B] Two meteorological sites are generally being used, Jefferson City Airport which Missouri contends is most representative; Spirit of St. Louis Airport which Sierra Club contends is more representative.

[C] Design Values in $\mu g/m^3$ for all the runs. Note that the Ameren design values in Blue are from an "extrapolation exercise demonstration" and are not directly comparable to the NAAQS in the form presented here; Red > NAAQS; Green < NAAQS.

[D] adj_u refers to the AERMET beta option to adjust surface friction velocity.

[E] low3 refers to the AERMOD low wind (LOWWIND3) beta option designed to address low wind speed conditions.

**Missouri modeling:**

On April 19, 2016, Missouri submitted additional information to the EPA regarding the EPA's intended designation of Ameren Labadie as nonattainment. As part of this submittal, Missouri included two new modeling scenarios to characterize the air quality around the Labadie facility to support their recommendation of unclassifiable.

In the first scenario, Missouri indicated that the only change made to the modeling submitted in the state's original recommendation was to use 2013-2015 hourly emissions and meteorological data rather than 2012-2014 data. This scenario resulted in a decrease in the approximate design value of the area from 234 $\mu g/m^3$ (or 90 ppb) to 201 $\mu g/m^3$ (or 77 ppb).

In the second scenario, Missouri modeled units 3 and 4 as described above but with a single release point as a merged plume. This modeling scenario resulted in an approximate design value of 175 $\mu g/m^3$ (or 67 ppb) which is less than the 2010 1-hour NAAQS of 75 ppb. Missouri justified using a merged plume for units 3 and 4 by citing two EPA Model Clearinghouse Information Storage and Retrieval System records (MCHISRS), 91-II-01 and 96-V-10, which describe situations in which multiple stacks/flues were allowed to be modeled as a single source. Because units 3 and 4 at Labadie are vented through two flues contained in a singular outer annulus or stack, Missouri believes these flues are similar to those addressed in these two MCHISRS records. These two MCHISRS records suggest that if the flues/stacks are closer together than their respective widths/diameters they may be treated as a single source. This is based on the rationale included in the GEP stack height guideline regarding treating buildings that are closer than their individual widths as a single building when using the stack height formula. EPA concurs that modeling that uses merged the plumes for unit 3 and 4 can be used to inform our designation decision. A detailed discussion of Missouri's merged plume calculations is available in the Missouri April 19, 2016, comment letter and attachments. This information is included in the docket to this action.

In its new modeling analyses and the modeling analysis included in its September 25, 2015, submittal, Missouri used fixed inputs for the stack temperature and exit velocity. Ameren, during the comment period for the EPA's intended designation, provided hourly varying temperatures and corresponding exit velocities for 2013-2015. The EPA compared the hourly varying temperatures and exit velocities provided by Ameren to the fixed values used by Missouri and

12

determined that the fixed temperatures and exit velocities used by Missouri were generally higher than the actual stack temperatures and exit velocities during that period.

Because plume rise is dependent on temperature for buoyancy calculations and exit velocity for momentum calculations, Missouri's use of temperatures and exit velocities that were higher than the actual values reported by Ameren likely led to an overestimated modeled plume rise during most hours and could possibly under-predict concentrations. To compare the fixed values Missouri used in their modeling to the actual values reported by Ameren, the EPA developed the plots below. The blue line represents the fixed values used by Missouri and the orange dots represent Ameren's hourly varying values from their May 2, 2016 modeling analyses.



13





In summary, Missouri's first modeling approach in their April 19, 2016, submittal was similar to their original September 25, 2015, modeling submittal. Missouri's approach relies upon varying emissions hourly, using fixed stack parameters for temperature and exit velocity, and processing the surface characteristic parameters on a seasonal (e.g., fall, winter, spring, summer) basis. Missouri's full modeling approach is described in the original submittal, and the only changes in the updated MNDR modeling include using 2013-2015 emissions and meteorology along with the merging of Units 3 and 4. The EPA notes that, while Missouri's newest modeling and their approach attempts to follow the EPA modeling TAD, the EPA questions the validity of the magnitudes for the fixed stack parameters currently being used, especially the exit velocity values for the merged Units 3 and 4, which appear to be overestimated on average by 25%. The overestimation results in a likely significant overestimation of the plume rise of emissions from Labadie and, consequently, a likely under-prediction of the ambient concentrations. While the modeling TAD generally supports the use of fixed stack parameters where appropriate, the fixed parameters should be representative of actual conditions, and in this case, the values used in the

15

Missouri modeling appear higher than the actual hourly values provided by Ameren. Consequently, the EPA does not believe that Missouri's modeling provides sufficient information to determine whether the area is meeting the NAAQS, and it is not certain that correction of the fixed parameters would yield a clear indication of whether the area is meeting the NAAQS.

**Ameren modeling:**

On March 29, 2016, and May 2, 2016, Ameren submitted several model runs supporting their position that an attainment or unclassifiable designation would be appropriate for the Labadie Energy Center. Ameren's first set of modeling was submitted on March 29, 2016, and contained eight modeling runs. However, Sierra Club identified that, in their view, all eight runs contained errors. The Sierra Club noted that Ameren did not calculate the exit velocities from the merged plume for Labadie Units 3 and 4 correctly. The EPA agrees with Sierra Club's assessment regarding these eight runs. This calculation error overstated the exit velocities for 2015 for Labadie Units 3 and 4. The error for exit velocity appears to lead to an underestimation of the design value, as the plume rise calculations for Labadie Units 3 and 4 are likely overestimated. The Sierra Club provided information (Figure 2) to show this exit velocity error for the 2015 year, and Ameren verified in their May 2, 2016, submittal that a mistake was made in this exit velocity calculation. This exit velocity error was later corrected by Ameren and included in a May 2, 2016, submittal and resulted in a design value increase of 6.4 µg/m$^3$ (as shown in Table 3).

**Figure 2: Hourly Varying Exit Velocities for the Merged Units 3 and 4 Used in Ameren modeling submitted on March 29, 2016. (Figure 3 in the Sierra Club's April 19, 2016 Submittal)**



Figure 3 2013-2015 exit velocities for merged unit 34.

Ameren's May 2, 2016 submittal included four additional modeling runs that corrected the 2015 exit velocity error and also addressed other comments Sierra Club made on surface meteorological data characteristics.

The EPA reviewed these four additional Ameren modeling runs. Unlike the uncorrected State modeling for which it is uncertain whether corrected stack parameters would indicate whether the area is meeting the NAAQS, Ameren's corrections resulted in a specific design value increase that still suggested NAAQS attainment. However, the EPA's review of Ameren's updated modeling discovered an additional error related to the processing of surface parameters that was included in all 18 modeling runs that Ameren submitted in response to our proposed designation of nonattainment. Ameren attempted to process AERSURFACE on a monthly basis for 12 spatial sectors to estimate the surface characteristics for the 2013-2015 modeling period. However, during the AERSURFACE processing of the monthly by sector data, Ameren erred in the processing of the monthly data for the output of the Bowen Ratio. This error is related to the Bowen ratio lookup for a wet, dry, or average period. The monthly temporal resolution approach Ameren attempted to implement is acceptable, and, if performed correctly, is likely more representative than assuming average moisture conditions across the year. However, this error caused the monthly Bowen ratio to be incorrect for many hours in each month. The daytime Bowen ratio, an indicator of surface moisture, is the ratio of sensible heat flux to latent heat flux and, together with albedo and other meteorological observations, is used for determining planetary boundary layer (PBL) parameters for convective conditions driven by the surface sensible heat flux. Errors in the PBL parameters will result in inappropriate dispersion calculations invalidating all modeling with this error. This error can be graphically visualized by plotting the Bowen ratio for any given month in the Ameren AERMET surface file. An example is given below in Figure 3 for the month of December 2015 from the Ameren May 2, 2016 modeling submittal.

**Figure 3: The Hourly Bowen Ratio for the Month of December, 2015 Used in Ameren's Modeling Submitted on May 2, 2016.**

17



For December 2015, Ameren determined this was a wet month and the output of their AERSURFACE run for a wet month is shown below in Figure 4.

**Figure 4: AERSURFACE output from Ameren's modeling for the month of December, 2015 submitted on May 2, 2016.**

```
**   Month Sect Alb Bo Zo
 SITE_CHAR 12 1 0.17 0.40 0.030
 SITE_CHAR 12 2 0.17 0.40 0.032
 SITE_CHAR 12 3 0.17 0.40 0.022
 SITE_CHAR 12 4 0.17 0.40 0.030
 SITE_CHAR 12 5 0.17 0.40 0.020
 SITE_CHAR 12 6 0.17 0.40 0.021
 SITE_CHAR 12 7 0.17 0.40 0.020
 SITE_CHAR 12 8 0.17 0.40 0.019
 SITE_CHAR 12 9 0.17 0.40 0.025
 SITE_CHAR 12 10 0.17 0.40 0.023
 SITE_CHAR 12 11 0.17 0.40 0.020
 SITE_CHAR 12 12 0.17 0.40 0.019
```

As can be seen in this AERSURFACE output, the "Bo" or Bowen Ratio is fixed at 0.40 for all sectors for this entire month whereas Figure 3 above shows varying values of Bowen Ratio for this same month in the surface output file Ameren used for all their 2013-2015 runs. This is an indication that a processing error was made. The EPA also found the error in the spreadsheet Ameren provided. The Bowen ratio should be a fixed value for this month (and other months) at a value equal to the moisture conditions that existed during this month (e.g., wet, dry, average). The Bowen ratios are not fixed for individual months in the Ameren meteorological surface datasets. As such, the 18 Ameren modeling runs using the 2013-2015 meteorological data cannot be relied upon for designation purposes because of this AERSURFACE processing error. Consequently, the 18 modeling runs containing this error are not sufficient information to

18

determine whether the area is meeting the NAAQS. Moreover, it is not clear what result correction of this error would have on modeled design values, such that the correction would enable a determination of whether the area is meeting the NAAQS based on Ameren's modeling. In the absence of this error, the processing approach Ameren used for the monthly moisture is still not sufficient to resolve this uncertainty, since there were periods where continuous monthly snow cover was assumed. Continuous multi-month snow cover is not supported by the snow cover record Ameren provided.

**Sierra Club modeling:**

On March 31, 2016, and April 19, 2016, Sierra Club submitted comments on the EPA's intended designation. These comments included 21 modeling runs in response to our proposed designation. Four of these runs were received on March 31, 2016, and use 2012-2014 emissions data. Sixteen runs were received on April 19, 2016, and use 2013-2015 emissions data. One run was received on April 29, 2016, and used 2013-2015 augmented emissions to account for several extended unit outages during the modeling period. Substitute emissions and stack parameter data were used during these prolonged outages that Sierra Club believe are not representative of normal plant operations (e.g., for the recent ESP upgrades). The following substitutions were made:

a.   Unit 1: 9/6/15 through 12/4/15 data substituted for 9/6/14 through 12/4/14 outage
b.   Unit 2: 4/2/15 through 6/4/15 data substituted for 4/2/14 through 6/4/14 outage
c.   Unit 3: 3/28/14 through 5/18/14 data substituted for 3/28/15 through 5/18/15 outage

The EPA is not relying on any Sierra Club modeling using beta options or with Unit 3 and 4 modeled as separate emission points to inform our designations for reasons discussed elsewhere in this TSD. In addition, while we agree that the recent outages at Labadie for installation of PM control equipment are likely unusual and not likely to occur on a regular basis, the EPA could not verify the emissions that Sierra Club used to augment for the extended outages, and they do not represent what a monitor would have recorded in this period. Thus, we do not conclude that the augmented emissions modeling run submitted on April 29, 2016 provides sufficient information to determine whether the area is meeting the NAAQS.

For the modeling runs submitted by Sierra Club on April 19, 2016, the runs utilized Ameren's varying inputs for emissions, stack temperatures, and exit velocities. The Sierra Club used meteorological datasets from both the Jefferson City and Spirit of St. Louis Airports and background values from both East St. Louis and Nilwood, Illinois. Sierra Club modeling used all these numerous input variations originating from Ameren data.

The Sierra Club disagreed with the approach Ameren used in its surface characteristic calculations and provided corrections to what they perceived as errors in Ameren's modeling. As indicated above, the EPA also determined that Ameren data had surface assumption issues, including the continuous snow cover issue identified by Sierra Club and the error in the processing of surface parameters.

Sierra Club attempted to address Ameren's surface errors by using Ameren's prior modeling for the 2012-2014 timeframe. Sierra Club used Ameren's 2013 and 2014 meteorological data and then developed their own 2015 meteorological data using a similar processing approach as Ameren used in its 2012-2014 modeling where there were no surface characteristic processing errors. The Sierra Club then used this 2013-2015 meteorological dataset for all their runs.

As discussed above, Ameren's exit velocities were mistakenly overstated for most of 2015. Sierra Club discovered and pointed out this error in their comments but also noted that they did not correct this error as the correction would likely lead to a higher model design value. Information in Ameren's April 29, 2016, submittal appears to support Sierra Club's claim of a higher design value as shown in Table 3 below.

**Table 3: Ameren Modeling Results Indicating that Correcting the 2015 Exit Velocity Error for Units 1 and 2 Lead to a Higher Modeled Design Concentration. (Table 1 of Ameren's April 29, 2016 Submittal to the EPA)**



The EPA notes that solely correcting Ameren's exit velocity overstatement increases the design value from 171.1 $\mu g/m^3$ to 177.5 $\mu g/m^3$, or by 6.4 $\mu g/m^3$, which is nevertheless under the NAAQS value. Although all of Sierra Club's April 19, 2016 submitted runs that do not use unapproved beta options indicate NAAQS violations, it is not certain what effect correcting Sierra Club's use of Ameren's overstated exit velocities would have on the resulting design value (given the interactions of meteorology, building downwash and the statistical form of the standard), as the difference in the choice of meteorological stations and background values could impact the correction and the magnitude of any concentration change. Further, we did not receive a modeling analysis from the Sierra Club that did not use the overstated exit values, and so are unable to determine whether the area is or is not meeting the NAAQS. Consequently, the Sierra

20

Club modeling as currently configured is not sufficient information to enable the EPA to determine whether the area is meeting the NAAQS, and it is not certain that a correction of the modeling's overstatement of exit velocities without model results to confirm the correction would confirm Sierra Club's assertion that the area is not meeting the NAAQS.

<u>EPA Review of Model Selection and Modeling Components</u>

The EPA's Modeling TAD notes that for area designations under the 2010 $SO_2$ NAAQS, the AERMOD modeling system should be used, unless use of an alternative model can be justified. In some instances the recommended model may be a model other than AERMOD, such as the BLP model for buoyant line sources. The AERMOD modeling system contains the following components:
- AERMOD: the dispersion model
- AERMAP: the terrain processor for AERMOD
- AERMET: the meteorological data processor for AERMOD
- BPIPPRIME: the building input processor
- AERMINUTE: a pre-processor to AERMET incorporating 1-minute automated surface observation system (ASOS) wind data
- AERSURFACE: the surface characteristics processor for AERMET
- AERSCREEN: a screening version of AERMOD

In the case of Ameren's Labadie Energy Center, all of the modeling runs submitted in response to our proposed designation used the latest version of AERMOD/AERMET, version 15181.

*Modeling Parameter: Emissions*

The EPA's Modeling TAD notes that for the purposes of modeling to characterize air quality for use in designations, the recommended approach is to use the most recent 3 years of actual emissions data and concurrent meteorological data. However, the TAD also provides for the flexibility of using allowable emissions in the form of the most recently permitted (referred to as PTE or allowable) emissions rate.

The EPA believes that continuous emissions monitoring systems (CEMS) data provide acceptable historical emissions information when it is available and that these data are available for many electric generating units. In the absence of CEMS data, the EPA's Modeling TAD highly encourages the use of AERMOD's hourly varying emissions keyword HOUREMIS or through the use of AERMOD's variable emissions factors keyword EMISFACT. When choosing one of these methods, the EPA believes that detailed throughput, operating schedules, and emissions information from the impacted source(s) should be used.

In certain instances, states and other interested parties may find that it is more advantageous or simpler to use PTE rates as part of their modeling runs. Specifically, a facility may have recently adopted a new federally enforceable emissions limit, been subject to a federally enforceable consent decree, or implemented other federally enforceable mechanisms and control technologies to limit $SO_2$ emissions to a level that indicates compliance with the NAAQS. These

new limits or conditions may be used in the application of AERMOD. In these cases, the Modeling TAD notes that the existing $SO_2$ emissions inventories used for permitting or SIP planning demonstrations should contain the necessary emissions information for designations-related modeling. In the event that these short-term emissions are not readily available, they may be calculated using the methodology in Table 8-1 of Appendix W to 40 CFR Part 51 titled, "Guideline on Air Quality Models."

For the 2013-2015 modeling conducted for Ameren's Labadie Energy Center, most, but not all of the additional runs used the most recent variable hourly emissions for the 2013-2015 period. There were two exceptions to the 2013-2015 emissions. Sierra Club's submittals received on 3/31/2016 continued to use the 2012-2014 varying emissions, and Ameren's 6 runs supporting an extrapolation exercise, which are shown with the blue highlighted design values in Table 2, used a combination of 2013-2015 and 1995-1997 emissions. Because of the importance of characterizing emissions appropriately, the EPA reviewed the 2013-2015 emissions calculations and the EPA did not find any errors in the varying hourly emissions. The EPA finds that the varying 2013-2015 emissions is supported by the EPA's Modeling TAD.

*Modeling Parameter: Meteorology and Surface Characteristics*

The most recent 3 years of meteorological data (concurrent with the most recent 3 years of emissions data) should be used in designations efforts. As noted in the Modeling TAD, the selection of data should be based on spatial and climatological (temporal) representativeness. The representativeness of the data are based on: 1) the proximity of the meteorological monitoring site to the area under consideration, 2) the complexity of terrain, 3) the exposure of the meteorological site, and 4) the period of time during which data are collected. Sources of meteorological data include National Weather Service (NWS) stations, site-specific or onsite data, and other sources such as universities, the Federal Aviation Administration (FAA), and military stations.

All of the modeling runs used either the Jefferson City Airport or the Spirit of St. Louis Airport for their meteorological inputs. As described in our February 16, 2016, technical support document, the EPA did not determine that one of the sites is more representative than the other and noted that the general modeled design values using each of the datasets generally showed similar magnitudes but at different locations and complemented each other. An evaluation of the evidence in the record of both NWS sites still does not, at this time, lead the EPA to determine that one is generally more representative than the other regarding the meteorological conditions in the area, and modeling utilizing either the Jefferson City Airport or Spirit of St. Louis Airport meteorological data might be sufficient, but/for the other errors they contain as discussed above that make them insufficient information to enable the EPA to determine whether the area is meeting the NAAQS. Further discussion of the site specific performance evaluation for the beta request is found in the RTC.

*Modeling Parameter: Background Concentrations of $SO_2$*

The Modeling TAD offers two mechanisms for characterizing background concentrations of $SO_2$ that are ultimately added to the modeled design values: 1) a "first tier" approach, based on monitored design values, or 2) a temporally varying approach, based on the 99th percentile monitored concentrations by hour of day and season or month.

For background concentrations of $SO_2$, Missouri used the design value from the East St. Louis monitor while Ameren used a seasonal by hour value from a monitor in Nilwood, Illinois.

The EPA believes that the background value does vary but not necessarily by season or hour, and the recent onsite monitoring data suggest background values, i.e. not direct Labadie impacts, can approach or even exceed 9 ppb, thus we find that the Missouri recommendation of a fixed 9 ppb is reasonable. Further, the 4 ppb background value Ameren asserts in their site specific beta request evaluation is often higher than the Nilwood, Illinois, hourly data which Ameren suggests is the most appropriate. In addition, Missouri's Mark Twain State Park monitor, which is also a rural monitor northwest of the Labadie Energy Center, had a 2013-2015 design value of 8 ppb.

Sierra Club opposes using the Nilwood, Illinois, monitor site because they feel that Labadie is located close to an urban setting and as such the East St. Louis monitor would best represent the background value. EPA finds that the Missouri recommendation of a fixed 9 ppb value is reasonable, supportable, and representative of the area, and therefore agree that a fixed background value of 9 ppb is appropriate. Further discussion of background is found in the RTC. However, due to the problems in the various modeling runs discussed above, EPA is not able based on available information to determine whether the area is meeting the NAAQS.

*Modeling Parameter: Options*

Whether to model Labadie Units 3 and 4 as a merged plume or to model the each unit as distinct emission points was an area where the EPA received numerous comments. In their September 2015 recommendation, Missouri modeled the emission points for Labadie Units 3 and 4 as separate plumes, and this approach was based on discussions Missouri had with EPA Region 7. Ameren contended that Labadie Units 3 and 4 were in a dual flue configuration and that the plumes merge and should be modeled as such. Ameren provided prior EPA guidance that supports this position. Sierra Club submitted comments opposing merging the plumes, but nevertheless used merged plumes in some of it modeling runs. Based on consideration of the comments received and justification provided, the EPA has determined that modeling merged plumes for Labadie Units 3 and 4 is appropriate in this case and Ameren has provided adequate justification and data inputs and calculations to support merging within the dispersion model. Therefore, the EPA's view is that modeling runs that do not merge Units 3 and 4 are less representative in making our final designation, and treating the flues as one stack is reasonable for designation purposes in order to better approximate actual dispersion conditions, even if ultimately the resulting modeling still contains errors that render it insufficient information to enable the EPA to determine whether the area is meeting the NAAQS.

At the time that the EPA proposed a nonattainment designation for the area, the agency did not have actual stack data (i.e. the calculations or underlying temperature and exit velocity data for the calculations) to review or all the additional justification for merging Units 3 and 4 from Ameren. Thus, we did not further pursue this analysis because it did not impact our recommendation at that time. Since then, necessary additional justification for the merging of the flues at the single stack has now been provided. We also note that the default merged plume run from Ameren showed nonattainment for 2012-2014. However, as detailed below, the currently available information for the most recent 3-year period of 2013-2015 is not sufficient to enable the agency to determine whether the area is meeting or not meeting the NAAQS in that 3-year period, but, nevertheless, in light of the more recent, and more representative, information utilized in parts within these various 2013-2015 modeling analyses, the EPA does not consider it appropriate to base a determination on the older, proposed designation information that no longer reflects current conditions or best available information.

The EPA also received comments related to the appropriateness of using various beta options including adj_U* and LOWWIND3. The Sierra Club asserted in their comments that these beta options are not allowed or representative. Ameren asserted in their comments that these beta options should be allowed and are more representative of actual conditions and correct model over-predictions. The EPA provided a detailed discussion of beta options based on Ameren's data and Ameren's submittals in the February 16, 2016, technical support document. The EPA has determined that the beta option combination of adj_U* and LOWWIND3 has not been approved by the Model Clearinghouse. Therefore, the EPA will not rely on any modeling run that uses the beta option of both adj_U* and LOWWIND3. Further discussion and analysis is found in the February 16, 2016, technical support document.

*Summary of Modeling Results:*

As discussed above, the EPA considers most representative model inputs to replicate actual conditions under the current record to include: 2013-2015 varying emissions and corresponding varying stack parameters, 2013-2015 Jefferson City or Spirit of St. Louis NWS meteorology, a fixed East St. Louis background value, AERMOD and AERMET default model options, and merged plumes for Labadie Units 3 and 4.

The EPA received numerous modeling runs with varying degrees of representativeness, but overall they are insufficient to enable the EPA to determine whether the area is meeting the NAAQS. The EPA determined none of the Ameren modeling analyses for the 2013-2015 period were reliable for our determination because of the meteorological modeling errors surrounding surface characterizations. The EPA also determined that the Missouri modeling is not reliable for our determination because the fixed values for temperature and exit velocity appear higher than the actual values reported by Ameren during 2013-2015, and the EPA does not have sufficient information to conclude whether correction of the fixed values would cause the area to meet or not meet the NAAQS. The Sierra Club provided modeling using varying temperatures and exit velocities coupled with valid meteorological data. However, the 2013-2015 Sierra Club

24

modeling does contain an overestimation of the exit velocities for the 2015 period, based upon information provided by Ameren and identified but not corrected by Sierra Club. Ameren has demonstrated that correcting this error would lead to a higher predicted nonattainment modeled design value in their own modeling, but it is not certain what impact the use of proper velocities would have on the design values in this specific area because Sierra Club used different meteorology. Although a lower plume could result in higher concentrations, the design value is based on multiple factors, including meteorology, building downwash, topography, and other parameters, as well the statistical form of the NAAQS, which is based on distributions of daily 1-hour maximum concentrations. Changing stack parameters such as exit velocity and temperature can change the distribution of daily 1-hour maximum concentrations, thus affecting the design values and critical receptors. For these reasons, none of the information available provides a basis upon which the EPA can reasonably rely to determine whether the area is meeting or not meeting the 2010 $SO_2$ NAAQS.

Jurisdictional Boundaries:

Existing jurisdictional boundaries are considered for the purpose of informing our final unclassifiable area, specifically with respect to clearly defined legal boundaries.

The EPA believes that our final unclassifiable area, consisting of the following boundary area: (1) the eastern and western boundaries are Boone and Boles Township boundaries in St. Charles and Franklin Counties respectively, (2) the northern boundary is Missouri Route D and Highway 94 in St. Charles, and (3) the southern boundary is Interstate 44 in Franklin, is comprised of clearly defined legal boundaries, and we find these boundaries to be a suitably clear basis for defining our final unclassifiable area.

Conclusion

After careful evaluation of all the information provided including the comments and information received from the state and public, and additional relevant information as discussed in this document, the EPA finds that it is unable based on available information to determine whether the area around Labadie Energy Center is meeting the NAAQS, and therefore is designating the area as unclassifiable for the 2010 $SO_2$ NAAQS. Specifically, the area is comprised of the following boundary:

> The eastern and western boundaries are Boone and Boles Township boundaries in St. Charles and Franklin Counties respectively. The northern boundary is Missouri Route D and Highway 94 in St. Charles. The southern boundary is Interstate 44 in Franklin.

This unclassifiable designation is based on an analysis of all modeling received from the state of Missouri, Ameren, and the Sierra Club. As outlined in the EPA's $SO_2$ NAAQS Designations Modeling Technical Assistance Document, the EPA supports the use of modeling as a surrogate to ambient monitoring to characterize air quality for the designations process, and the EPA recommends modeling the most recent 3 years of actual emissions. These data will generally best represent the emissions that would cause the impacts monitored in a 3-year monitoring data set

25

under most circumstances. Consistent with this approach, the EPA has determined that it is appropriate to consider 2013-2015 modeling analyses, and that we should no longer rely upon modeled violations from the 2012-2014 period as the basis for issuing a final nonattainment designation for the area. Based on this new, 2013-2015 modeling, the EPA's view is that the modeling results widely vary and greatly depend upon how the modeling was conducted, as discussed in this Technical Support Document. Because of the issues present in the modeling methodologies, the EPA does not have a clear basis to determine whether the area currently meets or does not meet the 2010 $SO_2$ NAAQS based on all currently available information.

At this time, our final designations for the state only apply to this area and the others contained in this final technical support document. Consistent with the court-ordered schedule, the EPA will designate all remaining undesignated areas in Missouri by either December 31, 2017, or December 31, 2020.

26

## Technical Analysis for Jackson County, Missouri

Introduction

The Jackson County, Missouri area contains a stationary source that according to the EPA's Air Markets Database emitted in 2012 either more than 16,000 tons of $SO_2$ or more than 2,600 tons of $SO_2$ and had an annual average emission rate of at least 0.45 pounds of $SO_2$ per one million British thermal units (lbs $SO_2$/MMBtu). Specifically, in 2012, the Sibley Generating Station emitted 6,095 tons of $SO_2$ and had a facility wide emissions rate of 0.550 lbs $SO_2$/MMBtu. As of March 2, 2015, this stationary source had not met the criteria for being "announced for retirement." Pursuant to the March 2, 2015 court-ordered schedule, the EPA must designate the area surrounding this facility by July 2, 2016.

In its submission, Missouri recommended that the area surrounding Sibley Generating Station facility, specifically a portion of Jackson County, be designated as attainment based on an assessment and characterization of air quality from the Sibley Generating Station and other nearby sources which may have a potential impact in the area of analysis where maximum concentrations of $SO_2$ are expected. This assessment and characterization was performed using air dispersion modeling software, specifically AERMOD, analyzing actual (Sibley) and allowable (other sources) emissions.

On February 16, 2016, the EPA notified Missouri that we intended to designate the Jackson County, Missouri (Sibley) area as unclassifiable, due to our view that based on available information the area could not be classified as meeting or not meeting the NAAQS. Additionally, we informed Missouri that our intended boundaries for the unclassifiable area consisted of the Jackson County line on the north from Clay and Ray Counties, the county line separating Jackson County from Lafayette County on the east, Interstate 70 and 470 on the south, and Missouri Highway 291 on the west. Our intended designation and associated boundaries were based on, among other things, an evaluation of the Missouri modeling submitted in support of an attainment recommendation with additional consideration of Sierra Club modeling that also supported the Missouri conclusion regarding the impacts extending out 20 km around the Sibley Generating Station but not elsewhere. EPA believes all contributing sources are addressed in the Missouri modeling and that the boundary area proposed by Missouri is appropriate. However, although Missouri modeling indicates attainment, not all sources have federally enforceable limits for the emission rates assumed in Missouri's modeling. Detailed rationale, analyses, and other information supporting our intended designation for this area can be found in the preliminary technical support document for Missouri, and this document along with all others related to this rulemaking can be found in Docket ID EPA-HQ-OAR-2014-0464.

Assessment of New Information

In our February 16, 2016 notification to Missouri regarding our intended unclassifiable designation for the Jackson County, Missouri area, the EPA requested that any additional information that the Agency should consider prior to finalizing the designation should be submitted by April 19, 2016. On March 1, 2016, the EPA also published a notice of availability

and public comment period in the *Federal Register,* inviting the public to review and provide input on our intended designations by March 31, 2016 (81 FR 10563).

The EPA is explicitly incorporating and relying upon the analyses and information presented in the preliminary technical support document for the purposes of our final designation for this area, except to the extent that any new information submitted to the EPA or conclusions presented in this final technical support document and our response to comments document (RTC), available in the docket, supersede those found in the preliminary document.

After carefully considering all available data and information, the EPA is still unable based on available information to determine whether the Jackson County, Missouri area is meeting the NAAQS, and therefore is designating the area as unclassifiable for the 2010 $SO_2$ NAAQS. The boundaries for this unclassifiable area consist of the Jackson County line on the north from Clay and Ray Counties, the county line separating Jackson County from Lafayette County on the east, Interstate 70 and 470 on the south, and Missouri Highway 291 on the west, and are shown in the figure below. Also included in the figure are nearby emitters of $SO_2$ and Missouri's recommended area.

Figure 1: The EPA's Final Unclassifiable Area: Jackson County, Missouri Area around the Sibley Generating Station



Subsequent to our February 16, 2016, notification, the EPA received substantive comments regarding our intended unclassifiable designation for the Jackson County, Missouri, area.

Comments and additional information, specifically air dispersion modeling, were submitted to the EPA during the state comment period in order to characterize air quality in the Jackson County, Missouri, area. Notably, Missouri provided additional air dispersion modeling information during the comment period asserting that 2013-2015 modeling shows attainment of the NAAQS. This information was submitted to support a modification to our proposed designation of unclassifiable for the area. The discussion and analysis of this new information that follow reference the Modeling TAD, Monitoring TAD, and the factors for evaluation contained in the EPA's March 20, 2015, guidance, as appropriate and applicable.

The Missouri modeling generally followed the same approach as the prior modeling except that Missouri updated the version of the model to the latest model version, version 15181, and updated the emissions and meteorology inputs to reflect the latest 2013-2015 hourly emissions from the Sibley Generating Station. The new modeling continued to indicate attainment with the NAAQS although there was an increase in the predicted design value from 63.8 ppb to 72.7 ppb in the updated modeling.

Missouri continues to rely in their updated modeling analysis upon the assumption that Blue Valley will combust only natural gas and no coal in order to meet the applicable boiler MACT and MATS requirements. Missouri provides their justification that the fuel switch has already occurred and is permanent and enforceable based on an application for a Title V permit renewal submitted June 17, 2015, and an email from the facility on September 30, 2015, confirming the facility's intent to meet the boiler MACT and MATS with a fuel switch to natural gas only. However, EPA's position is that there is no permanent and enforceable limit requiring combustion of natural gas only until the date of January 31, 2017, when Missouri Rule 10 CSR 10-6.261 requires the Blue Valley Units to switch to natural gas combustion only. Therefore, as the future expected switch to natural gas and attendant future air quality improvements cannot be used to determine current air quality status in the area, EPA is not relying on the MDNR modeling that makes this fuel switch assumption to support a determination that the area is currently meeting the NAAQS and eligible for an unclassifiable/attainment designation.

Jurisdictional Boundaries:

Existing jurisdictional boundaries are considered for the purpose of informing our final unclassifiable area, specifically with respect to clearly defined legal boundaries. The EPA did not receive any comments regarding the intended boundaries for this area.

The EPA believes that our final unclassifiable area, consisting of the Jackson County line on the north from Clay and Ray Counties, the county line separating Jackson County from Lafayette County on the east, Interstate 70 and 470 on the south, and Missouri Highway 291 on the west are comprised of clearly defined legal boundaries, and we find these boundaries to be a suitably clear basis for defining our final unclassifiable area.

Conclusion

After careful evaluation of the state's recommendation, all timely comments and information received during the state and public comment period, and additional relevant information as discussed in this document, the EPA is unable to determine whether the area around the Sibley

Generating Station is meeting or not meeting the NAAQS, and therefore is designating the area as unclassifiable for the 2010 $SO_2$ NAAQS. Specifically, the area is comprised of the Jackson County line on the north from Clay and Ray Counties, the county line separating Jackson County from Lafayette County on the east, Interstate 70 and 470 on the south, and Missouri Highway 291 on the west.

This conclusion is based on an evaluation of all the Missouri modeling submitted in support of an attainment designation recommendation. EPA believes all contributing sources are addressed in the Missouri modeling and that the boundary area proposed by Missouri is appropriate. However, although all Missouri modeling indicates attainment, not all sources have federally enforceable limits for the emission rates assumed in Missouri's modeling and EPA therefore is unable to conclude whether the area is meeting the NAAQS and is designating this area as unclassifiable.

Other than Missouri's April 18, 2016, submittal, the EPA did not receive any new information during the public comment period for our intended designation for this area. As fully discussed in our February 16, 2016, preliminary technical support document, modeling submitted by the Sierra Club supported Missouri's conclusion regarding the impacts extending out 20 km around the Sibley Generating Station, and did not provide enough information for EPA to determine the Sibley Station's and other nearby sources' impact on the area 20+ km southwest of the Sibley Station. For all the reasons discussed in that document, the EPA maintains that it is not appropriate to rely upon the Sierra Club modeling for determining contributions outside the boundary for the Sibley area.

At this time, our final designations for the state only apply to this area and the others contained in this final technical support document. Consistent with the court-ordered schedule, the EPA will evaluate and designate all remaining undesignated areas in Missouri by either December 31, 2017, or December 31, 2020.

### Technical Analysis for Scott County, Missouri

Introduction

The Scott County area contains a stationary source that according to the EPA's Air Markets Database emitted in 2012 either more than 16,000 tons of $SO_2$ or more than 2,600 tons of $SO_2$ and had an annual average emission rate of at least 0.45 pounds of $SO_2$ per one million British thermal units (lbs $SO_2$/mmBTU). Specifically, in 2012, the Sikeston Power Station emitted 5,242 tons of $SO_2$ and had a facility wide emissions rate of 0.620 lbs $SO_2$/mmBTU. As of March 2, 2015, this stationary source had not met the criteria for being "announced for retirement." Pursuant to the March 2, 2015 court-ordered schedule, the EPA must designate the area surrounding this facility by July 2, 2016.

In its submission, Missouri recommended that the area surrounding Sikeston Power Station, specifically the entirety of Scott County, be designated as attainment based on an assessment and characterization of air quality from the facility and other nearby sources which may have a potential impact in the area of analysis where maximum concentrations of $SO_2$ are expected. This assessment and characterization was performed using air dispersion modeling software, specifically AERMOD, analyzing actual emissions.

On February 16, 2016, the EPA notified Missouri that we intended to designate the Scott County, Missouri area as unclassifiable/attainment, based on our view that the area was meeting the NAAQS. Additionally, we informed Missouri that our intended boundaries for the unclassifiable/attainment area consisted of the entirety of Scott County, Missouri. Our intended designation and associated boundaries were based on, among other things, the state's modeling that indicated that the predicted 99th percentile 1-hour average concentration within the chosen modeling domain was 97.6 $\mu g/m^3$, or 37.2 ppb. This modeled concentration included the background concentration of 9 ppb $SO_2$, and is based on actual emissions from the facilities modeled, except for Noranda which used allowable emissions. Detailed rationale, analyses, and other information supporting our intended designation for this area can be found in the preliminary technical support document for Missouri, and this document along with all others related to this rulemaking can be found in Docket ID EPA-HQ-OAR-2014-0464.

Assessment and Conclusion

In our February 16, 2016, notification to Missouri regarding our intended unclassifiable/attainment designation for the Scott County area, the EPA requested that any additional information that the Agency should consider prior to finalizing the designation should be submitted by April 19, 2016. On March 1, 2016, the EPA also published a notice of availability and public comment period in the *Federal Register,* inviting the public to review and provide input on our intended designations by March 31, 2016 (81 FR 10563).

The EPA is explicitly incorporating and relying upon the analyses and information presented in the preliminary technical support document for the purposes of our final designation for this area, except to the extent that any new information submitted to the EPA or conclusions

31

presented in this final technical support document and our response to comments document (RTC), available in the docket, supersede those found in the preliminary document.

Subsequent to our February 16, 2016, notification, the EPA received a response from Missouri supporting our intended designation for the area, and we did not receive any comments from the public. The state response included updated modeling using the latest available emissions and meteorology (2015) that was not available at the time Missouri submitted their original recommendation. The updated modeling continued to support the Missouri recommendation of attainment, with a modeled design value of 96 $\mu g/m^3$, or 37 ppb.

Therefore, based on the information available to the EPA at this time including the analyses performed for the purposes of the preliminary technical support document and in the absence of any new information that would otherwise lead to a different conclusion regarding air quality in the area or any new information that would otherwise lead to a different conclusion regarding the area boundaries, the EPA determined that the Scott County, Missouri area is meeting the NAAQS, and is designating the area as unclassifiable/attainment for the 2010 $SO_2$ NAAQS. The boundaries for this unclassifiable/attainment area consist of the entirety of Scott County, Missouri, and are shown in the figure below. Also included in the figure are nearby emitters of $SO_2$ and Missouri's recommended area.

Figure 2: The EPA's Final Unclassifiable/Attainment Area: Scott County, Missouri

32



Jurisdictional Boundaries:

Existing jurisdictional boundaries are considered for the purpose of informing our final unclassifiable/attainment area, specifically with respect to clearly defined legal boundaries. The EPA did not receive any comments regarding the intended boundaries for this area.

The EPA believes that our final unclassifiable/attainment area, consisting of the entirety of Scott County, Missouri, is comprised of clearly defined legal boundaries, and we find these boundaries to be a suitably clear basis for defining our final unclassifiable/attainment area.

<u>Conclusion</u>

After careful evaluation of the state's recommendation, all timely comments and information received during the state and public comment period, and additional relevant information as discussed in this document, the EPA determines that the area around Sikeston Power Station is meeting the 2010 $SO_2$ NAAQS, and is designating the area as unclassifiable/attainment for the NAAQS. Specifically, the area is comprised of the entirety of Scott County.

The rationale for this conclusion is based on both the original Missouri modeling submittal in their initial recommendation and the updated Missouri modeling using a combination of actual 2013-2015 and allowable emissions which demonstrates attainment throughout the entirety of Scott County. This demonstration includes all surrounding $SO_2$ sources, including sources just outside of Scott County that could potentially contribute significantly to $SO_2$ concentrations within Scott County. EPA did not receive any other information for this area.

At this time, our final designations for the state only apply to this area and the others contained in this final technical support document. Consistent with the court-ordered schedule, the EPA will evaluate and designate all remaining undesignated areas in Missouri by either December 31, 2017, or December 31, 2020.