# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2022

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Ste. 1500
Birmingham, AL 35203

Ms. Lisa Katherine Perfetto
Earthjustice
48 Wall Street
15th Floor
New York, NY 10005

Mr. Perry M. Rosen
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044-7611

    No. 17-60088    State of Texas v. EPA
                   Agency No. 81 Fed. Reg. 89,870
                   Agency No. 86 Fed. Reg. 34,141
                   Agency No. 86 Fed. Reg. 34,187

Dear Mr. Gidiere, Ms. Perfetto, and Mr. Rosen,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

You must submit the paper copies of your filed on within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

```
Petitioners      filed 12/15/2021 (7 copies with Blue Cover)
Record Excerpts  filed 12/15/2021 (4 copies with White Cover)
Respondents      filed  2/23/2022 (7 copies with Red Cover)
Intervenor       filed  3/16/2022 (7 copies with green Cover)
Addendum         filed  3/18/2022 (7 copies with White Cover )
Appendix         filed  3/30/2022 (ONE COPY with White Cover)
```

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Ms. Julia Blair Barber
    Mr. Thomas Joseph Cmar
    Mr. John Richard Hulme
    Mr. Daniel Jude Kelly
    Mr. Matthew Z. Leopold
    Mr. Carl Grady Moore III
    Ms. Stephanie Zapata Moore
    Ms. Linda B. Secord
    Mr. Joshua Smith