# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM).**

**Fifth Cir. Case NO.** 21-60673

State of Texas _____ vs. EPA _____

(Short Title)

The Clerk will enter my appearance as Counsel for State of Texas and Texas Commission on

Environmental Quality

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** ☑ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae

☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Ryan Baasch _____ ryan.baasch@oag.texas.gov _____

(Signature)                                                      (e-mail address)

Ryan Baasch _____ TX 24129238 _____

(Type or print name)                                     (State/Bar No.)

Assistant Attorney General

(Title, if any)

Office of the Texas Attorney General

(Firm or Organization)

Address P.O. Box 12548 (MC 059)

City & State Austin, Texas _____ Zip 78711-2548

Primary Tel. 512-936-1700 _____ Cell Phone: _____

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgement form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Ryan Baasch

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes  ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes  ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes  ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case No

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Case No. 17-60088 involves the same EPA rulemaking as in this case, and has been consolidated with this case.

Name of Court or Agency U.S. Court of Appeals for the Fifth Circuit

Status of Appeal (if any) Active and consolidated with this case.

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**                                         DKT-5A REVISED January 2022