

March 22, 2023

**VIA Electronic Filing CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Re:   **Sierra Club's Response to Luminant Generation Company's Notice of New Development, State of Texas, et al. v. EPA, Case No. 17-60088**

Dear Mr. Cayce,

Contrary to Petitioners' suggestion, Sierra Club's Clean Air Act citizen lawsuit *supports affirming* EPA's nonattainment designation for Rusk and Panola Counties. On behalf of its members who live, work, and recreate in those communities, Sierra Club's citizen suit seeks an order compelling EPA to either (1) approve a lawful Texas plan, or (2) implement a federal plan that addresses harmful levels of sulfur dioxide pollution caused by the Martin Lake power plant, as required under the Clean Air Act, 42 U.S.C. § 7410(c)(1)(A). *See* Complaint ¶¶ 8, 34, 52. Notably, Petitioners do not (and cannot) dispute that Texas's own, verified monitoring data *continues to show* that the Martin Lake power plant is, in fact, causing violations of the National Ambient Air Quality Standard for sulfur dioxide. Complaint ¶ 24 n.6; *see also* R.466 at 34-35; R.472, Encl. 1 at 16. In other words, EPA's nonattainment designation was correct.

Petitioners' suggestion that the "slate should be wiped clean" so that EPA can conduct additional analysis, ECF Doc. 345 at 1, would serve no practical purpose. Given Martin Lake's continuing, undisputed violations of the sulfur dioxide standard, any order vacating EPA's nonattainment designations would only prolong the surrounding community's exposure to dangerous levels of pollution. Moreover, any such order would effectively relieve Texas of its "primary responsibility" to ensure that air quality surrounding Martin Lake meets the level "requisite" to protect public health, as "expeditiously as practicable." 42 U.S.C. §§ 7401(a)(3), 7409(b)(1), 7410(a)(2), 7502, 7514-7514a.

Respectfully,

Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560
joshua.smith@sierraclub.org