August 30, 2023

**VIA Electronic Filing CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals, Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re: Sierra Club's Response to Texas Petitioners' Notice of New Development, State of Texas, et al. v. EPA, Case No. 17-60088**

Dear Mr. Cayce,

Relying on unverified, incomplete air quality monitoring data, Texas Petitioners claim that air quality in Rusk and Panola Counties now meets the 2010 $SO_2$ NAAQS, and therefore EPA's 2016 nonattainment designation should be vacated. Petitioners are wrong. The NAAQS is based on the three-year average of the annual, fourth-highest daily maximum one-hour $SO_2$ concentrations. 40 C.F.R. § 50.17(b). Monitoring data from 2020-2022—the most recent three years for which complete, validated data is available—continues to demonstrate that the area surrounding the Martin Lake power plant does *not* meet the NAAQS. 42 U.S.C. § 7407(d)(1)(A)(i); *see also* Attachment.[1]

Petitioners' 28(j) Letter does not dispute that fact. Instead, Petitioners direct the Court to incomplete, unverified 2023 monitoring data, from which no valid design value can be calculated. If Petitioners wish to argue that air quality surrounding Martin Lake now meets the NAAQS, or that EPA's nonattainment designation should be rescinded,

[1] EPA, 2022 Sulfur Dioxide Design Value Report, at Tab. 1, https://www.epa.gov/system/files/documents/2023-05/SO2_DesignValues_2020_2022_FINAL_05_02_23.xlsx.

the state must follow the process prescribed by statute. 42 U.S.C. § 7407(d)(3)(D). Among other things, Texas must demonstrate, with valid and complete data, that the area has actually attained the NAAQS, that EPA has approved both an implementation and maintenance plan[2] for the area, and that any improvement in air quality is "permanent and enforceable." 42 U.S.C. § 7407(d)(3)(E). Texas has failed to make any such demonstration.

Despite Petitioners' latest attempt at obfuscation, EPA properly designated the Martin Lake area nonattainment in 2016; and the accuracy of that determination has been confirmed through many successive years of validated monitoring data likewise demonstrating nonattainment. Petitioners' repeated requests for vacatur of that nonattainment designation and a "clean slate" would subvert Congress's mandated redesignation process.

Respectfully submitted,

*/s/ Joshua Smith*
Lisa K. Perfetto
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7388
lperfetto@earthjustice.org

Joshua Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612

---

[2] Sierra Club filed suit against EPA under 42 U.S.C. §§ 7604 and 7410(c)(1), because the agency failed to timely fulfill its statutory duty to issue a federal plan or approve a lawful state plan ensuring permanent and enforceable emission reductions necessary to attain the NAAQS. EPA has agreed to issue a federal plan or approve a state plan by December 2024.

(415) 977-5560 (phone)
joshua.smith@sierraclub.org

*Counsel for Sierra Club*

**CERTIFICATE OF SERVICE**

On this 30th day of August, 2023 a true and correct copy of the foregoing Response to Texas Petitioners' Notice of New Development was filed with the electronic case filing (ECF) system of the U.S. Court of Appeals for the Fifth Circuit, which will provide electronic notice to counsel of record.

*/s/ Joshua Smith*
Joshua Smith
Counsel for Sierra Club

## CERTIFICATE OF COMPLIANCE WITH FILING REQUIREMENTS

The undersigned counsel states that this motion complies with Fed. R. App. P. 28(j) because the body of the letter contains 344 words.

Dated: August 30, 2023

*/s/ Joshua Smith*
Joshua Smith
Counsel for Sierra Club

# Attachment A

Table 1. Design Values in Areas Previously Designated Nonattainment for the 2010 1-hour Sulfur Dioxide NAAQS

AQS Data Retrieval: 5/2/2023    Last Updated: 5/2/2023

| Designated Area | EPA Region(s) | Designation Status [1] | 2020-2022 Design Value (ppb) [2,3] | Met NAAQS? |
|---|---|---|---|---|
| **Areas Designated Based on Monitoring Data** | | | | |
| Allegheny, PA | 3 | Nonattainment | 56 | Yes |
| Beaver, PA | 3 | Nonattainment | 5 | Yes |
| Billings, MT | 8 | Maintenance | 21 | Yes |
| Campbell-Clermont Counties, KY-OH | 4,5 | Maintenance | 10 | Yes |
| Central New Hampshire, NH | 1 | Maintenance | 38 | Yes |
| Detroit, MI | 5 | Nonattainment | 41 | Yes |
| Giles County, VA | 3 | Nonattainment | 101 | No |
| Hayden, AZ | 9 | Nonattainment | 3 | Yes |
| Henderson-Webster Counties, KY | 4 | Nonattainment | 71 | Yes |
| Hillsborough County, FL | 4 | Maintenance | 36 | Yes |
| Howard County, TX | 6 | Nonattainment |  | Incomplete |
| Hutchinson County, TX | 6 | Nonattainment | 163 | No |
| Indiana, PA | 3 | Nonattainment | 19 | Yes |
| Indianapolis, IN | 5 | Maintenance | 7 | Yes |
| Jackson County, MO | 7 | Maintenance | 6 | Yes |
| Jefferson County, KY | 4 | Maintenance | 13 | Yes |
| Jefferson County, MO | 7 | Maintenance | 25 | Yes |
| Lake County, OH | 5 | Maintenance | 31 | Yes |
| Lemont, IL | 5 | Maintenance | 6 | Yes |
| Marshall, WV | 3 | Maintenance | 9 | Yes |
| Miami, AZ | 9 | Nonattainment | 63 | Yes |
| Morgan County, IN | 5 | Maintenance |  | Incomplete |
| Muscatine, IA | 7 | Nonattainment | 25 | Yes |
| Muskingum River, OH | 5 | Nonattainment | 15 | Yes |
| Nassau County, FL | 4 | Maintenance | 47 | Yes |
| Navarro County, TX | 6 | Nonattainment | 115 | No |
| New Madrid County, MO | 7 | Nonattainment | 417 | No |

Table 1. Design Values in Areas Previously Designated Nonattainment for the 2010 1-hour Sulfur Dioxide NAAQS

AQS Data Retrieval: 5/2/2023   Last Updated: 5/2/2023

| Designated Area | EPA Region(s) | Designation Status [1] | 2020-2022 Design Value (ppb) [2,3] | Met NAAQS? |
|---|---|---|---|---|
| Pekin, IL | 5 | Maintenance | 13 | Yes |
| Rhinelander, WI | 5 | Maintenance | 36 | Yes |
| Southwest Indiana, IN | 5 | Maintenance | | Incomplete |
| St. Bernard Parish, LA | 6 | Nonattainment | 52 | Yes |
| St. Lawrence County, NY | 2 | Nonattainment | 86 | No |
| Steubenville, OH-WV | 3,5 | Maintenance | 51 | Yes |
| Sullivan County, TN | 4 | Nonattainment | 71 | Yes |
| Terre Haute, IN | 5 | Maintenance | 4 | Yes |
| Warren, PA | 3 | Nonattainment | 46 | Yes |
| Whatcom County, WA | 10 | Nonattainment | 23 | Yes |
| **Areas Designated Based on Modeling Data [4]** | | | | |
| Alton Township, IL | 5 | Nonattainment | | [4] |
| Anne Arundel County and Baltimore County, | 3 | Nonattainment | 4 | [4] |
| Evangeline Parish (Partial), LA | 6 | Nonattainment | | [4] |
| Freestone County (part) and Anderson County | 6 | Nonattainment | 7 | [4] |
| Guayama-Salinas, PR | 2 | Nonattainment | | [4] |
| Hillsborough-Polk County, FL | 4 | Maintenance | | [4] |
| Huntington, IN | 5 | Nonattainment | | [4] |
| Piti-Cabras, GU | 9 | Nonattainment | | [4] |
| Rusk County (part) and Panola County (part), | 6 | Nonattainment | 81 | No |
| San Juan, PR | 2 | Nonattainment | | [4] |
| St. Clair, MI | 5 | Nonattainment | | [4] |
| Titus County (part), TX | 6 | Nonattainment | | [4] |

Notes:
1. Area designation status as of May 2, 2023.

| Table 1. Design Values in Areas Previously Designated Nonattainment for the 2010 1-hour Sulfur Dioxide NAAQS | | | | |
|---|---|---|---|---|
| AQS Data Retrieval: 5/2/2023 | Last Updated: 5/2/2023 | | | |
| **Designated Area** | **EPA Region(s)** | **Designation Status [1]** | **2020-2022 Design Value (ppb) [2,3]** | **Met NAAQS?** |

2. The level of the 1-hour NAAQS for sulfur dioxide is 75 parts per billion (ppb). The design value is the annual 99th percentile of the daily maximum 1-hour concentration values, averaged over three consecutive years. The design value listed for each area is the highest among monitors with valid design values.

3. The design values shown here are computed using Federal Reference Method or equivalent data reported by State, Tribal, and Local monitoring agencies to EPA's Air Quality System (AQS) as of May 2, 2023. Concentrations flagged by State, Tribal, or Local monitoring agencies as having been affected by an exceptional event (e.g., wildfire, volcanic eruption) and concurred by the associated EPA Regional Office are not included in these calculations.

4. For areas designated based on modeling data, the determination of whether they are meeting the NAAQS is based on modeling data rather than monitoring data.

Disclaimer: The information listed in this report and in these tables is intended for informational use only and does not constitute a regulatory determination by EPA as to whether an area has attained a NAAQS. The information set forth in thise report has no regulatory effect. To have a regulatory effect, a final EPA determination as to whether an area has attained a NAAQS or attained a NAAQS as of its applicable attainment date can be accomplished only after rulemaking that provides an opportunity for notice and comment. No such determination for regulatory purposes exists in the absence of such a rulemaking. This report does not constitute a proposed or final rulemaking.