# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2024
Lyle W. Cayce
Clerk

———————

No. 17-60088

———————

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; BIG BROWN POWER COMPANY, L.L.C.; SANDOW POWER COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *in his official capacity as Administrator of* THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*,

MICHAEL S. REGAN, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

———————————————————

Petitions for Review of an Order of the
Environmental Protection Agency
EPA Nos. 81 Fed. Reg. 89,870

———————————————————

No. 17-60088
c/w No. 21-60673

Before KING, ELROD, and SOUTHWICK, *Circuit Judges*.

JUDGMENT

This cause was considered on the petition of State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Big Brown Power Company, L.L.C.; Sandow Power Company, L.L.C.; Luminant Mining Company, L.L.C.,for review of an order of the Environmental Protection Agency and was argued by counsel.

IT IS ORDERED and ADJUDGED that the petition for review is DENIED.

IT IS FURTHER ORDERED that Petitioners pay to Respondents the costs on appeal to be taxed by the Clerk of this Court.