# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 11, 2024
Lyle W. Cayce
Clerk

No. 21-60673

―――――

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Luminant Mining Company, L.L.C.,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

―――――

Petitions for Review of an Order of the
Environmental Protection Agency
EPA Nos. 86 Fed. Reg. 34,141; 86 Fed. Reg. 34,187

―――――

Before King, Elrod, and Southwick, *Circuit Judges.*

J U D G M E N T

This cause was considered on the petition of State of Texas; Texas Commission on Environmental for review of an order of the Environmental Protection Agency and was argued by counsel.

No. 17-60088
c/w No. 21-60673

IT IS ORDERED and ADJUDGED that the petition for review is DENIED.

IT IS FURTHER ORDERED that Petitioners pay to Respondents the costs on appeal to be taxed by the Clerk of this Court.