# United States Court of Appeals for the Fifth Circuit

---

No. 17-60088

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Big Brown Power Company, L.L.C.; Sandow Power Company, L.L.C.; Luminant Mining Company, L.L.C.,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *in his official capacity as Administrator of* the United States Environmental Protection Agency,

*Respondents,*

consolidated with

---

No. 21-60673

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Luminant Mining Company, L.L.C.,

*Petitioners,*

*versus*

United States Environmental Protection Agency;

No. 17-60088
c/w No. 21-60673

MICHAEL S. REGAN, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Administration
Agency No. 81 Fed. Reg. 89,870
Agency No. 86 Fed. Reg. 34,141
Agency No. 86 Fed. Reg. 34,187

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT