# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-60088    State of Texas v. EPA
                         Agency No. 81 Fed. Reg. 89,870
                         Agency No. 86 Fed. Reg. 34,141
                         Agency No. 86 Fed. Reg. 34,187

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Ryan Baasch
Ms. Julia Blair Barber
Mr. Thomas Joseph Cmar
Mr. Philip Stephen Gidiere III
Ms. Allyson Newton Ho
Mr. John Richard Hulme
Mr. Daniel Jude Kelly
Mr. Carl Grady Moore III
Ms. Stephanie Zapata Moore
Ms. Lisa Katherine Perfetto
Mr. Jeffrey Prieto
Mr. Michael S. Regan
Mr. Perry M. Rosen
Mr. Joshua Smith