# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 11, 2024
Lyle W. Cayce
Clerk

No. 17-60088

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; BIG BROWN POWER COMPANY, L.L.C.; SANDOW POWER COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, *in his official capacity as Administrator of* THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*,

CONSOLIDATED WITH

No. 21-60673

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; LUMINANT MINING COMPANY, L.L.C.,

*Petitioners*,

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;

No. 17-60088
c/w No. 21-60673

MICHAEL S. REGAN, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

───────────────────────────────

Petition for Review from an Order of the
Environmental Protection Administration
Agency No. 81 Fed. Reg. 89,870
Agency No. 86 Fed. Reg. 34,141
Agency No. 86 Fed. Reg. 34,187

───────────────────────────────

ORDER:

    IT IS ORDERED that Respondents' unopposed motion for a 30-day extension, or to and including April 15, 2024, to file a response to the Luminant Petitioners' petition for rehearing en banc is GRANTED.

*Leslie H. Southwick*

───────────────────────────────
LESLIE H. SOUTHWICK
*United States Circuit Judge*