# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 20, 2024

Mr. Ryan Baasch
Office of the Attorney General
Consumer Protection Division
P.O. Box 12548 (MC-010)
Austin, TX 78711-2548

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203

Ms. Lisa Katherine Perfetto
Earthjustice
48 Wall Street
15th Floor
New York, NY 10005

Mr. Perry M. Rosen
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044-7611

    No. 17-60088    State of Texas v. EPA
                             Agency No. 81 Fed. Reg. 89,870
                             Agency No. 86 Fed. Reg. 34,141
                             Agency No. 86 Fed. Reg. 34,187

Dear Counsel:

The Court has requested that the parties submit simultaneous letter briefs not to exceed 10 pages regarding the significance, if any, of the Supreme Court's decisions in *Loper Bright Enterprises v. Raimondo* and *Ohio v. EPA* on this case by September 3, 2024.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ WMJett
Whitney M. Jett, Deputy Clerk
504-310-7808

cc:
    Ms. Julia Blair Barber
    Mr. Thomas Joseph Cmar
    Ms. Allyson Newton Ho
    Mr. John Richard Hulme
    Mr. Daniel Jude Kelly
    Mr. Carl Grady Moore III
    Ms. Stephanie Zapata Moore
    Mr. Jeffrey Prieto
    Mr. Joshua Smith